# EXHIBIT 11

JOHN BEAN TECHNOLOGIES CORPORATION

vs

B GSE GROUP, LLC

BRIAN D. DEROCHE

December 20, 2018

DEPOMAXMERIT
LITIGATION SERVICES

333 South Rio Grande
Salt Lake City, Utah 84101
www.DepoMaxMerit.com

Toll Free 800-337-6629
Phone 801-328-1188
Fax 801-328-1189

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# EXHIBIT 12

B GSE Group

# HPC (CAS) Units

## Submittal Package

MCAS BEAUFORT
P - 465

**February 20, 2016**
**REV 1**

***Prepared For:***

**Carothers Construction**

***Prepared By:***

**B GSE Group, LLC**
**14034 Clarendon Point Court**
**Huntersville, NC 28078**
**704-488-0084**

B GSE Group
COOL Jet
TwistAero

USS
Utility Syste s Specialists

Patrick E. Johnson (10771)
Paul T. Moxley (2342)
COHNE KINGHORN, P.C.
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378
pjohnson@cohnekinghorn.com
pmoxley@cohnekinghorn.com

Edward B. Davis (*admitted pro hac vice*)
Joshua B. Durham (*admitted pro hac vice*)
BELL, DAVIS & PITT, P.A.
227 West Trade Street, Suite 1800
Charlotte, NC 28202
Telephone: (704) 227-0400
Facsimile: (704) 227-0178
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, NORTHERN DIVISION**

JOHN BEAN TECHNOLOGIES CORPORATION, a Delaware corporation,

Plaintiff,

vs.

B GSE GROUP, LLC, a North Carolina limited liability company, and BRYAN BULLERDICK, an individual,

Defendants.

**NOTICE OF REDACTION REGARDING APPENDIX EXHIBIT 12**

The entirety of Appendix Exhibit 12, entitled Submittal Package MCAS Beaufort P-465, has been designated as Confidential by the parties, and Defendants believe that Plaintiffs contend it contains information that they consider trade secret materials. Rather then redacting the entirety of the voluminous document, Defendants hereby provide notice that they are provisionally filing the entirety of the document under seal pending the Court's resolution of Defendants' Motion to File Under Seal.

# EXHIBIT 13

| | |
|---|---|
| **From:** | Magallanez, Gabe [/O=JBTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MAGALLANEZ, GABE08C] |
| **Sent:** | 8/17/2016 7:42:54 PM |
| **To:** | GWILLIAM, SCOTT [scott.gwilliam@jbtc.com]; DeROCHE, BRIAN [brian.deroche@jbtc.com] |
| **CC:** | KUBICA, KRIS [kris.kubica@jbtc.com] |
| **Subject:** | FW: RQ B601-1: Luke Air Force Base Hangar |

[redacted]

[redacted]

[redacted]

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

# EXHIBIT 14

| | |
|---|---|
| **From:** | Magallanez, Gabe [/O=JBTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MAGALLANEZ, GABE08C] |
| **Sent:** | 8/31/2016 10:57:52 PM |
| **To:** | Law, Perry [perry.law@jbtc.com] |
| **CC:** | GWILLIAM, SCOTT [scott.gwilliam@jbtc.com]; Nestel, Steve [steve.nestel@jbtc.com]; KUBICA, KRIS [kris.kubica@jbtc.com]; Carlson, Brent [brent.carlson@jbtc.com] |
| **Subject:** | RE: Revised quote for Luke F-35 |
| **Attachments:** | Utility Pit.pdf; Appendix DD Utility Pits.pdf |

[redacted]

B. DeLoche 12

[redacted]

[redacted]

[redacted]

[redacted]

# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
NORTHERN DIVISION

JOHN BEAN TECHNOLOGIES )
CORPORATION, a Delaware )
corporation, )
Plaintiff, )
vs. ) No. 1:17-cv-00142-RJS_EJF
B GSE GROUP, LLC, a )
North Carolina limited )
liability company, and )
BRYAN BULLERDICK, an )
individual, )
Defendants. )

The deposition of DAVID DUSKI, called for examination pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Mary Kay Andriopoulos, Certified Shorthand Reporter for the State of Illinois, at 10 South Wacker Drive, Suite 2300, Illinois, on March 13, 2019, at the hour of 9:30 a.m.

REPORTED BY: MARY KAY ANDRIOPOULOS, CSR
LICENSE NO. 084-002248

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# EXHIBIT 16

**From:** Neil Barton <Neil.Barton@okland.com>
**To:** Bryan Bullerdick <Bryan@bgsegroup.com>
**Subject:** RE: BGSE Group
**Sent:** Sat, 6 Aug 2016 13:05:43 +0000

Bryan,

Can you please provide a list of installed facility that BGSE was contracted. We also are looking for POC for each, as we continue our research and investigations.

Thanks,
Neil

---

**From:** Bryan Bullerdick [mailto:Bryan@bgsegroup.com]
**Sent:** Friday, August 05, 2016 11:03 PM
**To:** Neil Barton <Neil.Barton@okland.com>
**Subject:** BGSE Group

Neil,

Again, thank you for your time and understanding working on this scope of work at getting everything on the table. This is a very respectable thing to do.

