# EXHIBIT 21

**From:** Bryan Bullerdick <Bryan@bgsegroup.com>
**Subject:** B GSE Group F-35 ALTER BLDG 150 MX HANGAR
**Sent:** Mon, 31 Jul 2017 21:10:19 -0400
**Cc:** DPATEL@KALLIDUSTECH.COM
**To:** Joshua Raposo <jraposo@kallidustech.com>
BID SCOPE MECHANICAL AND ELECTRICAL 1.1.pdf
10% DISCOUNT Burlington Hangar B GSE Group.pdf

Josh,

Last week was a bit crazy and I wanted to spend more time discussing our offer, who BGSE Group is and why I say we are the gold standard for this equipment for F 35 hangars.

Attached is the BID scope but as important we have a discounted offer to buy our scope of work. We have completed 16 F 35 hangars and contracted for 14 others. When you add up all F 35 hangars built worldwide or being built we are involved in all but 2. On the 2 not involved our competitors have yet to successfully commissioned even a fraction of a scope like ours.

On this hangar BGSE Group is the basis of design. Drawing M203 is our system that Burns and Mac put into this spec. E 402 is our equipment Burns and Mac put into this scope. Only because the customer did not want to list suppliers are we not listed as basis of design. This is a disadvantage to Killidus and to BGSE because these two drawings are just a silhouette of the detailed picture of how this all works. The specs list a performance spec but how the performance is to work is missed between the writing and the silhouette and that is because the full details on the automation and controls is BGSE's intellectual property.

Burns and Mac together completed 4 hangars together. Some history: On the first two hangars in working with Burns and Mac the spec originally written did not work for both mechanical and electrical systems. This is 2011. By meeting the spec at the time in 2011 we could not commission the system. BGSE Group was hired by the customer to fix the spec and make a system that would work. Over the summer of 2012 our system became the first to work and work well. One of our designs is call BLAST COOL. On this spec it was changed to QUICK COOL. Burns did this to keep form copying word for word our design but again it is ours. This is where we use a master controller to control multiple units running at the same time that can purge the lines of moisture and super cool them fast. All the valves are controlled and the system is special only to BGSE.

Where does Twist fall into this? Twist is a trusted vender to BGSE. We worked with them for 9 months to build our Third Generation CoolJet air units for us. Their scope of work is about 20% of our total bid. We specified the Pipe based on BGSE performance calculations. We chose the valves and reels based on performance experience. On the power units we use B-Power BGSE units that are small yet high performing with the right 28VDC 15 amp logic for the F 35. We make the cable and reels in-house. Same as the 480V 100 amp Safety boxes. We make the F 35 couples and together we have done this over and over again successfully.

Our competitors are manufacturing only companies. They are not system integrators. They know only what they make and have no experience in supplying a performance spec for the F 35. When you buy from BGSE you are buying a system and not parts of a system. We are experts from start to end and have BGSE technicians trained to do all work on site to include control work, mechanical and electrical. We are self contained, insured to 10 million and and provide up to 10 million in P and P bonding. In our aerospace market this is very rare and only because we have a fantastic contract performance record.

In conclusion: We want to be the overwhelming choice for Kallidus. We will make our scope easy and profitable so your company can focus on other scopes and other money making projects.

Bryan Bullerdick
President
BGSE Group
Office: 704-992-9522
Cell: 704-488-0084
BGSE VIDEO <https://youtu.be/p__6_E6G2HM>bryan@bgsegroup.com
<mailto:bryan@bgsegroup.com>
bgsegroup.com <http://bgsegroup.com/>

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.

F-35 ALTER BLDG 150 MX HANGAR

POWER AND INST. EQUIP ALL SPOTS

CURZ152802

158th Fighter Wing

Vermont Air National Guard

Completed F 35 hangars in last 6 years by BGSE Group, LLC for 270VDC and Aircraft cooling units with these system specifications (no competition). No other company has completed a system like this but BGSE Group. Past and present F 35 jobs:

| | | |
|---|---|---|
| P 913 | LUKE AFB | 6 BAY |
| P 995 | IWAKUNI | 5 BAY |
| P 645 | BEAUFORT | 6 BAY |
| P 545 S | YUMA | 5 BAY |
| P 545 N | YUMA | 5 BAY |
| P 460 | YUMA | 5 BAY |
| A-10 | NELLIS | 6 BAY |

| | | |
|---|---|---|
| P 447 | YUMA | 5 BAY |
| P 431 | LUKE | 4 BAY |
| P 454 | BEAUFORT | 7 BAY |
| P 328 | LEMOORE | 4 BAY |
| SQU 2 | LUKE | 4 BAY |
| P 328-2 | LEMOORE | 7 BAY |
| P430 | FALON | 1 BAY |
| P803 | KADINA | 4 BAY |
| P376 | ELISON | 4 BAY |
| B110-180 | ISRAEL | 7 BAY |
| XXX | KOREA | 8 BAY |

The way B GSE Group works is we supply the engineered system that is performance based and complete to ensure any contractor working with us doesn't carry the risk of the required F 35 service specifications.

The project specification alone does not offer all the information needed to make a functional system and only experience can offer this.
I will be the point of contact for this project and please let me know if you have any question on the scope of work. What is included, what might not be included and optional additional services we can provide.

---

Josh,
**Last week was a bit crazy and I wanted to spend more time discussing our offer, who BGSE Group is and why I say we are the gold standard for this equipment for F 35 hangars.**

Attached is the BID scope but as important we have a discounted offer to buy our scope of work. We have completed 16 F 35 hangars and contracted for 14 others. When you add up all F 35 hangars built worldwide or being built we are involved in all but 2. On the 2 not involved our competitors have yet to successfully commissioned even a fraction of a scope like ours.

On this hangar BGSE Group is the basis of design. Drawing M203 is our system that Burns and Mac put into this spec. E 402 is our equipment Burns and Mac put into this scope. Only because the customer did not want to list suppliers are we not listed as basis of design. This is a disadvantage to Killidus and to BGSE because these two drawings are just a silhouette of the detailed picture of how this all works. The specs list a performance spec but how the performance is to work is missed between the writing and the silhouette and that is because the full details on the automation and controls is BGSE's intellectual property.

Burns and Mac together completed 4 hangars together. Some history: On the first two hangars in working with Burns and

Mac the spec originally written did not work for both mechanical and electrical systems. This is 2011. By meeting the spec at the time in 2011 we could not commission the system. BGSE Group was hired by the customer to fix the spec and make a system that would work. Over the summer of 2012 our system became the first to work and work well. One of our designs is call BLAST COOL. On this spec it was changed to QUICK COOL. Burns did this to keep form copying word for word our design but again it is ours. This is where we use a master controller to control multiple units running at the same time that can purge the lines of moisture and super cool them fast. All the valves are controlled and the system is special only to BGSE.

Where does Twist fall into this? Twist is a trusted vender to BGSE. We worked with them for 9 months to build our Third Generation CoolJet air units for us. Their scope of work is about 20% of our total bid. We specified the Pipe based on BGSE performance calculations. We chose the valves and reels based on performance experience. On the power units we use B-Power BGSE units that are small yet high performing with the right 28VDC 15 amp logic for the F 35. We make the cable and reels in-house. Same as the 480V 100 amp Safety boxes. We make the F 35 couples and together we have done this over and over again successfully.

Our competitors are manufacturing only companies. They are not system integrators. They know only what they make and have no experience in supplying a performance spec for the F 35. When you buy from BGSE you are buying a system and not parts of a system. We are experts from start to end and have BGSE technicians trained to do all work on site to include control work, mechanical and electrical. We are self contained, insured to 10 million and and provide up to 10 million in P and P bonding. In our aerospace market this is very rare and only because we have a fantastic contract performance record.

In conclusion: We want to be the overwhelming choice for Kallidus. We will make our scope easy and profitable so your company can focus on other scopes and other money making projects.

**Bryan Bullerdick**
**President**
**BGSE Group**
**Office: 704-992-9522**
**Cell: 704-488-0084**
BGSE VIDEO
bryan@bgsegroup.com
bgsegroup.com

**CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.**

# EXHIBIT 22

**From:** Bryan Bullerdick [sales@bgsegroup.com]
**Sent:** 2/23/2016 10:12:55 AM
**To:** Carrie Pinder [CPinder@carothersconstruction.com]
**CC:** Timothy Skuse [TSkuse@carothersconstruction.com]; Randy Hoffland [RHoffland@carothersconstruction.com]; Randall Bagley [RBagley@carothersconstruction.com]; Scott Dils [scottdils@bgsegroup.com]
**Subject:** Re: CP-018 Aircraft Cooling Vault

Attachment available until Mar 24, 2016

CARRIE,

PLEASE FIND ATTACHED SUBMITTAL FOR THE CAS UNIT. please confirm receipt

NOTES:

- Missing is the Master controller final drawing and the electrical layout drawings. Both are being worked on with a 3/15/2016 date as noted in submittal on these pages. These are specific for project because of the number of Air units to the number of PITs vary.

- I need to coordinate with the supplier of the ducting to make sure we agree on sizes.

Normal 12 inch everywhere reduced to 8 inch before the PIT.

For the outflow ducting we can supply a 12 inch powered butterfly valve like the one in the PIT and a 12" summary temp probe but we need to verify we will be at 12 inches and not 8 at the install location of the outflow valve.

- Install scope of work - again conduits installed as instructed . We will pull wire and make connections only. Not installing any conduit.

Make sure and stubs are 20 inch above grade or more on conduits so we do not need to by explosion proof grips.

Master controller needs a 120V power supply.

We will be installing a 3 foot by 3 foot J box under master controller to coordinate PIT wire runs.

Note as will be shown in electrical layout we will be conduits from PC Air units to master, master to each PIT and conduit run all the way to outflow valve location.

Again what we will provide will have much of this detail but to start thinking about this now.

- BIG QUESTION: Will we need to communicate closed circuit from the master controller to any external monitoring computer or device owned and supplied by others? Need to know now or the master controller will not have the ability to do this after manufactured.

- Also note - the sequence of the blast cool will have a few small modifications to it. Our program 1.0 is being updated to 2.0 which means all the functions on the 1.0 will still exist but some new features will be added and when I have this in detail I will send revision to submittal.

Bryan Bullerdick
President
BGSE Group

**Office: 704-992-9522**
**Cell: 704-488-0084**
bryan@bgsegroup.com
bgsegroup.com

**CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.**

Click to Download
Beaufort Submittal ReV 1 CAS Units.pdf
48 MB

On Feb 17, 2016, at 2:25 PM, Carrie Pinder <CPinder@carothersconstruction.com> wrote:

Ok thank you.

**Carrie M Pinder / Alternate Quality Control Manager**
**Marine Corps Air Station**
**450T Corrosion Loop**
**Beaufort, SC 29904**
**Cell Phone: 601.209.4668**
**email: cpinder@carothersconstruction.com**
**www.carothersconstruction.com**
**<image001.jpg>**

---

**From:** Bryan Bullerdick [mailto:sales@bgsegroup.com]
**Sent:** Wednesday, February 17, 2016 2:17 PM
**To:** Carrie Pinder
**Cc:** Timothy Skuse; Randy Hoffland; Randall Bagley
**Subject:** Re: CP-018 Aircraft Cooling Vault

I was hoping by Friday.

Bryan Bullerdick
President
BGSE Group

**Office: 704-992-9522**
**Cell: 704-488-0084**

bryan@bgsegroup.com
bgsegroup.com

**CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.**

On Feb 17, 2016, at 1:44 PM, Carrie Pinder <CPinder@carothersconstruction.com> wrote:

Bryan,

We received your submittal for the aircraft maintenance pits but are also looking for the aircraft cooling unit submittals. When can we expect to receive those? We have a few subcontractors that are in need of them quickly. The controls sub can't finish their design without them.

**Carrie M Pinder / Alternate Quality Control Manager**
**Marine Corps Air Station**
**450T Corrosion Loop**
**Beaufort, SC 29904**
**Cell Phone: 601.209.4668**
**email: cpinder@carothersconstruction.com**
**www.carothersconstruction.com**
**<image001.jpg>**

---

**From:** Bryan Bullerdick [mailto:sales@bgsegroup.com]
**Sent:** Monday, February 15, 2016 8:32 AM
**To:** Timothy Skuse
**Cc:** Randy Hoffland; Carrie Pinder; Randall Bagley; Joe Winstead
**Subject:** Re: CP-018 Aircraft Cooling Vault

Attachment available until Mar 16, 2016

Tim,

This week will also be a PC Air revision. I also desperately need your schedule for PITS, Power and air because we are having longer than normal lead times. I also need the CO reflecting the change on the PITs. And a signed revised submittal before we can go to production.

Thank you,

Bryan Bullerdick
President
BGSE Group

**Office: 704-992-9522**

**Cell: 704-488-0084**
bryan@bgsegroup.com
bgsegroup.com

Click to Download
BEAUFORT PIT SUBMITTAL REVISION 1.pdf
21.2 MB

**CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.**

On Feb 15, 2016, at 8:16 AM, Timothy Skuse <TSkuse@carothersconstruction.com> wrote:

Bryan,

When can we expect your submittals for this? Please give us a round about timeframe.

Timothy Skuse
Quality Control Manager
**MCAS -Aircraft Maintenance Hangar**
**450T Corrosion Loop**
**Beaufort, SC 29904**
662-607-5967 or 706-392-0217
tskuse@carothersconstruction.com
<image002.jpg>

---

**From:** Randy Hoffland
**Sent:** Tuesday, February 09, 2016 2:31 PM
**To:** Russell Rees; Bryan Bullerdick; Tommy Lane
**Cc:** Timothy Skuse; Carrie Pinder; Randall Bagley; Joe Winstead
**Subject:** CP-018 Aircraft Cooling Vault

All,

We have completed negotiations with the government regarding the Aircraft Cooling Vault change order CP-018, once we receive the official modification from the Government which we expect in the next few days. We will be issuing change orders to your contracts, please start preparing submittals if you have not already done so.

