# EXHIBIT 30

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

## F 35 EQUIPMENT

## HISTORY

To Whom It May Concern:

BGSE Group and its employees have been involved in the ground support technology business for the F35 JSF from the very beginning. From the beginning to where our company stands on supply and integration today, there have been several milestones and breakthroughs in our areas of expertise.

The three technologies are **F 35 Power**
**F 35 High Pressure Conditioners**
**F 35 Service PITS**

### F 35 Power

Before the first F 35 aircraft was put together the employees of BGSE Group were involved in the initial testing of the 270VDC power with LMCO. Originally for the F 22 Raptor and then the F 35 Joint Strike Fighter the first generation 270VDC units were expensive, very sensitive to faults and very large. Working with Lockheed Engineers we were able to adjust the sensitivities to a reasonable level in this first generation units but the Mean Time Between Failure (MTBF) was not as good as 400HZ power supplies.

With this first generation unit we were asked to make a 400HZ powered 270VDC unit for all the US Navy Aircraft Carriers. We had the best technology at that time but we still had reliability issues so in designing these units we made these units swappable. We built extra ready to go units to support the Navy and for any fault on the ship we just swapped a working unit for the faulted unit and fixed the faulted unit in the factory and put it on the shelf for another swap. We built hundreds of these units over 3 years.

After this program more hangars started being built to support the F 35. Some of these hangars were to support the F 35 and legacy aircraft so BGSE made the first combination 270VDC/400HZ power supplies. BGSE Group took the years of knowledge and expertise and took this info to make a second-generation product. We had three goals: The get the (MTBF) up to what is normal with 400HZ power supplies, to reduce the size of the units and to standardize the designs to lower costs. This second-generation 270VDC unit became 35% smaller and 20% less expensive while increasing reliability by 50%.

The second generation was put into many hangars but addition pressure to make a product even smaller, more efficient, more reliable and less expensive motivated BGSE Group to move forward with a third-generation unit. We had to look for newer converter

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

technology to achieve this. With close partnerships with leading industry engineers we worked together to make a third generation unit. The new unit became 30% smaller than the second generation, 10% less expensive and 1.5 times more efficient. The efficiency was a big step forward. In addition the new units are all 5% input Total Harmonic Distortion (THD). A 100% reduction in THD from units manufactured prior. In addition the third generation BGSE Group 270VDC unit has a plane text 1000 event fault and diagnostic log. We did away with codes and made the display a simple read.

The third generation unit is now leading the industry by years with no other equal to the size and performance. The units can come with 400HZ and voltage boosting technology for unit to PIT runs. This is also ground breaking designs that allows for better voltage and amp control.

The third generation unit is called B-Power. This unit reached 35,000 MTBF and has been UL and CE certified and is exceeding all LMCO specifications.

**F 35 High Pressure Conditioners**

BGSE Group was involved in the very first every installed high-pressure conditioner (HPC) units ever installed for the F 35. In 2008 by all measurements it was a disaster. For a combination of reasons the air unit under performed. From this job, BGSE Group learned invaluable performance, technical and design information. First generation product was shelved in 2009. Next projects began in 2011. BGSE Group worked 2 years on a second-generation unit. We were named basis of design for our work and with the second-generation design we were able to achieve many successful projects. BGSE Group looked around the industry for a company to partner with for this second-generation unit. At the time the partner we found manufactured an F 16 high-pressure air unit. The product manufactured for the F 16 fell significantly short of LMCO specifications. Without being able to start from scratch BGSE selected new compotes such as blowers, coils, controls, compressors and plenum layouts as well as total tonnage requirements to archive a better F 35 air unit than what was installed in 2008. We were able to meet the LMCO specification with making these modifications but it was never meant to be the final design.

For 4 years this stopgap HPC unit was commissioned successfully but like the 270VDC power the industry requested smaller, more efficient and less expensive units. In addition the BGSE Group designed Blast Cool and automation with out F 35 Service PITs became a standard design in most hangars requiring more of the second-generation units than they were originally designed for.

Late in 2015 BGSE Group rolled out the third-generation HPC unit called the Cool Jet, which was finally a complete, and specific from the ground up redesign. This F 35 high-pressure air unit was 40% more efficient, 25% smaller, 10% less expensive and had many other features built in for the new automated designs. The CoolJet is a UL and CE

certified unit that can be put in almost any climate and elevation in the world and work. This new third-generation unit is a fine tuned piece of equipment that has far surpassed all other products in this industry. BGSE Group has invested many hundreds of thousands of dollars in research and development of this product line and the Cool Jet delivers LMCO F 35 aircraft specified air efficiently and fast.

**F 35 Service PITS**

What ties the 270VDC and PC Air requirements together into one safe and reliable storage system is the BGSE Group F 35 Service PITS. Unlike any other PIT manufacturer in the world we bring a level of safety to our products unmatched in this industry. Using hydraulic EZ Access POP UP sections and a very purposeful ergonomic layout, we have achieved the first fully Class 1, Division 1 F 35 electrical and mechanical F 35 PIT.

Putting together the worlds best 270VDC power, the worlds best HPC F 35 air, the worlds safest 380/480V 100 amp GSE service points into the worlds safest PITs as one system has only been done by BGSE Group and done 15 times over.

**Conclusion**

BGSE Group never stops achieving for excellence. Our designs will always look to be improved on and we use customer feedback and new design challenges to constantly better our products. But when buying from BGSE Group you can rest assured we are supplying the best the industry has to offer.

Sincerely,

Bryan Bullerdick
President
BGSE Group
**Office: 704-992-9522**
**Cell: 704-488-0084**
bryan@bgsegroup.com
bgsegroup.com

# EXHIBIT 31

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

**F-35 Program - Avionics Cooling Units**

BGSE Group Question and Answer letter

**Question 1: Can you provide a list of bases where you have products installed?**

**Answer 1:**

| | | | |
|---|---|---|---|
| P913 | LUKE AFB | 2015 | SYBRANT, CANDELARIA |
| P995 | OKANAWA | 2015 | MIRAIT, T-ACTY JV |
| P645 | BEAUFORT | 2016 | CAROTHERS |
| P545S | YUMA | 2014 | HARPER |
| P545N | YUMA | 2014 | HARPER |
| P460 | YUMA | 2012 | DCK WORLDWIDE |
| P447 | YUMA | 2012 | DCK WORLDWIDE |
| A-10 | NELLIS | 2012 | STRAB |
| P431 | LUKE | 2013 | KWR CONSTRUCTION |
| P454 | BEAUFORT | 2013 | HENSEL PHELPS |
| P328 | LEMOORE | 2016 | SOLTEC |
| P378 PH1 | LEMOORE | 2017 | STRAB |
| P378 PH2 | LEMOORE | 2017 | STRAB |
| SQ2 | LUKE | 2017 | OAKLAND CONSTRUCTION |
| P80 | EGLIN | 2010 | CAROTHERS |
| SO/AMU | EGLIN | 2010 | CAROTHERS |
| NO/AMU | EGLIN | 2010 | CAROTHERS |
| P803 | KADINA | 2016 | PRIME PROJECTS |

**Question 2: Who manufactured the BGSE Group Air Design**

**Answer 2:**

**These are BGSE Group designs. We produce the bill of material and design and pay for the certifications. We use a larger aerospace firms to build for us. We build the PITs, the couplings, some of the 270VDC units, the cable and hoses in house but source out the air. It is cheaper doing it this way.**

| | | |
|---|---|---|
| P913 | LUKE AFB | second generation |
| P995 | OKANAWA | third generation |
| P645 | BEAUFORT | third generation |
| P545S | YUMA | second generation |
| P545N | YUMA | second generation |
| P460 | YUMA | first generation |
| P447 | YUMA | first generation |

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

| | | |
|---|---|---|
| A-10 | NELLIS | first generation |
| P431 | LUKE | first generation |
| P454 | BEAUFORT | first generation |
| P328 | LEMOORE | third generation |
| P378 PH1 | LEMOORE | third generation |
| P378 PH2 | LEMOORE | third generation |
| SQ2 | LUKE | second generation |
| P80 | EGLIN | first generation |
| SO/AMU | EGLIN | first generation |
| NO/AMU | EGLIN | first generation |
| P803 | KADINA | third generation |

**Question 2: Clarify BGSE involvement and scope at each location**

**Answer 2:**

| | |
|---|---|
| P431 | LUKE |
| P913 | LUKE |

On the two above Luke hangars BGSE Group designed from scratch the layout, the material selected, the trenches and consulted for the mechanical and electrical contractors. We supplied, installed, commissioned, and warrantied and now have the current preventative maintenance contract on both of these hangars. BGSE Group designed a second generation PC Air unit for the F 35, made the first all-In-one electrical and mechanical PIT with hydraulic POP UP PIT and supplied 270VDC power units. We also developed a 480V airman safety system and integrated this system into the PIT as well.

| | |
|---|---|
| P454 | BEAUFORT |
| P645 | BEAUFORT |

Beaufort shows a perfect example of how BGSE Group can work with the end customer to make a more functional hangar. In both hangars BGSE Group supplied PC Air, Power and PITs but on P454 our hands were tied significantly by an old Eglin spec. While the design firms were willing to look into our lessons learned, their hands were tied by original RFP on P454 based on Egllin. When Carothers won a design build on P645 right next door we were able to join the design team and put together a better system for the customer. Working with the General Contracting team and the customer we implemented all the product improvements and automation needed to increase airman safety, product reliability and less user error. The BGSE Group developed “Blast Cool” was implemented as well. We are supplying the third generation PC Air units on this project.

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

P460 YUMA
P447 YUMA

These Yuma hangars were the next hangars after Eglin. These hangars were advertised to be the most modern hangars ever built and had a very short contract time. BGSE Group had supply only contract initially for the PC Air, 270VDC/400HZ power and the service PITs. BGSE Group was able to build more capable units than specified based on issues we knew first hand from Eglin that the design firm and customer had not understood yet. But much of the design was fail. The CAS Yards (the location where three side by side PC Air units were installed) did not have enough ventilation, the PC Air delivery pipe was not insulated and the distances the air and power had to run were not engineered correctly. While we started with a design contract we were later hired by design firm and then also with the General contractor to redesign the system, patch up the issues the best we could and supply a lot of engineering and testing for the customer. During this time is when BGSE Group developed the blast cool, learned how much insulations required and found new improvements to be made to the first generation PC Air units. PC Air internal programming was changed significantly. We also discovered a 270VDC LMCO interface spec mistake. We worked with LMCO to correct this mistake. The correction has still not been published in a revision from LMCO.

