**EXHIBIT A**

| | Date | Transaction Type |
|---|---|---|
| **Able Heating and Air** | | |
| | 09/01/2016 | Payment |
| | 02/28/2017 | Payment |
| | 11/28/2017 | Payment |
| | 02/06/2018 | Payment |
| **Bethel Federal -Unit JV** | | |
| **EIE376 - F35A Hangar (Bethel)** | | |
| | 07/09/2018 | Payment |
| | 11/16/2018 | Payment |
| | 11/09/2018 | Payment |
| | 10/23/2020 | Payment |
| **EIE379 F35A (Bethel)** | | |
| | 08/03/2018 | Payment |
| | 10/05/2018 | Payment |
| | 02/08/2019 | Payment |
| | 10/21/2020 | Payment |
| **Caruthers** | | |
| **0008 - Beaufort Air** | | |
| | 09/02/2016 | Payment |
| | 12/22/2017 | Payment |
| | 01/01/2018 | Payment |
| | 10/16/2018 | Payment |
| | 10/15/2018 | Payment |
| **Carothers Construction** | | |
| | 02/02/2017 | Payment |
| | 04/06/2017 | Payment |
| | 02/20/2020 | Payment |
| **Certified Air** | | |
| | 10/30/2014 | Payment |
| | 10/30/2014 | Invoice |
| **0038- Lemoore II** | | |
| | 05/22/2017 | Payment |
| | 07/05/2017 | Payment |
| | 09/01/2017 | Payment |
| | 08/24/2017 | Payment |

| | | |
|---|---|---|
| | 08/21/2017 | Payment |
| | 11/02/2017 | Payment |
| | 11/14/2017 | Payment |
| | 07/19/2019 | Payment |
| | 02/20/2020 | Payment |
| **Haakenson Electric** | | |
| **EIE393 8 Bay Weather Shelter** | | |
| | 09/26/2019 | Payment |
| | 03/17/2020 | Payment |
| | 05/13/2020 | Payment |
| | 05/13/2020 | Payment |
| | 08/05/2020 | Payment |
| **Haakenson Electric** | | |
| | 05/21/2019 | Payment |
| **Haskell** | | |
| **P464 Hanger MCAS Beaufort** | | |
| | 06/14/2019 | Payment |
| | 10/08/2019 | Payment |
| | 03/26/2020 | Payment |
| | 06/17/2020 | Payment |
| | 08/07/2020 | Payment |
| | 10/27/2020 | Payment |
| | 12/04/2020 | Payment |
| **Kallidus Technologies** | | |
| **Burlington VT - BLD 150 MX Hangar.** | | |
| | 12/28/2018 | Payment |
| | 06/27/2019 | Payment |
| | 07/19/2019 | Payment |
| | 12/10/2019 | Payment |
| | 01/03/2020 | Payment |
| **NorthStar Electric Company** | | |
| | 12/17/2018 | Payment |
| | 03/19/2020 | Payment |
| | 07/16/2020 | Payment |
| **EIE376 - F35 Hangar** | | |
| | 06/04/2018 | Payment |
| | 10/30/2018 | Payment |
| **EIE379 - Hangar (Alaska)** | | |
| | 09/17/2018 | Payment |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| | 09/17/2018 | Payment |
| **PRIME PROJECTS INTERNATIONAL JAPAN** | | |
| **P-803 Kadena F-35** | | |
| | 02/17/2016 | Payment |
| | 05/03/2016 | Payment |
| | 11/24/2016 | Payment |
| | 05/11/2017 | Payment |
| | 03/26/2018 | Payment |
| | 12/28/2020 | Payment |
| | 12/28/2020 | Payment |
| **Tesco- Fairbanks** | | |
| **EIE393 - F35 8 Bay Weather - AK** | | |
| | 09/19/2019 | Payment |
| | 03/30/2020 | Payment |
| **Watterson Construction** | | |
| **EIE378 F-35A (Eieslon, AK** | | |
| | 06/28/2019 | Payment |
| | 08/28/2019 | Payment |
| | 02/25/2020 | Payment |
| **EIE378 - F35A Aircraft Weathre Shelter** | | |
| | 01/15/2020 | Payment |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Native Document Placeholder**