**EXHIBIT D**

AICPA & CIMA

Worldwide leaders in public and management accounting

**Forensic & Valuation Services Practice Aid**

# Calculating Damages in Intellectual Property Disputes

## Fourth Edition

***Semi-Variable Costs or Mixed Costs***

A number of costs have both fixed and variable characteristics. [fn 131] *Semi-variable* or *mixed* costs are expenses that can be separated into fixed and variable components. The variable component increases or decreases with sales or production volume, whereas the fixed component does not vary. For example, sales personnel may be paid both a base salary and a commission based on sales. Although the base salary component represents a fixed cost, sales commissions fluctuate with the amount of sales and represent a variable cost.

Some costs are considered step-variable costs. *Step-variable costs* increase or decrease only in response to fairly wide changes in activity level. For example, the cost of an additional maintenance worker may represent a step-variable cost.

Expenses are often characterized as cost of goods sold, selling and marketing, and general and administrative. However, the character of the expenses depends on the nature of the industry. Fixed expenses in one industry or one business can be variable in another.

**Cost of Goods Sold or Manufacturing Costs**

*Cost of goods sold* refers to the costs of the manufactured products sold. Typically, these costs reflect the raw materials and manufacturing costs used to convert the raw materials into finished goods and can include such expenses as storage costs, import taxes, labor, and shipping expenses.

**Gross Profits**

*Gross profits* refer to the excess of net sales revenue over the cost of goods sold. These profits are referred to as *gross* because the operating expenses have not been deducted. The gross profit margin is computed by dividing gross profits by net revenues.

**Operating Expenses**

*Operating expenses* include those expenses incurred in the buying, selling, and administrative functions of the business. These activities may be divided so that the selling expenses and the general and administrative expenses appear separately.

***Selling and Marketing Expenses***

*Selling and marketing expenses* are costs incurred to promote the sales of the product and generate revenues. These costs should be directly related to the sale of merchandise. Selling and marketing expenses include salaries for sales and marketing personnel, sales office expenses, travel funds, promotions, advertising, and other costs associated with the direct efforts aimed at getting products or services from the company to the consumer. These expenses may include marketing development costs associated with new products as well as existing products.

---

[fn 131] P.E. Fess and C.S. Warren, *Accounting Principles*, 16th ed. (Cincinnati, OH: South-Western Publishing Co., 1990), 810.

 © 2019, Association of International Certified Professional Accountants

***General and Administrative Expenses***

*General and administrative expenses* include expenses associated with general expenditures on the administrative side of the business. These expenses can include accounting services, payroll and human resources, management information services, and cash management (accounts payable and accounts receivable) as well as other support activities. The costs of these services typically do not vary with the company's production output. However, the facts and circumstances in each case vary and should be analyzed.

**Incremental Profit Margin**

The calculation of the incremental profit margin requires a determination of which costs are fixed and which costs are variable over a known increase to various levels of sales volume. In general, companies with historically high variable and low fixed costs (such as consulting firms) will have lower incremental profits relative to firms with historically low variable costs and high fixed costs (such as software companies).

After assessing the historical movement of the cost relative to volume and considering the type of cost, the cost is classified as either fixed or variable. A review and analysis of the income statement may be necessary to obtain the incremental profit margin on additional units sold. Generally, an income statement categorizes costs into cost of goods sold, operating expenses, and general and administrative expenses. Income statement items that are often ignored in a damages calculation include gains or losses from discontinued operations, extraordinary income, or extraordinary expenses.[fn 132] Generally, lost profits are calculated on a pretax basis.

To measure the incremental costs associated with the increased units sold, the courts have typically adopted two approaches, namely (*a*) account analysis and (*b*) regression analysis. Account analysis "involves examining accounts at the general ledger level and determining whether that cost is fixed or variable."[fn 133] Regression analysis "is a statistical technique for determining the relationship between two variables"[fn 134] and is applied to cost and volume data. Before relying upon a regression analysis, the expert should have a thorough understanding of regression modeling.

Although regression analysis can generate an unbiased estimate of, for example, the average cost incurred in manufacturing each unit, the quality or value of that estimate depends on the precision of the estimate. Regression analysis generates not only estimates of model parameters but also estimates of the precision of the analysis, often referred to as the *standard error*. Standard tools of statistics allow a determination of whether a level of precision is acceptable, a condition referred to as *statistical significance*. The expert should evaluate whether the results of a regression analysis are "statistically significant."

---

fn 132 M.A. Glick, L.A. Reymann, and R. Hoffman, *Intellectual Property Damages: Guidelines and Analysis* (Hoboken, N.J.: John Wiley & Sons, Inc., 2003), 77–78.

fn 133 *Polaroid Corp. v. Eastman Kodak Co.*, 16 U.S.P.Q.2d 1481, 1526 (N.D. Mass. 1990).

fn 134 *Id.*

© 2019, Association of International Certified Professional Accountants 

Courts have considered the relative reliability of account and regression analyses. For example, in *Micro Motion, Inc. v. Exac Corp.*, the court weighed the reliability of an account analysis against a regression and historical analysis in an effort to determine the costs that the patent holder would have incurred had it produced the units that were sold by the infringer. [fn 135] The court determined that the regression analysis was of little probative value and declined to follow it. The court found that the regression analysis was more applicable to cases involving well-established firms with regular sales, not ones that had substantial nonrecurring costs. Instead, the court adopted the account analysis that classified each cost as a variable, semi-variable, or fixed cost. [fn 136]

In contrast, the court in *Polaroid Corp. v. Eastman Kodak Co.* rejected an account analysis in favor of a regression analysis. [fn 137] The court found that the account analysis relied too heavily on the subjective assessments of the parties and was subject to undue bias. [fn 138] The court also rejected the account analysis because it lacked supporting documentation, including an absence of working papers, notes, or the names of personnel contacted. [fn 139] Additionally, the court found problematic that the account analysis was performed for only one year, although the infringement had occurred over multiple years.

In addition to the analyses discussed previously, the expert should also consider the following factors depending on the facts and circumstances of the case:

- When looking at costs of sales and individual line items over time as compared with unit production, care should be taken in analyzing the basis for inventory costing. That is, first-in, first-out; last-in, first-out; or average inventory costing may yield dramatically different results.

- Cost studies, which provide information about what costs are specifically associated with the production or sale of units, should be considered.

- Contracts can clarify what the commissions are on incremental unit sales or what the costs of materials are at various material purchase levels (for example, considering quantity discounts).

Invoices showing purchases of inventories or materials, including those reflecting price increases, may help the expert ascertain what portion of cost increases were driven by changes in unit production or sales, as compared to other causes.

---

fn 135 *Micro Motion*, 761 F. Supp. at 1420, 1429.

fn 136 *Id.* at 1429. The account analysis was based on an individual review by the testifying expertise of almost 6,000 accounts.

fn 137 *Polaroid*, 16 U.S.P.Q.2d at 1481.

fn 138 *Id.* at 1526.

fn 139 *Id.* at 1527.


© 2019, Association of International Certified Professional Accountants