Patrick E. Johnson (10771)
Paul T. Moxley (2342)
COHNE KINGHORN, P.C.
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378
pjohnson@ck.law
pmoxley@ck.law

Edward B. Davis (*admitted pro hac vice*)
Joshua B. Durham (*admitted pro hac vice*)
BELL, DAVIS & PITT, P.A.
227 West Trade Street, Suite 1800
Charlotte, NC 28202
Telephone: (704) 227-0400
Facsimile: (704) 227-0178
ward.davis@belldavispitt.com
jdurham@belldavispitt.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JOHN BEAN TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>B GSE GROUP, LLC, a North Carolina limited liability company, and BRYAN BULLERDICK, an individual,<br><br>Defendants. | **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO BAR TRENT LARSON AS A TRIAL WITNESS**<br><br>Case No. 1:17-cv-00142-RJS-EJF<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Daphne A. Oberg |

In response to Plaintiff John Bean Technologies Corporation's Motion to Bar Trent Larson as a Trial Witness[1] (the "Motion"), Defendants, B GSE Group, LLC and Bryan Bullerdick, withdraw Larson from their witness list. Defendants therefore request that the Court deny the Motion as moot.

---

[1] Dkt. 222.

798542

2

This the 30th day of December, 2021.

/s/ Joshua B. Durham
Patrick E. Johnson
Paul T. Moxley
COHNE KINGHORN

Edward B. Davis
Joshua B. Durham
BELL, DAVIS & PITT, P.A.

*Counsel for Defendants*

798542

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record in the system.

    This the 30th day of December, 2021.

/s/ Joshua B. Durham