FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

**OCT 0 6 2022**

GARY P. SERDAR

David P. Billings (UT # 11510)
Robert G. Crockett (UT # 12067)
**FABIAN VANCOTT**
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
rcrockett@fabianvancott.com
dbillings@fabianvancott.com

Harry N. Arger *(pro hac vice)*
Steven McMahon Zeller *(pro hac vice)*
**DYKEMA GOSSETT PLLC**
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
Telephone: (312) 876-1700
Facsimile:    (312) 876-1155
harger@dykema.com
szeller@dykema.com

*Attorneys for John Bean Technologies Corporation*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOHN BEAN TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>Plaintiff-Counterdefendant,<br><br>v.<br><br>BGSE GROUP, LLC, a North Carolina limited liability company, and BRYAN BULLERDICK, an individual,<br><br>Defendants-Counterclaimants. | **PLAINTIFF'S TRIAL EXHIBIT LIST**<br><br>Case No. 1:17-cv-00142-RJS-DAO<br>Judge: Robert J. Shelby<br><br>Magistrate Judge: Daphne A. Oberg |

Trial Date:                    Court Reporter:                    Courtroom Deputy:
September 26, 2022

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 001 | | | | BGSE_00064977 |
| 002A | | | | BGSE_00040638 |
| 002B | | | | BGSE_00040639 |
| 003 | | ✓ | ✓ | BGSE_00150361 |
| 004 | 9/27/22 | ✓ | ✓ | JBT00032335 |
| 005 | 9/27/22 | ✓ | ✓ | JBT00015925 |
| 006 | 9/27/22 | ✓ | ✓ | BGSE_00063233 |
| 007 | 10/3/22 | ✓ | ✓ | BGSE_00428645 |

Page 1 of 19

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 008 | 9/28/22 | ✓ | ✓ | BGSE_00224467 |
| 009 | | | | BGSE_00420844 |
| 010 | 9/28/22 | ✓ | ✓ | BGSE_00243222 (10/3/2022) |
| 011 | 10/3/22 | ✓ | ✓ | BGSE_00429720 |
| 012 | 9/29/22 | ✓ | ✓ | BGSE_00429006  adm 10/3/22 |
| 013 | 10/3/22 | ✓ | ✓ | BGSE_00429007 |
| 014 | 9/29/22 10/3 | ✓ | ✓ | BGSE_00438624 |
| 015 | 10/3/22 | ✓ | ✓ | BGSE_00441618 |
| 016 | 9/29/22 | ✓ | ✓ | BGSE_00303609 |
| 017 | 10/3/22 | ✓ | ✓ | BGSE_00303612 |
| 018 | 9/27/22 | ✓ | ✓ | BGSE_00216871 |
| 019A | 9/28/22 | ✓ | ✓ | BGSE_00163030 |
| 019B | 9/28/22 | ✓ | ✓ | BGSE_00163031 |
| 020 | | | | BGSE_00422876 |
| 022A | 10/1/22 | ✓ | ✓ | BGSE_00065898 |
| 022B | 9/28/22 | ✓ | ✓ | BGSE_00065902 |
| 022C | 9/27/22 | ✓ | ✓ | BGSE_00065904 |
| 023A | 10/3/22 | ✓ | ✓ | BGSE_00388128 |
| 023B | 9/29/22 | ✓ | ✓ | BGSE_00388129 |
| 024 | 9/29/22 | ✓ | ✓ | BGSE_00405470 |
| 025A | | | | BGSE_00072957 |
| 025B | | | | BGSE_00072958 |
| 025C | 9/28/22 | ✓ | ✓ | BGSE_00072959 |
| 028A | | | | BGSE_00049410 |
| 028B | 9/29/22 | ✓ | ✓ | BGSE_00049415 |
| 028C | 9/29/22 | ✓ | ✓ | BGSE_00049416 |
| 028D | 9/29/22 | ✓ | ✓ | BGSE_00049417 |
| 029 9/29 | | ✓ | ✓ | BGSE_00382310 |
| 030 | | | | BGSE_00382308 |
| 032A | 9/28/22 | ✓ | ✓ | BGSE_00070625 |
| 032B | 9/28/22 | ✓ | ✓ | BGSE_00070636 |
| 033 | 9/ | ✓ | ✓ | BGSE_00170936 |
| 035A | 9/29/22 | ✓ | ✓ | BGSE_00044676 |
| 035B | 9/29/22 | ✓ | ✓ | BGSE_00044679 |
| 035C | 9/29/22 | ✓ | ✓ | BGSE_00044680 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 035D | 9/29/22 | ✓ | ✓ | BGSE_00044681 |
| 037A | 9/29/22 | ✓ | ✓ | BGSE_00064966 |
| 037B | 9/29/22 | ✓ | ✓ | BGSE_00064967 |
| 038A | 9/29/22 | ✓ | ✓ | BGSE_00161903 |
| 038B | 9/29/22 | ✓ | ✓ | BGSE_00161904 |
| 040 | 10/3/22 | ✓ | ✓ | BGSE_00226551 |
| 041 | | | | BGSE_00246412 |
| 042 | 10/3/22 | ✓ | ✓ | BGSE_00430593 |
| 043 | 9/30/22 | ✓ | ✓ | BGSE_00245468 |
| 044 | | | | BGSE_00268322 |
| 045 | | | | BGSE_00268339 |
| 046 | | | | BGSE_00269832 |
| 047 | | | | BGSE_00386794 |
| 048 | | | | BGSE_00395529 |
| 049 | | | | BGSE_00371062 |
| 050 | 9/27/22 | ✓ | ✓ | JBT00146458 |
| 051 | 9/27/22 | ✓ | ✓ | JBT00146459   Project Charter |
| 052 | 9/28/22 | ✓ | ✓ | JBT00146462 |
| 053 | 9/28/22 | ✓ | ✓ | JBT00146464 |
| 054 | | | | BGSE_00287347 |
| 055 | | | | BGSE_00287348 |
| 056 | | | | BGSE_00420117 |
| 057 | | | | BGSE_00287362 |
| 058 | | | | BGSE_00312539 |
| 059 | | | | BGSE_00329162 |
| 060A | | | | BGSE_00450005 |
| 060B | 9/29/22 | ✓ | ✓ | BGSE_00450006 |
| 060C | | | | BGSE_00450008 |
| 061 | | | | BGSE_00201193 |
| 062A | ~~10/4/22~~ W/d | | ✓ | BGSE_00422790   (10/4/22) |
| 062B | 10/4/22 | ✓ | ✓ | BGSE_00422791 |
| 062C | | | | BGSE_00422792 |
| 063 | | | | BGSE_00224469 |
| 064 | 9/30/22 | ✓ | ✓ | BGSE_00424546 |
| 065 | 10/3/22 | ✓ | ✓ | BGSE_00420180 |

