David P. Billings (UT # 11510)
Robert G. Crockett (UT # 12067)
**FABIAN VANCOTT**
215 South State Street, Suite 1200
Salt Lake City, UT 84111-2323
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
rcrockett@fabianvancott.com
dbillings@fabianvancott.com

Harry N. Arger (*pro hac vice*)
Steven McMahon Zeller (*pro hac vice*)
**DYKEMA GOSSETT PLLC**
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
Telephone: (312) 876-1700
Facsimile:    (312) 876-1155
harger@dykema.com
szeller@dykema.com

*Attorneys for John Bean Technologies Corporation*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOHN BEAN TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>Plaintiff-Counterdefendant,<br><br>v.<br><br>B GSE GROUP, LLC, a North Carolina limited liability company, and BRYAN BULLERDICK, an individual,<br><br>Defendants-Counterclaimants. | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF BILL OF COSTS**<br><br>Case No. 1:17-cv-00142-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff John Bean Technologies Corporation ("JBT") respectfully submits the following Memorandum of Costs Pursuant to Fed. R. Civ. P. 54(c), DUCivR 54-2 and 28 U.S.C. § 1920. On November 1, 2022, Final Judgment was entered in the above-entitled action in favor of JBT and against Defendants B GSE Group, LLC and Bryan Bullerdick.

### MEMORANDUM

In support of JBT's request for costs and in compliance with DUCivR 54-2, JBT files contemporaneously herewith a Bill of Costs that includes a Declaration in compliance with 28

1

U.S.C. § 1920 attesting to the accuracy of the same. The following is a summary of the costs itemized in the Bill of Costs.

1. Filing fees and fees for service of summons pursuant to 28 U.S.C. § 1920(1), in the amount of **$1270.00**.

| Exhibit | Date | Vendor/Payee | Amount | Description |
|---|---|---|---|---|
| 1 | 9/1/2017 | Clerk of Court | $400.00 | Filing fee, complaint. |
| 2 | 9/20/2017 | LaSalle Process Servers | $870.00 | Process server, service of complaint |

2. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, pursuant to 28 U.S.C. § 1920(2), in the amount of **$18,792.03**.

| Exhibit | Date | Vendor/Payee | Amount | Description |
|---|---|---|---|---|
| 3 | 7/16/2018 | Barkley Court Reporters | $5,605.61 | Video deposition of Bryan Bullerdick |
| 4 | 8/1/2018 | Barkley Court Reporters | $2,909.75 | Video deposition of Patrick Lester |
| 5 | 8/8/2018 | Barkley Court Reporters | $5,079.00 | Video deposition of Scott Dils |
| 6 | 4/12/19 | Barkley Court Reporters | $2,001.27 | Video deposition of Nicholas Harris (expert witness) |
| 7 | 11/9/2018 | DepoMaxMerit Litigation Services | $157.30 | Depo Video – Scott Gwilliam |
| 8 | 11/19/2018 | DepoMaxMerit Litigation Services | $395.80 | Depo Transcript – Scott Gwilliam |
| 9 | 12/6/2018 | DepoMaxMerit Litigation Services | $157.30 | Depo Video – Brian DeRoche |
| 10 | 12/11/2018 | DepoMaxMerit Litigation Services | $524.00 | Depo Transcript – Brian DeRoche |

| Exhibit | Date | Vendor/Payee | Amount | Description |
|---|---|---|---|---|
| 11 | 1/7/2019 | DepoMaxMerit Litigation Services | $488.75 | Depo Transcripts – Joaquin Gabriel Magallanez; Brian DeRoche (30(b)(6)) |
| 12 | 1/9/2019 | DepoMaxMerit Litigation Services | $257.30 | Depo Videos – Brian DeRoche (30(b)(6)); Gabe Magallanez |
| 13 | 3/29/2019 | Caseworks Litigation Services | $731.80 | Depo Transcript – David Duski |
| 14 | 9/15/2017 | Laura Winn Robinson | $92.15 | Court hearing transcript |
| 15 | 10/22/18 | Kelly Brown Hicken | $105.85 | Court hearing transcript |
| 16 | 1/09/2022 | Ed Young | $286.15 | Court hearing transcript |

3.      Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case, pursuant to 28 U.S.C. § 1920(4), in the amount of **$23,245.77**.

| Exhibit | Date | Vendor/Payee | Amount | Description |
|---|---|---|---|---|
| 17 | 1/26/2022 | Salt Lake Legal, LLC | $23,245.77 | Paper copies of exhibits (5 copies each) for use during trial. |

The above costs were necessary and appropriate for the prosecution of this matter, and are appropriately recoverable pursuant to 28 U.S.C. § 1920. Documents supporting these amounts are attached hereto.

**REQUEST FOR RELIEF**

Accordingly, JBT requests that the Defendants be taxed with costs in the amount of $43,307.80, which shall accrue interest at the federal post-judgment rate from the date of the award of costs.

Dated: November 15, 2022       Respectfully submitted by:

/s/  *Steven McMahon Zeller*

David P. Billings
Robert G. Crockett
FABIAN VANCOTT

Harry N. Arger
Steven McMahon Zeller
DYKEMA GOSSETT PLLC

*Counsel for Plaintiff-Counterdefendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record in the system.

                                             /s/ *Steven McMahon Zeller*
                                                Steven McMahon Zeller

4876-7842-7966.4