[R] Create an Alert for This Case on RECAP

CLOSED

## US District Court Electronic Case Filing System
## District of Utah (Northern)
## CIVIL DOCKET FOR CASE #: 1:17-cv-00142-RJS

John Bean Technologies v. B GSE Group et al
Assigned to: Judge Robert J. Shelby
Cause: 18:1836(a) - Injunction against Misappropriation of Trade Secrets

Date Filed: 09/01/2017
Date Terminated: 11/01/2022
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2017 | 2 [R] | COMPLAINT *Verified Complaint* against All Defendants (Filing fee $ 400, receipt number 1088-2832128) filed by John Bean Technologies. (Attachments: # 1 Exhibit Mutual NDA, # 2 Exhibit Distribution Agreement, # 3 Exhibit Conf Info and Inventions Agrement, # 4 Exhibit JBT commitment to ethics, # 5 Exhibit BGSE version DNB certificate of testing, # 6 Exhibit JBT original DNB Certificate of Testing, # 7 Exhibit Payne email to Gwilliam, # 8 Exhibit email from Letman to Payne, # 9 Exhibit Intertek email to DeRoche, # 10 Exhibit BGSE website PC Air, # 11 Exhibit BGSE Press Release, # 12 Exhibit Airport Suppliers BGSE, # 13 Exhibit JBT trademark certifications, # 14 Exhibit BGSE website Front, # 15 Exhibit source code, # 16 Exhibit CoolJet Trademark Application, # 17 Exhibit Bullerdick Declaration in Response to OA) Assigned to Judge Clark Waddoups (Billings, David) (Entered: 09/01/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/09/2022 14:18:09 | | | |
| **PACER Login:** | smzeller29100617 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-cv-00142-RJS Starting with document: 2 Ending with document: 2 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

EXHIBIT 1