# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 530857 | 4/1/2019 | 449724 |
| **Job Date** | **Case No.** | |
| 3/26/2019 | 1:17-CV-00142-RJS | |
| **Case Name** | | |
| John Bean Technologies Corp. v. B Gse Group, LLC | | |
| **Payment Terms** | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Michael F. Derksen, Esq.
Dykema Gossett PLLC - (Chicago)
10 S Wacker Drive, Suite 2300
Chicago IL  60606

| | | | | |
|---|---:|---|---:|---:|
| Original/Index transcript of deposition of: | | | | |
| Nicholas R. Harris | 144.00 | Pages @ | 4.55 | 655.20 |
| Exhibit | 313.00 | Pages @ | 0.75 | 234.75 |
| Per Diem: Full Day | | | 200.00 | 200.00 |
| BarkleyAccess (ASCII, PDF Trnscpts & Exhbts) | | | 39.00 | 39.00 |
| Delivery of Original | | | 30.00 | 30.00 |
| Transcript Production fee | | | 52.00 | 52.00 |
| Rough Draft (p) | 126.00 | Pages @ | 1.85 | 233.10 |
| .Realtime Text (at deposition)(p) | 126.00 | Pages @ | 1.85 | 233.10 |
| GreenTranscript Savings (BarkleyAccess Disc and Delivery) | | | -69.00 | -69.00 |
| Expedite Charge | 144.00 | @ | 2.73 | 393.12 |
| | | **TOTAL DUE >>>** | | **$2,001.27** |

Location = Charlotte, NC

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

You are now able to submit your payment on our website.

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

**Tax ID:** 95-3312349                                                                                            Phone: 312.876.1700     Fax:312.876.1155

*Please detach bottom portion and return with payment.*

Michael F. Derksen, Esq.
Dykema Gossett PLLC - (Chicago)
10 S Wacker Drive, Suite 2300
Chicago IL  60606

| | | | | |
|---|---|---|---|---|
| Job No. | : | 449724 | BU ID | : .BCR - CH |
| Case No. | : | 1:17-CV-00142-RJS | | |
| Case Name | : | John Bean Technologies Corp. v. B Gse Group, LLC | | |
| Invoice No. | : | 530857 | Invoice Date | : 4/1/2019 |
| **Total Due** | : | **$2,001.27** | | |

Remit To:   **Barkley Court Reporters**
            **10350 Santa Monica Blvd., Suite 200**
            **Los Angeles CA  90025-6923**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                              Phone#:
Billing Address:
Zip:                                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

**EXHIBIT 6**