# EXHIBIT A


## Mecklenburg County ~ Property Record Card Property Search

| PARCEL ID: 00101478 | BULLERDICK BRYAN M,BULLERDICK ASHLEY M | Total Appraised Value |
|---|---|---|
| **14034 CLARENDON POINTE CT HUNTERSVILLE NC** | 14034 CLARENDON POINTE CT HUNTERSVILLE NC 28078 | **$1,206,500** |

### KEY INFORMATION

| Land Use Code | **R122** | Neighborhood | **A145** |
|---|---|---|---|
| Land Use Desc | **SINGLE FAMILY RESIDENTIAL - WATERFRONT** | Land | **1 WATERFRONT** |
| Exemption / Deferment | **-** | Municipality | **HUNTERSVILLE** |
| Last Sale Date | **05/11/2012** | Fire District | **HUNTERSVILLE** |
| Last Sale Price | **$1,300,000** | Special District | **FIRE SERVICE D** |
| Legal Description | **L12 M25-705** | | |

### ASSESSMENT DETAILS

| 2022 Real Estate Assessed Value | |
|---|---|
| Land Value | $550,000 |
| Building Value | $597,400 |
| Features | $59,100 |
| Total | $1,206,500 |

### LAND

| USE | UNITS | TYPE | NEIGHBORHOOD | ASSESSMENT |
|---|---|---|---|---|
| R122 | 1 | WATERFRONT | A145 | $550,000 |

### BUILDING

| | |
|---|---|
| Finished Area | **4,510** |
| Year Built | **2000** |
| Built Use / Style | **SINGLE FAMILY RESIDENTIAL** |
| Grade | **VERY GOOD** |
| Story | **2.0 STORY** |
| Heat | **FORCED AIR - DUCTED** |
| Fuel | **GAS** |
| Foundation | **CRAWL SPACE** |
| External Wall | **FACE BRICK** |
| Fireplace(s) | **1** |
| Full Bath(s) | **3** |
| Half Bath(s) | **1** |
| Bedroom(s) | **4** |
| Total (SqFt) | **6,464** |




# FEATURES

| YEAR BUILT | TYPE | QUANTITY | UNITS | VALUE |
|---|---|---|---|---|
| 1999 | BOAT RAMP | 1 | 88 | $200 |
| 1999 | BOAT SLIP | 1 | 660 | $11,600 |
| 1999 | PIER | 1 | 280 | $4,900 |
| 1999 | PIER/COVERED | 1 | 110 | $2,100 |
| 2012 | POOL-CONC. | 1 | 750 | $33,600 |
| 2012 | SPA/TUB | 1 | 80 | $4,500 |
| 2012 | TERRACE | 1 | 180 | $2,200 |

## RECENT SALES HISTORY

The sales history includes only qualified sales made since January 1, 2016. A sale is qualified when it has been verified, by the appraiser, as an arm's length transaction for fair market value. Only qualified sales are considered in the appraisal process. For a complete history of sales and other transfers, please visit Polaris. The Register of Deeds records, indexes, and stores all real estate related documents that are presented for registration.

No data to display

## VALUE CHANGES

The value change history shows only changes in appraised value; it does not show exemptions, exclusions or deferrals that could reduce a property's taxable value. If any of these are in effect for a particular tax year, it will be shown on the property tax bill for that year. It is also possible that some previous value changes might be missing from this list or listed in the wrong order. If you have any questions, please call the County Assessor's Office at 704-336-7600.

| DATE OF VALUE CHANGE | EFFECTIVE FOR TAX YEAR | REASON FOR CHANGE | NEW VALUE |
| --- | --- | --- | --- |
| 01/14/2019 | 2019 | COUNTYWIDE REVALUATION | $1,206,500 |
| 03/08/2014 | 2011 | REVALUATION REVIEW - PEARSON | $920,700 |
| 03/08/2014 | 2013 | REVALUATION REVIEW - PEARSON | $961,300 |
| 06/06/2013 | 2013 | REMODELED IMPROVEMENTS AND/OR NEW ADDITION | $953,800 |
| 11/23/2011 | 2011 | BOARD OF EQUALIZATION ADJUSTMENT | $894,100 |
| 02/04/2011 | 2011 | COUNTYWIDE REVALUATION | $1,216,600 |
| 01/02/2003 | 2003 | COUNTYWIDE REVALUATION | $803,900 |

## PERMITS

For information on building, electrical, mechanical or plumbing permits issued for this property in the last six years, please visit Mecklenburg County Code Enforcement's searchable permit site.





## Disclaimer

Mecklenburg County makes every effort to produce the most accurate information possible. **No warranties, expressed or implied, are provided for the data herein, its use or interpretation**.