# EXHIBIT B

- File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print a Pre-Populated Annual Report form • Print an Amended a Annual Report form

# Limited Liability Company

## Legal Name
Luckey Enterprises, LLC

# Information

**SosId:** 2135569
**Status:** Current-Active ⓘ
**Date Formed:** 2/19/2021
**Citizenship:** Domestic
**Annual Report Due Date:** April 15th
**Current Annual Report Status:**
**Registered Agent:** Bullerdick, Bryan

# Addresses

| Mailing | Principal Office | Reg Office |
|---|---|---|
| 14034 Clarendon Point Court | 14034 Clarendon Point Court | 14034 Clarendon Point Court |
| Huntersville, NC 28078 | Huntersville, NC 28078 | Huntersville, NC 28078 |

**Reg Mailing**
14034 Clarendon Point Court
Huntersville, NC 28078

# Company Officials

All LLCs are managed by their managers pursuant to N.C.G.S. 57D-3-20.

| Member | Member |
|---|---|
| Ashley Bullerdick | Bryan Bullerdick |
| 14034 Clarendon Point Court | 14034 Clarendon Point Court |
| Huntersville NC 28078 | Huntersville NC 28078 |