# EXHIBIT C

You are viewing this page over a secure connection. Click here for more information.

# West Virginia Secretary of State — Online Data Services

## Business and Licensing

Online Data Services Help

## Business Organization Detail

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.*

## LUCKEY ENTERPRISES LLC

### Organization Information

| Org Type | Effective Date | Established Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|---|
| LLC \| Limited Liability Company | 4/27/2021 | | 4/27/2021 | Foreign | Profit | | | |

### Organization Information

| | | | |
|---|---|---|---|
| **Business Purpose** | 5313 - Real Estate and Rental and Leasing - Real Estate - Activities Related to Real Estate (property mgrs, appraisers) | **Capital Stock** | |
| **Charter County** | Monongalia | **Control Number** | |
| **Charter State** | WV | **Excess Acres** | |
| **At Will Term** | A | **Member Managed** | MBR |
| **At Will Term Years** | | **Par Value** | |
| **Authorized Shares** | | **Young Entrepreneur** | No |

## Addresses

| Type | Address |
|---|---|
| Designated Office Address | 14034 CLARENDON POINT COURT<br>HUNTERSVILLE, NC, 28078 |
| Mailing Address | 14034 CLARENDON POINT COURT<br>HUNTERSVILLE, NC, 28078<br>USA |
| Notice of Process Address | BRYAN BULLERDICK<br>14034 CLARENDON POINT COURT<br>HUNTERSVILLE, NC, 28078 |
| Principal Office Address | 134 TOWER LANE<br>WESTOVER, WV, 26501<br>USA |
| Type | Address |

## Officers

| Type | Name/Address |
|---|---|
| Member | BRYAN BULLERDICK<br>14034 CLARENDON POINT COURT<br>14034 CLARENDON POINT COURT<br>HUNTERSVILLE, NC, 28078 |
| Member | ASHLEY BULLERDICK<br>14034 CLARENDON POINT COURT<br>HUNTERSVILLE, NC, 28078 |
| Type | Name/Address |

## DBA

| DBA Name | Description | Effective Date | Termination Date |
|---|---|---|---|
| BULLERDICK GSE LLC | FORCED DBA | 4/27/2021 | |
| DBA Name | Description | Effective Date | Termination Date |

## Annual Reports

| Filed For |
|---|
| 2022 |
| Date filed |

For more information, please contact the Secretary of State's Office at 304-558-8000.

Tuesday, December 6, 2022 — 5:44 PM

© 2022 State of West Virginia