| District | Map | Parcel | Date From | Date Through | Tax Year |
|---|---|---|---|---|---|
| Grant | 06 | 53.7 | 04/29/2021 | - | 2022 |

| Description |
|---|
| - |

| Sale Price | Deed | Book Page |
|---|---|---|
| $300,000.00 | 1734 | 171 |

| Lot Size | Acreage |
|---|---|
| - | 1.5870 |

| Area | Development |
|---|---|
| Dents Run | - |

| House No. | Street | City | State | Zip |
|---|---|---|---|---|
| - | Williams Road / Route 46/2 | - | - | - |

| Owner Information ||| 
|---|---|---|
| **Name** | **Percent Owned** | **Life Estate** |
| Luckey Enterprises LLC , | 100.00 | 0 |

| Other |
|---|
| Plat at DB-1733 P-786 ***** Plat at DB-1734 P-177 |

**Warranty Type**
- [ ] General
- [x] Special
- [ ] Duplicate Assessment
- [ ] Unknown

**Other Information**
- [ ] Minerals
- [ ] Incomplete
- [ ] Survivorship
- [ ] Void
- [x] Plat
- [ ] Duplicate Assessment
- [x] Multiple Parcels
- [ ] Not Mapped

**Owner**
- [ ] Single
- [ ] Husband/Wife
- [ ] Widow/Widower
- [x] Unknown/Other

Last Edited: 8/24/2021 by Price

### Transfer Notes

DB-1734 P-171

*****

Grantor(s): Nova1 Properties LLC

*****

Grantee(s): Luckey Enterprises LLC
14034 Clarendon Point Court
Huntersville, NC 28078

**********

Special Warranty

*****

Deed conveys a total of 3.0 Ac., consisting of the following two parcels:

-----

[1] 1.587 Ac., being Map 6 Parcel (53.7)

-----

[2] 1.413 Ac. --- to be assessed as Map 6 Parcel (53.8).

-----

Split from: Map 6 Parcel (53.6), which contained 17 Ac.

-----

Now remaining: 15.587 Ac.

*****

Consideration: $300,000.00

*****

Plat at DB-1734 P-177

*****

Prepared by: Seth Wilson

*****

Price/ Green, 08/24/2021

### Parcel Notes

-

| District | Map | Parcel | Date From | Date Through | Tax Year |
|---|---|---|---|---|---|
| Grant | 06 | 53.8 | 04/29/2021 | 10/29/2021 | 2022 |

| Description |
|---|
| - |

| Sale Price | Deed | Book Page |
|---|---|---|
| $300,000.00 | 1734 | 171 |

| Lot Size | Acreage |
|---|---|
| - | 1.4130 |

| Area | Development |
|---|---|
| Dents Run | - |

| House No. | Street | City | State | Zip |
|---|---|---|---|---|
| - | - | - | - | - |

| Owner Information | | |
|---|---|---|
| Name | Percent Owned | Life Estate |
| Luckey Enterprises LLC , | 100.00 | 0 |

| Other |
|---|
| Plat at DB-1734 P-177 |

**Warranty Type**
- ☐ General
- ☑ Special
- ☐ Duplicate Assessment
- ☐ Unknown

**Other Information**
- ☐ Minerals
- ☐ Incomplete
- ☐ Survivorship
- ☐ Void
- ☑ Plat
- ☐ Duplicate Assessment
- ☑ Multiple Parcels
- ☐ Not Mapped

**Owner**
- ☐ Single
- ☐ Husband/Wife
- ☐ Widow/Widower
- ☑ Unknown/Other

Last Edited: 8/24/2021 by Price

Responsive image

**Transfer Notes**

DB-1734 P-171

\*\*\*\*\*

Grantor(s): Nova1 Properties LLC

\*\*\*\*\*

Grantee(s): Luckey Enterprises LLC
14034 Clarendon Point Court
Huntersville, NC 28078

\*\*\*\*\*\*\*\*\*\*

Special Warranty

\*\*\*\*\*

Deed conveys a total of 3.0 Ac., consisting of the following two parcels:

-----

[1] 1.587 Ac., being Map 6 Parcel (53.7)

-----

[2] 1.413 Ac. --- to be assessed as Map 6 Parcel (53.8).

-----

Split from: Map 6 Parcel (53.6), which contained 17 Ac.

-----

Now remaining: 15.587 Ac.

\*\*\*\*\*

Consideration: $300,000.00

\*\*\*\*\*

Plat at DB-1734 P-177

\*\*\*\*\*

Prepared by: Seth Wilson

\*\*\*\*\*

Price/ Green, 08/24/2021

**Parcel Notes**

-