I would like Okland and Luke to know the following as the meeting had a bit of skipping around and some of this was missed.

1. JBT has been our "manufacturer" of a BGSE design for 2 generations of CAS units now. Generation 1 and 2 had changes based on BGSE lessons learned. JBT has never integrated our units with PITs, designed the current automation themselves, or even had one contract direct for any F 35 equipment for a hangar.

2. JBT has been a great supplier but are weak at service, timely delivery, warranty response, closing projects and pricing over the last 18 months has been way too high. JBT is wanting to work on a third generation unit now and has asked for BGSE Group to help them cut costs. To do this it **will not be like first two generations** and this is what they are banking on to get pricing down to continue working with BGSE Group. We estimate this design will take 6 months to get to a full deign. If this is the direction you want BGSE to go we can.

What BGSE did last summer is take all lessons learned from Yuma, Beaufort, Luke and the 2 current generations of our CAS design and continued with everything that works but tweaked the design further. This is the BGSE Group design and not to be confused with who we contract to make the units.

**What design changes have been made:**

1. Top mounted condensing fans. I believe all but one person in the meeting who knows what I am talking about cheered at this new design feature. What we were not privileged to is that the last two CAS yards in Yuma were modified without BGSE Group knowledge and this modification is causing a CAS failure. We talked to the Yuma group about this in detail after our meeting and found John at Parson, as a subcontractor to Harper, made these changes without consulting with BGSE…BUT this top mounted condensing coil would have solved the issues now in Yuma caused by trying to direct and block air with panels to help cooling in the CAS yard. The BGSE design NOW will allow the CAS yards to run cooler by not directing the hot air into the adjacent units and NOW blowing the hot air up. This is a huge design advantage.

2. All VFD motor controls. After BGSE doing 100s of hours of on site testing (BGSE - not JBT or any other company) we found a VFD will smooth the transitional performance issues with head pressures and motor cycling. As a second advantage it makes the unit more efficient.

3. Smaller. By moving the condensing coils to the top we were able to cut size out of the unit.

**Why JBT and BGSE worked in the past:**

1. BGSE needed a competent manufacturer for our design

2. JBT needed supplemental engineering, service people and technicians that are specialized and BGSE had a better reaction time as well as more tooling for on site testing and trouble shooting.

**Why BGSE has not 100% continued to contract manufacturing with JBT:**

1. Economics - their costs to make our product has escalated beyond reason and we can contribute Luke Hangar 2 to be the reason BGSE is not under contract for the air. Only the power. JBT's cost to manufacture caused the contractor to look at a considerably less expensive option. Until I have time to provide a less expensive third generation designed unit based on how JBT manufacturers we have such pricing issues at JBT right now that we are not in a good business position only having JBT make our product.

2. For over a year we took our designs to Ohio to an equally capable MAJOR aerospace manufacturer and JBT has been left out of 4 major F 35 hangars this year as BGSE continues to supply the product but JBT has not been able to meet pricing or delivery requirements. If they can they will be considered again but we want to implement the third generation changes and we have not shared this design with JBT yet.

Conclusion:

BGSE has fronted every F 35 hangar project and selecting the right mix of team players for 100% compliant systems. Always, BGSE has the contract, usually turnkey in nature, and BGSE has always been the front company, the commissioning and warranty provider and overall BGSE has been the company receiving EXCELLENT ratings for performance on the contracts.

JBT is a good company but they are a billion dollar massive machine with very little specialized resources, are not afraid to use their size and strength against a contractor (their famous saying - we have full time lawyers on our staff, we have to pay them whether we use them or not), and can be difficult to manage due to size. For instance, I have the highest regard for Scott Gwilliam. He is a friend, but I can go 3+ months without talking to him leaving voice mails because he is too busy flying around the world wearing too many hats for JBT. He is not the guy you are going to work with. He is the guy JBT sends to save their ass. The person JBT will assign will be someone who has never been at an F 35 hangar. I know this because I worked at JBT in management for three years. Great people, just no expertise for what you need done. That all fell on BGSE to fill the gaps and make things work.

USS is a BGSE Group partnership company. We have a 40% partner share in USS, the F 35 PIT design is 100% BGSE Group's and we also hold the UL on the PIT. JBT has asked for a price for this PIT and we provided it. JBT has a 5 year no compete clause on PITs from a 2013 mega large overseas PIT project so the only PIT they can resell is USS.

FCX, Verde, Cavotec are three companies to do what one BGSE can do. I know all three very well. I know without any doubt their current place in the development of the same scope BGSE has been suppling previously and continue to supply is at an infancy state.