Thanks,

**Randy Hoffland**
Project Manager
Marine Corps Air Station
450T Corrosion Loop
Beaufort, SC 29904
Cell Phone: 662-372-2383
email: rhoffland@carothersconstruction.com
www.carothersconstruction.com

**<image003.jpg>**

# EXHIBIT 23


BGSE Group
Military Ground Support

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

MARCH 17,2016

**F 35 GROUND SUPPORT EQUIPMENT (GSE)**

Dear bidders and designers,

Lockheed Martin in meetings with BGSE Group admits they have specific F 35 GSE criteria clearly published and provided to their customers BUT are not experts in the "how to" create a hangar performance system that can meet that specification. From one bay and shelters to 10 bay hangars there is a science to engineering and supplying a system that meets Lockheed aircraft GSE requirements as well as user requirements and safety provisions that ONLY BGSE Group has supplied successfully to date.

Combining aircraft requirements with user requirements and airman safety is what BGSE Group is offering. The RFPs all around the world, whether design-build or build-design, have the exact same challenges. Provide the requirements at the aircraft, in an explosion proof environment, without congesting the hangar, with reliability, efficiency and most importantly safely.

BGSE Group can guarantee our systems. We can do this because we have been involved in every F 35 hangar built worldwide since 2008. We have the entire library of the "lessons learned" on over 15 F 35 specific hangars and from day one of being either on a design team or just a supplier this unpublished information is available to you and no one else.

This fantastic aircraft is nothing like the legacy aircraft many of you have worked on. This is new and cutting edge. The ground support equipment is not a luxury it is an operational requirement. The systems we are supplying on these F 35 hangars are operation critical. The BGSE Group designs as highlighted in the following document are unique, unmatched and usually basis of design.

The following F 35 specific projects all have BGSE Group equipment. All projects completed on this list have installed, commissioned and working 100% BGSE Group designs.

| | |
|---|---|
| *P431 Luke* | *- 270VDC BGSE, CAS BGSE, PITs USS/BGSE* |
| *P913 Luke* | *- 270VDC BGSE, CAS BGSE, PITs USS/BGSE* |
| *P645 Beaufort* | *- 270VDC BGSE, CAS BGSE, PITs USS/BGSE* |
| *P545 S Yuma* | *- CAS, BGSE, PITs USS/BGSE* |
| *P545 N Yuma* | *- CAS, BGSE, PITs USS/BGSE* |
| *P460 Yuma* | *- 270VDC BGSE, CAS BGSE, PITs USS/BGSE* |
| *P447 Yuma* | *- 270VDC BGSE, CAS BGSE, PITs USS/BGSE* |
| *P454 Beaufort* | *- 270VDC BGSE, CAS BGSE, PITs USS/BGSE* |
| *P328 Lemoore* | *- CAS BGSE, PITs USS/BGSE* |
| *A- 10 Nellis* | *- 270VDC/400HZ combo BGSE* |
| *P995 Japan* | *- PITs USS/BGSE* |
| *P803 Japan* | *- 270VDC BGSE, CAS BGSE, PITs USS/BGSE* |
| *Luke SQ 2* | *- in submittals 270VDC BGSE* |

Our team is ready to work with you on another successful F 35 hangar.

Sincerely,

Bryan Bullerdick
President
BGSE Group
Office: 704-992-9522
Cell: 704-488-0084

# BGSE Group Military Market - PC Air

**High Volume**

**High Pressure**

**Mobile**

**PITS**

**13 F 35 Hangars, 340 mobile High Pressure Carts, 210 high volume carts, 368 PC Air PITS**










[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]




**USS, LLC**
PHONE: (260 693-1172 FAX: (260) 693-1178
WEBSITE: WWW.USSPECIALISTS.COM

Utility Systems Specialists

USS(3)36-32X108(24D)-64X130(96D)-LEMOOR-0001
USS(3)36-32X108(24D)-64X130(96D)-(2XPCA)

MATERIAL Material <not specified>

| | | |
|---|---|---|
| DRAWN | BJB | 9/2/2015 |
| CHECKED | CDM | |
| APPROVED | CDM | |

TOLERANCES ARE:

| FRACTIONS | DECIMALS | ANGLES |
|---|---|---|
| ±1/16 | .XX ±.01<br>.XXX ±.003 | ±1° |

DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED

SHEET 1 OF 6

THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC.

RELEASE FOR FABRICATION

NAME SIGNATURE

DATE COMPANY

LEMOORE ONLY





| | | | | |
|---|---|---|---|---|
| USS, LLC<br>PHONE: (260 693-1172 FAX: (260) 693-1178<br>WEBSITE: WWW.USSPECIALISTS.COM | | | TOLERANCES ARE:<br>FRACTIONS ±1/16 DECIMALS .XX ±.01 .XXX ±.003 ANGLES ±1° | RELEASE FOR FABRICATION |
| USS(3)36-32X108(24D)-64X130(96D)-LEMOOR-0001<br>USS(3)36-32X108(24D)-64X130(96D)-(2XPCA) | DRAWN BJB | 9/2/2015 | DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED | NAME SIGNATURE |
| | CHECKED CDM | | SHEET 3 OF 6 | |
| MATERIAL Material <not specified> | APPROVED CDM | | THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC. | DATE COMPANY |

LEMOORE ONLY




Utility Systems Specialists

**USS, LLC**
PHONE: (260 693-1172 FAX: (260) 693-1178
WEBSITE: WWW.USSPECIALISTS.COM

USS(3)36-32X108(24D)-64X130(96D)-LEMOOR-0001
USS(3)36-32X108(24D)-64X130(96D)-(2XPCA)

MATERIAL Material <not specified>

DRAWN BJB 9/2/2015
CHECKED CDM
APPROVED CDM

TOLERANCES ARE:

| FRACTIONS | DECIMALS | ANGLES |
|---|---|---|
| ±1/16 | .XX ±.01<br>.XXX ±.003 | ±1° |

DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED

SHEET 4 OF 6

THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC.

RELEASE FOR FABRICATION

NAME SIGNATURE

DATE COMPANY

LEMOORE ONLY




| | | | |
|---|---|---|---|
| **USS, LLC**<br>PHONE: (260 693-1172 FAX: (260) 693-1178<br>WEBSITE: WWW.USSPECIALISTS.COM | | TOLERANCES ARE:<br>FRACTIONS ±1/16 DECIMALS .XX ±.01 .XXX ±.003 ANGLES ±1° | RELEASE FOR FABRICATION |
| USS(3)36-32X108(24D)-64X130(96D)-LEMOOR-0001<br>USS(3)36-32X108(24D)-64X130(96D)-(2XPCA) | DRAWN BJB 9/2/2015<br>CHECKED CDM | DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED<br>SHEET 6 OF 6 | NAME SIGNATURE |
| MATERIAL Material <not specified> | APPROVED CDM | THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC. | DATE COMPANY |

Utility Systems Specialists




**USS, LLC**
PHONE: (260) 693-1172 FAX: (260) 693-1178
WEBSITE: WWW.USSPECIALISTS.COM

USS36(2XEZ)-32X108(24D)-64X40(96D) - Korea - Project 1 (Submittal)

MATERIAL

| DRAWN | BJB |
| --- | --- |
| CHECKED | CDM |
| APPROVED | CDM |

TOLERANCES ARE:

| FRACTIONS | DECIMALS | ANGLES |
| --- | --- | --- |
| ±1/16 | .XX ±.01<br>.XXX ±.003 | ±1° |

DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED

SHEET 1 OF 7

THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC.

RELEASE FOR FABRICATION

NAME SIGNATURE

DATE COMPANY

LUKE ONLY





**USS, LLC**

PHONE: (260) 693-1172 FAX: (260) 693-1178
WEBSITE: WWW.USSPECIALISTS.COM

USS36(2XEZ)-32X108(24D)-64X40(96D) - Korea - Project 1 (Submittal)

MATERIAL

| | |
|---|---|
| DRAWN | BJB |
| CHECKED | CDM |
| APPROVED | CDM |

TOLERANCES ARE:

| FRACTIONS | DECIMALS | ANGLES |
|---|---|---|
| ±1/16 | .XX ±.01<br>.XXX ±.003 | ±1° |

DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED

SHEET 2 OF 7

THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC.

RELEASE FOR FABRICATION

NAME SIGNATURE

DATE COMPANY

LUKE ONLY





| | | | |
|---|---|---|---|
| **USS, LLC**<br>PHONE: (260 693-1172 FAX: (260) 693-1178<br>WEBSITE: WWW.USSPECIALISTS.COM | | TOLERANCES ARE:<br>FRACTIONS ±1/16 DECIMALS .XX ±.01 .XXX ±.003 ANGLES ±1° | RELEASE FOR FABRICATION |
| USS36(2XEZ)-32X108(24D)-64X40(96D) - Korea - Project 1 (Submittal) | DRAWN BJB | DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED | NAME SIGNATURE |
| | CHECKED CDM | SHEET 3 OF 7 | |
| MATERIAL | APPROVED CDM | THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC. | DATE COMPANY |

LUKE ONLY





**USS, LLC**
PHONE: (260) 693-1172 FAX: (260) 693-1178
WEBSITE: WWW.USSPECIALISTS.COM

USS36(2XEZ)-32X108(24D)-64X40(96D) - Korea - Project 1 (Submittal)

MATERIAL

| | |
|---|---|
| DRAWN | BJB |
| CHECKED | CDM |
| APPROVED | CDM |

TOLERANCES ARE:

| FRACTIONS | DECIMALS | ANGLES |
|---|---|---|
| ±1/16 | .XX ±.01<br>.XXX ±.003 | ±1° |

DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED

SHEET 4 OF 7

THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC.

RELEASE FOR FABRICATION

| NAME | SIGNATURE |
|---|---|
| DATE | COMPANY |

LUKE ONLY





**USS, LLC**

PHONE: (260 693-1172 FAX: (260) 693-1178
WEBSITE: WWW.USSPECIALISTS.COM

USS36(2XEZ)-32X108(24D)-64X40(96D) - Korea - Project 1 (Submittal)

MATERIAL

| | |
|---|---|
| DRAWN | BJB |
| CHECKED | CDM |
| APPROVED | CDM |

TOLERANCES ARE:

| FRACTIONS | DECIMALS | ANGLES |
|---|---|---|
| ±1/16 | .XX ±.01<br>.XXX ±.003 | ±1° |

DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED

SHEET 5 OF 7

THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC.

RELEASE FOR FABRICATION

NAME SIGNATURE

DATE COMPANY

LUKE ONLY




**USS, LLC**
PHONE: (260) 693-1172 FAX: (260) 693-1178
WEBSITE: WWW.USSPECIALISTS.COM

| | | |
|---|---|---|
| USS36(2XEZ)-32X108(24D)-64X40(96D) - Korea - Project 1 (Submittal) | DRAWN | BJB |
| | CHECKED | CDM |
| MATERIAL | APPROVED | CDM |

TOLERANCES ARE:

| FRACTIONS | DECIMALS | ANGLES |
|---|---|---|
| ±1/16 | .XX ±.01<br>.XXX ±.003 | ±1° |

DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED

SHEET 6 OF 7

THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC.

RELEASE FOR FABRICATION

| NAME | SIGNATURE |
|---|---|
| DATE | COMPANY |

LUKE ONLY




**USS, LLC**
PHONE: (260 693-1172 FAX: (260) 693-1178
WEBSITE: WWW.USSPECIALISTS.COM

USS36(2XEZ)-32X108(24D)-64X40(96D) - Korea - Project 1 (Submittal)

MATERIAL

DRAWN BJB
CHECKED CDM
APPROVED CDM

TOLERANCES ARE:
FRACTIONS ±1/16
DECIMALS .XX ±.01 .XXX ±.003
ANGLES ±1°
DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED

SHEET 7 OF 7

THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC.

RELEASE FOR FABRICATION

NAME SIGNATURE

DATE COMPANY

# EXHIBIT 24

**From:** "scott dils" <scottdils@bgsegroup.com>
**To:** "'Jason Bodine'" <Jbodine@dbshvac.com>
**Cc:** "'Bryan Bullerdick'" <bryan@bgsegroup.com>
**Subject:** RE: Oh Chang Project
**Sent:** Thu, 14 Sep 2017 14:37:27 -0700

EXPERIENCE 1.pdf
EXPERIENCE 2.pdf
Experience 3.pdf

Jason,

JBT supplied power and air units to B GSE Group in the past, for many of our projects. B GSE integrated JBT's product, as well as product from many other manufacturers, into complete systems for these projects. BGSE is a turn key supplier, supplying complete systems for the F-35 PCAir, power conversion, and 480VAC system power, BGSE's key role is that of design, integration, emplacement, commissioning, and testing, given BGSE's experience, we have the necessary knowledge of what works and does not work, and necessary key elements of the entire system and its operation. Here is the past experience BGSE has in design, supply, commissioning and testing of succesful systems. Daewoo is welcome to call the companies and project managers, to learn who was responsible for their succesful system integration.
JBT has never supplied complete systems, with power, air and pits, for any F-35 project. JBT builds good power and air units, but they do not have experience in supplying complete power, air and pit systems. After review, we have determined that the JBT design for the Oh Chang project is critically flawed. The JBT design does not meet specifications, and the avionics in the aircraft will be damaged with this alternate design. The JBT alternate design will not work properly. We can review the deficiencies in the alternate design tonight, but I do not know how specific we should be with Daewoo.