P545S YUMA
P545N YUMA

These two hangars were just getting started as the other two were going though redesign on BGSE Groups systems. While we were not part of the initial design of P460 and P447 we were part of a solution. A solution mind you of we had to work with limited ability to do significant changes. P545 hangars were a GC design-build. They put a lot of responsibility on BGSE Group to use all the lessons learned from previous two Yuma hangars and come up with a better design for them. We changed the PC Air unit a bit to a second-generation unit. A unit that could run better in a trunk line system and implement the BGSE Group blast cooling. Some issues that remained out of BGSE Group scope of work was the CAS yard and the ventilation in that yard. For this solution the GC hired a third party that did not consult with us and the final CAS yard changes were not acceptable to BGSE Group. As it stands now we have requested the unapproved changes and modifications to the units be taken off. We also had our PITs tour up with lime and cement etching chemicals. Our PITs filled with these chemicals with water for 4 months causing significant damage.

| | |
|---|---|
| P328 | LEMOORE |
| P378 PH1 | LEMOORE |
| P378 PH2 | LEMOORE |

A lot like the two Luke hangars, a different design firm did an independent survey of hangars completed and came to BGSE Group to help engineer the Lemoore hangar projects. We took what worked well in Luke and items of what worked well on the P545 hangars and took the hangar design to a new level. The BGSE Group blast cool was expanded with additional automation, safety and operator convenience. As in all the hangars we designed systems, supplied systems and commissioned systems. Some of the largest improvements we made to the PC Air unit was efficiency, size, top expelled unit heat and additional reliability. Our third generation unit took into consideration cold ambient as well as hot. We solved the CAS yard issue so that no other third party engineer would come in and need to make after market solutions to expel hear from the CAS yard. All of the Lemoore hangars will have this third generation air unit.

| | |
|---|---|
| P995 | OKANAWA |
| P803 | KADINA |

These are US Army Corp responsibility hangars. We worked to design these hangars with third party government paid design firms and then we supplied the entire systems of power, air and PITS. In both hangars we used our Luke design.

| | |
|---|---|
| A-10 | NELLIS |
| SQ2 | LUKE |

Supplied equipment.

| | |
|---|---|
| P80 | EGLIN |
| SO/AMU | EGLIN |
| NO/AMU | EGLIN |

These three hangars are where the start of the lessons learned came from. It was a first attempt to build a common PC Air trunk line. It was also the first time many things were tried. We worked with Carothers hand in hand. The Eglin design has been copied and pasted into may of the projects listed in some form or another. This has been a difficult situation for BGSE Group because we have to continuously educate general contractors, mechanical contractors and electrical contracts on each and every project since Eglin because our scope has not been updated. It gets updated in the process of working with the successful contractor to the point of commissioning the system but each and every time. It is usually an extensive learning curve for the contractors.

The good part of this process is we earn trust and future business if a contractor wins

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

another hangar but I believe as it comes to our specialized scope from where we started with Eglin to where we are now it has been a long road and a lot of lessons learned. We can easily say no other company in the world has these extensive lessons and have seen so many attempts of failure and success by so many different parties to get the same correct end result as BGSE Group. We will do as much as the customer wants and allows us to do, to include a complete system design to just supplying the system and turning it over.

**Question 3: Identify any startup issues and resolution**

**Answer 3:**

BGSE Group has successfully commission every hangar project. But, designs for many hangars were lacking. Also, every hangar design is different.

Our top challenges:
1. Getting contractors to understand the complexity of common trunk lines
2. CAS Yards issues
3. Time to get to 55˚F
4. Understanding safety issues with these systems and how we solve them.

Resolutions:
It is always our goal to educate contractors so that we are allowed to build a working system but because on many of these projects the Eglin specs is used as a starting point and so many misunderstandings of the first hangars challenges we sometimes have to show the customer under a live test.

• Unfortunately for P460 and P447, the contractor would not listen to BGSE Group in telling them the trunk line pipe should have been insulated.

- We had to show them it was impossible to cool to PIT 5 (300 feet away) to 55˚F in the summer. One hangar floor was cut up and insulation installed. Secondly, a commercial air unit is run backwards into the trunk line 24/7 to keep the trunk line condition for when they turn on the PC Air units.
- On the same project we had to have the CAS yard ventilated.
- We had to write new programming for the unit to run in 140˚F conditions.

• In Beaufort, the PITs were manually controlled valves. This was against our recommendations as this was a common trunk line and it was not only easy to mess up the balance of airflow to adjacent air units with manuals valves but the Marines would break the designers telescoping "T" handles. A design BGSE did not like showed to be a bad design. Beaufort let BGSE Group change the design for their new hangar and we went to powered actuators like all the other F 35 hangars. We have yet to go back and change out the 1st Beaufort hangar. It works but a lot of air is leaking in the PITs and

there are a lot of mistakes made in operation. We increased the airflow by 40% to overcome the poor design.

• Also in Beaufort the design was to put our power units 10 foot in the air. There are a lot of issues with safety and ability to service these units being 10 foot in the air without any safety accommodations. During installation by others, these units were welded to the wall brackets without proper grounding and many electronic components were burned up by the welding currents.

• In the newer two hangars in Yuma, a third party was hired by customer come in under contract and added directional plenums to our units without consulting with BGSE. What was to help direct hot air up and out of the CAS yard has actually caused fresh air input circulation starvation and we are getting above 140˚F input temperatures causing units to shut down. Our solution is to remove this aftermarket stuff and to draw a certain amount of CFM into the yard. Because of the CAS Yard issues, BGSE Group in our third generation unit moved the condensing coils and fans to the top of the unit instead of the side. When they are on the side they blow hot air into the unit next to them. This solves this CAS yard problem.

While we came across these issue induced by part of the design not under influence from BGSE Group, we worked to solve the problems and make suggestion to improve the design. Recently we have been fortunate enough to have more of a say on other hangars and these issues do not come up now

**Question 4: Identify any ongoing issues**

**Answer 4:**

1. The first Eglin hangars were 20-ton sized units. They produced around 600CFM. The airflow was too little to overcome delivery pipe heating. The 50lbs of airflow is too little and moves too slow in the pipe that it warms above 55˚F in very quickly even when the PC Air unit has an exit air temp around 32˚F. The Maintenance group in Eglin has done several things to help the situation. They do not have money to replace with a 1000 CFM machine. The General Contractor as well as the design firm was able to convince the end user this was the best you could get at that time. This was the largest lesson learned. Even a paper from BGSE Group was adopted by NAVFAC that a 30-ton, 1000CFM was a minimum size for RFPs going forward.

2. Mentioned before, on P545 South and North, a third party has come in and made modifications to our units in an attempt to improve air circulation in the CAS yard but recent calls for help has shown the problem was in fact made worse. Our solution was to allow more air inside that closed off CAS yard. Pull air through. Do away with the solid cinder block wall. Do a fence.

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

Outside of these two issues we have units on carts and in other NATO countries working around the clock. We hardly ever get a service call.

**Question 5: Design questions**

**Answer 5:**

Many customers look to have less PC Air units than they have parking positions but the customer still wants to service any combination of the parking positions but limited by how many PC Air units they buy. A good example: you have a 4 bay hangar with 3 air units. In this case we can design a system that any four parking spots have access to the air but limited to three at a time can be on the system. Your customer can have this using a common trunk line. I already discussed this a lot in this document. Your customer will fight about this. Even with 4 units with 4 PITs or stations a trunk line is preferred for redundancy and flexibility if a PC Air unit is out of service. Maintenance and operational guys like one for one but the people with the cash like to cut costs from their hangar systems by reducing one unit and therefore need one less power service as well.

If your customer wants this option, this is what we do. We know how to balance the lines using powered actuators, a master controller to coordinate units coming on and PIT or service stations becoming live. LMCO has sat with BGSE Group and we showed them what we developed. They took this design to their NATO customers and we get LMCO selling our systems to these Air Forces. We have shown they work and have them everywhere but it is a BGSE Group only solution.

Now – if you want a larger air unit that can service multiple F 35 units with one unit, BGSE Group has made thee before. We actually made several what was 1/2 chiller, 1/2 DX and put them in California. But they are expensive and not UL listed. They were for a special F 35 application. This will not be a money saving piece of equipment.

**Conclusion:**

BGSE Group has sold Air Handles, DX Units, Hybrid units and desiccant dryer units for all different applications. We understand these technologies. We built 1000-ton units for the airborne laser program, units for NASA and we are the go to company for the largest airline in the world, American Airlines. We sell to LMCO, Boeing and Airbus directly all the time. But the number one activity, our number one pride is the turnkey systems for the F 35.

The work we have done and the years ahead of any other company as a system manufacturer, supplier, designer, integrator, commissioning company and servicing

contractor is our pride. We are now three machines upgrades into this specific application on the PC Air. We have improved the 270VDC and PITs as well. All together we have the best package on the market. 6 years of fighting old specs and teaching all that will listen it is not wrong to consider BGSE Group as a clear stand-alone company. There are so many things we do that are not captured in any spec. Things such as VFD controlled blower and VFD controlled compressor motors. This allows us to have complete control of flow and pressure as well as head pressures. When it is cold outside our units don't run the condenser coils. Our electric heat strips only come on when needed. While it may seem we could be oversized for Alaska in fact the unit backs off to be the right size for all ambient conditions. It does the work that I required only.

Backflow check valves to keep air from escaping the unit tied to a common trunk line from escaping air backwards into an off unit. We have water purging blast cool design. We have master controllers with clocks that can be set to purge lines and precool on a timer so when your crew come in the system is ready and waiting. What is not always in a spec is where we save the day. We have so many lessons learned into our third generation unit that we feel our product, our company and experience to overcome all sorts of design challenges should make us a clear choice for the Air Force to sole source. As you are learning, we have been the go to company since Eglin.

Bryan Bullerdick
President
BGSE Group
**Office: 704-992-9522**
**Cell: 704-488-0084**
bryan@bgsegroup.com
bgsegroup.com

# EXHIBIT 32

**Subject:** Re: F-35 pop-up Power/Cooling Systems MX Information
**From:** Bryan Bullerdick <Bryan@bgsegroup.com>
**Sent:** Thu, 25 Jun 2015 15:02:04 -0400
**To:** "SHAPPELL, RYAN W SrA USAF AETC 56 CONS/LGCA" <ryan.shappell@us.af.mil>

Ryan,

I was the VP at FCX at the time and PM of the project at Eglin. The project was the first for the F 35 and a lot of unknowns were answered on this project. FCX supplied the PC Air. The PITS are manual valves and the power ITW. A lot of issues and problems were learned and kept with BGSE as I left FCX shortly after with the knowledge the government needs an integrating company, not just a part manufacturer.

FCX sold the PCAir for financial reasons to Twist in Jamestown, OH who currently maintains the GSAC018 20-ton units in Eglin but no longer makes this unit.

Since Eglin came Yuma (4 hangars), Luke, Beaufort and Nellis as well and P995 in Japan. We brought new technology and particularly with Yuma P 460 (the next hangar after Eglin) we rewrote the specifications for NAVFAC/LMCO when it comes to system integrations. URS/Burns and Mac were the A and E but BGSE Group was contracted by them to do the engineering and fix the mistakes from the copy and past they did from Eglin into Yuma designs.

The units installed in Luke are two generations past the Eglin units now with 100s of modifications made from that 2008/2009 design to work correctly with underground delivery and with automation to protect airman and aircraft.

The majority of the work has been in automation so the airmen have quick use of air within specifications, the airman cannot inadvertently misuse the system, safety automation was added into all the logic of the systems and this all circles to each piece of equipment is communicating with the other to work together as a system. The automation is something that is special to BGSE Group and has not been manufactured or attempted by any other manufacturer to date.

There are several maintenance things to be concerned about. The limited life parts which are spare parts and somewhat common to buy in the commercial market. Lights, filters, corrosion inhibitors, cables and hoses. Then you have motors, transformers, magnetics, compressors and such that are not suppose to fail but can if lightning or misuse of units were to happen. A good example would be airman not trained using the E stop buttons to shut off power or air units all the time. This bypasses internal reset and safety perimeters are all bypassed to make sure the emergence shut off occurs. This is kind of like driving a turbo charged car. After running the engine hard you are suppose to let the turbo cool off before just shutting down. In the PC Air units the oil in compressors need time to fill back in after an e stop and restart and I have seen airman start units right back up after hitting e stop and this causes damage over time to compressors. So failures to major components can be handled but constant training helps. Having BGSE around to answer questions and help with airman turnover issues is a great asset in itself.

Most importantly is the special PLC and DDC programing that comes with the automation. It took us 3 years to fully develop and work out all the kinks in these systems. Our automation makes use of the systems easy but without it working right it can shut down the system. There is a lot of protection for the airman and the aircraft built in so that the units will sacrifice themselves before damaging the aircraft or hurting an airman. SO this is where BGSE really needs to be involved as these systems are exclusive to our designs. For an example if lighting strikes the hangar and a charge is sent into the power unit it will suppress and shut down before the surge is sent to aircraft. The front end of the unit then might need replaced. Also, if an airman shuts down the PIT with an aircraft cable still plunged into the aircraft, before the cable is cut into and an explosion potential occurs we have automation to kill power in the power units the moment the PITs start to lower. In lowering the PIT down on the cable would be a really stupid thing to do and will destroy the cable our automation will keep from anyone getting hurt. But now you have a cable to replace and we have this type of cable in stock so we keep things running. This is just 2 of 100s of examples we thought of and have worked out in the total system integration package.