10/4/22

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 066A | 10/3/22 | √ | √ | BGSE_00388095 |
| 066B | 10/3/22 | √ | √ | BGSE_00388096 |
| 067 | | | | BGSE_00463990 |
| 068 | | | | BGSE_00398055 |
| 069 | | | | BGSE_00374425 |
| 070 | 9/30/22 | √ | √ | BGSE_00495493 |
| 071 | 10/3/22 | √ | √ | BGSE_00395395 |
| 072A | 10/3/22 | √ | √ | BGSE_00185063 |
| 072B | | | | BGSE_00185068 |
| 072C | | | | BGSE_00185069 |
| 073 | | | | BGSE_00193158 |
| 074 | | | | BGSE_00401562 |
| 075 | | | | BGSE_00402067 |
| 076 | | | | BGSE_00402070 |
| 077 | | | | BGSE_00402110 |
| 078 | | | | BGSE_00402704 |
| 079 | 10/3/22 | √ | √ | BGSE_00252279 |
| 081 | | | | BGSE_00407683 |
| 082A | | | | BGSE_00212474 |
| 082B | | | | BGSE_00212475 |
| 083 | | | | BGSE_00438082 |
| 084 | | | | BGSE_00173761 |
| 085A | | | | BGSE_00173934 |
| 085B | | | | BGSE_00173935 |
| 085C | | | | BGSE_00173937 |
| 086 | | | | BGSE_00185684 |
| 087 | | | | BGSE_00193761 |
| 088 | | | | BGSE_00405165 |
| 089A | 9/29/22 | √ | √ | BGSE_00449613 |
| 089B | 9/29/22 | √ | √ | BGSE_00449616 |
| 089C | 9/29/22 | √ | √ | BGSE_00449617 |
| 090A | | | | BGSE_00431267 |
| 090B | | | | BGSE_00431268 |
| 090C | | | | BGSE_00431269 |
| 091 | | | | BGSE_00246411 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 092 | | | | BGSE_00431356 |
| 093 | | | | BGSE_00431388 |
| 094 | | | | BGSE_00310683 |
| 095 | | ✓ | ✓ | BGSE_00330402 |
| 096 | 9/28/22 | ✓ | ✓ | BGSE_00216870 |
| 097 | 9/30/22 | ✓ | ✓ | BGSE_00217451 |
| 098 | 9/30/22 | ✓ | ✓ | BGSE_00406002 |
| 099A | 9/29/22 | ✓ | ✓ | BGSE_00420617 |
| 099B | 9/29/22 | ✓ | | BGSE_00420618 |
| 099C | | ✓ | ✓ | BGSE_00420620 |
| 099D | 10/3/22 | ✓ | ✓ | BGSE_00420622 |
| 099E | 9/29/22 | ✓ | ✓ | BGSE_00420624 |
| 099F | 9/29/22 | ✓ | ✓ | BGSE_00420626 |
| 100 | 9/28/22 | ✓ | ✓ | BGSE_00394260 |
| 101 | 9/28/22 | ✓ | ✓ | BGSE_00394261 |
| 102 | | | | USPTO - JBT 77391100 |
| 103 | | | | USPTO - JBT 77390994 |
| 104 | | | | USPTO - Jetway 72086317 |
| 105 | | | | USPTO - Jetpower 73334815 |
| 106 | | | | USPTO - Jetair I 75198379 |
| 107 | | ✓ | ✓ | BGSE_00344154 |
| 108 | 9/30/22 | ✓ | ✓ | BGSE_00232750 |
| 109 | 10/3/22 | ✓ | ✓ | JBT00016151 |
| 110 | | | | BGSE_00420353 |
| 111 | | ✓ | ✓ | BGSE_00199976 |
| 112 | 10/3/22 | ✓ | ✓ | BGSE_00402866 |
| 113 | 9/27/22 | ✓ | ✓ | BGSE_00402867 |
| 114 | | | | BGSE_00446712 |
| 115 | | | | BGSE_00287147 |
| 116 | | | | BGSE_00297007 |
| 117 | | | ✓ | BGSE_00249442 |
| 118 | 10/3/22 | ✓ | ✓ | BGSE_00315885 |
| 119 | | | | BGSE_00421930 |
| 120 | | | | BGSE_00222281 |
| 121 | | | | BGSE_00266188 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 122 | 10/4/22 | √ | √ | BGSE_00437753 |
| 123 | | | | BGSE_00251312 |
| 124 | 9/29/22 | √ | √ | BGSE_00404466 |