**We are the right Company. We want to work through this and move to completing the engineering, supply and commission another excellent project for Luke.**

**Bryan Bullerdick**
**President**
**BGSE Group**

**Office: 704-992-9522**
**Cell: 704-488-0084**
bryan@bgsegroup.com
bgsegroup.com

**CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.**

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

# EXHIBIT 17

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | | |
|---|---|---|
| JOHN BEAN TECHNOLOGIES CORPORATION,<br>Plaintiff,<br>vs.<br>B GSE GROUP, LLC and BRYAN BULLERDICK,<br>Defendants. | ) ) ) ) ) ) ) ) ) ) | Case No. 1:17-cv-00142-RJS-EJF<br>Judge: Robert J. Shelby<br>Magistrate Judge Evelyn J. Furse |

# EXPERT REPORT OF DAVID R. DUSKI, CPA, CLP, CFE

**BDO USA, LLP**

**JANUARY 10, 2019**

## Table of Contents

**A. INTRODUCTION AND QUALIFICATIONS ........ 1**
**B. SCOPE OF RETENTION ........ 2**
**C. SOURCES OF INFORMATION AND DOCUMENTATION CONSIDERED ........ 3**
**D. BACKGROUND ........ 5**
**E. SUMMARY OF OPINIONS ........ 22**
**F. BASIS AND REASONING ........ 23**
**G. CONCLUSION ........ 68**

EXHIBIT 1: CURRICULUM VITAE OF DAVID R. DUSKI
EXHIBIT 2: SOURCES OF INFORMATION AND DOCUMENTATION CONSIDERED
EXHIBIT 3: CALCULATION OF JBT'S LOST PROFITS
EXHIBIT 4: CALCULATION OF BGSE'S UNJUST ENRICHMENT

APPENDIX A: DAMAGES MATRIX

Patrick E. Johnson (10771)
Paul T. Moxley (2342)
COHNE KINGHORN, P.C.
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378
pjohnson@cohnekinghorn.com
pmoxley@cohnekinghorn.com

Edward B. Davis (*admitted pro hac vice*)
Joshua B. Durham (*admitted pro hac vice*)
BELL, DAVIS & PITT, P.A.
227 West Trade Street, Suite 1800
Charlotte, NC 28202
Telephone: (704) 227-0400
Facsimile: (704) 227-0178
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, NORTHERN DIVISION**

JOHN BEAN TECHNOLOGIES CORPORATION, a Delaware corporation,

Plaintiff,

vs.

B GSE GROUP, LLC, a North Carolina limited liability company, and BRYAN BULLERDICK, an individual,

Defendants.

**NOTICE OF REDACTION REGARDING EXPERT REPORT OF DAVID DUSKI**

The entirety of Plaintiffs' expert report has been designated as Confidential. Rather than redacting the full report, Defendants hereby file this notice that they are filing the entirety of the document under seal, pending the Court's resolution of the Motion to File Under Seal.

# EXHIBIT 18

JBT AeroTech

TP100143/B
NOVEMBER 2015

# JETAIRE® 30 TON HIGH PRESSURE PRE-CONDITIONED AIR UNIT - FIXED

# HPCF - 3000

# 18 GR MODIFICATION

OPERATION AND MAINTENANCE MANUAL

JBT AEROTECH
JETWAY SYSTEMS®
1805 WEST 2550 SOUTH
OGDEN UTAH 84401

Patrick E. Johnson (10771)
Paul T. Moxley (2342)
COHNE KINGHORN, P.C.
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378
pjohnson@cohnekinghorn.com
pmoxley@cohnekinghorn.com

Edward B. Davis (*admitted pro hac vice*)
Joshua B. Durham (*admitted pro hac vice*)
BELL, DAVIS & PITT, P.A.
227 West Trade Street, Suite 1800
Charlotte, NC 28202
Telephone: (704) 227-0400
Facsimile: (704) 227-0178
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, NORTHERN DIVISION**

JOHN BEAN TECHNOLOGIES CORPORATION, a Delaware corporation,

Plaintiff,

vs.

B GSE GROUP, LLC, a North Carolina limited liability company, and BRYAN BULLERDICK, an individual,

Defendants.

**NOTICE OF REDACTION REGARDING APPENDIX EXHIBIT 18**

The entirety of Appendix Exhibit 18, entitled HPCF-3000 18 GR Modification, has been designated as Confidential by Plaintiffs, who identify its contents as trade secret materials. Rather then redacting the entirety of the voluminous document, Defendants hereby provide notice that they are provisionally filing the entirety of the document under seal pending the Court's resolution of Defendants' Motion to File Under Seal.

# EXHIBIT 19

| | |
|---|---|
| From: | Schroeder, Jason [/o=JBTC/ou=Ogden/cn=Recipients/cn=schroej] |
| on behalf of | Schroeder, Jason [/o=jbtc/ou=ogden/cn=recipients/cn=schroej] |
| Sent: | 8/5/2015 11:31:40 PM |
| To: | 'Roger Bauer' [rbauer@deckermechanical.com] |
| Subject: | RE: Manuals (1 of 5) |
| Attachments: | TP100128 A Jetaire HPCF 3000 18Gr Mod - 1 of 5s.pdf |

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Ken

[redacted]

[redacted]