It seems that JBT convinced Daewoo that they designed and supplied complete systems that were actually designed and supplied by B GSE. Daewoo should believe that what we already told them, about our previous experience, is true. We helped Daewoo with a good, proven design, that will work properly and will meet specifications. JBT came in as an alternate design, as a company without any previous experience in supplying complete systems. We should approach this from a position of strength, as we have a proven design and JBT offered an alternate, deficient design.

Should we have a conference call with you, or you and Daewoo, to discuss this? They are going down the wrong path and will end up spending more time and money in the end, correcting the deficiencies in this project.

---

**From:** Jason Bodine [mailto:Jbodine@dbshvac.com]
**Sent:** Thursday, September 14, 2017 10:32 AM
**To:** Scott Dils
**Subject:** Oh Chang Project

Scott,

Please make any necessary changes to what I wrote below. I'll send this to John Yi tonight, before I call him.

Jason

JBT supplied power and air units to B GSE Group in the past, for many of our projects. B GSE integrated JBT's product, as well as product from many other manufacturers, into complete systems for these projects. JBT has never supplied complete systems, with power, air and pits, for any F-35 project. JBT builds good power and air units, but they do not have experience in supplying complete power, air and pit systems. After review, we have determined that the JBT design for the Oh Chang project is critically flawed. The JBT design does not meet specifications, and the avionics in the aircraft will be damaged with this alternate design. The JBT alternate design will not work properly. We can review the deficiencies in the alternate design tonight, but I do not know how specific we should be with Daewoo.

It seems that JBT convinced Daewoo that they designed and supplied complete systems that were actually designed and supplied by B GSE. Daewoo should believe that what we already told them, about our previous experience, is true. We helped Daewoo with a good, proven design, that will work properly and will meet specifications. JBT came in as an alternate design, as a company

without any previous experience in supplying complete systems. We should approach this from a position of strength, as we have a proven design and JBT offered an alternate, deficient design.

Should we have a conference call with you, or you and Daewoo, to discuss this? They are going down the wrong path and will end up spending more time and money in the end, correcting the deficiencies in this project.

DBS Associates, Inc.
**Jason Bodine**
DBS Associates, Inc.
2480 Grand Avenue
Vista, CA 92081

(760) 741-9775 x 303 Work
(760) 480-8904 Fax
(760) 716-7752 Mobile
(760) 550-7959
jbodine@dbshvac.com

# EXHIBIT 25

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2016**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**Commission file number: 1-34036**

## John Bean Technologies Corporation
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **91-1650317** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification Number)** |

**70 West Madison Street**
**Chicago, IL 60602**
**(Address of principal executive offices)**

**(312) 861-5900**
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Exchange on Which Registered |
|---|---|
| Common Stock, $0.01 par value | New York Stock Exchange |
| Preferred Share Purchase Rights | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒ Accelerated filer ☐ Non-accelerated filer ☐ Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of common stock held by non-affiliates of the registrant on the last business day of the registrant's most recently completed second fiscal quarter was: $1,740,268,432.

At February 22, 2017, there were 29,323,079 shares of the registrant's common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's Proxy Statement for the 2017 Annual Meeting of Stockholders are incorporated herein by reference in Part III of this Annual Report on Form 10-K to the extent stated herein.

**TABLE OF CONTENTS**


| | Page |
|---|---|
| **PART I** | |
| | |
| Item 1. Business | 4 |
| Item 1A. Risk Factors | 12 |
| Item 1B. Unresolved Staff Comments | 23 |
| Item 2. Properties | 24 |
| Item 3. Legal Proceedings | 25 |
| Item 4. Mine Safety Disclosures | 25 |
| | |
| **PART II** | |
| | |
| Item 5. Market for Registrant's Common Equity and Related Stockholder Matters | 26 |
| Item 6. Selected Financial Data | 27 |
| Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations | 29 |
| Item 7A. Qualitative and Quantitative Disclosures About Market Risk | 43 |
| Item 8. Financial Statements and Supplementary Data | 45 |
| Item 9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 81 |
| Item 9A. Controls and Procedures | 81 |
| Item 9B. Other Information | 84 |
| | |
| **PART III** | |
| | |
| Item 10. Directors, Executive Officers and Corporate Governance | 84 |
| Item 11. Executive Compensation | 84 |
| Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 84 |
| Item 13. Certain Relationships and Related Transactions, and Director Independence | 84 |
| Item 14. Principal Accountant Fees and Services | 84 |
| | |
| **PART IV** | |
| | |
| Item 15. Exhibits and Financial Statement Schedules | 85 |
| Item 16. Form 10-K Summary | 93 |
| Signatures | 93 |

**SPECIAL NOTE ABOUT FORWARD-LOOKING STATEMENTS**

This Annual Report on Form 10-K and other materials filed or to be filed by John Bean Technologies Corporation, as well as information in oral statements or other written statements made or to be made by us, contain statements that are, or may be considered to be, forward-looking statements. All statements that are not historical facts, including statements about our beliefs or expectations regarding future performance, strategic plans, income, earnings, cash flows, restructuring and optimization plans and related cost savings, operating improvements, and covenant compliance are forward-looking statements. You can identify these forward-looking statements by the use of forward-looking words such as “outlook,” “believes,” “expects,” “potential,” “continues,” “may,” “will,” “should,” “seeks,” “approximately,” “predicts,” “intends,” “plans,” “estimates,” “anticipates,” “foresees” or the negative version of those words or other comparable words and phrases. Any forward-looking statements contained in this Annual Report on Form 10-K are based upon our historical performance and on current plans, estimates and expectations. The inclusion of this forward-looking information should not be regarded as a representation by us or any other person that the future plans, estimates or expectations contemplated by us will be achieved. There are factors that could cause our actual results to differ materially from these forward-looking statements, including but not limited to the factors we describe herein, including under “Risk Factors,” and “Management’s Discussion and Analysis of Financial Condition and Results of Operations,” and the following factors:

- Fluctuations in our financial results;
- Unanticipated delays or acceleration in our sales cycles;
- Deterioration of economic conditions;
- Sensitivity of segments to variable or volatile factors;
- Changes in demand for our products and services;
- Changes in commodity prices, including those impacting materials used in our business;
- Disruptions in the political, regulatory, economic and social conditions of the foreign countries in which we conduct business;
- Increases in energy prices;
- Changes in food consumption patterns;
- Impacts of pandemic illnesses, food borne illnesses and diseases to various agricultural products;
- Weather conditions and natural disasters;
- Acts of terrorism or war;
- Termination or loss of major customer contracts;
- Customer sourcing initiatives;
- Competition and innovation in our industries;
- Our ability to develop and introduce new or enhanced products and services;
- Difficulty in developing, preserving and protecting our intellectual property;
- Our ability to protect our information systems;
- Adequacy of our internal controls;
- Our ability to successfully integrate, operate and manage acquired businesses and assets;
- Loss of key management and other personnel;
- Potential liability arising out of the installation or use of our systems;
- Our ability to comply with the laws and regulations governing our U.S. government contracts;
- Our ability to comply with U.S. and international laws governing our operations and industries;
- The outcome of pending or future litigation;
- Increases in tax liabilities;
- Difficulty in implementing our business strategies; and
- Availability and access to financial and other resources.

If one or more of those or other risks or uncertainties materialize, or if our underlying assumptions prove to be incorrect, actual results may vary materially from what we projected. Consequently, actual events and results may vary significantly from those included in or contemplated or implied by our forward-looking statements. The forward-looking statements included in this Annual Report on Form 10-K are made only as of the date hereof, and we undertake no obligation to publicly update or review any forward-looking statement made by us or on our behalf, whether as a result of new information, future developments, subsequent events or circumstances or otherwise.

## PART I

*Unless otherwise specified or indicated by the context, JBT Corporation, JBT, we, us, our and the Company refer to John Bean Technologies Corporation and its subsidiaries.*

### ITEM 1. BUSINESS

We are a leading global technology solutions provider to high-value segments of the food and beverage industry with focus on proteins, liquid foods and automated system solutions. JBT designs, produces and services sophisticated products and systems for multi-national and regional customers through its FoodTech segment. JBT also sells critical equipment and services to domestic and international air transportation customers through its AeroTech segment.

The product offerings of our FoodTech businesses include:

- ***Protein***. JBT FoodTech provides comprehensive solutions to our Protein customers that include chilling, mixing/grinding, injecting, marinating, tumbling, portioning, packaging, coating, frying, freezing and weighing for poultry, beef, pork and seafood, as well as ready-to-eat meals, fruits, vegetables, dairy, and bakery products. Strategic acquisitions completed in 2016 added to the product portfolio X-ray food inspection systems, complementary poultry-focused chilling solutions, and packaging systems.

- ***Liquid Foods***. Our Liquid Foods portfolio includes fruit and juice solutions that extract, concentrate and aseptically process citrus, tomato and other fruits, vegetables, and juices. It also includes in-container solutions for the filling, closing and preservation of fruits, vegetables, soups, sauces, dairy, and pet food products as well as ready-to-eat meals in a wide variety of modern packages. Strategic acquisitions completed in 2015 added to our product portfolio significant capabilities in the dairy and juice preservation and filling segments, as well as in customized skidded systems, mixing, batching and blending systems and tank and vessel manufacturing capabilities for a broad array of market segments.

- ***Automated Systems***. JBT FoodTech provides stand-alone and fully-integrated robotic automated guided vehicle systems for repetitive material movement requirements, for example in manufacturing and warehouse facilities.

JBT AeroTech markets its solutions and services to domestic and international airport authorities, passenger airlines, airfreight and ground handling companies, military forces and defense contractors. The product offerings of our AeroTech businesses include:

- ***Mobile Equipment***. JBT AeroTech's portfolio of mobile air transportation equipment includes commercial and military cargo loading, aircraft deicing, aircraft towing, and aircraft ground power and cooling systems.

- ***Fixed Equipment***. JBT AeroTech provides gate equipment for passenger boarding.

- ***Airport Services***. JBT AeroTech includes the maintenance of airport equipment, systems, and facilities.

For financial information about our business segments see Note 16. Business Segments of our Consolidated Financial Statements included in Item 8. Financial Statements and Supplementary Data of this Annual Report on Form 10-K.

We were originally incorporated as Frigoscandia, Inc. in Delaware in May 1994. Our principal executive offices are located at 70 West Madison, Suite 4400, Chicago, Illinois 60602.

### BUSINESS SEGMENTS

#### JBT FoodTech

JBT FoodTech supplies both customized industrial and turnkey solutions and services used in the food and beverage industry. We design, manufacture and service technologically sophisticated food processing systems for the preparation of meat, seafood and poultry products, ready-to-eat meals, shelf stable packaged foods, bakery products, juice and dairy products, and fruit and vegetable products.

We believe our success is derived from our continued innovation, applying our differentiated and proprietary technologies to meet our customers' food processing needs. We continually strive to improve our existing solutions and develop new solutions by working closely with our customers to meet their evolving needs.

Our historically strong position in the markets we serve has provided us with a large installed base of systems and equipment. We deliver industrial capacity equipment which includes freezers, citrus juice extractors, preservation systems, coating systems and packaging systems. The installed base of our equipment provides a stream of recurring revenue from aftermarket products, parts, services, and lease arrangements. Recurring revenue accounted for 40% of our FoodTech total revenue in 2016. Our installed base also provides us with strong, long-term customer relationships from which we derive information for new product development to meet the evolving needs of our food processing customers. We also provide stand-alone and fully integrated automated guided vehicle systems for repetitive material handling requirements, for example in manufacturing and warehouse facilities.

We have operations strategically positioned around the world to serve our existing JBT FoodTech equipment base located in more than 100 countries. Our principal production facilities are located in the United States (Arkansas, California, Florida, New York, North Carolina, Ohio, and Wisconsin), Brazil, Belgium, Germany, Italy, Sweden, the Netherlands, the United Kingdom, South Africa and China. In addition to sales and services offices based in more than 25 countries, we also support our customers in their development of new food products and processes as well as the refinement and testing of their current applications through eleven technical centers located in the United States (California, Florida, and Ohio), Mexico, Brazil, Belgium, Italy, Spain, Sweden, the Netherlands and China. Our global presence allows us to provide direct customized support to customers virtually anywhere they process foods.

***Solutions, Products and Services***

We offer a broad portfolio of systems, equipment and services to our customers which are often sold as part of a fully integrated processing line solution. Our systems are typically customized to meet the specific customer application needs. Thus, actual production capacity ranges vary and are dependent on the food and product packaging type being processed.

***Protein.*** Our fully integrated processing lines often span from the initial point of entry of raw products through further processing. Our Protein systems include Wolf-Tec Polar Dissolver brine preparation, IMAX injection, Polar Massager marination, Polar Flex Carve maceration, TMAX tenderization, TVI portion cutting systems, the DSI™ waterjet portioners, slicers and attribute scanner/sorters; the Stein™ coating and seasoning applicators, teflon coated Formcook Contact and Combi Cookers, THERMoFIN® fryers, GYRoCOMPACT® spiral ovens, JSO Jet Stream® ovens; Double D™ Revoband™ linear ovens and cooking systems; Novus X-ray systems; C.A.T. FATCAT chillers, ULTRACAT injectors, scales and weighing systems, GLACIERCAT freezers and Tipper Tie Clip packaging systems. Although our solutions are primarily used in the processing of meat and poultry (including nuggets, strips, and wings), we also provide systems that portion, coat or cook other food products ranging from breads and pizzas, seafood, and ready-to-eat meals to pet food. Through our acquisition of Tipper Tie, Inc. we also serve industrial, non-food customers, primarily for the adhesives, glues, silicone and industrial explosives industries.