If the automation fails this is the most critical thing because there is a lot of information that needs to be known to get it quickly corrected and understand what in some cases is being sacrificed in order to protect airman and aircraft. In our routine maintenance we would be checking limit switch for example in the PITs to make sure they are clean and free from debris as this is part of the automation.

Bryan Bullerdick
President
BGSE Group
Office: 704-992-9522
Cell: 704-488-0084
bryan@bgsegroup.com
bgsegroup.com

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.

On Jun 25, 2015, at 11:08 AM, SHAPPELL, RYAN W SrA USAF AETC 56 CONS/LGCA <ryan.shappell@us.af.mil> wrote:

Bryan,
Just had a few questions I wanted to get some clarification on. The letter provided in your email states, "Since the incorporation of BGSE Group almost 5 years ago we have supplied F35 power, air and system integration such as service PITs on 100% of US bases and Japan." I have been in touch with Eglin AFB and was told that FCX Aircraft Cooling Systems installed the units out there, and that Twist, Inc. (bought out FCX) holds the contract to perform the maintenance on their systems. Can you explain what part, if any, BGSE had at Eglin AFB?
Also, with the systems that we currently have in place here at Luke AFB, is there currently any sort of warranty that is active? If so, would this warranty be voided if another company were to perform maintenance on our systems other than BGSE? If there is no warranty, then it is still possible that another company could perform the maintenance service, just potentially not as efficient as BGSE according to you, correct?
Thank you in advance for your assistance with these questions sir.
V/r

-----Original Message-----
From: Bryan Bullerdick [mailto:Bryan@bgsegroup.com]
Sent: Wednesday, June 24, 2015 2:20 PM
To: SHAPPELL, RYAN W SrA USAF AETC 56 CONS/LGCA
Cc: twb Scott Dils
Subject: Re: F-35 pop-up Power/Cooling Systems MX Information
Ryan,

See attached info. Luke Letter and other supplemental info.

Bryan Bullerdick

President
BGSE Group
Office: 704-992-9522
Cell: 704-488-0084
bryan@bgsegroup.com
bgsegroup.com

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.

On Jun 24, 2015, at 4:31 PM, SHAPPELL, RYAN W SrA USAF AETC 56 CONS/LGCA <ryan.shappell@us.af.mil> wrote:

Bryan,
I apologize for just now sending you this email, but I wanted to see if you could shoot me those documents from BGSE detailing how maintenance to be performed on subject systems out here is fairly unique, how the majority of parts are manufactured by your company, and how your company is uniquely qualified to perform the maintenance. Thank you sir V/r

RYAN W. SHAPPELL, SrA, USAF
Services Flight
Contracting Officer
56 CONS/LGCA
COMM: 623-856-2725
DSN: 896-2725
FAX: 623-856-3447
Ryan.shappell@us.af.mil

<Luke letter.docx>

```
&lt;?xml version  .0" encodingTF-8"?&gt;
&lt;!DOCTYPE plist PUBLIC "-//Apple//DTD PLIST 1.0//EN" "http://www.apple.com/DTDs/PropertyList-1.0.dtd"&gt;
<plist version  .0">
&lt;dict&gt;
	&lt;key&gt;color&lt;/key&gt;
	&lt;string&gt;000000&lt;/string&gt;
	&lt;key&gt;date-received&lt;/key&gt;
	&lt;integer&gt;1435258924&lt;/integer&gt;
	&lt;key&gt;flags&lt;/key&gt;
	&lt;integer&gt;8623685761&lt;/integer&gt;
&lt;/dict&gt;
&lt;/plist&gt;
```

# EXHIBIT 33

**From:** Bryan Bullerdick <Bryan@bgsegroup.com>
**Subject:** B GSE Group F-35 ALTER BLDG 150 MX HANGAR
**Sent:** Wed, 9 Aug 2017 10:16:36 -0400
**Cc:** DPATEL@KALLIDUSTECH.COM
**To:** Joshua Raposo <jraposo@kallidustech.com>
BID SCOPE MECHANICAL AND ELECTRICAL 1.1.pdf
10% DISCOUNT Burlington Hangar B GSE Group.pdf

Josh,

I wanted to make sure the attached bid and attached scope was received and when the right time to call in and discuss this scope of work.

Bryan Bullerdick
President
BGSE Group
Office: 704-992-9522
Cell: 704-488-0084
BGSE VIDEO <https://youtu.be/p__6_E6G2HM>bryan@bgsegroup.com
<mailto:bryan@bgsegroup.com>
bgsegroup.com <http://bgsegroup.com/>

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.

On Jul 31, 2017, at 9:10 PM, Bryan Bullerdick <bryan@bgsegroup.com> wrote:

Josh,

Last week was a bit crazy and I wanted to spend more time discussing our offer, who BGSE Group is and why I say we are the gold standard for this equipment for F 35 hangars.

Attached is the BID scope but as important we have a discounted offer to buy our scope of work. We have completed 16 F 35 hangars and contracted for 14 others. When you add up all F 35 hangars built worldwide or being built we are involved in all but 2. On the 2 not involved our competitors have yet to successfully commissioned even a fraction of a scope like ours.

On this hangar BGSE Group is the basis of design. Drawing M203 is our system that Burns and Mac put into this spec. E 402 is our equipment Burns and Mac put into this scope. Only because the customer did not want to list suppliers are we not listed as basis of design. This is a disadvantage to Killidus and to BGSE because these two drawings are just a silhouette of the detailed picture of how this all works. The specs list a performance spec but how the performance is to work is missed between the writing and the silhouette and that is because the full details on the automation and controls is BGSE's intellectual property.

Burns and Mac together completed 4 hangars together. Some history: On the first two hangars in working with Burns and Mac the spec originally written did not work for both mechanical and electrical systems. This is 2011. By meeting the spec at the time in 2011 we could not commission the system. BGSE Group was hired by the customer to fix the spec and make a system that would work. Over the summer

of 2012 our system became the first to work and work well. One of our designs is call BLAST COOL. On this spec it was changed to QUICK COOL. Burns did this to keep form copying word for word our design but again it is ours. This is where we use a master controller to control multiple units running at the same time that can purge the lines of moisture and super cool them fast. All the valves are controlled and the system is special only to BGSE.

Where does Twist fall into this? Twist is a trusted vender to BGSE. We worked with them for 9 months to build our Third Generation CoolJet air units for us. Their scope of work is about 20% of our total bid. We specified the Pipe based on BGSE performance calculations. We chose the valves and reels based on performance experience. On the power units we use B-Power BGSE units that are small yet high performing with the right 28VDC 15 amp logic for the F 35. We make the cable and reels in-house. Same as the 480V 100 amp Safety boxes. We make the F 35 couples and together we have done this over and over again successfully.

Our competitors are manufacturing only companies. They are not system integrators. They know only what they make and have no experience in supplying a performance spec for the F 35. When you buy from BGSE you are buying a system and not parts of a system. We are experts from start to end and have BGSE technicians trained to do all work on site to include control work, mechanical and electrical. We are self contained, insured to 10 million and and provide up to 10 million in P and P bonding. In our aerospace market this is very rare and only because we have a fantastic contract performance record.

In conclusion: We want to be the overwhelming choice for Kallidus. We will make our scope easy and profitable so your company can focus on other scopes and other money making projects.

Bryan Bullerdick
President
BGSE Group
Office: 704-992-9522
Cell: 704-488-0084
BGSE VIDEO <https://youtu.be/p__6_E6G2HM>bryan@bgsegroup.com
<mailto:bryan@bgsegroup.com>
bgsegroup.com <http://bgsegroup.com/>

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.
<BID SCOPE MECHANICAL AND ELECTRICAL 1.1.pdf>
<10% DISCOUNT Burlington Hangar B GSE Group.pdf>

F-35 ALTER BLDG 150 MX HANGAR

POWER AND INST. EQUIP ALL SPOTS

CURZ152802

158th Fighter Wing

Vermont Air National Guard

Completed F 35 hangars in last 6 years by BGSE Group, LLC for 270VDC and Aircraft cooling units with these system specifications (no competition). No other company has completed a system like this but BGSE Group. Past and present F 35 jobs:

| | | |
|---|---|---|
| P 913 | LUKE AFB | 6 BAY |
| P 995 | IWAKUNI | 5 BAY |
| P 645 | BEAUFORT | 6 BAY |
| P 545 S | YUMA | 5 BAY |
| P 545 N | YUMA | 5 BAY |
| P 460 | YUMA | 5 BAY |
| A-10 | NELLIS | 6 BAY |
| P 447 | YUMA | 5 BAY |
| P 431 | LUKE | 4 BAY |
| P 454 | BEAUFORT | 7 BAY |
| P 328 | LEMOORE | 4 BAY |
| SQU 2 | LUKE | 4 BAY |
| P 328-2 | LEMOORE | 7 BAY |
| P430 | FALON | 1 BAY |
| P803 | KADINA | 4 BAY |
| P376 | ELISON | 4 BAY |
| B110-180 | ISRAEL | 7 BAY |
| XXX | KOREA | 8 BAY |

The way B GSE Group works is we supply the engineered system that is performance based and complete to ensure any contractor working with us doesn't carry the risk of the required F 35 service specifications.

The project specification alone does not offer all the information needed to make a functional system and

only experience can offer this.
I will be the point of contact for this project and please let me know if you have any question on the scope of work. What is included, what might not be included and optional additional services we can provide.

---

Josh,
I wanted to make sure the attached bid and attached scope was received and when the right time to call in and discuss this scope of work.

**Bryan Bullerdick**
**President**
**BGSE Group**
**Office: 704-992-9522**
**Cell: 704-488-0084**
BGSE VIDEO
bryan@bgsegroup.com
bgsegroup.com

**CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.**

On Jul 31, 2017, at 9:10 PM, Bryan Bullerdick <bryan@bgsegroup.com> wrote:

Josh,
**Last week was a bit crazy and I wanted to spend more time discussing our offer, who BGSE Group is and why I say we are the gold standard for this equipment for F 35 hangars.**

Attached is the BID scope but as important we have a discounted offer to buy our scope of work. We have completed 16 F 35 hangars and contracted for 14 others. When you add up all F 35 hangars built worldwide or being built we are involved in all but 2. On the 2 not involved our competitors have yet to successfully commissioned even a fraction of a scope like ours.

On this hangar BGSE Group is the basis of design. Drawing M203 is our system that Burns and Mac put into this spec. E 402 is our equipment Burns and Mac put into this scope. Only because the customer did not want to list suppliers are we not listed as basis of design. This is a disadvantage to Killidus and to BGSE because these two drawings are just a silhouette of the detailed picture of how this all works. The specs list a performance spec but how the performance is to work is missed between the writing and the silhouette and that is because the full details on the automation and controls is BGSE's intellectual property.

Burns and Mac together completed 4 hangars together. Some history: On the first two hangars in working with Burns and Mac the spec originally written did not work for both mechanical and electrical systems. This is 2011. By meeting the spec

at the time in 2011 we could not commission the system. BGSE Group was hired by the customer to fix the spec and make a system that would work. Over the summer of 2012 our system became the first to work and work well. One of our designs is call BLAST COOL. On this spec it was changed to QUICK COOL. Burns did this to keep form copying word for word our design but again it is ours. This is where we use a master controller to control multiple units running at the same time that can purge the lines of moisture and super cool them fast. All the valves are controlled and the system is special only to BGSE.