| 125 | | | | BGSE_00248087 |
| 126 | 9/29/22 | √ | √ | BGSE_00400850 |
| 127 | 9/30/22 | √ | √ | BGSE_00231226 |
| 128 | | | | BGSE_00146384 |
| 129 | 9/29/22 | √ | √ | BGSE_00541356 |
| 130A | | | | BGSE_00356194 |
| 130B | | | | BGSE_00356195 |
| 131 | | | | BGSE_00445881 |
| 132 | | | | BGSE_00358949 |
| 133 | | | | BGSE_00389230 |
| 134A | 9/29/22 | √ | √ | BGSE_00392520 |
| 134B | 9/28/22 | √ | √ | BGSE_00392523 |
| 134C | 9/29/22 | √ | √ | BGSE_00392525 |
| 135 | | | | BGSE_00398905 |
| 136 | 9/29/22 | √ | √ | BGSE_00404788 |
| 137 | 9/29/22 | √ | √ | BGSE_00421080 |
| 138A | | | | BGSE_00154534 |
| 138B | 9/28/22 | √ | √ | BGSE_00154535 |
| 138C | | | | BGSE_00154541 |
| 140 | 9/29/22 | √ | √ | BGSE_00448524 |
| 141 | 9/29/22 | √ | √ | BGSE_00303463 |
| 142 | 9/29/22 | √ | √ | BGSE_00457980 |
| 143A | 9/29/22 | √ | √ | BGSE_00402104 |
| 143B | | | | BGSE_00402105 |
| 143C | | | | BGSE_00402106 |
| 144 | 9/29/22 | √ | √ | BGSE_00428966 |
| 145 | 9/28/22 | √ | √ | BGSE_00173378 |
| 146A | 9/29/22 | √ | √ | BGSE_00463759 |
| 146B | 9/29/22 | √ | √ | BGSE_00463760 |
| 147A | 9/29/22 | √ | √ | BGSE_00153851 |
| 147B | | | | BGSE_00153852 |
| 148 | 9/29/22 | √ | √ | BGSE_00156350 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 149 | 9/29/22 | ✓ | ✓ | BGSE_00169358 |
| 150A | | | | BGSE_00177430 |
| 150B | | | | BGSE_00177431 |
| 151A | 9/30/22 | ✓ | ✓ | JBT00145156 |
| 151B | 9/30/22 | ✓ | ✓ | JBT00145159 |
| 151C | 9/30/22 | ✓ | ✓ | JBT00145161 |
| 151D | 9/30/22 | ✓ | ✓ | JBT00145163 |
| 151E | 9/30/22 | ✓ | ✓ | JBT00145165 |
| 151F | 9/30/22 | ✓ | ✓ | JBT00145173 |
| 151G | 9/30/22 | ✓ | ✓ | JBT00145174 |
| 151H | 9/30/22 | ✓ | ✓ | JBT00145215 |
| 152 | | | | BGSE_00576033 |
| 153A | | | | BGSE_00035349 |
| 153B | | | | BGSE_00035350 |
| 154 | | | | BGSE_00037881 |
| 155 | | ✓ | ✓ | BGSE_00100413 |
| 156 | 9/30/22 | ✓ | ✓ | BGSE_00152986 |
| 157 | | | | BGSE_00167903 |
| 158 | | | | BGSE_00167904 |
| 159 | | | | BGSE_00177733 |
| 160A | 9/29/22 | ✓ | ✓ | BGSE_00183158 |
| 160B | 9/29/22 | ✓ | ✓ | BGSE_00183159 |
| 161 | 10/3/22 | ✓ | ✓ | BGSE_00198909 |
| 162 | | | | BGSE_00200748 |
| 163 | | | ✓ | BGSE_00201221 |
| 164 | 10/4/2022 | ✓ | ✓ | BGSE_00210675 |
| 165 | | | | BGSE_00210881 |
| 166 | | | | BGSE_00210882 |
| 167 | | | | BGSE_00213198 |
| 168 | | | | BGSE_00217344 |
| 169 | | | | BGSE_00231207 |
| 170 | | ✓ | ✓ | BGSE_00238103 |
| 171 | 10/3/22 | ✓ | ✓ | BGSE_00285902 |
| 172 | | | | BGSE_00290940 |
| 173 | | | | BGSE_00290941 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 174 | | | ✓ | BGSE_00324149 |
| 175 | 10/3/22 | ✓ | ✓ | BGSE_00351167 |
| 176 | | | | BGSE_00371936 |
| 177 | | | | BGSE_00388760 |
| 178 | | | | BGSE_00388820 |
| 179 | 9/29/22 | ✓ | ✓ | BGSE_00395424 |