With our first commercial food processing developed in the 1960s, we remain a leading supplier of freezing and chilling solutions to the food processing industry. We design, assemble, test, and install industry-leading technologies under the Frigoscandia® brand, which include the GYRoCOMPACT® self-stacking spiral, the FLoFREEZE® individual quick freezing (IQF) system, and the ADVANTEC™ linear/impingement freezing system, as well as flat product and contact freezers, chillers and proofers. We also offer a structure-supported Northfield SuperTRAK® spiral freezer for high volume, large packaged products. Our freezers are designed to meet the most stringent demands for quality, economy, food safety and user-friendliness. Our industrial freezers can be found in plants that are processing food products ranging from meat, seafood, and poultry to bakery products and ready-to-eat meals, fruits, vegetables, and dairy products.

In 2016, we acquired the Novus X-ray, Cooling and Applied Technologies (C.A.T.), and Tipper Tie businesses. Novus X-ray specializes in the manufacture of modular X-ray systems, allowing us to enter the growing market for automated food inspection equipment. The acquisition of Cooling and Applied Technologies added chillers and weighing systems to our portfolio of poultry processing capabilities as well as strengthened our offering of injectors and freezers.

Protein technology offerings accounted for 30% of our total revenue in 2016.

***Liquid Foods.*** We offer comprehensive processing lines from primary juice extraction through end of line packaging. In the primary space, we supply industrial citrus processing equipment. Our citrus processing solutions include citrus extractors, finishers, pulp systems, evaporators, and citrus ingredient recovery systems as well as aseptic systems (including sterilizers, fillers, and controls) integrated with bulk aseptic storage systems for not-from-concentrate orange juice. Our READYGo™ family of skid-mounted products includes solutions for aseptic sterilization and bulk filling, as well as ingredients and by-products recovery and clean-up systems. In addition to our high capacity industrial extractors, we also offer point of use Fresh'n Squeeze® produce juicers. These juicers are used around the world in hotels, restaurants, coffee shops, grocery stores, convenience stores, quick service restaurants, and juice bars.

We are among the leading worldwide suppliers of fruit, vegetable, and juice processing equipment and aseptic sterilization and bulk filling systems. Our fruit, vegetable, and juice processing lines are comprised of extraction, finishing, heating and mixing equipment, enzyme inactivators, evaporators, flash coolers, sterilizers, and aseptic fillers. Our equipment is primarily sold as an integrated processing line, but can also satisfy a specific need within a line. Our tomato processing lines are installed with processors throughout the world's key tomato growing regions and produce a range of finished tomato products including tomato paste, concentrates, peeled tomato products, diced tomatoes, salsa, pizza sauce, ketchup, and pureed and crushed tomatoes. Our aseptic processing lines are used in the bulk processing of a wide range of temperate and tropical fruits into juices, particulates, purees, and concentrates. These fruit products are used as ingredients for dairy products (yogurts, smoothies, flavored milk, and ice cream), bakery products, and fruit-based beverages.

We provide technology solutions and products to extend the life, improve the appearance and preserve the taste of fresh fruits and vegetables. Once protected, fresh fruits and vegetables can be individually labeled by our fast and efficient produce labeling systems. We also provide an integrated equipment and aftermarket service program, including the patented Bin Scrubber System, the Single Pass Dryer and Smart Dryer System, and additional ancillary produce processing technologies.

We are a global supplier of fully integrated industrial preservation systems that enable production of shelf stable foods in a wide variety of flexible and rigid packages. These integrated solutions for the processing of shelf-stable food and liquid products include a line of continuous hydrostatic sterilizers, our continuous rotary sterilizers, Steam Water Spray static and SuperAgi™ batch retorts, XL-series fillers, SeamTec™ and X-series closers, material handling systems and LOG-TEC® thermal process controls. We are a recognized U.S. Department of Agriculture (USDA) and Food and Drug Administration (FDA) Food Process Authority and offer the largest selection of preservation products in the industry. We offer consulting services to help design food production processes in accordance with USDA and FDA's stringent requirements. We also provide automated batch retorts which can process an array of flexible and rigid packages such as plastic pouches, cartons, glass and cans. Our solutions also include specialized material handling systems to automate the handling and tracking of processed and unprocessed containers. Additionally, we offer modeling software as well as thermal processing controls that help our customers optimize and track their cooking processes to allow real time modifications in the case of process deviations.

In 2015, we acquired the Stork Food and Dairy Systems and A&B Process Systems businesses, adding significant capabilities in the dairy and juice sterilization and filling segments as well as in customized skidded systems and tank and vessel manufacturing capabilities for a broad array of market segments, respectively.

Liquid Foods solution offerings accounted for 35% of our total revenue in 2016.

***Automated Systems.*** We are a leading global supplier of robotic automated guided vehicle systems for repetitive material movement in manufacturing and warehouse facilities. We provide engineering services and simulations to evaluate the material handling requirements, standard and custom automated guided vehicle hardware and software, and stand-alone (JayBoT®) and fully-integrated system hardware and software for a scalable solution that can be applied individually or across the entire customer enterprise.

***Aftermarket Products, Consumables, Parts, and Services.*** We provide aftermarket products, parts, and services for all of our integrated food processing systems and equipment. We provide retrofits and refurbishments to accommodate changing operational requirements, and we supply our own brand of food grade lubricants and cleaners designed specifically for our equipment. We supply packaging material components for our clip packaging customers in the form of metal clips and hanging loops. We also provide continuous, proactive service to our customers including the fulfillment of preventative maintenance agreements, consulting services such as water treatment, corrosion monitoring control, food safety and process auditing, and the expertise of on-site technical personnel. In addition to helping our customers reduce their operating costs and improve efficiencies, our customer service focus also helps us maintain strong commercial relationships and provides us with ongoing access to information about our customers' requirements and strategies to foster continuing product development. Our aftermarket products, parts, and services coupled with our large installed base of food processing systems and equipment, provide us with a strong base for growing recurring revenue. Sales of aftermarket products, parts and services are consolidated within the total revenue of their related JBT FoodTech businesses. As part of our aftermarket program we also offer technology for enterprise asset management and real-time operations monitoring with our patented iOPS™ suite.

**JBT AeroTech**

JBT AeroTech supplies customized solutions and services used for applications in the air transportation industry, including airport authorities, airlines, airfreight, ground handling companies, the military and defense contractors. We believe our strong market positions result from our ability to customize our equipment and services utilizing differentiated technology to meet the specific

needs of our customers. We continually strive to improve our existing technologies and develop new technologies by working closely with our well established customer base.

There is a significant installed base of our airport and airline equipment around the world. We are a leading supplier of cargo loaders, passenger boarding bridges, and aircraft deicers. We have also sold a significant number of mobile passenger steps, cargo transporters, and tow tractors that are operating at airports around the world. This installed base provides a stream of recurring revenue from aftermarket parts, products, and services. Recurring revenue accounted for 34% of AeroTech total revenue in 2016. Our installed base also offers continuous access to customer feedback for improvements and new product development.

JBT AeroTech products have been delivered to more than 100 countries. To support this equipment, we have operations located throughout the world. Our principal production facilities are located in the United States (Florida and Utah), China, Mexico and Spain. We also have sales and services offices located in nine countries and collaborative relationships with independent sales representatives, distributors, and service providers in over thirty additional countries.

***Solutions, Products, and Services***

We offer a broad portfolio of systems, equipment, and services to airport authorities, airlines, air cargo handlers, ground handling companies, military customers and defense contractors.

***Mobile Equipment.*** We supply air cargo loaders, aircraft deicers, and mobile power and environmental air conditioning systems to commercial air passenger and freight carriers, ground handlers, military customers and defense contractors.

Our Commander™ and Ranger™ loaders service containerized narrow-body and wide-body jet aircraft and are available in a wide range of configurations. Our Tempest™ aircraft deicers offer a broad range of options that can be configured to meet customers' specific and regional need to provide efficient aircraft deicing while on the tarmac. We manufacture and supply a full array of B-series conventional and Expeditor™ towbarless aircraft tow tractors for moving aircraft without consumption of jet fuel, mobile passenger steps for tarmac boarding and deplaning, and self-propelled transporters for pallet and container handling.

Airlines and ground handling companies face increased pressure to reduce emissions and minimize fuel usage. We have a long history of delivering alternative fuel ground support equipment that provides a solution to these environmental and operational challenges. Our alternative fuel design approach is to provide modular ground support equipment, capable of being powered by a variety of power sources. Our electric powered product offering includes Commander cargo loaders, cargo transporters, conventional aircraft pushback tractors, and passenger boarding steps. We also offer electric retrofit kits for our existing delivered base of diesel powered Commander cargo loaders.

We manufacture a variety of sizes and configurations of auxiliary equipment including 400 Hertz ground power and preconditioned air units that supply aircraft requirements for electrical power and cooled air circulation for the environmental control system (air-conditioning) and main engine starting during ground operations.

Within mobile equipment, we also have a portfolio of military equipment, including a wide range of ground power air conditioning, aircraft air compressors, air start, and bleed air units for the U.S. Air Force, the U.S. Navy, international military forces, airframe manufacturers and defense contractors. Mobile equipment technology offerings accounted for 13% of our total revenue in 2016.

***Fixed Equipment.*** We supply airport gate equipment. Our Jetway® passenger boarding bridges have set the standard for airlines and airport authorities to move passengers between the terminal building and the aircraft since 1959. Our passenger boarding bridges support a range of aircraft types, from regional aircraft up to the Airbus A380. Within fixed equipment, we also supply point-of-use and mobile 400 Hertz and pre-conditioned air units that enable our customers to reduce fuel consumption and emissions by minimizing requirements to use auxiliary power units or aircraft engines while parked at the gate. We also offer aircraft in-ground service pits to provide utility access on airport ramps, hangars and remote parking areas. Fixed equipment accounted for 11% of our total revenue in 2016.

***Airport Services.*** We are an industry provider for the design and management of technical support programs supplied to airlines and airports at over 20 major locations throughout the United States. Our specialty services extend to expertise in the development of sustainable and value orientated operation, maintenance, and repair of sophisticated in-line baggage handling systems, gate equipment, facilities, and ground support equipment. We also offer technology for enterprise asset management and real-time operations monitoring with our patented iOPS™ suite. This product links alert management notification with mobile capability for automated work order generation, fault diagnosis, as well as immediate dispatch of service technicians that delivers improved productivity, greater equipment availability, and lower cost.

| | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| **(In millions, except per share data)** | **2016** | **2015** | **2014** | **2013** | **2012** |
| **Income Statement Data:** | | | | | |
| Revenue: | | | | | |
| JBT FoodTech | $ 928.0 | $ 725.1 | $ 634.7 | $ 611.1 | $ 592.5 |
| JBT AeroTech | 422.5 | 383.1 | 350.2 | 323.6 | 325.0 |
| Other revenue and intercompany eliminations | — | (0.9) | (0.7) | (0.5) | (0.2) |
| Total revenue | $ 1,350.5 | $ 1,107.3 | $ 984.2 | $ 934.2 | $ 917.3 |
| Operating expenses: | | | | | |
| Cost of sales | $ 969.8 | $ 790.4 | $ 719.5 | $ 699.0 | $ 684.4 |
| Selling, general and administrative expense | 236.7 | 207.0 | 183.3 | 166.6 | 158.7 |
| Research and development expense | 23.6 | 18.2 | 14.6 | 14.0 | 14.3 |
| Restructuring expense | 12.3 | — | 14.5 | 1.6 | 0.1 |
| Other (income) expense, net | 4.7 | 2.7 | 1.6 | (0.2) | (1.1) |
| Operating income | 103.4 | 89.0 | 50.7 | 53.2 | 60.9 |
| Interest income | 1.6 | 1.1 | 1.6 | 2.2 | 0.5 |
| Interest expense | (11.0) | (7.9) | (7.6) | (7.6) | (7.4) |
| Income from continuing operations before income taxes | 94.0 | 82.2 | 44.7 | 47.8 | 54.0 |
| Provision for income taxes | 26.0 | 26.2 | 13.9 | 13.8 | 16.9 |
| Income from continuing operations | 68.0 | 56.0 | 30.8 | 34.0 | 37.1 |
| Loss from discontinued operations, net of income taxes | (0.4) | (0.1) | — | (0.9) | (0.9) |
| Net income | $ 67.6 | $ 55.9 | $ 30.8 | $ 33.1 | $ 36.2 |
| | | | | | |
| Diluted earnings per share: | | | | | |
| Income from continuing operations | $ 2.28 | $ 1.88 | $ 1.03 | $ 1.15 | $ 1.26 |
| Net income | $ 2.27 | $ 1.88 | $ 1.03 | $ 1.11 | $ 1.23 |
| Diluted weighted average shares outstanding | 29.8 | 29.8 | 29.9 | 29.7 | 29.5 |
| | | | | | |
| Cash dividends declared per common share | $ 0.40 | $ 0.37 | $ 0.36 | $ 0.34 | $ 0.28 |
| | | | | | |
| **Common Stock Data:** | | | | | |
| Common stock sales price range: | | | | | |
| High | $ 93.55 | $ 51.34 | $ 33.99 | $ 30.00 | $ 18.20 |
| Low | $ 41.35 | $ 29.69 | $ 25.52 | $ 17.78 | $ 12.76 |

| | At December 31, | | | | |
|---|---|---|---|---|---|
| **(In millions)** | **2016** | **2015** | **2014** | **2013** | **2012** |
| **Balance Sheet Data:** | | | | | |
| Total assets | $ 1,187.4 | $ 876.1 | $ 697.8 | $ 621.2 | $ 678.0 |
| Long-term debt, less current portion | 491.6 | 280.6 | 173.8 | 94.1 | 189.1 |

| | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
| **(In millions)** | **2016** | **2015** | **2014** | **2013** | **2012** |
| **Other Financial Information:** | | | | | |
| Capital expenditures | $ 37.1 | $ 37.7 | $ 36.7 | $ 29.2 | $ 24.7 |
| Cash flows provided by continuing operating activities | 67.9 | 112.2 | 78.0 | 63.1 | 86.6 |
| | | | | | |
| Order backlog (unaudited) | 557.0 | 520.7 | 366.7 | 376.5 | 283.1 |

# EXHIBIT 26

JBT AeroTech

**JETWAY SYSTEMS**

[redacted]

Title: **Answer Customer's question** Page: *1 of 5*

[redacted]

[redacted]

JBT AeroTech

JETWAY SYSTEMS

[redacted]

Title: Answer Customer's question

Page: *3 of 5*

[redacted]

JBT AeroTech

JETWAY SYSTEMS

[redacted]

Title: Answer Customer's question Page: 4 of 5

[redacted]

JBT AeroTech

JETWAY SYSTEMS

[redacted]

Title: Answer Customer's question



[redacted]

# EXHIBIT 27

**From:** GWILLIAM, SCOTT [SCOTT.GWILLIAM@JBTC.COM]
**Sent:** 6/13/2014 8:54:50 PM
**To:** B GSE Group, LLC (bryan@bgsegroup.com) [bryan@bgsegroup.com]
**Subject:** FW: Jacobs Engineering needing help on F 35 CAS design 2
**Attachments:** Answer customer's question(HPC-F-18 gr).docx

Sorry, I sent this to the wrong address.