Where does Twist fall into this? Twist is a trusted vender to BGSE. We worked with them for 9 months to build our Third Generation CoolJet air units for us. Their scope of work is about 20% of our total bid. We specified the Pipe based on BGSE performance calculations. We chose the valves and reels based on performance experience. On the power units we use B-Power BGSE units that are small yet high performing with the right 28VDC 15 amp logic for the F 35. We make the cable and reels in-house. Same as the 480V 100 amp Safety boxes. We make the F 35 couples and together we have done this over and over again successfully.

Our competitors are manufacturing only companies. They are not system integrators. They know only what they make and have no experience in supplying a performance spec for the F 35. When you buy from BGSE you are buying a system and not parts of a system. We are experts from start to end and have BGSE technicians trained to do all work on site to include control work, mechanical and electrical. We are self contained, insured to 10 million and and provide up to 10 million in P and P bonding. In our aerospace market this is very rare and only because we have a fantastic contract performance record.

In conclusion: We want to be the overwhelming choice for Kallidus. We will make our scope easy and profitable so your company can focus on other scopes and other money making projects.

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

**F-35 Alter Bldg 150 MX Hangar Power and Inst. Equip All Spots**

**Solicitation Number: W912LN-17-B-1001**

**B GSE Group Scope 1-7**

July 24,2017

B GSE Group is providing an electrical and mechanical scope of work based on extensive experience with F 35 hangars. This letter is to serve as a scope letter to accompany the drawing package mark ups and bid documents here in.

General:

No tax is included in this bid at this time. Material and service state and local taxes are not included but can be added to the contract purchase order to be collected and paid on behalf of the contractor.

All start up, commissioning and training must be done by B GSE Group or B GSE Group designated approved technicians.

B GSE Group's scope of work is a "Performance spec". This means for either mechanical or electrical there are multiple components crossing different spec and drawing sections to complete this performance spec including but not limited to controls, civil, electrical and mechanical. B GSE Group must provide all parts quoted to ensure the entire system can function as a system or must give approval to dived different scopes of work out so that there is adequate control and liability to subbing parts of our system to others.

The form, fit and function of the construction documents is an outlined specifically around our proven systems attached in this proposal. The bid documents capture only a small percentage of knowledge contained only by B GSE Group to ensure successful 100% compliance with the intent of this specification. The information provided to the design firm is our public offerings for construction documents. The calculations, programming and control sequences required to perform this system specifications are not public knowledge but proprietary. B GSE Group has developed this proven scope of work over 15 commissioned F 35 hangars since 2011. Our goal is to provide a proven system not duplicated anywhere with the highest level of performance, shortest time to readiness and most contractor friendly format.

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

ITEM 1:

Item one is option one of the bid which is aircraft cooling units under specification 23 00 99. This scope contains the follow items.

1. 5 CoolJet CAS units as basis of design
2. 5 floor stands
3. 1 master controller
4. 5 point of use remotes
5. Shipping to site
6. Factory and field testing
7. Commissioning after install
8. Field testing after 24 month warranty
9. Training
10. Install supervision
11. 24-month parts and labor warranty for manufacture defects.
12. O&M Manuals

NOTE: Any 480V/3PH/60HZ power is to be wired and connected by licensed electrician.

NOTE: 120V power is needed for master controller. Roughly 100 amps. Mater feeds power to all point of use stations at 20 amps (5 X 20) or 40 amps to the two quick cool stations. Remotes and motorized vales power supply runs through mater controller which fuses each run internally and is also a J Box for these connections.

ITEM 2:

Item two is air delivery piping and required components per drawing M 203 – D also specification 23 00 99. The scope contains the following items.

1. Schedule 10 SS per spec cleaned and capped. See included material list. Anything in addition of this list will be at best possible rate from B GSE Group. The quantities are from best take off of construction drawings but are not 100% accurate due to limited information provided at bid time. Our isometric drawing make some assumptions to be as accurate as possible at bid time but is not a binding total cost. B GSE Group will require an actual walk off and finalized isometric drawing from contractor before providing material to make sure either too much or not enough product is delivered. The goal however is to be as accurate as possible with the given info at time of bid. At that time if possible some factory welding verse field welding can be evaluated and the contract between BGSE and contractor adjusted as mutually agreed in writing.
2. At least 24 flanges provided
3. 5 manual 8” isolation butterfly valves for CAS yard
4. 5 8” by 12” SS Schedule 10 braded flex duct for CAS yard
5. 5 powered actuators and butterfly valves for each wall station prior to reel

6. 2 quick cool valves with butterfly vales
7. 2 mufflers
8. 2 summary temp probes for quick cool system completion controls.

NOTE: In the next 48 hours it will be clear what will be provided and what will be excluded. This scope can be adjusted as needed. B GSE Group will not install or weld pipe on site. No factory welding is currently included but will be priced as an option.

ITEM 3:

Item three is control wire supply, pull and connect. This is typically not electrical but control scope. Connection between master controller and CAS units, connection between Master controller and 5 point of use actuators, master controller to 5 point of use remotes and mater controller to two summary quick cool temp probes and quick cool motorized valves.

B GSE Employees will monitor install of CAS units as well as 270VD units while pulling this wire as stated about and making these connections and testing them. The wire is provided by BGSE group and this ensure no equipment's miss wired or damaged during install.

This scope of work DOES NOT includes providing or installing the conduits for the control wire. The size of the conduits will be specified by BGSE Group but for now consider for pricing reasons all 1" conduit per CAS unit to Master and Master to each POINT of USE station and to each Quick Cool location.

NOTE: Any 480V/3PH/60HZ power is to be wired and connected by licensed electrician.

ITEM 4:

As part of the base bid and not part of the option 1 pricing is 5 motorized stationary reels. B GSE Group will provide the basis of design reel with the required hose and F 35 aircraft coupling. All wiring, remote and connection will be part of this scope but will be in conjunction with the scope of work in item #3.

NOTE: Any 480V/3PH/60HZ power is to be wired and connected by licensed electrician.

ITEM 5:

QTY of 5 per option #2 from addendum:The B-Power 270VDC unit as basis of design for spec 26 35 44.00 20 is a compact, high performing, and self contained power supply ready for plug and play once put into location.

BGSE Group, LLC
14034 Clarendon Pt. Ct.
Huntersville, NC 28078

ITEM 6:

270VDC power reel with 3 runs for 60 foot and 2 runs of 70 foot 18 conductor LMCO approved cab end F 35 receptacle per spec. the reel comes with stand so shop pad not required.

ITEM 7:

10 480VDC Smart receptacles per addendum and drawing E 492 – C. These 480VDC boxes are more than a raw powered receptacle. These boxes have powered contactors, E and F pin and visual indications and push buttons so airman can see if a receptacle is live or not before the connect or disconnect per the spec requirements. The receptacle is a special 6 pin design based on Air Force GSE equipment specifications and is only manufactured by a few approved sources. B GSE Group has supplied 100s of these in partnership of Skyko International.

Sincerely,

Bryan Bullerdick
President
BGSE Group
**Office: 704-992-9522**
**Cell: 704-488-0084**
bryan@bgsegroup.com
bgsegroup.com

MECHANICAL SCOPE

ITEM NO SUPPLIES/SERVICES QUANTITY UNIT UNIT PRICE AMOUNT
0004 1 Job
OPTION Option #1 - Aircraft Cooling Units
FFP
Option #1 is identified as ABI #1 - Aircraft Cooling Units in the Plans & Specifications. This Clin is comprised of five (5) equal Aircraft Cooling Units. Per FAR 252.236-7006 this Clin has a Statutory Cost Limititation of $250K per unit or total Clin Cost Limitation of $1.25M
FOB: Destination




B2 PRE-CONDITIONED AIR FLOW DIAGRAM
SCALE: NTS

## GENERAL NOTES:

1. SEE SHEET M-001 FOR MECHANICAL GENERAL NOTES, SYMBOLS AND ABBREVIATIONS.
2. PROVIDE WYE PATTERN FITTINGS AT TEES.
3. PCA SYSTEM MANUFACTURER SHALL PROVIDE ADDITIONAL SENSORS INCLUDING TEMPERATURE, PRESSURE, AIRFLOW MEASURING AS NECESSARY.
4. ABI#1: PRECONDITIONED AIR UNITS (CAS) EQUIPMENT, CAS CONTROLS, INSTALLATION, SYSTEM TESTING, AND WARRANTY SHALL BE PART OF ABI#1. ALL ASSOCIATED FACILITY POWER, PIPING, REELS, HOSE AND OTHER ACCESSORIES SHALL BE PART OF THE BASE BID.

THE GREEN MOUNTAIN BOYS

REVISIONS

| REV. | DATE | DESCRIPTION | INIT |
|---|---|---|---|
| A | 11/4/16 | B.1 SUBMITTAL | |
| B | 1/4/17 | B.2 SUBMITTAL | |
| C | 2/28/17 | B.3 SUBMITTAL | |
| D | 4/14/17 | B.3 FINAL SUBMITTAL | |

VERMONT NATIONAL GUARD

AIR NATIONAL GUARD
GUARDING AMERICA DEFENDING FREEDOM

VERMONT AIR NATIONAL GUARD
BURLINGTON INTERNATIONAL AIRPORT
SO BURLINGTON, VERMONT
Project No. - CURZ152802

| | |
|---|---|
| date 09/28/16 | detailed C. McAFEE |
| designed T. KARRE | checked R. JORDAN |

BURNS McDONNELL
KANSAS CITY, MISSOURI
ENGINEERS ARCHITECTS & CONSULTANTS

F-35 MX HANGAR POWER AND INST. EQUIP ALL SPOTS BUILDING 150

AIR FLOW DIAGRAM - PRE-CONDITIONED AIR

STATE OF VERMONT ROBERT D. JORDAN No. 018.0120250 MECHANICAL LICENSED PROFESSIONAL ENGINEER

4-14-2017

| | |
|---|---|
| project 92654 | contract |
| drawing M-203 | rev. D |

file

COPYRIGHT © 2017 BURNS AND McDONNELL ENGINEERING COMPANY, INC.