| 180 | | | | BGSE_00398595 |
| 181 | | | | BGSE_00404034 |
| 182 | | | | BGSE_00405645 |
| 184 | | | | BGSE_00421081 |
| 185 | | | | BGSE_00421082 |
| 186 | | | | BGSE_00421083 |
| 187 | | | | BGSE_00421084 |
| 188 | | | | BGSE_00422795 |
| 189 | | | ✓ | BGSE_00424791 |
| 190 | 10/3/22 | ✓ | ✓ | BGSE_00442877 |
| 191A | 10/3/22 | ✓ | ✓ | BGSE_00460259 |
| 191B | | | | BGSE_00460260 |
| 192 | | ✓ | ✓ | BGSE_00494723 |
| 194 | 9/30/22 | ✓ | ✓ | BGSE_00215803 |
| 195 | | | | BGSE_00217345 |
| 196A | | | | BGSE_00337953 |
| 196B | | | | BGSE_00337954 |
| 196C | | | | BGSE_00337956 |
| 197 | | | | BGSE_00459036 |
| 198A | | | | BGSE_00045334 |
| 198B | | | | BGSE_00045335 |
| 198C | | | | BGSE_00045336 |
| 198D | | | | BGSE_00045337 |
| 199A | | | | BGSE_00066012 |
| 199B | | | | BGSE_00066013 |
| 200 | | | | BGSE_00090287 |
| 201 | | | | BGSE_00090288 |
| 202 | | | | BGSE_00138564 |
| 203 | | | | BGSE_00138565 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 204 | | | | BGSE_00139721 |
| 205 | | | | BGSE_00142327 |
| 206 | | | | BGSE_00142328 |
| 207 | | | | BGSE_00142330 |
| 208 | | | | BGSE_00142331 |
| 209 | | | | BGSE_00171976 |
| 210 | | ✓ | | BGSE_00182953 |
| 211 | 10/3/22 | ✓ | | BGSE_00183458 |
| 213 | 9/29/22 | ✓ | ✓ | BGSE_00186110 |
| 214 | 9/29/22 | ✓ | ✓ | BGSE_00186111 |
| 215 | 10/3/22 | ✓ | ✓ | BGSE_00186713 |
| 216 | 10/3/22 | ✓ | ✓ | BGSE_00187542 |
| 217 | | ✓ | ✓ | BGSE_00193157 |
| 218 | 10/3/22 | ✓ | ✓ | BGSE_00193448 |
| 219 | | | | BGSE_00193760 |
| 220 | | | | BGSE_00195766 |
| 221 | | | | BGSE_00195767 |
| 222 | | | | BGSE_00195769 |
| 223 | | | | BGSE_00195771 |
| 224 | | ✓ | ✓ | BGSE_00196055 |
| 225 | 10/3/22 | ✓ | ✓ | BGSE_00197431 |
| 226 | 10/3/22 | ✓ | ✓ | BGSE_00197432 |
| 227A | 10/3/22 | ✓ | ✓ | BGSE_00201625 |
| 227B | 10/3/22 | ✓ | ✓ | BGSE_00201626 |
| 228 | 9/30/22 | ✓ | ✓ | BGSE_00204609 |
| 229 | | | | BGSE_00204729 |
| 230 | | | | BGSE_00204731 |
| 231 | | | | BGSE_00204732 |
| 232 | | | | BGSE_00204733 |
| 233 | | | | BGSE_00204734 |
| 234 | | | | BGSE_00204735 |
| 235 | | | ✓ | BGSE_00204980 |
| 237 | 9/30/22 | ✓ | ✓ | BGSE_00215788 |
| 238 | 9/30/22 | ✓ | ✓ | BGSE_00215789 |
| 239 | | | | BGSE_00215834 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 240 | | | | BGSE_00215835 |
| 241 | 9/30/22 | ✓ | ✓ | BGSE_00216691 |
| 242 | 9/30/22 | ✓ | ✓ | BGSE_00216720 |
| 243 | 9/30/22 | ✓ | ✓ | BGSE_00216721 |
| 244 | 9/30/22 | ✓ | ✓ | BGSE_00217172 |
| 245 | 9/30/22 | ✓ | ✓ | BGSE_00217173 |
| 246 | 9/30/22 | ✓ | ✓ | BGSE_00217452 |
| 247 | 10/3/22 | ✓ | ✓ | BGSE_00218625 |
| 248 | 10/3/22 | ✓ | ✓ | BGSE_00218628 |
| 249 | | | | BGSE_00223990 |
| 250 | | | | BGSE_00237415 |
| 251 | | | | BGSE_00237416 |
| 252 | | | | BGSE_00237543 |