Scott

**Scott B Gwilliam**
Global Business Manager - JASE
E: scott.gwilliam@jbtc.com | P: 801 629 3423 | M: 801 940 1858

JBT Corporation
JBT AeroTech
1805 West 2550 South | Ogden, UT | 84401 USA
P:801 629-3300 | F: 801 629-3474
www.jbtaerotech.com

IMPORTANT NOTICE: This e-mail, including any attachments, is intended solely for use by the addressee(s) named above. It may contain confidential information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by return e-mail and permanently destroy all copies of the original message.

Computer viruses can be transmitted via email. The recipient should check this e-mail and any attachments for the presence of viruses. JBT Aerotech accepts no liability for any damage caused by any virus transmitted by this e-mail.

**From:** GWILLIAM, SCOTT
**Sent:** Friday, June 13, 2014 2:47 PM
**To:** 'Bullerdick, Bryan'
**Subject:** FW: Jacobs Engineering needing help on F 35 CAS design 2

Bryan,

Erkan has done a very nice calculation for the engineer. Please look it over before you send it.

Thanks,

Scott

**Scott B Gwilliam**
Global Business Manager - JASE
E: scott.gwilliam@jbtc.com | P: 801 629 3423 | M: 801 940 1858

JBT Corporation
JBT AeroTech
1805 West 2550 South | Ogden, UT | 84401 USA
P:801 629-3300 | F: 801 629-3474
www.jbtaerotech.com

IMPORTANT NOTICE: This e-mail, including any attachments, is intended solely for use by the addressee(s) named above. It may contain confidential information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by return e-mail and permanently destroy all copies of the original message.

EXHIBIT CH 31
PENGAD 800-631-6989

**Computer viruses can be transmitted via email. The recipient should check this e-mail and any attachments for the presence of viruses. JBT Aerotech accepts no liability for any damage caused by any virus transmitted by this e-mail.**

**From:** Selimoglu, Erkan
**Sent:** Friday, June 13, 2014 11:35 AM
**To:** GWILLIAM, SCOTT; Carlson, Brent
**Cc:** Nestel, Steve; KUBICA, KRIS; Law, Perry
**Subject:** RE: Jacobs Engineering needing help on F 35 CAS design 2

Scott,

Please find attached the document, giving detail information about calculation and also showing where the mistake was made in the customer's calculation.

You better understand the relationship between JBT and customer; therefore if you don't mind, please forward it to customer.

Regards,
**Erkan Selimoglu PE, MS**
Mechanical and Electrical/Electronic Engineer
E: erkan.selimoglu@jbtc.com
P: 801.629.3447
C: 801.940.1881
**JBT Corporation**
**JBT AeroTech, Jetway Systems®**
3100 Pennsylvania Ave. | Ogden, UT | 84401 USA
P: 801 629 3447 | F: 801 629 3473
www.jbtaerotech.com

JBT AeroTech

**From:** GWILLIAM, SCOTT
**Sent:** Thursday, June 12, 2014 11:19 PM
**To:** Bryan Bullerdick; Carlson, Brent
**Cc:** Nestel, Steve; Selimoglu, Erkan
**Subject:** RE: Jacobs Engineering needing help on F 35 CAS design 2

Bryan,

I'm just passing through an airport right now, so I'm going to give a brief high-level answer and hope that someone in engineering can give you the detailed calculations. Erkan might be the best since he's been working on the HPC-F (18 grain) for some time now.

1. He is using simple tables where the energy to move the air is insignificant. In our case it is not. The blower used to pressurize and move the air is 40 hp. This alone accounts for 8.5 tons of cooling needed just to overcome the heat of compression.
2. He selected a very dry ambient condition with a wet-bulb of 71°F. I don't know what location he is referring to, but I doubt this is an acceptable wet bulb condition. We use as a minimum 78°F wet bulb for our design conditions.

3. There are significant losses of flow, pressure and energy due to the external ducting and the flexible ducting that has to be accounted for, so we design well above the 50 ppm, 5.25 psig and well below the 55F design temperature. This adds more capacity to the unit.
4. To achieve 18 grains we have to cool the air below freezing, then reheat the air. This also requires additional cooling capacity. At the end of this we need about 30 tons. Any other dehumidification is not practical in this type of environment.

Thanks,

Scott

**Scott B Gwilliam**
Global Business Manager - JASE
E: scott.gwilliam@jbtc.com | P: 801 629 3423 | M: 801 940 1858

JBT Corporation
JBT AeroTech
1805 West 2550 South | Ogden, UT | 84401 USA
P:801 629-3300 | F: 801 629-3474
www.jbtaerotech.com

**IMPORTANT NOTICE: This e-mail, including any attachments, is intended solely for use by the addressee(s) named above. It may contain confidential information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by return e-mail and permanently destroy all copies of the original message.**

**Computer viruses can be transmitted via email. The recipient should check this e-mail and any attachments for the presence of viruses. JBT Aerotech accepts no liability for any damage caused by any virus transmitted by this e-mail.**

**From:** Bryan Bullerdick [mailto:Bryan@bgsegroup.com]
**Sent:** Thursday, June 12, 2014 2:37 PM
**To:** Carlson, Brent; GWILLIAM, SCOTT
**Cc:** Nestel, Steve
**Subject:** Re: Jacobs Engineering needing help on F 35 CAS design 2

Attached is the notes and charts from Jacobs showing their miss understanding.

Bryan Bullerdick
President
BGSE Group

**Office: 704-992-9522**
**Cell: 704-488-0084**
bryan@bgsegroup.com
bgsegroup.com

On Jun 12, 2014, at 4:34 PM, Bryan Bullerdick <Bryan@bgsegroup.com> wrote:

All,

I have a math problem that needs solved. The answer needs to show why we need a 30-ton, not a 20-ton and like below not a 5 ton.

Also, I see the 650-700 cdm requirement often. In real life we need closer to 1000 cdm to overcome the heating/cooling of the delivery ducts.

So I know we need 30-tons of cooling but I need to show the math and charts behind it. We are doing this effort to be basis of design for Jacobs Engineering who has the contract to design many F 35 hangars in California.

Thank you,

Bryan Bullerdick
President
BGSE Group

**Office: 704-992-9522**
**Cell: 704-488-0084**
bryan@bgsegroup.com
bgsegroup.com

Bryan ,
Excuse my ignorance, but there are certain details of the High Pressure Cooling system that I do not understand.
Below I will try to summarize all my concerns.
According to the BOD document F-35 requires 50 lb/min of air at 55 deg F dB and 18 grains of moisture per pound of dry air and at 5.25 psig (19.95psia).
At Standard conditions (actually at 236 ft, job site elevation) 55 deg at 18 grains air has a specific volume of 13.135 cuft/lb
At standard conditions 50 lb/min*13.135 cuft/lb=656 cfm

Using density factor formula, Kd= (14.7/Pactual(460+deg F)/530)), calculated density factor is: 0.716
ACFM=SCFM*Kd=470 cfm this should be the required air flow to each jet.

You could also use a table, at 55 deg F and 5.25 psig, density of air is 0.1048 lb/cuft (See attachment 1)
ACFM=50 lb/min*1/0.1048 cuft/lb= 477 cfm

Equipment schedules indicate that 30 tons is required to cool air from 101 deg F db and 71 deg F wB (outdoor air per BOD) to 55 deg/18 grains of moisture.
It seems high.
At Standard conditions BTUH cooling = 4.5*cfm*Δh
Δh=360000/4.5/660=121 very high enthalpy difference.
On attachment 3, showing air process at standard conditions, enthalpy difference in much lower.
I am also attaching btuh calculated for pressurized air. (refer to attachment 2).

In addition psychrometric chart indicates that not only cooling but also dehumidification is required for the jet air conditions to be satisfied.

I have doubts that dehumidification can be accomplished using dx cooling only. Do you know if what is being used to dry the air.
I am sure that there is something that I do not understand about all this complicated system. Could you please clarify.

# EXHIBIT 28

B GSE Group

F35 270VDC/400HZ POWER SUPPLY

# *PROPOSAL Package*

## Solicitation W912GB-16-R-0029

June 19, 2017

*Prepared By:*

**B GSE Group, LLC**
14034 Clarendon Point Court
Huntersville, NC 28078
704-488-0084

| | | | |
|---|---|---|---|
| P 913 | 2015 | LUKE AFB | 6 BAY |
| P 995 | 2015 | JAPAN | 5 BAY |
| P 645 | 2016 | BEAUFORT | 6 BAY |
| P 545 S | 2014 | YUMA | 5 BAY |
| P 545 N | 2014 | YUMA | 5 BAY |
| P 460 | 2011 | YUMA | 5 BAY |
| A-10 | 2012 | NELLIS | 6 BAY |
| P 447 | 2011 | YUMA | 5 BAY |
| P 431 | 2013 | LUKE | 4 BAY |
| P 454 | 2013 | BEAUFORT | 7 BAY |
| P 328 | 2016 | LEMOORE | 4 BAY |
| P 80 | 2010 | EGLIN | 5 BAY |
| SO/AMU | 2010 | EGLIN | 5 BAY |
| NO/AMU | 2010 | EGLIN | 6 BAY |

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

# F 35 EQUIPMENT

## HISTORY

To Whom It May Concern:

BGSE Group and its employees have been involved in the ground support technology business for the F35 JSF from the very beginning. From the beginning to where our company stands on supply and integration today, there have been several milestones and breakthroughs in our areas of expertise.

The three technologies are **F 35 Power**
**F 35 High Pressure Conditioners**
**F 35 Service PITS**

**F 35 Power**

Before the first F 35 aircraft was put together the employees of BGSE Group were involved in the initial testing of the 270VDC power with LMCO. Originally for the F 22 Raptor and then the F 35 Joint Strike Fighter the first generation 270VDC units were expensive, very sensitive to faults and very large. Working with Lockheed Engineers we were able to adjust the sensitivities to a reasonable level in this first generation units but the Mean Time Between Failure (MTBF) was not as good as 400HZ power supplies.

With this first generation unit we were asked to make a 400HZ powered 270VDC unit for all the US Navy Aircraft Carriers. We had the best technology at that time but we still had reliability issues so in designing these units we made these units swappable. We built extra ready to go units to support the Navy and for any fault on the ship we just swapped a working unit for the faulted unit and fixed the faulted unit in the factory and put it on the shelf for another swap. We built hundreds of these units over 3 years.

After this program more hangars started being built to support the F 35. Some of these hangars were to support the F 35 and legacy aircraft so BGSE made the first combination 270VDC/400HZ power supplies. BGSE Group took the years of knowledge and expertise and took this info to make a second-generation product. We had three goals: The get the (MTBF) up to what is normal with 400HZ power supplies, to reduce the size of the units and to standardize the designs to lower costs. This second-generation 270VDC unit became 35% smaller and 20% less expensive while increasing reliability by 50%.

The second generation was put into many hangars but addition pressure to make a product even smaller, more efficient, more reliable and less expensive motivated BGSE Group to move forward with a third-generation unit. We had to look for newer converter

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

technology to achieve this. With close partnerships with leading industry engineers we worked together to make a third generation unit. The new unit became 30% smaller than the second generation, 10% less expensive and 1.5 times more efficient. The efficiency was a big step forward. In addition the new units are all 5% input Total Harmonic Distortion (THD). A 100% reduction in THD from units manufactured prior. In addition the third generation BGSE Group 270VDC unit has a plane text 1000 event fault and diagnostic log. We did away with codes and made the display a simple read.

The third generation unit is now leading the industry by years with no other equal to the size and performance. The units can come with 400HZ and voltage boosting technology for unit to PIT runs. This is also ground breaking designs that allows for better voltage and amp control.

The third generation unit is called B-Power. This unit reached 35,000 MTBF and has been UL and CE certified and is exceeding all LMCO specifications.