1

# MASTER CONTROLLER

## BASIS OF DESIGN



# MASTER CONTROLLER 2

1




1
SCHEDULE 10 AND CAS UNITS INSTALLED
COOLJET
BASIS OF DESIGN

1

# SCHEDULE 10 BEING INSTALLED AND CAS UNITS



1

# CAS UNITS




BASIS OF DESIGN

2

REMOTE CONTROL

ACTUATORS

# RCEL006 - RCEL250

## Electric Actuator



- For On-Off and modulation
- 13 sizes with torques from 58 Nm to 2452 Nm
- Dome type position indicator for high visualization
- Heavy duty motor for duty cycle S2 100 % (RCEL006-009) and S2 50 % (RCEL 015 -250)
- Manual override with auto declutching lever for handwheel
- Auxiliary Limit Switches, 4 pcs standard
- Optional accessories available on request
- Robust actuator in anodized and epoxy-polyester coated aluminium
- Enclosure IP67. Optional Explosion Proof EEx d II B T4
- After sales support, technical advice, start-up, training and service

12/4 2 135

**REMOTE CONTROL**

Ref No 611A/ Art No 980611

# RCEL006 - RCEL250

| Actuator Type | Torque Nm | 1-phase 230V 50 Hz | 3-phase 440V 50 Hz | 24 VDC | EEx d IIB T4 | Accessories PIU | CPT | PCU PB90 | LCU | Mounting, mount kits act/valve (2 |
|---|---|---|---|---|---|---|---|---|---|---|
| RCEL 006, F07 | 58 | | N/A | | | | (1 | (1 | (1 | |
| RCEL 009, F07 | 88 | | | | | | (1 | (1 | (1 | |
| RCEL 015, F07 + F10 | 147 | 2.5amp | | | | | (1 | (1 | (1 | |
| RCEL 019, F07 + F10 | 186 | | | | | | (1 | (1 | (1 | |
| RCEL 028, F10 + F12 | 274 | | | N/A | | | (1 | (1 | (1 | |
| RCEL 038, F10 + F12 | 373 | | | N/A | | | (1 | (1 | (1 | |
| RCEL 050, F10 + F12 | 490 | | | N/A | | | (1 | (1 | (1 | |
| RCEL 060, F12 + F14 | 588 | | | N/A | | | (1 | (1 | (1 | |
| RCEL 080, F12 + F14 | 785 | | | N/A | | | (1 | (1 | (1 | |
| RCEL 100, F12 + F14 | 981 | | | N/A | | | (1 | (1 | (1 | |
| RCEL 150, F14 | 1471 | | | N/A | N/A | | (1 | (1 | (1 | |
| RCEL 200, F16 | 1962 | | | N/A | N/A | | (1 | (1 | (1 | |
| RCEL 250, F16 | 2452 | | | N/A | N/A | | (1 | (1 | (1 | |

**1)** Not EEx proof
**2)** Valve type, brand and size to be advised

| ACCESSORIES | |
|---|---|
| PIU | Potentiometer kit, 1 kOhm |
| CPT | Current Position Transmitter, 4-20 mA feed back signal |
| PCU PB90 | Positioner with feed back signal 4-20 mA |
| LCU | Local Control Unit |
| Mounting / mounting kits actuator - valve | |

**Remote Control**
Kontrollvägen 15
SE-791 45 FALUN
Sweden
Tel +46 (0)23-587 00
Fax +46 (0)23-587 45
www.remotecontrol.se
info @remotecontrol.se

**Remote Control**
Gutenbergstr. 22
DE-41564 Kaarst-Büttgen
Germany
Tel +49 (0)2131-795 760
Fax +49 (0)2131-795 7615
www.remotecontrol.de

**Remote Control**
Unit 40, Trent Valley Works,
Station Road, Rugeley
Staffordshire WS15 3HB
England
Tel +44 (0)1889-576 888
Fax +44 (0)1889-577 676
www.remotecontrol.co.uk

**Remote Control**
67 Ubi Crescent, #01-07
Techniques Centre
Singapore 408560
Tel +65 6848 7150
Fax +65 6746 5815
www.remotecontrol.com.sg

**Remote Control**
PO Box 275
386 Dry Bridge Rd
North Kingstown, RI 02852
USA
Tel +1 (401) 294-1400
Fax +1 (401) 294-3388
www.rciactuators.com

2

VALVES

# Series 04 Gear Operator Mounting and Lubrication Instructions

For heavy-duty on-off and throttling service of 2" – 48" (51-1219 mm) Quarter Turn Valves. The Series 04 gear operator is self lubricated for smooth trouble-free operation. The rugged cast iron body with o-ring body seals is weatherproof to IP65. A self locking worm and worm gear drive holds the valve in the desired position. Features include a readily accessible hand-wheel, a valve position indicator and mechanical travel stops which permit field adjustment of valve position to specific degrees of rotation.

**WARNING**

Gear operator handwheel is attached to manual override shaft with a split spring pin. The pin is designed to shear if excessive force is applied to handwheel before internal gears or housing is damaged. Gear operator with or without valve should never be lifted by handwheel.

The gear operator is mounted to the valve as follows:

- Manually operate the gear operator until the output shaft is in line with the valve stem. On valve sizes through 12" (305 mm) the valve stem will be aligned with the "double-D" stem. On valves larger than 12" (305 mm) the gear operator and valve stem alignment will be with the keyway on the full diameter stem.
- Place the correct stem adaptor, if required, onto the valve stem. It is recommended that a small amount of grease is applied to the adaptor for easier assembly to the valve stem and gear operator drive shaft.
- Install the mounting studs into the gear unit base mounting holes. The shorter threaded end fits into the gear unit base.

**CAUTION**

Care must be taken not to jam fingers or hand between gear operator and valve.

- Mount the gear unit onto the valve stem. Make certain that the mounting studs are correctly aligned with the holes on the top plate of the valve or the valve mounting bracket. It may be necessary to rotate the gear operator hand-wheel to align the studs with the mounting holes.
- Lower the gear operator onto the valve and secure in place by fitting the lock washers and hex nuts.

All information herein is proprietary and confidential and may not be copied or reproduced without the expressed written consent of BRAY INTERNATIONAL, Inc.
The technical data herein is for general information only. Product suitability should be based solely upon customer's detailed knowledge and experience with their application.

2



### Adjustment of travel stops in the field is achieved as follows:

(The instructions are for a standard clockwise to close application).

### Adjustment of the "Closed" position travel stop:



Figure 1



Figure 2

- Looking on the end of the gear operator the right hand bolt is the close adjustment. ***(See Figure 1)***
- Remove the valve position indicator and view the position of the valve stem. ***(See Figure 2)***
- Rotate the close travel stop screw clockwise until the screw touches the quadrant.
- We have to consider that in the full closed position the stem "double D" flats align with the position of the valve disc ***(See Figure 3)***. Similarly on the full diameter stem the keyway position will align with the valve disc position.
- Loosen the lock nut and back off the close travel stop screw one turn in the counter-clockwise direction.
- Rotate the hand-wheel until the sides of the "double D" or the sides of the keyway are parallel with the face of the valve. ***(See Figure 4)***
- Verify that the "double D" or keyway is still parallel to the valve face.
- Carefully re-tighten the travel stop lock nut
- Replace the valve position indicator.
- At this point apply a sealant to the lock nut of the close travel stop to ensure that it will not be readjusted.
- When factory setting the close stop, as the valve is not in line, instead of aligning the shaft with the face of the valve, it is more accurate to measure from the face of the valve to the disc face at the 3 o'clock and 9 o'clock positions and adjust the gear unit until the measurements are equal.




Figure 3




Figure 4

All information herein is proprietary and confidential and may not be copied or reproduced without the expressed written consent of BRAY INTERNATIONAL, Inc.
The technical data herein is for general information only. Product suitability should be based solely upon customer's detailed knowledge and experience with their application.

2



## Adjustment of the "Open" position travel stop:

- Looking on the end of the gear operator the left hand bolt is the open adjustment.
- Remove the valve position indicator and view the position of the valve stem.
- We have to consider that in the full open position the stem "double D" flats align with the position of the valve disc. Similarly on the full diameter stem the keyway position will align with the valve disc position.
- Loosen the lock nut and back off the open travel stop screw one turn in the counter-clockwise direction.
- Rotate the hand-wheel until the sides of the "double D" or the sides of the keyway are perpendicular with the face of the valve.
- Rotate the open travel stop screw clockwise until the screw touches the quadrant.
- Verify that the "double D" or keyway is still perpendicular to the valve face.
- Carefully re-tighten the travel stop lock nut.
- Replace the valve position indicator.
- At this point apply a sealant to the lock nut of the open travel stop to ensure that it will not be readjusted.

## Lubrication Procedures

These instructions are to be used during original assembly or during re-assembly after service for lubricating Series 04 worm gear operators. Proper lubrication is necessary to insure smooth operation and long life of the unit. Failure to adhere to these instructions may lead to loss of performance or premature failure of the operator.

## I. Lubricant

The lubricant must be a high pressure or extreme pressure petroleum grease with a lithium based thickener, which meets the NLGI grade 2. The grease must exhibit a high degree of tackiness or stringiness, which enhances its ability to cling tenaciously to the lubricated surfaces.

The grease should meet the following specifications as a minimum. Any deviation below these specifications must be approved by the Bray USA Engineering Department.

| Typical Properties | ASTM Test Method | Result |
|---|---|---|
| NLGI Grade Number | | 2 |
| Soap Type | | Lithium |
| Color | | Brown |
| Mineral Oil Viscosity, SUS @ 210°F [100°C] | D2161 | 80 |
| Penetration (Worked 60 Strokes) | D217 | 285 |
| Dropping Point (Maximum Temperature) | D566 | 363°F [184°C] |
| Oil Separation | D1742 | 5.0% |
| Rust Preventative Test | D1743 | Pass |
| Timken EP Test | D2509 | 45lbs [20.4kg] |
| Wheel Bearing Test (60mph [660rpm] @ 250°F [121°C] leakage) | D1263 | 2.8gms |
| Oxidation Stability 100hrs, psi drop | D942 | 6 |
| Water Washout Test (% loss @ 175°F [80°C], typ.) | D1264 | 7 |

[1]National Lubricating Grease Institute

All information herein is proprietary and confidential and may not be copied or reproduced without the expressed written consent of BRAY INTERNATIONAL, Inc.
The technical data herein is for general information only. Product suitability should be based solely upon customer's detailed knowledge and experience with their application.

2



## II. Application

Lubricate all gears, pinions, bearings, shafts, gaskets, seals (o-rings) and contact surfaces as they are being assembled.

- **Contact surfaces**
  Apply grease liberally to all mating surfaces.
- **O-Rings**
  Fill grooves with grease before installing o-rings.
- **Gaskets**
  Gasket and gasket surfaces should be greased on both sides prior to installation.
- **Bearings**
  Sleeve type bearings should be coated with grease before they are pressed into the housing. Thrust washers should be coated with grease on both sides prior to installation.
- **Shafts**
  Lubricate shafts before installing them into the housing.
- **Pinions and other spur gears**
  Grease should be applied to the gear teeth in such a way that it is carried through the meshing of the gears. After applying the grease, rotate the gears enough times so that the slowest gear in the set makes at least two (2) revolutions.
- **Worm and worm gear set**
  Lubricate both hubs and shoulders of the worm gear prior to installing it in the housing. Apply grease to the worm and worm gear teeth in such a way that it is carried through the meshing of the gears. After applying the grease, rotate the worm enough times so that the worm gear makes at least two (2) complete cycles (one cycle being from closed to open to closed or open-closed-open). After cycling, inspect and re-apply grease if necessary.

**Note: Gear operators intended for marine service or buried service, and so specified on the Purchase Order or Sales Order, must have the housing(s) filled with grease.**

All information herein is proprietary and confidential and may not be copied or reproduced without the expressed written consent of BRAY INTERNATIONAL, Inc.
The technical data herein is for general information only. Product suitability should be based solely upon customer's detailed knowledge and experience with their application.

2

FLEX DUCT

**MODEL METRAMINI (MMCC)**
**FLANGED FLEXIBLE PUMP CONNECTOR**




| QTY | PART NUMBER | PIPE SIZE | | A | PRESSURE RATING (PSI)* | WEIGHT (LBS) | PROJECT INFORMATION |
|---|---|---|---|---|---|---|---|
| | | INCH | MM | | | | |
| | MMCC0200 | 2" | 50 | 9" | 516 | 9 | |
| | MMCC0250 | 2-1/2" | 65 | 9" | 387 | 13 | |
| | MMCC0300 | 3" | 80 | 9" | 316 | 14 | |
| | MMCC0400 | 4" | 100 | 9" | 232 | 18 | |
| | MMCC0500 | 5" | 125 | 11" | 191 | 25 | |
| | MMCC0600 | 6" | 150 | 11" | 165 | 28 | |
| | MMCC0800 | 8" | 200 | 12" | 234 | 52 | |
| | MMCC1000 | 10" | 250 | 13" | 230 | 75 | |
| | MMCC1200 | 12" | 300 | 14" | 161 | 105 | |
| | MMCC1400 | 14" | 350 | 14" | 150 | 115 | |

*FOR SAFE WORKING PRESSURE ABOVE 70°F, MULTIPLY THE PRESSURE SHOWN AT 70°F TIMES THE CORRECTION FACTOR OF THE REQUIRED TEMPERATURE.

| TEMPERATURE (°F) | FACTOR |
|---|---|
| 70 | 1.0 |
| 200 | .91 |
| 300 | .85 |
| 400 | .78 |
| 500 | .77 |
| 600 | .76 |

MAX INTERMITTENT OFFSET FROM CENTERLINE 1/8"
MAX PERMANENT OFFSET FROM CENTERLINE 3/8"



**NSF 372 - LEAD FREE**

The wetted surface of this product contacted by consumable water contains less than one quarter of one percent (0.25%) of lead by weight. Material complies with state codes and standards, where applicable, requiring reduced lead content.