| 253 | 10/3/22 | ✓ | ✓ | BGSE_00238893 |
| 254 | 10/3/22 | ✓ | ✓ | BGSE_00238894 |
| 255 | 10/3/22 | ✓ | ✓ | BGSE_00239410 |
| 256 | 10/3/22 | ✓ | ✓ | BGSE_00239411 |
| 257 | 10/3/22 | ✓ | ✓ | BGSE_00239523 |
| 258 | 10/3/22 | ✓ | ✓ | BGSE_00239524 |
| 259 | | | | BGSE_00240489 |
| 260 | | | | BGSE_00241853 |
| 261 | 10/3/22 | ✓ | ✓ | BGSE_00241854 |
| 262 | 10/3/22 | ✓ | ✓ | BGSE_00241887 |
| 263 | | | | BGSE_00243312 |
| 264 | 10/3/22 | ✓ | ✓ | BGSE_00245367 |
| 265 | 10/3/22 | ✓ | ✓ | BGSE_00245369 |
| 266 | | | | BGSE_00246198 |
| 267 | | | | BGSE_00249210 |
| 268 | 9/29/2022 | ✓ | ₴ ✓ | BGSE_00249802  (10/4/22) |
| 269 | 9/29/22 | ✓ | ✓ | BGSE_00249803 |
| 270 | | | | BGSE_00251951 |
| 271 | 10/3/22 | ✓ | ✓ | BGSE_00252280 |
| 272 | 10/3/22 | ✓ | ✓ | BGSE_00252281 |
| 273 | 10/3/22 | ✓ | ✓ | BGSE_00252282 |
| 274 | | | | BGSE_00257208 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 275 | | | | BGSE_00270585 |
| 276 | | | | BGSE_00270586 |
| 277 | | | | BGSE_00273504 |
| 278 | | | | BGSE_00273505 |
| 279 | 10/3/22 | ✓ | ✓ | BGSE_00275765 |
| 280 | 10/3/22 | ✓ | ✓ | BGSE_00275767 |
| 281 | 10/3/22 | ✓ | ✓ | BGSE_00276151 |
| 282 | | | | BGSE_00276491 |
| 283 | | | | BGSE_00285559 |
| 284 | | | | BGSE_00286220 |
| 285 | | | | BGSE_00286232 |
| 286 | | | | BGSE_00286240 |
| 287 | | | | BGSE_00287356 |
| 288 | | | | BGSE_00287357 |
| 289 | | | | BGSE_00287363 |
| 290 | | | | BGSE_00288295 |
| 291 | 10/3/22 | ✓ | ✓ | BGSE_00289786 |
| 292 | 10/3/22 | ✓ | ✓ | BGSE_00289789 |
| 293 | | | | BGSE_00292385 |
| 294 | | | | BGSE_00293515 |
| 296 | | | | BGSE_00308846 |
| 297 | | | | BGSE_00311243 |
| 298 | | | | BGSE_00311363 |
| 299 | 10/3/22 | ✓ | ✓ | BGSE_00311377 |
| 300 | 10/3/22 | ✓ | ✓ | BGSE_00311378 |
| 301 | 10/3/22 | ✓ | ✓ | BGSE_00312012 |
| 302 | 10/3/22 | ✓ | ✓ | BGSE_00312615 |
| 303 | 10/3/22 | ✓ | ✓ | BGSE_00312616 |
| 304 | | | | BGSE_00312677 |
| 305 | | | | BGSE_00313683 |
| 306 | | | | BGSE_00313684 |
| 307 | | | | BGSE_00316709 |
| 308 | | | | BGSE_00316710 |
| 309 | | | | BGSE_00327127 |
| 310 | | | | BGSE_00330656 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 311 | | | | BGSE_00331114 |
| 312 | | | | BGSE_00332906 |
| 313 | | | | BGSE_00332911 |
| 314 | | | | BGSE_00332917 |
| 315 | | | | BGSE_00333014 |
| 316 | | | | BGSE_00334433 |
| 317 | | | | BGSE_00335587 |
| 318 | | | | BGSE_00335588 |
| 319 | | | | BGSE_00336769 |
| 320 | | | | BGSE_00336921 |
| 321 | / | | | BGSE_00336922 |
| 322 | | ✓ | ✓ | BGSE_00338310 |
| 323 | 10/3/22 | ✓ | ✓ | BGSE_00338687 |
| 324 | | | | BGSE_00339470 |
| 325 | | ✓ | ✓ | BGSE_00339471 |
| 326 | 9/29/22 | ✓ | ✓ | BGSE_00339797 (10/3/22) |
| 327A | 10/3/22 | ✓ | ✓ | BGSE_00340898 |
| 327B | 10/3/22 | ✓ | ✓ | BGSE_00340901 |