**F 35 High Pressure Conditioners**

BGSE Group was involved in the very first every installed high-pressure conditioner (HPC) units ever installed for the F 35. In 2008 by all measurements it was a disaster. For a combination of reasons the air unit under performed. From this job, BGSE Group learned invaluable performance, technical and design information. First generation product was shelved in 2009. Next projects began in 2011. BGSE Group worked 2 years on a second-generation unit. We were named basis of design for our work and with the second-generation design we were able to achieve many successful projects. BGSE Group looked around the industry for a company to partner with for this second-generation unit. At the time the partner we found manufactured an F 16 high-pressure air unit. The product manufactured for the F 16 fell significantly short of LMCO specifications. Without being able to start from scratch BGSE selected new compotes such as blowers, coils, controls, compressors and plenum layouts as well as total tonnage requirements to archive a better F 35 air unit than what was installed in 2008. We were able to meet the LMCO specification with making these modifications but it was never meant to be the final design.

For 4 years this stopgap HPC unit was commissioned successfully but like the 270VDC power the industry requested smaller, more efficient and less expensive units. In addition the BGSE Group designed Blast Cool and automation with out F 35 Service PITs became a standard design in most hangars requiring more of the second-generation units than they were originally designed for.

Late in 2015 BGSE Group rolled out the third-generation HPC unit called the Cool Jet, which was finally a complete, and specific from the ground up redesign. This F 35 high-pressure air unit was 40% more efficient, 25% smaller, 10% less expensive and had many other features built in for the new automated designs. The CoolJet is a UL and CE

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

certified unit that can be put in almost any climate and elevation in the world and work. This new third-generation unit is a fine tuned piece of equipment that has far surpassed all other products in this industry. BGSE Group has invested many hundreds of thousands of dollars in research and development of this product line and the Cool Jet delivers LMCO F 35 aircraft specified air efficiently and fast.

**F 35 Service PITS**

What ties the 270VDC and PC Air requirements together into one safe and reliable storage system is the BGSE Group F 35 Service PITS. Unlike any other PIT manufacturer in the world we bring a level of safety to our products unmatched in this industry. Using hydraulic EZ Access POP UP sections and a very purposeful ergonomic layout, we have achieved the first fully Class 1, Division 1 F 35 electrical and mechanical F 35 PIT.

Putting together the worlds best 270VDC power, the worlds best HPC F 35 air, the worlds safest 380/480V 100 amp GSE service points into the worlds safest PITs as one system has only been done by BGSE Group and done 15 times over.

**Conclusion**

BGSE Group never stops achieving for excellence. Our designs will always look to be improved on and we use customer feedback and new design challenges to constantly better our products. But when buying from BGSE Group you can rest assured we are supplying the best the industry has to offer.

Sincerely,

Bryan Bullerdick
President
BGSE Group
**Office: 704-992-9522**
**Cell: 704-488-0084**
bryan@bgsegroup.com
bgsegroup.com

**Solicitation W912GB-16-R-0029 Site 13414**

## 08.03 270Vdc/400Hz dual converter

| | | |
|---|---|---|
| 08.03.01. Introduction<br>a. The converters that shall be supplied by the contractor shall be equipped with dual output:<br>1. 400Hz/90KVA<br>2. 270Vdc/72KW | Comply | |
| b. The proposed converter shall be standard equipment with at least 10 past completed and successfully tested installations.<br>The contractor shall submit the list of past installation sites for the Contracting officer or their representative approval. | Comply | |
| | | |
| 08.03.02. Applicable Documents | | |
| | | |
| MIL-STD-704F | Comply | |
| 08.03.03. General requirements:<br>a. Rated Input Voltage: 3x230/400V±10%<br>b. Rated Input Frequency: 50Hz±1%<br>c. Rated Input current: 120A<br>d. Efficiency:<br>1. No load loss <2KW<br>2. 270Vdc overall efficiency:<br>i. >0.93 on 30 - 100% load<br>ii. >0.9 on load of 30% or less | Comply | |
| e. Environmental Conditions:<br>1. Operating Temperature: -40˚C ÷ +55˚C<br>2. Relative humidity: 0-95%<br>3. Airborne noise <65dbA @ 1m (typically less then 60dabA) | Comply | |
| f. Reliability:<br>1. MTBF >= 100,000 Hr<br>2. MTRR <= 20 min | Comply | |
| g. Protection:<br>1. Over/under voltage (input and output)<br>2. Overload<br>3. Short circuit<br>4. High Temperature<br>5. Internal system errors. | Comply | |
| h. Physical requirements:<br>1. EMI hardened enclosure<br>2. Maximal dimensions:<br>i. Depth: 850 mm<br>ii. Width: 900 mm<br>iii. Height: 1850 mm | Comply | HEIGHT: 63 inches (1601 mm)<br>WIDTH: 24 inches (605 mm)<br>DEPTH: 27 inches (670 mm) |
| 3. Weight < 700Kg | Comply | WEIGHT: 1190 lb (540kg) |
| i. Explosion proof, class 1 Div 2 | Non-Comply | This is a miss print. The unit is not Class 1 Division 1 rated but instead anything that arcs or sparks in the unit is above 18" above the class 1 division 1 zone. |
| j. Digital diagnostic aid. | Comply | |
| 08.03.04. 270Vdc – Requirements and Performance | | |
| a. Performance requirements for the 270 VDC power source, as defined within this document, shall be met on-aircraft external power receptacle (inclusive of the impedance of the power cable, taking into account both the positive and negative connectivity paths, of a defined length and build between the power source and the aircraft receptacle). | Comply | |
| b. The performance requirements shall be met with any loading condition (no-load as well as worse-case load) on any other power outputs that may be part of the overall power source. | Comply | |

| | |
|---|---|
| c. Cable and Plug Definition<br>The total cable length to be supplied by the contractor is 60ft.<br>The cable shall be cut into two (2) sections:<br>1. Section A: From the converter to the pit.<br>2. Section B: From the pit's connection box to aircraft.<br>3. The contractor shall coordinate the sections' lengths and the connection box details.<br>The 270 VDC performance requirements specified herein shall be met when operating with the worst load conditions specified and inclusive of any 270 VDC output cables over any defined build length and characteristics. | Comply |
| The 270 VDC output power cable shall be compatible with the on aircraft external power receptacle, part number JSFC12. | Comply |
| The 28 VDC interlock power shall be enabled when the 270 VDC power is verified ok and safe to use. The sensing back of the 28 VDC interlock from the aircraft indicates a proper connection of the receptacle. The 270 VDC output shall only be enabled when the 28 VDC interlock is present. | Comply |
| The power cable interface and build shall be as the follow highlighted design criteria:<br>4. The 270 VDC / 270 VDC return shall be a twisted pair or similar definition to meet the low inductance, low impedance performance needs. | Comply |
| 5. The 28 VDC interlock output positive shall be on pin “1” and the wrap around voltage on pin “2”. | Comply |
| 6. The 28 VDC / 28 VDC return shall be a twisted pair or similar definition to meet the low inductance, low impedance performance needs. | Comply |
| 7. The 270 VDC and 28 VDC returns shall be only tied together on the aircraft side of the on-aircraft external power receptacle (i.e. use the 270 VDC return provided by the aircraft as reference). Independent references within power sources on legacy programs caused high voltage transients on the aircraft input and shall be avoided. Also, the 28 VDC interlock power source was unable to meet its power quality performance requirements if this was not done on legacy power sources. | Comply |
| 8. The power cable shall require that pins “3” and “4” be internally connected within the cable connector end to provide a “jumper” for interlock control (<0.1 ohms). | Comply |
| 9. The cable build may have to have physical interface provisions to ensure compatibility in supporting the ELDC function as defined in section d (9) deemed to be required. | Comply |
| d. Electrical Performance<br>The 270 VDC output shall be controlled to the voltage regulation requirements within this document throughout all loadings defined.<br>The 270 VDC power source shall include input and output protection circuits, controls, monitors, alarms and displays as necessary to perform as specified herein and to meet any additional interface requirements defined in other specifications called out in a statement of work. | Comply |
| 1. Output Steady-State Current Rating<br>The power source shall be equipped with outputs as follows:<br>i. 270V Output (main power): 267 amps (~ 72 kW) steady state @ 270 VDC with overload/transient/profile load capability as defined in this document.<br>ii. 28V Output (interlock power): 15 amps (~ 0.42 kW) @ 28 VDC with transient capability as defined in this document.<br>2. Output Transient Rating<br>All power source outputs, 270 VDC and 28 VDC, shall have transient capability as follows:<br>i. 150% of rated output for 5 seconds<br>ii. 200% of rated output for 1 second<br>iii. 250% of rated output for 50 mSec<br>3. Load and Line Regulation<br>The 270 VDC output shall provide 270 VDC +/- 3 VDC under the worst case load variations defined for the Start-up, Baseline and Profile Loadings defined within this document.<br>The 28 VDC interlock output shall provide 28 VDC +1/-2 VDC under the worst case combination resistive or constant power load variations from no-load to full-load.<br>4. Ripple Amplitude<br>The 270 VDC output voltage ripple amplitude and distortion factor for the Start-up, Baseline, and Profile Loading shall be:<br>Solicitation W912GB-16-R-0029 Site 13414<br>Attachment 13<br>Page 214 | Comply |

| | |
|---|---|
| 1. Output Steady-State Current Rating<br>The power source shall be equipped with outputs as follows:<br>i. 270V Output (main power): 267 amps (~ 72 kW) steady state @ 270 VDC with overload/transient/profile load capability as defined in this document.<br>ii. 28V Output (interlock power): 15 amps (~ 0.42 kW) @ 28 VDC with transient capability as defined in this document.<br>2. Output Transient Rating<br>All power source outputs, 270 VDC and 28 VDC, shall have transient capability as follows:<br>i. 150% of rated output for 5 seconds<br>ii. 200% of rated output for 1 second<br>iii. 250% of rated output for 50 mSec<br>3. Load and Line Regulation<br>The 270 VDC output shall provide 270 VDC +/- 3 VDC under the worst case load variations defined for the Start-up, Baseline and Profile Loadings defined within this document.<br>The 28 VDC interlock output shall provide 28 VDC +1/-2 VDC under the worst case combination resistive or constant power load variations from no-load to full-load.<br>4. Ripple Amplitude<br>The 270 VDC output voltage ripple amplitude and distortion factor for the Start-up, Baseline, and Profile Loading shall be: | Comply |
| 7. Output Transient Voltage Recovery Time and Thresholds<br>The 270 VDC output shall remain within the range of 220 to 330 VDC for any step load change from 0 to 54 kW load and from 3 kW to the 150% overload capability as well as what is defined in the definitions for the Start-up, Baseline and Profile loading for either a positive or negative 200 Amp/msec current rate of change. | Comply |
| The 270 VDC output shall begin recovery from their worst case transient excursion within 10 msec and shall be recovered to within the steady-state operating range specified in section 2.iii within 40 msec (i.e. MIL-STD-704F for time durations).<br>The 28 VDC interlock output shall remain within a range of 26 to 40 VDC under the worst case step change, under any load step change from 15 to 0 to 15 amps, and during any defined 270 VDC loading conditions and under any fault current condition that occurs. The voltage shall not drop below 26 VDC for no more than 50 µsec.<br>The 28 VDC interlock output shall begin recovery from their worst case transient excursion within 15 msec and shall be recovered to within the steady-state operating range specified in section 2.iii within 100 msec (i.e. MIL-STD-704F for time durations).<br>8. Output Load Fault<br>The 270 VDC output shall coordinate with the trip curve for a 120A contactor as shown in the Figure 2. This is to ensure that the 120A contactor shall trip prior to the external power source output going off-line due to over current or under voltage.<br>Figure 2: Trip coordination with a 120A on-aircraft contactor<br>EDU Bus load contactor I2t trip curve 120A (105% to 125%) | Comply |
| Upon a short between the aircraft receptacle and aircraft structure the power source shall limit the current source on the 270 VDC supply. The power source shall limit average current to 480 amps by detecting the short circuit and maintaining a current threshold regardless of the resistance in the current path for a minimum of time duration so that the worst case fault duration is cleared by the aircraft 120 amp over current device. If the fault condition clears in less than the time allowed in Figure the power source shall recover to within the steady-state operating range defined between 250-280 volts within 40 milliseconds in accordance with time durations of MIL-STD-704F Figure 16 and then settling out to the regulated voltage levels defined in section d(2) within 10 milliseconds.<br>Power source cycling into a load fault downstream of the EPS, due to an over current or under voltage condition, provisions shall be made to prevent such an occurrence.<br>During this 270 VDC over current condition, as well as for any high di/dt load or overload condition (e.g. over voltage, over current, under voltage, ripple), the 28 VDC interlock power output shall not be disrupted and power quality shall remain as defined in section d(3) throughout the fault isolation event.<br>The 28 VDC interlock output shall provide an I2t protective function to protect a 16 gauge wire during an overcurrent condition. | Comply |