CUSTOMER:____________________

PROJECT:____________________

ENGINEER:____________________

| REV. | 1 | TEMP FACTOR UPDATED | DATE 12/28/2016 |
|---|---|---|---|

Metraflex — for pipes in motion

2323 W. HUBBARD ST.
CHICAGO, IL 60612
TEL: 312-738-3800
FAX: 312-738-0415
WWW.METRAFLEX.COM

**MODEL METRAMINI (MMCC)**
FLANGED FLEXIBLE PUMP CONNECTOR

| | | | |
|---|---|---|---|
| DRAWN BY: **DKISH** | | DATE: | **1/10/2014** |
| APPROVED: **JC** | | DATE: | **1/10/2014** |
| SCALE: N/A | DRAWING NUMBER: MMCC-1 | | |

2




CONTROL WIRE PULLING AND CONNECTIONS
3
MASTER CONTROLLER

4

# BASIS OF DESIGN HOSE REEL



ELECTRICAL SCOPE

0005 1 Job OPTION Option #2 - Aircraft 270VDC Converters FFP Option #2 is identified as ABI #2 - Aircraft 270VDC Converters in the Plans and Specifications. This Clin is comprised of FIVE (5) equal converters. Per FAR 252.236-7006 this Clin has a Statutory Cost Limititation of $250K per unit or total Clin Cost Limitation of $750K. FOB: Destination

## KEYED NOTES:

1. RECEPTACLES SHALL BE GFCI AND WEATHERPROOF.
2. 270VDC CONVERTERS, 270VDC CABLE, INSTALLATION, SYSTEM TESTING, AND WARRANTY SHALL BE PART OF ABI#2. ASSOCIATED FACILITY POWER SHALL BE PART OF THE BASE BID.




C1 AIRCRAFT POSITION 1 ELEVATION
SCALE: NTS




C3 AIRCRAFT POSITION 2 ELEVATION
SCALE: NTS




A1 AIRCRAFT POSITION 3 ELEVATION
SCALE: NTS




A3 AIRCRAFT POSITION 4 ELEVATION
SCALE: NTS




A5 AIRCRAFT POSITION 5 ELEVATION
1/2" = 1'-0"

THE GREEN MOUNTAIN BOYS

REVISIONS

| REV. | DATE | DESCRIPTION | INIT |
|---|---|---|---|
| A | 11/4/16 | B.1 SUBMITTAL | MLM |
| B | 1/4/17 | B.2 SUBMITTAL | MLM |
| C | 2/28/17 | B.3 SUBMITTAL | MLM |
| D | 4/14/17 | B.3 FINAL SUBMITTAL | MLM |

VERMONT NATIONAL GUARD

ANG AIR NATIONAL GUARD
GUARDING AMERICA DEFENDING FREEDOM

VERMONT AIR NATIONAL GUARD
BURLINGTON INTERNATIONAL AIRPORT
SO BURLINGTON, VERMONT
Project No. - CURZ152802

date 10/14/16 | detailed D. RIDLEY
designed D. RIDLEY | checked M. MACOUBRIE

BURNS McDONNELL
KANSAS CITY, MISSOURI
ENGINEERS ARCHITECTS & CONSULTANTS

F-35 MX HANGAR POWER AND INST. EQUIP ALL SPOTS BUILDING 150

ELECTRICAL ENLARGED PLANS AND ELEVATIONS

project 92654 | contract
drawing E-402 — rev. C
file

Apr 18 2017

COPYRIGHT © 2017 BURNS AND McDONNELL ENGINEERING COMPANY, INC.

5

# 270VDC UNIT
## TECHNICAL SPECIFICATIONS




### DESIGN ELEMENTS

As one of the world's leading suppliers of Aviation Ground Support Equipment (GSE), BGSE Group, LLC offers a B-Power 270VDC ground power unit for the F 35 Joint Strike Fighter and F 22 Raptor. The BGSE Group B-Power series is the worlds most advanced aircraft power technology. From the input contactor to the output contactor every stage of this converter/rectifier is monitored and controlled with high speed micro processors to ensure exceptional performance even with input power fluctuations and output load demand changes. This product exceeds MIL-STD-704F, is UL listed and meets Lockheed Martins (The OEM) latest version of their F 35 JSF aircraft interface specification.

### CAPACITY

72 kW (continuous)

### MAXIMUM INPUT CURRENT

| INPUT VOLTS | CURRENT |
|---|---|
| 380 Volts | 126 Amps |
| 400 Volts | 120 Amps |
| 415 Volts | 116 Amps |
| 480 Volts | 98 Amps |

### DIMENSIONS

| | |
|---|---|
| Width | 24 Inches (605 mm) |
| Height | 63 Inches (1601 mm) |
| Depth | 27 Inches (670 mm) |

### WEIGHT

1190 LBS ( 540 kg)

### HOUSING

NEMA 4 (IP35) RAL 7035 - phosphatized, primed and powder sprayed

### ENVIRONMENTAL CONDITIONS

Capable of normal operations from -40°F to +131°F (-40°C to + 55°C)

### NOISE

<68 dB(A)

### MAINTENANCE

No Preventative maintenance required. Mean Time To Repair (MTTR) 30 minutes at module level.

### INPUT

- AC Power: 380-480 Volt, 3 phase, 50/60Hertz, at -15% to + 10% of normal voltage rating. Unit is phase rotation independent.
- Starting current: Starting inrush current no to exceed 100% current required when operating at rated output.
- Power Factor: From 25% to 100% rated load, input factor is greater than 0.95.
- Input Current Distortion: 5% or less input current distortion.
- Efficiency: Greater than 92% at any load above 50% of rated load.

### OUTPUT VOLTAGE

- Voltage Drift: Less than 1% at constant load
- Voltage Regulation: Less than 1%
- Output Voltage Transient per MIL-STD-704F

### OVERLOAD LIMIT

- 460-490 ADC for 4 seconds (short circuit capability)
- 150% for 15 seconds
- 200% for 5 seconds
- 250% for 0.25 seconds

### CONTROLS AND INDICATORS

- LIQUID CRYSTAL DISPLAY - 4 lines
- Plain Language Fault Display - display of current operating data, voltage, current frequency, power, voltage adjustment, DC Bus Voltage Adjustment, hour Meter, 28VDC interlock Output,Input Voltage Phase A, B and C, Output Voltage, Output Current, Output kW, Event and fault history and more.
- Buttons For: On/Off, Arrow Up/Down, Hand Key, Reset, Horn Off
- LEDs For: Input, Rectifier, Inverter, Output, Alarm/Reset, Horn

**BGSE Group, LLC**
14034 Clarendon Pointe Court
Huntersville, NC 28078, USA
(704) 488-0084
sales@bgsegroup.com
www.bgsegroup.com

BASIS OF DESIGN

B GSE Group

270VDC REEL

6




BASIS OF DESIGN

# 270VDC REELS

6



BASIS OF DESIGN

7

BGSE Group

480V RECEPTACLES

**BGSE GROUP 480V – 100AMP SAFETY CONTACTOR BOX**




Equipment list:

Contactor- Siemens 40JG32A

Control relay- CS8-312

Transformer- Micron B100BTZ13RB

Switch- Siemens 52AATG ( one red and one green)

Little safe fuse- Little fuse CCMR 4 ( 2 required)

Transformer power supply fuse- Little fuse CCMR ½ ( 2 required)

Control relay fuse- little fuse FLM 1

BGSE 100amp 480v receptacle PN. BGSE-100-480-4S

BASIS OF DESIGN

# EXHIBIT 34

**From:** Bryan Bullerdick <Bryan@bgsegroup.com>
**Subject:** F-35 Joint Program Office Information Technology Knowledge Based Services Support
**Sent:** Thu, 6 Apr 2017 07:36:27 -0400
**To:** Vincent.Johnson@jsf.mil
F 35 BGSE Group History.pdf
Eielson F 35 letter 2.pdf

Vincent,

We have been involved with every F 35 hangar built for US bases. Two in Japan and basis of design for Support equipment in Alaska, Beaufort, LeMoore, Yuma, Luke, Kadina, Iwakuni, Korea and Turkey. We are working with Israel now as well as Norway and Australia.

In total we are involved now on 42 F 35 hangars either supplying equipment on contractor design-build teams or working with government appointed Engineering firms. This makes my company an expert in our piece of the F 35 support equipment supply.

After reading RFI I am not 100% sure what section or subsection we exactly fall under but we would be an asset to a team for our scope of work. Currently if we were not involved as heavily as we are their would be repeat supply failures in thee support equipment because Lockheed is not supplying all the info to the Navy or Army Corps or Air Force divisions to create RFIs for our scopes so a contractor knows what to build.

Our specific expertise is the power and high pressure air system that allow maintenance operations to take place as well as launch ready activities. We make this product and sell them into system for hangars, shelters and mobile carts everywhere ahead of new squadron deployment. Our equipment is very specialized and we lead this knowledge and feel our scope is a very important piece of the puzzle in making the F 35 operational, maintainable and flyable.

How can we be involved?

Bryan Bullerdick
President
BGSE Group
Office: 704-992-9522
Cell: 704-488-0084
BGSE VIDEO <https://www.youtube.com/watch?v=kgn-KTBIG1c>bryan@bgsegroup.com
<mailto:bryan@bgsegroup.com>
bgsegroup.com <http://bgsegroup.com/>

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.

---

Vincent,
We have been involved with every F 35 hangar built for US bases. Two in Japan and basis of design for Support equipment in Alaska, Beaufort, LeMoore, Yuma, Luke, Kadina, Iwakuni, Korea and Turkey. We are working with Israel now as well as

Norway and Australia

In total we are involved now on 42 F 35 hangars either supplying equipment on contractor design-build teams or working with government appointed Engineering firms. This makes my company an expert in our piece of the F 35 support equipment supply.

After reading RFI I am not 100% sure what section or subsection we exactly fall under but we would be an asset to a team for our scope of work. Currently if we were not involved as heavily as we are their would be repeat supply failures in thee support equipment because Lockheed is not supplying all the info to the Navy or Army Corps or Air Force divisions to create RFIs for our scopes so a contractor knows what to build.

Our specific expertise is the power and high pressure air system that allow maintenance operations to take place as well as launch ready activities. We make this product and sell them into system for hangars, shelters and mobile carts everywhere ahead of new squadron deployment. Our equipment is very specialized and we lead this knowledge and feel our scope is a very important piece of the puzzle in making the F 35 operational, maintainable and flyable.

How can we be involved?

**Bryan Bullerdick**
**President**
**BGSE Group**
**Office: 704-992-9522**
**Cell: 704-488-0084**
BGSE VIDEO
bryan@bgsegroup.com
bgsegroup.com

CONFIDENTIALITY NOTICE: **The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.**

# EXHIBIT 35

**From:** Bryan Bullerdick <Bryan@bgsegroup.com>
**Subject:** Re: 270VDC- 400 HZ
**Sent:** Thu, 7 Sep 2017 16:56:10 -0400
**To:** Zvika Turteltove <zvika@unirom.co.il>
B-Power F 35 Power supply_Page_1.pdf
F 35 experience.pdf

I NEED YOUR HELP!

Please help make consultant happy with Piller/GSE so we can win more together.

Who BGSE is and how we came about.