| 327C | 10/3/22 | ✓ | ✓ | BGSE_00340903 |
| 327D | 10/3/22 | ✓ | ✓ | BGSE_00340909 |
| 327E | 10/3/22 | ✓ | ✓ | BGSE_00340911 |
| 327F | 10/3/22 | ✓ | ✓ | BGSE_00340913 Withdrawn |
| 327G | 10/3/22 | ✓ | ✓ | BGSE_00340923 |
| 327H | 10/3/22 | ✓ | ✓ | BGSE_00340927 |
| 327I | 10/3/22 | ✓ | ✓ NO | BGSE_00340933 WITHDRAWN |
| 327J | 10/3/22 | ✓ | ✓ NO | BGSE_00340935 WITHDRAWN |
| 331 | | | | BGSE_00347037 |
| 332 | | | | BGSE_00347154 |
| 333 | | | | BGSE_00347333 |
| 334 | | ✓ | ✓ | BGSE_00347334 |
| 335 | 10/3/22 | ✓ | ✓ | BGSE_00347936 |
| 336 | 9/30/22 | ✓ | ✓ | BGSE_00388815 |
| 337 | 9/29/22 | ✓ | ✓ | BGSE_00395425 |
| 338 | 10/3/22 | ✓ | ✓ | BGSE_00397922 |
| 339 | | | | BGSE_00397925 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 340 | 9/30/22 | ✓ | ✓ | BGSE_00401219 |
| 341 | 10/3/22 | ✓ | ✓ | BGSE_00402195 |
| 342 | | | | BGSE_00402219 |
| 343A | | | | BGSE_00402864 |
| 343B | | | | BGSE_00402865 |
| 344 | | | | BGSE_00420181 |
| 345 | | | | BGSE_00421680 |
| 346 | | | | BGSE_00421681 |
| 347 | | | | BGSE_00428976 |
| 348 | | | | BGSE_00429660 |
| 349 | | | | BGSE_00429898 |
| 350 | | | | BGSE_00430281 |
| 351 | | | | BGSE_00431389 |
| 352 | | | | BGSE_00431459 |
| 353 | 10/3/22 | ✓ | ✓ | BGSE_00436493 |
| 354 | | | | BGSE_00436494 |
| 355 | | | | BGSE_00442279 |
| 356 | 10/3/22 | ✓ | ✓ | BGSE_00444243 |
| 357 | 10/3/22 | ✓ | ✓ | BGSE_00444244 |
| 358 | | | | BGSE_00449578 |
| 360 | | | | BGSE_00449841 |
| 361 | | | | BGSE_00458010 |
| 362 | | | | BGSE_00458852 |
| 363 | 10/3/22 | ✓ | ✓ | BGSE_00459409 |
| 364 | 10/3/22 | ✓ | ✓ | BGSE_00462122 |
| 365 | | | | BGSE_00463862 |
| 366 | | | | BGSE_00463944 |
| 367 | | | | BGSE_00464053 |
| 368 | | | | BGSE_00464327 |
| 369 | | | | BGSE_00464355 |
| 370 | | | | BGSE_00464356 |
| 371 | | | | BGSE_00464359 |
| 372 | | | | BGSE_00464366 |
| 373 | | | | BGSE_00464370 |
| 374 | | | | BGSE_00464426 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 375 | | | | BGSE_00464429 |
| 376 | | | | BGSE_00464438 |
| 377 | | | | BGSE_00469781 |
| 378 | | | | BGSE_00470064 |
| 379 | | | | BGSE_00470065 |
| 380 | | | | BGSE_00482547 |
| 381 | 9/30/22 | ✓ | ✓ | BGSE_00495494 |
| 382 | | | ✓ | BGSE_00549995 |
| 383 | 10/4/22 | ✓ | ✓ | BGSE_00576422 |
| 384 | 10/4/22 | ✓ | ✓ | BGSE_00576615 |
| 385 | | | | BGSE_00576903 |
| 387 | | | | BGSE_00576905 |
| 388 | | | | BGSE_00579665 |
| 389 | | | | BGSE_00579666 |
| 390 | | | ✓ | BGSE_00579668 |
| 391A | 10/3/22 | ✓ | ✓ | BGSE_00580654 |
| 391B | | | ✓ | BGSE_00580655 |
| 391C | 9/29/22 | ✓ | ✓ | BGSE_00580658   (10/3/22) |
| 393A | 10/3/22 | ✓ | ✓ | BGSE_00580806 |
| 393B | | | | BGSE_00580807 |
| 393C | | | ✓ | BGSE_00580809 |
| 394 | 10/3/22 | ✓ | ✓ | BGSE_00583757 |
| 395 | 10/4/22 | ✓ | ✓ | BGSE_00585388 |