| | |
|---|---|
| 9. Line Drop Compensation<br>The 270 VDC power source may require a line drop automatic compensation function on the main 270 VDC output in order to maintain the minimum voltage input thresholds at the aircraft external power receptacle, effectively canceling out the voltage drop in the 270 VDC output cable.<br>The compensation shall depend on the length, impedance and build of the respective power cable or in the usual case to take into account multiple lengths and types of power cables that may be selected for use.<br>Similarly, the 28 VDC interlock power source may also need a line drop automatic compensation function. | Comply |
| During this type of compensation control, the level of current loading shall be changing and may range from the minimum to maximum transient type of loading, but the maximum voltage allowed shall be per section d (7).<br>10. Safety Functions<br>The 270 VDC power source internal 270 VDC bus shall be discharged below 12 VDC within 2 seconds after the 270 VDC power source has been turned off.<br>The 270 VDC power source internal 270 VDC bus shall be discharged below 12 VDC within 2 seconds after the detection of a system fault.<br>The 270 VDC shall be removed from the output connector within 25 msec after receiving a stop command (i.e. OFF power button on the cart) or detection of a fault that results in a shutdown condition or loss of the 28 VDC interlock power.<br>11. Input / Output Devices<br>The 270 VDC output power contactors shall be interlocked with the unit's fault indicators/alarms and the 28 VDC interlock power circuit.<br>When the 28 VDC interlock power source power line is "broken" (e.g. when the power cord is removed from the aircraft receptacle), the 270 VDC output power source shall be disabled and meet the conditions defined in section 4.9. | Comply |
| 12. The 270 VDC output contactors shall be rated to handle the power requirements within this specification and for make/break operation into a 2,500 µF capacitance without damage or life degradation over the defined operation life of the equipment.<br>13. Protective Function Coordination<br>Coordination with on-aircraft power quality unit protective functions shall be met to ensure that the power source protective functions defined below are enabled prior to the on-aircraft protection:<br>On the aircraft, the unit which controls the external power provides power quality monitoring protective functions for overvoltage, under voltage, voltage ripple and voltage reverse polarity. These protective functions, if met, results in the unit not allowing the external power source to be connected to the aircraft. Or if these conditions are met after application, the on-aircraft contactor (which distributes the external power to the aircraft loads) shall open in a timely manner.<br>The following is the definition of each on-aircraft protective function with time delays defined: | Comply |
| The external power source performance shall be met to not cause any of the protective functions defined above to be "activated" with reference to the on-aircraft external power source receptacle over all of the defined loading requirements defined within this specification. | Comply |
| e. Electrical Loading<br>1. Start-up Loading<br>The 270 VDC power source shall operate within the limits specified herein per section 4.6 when the following loads are applied: 0 to 1,500 µF of capacitance in parallel with 0 to 54 kW constant power load or 0 to 54 kW resistive load.<br>The 270 VDC power source shall be designed to preclude inadvertent trips for inrush currents. Prevention of over sensitivity to large di/dt or dv/dt shall be taken into consideration to prevent nuisance trips on start-up and during voltage transient conditions. For 270 VDC, a minimum of 2000 amps (the actual level shall depend on the total load and line capacitance as well as the stiffness of the power source output and filter makeup) and a duration of 1 msec can result from charging a capacitive load as high as 2500 µF total (this includes an additional 1000 µF of capacitance that could be added due to additional loads switched on all at once).<br>The 28 VDC interlock output shall be able to source power to a minimum of 100 µF equivalent input capacitive load without tripping. | Comply |
| 2. Baseline Loading<br>For all baseline loading conditions in section e (2) and outlined in | Comply |

| | |
|---|---|
| 3. Table 2, the source shall meet the power quality in accordance with section d (4). The load type can be 100% resistive or 100% constant power or any combination in between.<br>The 270 VDC output shall be designed to operate with a baseline load of 0 to 2,500 µF of capacitance in parallel with either of the following conditions listed: | Comply |
| 08.03.05. 400Hz Output – Requirements and Performance: | |
| a. Electrical Requirements:<br>1. Output power: 90KVA @ PF 0.8 lag<br>2. Output voltage: 115/200V WYE, ABC-N<br>3. Frequency: 400Hz±0.1%<br>4. Power factor: 0.5 lag to 0.9 lead<br>5. Voltage regulation < 0.1%<br>6. Transient performance exceeds MIL-STD-704F<br>7. Crest factor: 1.414±3%<br>8. Overload rating:<br>i. 110% for 60 min<br>ii. 125% for 5 min<br>iii. 150% for 2 min<br>iv. 200% for 20 Sec<br>v. 300% for 6 seconds<br>9. Plug & Play cable compensation:<br>Calibrated automatic line drop<br>10. THD <= 2%<br>11. Short Circuit Capability:<br>The unit shall be capable of withstanding without damage, an output short circuit cleared by internal solid-state circuitry. | Comply |
| b. Voltage drop compensation<br>The converter shall be equipped with Voltage Drop Compensation which shall increase or decrease the output voltage as a linear function of output current.<br>Converters equipped with two outputs shall automatically perform the following:<br>- If only one output is active – they shall fully compensate for this output.<br>- If two outputs are active – they shall automatically compensate to the average of the two outputs.<br>The voltage drop compensation shall be adjustable from 1% to 8% boost.<br>The system shall be equipped with Auto calibration plug for calibration of voltage compensation system. | Comply |
| 08.03.06. Fault Systems | |
| The unit be capable of monitoring the following items and shutting shown in the event they are out of tolerance. The faults listed below shall be displayed in plain English on a 2/4 lone text display.<br>a. Input voltage 10% higher than nominal rating<br>b. Input voltage 15% less than nominal rating<br>c. 270Vdc output out of nominal range<br>d. 400Hz output voltage less than 100 vac per MIL-STD-704E<br>e. 400Hz Output voltage greater than 125 vac per MIL-STD-704E<br>f. Output overload<br>g. No 28vdc returned on EF wires<br>h. Neutral fault<br>i. DC bus discharge circuit overheated<br>j. Over-temperature of an IGBT or Rectifier heatsink<br>k. Output frequency out of tolerance<br>l. IGBT failure (specific IGBT indicated)<br>m. No output voltage detected fault<br>n. DC link capacitor failure<br>o. Reverse power<br>p. Door interlock: the GPU shall pass into stand by mode in case that one of the two doors is opened. | Comply |

| | |
|---|---|
| 08.03.07. Indicators<br>An LCD meter shall display the following in plain English text:<br>a. Input volts phase A.<br>Input volts phase B.<br>Input volts phase C.<br>Input volts (average of 3 phases).<br>Input current (average of 3 phases).<br>Output volts phase A.<br>Output volts phase B.<br>Output volts phase C.<br>Output volts (average of 3 phases).<br>Output current phase A.<br>Output current phase B.<br>Output current phase C.<br>Output current (average of 3 phases).<br>Output kVA (total).<br>Accumulated kilowatt-hours.<br>Output frequency.<br>+5vdc power supply.<br>+15vdc power supply.<br>+24vdc power supply.<br>DC bus voltage.<br>DC bus capacitor voltage.<br>Unit settings (kVA, input voltage).<br>Date and time.<br>Service and diagnostic information shall be available on the LCD | Comply |
| display, including automatic detention of faulty components and full troubleshooting guidance.<br>b. Event and fault history.<br>c. The most recent 490 events (start/stop/fault/reset) are stored internally and are available to be viewed from the LCD display on the front panel.<br>The following data for each event is stored:<br>· Time of data sample.<br>· Date of data sample.<br>· Kilowatts used for docking cycle.<br>· Fault.<br>· Output volts at time if fault.<br>· Output amps at time of fault.<br>· Output volts max for docking cycle.<br>· Output amps max for docking cycle.<br>· Which output(s) were on during docking cycle.<br>d. A keypad shall control which of the above information is displayed.<br>e. A non-resettable hour meter shall be mounted internally to indicate total operation hours. It shall be capable of displaying up to 99,999 hours.<br>f. LEDs shall indicate the following items:<br>Input phase rotation of ABC.<br>Input phase rotation of BAC.<br>Start push button pressed.<br>Stop push button pressed. | Comply |
| g. Front red panel shall indicate the following:<br>Red light steady – fault occurred.<br>yellow light steady – input voltage applied to unit.<br>yellow light flashing – 28v bypass switch in bypass position.<br>green light steady – output voltage present.<br>green light flashing – 28v EF voltage missing. | Comply |
| 08.03.08. Switches and Controls<br>The following switches and controls shall be mounted on the outside of the main cabinet of the unit:<br>a. Circuit breaker handle: removes input power. | Comply |
| b. Stop push button – for stopping / resetting the unit<br>c. Start push button – for starting the unit<br>The following switches and controls shall be mounted inside the main cabinet of the unit:<br>d. Auto/manual switch – enables / disables output voltage regulation<br>e. Bypass switch - / disables 28v EF monitoring<br>f. Remote IV Sense switch - / disables remote output voltage<br>g. Monitoring (if remote monitoring cables installed)<br>h. Line drop compensation adjustment – sets DC bus voltage level<br>i. LCD contrast – sets contrast level for LCD display<br>j. Voltage adjustment pot – sets output voltage level<br>k. Door interlock | Comply |

| | |
|---|---|
| 08.03.09. Remote Monitoring:<br>a. The following information is available in real time from a serial RS485 or RS232 port:<br>1. Fault<br>2. Kilowatt-hours<br>3. Output Volts average<br>4. Output Volts Phase A,B,C<br>5. Output Amps Average<br>6. Output 1 or 2 On<br>7. Unit in bypass mode<br>8. Volts In Average<br>9. Volts In Phase A,B,C<br>10. Amps In Average<br>11. Output Frequency<br>b. The following information is available in real time by auxiliary dry contacts:<br>1. General Fault 270Vdc<br>2. General Fault 400Hz<br>3. General Fault 28Vdc<br>4. Input Voltage Fault<br>5. Output voltage fault<br>c. The event history (see LCD description) can be downloaded via serial signal. | Comply |
| 08.03.10. Lifetime, MTBF & MTTR:<br>a. Operational life: Min. 25 years.<br>b. Mean time between Failures (MTBF): Min. 100.000 hours.<br>c. Mean time to repair (MTTR): Max. 30 minutes | Comply |
| 08.03.11. NOTES<br>a. Qualifications<br>1. System Manufacturer<br>The manufacturer shall have minimum experience of 10 years in manufacture of static converters and a minimum of 100 installed locations with a proven history of reliable operation. A list of at least 20 sites (inside the USA and Europe) with installed systems (of the same capacity and model's as specified herein) shall be provided. It is the owner's intent to purchase products only from qualified | Comply |
| 2. Local Representative (L.R.)<br>i. L.R. shall be fully authorized technical agent in Israel for at least three (3) years.<br>ii. L.R. shall maintain around the clock technical support executed by qualified technicians, trained by the manufacturers.<br>iii. L.R. shall maintain full-scale know-how in regard to preinstallation tests, installation procedures, initial start-up and calibration, and corrective maintenance.<br>iv. L.R. shall have a local service facility. This facility has to be fully equipped for system maintenance and repairs.<br>v. L.R. shall maintain continuous contact with the manufacturer including the technical support and regular training of field service personnel.<br>vi. L.R. field service crew must have security check suitable for the sites of installation.<br>vii. Response time: in case of malfunction in the system during the warranty period, the contractor shall order a service from the L.R., and the response time (the time from service call to technician's arrival to site) shall be less than 72 hours.<br>viii. Personnel: L.R. shall have at least 1 qualified technician for the specific converter offered.<br>ix. Qualifications shall be considered acceptable if certified by the manufacturer. | Comply |
| b. Testing<br>1. Test Reports:<br>The contractor shall submit all factory test reports to the Owner's Representative within 14 days after the tests have been completed.<br>2. Harmonic Distortion Test:<br>The contractor shall submit manufacturer's input (mains) Harmonic | Comply |

| | |
|---|---|
| 3. Field testing (on site):<br>i. The contractor shall perform Site Acceptance Tests according to the approved test procedure (see paragraph 08.31.16).<br>ii. The converters shall be load tested through the use of portable resistive 90KVA load banks connected to each output at the converter.<br>iii. Contractor shall be responsible for supplying all measuring instruments, material and labor for load bank testing of the converters on site.<br>iv. The contractor shall demonstrate the following five (5) shut down features on all units:<br>1) Removal of the plug connector from aircraft receptacle.<br>2) Over or under voltage.<br>3) Loss of phase rotation reversal.<br>4) Loss of input power.<br>5) Loss or interruption of 28 volt DC monitoring voltage.<br>v. The contractor shall demonstrate the interlocking ability. | Comply |
| 08.03.12. Warranty<br>a. The converter manufacturer shall guarantee the equipment specified herein to be free from defects in materials or workmanship for a period of twenty four (24) months from facility turnover, including all replacement of parts and all field labor at no charge.<br>b. In case of any warranty issue, the local representative shall be responsible for repairs. | Comply |
| 08.03.13. Spare Parts Required for Maintenance<br>a. The contractor shall provide a complete list of all spare parts required for regular maintenance.<br>b. The spare parts shall be sufficient for a period of 12 months.<br>c. A complete list of all recommended spare parts shall be included in the manual for future purchase by the IAF.<br>d. The contractor shall supply a set of spare parts for 12 months period according to the list, and one (1) spare converter. | Priced separately |
| 08.03.14. Training<br>a. Onsite training<br>The manufacturer shall provide two day of on-site training for a maximum of ten (10) owner personnel in the operation of the converter. The training shall include basic and advanced maintenance and repair operations required to fully support the proper operation of the converter. A training manual and course outline shall be provided to each maintenance personnel without charge. | Comply |
| b. In – plant tests ("factory acceptance test)<br>The contractor shall provide a test plan sixty (60) days in advance of supply data for IAF approval. The converter shall be inspected by contactor's quality control personnel and tested in the manufacturer's plant to demonstrate full compliance with the requirements of this specification. The Acceptance tests shall be conducted in accordance with the manufacturer's standard test procedures and other test procedures required to verify full compliance to these specifications. Test shall be performed with the specified environmental conditions, voltage, frequency and load. The contractor shall provide a minimum of forty five (45) days advance notice of the test schedule for the owner to witness the tests. Contractor's price shall include all plant facilities and power costs associated with the witnessed testing. | Comply |
| 08.03.15. Submittals<br>a. Compliance table<br>1. The contractor shall prepare a compliance table according to the spec's requirement.<br>2. The compliance table shall include separate line for each of the spec's requirements.<br>3. The table shall include a brief description of the requirement, required values, offered equipment values, compliance (yes/no), notes and reference to the manufacturer spec and/or certificates and/or test reports.<br>b. Installation Drawings and Test procedure:<br>1. The Contractor shall submit three (3) blue line copies of one-line and outline drawing as follows:<br>i. Completely dimensioned plan view (suitable scale) of equipment, with detailed description, and dimensioned locations of all incoming and outgoing power and control connections.<br>ii. Size and weight of individual shipping units to be handled in the field. Complete diagrams of all power interconnections and their capacities for all inputs and outputs.<br>iii. Factory and site acceptance test procedures (45 days prior to test) for review and verification by the owner's engineer.<br>Operation and Maintenance Manuals: Contractor shall submit four (4) | Comply |

| | |
|---|---|
| operation and maintenance manuals (hard copy and soft copy) within 30 days after shipment of equipment. The manuals shall include circuit and wiring diagrams, safety precautions, operating and maintenance instructions, drawings, illustrations, and complete spare parts list.<br>c. The operation and Maintenance manuals shall be in both Hebrew and English languages.<br>d. Documentation: Submit copy of factory and site Acceptance Test results within 30 days after the completion of the site acceptance test | Comply |

# B-Power

## 270VDC /400HZ Combo
## *Ground Power System*

*B* GSE
*Group*

For Military F 35 JSF and F 22 Raptor Aircraft and Legacy Aircraft



[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

| REVISIONS | | | |
|---|---|---|---|
| SYM | DESCRIPTION | DATE | APPV |
| A | PRODUCTION RELEASE. | 01/10/2012 | |







WIRING DIAGRAM

**NOTE: UNLESS OTHERWISE SPECIFIED.**

MFG. MARKING & P/N MOLDED OR HEAT IMPRESSED & FILLED WITH CONTRASTING NEOPRENE INK.