I started my career as an airline pilot flying for what is now American Airlines B 737 and MD 80. Was laid off shortly after 9/11 and in a few year was hired at FCX Systems in Morgantown, WV. If you don't know FCX they specialized in military 400HZ and 270VDC power supplies and for the 7 years I was their I launched their PC Air line. We built over 500 270VDC units while I was their and became promoted to Executive VP. I had a falling out with business practices and finances but most importantly how they marketed their product and in 2011 on my own at the time I started BGSE Group.

In 2011 without anything but know-how I closed contracts for 2 Yuma F 35 Hangars, 1 Beaufort F 35 hangar, 1 Nellis F 35 Hangar and 1 F 22 Hickam (Perl Harbor) hangar. The orders put B GSE Group on the map overnight and ITW Military and JBT AeroTech fought over who would partner with BGSE.

For these orders we one 270VDC, PC Air for the F 35 and PITs. We bought the PITs from COmbiBox (now part of Cavotec) and the power and air from JBT. JBT didn't have 270VDC or PC Air but I knew how to make it so I hired Scott Dils and Pat Lester to join me we used our contract knowledge, product knowledge and our way to market to finish these contracts perfectly.

We attended John Runyan our senior technician and have contracted engineering and draftsmen. When COmbiBox was bought it make it difficult to continue the distribute/engineering only approach so we partnered with US Specialty PITs in 2012. BGSE designed service PITs never made before with USS and for this effort we took on 40% ownership with USS.

From 2012 to 2015 we won 3 Luke Hangars, 2 more Yuma Hangars, another Beaufort Hangar, and an Army Corp Hangar in Japan. Every job BGSE Group started to make more and more parts of our systems. We rented a building in Plato Texas and from their we started to make gate boxes, distribution panels, power reels, and cable hoists. Also, during this same time we started taking over 50 orders of other military projects and became American Airlines principle supplier for power and air. With our progress with American and then getting other commercial orders in LAX, Seattle, Nashville, Chicago and New York our relationship with JBT and what they did for us started to fall apart.

Not skipping a beat BGSE tooled up to do more manufacturing and looked for new partnerships. We were 90% from pulling the trigger on making converters all by ourselves when we had a last minute discussion with Piller and made a decision to partner with them instead of doing it alone. At the same time we started working closely with Twist who was supplying our commercial work already to design a third generation PC Air. 18 months of work together Twist and BGSE produced the CoolJet F 35 air unit. Piller, after working on 270VDC designs I am told for close to 8 years got the boost of confidence to finish their work and we helped them as much as we could.

In 2016 and 2017 we continue to dominate F 35 work at Lemoore California, another hangar in Japan and a hangar in Alaska. We are part of a design build contract for the third Beaufort hangar, Fallon (TOPGUN) hanger and reaching into Israel, Korea, Turkey, and other NATO countries.

Our initial market approach was to take already engineered products and add these products to systems to include in some cases PIT and put everything together including install in some cases. Also,

maintenance contract. The manufacturing has expanded now and our company is spread out across the USA. The corporate office is my home office. Nothing happens here. The address will change next summer when a 40,000 SF building should be done in Charlotte, NC.

We have offices in California, Arkansas, Texas, West Virginia, and another office in Mooresville, NC where are account department is at.

You can see on our web site the extent of our work. It is a balance of partnerships as well as manufacturing what we need to.

Our business model is a bit unconventional but like Avicorp Middle East, or MCM in California we have the ability to win projects based on this unconventional model. We carry 10 million in Bonding and 10 million in liability insurance. We have an A+ rating with the US Department of Defense.

Our biggest problem so far is getting our story to some of these international consultant, Designers and so on. It also doesn't help that JBT is very mad at us that we took our success and dropped it on Piller. And I have to say Piller has been great to work with and I see a long term relationship with Piller.

Finally, the question can be asked why would BGSE get involved at all with manufacturing any part of the Piller unit and the main reason we have been involved is because in the USA we have two laws. Buy American and small business set aside. 90% of all US military and commercial work now falls under one of the two categories and Piller doesn't qualify for either. So we have to be involved in the end product or we can sell Piller in the USA. This only makes BGSE and Piller tighter and our works better. It s truly a win win with Piller's experience and BGSE's experience.

Please help the consultant understand this. When I talk to him on the phone or via e -mail with Conti the language barrier is sometimes difficult.

Bryan Bullerdick
President
BGSE Group
Office: 704-992-9522
Cell: 704-488-0084
BGSE VIDEO <https://youtu.be/p__6_E6G2HM>bryan@bgsegroup.com
<mailto:bryan@bgsegroup.com>
bgsegroup.com <http://bgsegroup.com/>

CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.

On Sep 7, 2017, at 3:30 PM, Zvika Turteltove <zvika@unirom.co.il> wrote:

HI
There is existing bid now with pits I believe you are in contact with conti on that .
The electricity consultant approached me a week ago on this project after you send information showing that Piller is behind your offer and since we are Piller distributor in Israel he contact me asking questions , he does not know your company and I think that he is trying to reject your offer.
They want ITW.

He ask me about Piller and bgse group and if we are providing service for this product he thought that the material you passed on to him from PILLAR was not authentic
I didn't know that Piller as the 270 VDC I ask for a quote from Patrice Weydmann back at 2016 and he told me that they don't have it yet .

Send me information about your company I am in good relation with the constant he thinks you're one man's company he tooled me that he was trying to trace your address with google and arrive to privet home

The price I asked is for different new site at this point the didn't ask for Pits just the 270VDC- 400 HZ. But if you have it please quote and I will let my customer to know that we can quote also

Zvika

From: Bryan Bullerdick [mailto:bryan@bgsegroup.com <mailto:bryan@bgsegroup.com>]
Sent: Thursday, September 7, 2017 10:00 PM
To: Zvika Turteltove <zvika@unirom.co.il <mailto:zvika@unirom.co.il>>
Subject: Re: 270VDC- 400 HZ

We will send price and cut sheet tomorrow.

Is their aircraft PITs as well? We make them and the high pressure air. Bryan Bullerdick
(704) 488-0084

On Sep 6, 2017, at 5:33 PM, Zvika Turteltove <zvika@unirom.co.il <mailto:zvika@unirom.co.il>> wrote:

HI

I got your name from Mr Patrice Weydmann from Piller can you please look at the attached specification and send me a quote for 4 units

Unirom Electronics Ltd

Zvika Turteltove

Granit 3 Tzur -YigalTel 972-9-7498330
Fax 972-9-74983322
Cell 972-50-5233711
zvika@unirom.co.il <mailto:zvika@unirom.co.il>
www.unirom.co.il <http://www.unirom.co.il/>

<90KVA270VDC.PDF>
<Site 13348_Special Spec - CAP 08.26- 270VDC DUAL CONVERTOR.PDF>

---

I NEED YOUR HELP!
Please help make consultant happy with Piller/GSE so we can win more together.

Who BGSE is and how we came about.

I started my career as an airline pilot flying for what is now American Airlines B 737 and MD 80. Was laid off shortly after

9/11 and in a few year was hired at FCX Systems in Morgantown, WV. If you don't know FCX they specialized in military 400HZ and 270VDC power supplies and for the 7 years I was their I launched their PC Air line. We built over 500 270VDC units while I was their and became promoted to Executive VP. I had a falling out with business practices and finances but most importantly how they marketed their product and in 2011 on my own at the time I started BGSE Group.

In 2011 without anything but know-how I closed contracts for 2 Yuma F 35 Hangars, 1 Beaufort F 35 hangar, 1 Nellis F 35 Hangar and 1 F 22 Hickam (Perl Harbor) hangar. The orders put B GSE Group on the map overnight and ITW Military and JBT AeroTech fought over who would partner with BGSE.

For these orders we one 270VDC, PC Air for the F 35 and PITs. We bought the PITs from COmbiBox (now part of Cavotec) and the power and air from JBT. JBT didn't have 270VDC or PC Air but I knew how to make it so I hired Scott Dils and Pat Lester to join me we used our contract knowledge, product knowledge and our way to market to finish these contracts perfectly.

We attended John Runyan our senior technician and have contracted engineering and draftsmen. When COmbiBox was bought it make it difficult to continue the distribute/engineering only approach so we partnered with US Specialty PITs in 2012. BGSE designed service PITs never made before with USS and for this effort we took on 40% ownership with USS.

From 2012 to 2015 we won 3 Luke Hangars, 2 more Yuma Hangars, another Beaufort Hangar, and an Army Corp Hangar in Japan. Every job BGSE Group started to make more and more parts of our systems. We rented a building in Plato Texas and from their we started to make gate boxes, distribution panels, power reels, and cable hoists. Also, during this same time we started taking over 50 orders of other military projects and became American Airlines principle supplier for power and air. With our progress with American and then getting other commercial orders in LAX, Seattle, Nashville, Chicago and New York our relationship with JBT and what they did for us started to fall apart.

Not skipping a beat BGSE tooled up to do more manufacturing and looked for new partnerships. We were 90% from pulling the trigger on making converters all by ourselves when we had a last minute discussion with Piller and made a decision to partner with them instead of doing it alone. At the same time we started working closely with Twist who was supplying our commercial work already to design a third generation PC Air. 18 months of work together Twist and BGSE produced the CoolJet F 35 air unit. Piller, after working on 270VDC designs I am told for close to 8 years got the boost of confidence to finish their work and we helped them as much as we could.

In 2016 and 2017 we continue to dominate F 35 work at Lemoore California, another hangar in Japan and a hangar in Alaska. We are part of a design build contract for the third Beaufort hangar, Fallon (TOPGUN) hanger and reaching into Israel, Korea, Turkey, and other NATO countries.

Our initial market approach was to take already engineered products and add these products to systems to include in some cases PIT and put everything together including install in some cases. Also, maintenance contract. The manufacturing has expanded now and our company is spread out across the USA. The corporate office is my home office. Nothing happens here. The address will change next summer when a 40,000 SF building should be done in Charlotte, NC.

We have offices in California, Arkansas, Texas, West Virginia, and another office in Mooresville, NC where are account department is at.

You can see on our web site the extent of our work. It is a balance of partnerships as well as manufacturing what we need to.

Our business model is a bit unconventional but like Avicorp Middle East, or MCM in California we have the ability to win projects based on this unconventional model. We carry 10 million in Bonding and 10 million in liability insurance. We have an A+ rating with the US Department of Defense.

Our biggest problem so far is getting our story to some of these international consultant, Designers and so on. It also doesn't help that JBT is very mad at us that we took our success and dropped it on Piller. And I have to say Piller has been great to work with and I see a long term relationship with Piller.



Finally, the question can be asked why would BGSE get involved at all with manufacturing any part of the Piller unit and

the main reason we have been involved is because in the USA we have two laws. Buy American and small business set aside. 90% of all US military and commercial work now falls under one of the two categories and Piller doesn't qualify for either. So we have to be involved in the end product or we can sell Piller in the USA. This only makes BGSE and Piller tighter and our works better. It s truly a win win with Piller's experience and BGSE's experience.

Please help the consultant understand this. When I talk to him on the phone or via e -mail with Conti the language barrier is sometimes difficult.

**Bryan Bullerdick**
**President**
**BGSE Group**
**Office: 704-992-9522**
**Cell: 704-488-0084**
**BGSE VIDEO**
**bryan@bgsegroup.com**
**bgsegroup.com**

---

---

# EXHIBIT 36

**Cc:** Scott Dils[scottdils@bgsegroup.com]
**To:** Bryan Bullerdick[bryan@bgsegroup.com]; Jason Bodine[Jbodine@dbshvac.com]
**From:** Bryan Bullerdick[Bryan@bgsegroup.com]
**Sent:** Thur 8/3/2017 7:55:21 AM (UTC-04:00)
**Subject:** Re: Daewoo Project
Korean 8 Bay F-35 Hangar Estimate 2.pdf
Untitled attachment 00461.htm

Jason,
Here is why we need to be very-very concerned.