| 397 | 10/3/22 | ✓ | ✓ | BGSE_00590187 |
| 398 | 10/3/22 | ✓ | ✓ | BGSE_00591910 |
| 400A | | | | BGSE_00592378 |
| 400B | | | | BGSE_00592379 |
| 400C | | | | BGSE_00592409 |
| 400D | | | ✓ | BGSE_00592413 |
| 401 | 10/3/22 | ✓ | ✓ | BGSE_00602348 |
| 402 | | | | BGSE_00602436 |
| 403 | 10/3/22 | ✓ | ✓ | BGSE_00602596 |
| 404A | 9/30/22 | ✓ | | BGSE_00602721 |
| 404B | 9/30/22 | ✓ | ✓ | BGSE_00602726 |
| 406A | | | | BGSE_00603250 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 406B | | | | BGSE_00603251 |
| 406C | | | | BGSE_00603253 |
| 406D | | | | BGSE_00603260 |
| 406E | | | | BGSE_00603268 |
| 407 | 10/3/22 | ✓ | ✓ | BGSE_00603574 |
| 408 | 10/3/22 | ✓ | ✓ | BGSE_00603576 |
| 409A | | | | BGSE_00603618 |
| 409B | | | | BGSE_00603619 |
| 410 | | | | BGSE_00603643 |
| 411 | | | | BGSE_00605290 |
| 412 | | | | BGSE_00605293 |
| 413A | | | | BGSE_00605306 |
| 413B | | | | BGSE_00605307 |
| 413C | | | | BGSE_00605308 |
| 414A | | | | BGSE_00605571 |
| 414B | | | | BGSE_00605573 |
| 416 | | | | BGSE_00605579 |
| 417 | | | | BGSE_00605582 |
| 418 | | | | BGSE_00605589 |
| 419 | | | | BGSE_00605592 |
| 420 | | | | BGSE_00605594 |
| 422 | | | | BGSE_00605729 |
| 423A | | | | BGSE_00605865 |
| 423B | 9/29/22 | ✓ | | BGSE_00605866 |
| 423C | | | | BGSE_00605873 |
| 423D | | | | BGSE_00605876 |
| 423E | | | | BGSE_00605879 |
| 423F | | | | BGSE_00605916 |
| 424 | 10/3/22 | ✓ | ✓ | BGSE_00606862 |
| 425 | | | | BGSE_00607104 |
| 426 | | | | BGSE_00607108 |
| 427A | | | | BGSE_00607719 |
| 427B | 10/3/22 | ✓ | ✓ | BGSE_00607724 |
| 427C | | | | BGSE_00607726 |
| 428 | 10/3/22 | ✓ | ✓ | BGSE_00608225 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 429A | 9/29/22 | ✓ | ✓ | JBT00025574 |
| 429B | | | | JBT00025576 |
| 430 | | | | JBT00034114 |
| 431 | | | | JBT00034115 |
| 432 | | | | JBT00069829 |
| 433 | 10/4/22 | ✓ | ✓ | JBT00109655 |
| 434 | 9/29/22 | ✓ | ✓ | JBT00109796 |
| 435 | 9/29/22 | ✓ | ✓ | JBT00109800 |
| 437 | 9/30/22 | ✓ | ✓ | JBT00109815 |
| 439 | MTD 9/29/22 | ✓ | ✓ | JBT00114503 |
| 440 | 9/28/22 | ✓ | ✓ | JBT00114520 |
| 441A | | ✓ | | JBT00133056 |
| 441B | 10/4/22 | ✓ | | JBT00133067   NOT ADMITTED |
| 442 | 9/30/22 | ✓ | ✓ | JBT00136677 |
| 443 | 9/30/22 | ✓ | ✓ | JBT00136681 |
| 444A | | ✓ | | JBT00141983 |
| 444B | 9/30/22 | ✓ | ✓ | JBT00141986 |
| 444C | | | | JBT00141988 |
| 445 | | ✓ | | JBT00142050 |
| 446 | 9/30/22 | ✓ | ✓ | JBT00142051 |
| 447 | 10/3/22 | ✓ | | JBT00142100 |
| 448 | 9/30/22 | ✓ | ✓ | JBT00142102 |
| 449 | | ✓ | | JBT00142104 |
| 450A | 9/30/22 | ✓ | ✓ | JBT00145351 |
| 450B | | | | JBT00145354 |
| 450C | | | | JBT00145355 |
| 451 | | | | JBT00145885 |
| 452 | | ✓ | | JBT00146351 |
| 453 | 9/30/22 | ✓ | ✓ | JBT00146355 |