THIS DOCUMENT CONTAINS PROPRIETARY INFORMATION TO SKYKO INTERNATIONAL. IT MAY NOT BE REPRODUCED, DUPLICATED, TRANSFERRED TO DOCUMENTS OR USED FOR MANUFACTURING OR ANY OTHER PURPOSES WITHOUT PRIOR WRITTEN PERMISSION OF SKYKO INTERNATIONAL.

**UNLESS OTHERWISE SPECIFIED**
1. DIMENSIONS ARE IN INCHES
2. DO NOT SCALE DRAWING
3. REMOVE ALL BURRS

TOLERANCES
DECIMALS: .XX = ±.03 .XXX = ±.010
ANGLES: ± 2°

| | |
|---|---|
| DRAWN BY | DATE |
| INSPECTED BY | DATE |
| APPROVED BY Bryan Bullerdick | DATE 02/2012 |
| USED ON | Used On 1 Used On 2 |
| MATERIAL | |
| FINISH | |

B GSE Group

# CABLE ASSEMBLY
**EXTERNAL POWER**
**270V DC, LOW-INDUCTANCE CABLE**

| REV | PART NUMBER | SIZE | SCALE | CAGE CODE |
|---|---|---|---|---|
| A | 2230-6020-0035 | A | NONE | 4HJF4 |

TOOL NO: 0000-0000-0000 SHEET 1 OF 1

# EXHIBIT 29

**Subject:** Re: F35 PC Air Luke SQ II
**From:** Bryan Bullerdick <Bryan@bgsegroup.com>
**Bcc:** Brian Marks <brian.marks@korteco.com>
**Sent:** Mon, 2 Nov 2015 18:35:06 -0500
**Cc:** Scott Dils <scottdils@bgsegroup.com>, Don Maynard <DMaynard@twistinc.com>
**To:** Bob Diez <BDiez@hmcc.com>

Bob,
I have added Don Maynard to this e-mail. Don's contact info is below.

Don Maynard
Director of Sales
Twist Inc.
P: 937-675-9581
C: 937-681-5602

This above is where FCX would need to get their PC Air unit. You can call them and hear the details first hand.

Summary recap of call:

1) FCX supplied one project of F 35 air units in 2008/2009 while I was still VP at FCX. Burns and Mac was the design engineering company and this was the first F 35 hangar with high pressure air. The spec was not written correctly yet the project was completed by FCX based on an incorrect spec. The F 35 PC Air spec was forever changed with a "lessons learned" document dated 2010 and approved by NAVFAC during Beaufort's first hangar. Since then the 1000 CFM designs with a 30-ton based unit is minimum proven requirement.

2) Since, FCX sold their PC Air line to Twist Aero in Jamestown, OH. Twist Aero has done a complete overhaul of the FCX PC Air line and now has the best commercial PC Air units in the industry.

3) Since the 2008 project, however, BGSE Group was incorporated and we supplied every F 35 hangar with a new designed PC Air unit. We used our authored "lessons learned" from Eglin as well as we worked with the industries top engineers and rewrote the entire mechanical requirements to the F 35 PC Air units. Twist was not part of this evolution and BGSE supplied all F 35 hangars since Eglin to include 4 hangars at Yuma, 2 hangars at Luke, Nellis, 2 hangars at Beaufort, and Army hangar in Japan and we are basis of design for Army Corp, NAVFAC and LMCO NATO contracts. We have spent hundreds of thousands in R and D to come up with a product that works. FCX and Twist missed out on this over the last 7 years.

4) The current project is not correct to list FCX as a supplier as this is an outdated snap shot. Twist Aero would be the correct name as they bought the product line from FCX and hired the FCX PC Air engineers and moved them to Jamestown, OH several years ago.

5) So FCX is a reseller of Twist Aero Products. They are not the manufacturer.

6) The problem is Twist Aero is very busy supplying commercial PC Air units and does not have the time to engineer for FCX a F35 air unit. But, BGSE Group has a proven design used for 15 F 35 hangars and we do have a design Twist will make for us. BGSE is supplying all the design and engineering work to Twist and for that designing and LMCO approvals we are protected on this product line. (Twist cannot sell our engineered product to FCX or anyone else)

7) The good news is BGSE is guaranteeing that the final product will work. Our product and project management received Excellent rating on Luke P 431. The bad news is the price you have from FCX will not buy you anything you need. In fact Twist and BGSE is wondering what you will get because as of right now FCX doesn't have anything they can sell you that meets the F 35 specification.

Conclusion: I don't think FCX is at full fault as they were being opportunistic thinking Twist Aero would have time to engineer them an independent F35 product but due to the commercial industry coming back strongly and Twist being packed with orders, that without BGSE help Twist was not interested or capable of engineering a product for the F 35.

We can argue with FCX and if needed we can do the due diligence on this situation but I would rather find a proper path forward. We do have some inventory of HDPE insulated piping to help we can offer up to help the delta. We can offer some

install and discounts but I don't think we will make up the difference 100%. We can write AF engineering for their oversight listing FCX but now the project is in the hands of the Army Corp. They have inherited all good and bad design from Air Force. If I can be of any help on this searching for money I will be happy to do so.

My interest is to get this project filled with the right equipment. We have a very complete scope overall and there is a lot to miss. We are covering you and GC for all gaps or missed scope because we have been doing this scope over and over again we have all the knowledge to fill a complete scope.

Bryan Bullerdick
President
BGSE Group
**Office: 704-992-9522**
**Cell: 704-488-0084**
bryan@bgsegroup.com
bgsegroup.com

**CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.**

On Nov 2, 2015, at 4:30 PM, Bob Diez <BDiez@hmcc.com> wrote:

I should be in my office most of this afternoon.
Below is my direct number to my office.

ROBERT J DIEZ P.E.
Sales/Estimating Manager
HARRIS MECHANICAL SOUTHWEST

2225 W Parkside Ln, Phoenix, AZ 85027
P (623) 344 1476 | C (602) 363 2953
F (623) 344 1510

bdiez@hmcc.com
www.hmcc.com

AZ Licenses: ROC 275172, ROC 291467, ROC 246399, ROC 243728, ROC 243133
CA License: 993998

# EXHIBIT 30

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

## F 35 EQUIPMENT

## HISTORY

To Whom It May Concern:

BGSE Group and its employees have been involved in the ground support technology business for the F35 JSF from the very beginning. From the beginning to where our company stands on supply and integration today, there have been several milestones and breakthroughs in our areas of expertise.

The three technologies are **F 35 Power**
**F 35 High Pressure Conditioners**
**F 35 Service PITS**

**F 35 Power**

Before the first F 35 aircraft was put together the employees of BGSE Group were involved in the initial testing of the 270VDC power with LMCO. Originally for the F 22 Raptor and then the F 35 Joint Strike Fighter the first generation 270VDC units were expensive, very sensitive to faults and very large. Working with Lockheed Engineers we were able to adjust the sensitivities to a reasonable level in this first generation units but the Mean Time Between Failure (MTBF) was not as good as 400HZ power supplies.

With this first generation unit we were asked to make a 400HZ powered 270VDC unit for all the US Navy Aircraft Carriers. We had the best technology at that time but we still had reliability issues so in designing these units we made these units swappable. We built extra ready to go units to support the Navy and for any fault on the ship we just swapped a working unit for the faulted unit and fixed the faulted unit in the factory and put it on the shelf for another swap. We built hundreds of these units over 3 years.

After this program more hangars started being built to support the F 35. Some of these hangars were to support the F 35 and legacy aircraft so BGSE made the first combination 270VDC/400HZ power supplies. BGSE Group took the years of knowledge and expertise and took this info to make a second-generation product. We had three goals: The get the (MTBF) up to what is normal with 400HZ power supplies, to reduce the size of the units and to standardize the designs to lower costs. This second-generation 270VDC unit became 35% smaller and 20% less expensive while increasing reliability by 50%.

The second generation was put into many hangars but addition pressure to make a product even smaller, more efficient, more reliable and less expensive motivated BGSE Group to move forward with a third-generation unit. We had to look for newer converter

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

technology to achieve this. With close partnerships with leading industry engineers we worked together to make a third generation unit. The new unit became 30% smaller than the second generation, 10% less expensive and 1.5 times more efficient. The efficiency was a big step forward. In addition the new units are all 5% input Total Harmonic Distortion (THD). A 100% reduction in THD from units manufactured prior. In addition the third generation BGSE Group 270VDC unit has a plane text 1000 event fault and diagnostic log. We did away with codes and made the display a simple read.

The third generation unit is now leading the industry by years with no other equal to the size and performance. The units can come with 400HZ and voltage boosting technology for unit to PIT runs. This is also ground breaking designs that allows for better voltage and amp control.

The third generation unit is called B-Power. This unit reached 35,000 MTBF and has been UL and CE certified and is exceeding all LMCO specifications.

**F 35 High Pressure Conditioners**

BGSE Group was involved in the very first every installed high-pressure conditioner (HPC) units ever installed for the F 35. In 2008 by all measurements it was a disaster. For a combination of reasons the air unit under performed. From this job, BGSE Group learned invaluable performance, technical and design information. First generation product was shelved in 2009. Next projects began in 2011. BGSE Group worked 2 years on a second-generation unit. We were named basis of design for our work and with the second-generation design we were able to achieve many successful projects. BGSE Group looked around the industry for a company to partner with for this second-generation unit. At the time the partner we found manufactured an F 16 high-pressure air unit. The product manufactured for the F 16 fell significantly short of LMCO specifications. Without being able to start from scratch BGSE selected new compotes such as blowers, coils, controls, compressors and plenum layouts as well as total tonnage requirements to archive a better F 35 air unit than what was installed in 2008. We were able to meet the LMCO specification with making these modifications but it was never meant to be the final design.

For 4 years this stopgap HPC unit was commissioned successfully but like the 270VDC power the industry requested smaller, more efficient and less expensive units. In addition the BGSE Group designed Blast Cool and automation with out F 35 Service PITs became a standard design in most hangars requiring more of the second-generation units than they were originally designed for.

Late in 2015 BGSE Group rolled out the third-generation HPC unit called the Cool Jet, which was finally a complete, and specific from the ground up redesign. This F 35 high-pressure air unit was 40% more efficient, 25% smaller, 10% less expensive and had many other features built in for the new automated designs. The CoolJet is a UL and CE

certified unit that can be put in almost any climate and elevation in the world and work. This new third-generation unit is a fine tuned piece of equipment that has far surpassed all other products in this industry. BGSE Group has invested many hundreds of thousands of dollars in research and development of this product line and the Cool Jet delivers LMCO F 35 aircraft specified air efficiently and fast.

**F 35 Service PITS**

What ties the 270VDC and PC Air requirements together into one safe and reliable storage system is the BGSE Group F 35 Service PITS. Unlike any other PIT manufacturer in the world we bring a level of safety to our products unmatched in this industry. Using hydraulic EZ Access POP UP sections and a very purposeful ergonomic layout, we have achieved the first fully Class 1, Division 1 F 35 electrical and mechanical F 35 PIT.

Putting together the worlds best 270VDC power, the worlds best HPC F 35 air, the worlds safest 380/480V 100 amp GSE service points into the worlds safest PITs as one system has only been done by BGSE Group and done 15 times over.

**Conclusion**

BGSE Group never stops achieving for excellence. Our designs will always look to be improved on and we use customer feedback and new design challenges to constantly better our products. But when buying from BGSE Group you can rest assured we are supplying the best the industry has to offer.

Sincerely,

Bryan Bullerdick
President
BGSE Group
**Office: 704-992-9522**
**Cell: 704-488-0084**
bryan@bgsegroup.com
bgsegroup.com