JBT will without a doubt convince Daewoo they are not only qualified but more qualified than BGSE. You have to remember they were our supplier and BGSE experience they steal very easily as their experience. They did this exact things on a 20 million dollar NAVY contract and used BGSE experience as their own,

Second, they are an impressive sized company with lost of impressive certifications, engineering accolades and size. To a customer what they lack in specific experience is easily smoothed over with massive aerospace experience. They have supplier awards at LMCO and are a LMCO vender. Contracts of all sized with US and foreign militaries. If you think Daewoo will not be pleased with JBT then your guys are greatly underestimating them.

Third, What JBT can't come up with themselves they lie and steel and just recently in Israel they told the customer they would buy and resell USS PITs. A complete lie but they said this so they could fool the customer into the order and then build themselves.

Fourth and this goes along with the third reason, JBT has learned almost everything from BGSE. They have seen these systems and started them up. They are familiar with these designs and like everything else they steal from their partner companies they are clearly ready to steal some more.

Now lets talk price.

**BGSE Price $2,146,784.00**
**Warranty @$200,000**
**DBS MARK UP 10% @$230,000**
**Install @$400,000**

## Our offered price should be $2,976,684

Unless there is something I am missing we should close this order under $3,000,000.. DO NOT LET THIS SIT WITH JBT ANY LONGER. WE WILL LOSE TO JBT 100%.

# EXHIBIT 37

**From:** scott dils [scottdils@bgsegroup.com]
**Sent:** 2/16/2016 10:23:26 AM
**To:** 'Jason Bodine' [jbodine@dbshvac.com]
**CC:** 'Bryan Bullerdick' [bryan@bgsegroup.com]
**Subject:** RE: Hyundai Korea

Jason,

You will fill this out and send back to Hyundai? Note this is a single service pit not the double they asked for from DBS Korea.

Scott

---

**From:** Jason Bodine [mailto:jbodine@dbshvac.com]
**Sent:** Tuesday, February 16, 2016 6:11 AM
**To:** scott dils
**Cc:** 'Bryan Bullerdick'
**Subject:** RE: Hyundai Korea

Scott,

I communicated with John Yi and was told that Mr. Ho already had a meeting with Kim Hyeong Tae, regarding this project. I received a little detail on this project (attached) last night from Hyundai Korea and responded to Kim Hyeong Tae. I redirected him to the DBS Korea office and told him that I would have someone contact him right away. John Yi or Mr. Ho will communicate with him later today (tomorrow in Korea).

Jason

DBS Associates, Inc.
**Jason Bodine TRMR, EIS**
DBS Associates, Inc.
2480 Grand Avenue
Vista, CA 92081

(760) 741-9775 x 303 Work
(760) 480-8904 Fax
(760) 716-7752 Mobile

jbodine@dbshvac.com

---

**From:** scott dils [mailto:scottdils@bgsegroup.com]
**Sent:** Monday, February 15, 2016 9:24 AM
**To:** Jason Bodine <jbodine@dbshvac.com>
**Cc:** 'Bryan Bullerdick' <bryan@bgsegroup.com>
**Subject:** Hyundai Korea

Jason,

This came into one of our sales people here in the US. I don't know if you have spoken with him or not. I am assuming this is the 8 Bay hangar.

Scott Dils

Hello sir.

This is Mr. Kim working for Hyundai Engineering & Construction.

There are military facilities called "F-35A Aircraft Facility" in Korea(South) which design is still developing (Basic Concept)

- Project : F-35A A/C ACCOMODATIONS.
- GFA : about 60,000 m2
- Size : about 60 Buildings (now design in process)
- Client : ROKAF
- Construction period : 2017.01 ~ 2020.12

"Service Pit" of these facilities will be needed from Jan, 2018.

So we're looking for a "Service Pit" supplier which can do Supply & Installation of following services.

1. Aircraft GPS(Ground Power Supply)
2. Service equipment power
3. PC(PreConditioned) Air
4. Compressed Nitrogen
5. Compressed Air
6. Inspection of above items

If you can provide above items and submit quotation for them, please reply us as soon as possible.

You will be provided details after we receive your reply with YES.

Thank you very much

---

**KIM HYEONG TAE**
Manager / Building Works Division
HYUNDAI ENGINEERING & CONSTRUCTION CO. LTD
E-MAIL : cinqkim@hdec.co.kr
http://en.hdec.kr

# EXHIBIT 38

**From:** Jason Bodine [Jbodine@dbshvac.com]
**Sent:** 6/14/2017 11:18:25 AM
**To:** scott dils [scottdils@bgsegroup.com]; 'Bryan Bullerdick' [Bryan@bgsegroup.com]
**Subject:** RE: Daewoo Project

That's pretty much what I told them last night. We already went through it before, with you and with Bryan previously. They just asked me to confirm again.

Thanks for the info.

Jason

DBS Associates, Inc.
Jason Bodine
DBS Associates, Inc.
2480 Grand Avenue
Vista, CA 92081

(760) 741-9775 x 303 Work
(760) 480-8904 Fax
(760) 716-7752 Mobile
(760) 550-7959
jbodine@dbshvac.com

**From:** scott dils [mailto:scottdils@bgsegroup.com]
**Sent:** Wednesday, June 14, 2017 8:15 AM
**To:** Jason Bodine <Jbodine@dbshvac.com>; 'Bryan Bullerdick' <Bryan@bgsegroup.com>
**Subject:** RE: Daewoo Project

Jason,

As per our discussion in Korea, several companies have provided equipment for the F-35 hangars here in the states, JBT our old supplier, is one, however they only provided the PCAir and Converter, BGSE Group did the integration of the equipment Pit, PCAir, Power Converter, 480VAc, and controls, JBT has not completed a hangar integration projoect on their own, only supplied equipment.
FCX has provided Power converters
ITW Military has provided Power Converters, and mobile PCAir
Verde has provided PCAir
Cavotec/Dabico has provided pits
None of the above have provided a complete integration of the systems only supplied equipment, no other has hooked up to an F-35 except the power converters.

Scott

**From:** Jason Bodine [mailto:Jbodine@dbshvac.com]
**Sent:** Wednesday, June 14, 2017 7:46 AM
**To:** Bryan Bullerdick; Scott Dils
**Subject:** Daewoo Project

Bryan and Scott,

I was told that Daewoo is required to receive up to ten quotes for the project from various companies, on the re-quote. I've asked DBS Korea to quote AMSCO and Link International already. If you receive more requests for quotes on

this project, please let me know so I can forward the requests to DBS Korea. Daewoo is required to receive quotes to confirm that what we are providing them is correct. They also need to confirm that the pricing that we've given them is acceptable.

I was asked to confirm whether or not any other PIT manufacturers, other than USS or BGSE, have been involved in any recent F-35 maintenance hangars.

We keep reminding everyone that we are getting closer to end of the year delivery now. The new requirement for either 75% diversity or 100% diversity has created a few problems and Daewoo will have to revise their estimate to the Korean Military. We will lock this project down, but the changes to the project created some delays.

I'll talk to John Yi again tonight and will advise on any changes or important info.

Thanks,

Jason

DBS Associates, Inc.
**Jason Bodine**
DBS Associates, Inc.
2480 Grand Avenue
Vista, CA 92081

(760) 741-9775 x 303 Work
(760) 480-8904 Fax
(760) 716-7752 Mobile
(760) 550-7959
jbodine@dbshvac.com

# EXHIBIT 39

| | |
|---|---|
| **From:** | Austin, Michael [/O=JBTC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AUSTIN, MICHAELC54] |
| **Sent:** | 6/8/2015 1:39:09 PM |
| **To:** | GWILLIAM, SCOTT [scott.gwilliam@jbtc.com] |
| **CC:** | Schroeder, Jason [jason.schroeder@jbtc.com]; Magallanez, Gabe [gabe.magallanez@jbtc.com] |
| **Subject:** | MA Comment_RE: 270VDC Units for Hill AFB |

[redacted]

[redacted]

[redacted]

[redacted]

# EXHIBIT 40

**From:** GWILLIAM, SCOTT [SCOTT.GWILLIAM@JBTC.COM]
**Sent:** 11/24/2014 12:43:34 AM
**To:** twb Scott Dils [scottdils@bgsegroup.com]
**CC:** 'Bryan Bullerdick' [bryan@bgsegroup.com]
**Subject:** RE: SMEPP
**Attachments:** EN 13-rod-v2.docx; EN 16-rod-v2.docx; EN 13-v1.docx; EN 04-v2.docx; EN 05-v3.docx; EN 14-v2.docx; EN 22-scott-v1.docx; EN 10-v5.docx; EN 11-v4.docx; EN 19-v1.docx; EN 20-scott-v2.docx; EN 11-SMEPP Elec Block Diagram 2.pdf; EN 23-v1-rod.docx; EN 03-rod.docx; EN 15-rod.docx; EN 07-v1.docx; EN 06-rod.docx; EN 08-v1-rod.docx; EN 17-v4.docx; EN 12-v1.docx; EN 01-v1.docx; EN 18-v1.docx; EN 02-v1.docx; EN 01-v1.docx; EN 09-v2.docx; EN 21-v1.docx

Scott, Bryan,

I promised to send these tonight, so here you go. Please, Please, Please, make sure that you edit ever document such that it reads as coming from B GSE and not from JBT. Our responses are riddled with JBT this and that. If you don't correct these, you run the risk of jeopardizing both proposals. We must maintain a fire-wall between us. In other words we are simply a supplier to you, and you must treat us as such.

We can't provide any help with 1, 11, 12 or 26 since we did not receive these questions and have not prepared any response.

Thanks,

Scott

**Scott B Gwilliam**
Global Business Manager - JASE
E: scott.gwilliam@jbtc.com | P: 801 629 3423 | M: 801 940 1858

JBT Corporation
JBT AeroTech
1805 West 2550 South | Ogden, UT | 84401 USA
P:801 629-3300 | F: 801 629-3474
www.jbtaerotech.com

IMPORTANT NOTICE: This e-mail, including any attachments, is intended solely for use by the addressee(s) named above. It may contain confidential information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by return e-mail and permanently destroy all copies of the original message.

Computer viruses can be transmitted via email. The recipient should check this e-mail and any attachments for the presence of viruses. JBT Aerotech accepts no liability for any damage caused by any virus transmitted by this e-mail.

---

**From:** twb Scott Dils [mailto:scottdils@bgsegroup.com]
**Sent:** Thursday, November 06, 2014 11:47 AM
**To:** GWILLIAM, SCOTT
**Cc:** 'Bryan Bullerdick'
**Subject:** SMEPP

Scott,

Hope all is well with you. Good to see you in Vegas sorry we could not get together for more conversation, I always enjoy speaking with you.

EXHIBIT 200
Gwilliam 11-7-18

As you know already we are a fellow finalist for the Navy SMEPP program, we had several return questions come back to us, I have made a list of the technical questions we need help with to answer and re-submit. If we could have these back by the 15th, it would help tremendously for our resubmission to NAVAIR.
One question is about our contractual relationship, without the distribution agreement, I do not know how to answer this, perhaps a specific agreement for SMEPP, and or statement from JASE that we are in contract negotiations, and it is being finalized, and that BGSE is the approved US Military distributor for JBT Aerotech.
Thank you for your help, if there is a point of contact for this please let me know, or if clarification is needed for anything please let me know.

Scott Dils

B GSE Group

Vice President of Sales
Office: 619-434-1495
Cell: 619-249-6374
scottdils@bgsegroup.com
www.bgsegroup.com
skype: scott.dils1
**CONFIDENTIALITY NOTICE: The materials in this electronic mail transmission or fax (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure; copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission or fax in error, please immediately notify the sender, and thereafter, destroy it immediately.**