| 454 | | | | JBT00146417 |
| 455 | | | | JBT00146431 |
| 456 | | ✓ | | JBT00146443 |
| 457 | 9/30/22 | ✓ | ✓ | JBT00146466 |
| 458 | | | | JBT00146594 |
| 459 | 9/30/22 | ✓ | ✓ | JBT00146898 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 460 | | | | JBT00147354 |
| 461 | | | | JBT00150729 |
| 462 | | | | JBT00150732 |
| 463 | | | | JBT00150737 |
| 464 | | | | JBT00150738 |
| 465 | | | | JBT00150740 |
| 466 | | | ✓ | JBT00150741 |
| 467 | 9/30/22 | ✓ | ✓ | JBT00150742 |
| 468 | | | | BGSE_00040296 |
| 469 | | | ✓ | JBT00114587 |
| 470 | 9/27/22 | ✓ | ✓ | BGSE_00268400 |
| 471 | | | | BGSE_00445755 |
| 472 | | | ✓ | BGSE_00561728 |
| 473 | 10/5/22 | ✓ | ✓ | BGSE_00451857 |
| 474 | 10/5/22 | ✓ | ✓ | BGSE_00451959 |
| 475 | | | | BGSE_00317386 |
| 476 | | | | BGSE_00317486 |
| 477 | | | | BGSE_00317491 |
| 478 | | | | BGSE_00319771 |
| 479 | | | | BGSE_00319787 |
| 480 | | | | BGSE_00319935 |
| 481 | | | | BGSE_00320161 |
| 482 | | | | BGSE_00320228 |
| 483 | | | | BGSE_00320249 |
| 484 | | | | BGSE_00320273 |
| 485 | | | | BGSE_00320280 |
| 486 | | | | BGSE_00320282 |
| 487 | | | | BGSE_00320305 |
| 488 | | | | BGSE_00320385 |
| 489 | | | | BGSE_00334459 |
| 490 | | | ✓ | BGSE_00334460 |
| 491 | 10/5/22 | ✓ | ✓ | BGSE_00459024 |
| 492 | 10/5/22 | ✓ | ✓ | BGSE_00459025 |
| 493 | 10/5/22 | ✓ | ✓ | BGSE_00459035 |
| 494 | 10/5/22 | ✓ | ✓ | BGSE_00459044 |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 495 | | ✓ | ✓ | BGSE_00459060 |
| 496 | 10/5/22 | ✓ | ✓ | BGSE_00459439 |
| 497 | | ✓ | ✓ | BGSE_00340254 |
| 498 | 10/5/22 | ✓ | ✓ | BGSE_00459958 |
| 499 | | | ✓ | BGSE_00460755 |
| 500 | 10/5/22 | ✓ | ✓ | BGSE_00460760 |
| 501A | | | | BGSE_00560652 |
| 501B | | | | BGSE_00560653 |
| 502 | | | | BGSE_00428054 |
| 503A | | | | BGSE_00587648 |
| 503B | | | | BGSE_00587651 |
| 504A | | | | BGSE_00050808 |
| 504B | | | | BGSE_00050809 |
| 505 | 10/3/22 | ✓ | ✓ | Defendants' First Certification of Compliance with Preliminary Injunction |
| 506 | 10/4/22 | ✓ | ✓ | Defendants' Second Certification of Compliance with Preliminary Injunction |
| 507 | | ✓ | | Defendant BGSE Group, LLC's Answers to Plaintiff's First Set of Interrogatories |
| 508 | 9/29/22 | ✓ | | BGSE_00249906 |
| 509 | | | | BGSE_00249907 |
| 510A | 9/29/22 | ✓ | | BGSE_00450070 |
| 510B | 9/29/22 | ✓ | | BGSE_00450073 |
| 511 | 9/29/22 | ✓ | ✓ | TWIST-02721 |
| 512 | | | | |

515   10/4/22   ✓   ✗   not admitted only published
516   10/4/22   ✓   ✓   not admitted only published

Dated: September 21, 2022

Respectfully submitted,


By:  /s/ *Steven McMahon Zeller*

David P. Billings
Robert G. Crockett
FABIAN VANCOTT

Harry N. Arger
Steven McMahon Zeller

DYKEMA GOSSETT PLLC

*Counsel for Plaintiff-Counterdefendant*


4867-2090-2707.2