


DDC SETTINGS




EXPANDER BOARD SET-UP

B GSE Group

COOL Jet

TwistAero

Title: Field Acceptance Report

Date: ______________

Location: ______________

Unit Model: ______________

Serial Number: ______________

Field Technician: ______________

Customer Representative: ______________

1. Overall Condition Check.
   ACU unit has been checked to assure all parts are present, all the panels are present and secured, all labels/decals are present, no touch up painting is required, and all other workmanship is acceptable.
   *Checked:* ______________

2. Coil Debris Check.
   Verify that all packing material has been removed and that there is no debris on the coil and that the coil is free of damage.
   *Checked:* ______________

3. Electrical Conduit and Fitting Check.
   Verify that all liquid tight fittings, conduit, bushings, and hardware are properly connected and secured.
   *Checked:* ______________

4. ACU Mounting.
   Verify that the ACU stand has been properly secured to the ground and that the ACU unit has been properly secured to the stand.
   *Checked:* ______________

B GSE Group
COOL Jet
TwistAero

5. Clearance check.
Verify that there is proper clearance around the ACU unit to allow safe and unobstructed operation of the unit.
*Checked:* ________________

6. Ductwork.
Verify that all ductwork discharge connections have been made and are secure.
Verify that all ductwork conduit is in safe and operational condition.
*Checked:* ________________

7. Electrical and Refrigeration check.

7.1 Check Phase Protection Monitor (PM-1). The monitor has 2 LED indication of proper operation. The green LED indicates the unit is ON, and the rotation is right. If the rotation is wrong, the red LED will flash.
*Checked:* ________________

7.2 Check the electrical supply power. The voltage and frequency must match that identified on the ACU unit nameplate
Measured Voltage: A-B: ________ B-C: ________ C-A: ________
*Checked:* ________________

7.3 Check VFD speed.
Speed: ________________ Amps: ________________
*Checked:* ________________

7.4 Cool Mode.
7.4.1 In cool ambient temperatures, bubbles may be expected in the sight glass.
7.4.2 Run the system at maximum aircraft size mode for a minimum of 30 minutes until the pressures and temperatures are stable. Record the suction and discharge pressures.

| | | |
|---|---|---|
| System 1: | Low: ________________ | High: ________________ |
| System 2: | Low: ________________ | High: ________________ |
| System 3: | Low: ________________ | High: ________________ |

*Checked:* ________________

7.4.3 Record Ambient and Discharge Temperatures.
Ambient Temperature: ________________
Discharge Temperature at Unit: ________________
Temperature, End of the Duct: ________________
*Checked:* ________________

7.4.4 Record the following.
Total Amps: ________________

| | | | |
|---|---|---|---|
| Compressor Amps: | 1 ________ | 2 ________ | 3 ________ |
| Condensor Fan Amps: | 1 ________ | 2 ________ | |

*Checked:* ________________

BGSE Group
COOL Jet
Twist Aero

7.5 Work light check.
All work lights illuminate properly.
*Checked:* ____________

7.6 Unit Control Station check.
7.6.1 All unit START/STOP PB's Operate properly.
*Checked:* ____________
7.6.2 All unit E-Stop PB's operate properly.
*Checked:* ____________

7.7 Programmable Set Points.
Discharge Temp. Setpoint: ____________
Airflow Setpoint: ____________
7.7.1 Unit responds to programming setpoint changes.
Discharge Temp. Setpoint: ____________
Airflow Setpoint: ____________

Twist Aero Representative Signature of Completion: ____________

Customer's Representative Signature of Acceptance: ____________

B GSE Group
COOL Jet
TwistAero

Notes:

# SECTION 7




| | | | | |
|---|---|---|---|---|
| **USS, LLC**<br>PHONE: (260 693-1172 FAX: (260) 693-1178<br>WEBSITE: WWW.USSPECIALISTS.COM | | TOLERANCES ARE:<br>FRACTIONS ±1/16 DECIMALS .XX ±.01 .XXX ±.003 ANGLES ±1° | | RELEASE FOR FABRICATION |
| USS36(EZ)-32X70(24D)-64X96(96D)-KADENA-0001<br>USS36(EZ)-32X70(24D)-64X96(96D)-(PCA(8)[10](CP,L)-STEEL | DRAWN BJB 9/8/2015<br>CHECKED CDM | DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED<br>SHEET 1 OF 5 | NAME | SIGNATURE |
| MATERIAL Material <not specified> | APPROVED CDM | THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC. | DATE | COMPANY |





**USS, LLC**

PHONE: (260 693-1172 FAX: (260) 693-1178
WEBSITE: WWW.USSPECIALISTS.COM

USS36(EZ)-32X70(24D)-64X96(96D)-KADENA-0001
USS36(EZ)-32X70(24D)-64X96(96D)-(PCA(8)[10](CP,L)-STEEL

MATERIAL Material <not specified>

| | | |
|---|---|---|
| DRAWN | BJB | 9/8/2015 |
| CHECKED | CDM | |
| APPROVED | CDM | |

TOLERANCES ARE:

| FRACTIONS | DECIMALS | ANGLES |
|---|---|---|
| ±1/16 | .XX ±.01<br>.XXX ±.003 | ±1° |

DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED

SHEET 2 OF 5

THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC.

RELEASE FOR FABRICATION

| | |
|---|---|
| NAME | SIGNATURE |
| DATE | COMPANY |

Utility Systems Specialists

107







| | | | | | |
|---|---|---|---|---|---|
| **USS, LLC**<br>PHONE: (260 693-1172 FAX: (260) 693-1178<br>WEBSITE: WWW.USSPECIALISTS.COM | | | TOLERANCES ARE:<br>FRACTIONS ±1/16 DECIMALS .XX ±.01 .XXX ±.003 ANGLES ±1° | RELEASE FOR FABRICATION | |
| USS36(EZ)-32X70(24D)-64X96(96D)-KADENA-0001<br>USS36(EZ)-32X70(24D)-64X96(96D)-(PCA(8)[10](CP,L)-STEEL | DRAWN BJB | 9/8/2015 | DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED | NAME | SIGNATURE |
| | CHECKED CDM | | SHEET 3 OF 5 | | |
| MATERIAL Material <not specified> | APPROVED CDM | | THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC. | DATE | COMPANY |

108




| | | | |
|---|---|---|---|
| USS, LLC<br>PHONE: (260 693-1172 FAX: (260) 693-1178<br>WEBSITE: WWW.USSPECIALISTS.COM | | TOLERANCES ARE:<br>FRACTIONS ±1/16 · DECIMALS .XX ±.01 .XXX ±.003 · ANGLES ±1° | RELEASE FOR FABRICATION |
| USS36(EZ)-32X70(24D)-64X96(96D)-KADENA-0001<br>USS36(EZ)-32X70(24D)-64X96(96D)-(PCA(8)[10](CP,L)-STEEL | DRAWN BJB 9/8/2015<br>CHECKED CDM | DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED<br>SHEET 4 OF 5 | NAME · SIGNATURE |
| MATERIAL Material <not specified> | APPROVED CDM | THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC. | DATE · COMPANY |






**USS, LLC**
PHONE: (260 693-1172 FAX: (260) 693-1178
WEBSITE: WWW.USSPECIALISTS.COM

Utility Systems Specialists

USS36(EZ)-32X70(24D)-64X96(96D)-KADENA-0001
USS36(EZ)-32X70(24D)-64X96(96D)-(PCA(8)[10](CP,L)-STEEL

MATERIAL Material <not specified>

DRAWN BJB 9/8/2015
CHECKED CDM
APPROVED CDM

TOLERANCES ARE:

| FRACTIONS | DECIMALS | ANGLES |
|---|---|---|
| ±1/16 | .XX ±.01<br>.XXX ±.003 | ±1° |

DIMENSIONS ARE IN INCHES UNLESS OTHERWISE SPECIFIED

SHEET 5 OF 5

THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC.

RELEASE FOR FABRICATION

NAME SIGNATURE

DATE COMPANY


110
0.047
0.042
0.011


Study name: 200K Single Study
111
112274
71447
61241
40827
20414
10207
0

Utility Systems Specialists

**USS, LLC**



# Simulation of Center Support FEA

**Date:** Friday, August 29, 2014
**Designer:** Doug Lambert
**Study name:** 100 MT Study
**Analysis type:** Static

## Table of Contents

Description .......................................... 2
Assumptions .......................................... 3
Model Information .................................. 3
Study Properties .................................... 5
Units .................................................... 6

USS, LLC

Utility Systems Specialists

Doug Lambert
8/29/2014

## Description

This report details the load test of the 32X70-24D vault access under a load of 100 metric tons, prepared using Solidworks Simulation. The load was distributed evenly over the top of the 10X20 in. test block, which was directly centered over the box-tube support, and even with it.

USS, LLC

Doug Lambert
8/29/2014

## Assumptions

Surfaces in contact with concrete were treated as fixed surfaces.

## Model Information



**Model name:** Center Support FEA
**Current Configuration:** Default

**Solid Bodies**

USS, LLC

Utility Systems Specialists

Doug Lambert
8/29/2014

| Document Name and Reference | Treated As | Volumetric Properties | Document Path/Date Modified |
|---|---|---|---|
| Boss-Extrude2  | Solid Body | Mass:340.655 lb<br>Volume:3492.33 in^3<br>Density:0.0975437 lb/in^3<br>Weight:340.424 lbf | C:\Users\Owner\Work\Pits \Steel\Center Support FEA\36 Cover FEA.SLDPRT<br>Aug 27 15:57:54 2014 |
| Boss-Extrude2  | Solid Body | Mass:340.655 lb<br>Volume:3492.33 in^3<br>Density:0.0975437 lb/in^3<br>Weight:340.424 lbf | C:\Users\Owner\Work\Pits \Steel\Center Support FEA\36 Cover FEA.SLDPRT<br>Aug 27 15:57:54 2014 |
| Boss-Extrude1  | Solid Body | Mass:77.4009 lb<br>Volume:793.5 in^3<br>Density:0.0975437 lb/in^3<br>Weight:77.3484 lbf | C:\Users\Owner\Work\Pits \Steel\Center Support FEA\Dual 36 Frame Bars FEA.SLDPRT<br>Aug 27 15:48:19 2014 |
| Fillet1  | Solid Body | Mass:280.607 lb<br>Volume:995.792 in^3<br>Density:0.281793 lb/in^3<br>Weight:280.417 lbf | C:\Users\Owner\Work\Pits \Steel\Center Support FEA\Load Test Block.SLDPRT<br>Aug 27 20:53:11 2014 |

USS, LLC

Doug Lambert
8/29/2014

| | | | |
|---|---|---|---|
| Extrude-Thin1  | Solid Body | Mass:945.238 lb<br>Volume:3333.01 in^3<br>Density:0.283599 lb/in^3<br>Weight:944.597 lbf | C:\Users\Owner\Work\Pits\Steel\Center Support FEA\VA with Center Support FEA.SLDPRT<br>Aug 27 20:52:04 2014 |

## Study Properties

| | |
|---|---|
| **Study name** | 100 MT Study |
| **Analysis type** | Static |
| **Mesh type** | Solid Mesh |
| **Thermal Effect:** | On |
| **Thermal option** | Include temperature loads |
| **Zero strain temperature** | 298 Kelvin |
| **Include fluid pressure effects from SolidWorks Flow Simulation** | Off |
| **Solver type** | FFEPlus |
| **Inplane Effect:** | Off |
| **Soft Spring:** | Off |
| **Inertial Relief:** | Off |
| **Incompatible bonding options** | Automatic |
| **Large displacement** | Off |
| **Compute free body forces** | On |
| **Friction** | Off |
| **Use Adaptive Method:** | Off |
| **Result folder** | SolidWorks document (C:\Users\Owner\Work\Pits\Steel\Center Support FEA) |

## Units

| | |
|---|---|
| **Unit system:** | English (IPS) |
| **Length/Displacement** | in |
| **Temperature** | Fahrenheit |
| **Angular velocity** | Hertz |
| **Pressure/Stress** | ksi |

USS, LLC

Doug Lambert
8/29/2014

## Material Properties

| Model Reference | Properties | Components |
|---|---|---|
|  | **Name:** 6061-T6 (SS)<br>**Model type:** Linear Elastic Isotropic<br>**Default failure criterion:** Unknown<br>**Yield strength:** 275 N/mm^2<br>**Tensile strength:** 310 N/mm^2<br>**Elastic modulus:** 69000 N/mm^2<br>**Poisson's ratio:** 0.33<br>**Mass density:** 2700 g/cm^3<br>**Shear modulus:** 26000 N/mm^2<br>**Thermal expansion coefficient:** 2.4e-005 /Kelvin | SolidBody 1(Boss-Extrude2)(36 Cover FEA-1),<br>SolidBody 1(Boss-Extrude2)(36 Cover FEA-2),<br>SolidBody 1(Boss-Extrude1)(Dual 36 Frame Bars FEA-1) |
| Curve Data:N/A | | |
|  | **Name:** Plain Carbon Steel<br>**Model type:** Linear Elastic Isotropic<br>**Default failure criterion:** Unknown<br>**Yield strength:** 220.594 N/mm^2<br>**Tensile strength:** 399.826 N/mm^2<br>**Elastic modulus:** 210000 N/mm^2<br>**Poisson's ratio:** 0.28<br>**Mass density:** 7800 g/cm^3<br>**Shear modulus:** 79000 N/mm^2<br>**Thermal expansion coefficient:** 1.3e-005 /Kelvin | SolidBody 1(Fillet1)(Load Test Block-1) |
| Curve Data:N/A | | |
|  | **Name:** ASTM A36 Steel<br>**Model type:** Linear Elastic Isotropic<br>**Default failure criterion:** Unknown<br>**Yield strength:** 250 N/mm^2<br>**Tensile strength:** 400 N/mm^2<br>**Elastic modulus:** 200000 N/mm^2<br>**Poisson's ratio:** 0.26<br>**Mass density:** 7850 g/cm^3<br>**Shear modulus:** 79300 N/mm^2 | SolidBody 1(Extrude-Thin1)(VA with Center Support FEA-1) |
| Curve Data:N/A | | |

## Loads and Fixtures

| Fixture name | Fixture Image | Fixture Details |
|---|---|---|
| Fixed-1 |  | **Entities:** 5 face(s)<br>**Type:** Fixed Geometry |

**Resultant Forces**

| Components | X | Y | Z | Resultant |
|---|---|---|---|---|
| Reaction force(lbf) | -25.9477 | 221651 | 21.4955 | 221651 |
| Reaction Moment(lbf.in) | 0 | 0 | 0 | 0 |

| Load name | Load Image | Load Details |
|---|---|---|
| Gravity-1 |  | **Reference:** Top Plane<br>**Values:** 0 0 -9.81<br>**Units:** SI |
| Pressure-1 |  | **Entities:** 1 face(s)<br>**Type:** Normal to selected face<br>**Value:** 1100<br>**Units:** psi<br>**Phase Angle:** 0<br>**Units:** deg |

## Connector Definitions

Not applicable.

## Contact Information

| Contact | Contact Image | Contact Properties |
|---|---|---|
| Global Contact |  | **Type:** Bonded<br>**Components:** 1 component(s)<br>**Options:** Compatible mesh |

## Mesh Information

| Mesh type | Solid Mesh |
|---|---|
| Mesher Used: | Curvature based mesh |
| Jacobian points | 4 Points |
| Maximum element size | 0 in |
| Minimum element size | 0 in |
| Mesh Quality | High |
| Remesh failed parts with incompatible mesh | Off |

### Mesh Information - Details

| Total Nodes | 1060202 |
|---|---|
| Total Elements | 682776 |
| Maximum Aspect Ratio | 8.9189 |
| % of elements with Aspect Ratio < 3 | 99.9 |
| % of elements with Aspect Ratio > 10 | 0 |
| % of distorted elements(Jacobian) | 0 |
| Time to complete mesh(hh;mm;ss): | 00:05:02 |
| Computer name: | OWNER-PC |

USS, LLC

Doug Lambert
8/29/2014




## Sensor Details

Not applicable.

# Resultant Forces

## Reaction Forces

| Selection set | Units | Sum X | Sum Y | Sum Z | Resultant |
|---|---|---|---|---|---|
| Entire Model | lbf | -25.9477 | 221651 | 21.4955 | 221651 |

## Reaction Moments

| Selection set | Units | Sum X | Sum Y | Sum Z | Resultant |
|---|---|---|---|---|---|
| Entire Model | lbf.in | 0 | 0 | 0 | 0 |

# Beams

No Data

## Study Results

| Name | Type | Min | Max |
|---|---|---|---|
| Stress1 | VON: von Mises Stress | 0 ksi<br>Node: 671207 | 30.6884 ksi<br>Node: 943569 |




Center Support FEA-100 MT Study-Stress-Stress1

USS, LLC

Doug Lambert
8/29/2014

| Name | Type | Min | Max |
|---|---|---|---|
| Displacement1 | URES: Resultant Displacement | 0 in<br>Node: 671207 | 0.0151945 in<br>Node: 991223 |




Center Support FEA-100 MT Study-Displacement-Displacement1

| Name | Type | Min | Max |
|---|---|---|---|
| Strain1 | ESTRN: Equivalent Strain | 0<br>Element: 499087 | 0.00180289<br>Element: 50407 |

USS, LLC

Doug Lambert
8/29/2014




Center Support FEA-100 MT Study-Strain-Strain1

## Conclusion

The maximum stress experienced by any component in the simulation was 30.7 ksi. The lowest yield strength of any component is 36.3 ksi, for the vault access and center support, which will be manufactured from A36 structural steel. This will provide a factor of safety in excess of 3:1.



USS, Inc.
9745 East State Road 205-57
Churubusco, IN 46723
www.usspecialists.com

## Cover

- **Machined using 6061-T6 Aluminum 6061-T6; free of visual shrink porosity cavity areas; no fillers or welding will be allowed to repair or conceal these areas.**
- **Load bearing surfaces shall be flat to within 0.050" total indicator reading.**
- **A maximum 0.100" (or 0.150", for covers larger than 31") full load deflection at center indicator(s) and deflection "rebound" within 0.010" after load release shall be allowed.**
- **An independent testing laboratory shall test each cover prototype, test report will be provided in the submittal package.**
  - **12" Cover tested over a 95 sq. in. area at 740 PSI**
  - **24" Cover tested over a 200 sq. in area at 1000PSI / 200,000 lbs.**
  - **36" Cover tested over a 200 sq. in. area at 1000PSI / 200,000 lbs.**
  - **36"X 60" Cover tested over a 200 sq. in. area at 1000PSI / 200,000 lbs.**
  - **48" Cover tested over a 200 sq. in. area at 1000 PSI / 200,000 lbs.**
  - **48"X 60" Cover tested over 200 sq. in. areas at 1000 PSI / 200,000 lbs.**
- **Pits may have multiple covers, providing access to only the area needed and limiting exposure to the elements.**
- **Covers shall have a lift weight of less than 40 lbs.; gas springs will assist opening and damping closure of the cover.**
- **Covers may have a hold open device to prevent unexpected closure.**

## Cover Seal

- **Seal shall be a material resistant to chemicals commonly used at airports.**
- **Seal shall reduce water entry due to surface water sheeting across to cover.**
- **Seal shall be ozone/UV resistant with a field life of one year.**
- **Seal shall attach without the use of mechanical fasteners.**

## Pit

- **Plate-Hot Rolled Steel, A.S.T.M. A1018/SS GR 36.**
- **Lower section of pit is ¼" steel and upper section ½" steel (See Drawings).**
- **Pits may have a removable center cover support and step-down platform providing maximum access to service internal components.**
- **Pit may have a 2" sump riser pipe or drain to facilitate removal of fluids.**
- **Welded 100% inside and outside by AWS D1.1 certified welders.**
- **Pit interior and exterior will be blasted and epoxy coated.**
- **CP Anode will be provided with every pit.**



Confidential BGSE_00429006_0200

USS, Inc.
9745 East State Road 205-57
Churubusco, IN 46723 www.usspecialists.com

## Cover – Water Test Report

The following outlines the test results and photos document the water test.

Test Parameters:

1. A perimeter frame was installed and sealed around the pit; providing an approximate 4" (400mm) area above the cover.
2. 9:45 AM - The 4" (400mm) area was flooded with water.
3. 10:00 AM - Water test was begun at 10:00 AM.
4. 10:30 AM - Water level was monitored initially every 30 minutes.
5. 11:00 AM - Water level remained at the top with no sign of leaks.
6. 12:00 AM - Water level still remained at the top with no sign of leaks.
7. 2:30 AM - Water continued to remain at the top with no sign of leaks
8. 9:00 AM - Following morning; Water level remained at top with no sign of leaks.

During the water test no air bubbles where seen coming from the seal area and after nearly 24 hours no water had passed through the seal. After the framing boards where removed; the cover was opened only the water between the cover and frame bars flowed into pit.

The ability of a cover to be sand and water resistant is only as good as the maintenance of the seal (replacing as needed) and cleaning the sealing area to provide a proper contact area.

Utility Systems Specialists

**USS, Inc.**

9745 East State Road 205-57

Churubusco, IN 46723 www.usspecialists.com




#1 - Cover on Pit with Wood Frame around Top




#2 - Flooding with Water

Phone: (260) 693-1172 Fax: (260) 693-1178 Cell: (260) 450-4540

USS, Inc.
9745 East State Road 205-57
Churubusco, IN 46723 www.usspecialists.com




#3 - Flooded with Water at 10:00 AM




#4 - Water Level at 10:30 AM

Phone: (260) 693-1172 Fax: (260) 693-1178 Cell: (260) 450-4540

**USS, Inc.**

9745 East State Road 205-57

Churubusco, IN 46723 www.usspecialists.com




**#5 - Water Level at 11:00 AM**




**#6 - Water Level at 12:00 Noon**

Phone: (260) 693-1172 Fax: (260) 693-1178 Cell: (260) 450-4540

USS, Inc.
9745 East State Road 205-57
Churubusco, IN 46723
www.usspecialists.com




#7 - Water Level at 2:30 PM




#8 - Water Level 9:00 AM the Following Day

Phone: (260) 693-1172 Fax: (260) 693-1178 Cell: (260) 450-4540



# SECTION 8




| APPROVALS | DATE | USS, LLC<br>PHONE: (260) 693-1172 FAX: (260) 693-1178<br>WEB SITE: WWW.USSPECIALISTS.COM |
|---|---|---|
| DRAWN DLL | 07-31-14 | |
| CHECKED CDM | 07-31-14 | PCA COUPLER |
| APPROVED CDM | 07-31-14 | |
| SHEET 1 OF 2 | | FRONT, SIDE, ISO |
| SCALE: 1:2 | SIZE: B | THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC. |

Utility Systems Specialists




| ITEM NO. | DESCRIPTION | QTY. |
|---|---|---|
| 1 | CYLINDER | 1 |
| 2 | CANISTER COVER | 1 |
| 3 | KEY | 6 |
| 4 | O-RING | 1 |
| 5 | O-RING | 1 |
| 6 | SPIRAL RETAINING RING, MEDIUM DUTY | 1 |
| 7 | FILTER | 1 |
| 8 | 8" LANYARD | 1 |
| 9 | YELLOW RUBBER LID | 1 |
| 10 | EXTERNAL RETAINING RING | 1 |
| 11 | BLACK RUBBER LID | 1 |

Utility Systems Specialists

| APPROVALS | DATE | |
|---|---|---|
| DRAWN DLL | 07-31-14 | **USS, LLC** PHONE: (260) 693-1172 FAX: (260) 693-1178 WEB SITE: WWW.USSPECIALISTS.COM |
| CHECKED CDM | 07-31-14 | **PCA COUPLER** |
| APPROVED CDM | 07-31-14 | |
| SHEET 2 OF 2 | | **EXPLODED VIEW** |
| SCALE: 1:4 | SIZE: B | THE INFORMATION ON THIS DRAWING IS PROPRIETARY AND IS NOT TO BE REVEALED TO THIRD PARTIES WITHOUT WRITTEN CONSENT OF A CORPORATE OFFICER OF USS, LLC |

# AHU Coupling





# 270VDC Feeder Cable




CABLE COMPONENTS:

CENTER FILLER (F)

COMPONENT (+), 8 REQUIRED
PHASE CONDUCTOR: #8 AWG (420/34 BC)
INSULATION: EPR 45 MIL WALL

COMPONENT (-), 8 REQUIRED
NEUTRAL CONDUCTOR: #8 AWG (420/34 BC)
INSULATION: EPR 45 MIL WALL

COMPONENT 1, 2, 3, 4, 5, & 6
CONTROL CONDUCTOR: #14 AWG (19/.0147 BC)

PLANETARY CABLING COMPONENTS LOCATION
MUST BE AS SHOWN

ALTERNATING LAY DIRECTIONS: INNER = RIGHT HAND/OUTER = LEFT HAND

INNER JACKET: HD NEOPRENE 1.440 O.D.
OUTER JACKET: HD NEOPRENE 1.580 O.D.

COMPONENT MARKING

| ITEM | PRINTED CHARACTERS |
|---|---|
| (+) | POSITIVE (+) |
| (-) | NEGATIVE (-) |
| 1 | ONE 1 |
| 2 | TWO 2 |
| 3 | THREE 3 |
| 4 | FOUR 4 |
| 5 | FIVE 5 |
| 6 | SIX 6 |

Confidential




BGSE_00429006_0211


2.54
A
2.22
B
B
.43
2X R .60
.75 A
9.03
A
INSERTION
STRIPE
5.53
2.000
A
A
2X R .27
A
1.92


1.92
.984
2 X R .39
.413
2 X R .55
.708
1.063
2.126
2.92
.354
.708
1.417
CL
2X 11°
VIEW A-A
2.54
2.22
VIEW B-B
2.22
2.54
4 X R .25

Confidential




1. DIMENSION FOR -101 CABLE IS 762.00 TO 750.00 INCHES.
DIMENSION FOR -103 CABLE IS 990.00 TO 1002.00 INCHES.

TABLE 6 OUTPUT CABLE LUGS

| PIN NO. | LUG NO. | TERMINAL LUG |
|---|---|---|
| - | A1 | MS20659-124 |
| - | A2 | MS20659-105 |
| + | B | MS20659-123 |
| 1 | C | MS20659-105 |
| 2 | D | MS20659-105 |

(B)

(A)

FIGURE 2
CABLE ASSEMBLY CONFIGURATION
NOT TO SCALE



BGSE_00429006_0214


+
1
2
3
4
#12
PLUG SOCKETS (6X)
BUNDLED AND JACKETED
NEGATIVE #8
NEGATIVE #8
NEGATIVE #8
NEGATIVE #8
NEGATIVE #8
NEGATIVE #8
NEGATIVE #8
NEGATIVE #8
POSITIVE #8
POSITIVE #8
POSITIVE #8
POSITIVE #8
POSITIVE #8
POSITIVE #8
POSITIVE #8
POSITIVE #8
5 #14
2 #14
1 #14
4 #14
6 #14
3 #14
D
C
B
A1
A2
TERMINAL LUGS (5X)

B GSE Group

# 400HZ Cables

## 260 Amp, Phase Balanced, Single Jacket, 400Hz Aircraft Cable Assembly



AIRCRAFT CABLE, JACKETED
260 AMPS, 3 PHASE
2 #4 PER PHASE, 1 #1 NEUTRAL
2 X 3 #18 AWG CONTROL WIRES FOR E & F
CABLE DIAMETER 1.65"




### Operational Envelope and Performance

- Full-load operation from -70°F to 140°F
- Meets SAE AS7974 20 ft-lbs impact at -55°C
- 260 & 300 amp six-around-one configurations
- Mates with As90362 & An3114 receptacles
- UL Listed (six around one)
- 1/0 and 2/0 banded cable configurations




### Design Elements

B GSE Group 400Hz ground power cable assemblies significantly reduce aircraft receptacle wear and provide longer connector service life. Our optional replaceable contact section provides rigid internal features with precisely aligned and floated sockets. The glass-filled epoxy carrier precisely positions socket/pin assemblies to reduce insertion forces and protects against impact to extend service life. Six-tine sockets contribute to consistent insertion forces and outperform industry standards for electrical performance. Compression seals protect adapter pins and connector sockets.

The EPDM blend housing combined with internal carrier design withstands 20 ft-lb impacts at -55 C.The carrier also protects the bolt holes, ensuring that the bolts can be removed even after being run over by ground-support vehicles.

The contact section is field replaceable in minutes without special tools.







SAE - AS25486

B GSE Group 14034 Clarendon Point Court, Huntersville, NC 28078, USA (704) 992-9522 scottdils@bgsegroup.com

Product Datasheet

MEAD Heavy Duty

Your configured part number: **HD1-200x14-PF**

## Features and Benefits

- **Cylinders for Abusive Conditions:**
  - NFPA interchangeability and high quality components
  - Offer long service life in harsh conditions
  - Non-lube seals available
- **External Bearing Ensures Smooth Motion:**
  - Teflon impregnated and hardcoat anodized, external rod bearing
  - Improves rod motion while maintaining rigidity and stability
- **Built to Last:**
  - Heads machined from solid aluminum, black anodized
  - Hard anodized aluminum tubes
- **Easy to Repair:**
  - Rod gland and bearing may be replaced without disassembling cylinder
  - Tie-rod design limits down time

## Engineering Specifications

**Pressure Rating:** 250 PSI Air / Contact Mead for hydraulic pressure rating

**Temperature Range:**
-40° F (-40° C) to 250° F (121° C) standard,
up to 400° F (200° C) available

**Filtration:** Not essential but a 40µ filter will prolong seal life

**Lubrication:** Not necessary but will prolong seal life when operated with dry air

**Materials:**
Heads: Aluminum, black anodized
Rod: Hard chrome plated ground and polished steel
Rod Bearing: Teflon®-impregnated, hard coated aluminum
Rod Wiper: Dupont Teflon®
Piston: High alloy aluminum with PTFE wear band

## Service and Design Capabilities

- **Experienced application engineers are available to provide complete pneumatic circuit solutions**
- **A full line of products including air preparation, valves, actuators, and specialty components are available**
- **Fast shipping and helpful customer service**
- **Custom design capabilities to meet your needs**
- **Call (877) MEAD-USA (877-632-3872)**

Mead Fluid Dynamics
Chicago, IL 60641
Telephone: 773.685.6800
Toll Free: 877-MEAD USA
Email: sales@mead-usa.com
www.mead-usa.com

Leaders in Actuation.




HD1-200x14-PF

THIS DRAWING CONTAINS PROPRIETARY DESIGNS AND/OR INFORMATION OF BIMBA MFG. CO. OR ITS SUBSIDIARIES AND IS NOT TO BE TRANSMITTED, REPRODUCED, USED OR DISCLOSED WITHOUT WRITTEN PERMISSION OF BIMBA MFG. CO. OR ITS SUBSIDIARIES. DESIGN REFLECTS OUR BEST ENGINEERING OPINION BASED ON WRITTEN APPLICATION SPECIFICATIONS RECEIVED. SUITABILITY OF A DESIGN FOR AN APPLICATION REQUIRES ANALYSIS AND/OR TESTS IN YOUR SPECIFIC SYSTEM.

BIMBA MEAD

**Mead Fluid Dynamics, Inc.**
Chicago, IL. 60641
(877) MEAD USA sales@mead-usa.com
www.mead-usa.com

PROPRIETARY DRAWING - Reference Only

Case 1:17-cv-00142-RJS Document 303-6 Filed 12/27/22 PageID.12337 Page 52 of 204
HYDRAULIC PUMP - 4

## Cylinders For Abusive Conditions

Combining NFPA dimensional interchangeability and high quality components, the "HD1" Series offers excellent performance and long service life, even in the most severe of conditions.

## External Bearing Ensures Smooth Motion

HD1 cylinders are fitted with a heavy-duty external rod bearing in the rod end head. Teflon®-impregnated and hardcoat anodized, this bearing ensures smooth rod motion while maintaining rod rigidity and stability. The entire rod gland and bearing may be quickly removed and replaced without disassembling the cylinder.

| Operating Specifications | |
|---|---|
| Temperature Range: | -40°F to +250°F (to +400°F on request) |
| Lubrication: | For maximum cylinder life, non-detergent petroleum based oil is recommended. Non-lube seals available. |
| Filtration: | Not essential, but a standard 40 micron filter placed upstream will prolong seal life. |



## Operating Parameters

| Bore Diam. | Thrust* | Thrust Mult.** | Rod Diam. | Max. Oper. Pressure Air | Oil ‡ |
|---|---|---|---|---|---|
| 1 1/2" | 177 | 1.77 | 5/8" or 1" | 250 | 1000 |
| 2" | 314 | 3.14 | 5/8" or 1" | 250 | 1000 |
| 2 1/2" | 491 | 4.91 | 5/8" or 1" | 250 | 1000 |
| 3 1/4" | 830 | 8.30 | 1" or 1 3/8" | 250 | 700 |
| 4" | 1257 | 12.57 | 1" or 1 3/8" | 250 | 650 |
| 6" | 2827 | 28.27 | 1 3/8" or 1 3/4" | 250 | 435 |

*Pushing force of cylinder at 100 PSI inlet pressure. Pulling force will be about 10% less due to the displacement of the piston rod. Note: Actual realizable thrust could be somewhat lower due to side loading and internal friction. It is best to oversize you cylinder by about 25% to assure smooth operation.

**To determine cylinder thrust at other inlet pressures, multiply this factor times the desired inlet pressure.

‡HD1 Cylinders are not rated or approved for use in a hydraulic circuit where an impulse or pressure spike may occur.

## Cylinder Construction

**Rod Bearing:**
Teflon-impregnated, hardcoated aluminum

**Heads:**
Machined from solid aluminum bar; black anodized

**Tubes:**
Aluminum hard anodized to 60 Rc (16 RMS finish)

**Piston:**
Solid high alloy aluminum and fitted with a PTFE Wear Band.

**Piston Rod:**
High tensile ground and polished hard chrome plated steel

**Piston and Rod Seals:**
Wear compensating Buna N vee rings. Non-lube seals are also available (see Option NL).

**Tube Seals:**
Buna N o-rings

**Rod Wiper**
Dupont Teflon®

**Tie Rods:**
High tensile steel torqued to allow for flexure.

**NOTE:** 6" Bore Cylinders do not have wear bands. (HD)

## Customize Your Cylinder

The HD1 Series offers numerous accessories and design options. With hundreds of possible combinations available, you can "design" your own cylinder for any application.

## Cushions (CR, CF, CB)

For end-of-stroke load deceleration, specify cushions in either or both ends of your cylinder. Cushions decelerate the piston rod over the last 11/16" of stroke. Adjustable, they allow you to set the degree of cushioning needed for each specific application.

A built-in check valve assures a fast getaway in the opposite direction. A pre-lubricated nitrile cushion seal provides years of reliable service.

**Note:** Cushions are not recommended on hydraulic cylinders.

## Double Rod (DR)

Double rod cylinders have a common piston rod that protrudes from both ends of the cylinder. In addition to providing a dual power source, double rod cylinders serve to minimize rod deflection and to facilitate the control and adjustment of rod travel.

## Inter-Pilots® (IP)



Mead's Inter-Pilot® is a miniature 3-way valve built in the cylinder head. Actuated by the cylinder's piston as it reaches the end of its stroke, the valve emits an air signal. Thus, sequencing is achieved without external limit switches and electric wiring.

Inter-Pilots may be built into either or both cylinder heads. They are not for hydraulic use. Cylinder operating pressure must not exceed pressure used to feed the Inter-Pilot®.

INTER-PILOT® PORT LOCATIONS (Port Size = 10-32)
Inter-Pilot port location style that is offered with each cylinder head

| Bore (Either Head) | 1 1/2" | 2" | 2 1/2" | 3 1/4" | 4" | 6" |
|---|---|---|---|---|---|---|
| Non-Cushion | 2 | 1 | 1 | 1 | 1 | 3 |
| Cushion | 2 | 1 | 1 | 1 | 1 | 3 |




STYLE 1 STYLE 2 STYLE 3

## Non-Rotating Rod (NR)

For prevention of piston and rod rotation, an internal rod is embedded internally into both cylinder heads. This rod also passes through the piston and acts as a linear guide for the piston. Note: NR option available on 3 1/4", 4" and 6" bore cylinders only.

## Viton™ Seals (VI)

For high temperature environments, Viton™ seals can be specified to replace standard Buna N seals. While HD1 cylinders are normally rated to 250°F, cylinders with Viton seals are rated to 400°F.

## Low Breakaway Option (NL)

For non-lube service, polyurethane seals replace standard piston and rod seals. These specially formulated seals have an inherent lubricity that provides low breakaway between the piston and tube. Note: NL seals are not available on hydraulic cylinders.

## Magnetic Piston (MP)

If you will be using either Solid State or Reed switches for sensing rod position, you will need to order your cylinder with a magnetic piston.

Mead's Solid State and Reed switches allow the cylinder user to sense rod position anywhere within the stroke. They emit an electrical signal when the magnetized piston reaches a point opposite their location. Tie rod mounting facilitates fast and accurate position setting.

## Oversized Rod (OR)

Available on all models; the HD1-150, 200 and 250, you can order a 1" rod diameter rather than the standard 5/8" diameter; the HD1-325 and HD1-400 with a 1-3/8" rather than the standard 1"; the HD1-600 with a 1-3/4" rather than the standard 1-3/8".

## Accessories

### Pneumatic Stroke Completion Sensors (SCS)

Port mounted SCS valves emit an air signal when the cylinder rod has stopped even if the piston has not contacted the end cap. Ideal for use in situations where the full cylinder stroke is not used. See pg. 60.

### Self Aligning Rod Couplers



Rod couplers simplify cylinder alignment problems by compensating for 2° angular error and 1/16" lateral misalignment on both extension and retraction strokes. Greater reliability is achieved by reducing cylinder and component wear. All components are heat treated for wear and corrosion resistance.
See page 32 for complete listing of Mead's self aligning rod couplers.

### Flow Control Valves



**Dyla-Trol®** - For unprecedented smoothness in cylinder speed control, use Mead's Dyla-Trol® valves with a perfectly tapering flow. Where needle type flow controls generate turbulence as they close, Dyla-Trol maintains an even 360 laminar flow regardless of the setting. Pg. 62.



**Right Angle Flow Controls** (RAF) - RAF flow controls feature push-in-fittings, pre-applied Teflon® based thread sealant, a recessed screw driver adjustment and convenient swivel for ease of tubing alignment. See page 68.

# How To Order HD1 Cylinder



## STEP 1:



### Select A Bore Size

| Bore | 1 1/2" | 2" | 2 1/2" | 3 1/4" | 4" | 6" |
|---|---|---|---|---|---|---|
| Force* | 177 | 314 | 491 | 830 | 1257 | 2827 |
| Model | **HD1-150** | **HD1-200** | **HD1-250** | **HD1-325** | **HD1-400** | **HD-600** |

* Maximum force output (lbs.) at 100 PSI inlet pressure

## STEP 2:



### Choose Stroke Length

PISTON ROD DIAMETERS:

| Bore Diam. | 1 1/2" | 2" | 2 1/2" | 3 1/4" | 4" | 6" |
|---|---|---|---|---|---|---|
| Rod Diam. | 5/8" or 1" | 5/8" or 1" | 5/8" or 1" | 1" or 1 3/8" | 1" or 1 3/8" | 1 3/8" or 1 3/4" |

**Non-Standard Piston Rods:** Special rod threads or extensions are available. Please enclose a sketch of what you require.

## STEP 3:

### Select A Mounting Style

| Mounting | Mead Code | Bore Diameter 1 1/2" | 2" | 2 1/2" | 3 1/4" | 4" | 6" | NFPA Code | Description |
|---|---|---|---|---|---|---|---|---|---|
| **Flush Bottom/Front Rear** | **FB** | • | • | • | • | • | • | MS-4 | Four tapped holes in bottom and in both cylinder faces (front and rear). Rear sleeve nuts standard. |
| **Long Clevis** | **PB** | • | • | • | • | • | • | MP-2 | Two ears extend from rear head (clevis is detachable). |
| **Short Clevis** | **PF** | • | • | • | • | • | NA | MP-1 | Two ears extend from rear head (clevis is detachable). |
| **Pivot** | **PE** | • | • | • | • | • | NA | MP-4 | A single ear extends from rear head (pivot is detachable). |
| **Tie Rods Ext. Front** | **TIF** | • | • | • | • | • | • | MX-3 | All four tie-rods extend forward from cylinder face. Consult factory for rear extended tie-rods (or both ends). |
| **Front Flange NFPA Std.** | **FH** | • | • | • | • | • | • | MF-1 | Flange plate extends beyond the thicker front head. |
| **Rear Flange** | **FR** | • | • | • | • | • | • | MF-2 | Flange plate extends beyond the rear head. |
| **Trunnion Front** | **TF** | • | • | • | • | • | • | MT-1 | Two pivot bars extend from two sides of front head.; not available with front Inter-Pilots® or front cushions. |
| **Trunnion Rear** | **TR** | • | • | • | • | • | • | MT-2 | Two pivot bars extend from two sides of rear head. Not available with rear Inter-Pilots® or rear cushions. |
| **Foot** | **FT** | • | • | • | • | • | • | Non Std. | A plate with two holes is mounted to the bottom of each head. |

HYDRAULIC PUMP - 7



## STEP 4: Select Cylinder Options

| Option | Mead Code | 1½″ | 2″ | 2½″ | 3¼″ | 4″ | 6″ | Description |
|---|---|---|---|---|---|---|---|---|
| **Double Rod** | **DR** | ● | ● | ● | ● | ● | ● | Rod extends through both heads (adds to cylinder rigidity) |
| **Oversized Rod** | **OR** | ●* | ● | ● | ● | ● | ● | Standard rod is replaced by larger diameter rod. |
| **Cushions** (Not available with Trunnion) | **Front (CF)** **Rear (CR)** **Both (CB)** | ●* | ● | ● | ● | ● | ● | Dampen the impact and sound that occur at stroke completion; Adjustable; Note: Not available on hydraulic cylinders. |
| **Inter-Pilots®** (Not available with Trunnion) | **Front (IPF)** **Rear (IPR)** **Both (IPB)** | ● | ● | ● | ● | ● | ● | Inter-Pilots® emit an air signal at the end of each stroke; Integral with cylinder head; Note: Not available on hydraulic cylinders. |
| **Non-Rotating Rod** (6″ Max.Stroke) | **NR** | NA | NA | NA | ● | ● | ● | Internal bar prevents piston and rod rotation. |
| **Non-Lube Seals** | **NL** | ● | ● | ● | ● | ● | NA | Self-Lubricating seals are used in place of standard Buna N seals; Note: Not available on hydraulic cylinders. |
| **High Temp. Seals** | **VI** | ● | ● | ● | ● | ● | NA | Viton seals are suitable for high temperature environments (400°F Max.) |
| **Magnetic Pistons** | **MP** | ● | ● | ● | ● | ● | ● | Enables Reed & Solid State switches to sense piston. Note: Reed switch/Solid State not available on all hydraulic cylinders. (Contact Mead) |

* Cushions or Inter-Pilots® are not available on the rod end head of 1½″ bore cylinders with oversized rod.

## STEP 5: Build A Model Number

When ordering Dyna-mation cylinders, list the:

1. *Base Model*
2. *Stroke*
3. *Mounting Style*
4. *Options (If Needed)*

| Base Model | Stroke | Mounting Style | Options |
|---|---|---|---|
| **HD1-200** - | **10** - | **PB** - | **CF** |

2″ Bore
10″ Stroke
Clevis Mount (PB)
Cushioned Front (CF)

### Solid State Switches

**Model CS-6200P**
Sourcing
**Model CS-6200N**
Sinking

Cylinders must have a magnetic piston (MP). For technical information, see page 35.

### Reed Switches

**Model CS-6200R**
Wire Leads

Cylinders must have a magnetic piston (MP). For technical information, see page 35.

### Special Cylinders

We invite inquiries regarding non-standard cylinders. Please call or your local Mead representative.
Toll-free 877-MEAD USA

## Accessories

| Bore Diameter: | Rod Size | 1½″ | 2″ | 2½″ | 3¼″ | 4″ | 6″ |
|---|---|---|---|---|---|---|---|
| Flex Rod Couplers | STD | DMA-437 | DMA-437 | DMA-437 | DMA-750 | DMA-750 | DMA-1000 |
| | OR | DMA-750 | DMA-750 | DMA-750 | DMA-1000 | DMA-1000 | DMA-1250 |
| Forged Rod Clevis | STD | DMC-1 | DMC-1 | DMC-1 | NA | NA | NA |
| | OR | NA | NA | NA | | | |
| Rod Clevis (NFPA Std.) | STD | DMC-2 | DMC-2 | DMC-2 | DMC-4 | DMC-4 | DMC-6 |
| | OR | DMC-4 | DMC-4 | DMC-4 | DMC-6 | DMC-6 | DMC-7 |
| Machined Rod Eye (NFPA Std.) | STD | DME-1 | DME-1 | DME-1 | DME-2 | DME-2 | DME-3 |
| | OR | DME-2 | DME-2 | DME-2 | DME-3 | DME-3 | DME-7 |
| Pivot Bracket Kit | ALL | HD40-150 | HD40-200 | HD40-250 | HD40-325 | HD40-400 | DMP-8 Bracket Only |
| Clevis Bracket Mounting Kits: Short Clevis (with Pin) | ALL | HD35S-150 | HD35S-200 | HD35S-250 | HD35S-325 | HD35S-400 | NA |
| Clevis Bracket Mounting Kits: Long Clevis (with Pin) | ALL | HD35-150 | HD35-200 | HD35-250 | HD35-325 | HD35-400 | DMR-8 Bracket Only |
| Flange Mounting Kits (for front* or rear flanges) | ALL | HD45-150 | HD45-200 | HD45-250 | HD45-325 | HD45 400 | NA |

NOTE: All Kits include mounting hardware; for DMC-1 Dimensions see page 39; all others see page 47.

HYDRAULIC PUMP - 8
153



## Basic Cylinder NFPA: MXO




## Double Rod NFPA: MDXO




• EE Dimension is NPTF

* 6" bore HD cylinders have a rear tie rod nut, shown below as the "K" dimension. K = 7/16"

| BORE | MM ROD | A | B | C | D | E | EE | F | G | J | K | KK | LAF | LB | LD | P | R | WF | Y | ZS | ZM | RD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 1/2 | 5/8 | 3/4 | 1 1/8 | 3/8 | 1/2 | 2 | 1/4 | 3/8 | 1 7/16 | 15/16 | - | 7/16-20 | 1 3/4 | 3 5/8 | 4 1/8 | 2 1/4 | 1 7/16 | 1 | 1 15/16 | 1 1/4 | 6 1/8 | 1 1/8 |
| | 1 | 1 1/8 | 1 1/2 | 5/8 | 7/8 | | | | | | | 3/4-16 | 2 1/2 | | | | | 1 3/8 | 2 5/16 | | 6 1/2 | |
| 2 | 5/8 | 3/4 | 1 1/8 | 3/8 | 1/2 | 2 1/2 | 1/4 | 3/8 | 1 7/16 | 15/16 | - | 7/16-20 | 1 3/4 | 3 5/8 | 4 1/8 | 2 1/4 | 1 27/32 | 1 | 1 15/16 | 1 1/4 | 6 1/8 | 1 1/8 |
| | 1 | 1 1/8 | 1 1/2 | 5/8 | 7/8 | | | | | | | 3/4-16 | 2 1/2 | | | | | 1 3/8 | 2 5/16 | | 6 1/2 | |
| 2 1/2 | 5/8 | 3/4 | 1 1/8 | 3/8 | 1/2 | 3 | 1/4 | 3/8 | 1 7/16 | 15/16 | - | 7/16-20 | 1 3/4 | 3 3/4 | 4 1/4 | 2 3/8 | 2 3/16 | 1 | 1 15/16 | 1 3/8 | 6 1/4 | 1 1/2 |
| | 1 | 1 1/8 | 1 1/2 | 5/8 | 7/8 | | | | | | | 3/4-16 | 2 1/2 | | | | | 1 3/8 | 2 5/16 | | 6 5/8 | |
| 3 1/4 | 1 | 1 1/8 | 1 1/2 | 3/8 | 7/8 | 3 3/4 | 1/2 | 5/8 | 1 11/16 | 1 3/16 | - | 3/4-16 | 2 1/2 | 4 1/2 | 4 3/4 | 2 5/8 | 2 3/4 | 1 3/8 | 2 7/16 | 1 3/8 | 7 1/2 | 1 3/4 |
| | 1 3/8 | 1 5/8 | 2 | 1/2 | 1 1/8 | | | | | | | 1-14 | 3 1/4 | | | | | 1 5/8 | 2 11/16 | | 7 3/4 | |
| 4 | 1 | 1 1/8 | 1 1/2 | 1/2 | 7/8 | 4 1/2 | 1/2 | 5/8 | 1 11/16 | 1 3/16 | - | 3/4-16 | 2 1/2 | 4 1/2 | 4 3/4 | 2 5/8 | 3 21/64 | 1 3/8 | 2 7/16 | 1 3/8 | 7 1/2 | 1 3/4 |
| | 1 3/8 | 1 5/8 | 2 | 5/8 | 1 1/8 | | | | | | | 1-14 | 3 1/4 | | | | | 1 5/8 | 2 11/16 | | 7 3/4 | |
| 6 | 1 3/8 | 1 5/8 | 2 | 5/8 | 1 1/8 | 6 1/2 | 3/4 | 3/4 | 2 | 1 1/2 | 7/16 | 1-14 | 3 1/4 | 5 | 5 1/2 | 3 1/8 | 4 7/8 | 1 5/8 | 2 13/16 | 1 1/2 | 8 3/4 | 2 |
| | 1 3/4 | 2 | 2 3/8 | 3/4 | 1 1/2 | | | | | | | 1 1/4-12 | 3 7/8 | | | | | 1 7/8 | 3 1/16 | | 9 | |

## Rear, Front & Bottom Tapped (FB) NFPA: MS4




| BORE | MM ROD DIA. | NT | RT | TK | TN | SN | XT |
|---|---|---|---|---|---|---|---|
| 1 1/2 | 5/8 | 1/4-20 | 1/4-28 | 3/8 | 5/8 | 2 1/4 | 1 15/16 |
| | 1 | | | | | | 2 5/16 |
| 2 | 5/8 | 5/16-18 | 5/16-24 | 1/2 | 7/8 | 2 1/4 | 1 15/16 |
| | 1 | | | | | | 2 5/16 |
| 2 1/2 | 5/8 | 3/8-16 | 5/16-24 | 9/16 | 1 1/4 | 2 3/8 | 1 15/16 |
| | 1 | | | | | | 2 5/16 |
| 3 1/4 | 1 | 1/2-13 | 3/8-24 | 3/4 | 1 1/2 | 2 5/8 | 2 7/16 |
| | 1 3/8 | | | | | | 2 11/16 |
| 4 | 1 | 1/2-13 | 3/8-24 | 3/4 | 2 1/16 | 2 5/8 | 2 7/16 |
| | 1 3/8 | | | | | | 2 11/16 |
| 6 | 1 3/8 | 3/4-10 | 1/2-20 | 1 1/8 | 3 1/4 | 3 1/8 | 2 13/16 |
| | 1 3/4 | | | | | | 3 3/16 |

HYDRAULIC PUMP - 9



## Front Flange (FH) NFPA: MF1




## Rear Flange (FR) NFPA: MF2




| BORE | MM ROD DIA. | E | FB (BOLT) | FH | R | TF | UF | W | ZJ | ZF |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 1/2 | 5/8 | 2 | 5/16 | 3/8 | 1 7/16 | 2 3/4 | 3 3/8 | 5/8 | 4 5/8 | 5 |
| | 1 | | | | | | | 1 | 5 | 5 3/8 |
| 2 | 5/8 | 2 1/2 | 3/8 | 3/8 | 1 27/32 | 3 3/8 | 4 1/8 | 5/8 | 4 5/8 | 5 |
| | 1 | | | | | | | 1 | 5 | 5 3/8 |
| 2 1/2 | 5/8 | 3 | 3/8 | 3/8 | 2 3/16 | 3 7/8 | 4 5/8 | 5/8 | 4 3/4 | 5 1/8 |
| | 1 | | | | | | | 1 | 5 1/8 | 5 1/2 |
| 3 1/4 | 1 | 3 3/4 | 7/16 | 5/8 | 2 3/4 | 4 11/16 | 5 1/2 | 3/4 | 5 5/8 | 6 1/4 |
| | 1 3/8 | | | | | | | 1 | 5 7/8 | 6 1/2 |
| 4 | 1 | 4 1/2 | 7/16 | 5/8 | 3 21/64 | 5 7/16 | 6 1/4 | 3/4 | 5 5/8 | 6 1/4 |
| | 1 3/8 | | | | | | | 1 | 5 7/8 | 6 1/2 |
| 6 | 1 3/8 | 6 1/2 | 9/16 | 3/4 | 4 7/8 | 7 5/8 | 8 5/8 | 7/8 | 6 5/8 | 7 3/8 |
| | 1 3/4 | | | | | | | 1 1/8 | 6 7/8 | 7 5/8 |

## Short Clevis (PF) NFPA: MP1




## Long Clevis (PB) NFPA: MP2




## Pivot (PE) NFPA: MP4




| BORE | MM ROD DIA. | CB | CD | CW | FL | L | M | XC | XD |
|---|---|---|---|---|---|---|---|---|---|
| 1 1/2 | 5/8 | 3/4 | 1/2 | 1/2 | 1 1/8 | 3/4 | 1/2 | 5 3/8 | 5 3/4 |
| | 1 | | | | | | | 5 3/4 | 6 1/8 |
| 2 | 5/8 | 3/4 | 1/2 | 1/2 | 1 1/8 | 3/4 | 1/2 | 5 3/8 | 5 3/4 |
| | 1 | | | | | | | 5 3/4 | 6 1/8 |
| 2 1/2 | 5/8 | 3/4 | 1/2 | 1/2 | 1 1/8 | 3/4 | 1/2 | 5 1/2 | 5 7/8 |
| | 1 | | | | | | | 5 7/8 | 6 1/4 |
| 3 1/4 | 1 | 1 1/4 | 3/4 | 5/8 | 1 7/8 | 1 1/4 | 3/4 | 6 7/8 | 7 1/2 |
| | 1 3/8 | | | | | | | 7 1/8 | 5 3/4 |
| 4 | 1 | 1 1/4 | 3/4 | 5/8 | 1 7/8 | 1 1/4 | 3/4 | 6 7/8 | 7 1/2 |
| | 1 3/8 | | | | | | | 7 1/8 | 7 3/4 |
| 6 | 1 3/8 | 1 1/2 | 1 | 3/4 | 2 1/4 Clevis | - | 1 1/8 Clevis | NA | 8 7/8 |
| | 1 3/4 | | | | | | | | 9 1/8 |

Reference
Control Valves
Cylinders
Specialty Valves
Production Devices
Accessories
Index

## Extended Tie Rods, Both Ends (TIB) NFPA: MX1




## Back End (TIR) NFPA: MX2




## Rod End (TIF) NFPA: MX3




| BORE | MM ROD DIA. | AA | BB | AB | BF | DD | R | ZJ |
|---|---|---|---|---|---|---|---|---|
| 1 1/2 | 5/8 | 2.02 | 1 | 1 5/16 | 1 3/8 | 1/4-28 | 1 7/16 | 4 5/8 |
| | 1 | | | | | | | 5 |
| 2 | 5/8 | 2.6 | 1 1/8 | 1 5/16 | 1 1/2 | 5/16-24 | 1 27/32 | 4 5/8 |
| | 1 | | | | | | | 5 |
| 2 1/2 | 5/8 | 3.1 | 1 1/8 | 1 3/4 | 1 1/2 | 5/16-24 | 2 3/16 | 4 3/4 |
| | 1 | | | | | | | 5 1/8 |
| 3 1/4 | 1 | 3.9 | 1 3/8 | 2 1/32 | 2 | 3/8-24 | 2 3/4 | 5 5/8 |
| | 1 3/8 | | | | | | | 5 7/8 |
| 4 | 1 | 4.7 | 1 3/8 | 2 1/32 | 2 | 3/8-24 | 3 21/64 | 5 5/8 |
| | 1 3/8 | | | | | | | 5 7/8 |
| 6 | 1 3/8 | 6.9 | 1 13/16 | 2 5/16 | 2 9/16 | 1/2-20 | 4 7/8 | 6 5/8 |
| | 1 3/4 | | | | | | | 6 7/8 |

## Front Trunnion (TF) NFPA: MT1




## Rear Trunnion NFPA: MT2




| BORE | MM ROD DIA. | TD±.001 | TL | UT | XG | XJ |
|---|---|---|---|---|---|---|
| 1 1/2 | 5/8 | 1 | 1 | 4 | 1 3/4 | 4 1/8 |
| | 1 | | | | 2 1/8 | 4 1/2 |
| 2 | 5/8 | 1 | 1 | 4 1/2 | 1 3/4 | 4 1/8 |
| | 1 | | | | 2 1/8 | 4 1/2 |
| 2 1/2 | 5/8 | 1 | 1 | 5 | 1 3/4 | 4 1/4 |
| | 1 | | | | 2 1/8 | 4 5/8 |
| 3 1/4 | 1 | 1 | 1 | 5 3/4 | 2 1/4 | 5 |
| | 1 3/8 | | | | 2 1/2 | 5 1/4 |
| 4 | 1 | 1 | 1 | 6 1/2 | 2 1/4 | 5 |
| | 1 3/8 | | | | 2 1/2 | 5 1/4 |
| 6 | 1 3/8 | 1 3/8 | 1 3/8 | 9 1/4 | 2 5/8 | 5 7/8 |
| | 1 3/4 | | | | 2 7/8 | 6 1/8 |

# HYDRAULIC PUMP - 11

## Clevis Bracket




## Pivot Bracket




| BORE | CB | CD | CW | DD | E | FL | M | R |
|---|---|---|---|---|---|---|---|---|
| 1 1/2 | 3/4 | 1/2 | 1/2 | 17/64 | 2 | 1 1/8 | 1/2 | 1 7/16 |
| 2 | 3/4 | 1/2 | 1/2 | 23/64 | 2 1/2 | 1 1/8 | 1/2 | 1 27/32 |
| 2 1/2, 2 1/2* | 3/4 | 1/2 | 1/2 | 23/64 | 3 | 1 1/8 | 1/2 | 2 3/16 |
| 3 1/4 | 1 1/4 | 3/4 | 5/8 | 7/16 | 3 3/4 | 1 7/8 | 3/4 | 2 3/4 |
| 4 | 1 1/4 | 3/4 | 5/8 | 7/16 | 4 1/2 | 1 7/8 | 3/4 | 3 21/64 |
| 6 | 1 1/2 | 1 | 3/4 | 17/32 Clevis<br>21/32 Pivot | 6 1/2 Clevis<br>4 1/2 Pivot | 2 1/4 | 1 1/8 Clevis<br>1 1/4 Pivot | 4 7/8 |

## Rod Clevis




## Rod Eye




## Rod Coupler




| Part # Rod Clevis Rod Eye Rod Coupler | Cylinder | A | CA | CB | CD | CE | CW | KK | H | HA | HB | HC | HD | HE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DMC-2<br>DME-1<br>DMA-437 | HD1-150<br>HD1-200<br>HD1-250 | 3/4 | 1 1/2 | 3/4 | 1/2 | 1 1/2 | 1/2 | 7/16-20 | 1 1/4 | 2 | 1/2 | 3/4 | 5/8 | 1 1/8 |
| DMC-4<br>DME-2<br>DMA-750 | HD1-150 OR<br>HD1-200 OR<br>HD1-250 OR<br>HD1-325<br>HD1-400 | 1 1/8 | 2 1/16 | 1 1/4 | 3/4 | 2 3/8 | 5/8 | 3/4-16 | 1 3/4 | 2 5/16 | 5/16 | 1 1/8 | 31/32 | 1 1/2 |
| DMC-6<br>DME-3<br>DMA-1000 | HD1-325 OR<br>HD1-400 OR<br>HD-600 | 1 5/8 | 2 13/16 | 1 | 1 | 3 1/8 | 3/4 | 1-14 | 2 1/2 | 2 15/16 | 1/2 | 1 5/8 | 1 3/8 | 2 1/4 |
| DMC-7<br>DME-7<br>DMA-1250 | HD-600 OR | 1 5/8 | 3 7/16 | 2 | 1 3/8 | 4 1/8 | 1 | 1 1/4-12 | 2 1/2 | 2 15/16 | 1/2 | 1 5/8 | 1 3/8 | 2 1/4 |

Case 1:17-cv-00142-RJS Document 303-6 Filed 12/27/22 PageID.12345 Page 60 of 204
HYDRAULIC PUMP - 12


## Large Bore Cylinders For Abusive Conditions

Combining NFPA dimensional interchangeability and high quality components, the HD Large Bore Series offers excellent performance and long service life, even in the most severe of conditions. Mead offers 5", 8" , 10" and 12" bore sizes to meet your needs.

| Bore Diam. | Thrust* | Thrust Mult.** | Rod Diam. | Max. Operating Pressure Air |
|---|---|---|---|---|
| 5" | 1964 | 19.64 | 1" or 1 3/8" | 250 PSI |
| 8" | 5027 | 50.27 | 1 3/8" or 13/4" | 200 PSI |
| 10" | 7854 | 78.54 | 13/4" or 2" | 200 PSI |
| 12" | 11310 | 113.1 | 2" or 2 1/2" | 200 PSI |

*Pushing force of cylinder at 100 PSI inlet pressure. Pulling force will be about 10% less due to the displacement of the piston rod. (Use 15% when Oversized Rods are chosen) Note: Actual realizable thrust could be somewhat lower due to side loading and internal friction. It is best to oversize you cylinder by about 25% to assure smooth operation.

**To determine cylinder thrust at other inlet pressures, multiply this factor times the desired inlet pressure.

‡HD Cylinders are not rated or approved for use in a hydraulic circuit where an impulse or pressure spike may occur.

## Large Bore Cylinder Construction

**Floating Rod Bushing** – Precision machined from 150,000 PSI rated graphite filled cast iron and PTFE coated to reduce friction and extend cycle life. Bushing design "traps" lubrication in effective bearing area.

**Head, Cap & Retainer** – Precision machined from high strength 6061-T6 aluminum alloy.

**Cylinder Tube** – Precision machined from 6063-T6832 high tensile aluminum alloy and hard coat to 60 Rc for wear resistance and extended cycle life.

**Piston Rod** – Precision machined from high yield, polished and hard chrome plated steel.

**Piston & Rod Seals** – Heavy lip design Carboxilated Nitrile construction. Seals are pressure activated and wear compensating for long life. (Self lubricating material).

**Rod Wiper** – Abrasion resistant urethane provides aggressive wiping action in all environments. External lip design prevents debris from entering cylinder.

**Piston** – Precision machined from 6061-T651 alloy aluminum, provides an excellent bearing surface for extended cylinder life.

**Tie Rods** – Prestressed high carbon steel tie rod construction eliminates axial loading of cylinder tube and maintains compression on tube and end seals.

**Permanent Lubrication** – Permanently lubricated with Magna-Lube G PTFE based grease on all internal components. This is a non-migratory type high performance grease providing outstanding service life. No additional lubrication is required.

## Dimensions

### Bottom Flush Model FB




### Double Rod Model DR




### Rod End Flange Model FH (5"Bore Only)




### Blind End Flange Model FR (5"Bore Only)




| BORE | ROD DIA | A | AA | B | BB | C | CB | CD | CW | DD | E | EE | E/2 | F | FB | FH | FL | G | J | K | KK | L | LB | M | MM | NT | P | R | RM | SB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1 STD | 1.13 | 5.8 | 1.50 | 1.81 | .50 | 1.25 | .75 | .63 | .50-20 | 5.50 | .50 | 2.75 | .63 | .56 | .63 | 1.88 | .175 | .125 | .44 | .75-16 | 1.25 | 4.50 | .88 | 1 | .63-11 | 3 | 4.10 | 2.75 | .81 |
| | 1.38 OR | 1.63 | | 2 | | .63 | | | | | | | | | | | | | | | 1-14 | | | | 1.38 | | | | 3.50 | |
| 8 | 1.38 STD | 1.63 | 9.1 | 2 | 2.31 | .63 | 1.50 | 1 | .75 | .63-18 | 8.50 | .75 | 4.25 | .63 | .69 | .63 | N/A | 2 | 1.50 | .56 | 1-14 | 1.50 | 5.13 | 1 | 1.38 | .75-10 | 3.38 | 6.44 | 3.50 | .81 |
| | 1.75 OR | 2 | | 2.38 | | .75 | | | | | | | | | | | | | | | 1.25-12 | | | | 1.75 | | | | | |
| 10 | 1.75 STD | 2 | 11.2 | 2.38 | 2.69 | .75 | 2 | 1.38 | 1 | .75-16 | 10.6 | 1 | 5.31 | .63 | .81 | .63 | N/A | 2.25 | 2 | .69 | 1.25-12 | 2.13 | 6.38 | 1.38 | 1.75 | 1-8 | 4.31 | 7.92 | 3.50 | |
| | 2 OR | 2.25 | | 2.63 | | .88 | | | | | | | | .75 | | .75 | | | | | 1.50-12 | | | | 2 | | | | 5 | |
| 12 | 2 STD | 2.25 | 13.3 | 2.63 | 2.69 | .88 | 2.50 | 1.75 | 1.25 | .75-16 | 12.75 | 1 | 6.38 | .75 | .81 | .75 | N/A | 2.25 | 2 | .69 | 1.50-12 | 2.25 | 6.88 | 1.75 | 2 | 1-8 | 4.81 | 9.40 | 5 | |
| | 2.50 OR | 3 | | 3.13 | | 1 | | | | | | | | | | | | | | | 1.88-12 | | | | 2.50 | | | | | |



Confidential BGSE_00429006_0227

# HYDRAULIC PUMP - 13

## How To Order

**HD-800 x 10 - FB - DR**

**Base Model**
- HD-500 (5" Bore)
- HD-800 (8" Bore)
- HD-1000 (10" Bore)
- HD-1200 (12" Bore)

**Stroke**
State Fractional Strokes as decimals (i.e. 10.5)

**Mounting**

| | Description | NFPA Code | Restrictions |
|---|---|---|---|
| FB | Four tapped holes in bottom | MS-4 | None |
| FH | Flange Plate extends beyond front head | MF-1 | None |
| FR | Flange Plate extends beyond rear head | MF-2 | None |
| FT | Lugs extend from bottom of head | MS-2 | None |
| PB | Two Ears extend from rear head (detachable) | MP-1 | 12" Not Available |
| PF | Two Ears extend from rear head | MP-2 | None |
| TIF | Four Tie Rods extend forward | MX-3 | None |
| TF | Pivot bars extend from two sides of front head | MT-1 | None |
| TR | Pivot bars extend from two sides of rear head | MT-2 | None |

**Options**

| | |
|---|---|
| DR | Double Rod |
| VI | Viton Seals |
| CF | Front Cushions |
| CR | Rear Cushions |
| CB | Cushions Both Ends |
| MP | Magnetic Piston |

**Foot Mount Model FT**




**Clevis Mount Model PB**




**Clevis Mount Model PF**




**Tie Rods Extended Front Model TIF**




**Trunnion Front Mount Model TF**




**Trunnion Rear Mount Model TR**




**Note: Consult factory for additional mounting options.**

| BORE | ROD DIA | SH | SN | SS | ST | SU | SW | SZ | TD | TE | TF | TK | TL | TN | TS | UF | UM | US | UT | V | W | XC | XD | XG | XJ | XS | XT | Y | ZB | ZF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 1 STD | 275 | 2.88 | 3.73 | 1 | 1.06 | .69 | .56 | 1 | | 6.63 | 1 | 1 | 2.69 | 6.88 | 7.63 | 8.25 | 8.25 | 7.50 | .25 | .75 | 7.13 | 7.75 | 2.25 | 5.25 | 2.06 | 2.44 | 2.38 | 6.31 | 6.50 |
| | 1.38 OR | | | | | | | | | | | | | | | | | | | .38 | 1 | 7.38 | 8 | 2.50 | 5.50 | 2.31 | 2.69 | 2.63 | 6.56 | 6.75 |
| 8 | 1.38 STD | 425 | 3.25 | 3.75 | 1 | 1.31 | .69 | .81 | 1.38 | 7.57 | N/A | 1.13 | 1.38 | 4.50 | 9.88 | N/A | 12.50 | 11.25 | 11.25 | .38 | 1.63 | 8.25 | N/A | 2.63 | 6 | 2.31 | 2.81 | 2.75 | 7.31 | 6.75 |
| | 1.75 OR | | | | | | | | | | | | | | | | | | | .50 | 1.88 | 8.50 | N/A | 2.88 | 6.25 | 5.56 | 3.06 | 3 | 7.56 | 7 |
| 10 | 1.75 STD | | 4.13 | | | | | | | 9.40 | N/A | 1.50 | | 5.50 | | N/A | | | | .50 | 1.88 | 10.38 | N/A | | | | 3.13 | 3.06 | 8.94 | 8.25 |
| | 2 OR | | | | | | | | | | | | | | | | | | | .38 | 2 | 10.50 | N/A | | | | 3.25 | 3.19 | 9.06 | 8.38 |
| 12 | 2 STD | | 4.63 | | | | | | | 11.1 | N/A | 1.50 | | 7.25 | | N/A | | | | .38 | 2 | 11.13 | N/A | | | | 3.25 | 3.19 | 9.56 | 8.88 |
| | 2.50 OR | | | | | | | | | | | | | | | | | | | .50 | 2.25 | 11.38 | N/A | | | | 3.50 | 3.44 | 9.81 | 9.13 |

HYDRAULIC PUMP - 14

Form No. 3096-AA

STONE®
SPX Hydraulic Technologies
5885 11th Street
Rockford, IL 61109-3699 USA
stonehydraulics.com

Tech. Services: (800) 477-8326
Fax: (800) 765-8326
Order Entry: (800) 541-1418
Fax: (800) 288-7031

# INSTALLATION INSTRUCTIONS FOR KN_




## BEFORE ASSEMBLY:

1. CHECK THAT KIT CONTAINS THESE ITEMS:

| QTY | DESCRIPTION |
|---|---|
| 1 | ENDHEAD |
| 1 | TANK O-RING |
| 1 | SHAFT SEAL |
| 3 | PLUGS |

2. CHECK THAT RESERVOIR O-RING AND SHAFT SEAL ARE CORRECTLY SEATED IN THE ENDHEAD.

3. TANK O-RING, SHAFT SEAL AND PLUGS (3) INSTALLED IN KN10 ONLY.

## RECOMMENDED NEXT STEP:

1. MOUNT PUMP TO ENDHEAD.

| Sheet No. | 1 of 1 |
|---|---|
| Rev. 6 | Date: 23 Aug 2011 |

# INSTALLATION INSTRUCTIONS FOR KP__

# HYDRAULIC PUMP - 15

160




BEFORE ASSEMBLY:

1. CHECK THAT KIT CONTAINS THESE ITEMS:

| QTY | DESCRIPTION |
|---|---|
| 1 | PUMP |
| 2 | *FLAT WASHER |
| 2 | * *MOUNTING BOLT |

* WASHERS ARE SUPPLIED WITH SOME PUMP DISPLACEMENTS. IF SUPPLIED THEY MUST BE USED.

* * USE CAUTION WHEN ASSEMBLING ENDHEAD MAY USE M8 OR 5/16 BOLTS

2. CHECK THAT PUMP SIDE OF ENDHEAD IS FREE FROM DAMAGE AND DEBRIS.
3. CHECK THAT TWO O-RINGS ARE CORRECTLY SEATED IN EACH END OF PUMP.
4. IF THIS PUMP IS TO BE USED WITH KU_, FOLLOW THE INSTRUCTIONS INCLUDED WITH KU_.

ASSEMBLY INSTRUCTIONS:

**CAUTION**

1. CAUTION: CARELESS INSTALLATION OF PUMP SHAFT THROUGH SHAFT SEAL WILL CAUSE SEAL DAMAGE AND OIL LEAKS.

INSERT PUMP SHAFT THROUGH SHAFT SEAL IN ENDHEAD UNTIL PUMP IS FLUSH WITH ENDHEAD. KEEP SHAFT CORRECTLY ALIGNED THROUGHOUT.

**CAUTION**

2. CAUTION: BOLTS ARE GRADE 5. DO NOT SUBSTITUTE.

* ALLOWING PUMP TO FIND ITS OWN CENTER, INSTALL TWO MOUNTING BOLTS AND WASHERS(IF SUPPLIED) BY HAND THEN TIGHTEN TO 12-15 FT LBS.

RECOMMENDED NEXT STEP:

1. MOUNT MOTOR TO ENDHEAD.

DWG NO. 3098-AA REV 2 KIT NO. KP__

5/4/2009 4:36:48 PM - -

5-1/2 WIDE

161

# INSTALLATION INSTRUCTIONS KM97

## HYDRAULIC PUMP - 16




8-1/2 LONG

BEFORE ASSEMBLY:

1. CHECK THAT KIT CONTAINS THESE ITEMS:

| QTY | DESCRIPTION | QTY | DESCRIPTION | QTY | DESCRIPTION |
|---|---|---|---|---|---|
| 2 | COUPLING, MOTOR | 1 | MOTOR ADAPTOR | 4 | 1/4 WASHER |
| 4 | 3/8-16 BOLT | 4 | 3/8 LOCKWASHER | 4 | 1/4-20 BOLT |
| 3 | COUPLING, PUMP | 4 | COUPLING, SPIDER | 4 | 1/4 LOCKWASHER |
| | | 4 | 3/8 FLATWASHER | | |

2. CHECK THAT PUMP IS INSTALLED.

ASSEMBLY INSTRUCTIONS:

**CAUTION**

1. THE FLATWASHER MUST BE BETWEEN LOCKWASHER AND PLASTIC ADAPTOR. OVERTIGHTING WILL CRACK ADAPTOR.

   ATTACH MOTOR ADAPTOR TO ENDHEAD WITH FOUR 1/4 -20 BOLTS, LOCKWASHERS, AND FLATWASHERS. TIGHTEN TO 5 FT LBS.
2. DETERMINE WHICH MOTOR COUPLING FITS YOUR MOTOR AND WHICH PUMP COUPLING IS NEEDED TO PROVIDE THE CORRECT LENGTH.
3. ASSEMBLE CORRECT COMBINATION OF PUMP COUPLINGS, CORRECT MOTOR COUPLING AND COUPLING SPIDER TOGETHER, BACK OUT SETSCREW.
4. PLACE COUPLING ASSEMBLY ONTO MOTOR SHAFT WITH KEY INSTALLED IN KEYWAY.
5. INSERT MOTOR INTO ADAPTOR, ENGAGING COUPLING WITH PUMP SHAFT. FASTEN MOTOR TO ADAPTOR WITH 3/8-16 BOLTS, FLATWASHERS, AND LOCKWASHERS, AND TIGHTEN TO 10 FT LBS.
6. THRU ADAPTOR SLOT, TURN SHAFT TO SETSCREW, AND PUSH WHOLE COUPLING TOWARDS PUMP UNTIL IT STOPS. TIGHTEN ALLEN SCREW.

RECOMMENDED NEXT STEP:

1. INSTALL INTEGRAL VALVES.

| CHECK | DATE | DWG NO. | REV |
|---|---|---|---|
| | | 3120-BA | B |

FORM SIZE: 8-1/2 X 5-1/2

5/4/2009 2:01:23 PM - -

162

5/4/2009 12:00:19 PM

BGSE_00429006_0232

HYDRAULIC PUMP - 17

8.50

11.00

## INSTALLATION INSTRUCTIONS FOR KC07




BEFORE ASSEMBLY:

1. CHECK THAT KIT CONTAINS THESE ITEMS:

| QTY | DESCRIPTION | QTY | DESCRIPTION |
|---|---|---|---|
| 1 | CARTRIDGE CHECK VALVE | 1 | BALL |
| 4 | SPRING | 1 | VALVE PLUG |
| 1 | VALVE CAP | 1 | ADJ. SCREW |

2. INSPECT VALVE CAVITIES FOR CONTAMINATION. REMOVE DIRT AND DEBRIS.

ASSEMBLY INSTRUCTIONS:

1. INSTALL CARTRIDGE CHECK AND VALVE PLUG BY HAND THEN TIGHTEN TO 10-15 FT LBS USING 7/8" WRENCH.

2. SELECT CORRECT COLOR-CODED SPRING FROM THE FOUR SUPPLIED.

BLUE 500-1000 PSI
GREEN 1000-2000 PSI
RED 2000-3000 PSI
BLACK 3000- UP PSI

NOTE: YELLOW SPRING IS NOW GREEN. YELLOW AND GREEN SPRINGS ARE IDENTICAL IN USE.

INSTALL BALL, SPRING, AND ADJUSTMENT SCREW AS SHOWN. SET RELIEF VALVE CAP TO ONE SIDE, TO BE INSTALLED AFTER THE RELIEF VALVE HAS BEEN SET.

RECOMMENDED NEXT STEP:

1. INSTALL DIRECTIONAL CONTROL VALVE, IF REQUIRED. OTHERWISE INSTALL PLUMBING.

REV B 3112-AA

LETTER AFTER DIMENSION DEFINES TOLERANCE AS FOLLOWS:

A +/- .00015
B +/- .0003
C +/- .0005
D +/- .001
E +/- .002
F +/- .005
G +/- .010
H +/- .020
J +/- .030
K +/- .050

ANGULAR TOL. +/- 1/2°
THIRD ANGLE PROJECTION

THIS PRINT IS LOANED SUBJECT TO RECALL AT ANY TIME AND WITH THE UNDERSTANDING THAT IT WILL NOT BE USED IN ANY WAY DETRIMENTAL TO THE INTERESTS OF FENNER FLUID POWER, INC.

| DRAWN | DATE | CHECKED | DATE |
|---|---|---|---|
| GEC | 13-JUN-94 | | |

USED ON

HT.TRT. FINISH

MATERIAL

SUPERCEDES

SUPERCEDED BY

CHANGE: GREEN SPRING WAS YELLOW

TITLE: FORM INSTRUCTION KC07

| SCALE | DRAWING NO. | REV |
|---|---|---|
| NONE | 3112-AA | B |

Fenner Fluid Power

5885 11TH STREET
ROCKFORD, IL. 61109 U.S.A.

ASHTON ROAD
ROMFORD, RM3 8UA. ENGLAND

163

# HYDRAULIC PUMP - 18

5-1/2 WIDE

8-1/2 LONG

## INSTALLATION INSTRUCTIONS FOR KV

| SOURCE LOCALLY | |
|---|---|
| INLET HOSE, 5/8"ø ID (7/8ø OD) CLEAR VINYL TUBE | RETURN TUBE, 3/8"ø OD STEEL TUBE |




BEFORE ASSEMBLY:

1. CHECK THAT KIT CONTAINS ALL THESE ITEMS:

| QTY | DESCRIPTION |
|---|---|
| 1 | FILTER |
| 1 | SUCTION COVER |
| 2 | SCREW |

| QTY | DESCRIPTION |
|---|---|
| 1 | PIPE FITTING |
| 1 | BOLT |
| 1 | WASHER |
| 1 | CABLE TIE |

| QTY | DESCRIPTION |
|---|---|
| 2 | CLAMP |
| 1 | COMPRESSION NUT |
| 1 | COMPRESSION SLEEVE |
| 1 | PLUMBING MAGNET |

ASSEMBLY INSTRUCTIONS:

1. ATTACH SUCTION COVER WITH THE TWO SCREWS, TIGHTEN TO 4-6 FT LBS. INSTALL BOLT AND WASHER, TIGHTEN TO 5-7 FT LBS
2. CUT INLET HOSE(LOCALLY SOURCED) AND RETURN TUBE(LOCALLY SOURCED) TO LENGTH DESIRED.
3. ATTACH FILTER TO PIPE FITTING AND THEN TO INLET HOSE.
4. ATTACH INLET HOSE TO SUCTION COVER. USE CLAMPS TO HOLD IN PLACE.
5. INSERT RETURN TUBE, SECURE WITH COMPRESSION SLEEVE AND NUT, TIGHTEN TO 3-5 FT LBS.
6. ATTACH PLUMBING MAGNET WITH CABLE TIE AS SHOWN.

RECOMMENDED NEXT STEP:

1. INSTALL RESERVOIR ONTO ENDHEAD.

| CHECK | DATE | DWG NO. | KIT NO. | REV |
|---|---|---|---|---|
| | | 3124-AA | KV | D |

FORM SIZE 8-1/2 X 5-1/2

5/4/2009 1:24:53 PM - -

5-1/2 WIDE

164

# HYDRAULIC PUMP - 19

## INSTALLATION INSTRUCTIONS FOR KR4




8-1/2 LONG

BEFORE ASSEMBLY:

1. CHECK THAT KIT CONTAINS THESE ITEMS:

| QTY | DESCRIPTION |
|---|---|
| 1 | RESERVOIR |
| 4 | SCREW |
| 1 | BREATHER |

| QTY | DESCRIPTION |
|---|---|
| 1 | MAGNET |
| 1 | PLUG |

2. INSPECT ENDHEAD O-RING FOR DAMAGE.
3. VERIFY THAT PUMP AND PLUMBING HAVE BEEN INSTALLED.
4. CHECK THAT RESERVOIR IS CLEAN.

ASSEMBLY INSTRUCTIONS:

1. PLACE MAGNET INSIDE RESERVOIR AT BOTTOM AS SHOWN.
2. LIGHTLY OIL RESERVOIR O-RING.
3. PLACE RESERVOIR OVER MOUNTING PILOT, ALIGN SCREW HOLES AND PRESS DOWN UNTIL RESERVOIR EARS MEET ENDHEAD.
4. FASTEN RESERVOIR TO ENDHEAD WITH FOUR SCREWS, TIGHTEN TO 2-3 FT LBS.
5. INSTALL BREATHER AND PIPE PLUG IN THEIR REQUIRED POSITIONS.
6. SOME RESERVOIRS ARE PROVIDED WITH A MOUNTING TAB AT THE CLOSED END. THIS TAB MAY REQUIRE SHIMMING DURING UNIT INSTALLATION FOR PROPER ALIGNMENT. FASTENERS AND SHIMS MUST BE SOURCED LOCALLY.

RECOMMENDED NEXT STEP:

1. FILL RESERVOIR WITH CLEAN OIL.
2. TEST AND SET RELIEF VALVE.

| CHECK | DATE | DWG NO. | KIT NO. | REV |
|---|---|---|---|---|
| | | 3128-AA | KR4 | C |

FORM SIZE: 8-1/2 X 5-1/2

5/4/2009 1:32:43 PM - -








**Class I, Div. 1 & 2, Groups C,D**
**Class I, Zones 1 & 2, Groups IIB, IIA**
**Class II, Div. 1 & 2, Groups E,F,G**
**Class III, Div. 1 & 2**
**Suitable for wet locations**
**Marine**
**NEMA 3, 4, 4X**
**Factory Sealed**

UL Listed - Files E10514 and E91793 (Marine)

CSA Certified - File LR11713

## FEATURES-SPECIFICATIONS

**HOSTILE*LITE*®**

### Applications

HOSTILE*LITE*® EM, EB, & EQ Series fixtures are designed for installations where moisture, dirt, dust, corrosion and vibration may be present, or NEMA 3 and 4x areas where wind, water, snow or high ambients can be expected. They can be used in locations made hazardous due to the presence of flammable or explosive gases, vapors and combustible dusts as defined by the NEC.

Applications include classified areas such as paint manufacturing plants, ammunition facilities, oil and gas producing and refining plants, off-shore and dockside installations, tank farms, pipeline pumping stations and marine loading and fuel transfer terminals.

### Features:

- Four light sources—Incandescent, compact fluorescent, high pressure sodium and metal halide
- Mounting choice—Pendant, ceiling, 25° stanchion or 90° wall mount, all with "wireless" design that allows fast, easy fixture installation
- Factory sealed—No external seal needed. Simply wire mounting cap and thread on fixture to install
- Compact size—Medium base incandescent and HID lamps, plus PL fluorescent lamps allow smaller fixture design
- Corrosion resistant—Copper-free aluminum die-cast construction. Baked powder epoxy finish, electrostatically applied. Exposed hardware is 316 grade stainless steel

### Accessories

- Available with or without guard, standard dome or 25° angle reflector, exit sign and inner colored globes

### Compliances

- UL-844 Electric Lighting Fixtures for use in Hazardous Locations
- UL Marine Type Electric Lighting Fixtures
- UL-1598 Standard for Fluorescent, Incandescent and HID fixtures
- CSA C22.2 no. 137-M1981 Electric Luminaires for use in Hazardous Locations
- NEMA 3, 4, 4X, 7CD, 9EFG

### Catalog Number Logic

E 0 0 00 0 00 0 - 00 (CEN)*

**Series Constant** — E

**Lamp Base**
**M**—Medium Base
**B**—Bi-Pin Base
**Q**—Quad-Pin Base

**Lamp Type**
**I**—Incandescent
**F**—Fluorescent (lamp included)
**S**—HPS
**H**—MH

**Lamp Wattage**
**15**—150W, A-21, INC
**20**—300W, PS-25, INC
**30**—300W, PS-30, INC
**13**—(1) 13W, Bi-Pin FLUOR
**26**—(2) 13W Bi-Pin EBF or (1) Quad-Pin EQF 26 Watt FLUOR
**32**—Quad-Pin FLUOR
**42**—Quad-Pin FLUOR
**52**—Quad-Pin FLUOR (2 X 26)
**64**—Quad-Pin FLUOR (2 X 32)
**84**—Quad-Pin FLUOR (2 X 42)
**35**—35W, HPS
**05**—50W, HPS, MH
**07**—70W, HPS, MH
**10**—100W, HPS, MH
**15**—150W, HPS

**Voltage @ 60 Hertz** Ⓥ
**0**—Quadri-Volt (120, 208, 240, 277)
**1**—120
**4**—277
**5**—480
**6**—347 Canada (70,100MH/HPS)
**30**—120-277 50/60 Hz EQF Series Only

**Mounting Type**
**A2**—3/4" Pendant
**A3**—1" Pendant
**X2**—3/4" Ceiling
**X3**—1" Ceiling
**B2**—3/4" Bracket
**B3**—1" Bracket
**D4**—1-1/4"/1-1/2" Stanchion

**Guard**
**G**—Omit G if guard is not required

**Options**
**ML**—UL Marine Listing for EMI. Standard on EMS, EMM and EMH. Not available on EBF, EQF
**SU103**—Assembled w/Lamp

**CEN (CENELEC) approval option available on certain models. See page L144 for more information.*
*Ⓥ Consult factory for available lamp and voltage combinations.*

HUBBELL KILLARK®



Pendant



Ceiling



Wall



Stanchion

**Class I, Div. 1 & 2, Groups C,D**
**Class I, Zones 1 & 2, Groups IIB, IIA**
**Class II, Div. 1 & 2, Groups E,F,G**
**Class III, Div. 1 & 2**
**Suitable for wet locations**
**Marine**
**NEMA 3, 4, 4X**
**Factory Sealed**

UL Listed - Files E10514 and E91793 (Marine)

CSA Certified - File LR11713

## FEATURES-SPECIFICATIONS

**EM 35-150W MEDIUM BASE HIGH PRESSURE SODIUM①④**

| LAMP TYPE | LAMP WATTS | ANSI LAMP TYPE | VOLTAGE @60 HERTZ | CATALOG NUMBER④ | | | |
|---|---|---|---|---|---|---|---|
| | | | | PENDANT 3/4"② | CEILING 3/4"② | WALL 3/4"② | STANCHION 1-1/4"③ |
| HPS | 35 | S-76 | 120 | EMS351A2G | EMS351X2G | EMS351B2G | EMS351D4G |
| | 50 | S-68 | 120, 208, 240, 277 | EMS050A2G | EMS050X2G | EMS050B2G | EMS050D4G |
| | 70 | S-62 | 120, 208, 240, 277 | EMS070A2G | EMS070X2G | EMS070B2G | EMS070D4G |
| | 70 | S-62 | 480 | EMS075A2G | EMS075X2G | EMS075B2G | EMS075D4G |
| | 100 | S-54 | 120, 208, 240, 277 | EMS100A2G | EMS100X2G | EMS100B2G | EMS100D4G |
| | 100 | S-54 | 480 | EMS105A2G | EMS105X2G | EMS105B2G | EMS105D4G |
| | 150 | S-55 | 120 | EMS151A2G | EMS151X2G | EMS151B2G | EMS151D4G |

**EM 50-100W MEDIUM BASE METAL HALIDE①④**

| LAMP TYPE | LAMP WATTS | ANSI LAMP TYPE | VOLTAGE @60 HERTZ | CATALOG NUMBER④ | | | |
|---|---|---|---|---|---|---|---|
| | | | | PENDANT 3/4"② | CEILING 3/4"② | WALL 3/4"② | STANCHION 1-1/4"③ |
| MH | 50 | M-110 | 120, 208, 240, 277 | EMH050A2G | EMH050X2G | EMH050B2G | EMH050D4G |
| | 70 | M-98 | 120, 208, 240, 277 | EMH070A2G | EMH070X2G | EMH070B2G | EMH070D4G |
| | 100 | M-90 | 120, 208, 240, 277 | EMH100A2G | EMH100X2G | EMH100B2G | EMH100D4G |

① *See Hazardous Location Application Data on page L144-145 for specific suitabilities.*
② *For 1" pendant, ceiling and wall hubs, substitute "3" for "2" in catalog number; example:* **EMS351A3G**.
③ *Stanchion conduit hub size supplied is 1-1/2" with 1-1/2" to 1-1/4" reducer for 1-1/4" mounting. (refer to catalog logic).*
④ *Luminaire catalog numbers include guards. To order luminaire without guard, omit last letter "G" from catalog number.*
*NOTE: Reflectors must be ordered separately (see page L140). All luminaires are designed for mounting with lamp in base up position.*

L

HUBBELL
KILLARK

PNUMATIC LIFT

Extension force range **34 to 562 lbs** (150 to 2,500 N)

Dimensions in **inches** and (mm)







| Model | Stroke | L extended |
|---|---|---|
| AGS-28-100 | **3.94** (100) | **10.31** (262) |
| AGS-28-200 | **7.87** (200) | **18.19** (462) |
| AGS-28-300 | **11.81** (300) | **26.06** (662) |
| AGS-28-400 | **15.75** (400) | **33.94** (862) |
| AGS-28-500 | **19.69** (500) | **41.81** (1062) |

## Ordering Example

AGS-28-400-AB-V-2500

- Gas spring (push type)
- Body dia. (mm)
- Stroke length (mm)
- Piston rod end fitting
- Body end fitting
- Adjustable
- Fixed (F)
- Nominal Force $F_1$(N)

The end fittings are combinable.
Special stroke lengths are available upon request.
Consult factory for price and availability.

## Technical Data

Self-contained and maintenance free.

**Mounting position:** Can be mounted in any position, but we recommend mounting with rod downward so that damping is effective at end of extension stroke.

**Force progression:** approximately 82-87%

**Temperature range:** **-22 to +176°F** (-30 to +80°C) with special seals **up to +392°F (+200°C)**

**Fluid:** nitrogen gas and oil (for end position damping)

**Force range:** **22 to 562 lbs** (100 to 2500 N)

**Material:** Treated steel rod for corrosion protection and precision steel body

**End fittings:** zinc plated steel

**Options:** without damping, extended length damping, special force curves, special lengths, alternative end fittings, M10 adjusting knob

**Mounting bracket:** A end fitting adapts to mounting bracket GSB-05

***See page 101 for mounting bracket information***

**Caution:** attempting to adjust gas springs without the proper factory approved adjustment knob could result in serious harm or injury.




Optional M10 adjustment knob for adjusting gas pressure on adjustable models only



June 28, 2013

ACE Controls Inc. · **800-521-3320** · **(248) 476-0213** · Fax (248) 476-2470 · www.acecontrols.com · email: shocks@acecontrols.com

**EXB DIMENSIONS**

| CATALOG NUMBER | INTERNAL DIMENSIONS (INCHES) PAN | | AVAILABLE FOR DEVICES | | | EXTERNAL DIMENSIONS (INCHES) | | | MOUNTING DIMENSIONS (INCHES) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J | K | L | M |
| EXB-664 N34 | 5 | 5 | 5.73 | 5.73 | 4.31 | 10.32 | 10.32 | 6.09 | N/A | 4.00 | 7.88 | N/A | 0.19 |
| EXB-684 N34 | 5 | 7 | 5.75 | 7.75 | 4.18 | 10.25 | 12.25 | 6.12 | N/A | 6.00 | 7.88 | N/A | 0.19 |
| EXB-6124 N34 | 5 | 11 | 5.75 | 11.75 | 4.25 | 10.69 | 16.69 | 7.00 | N/A | 7.82 | 7.88 | N/A | 0.19 |
| EXB-886 N34 | 7 | 7 | 7.59 | 7.59 | 6.06 | 12.32 | 12.32 | 8.09 | N/A | 6.00 | 9.88 | N/A | 0.19 |
| EXB-8104 N34 | 7 | 9 | 7.73 | 9.73 | 4.06 | 12.32 | 14.32 | 6.32 | N/A | 8.00 | 9.88 | N/A | 0.19 |
| EXB-8106 N34 | 7 | 9 | 7.59 | 9.59 | 6.06 | 12.32 | 14.32 | 8.32 | N/A | 8.00 | 9.88 | N/A | 0.19 |
| EXB-8126 N34 | 7 | 11 | 8 | 12 | 6.38 | 13.25 | 17.25 | 8.70 | 3.82 | 7.82 | 10.38 | 14.38 | 0.19 |
| EXB-8128 N34 | 7 | 11 | 8 | 12 | 8.38 | 13.25 | 17.25 | 10.70 | 3.82 | 7.82 | 10.38 | 14.38 | 0.19 |
| EXB-10106 N34 | 9 | 9 | 10 | 10 | 6.20 | 15.25 | 15.25 | 8.90 | 4.94 | 4.94 | 12.94 | 12.94 | 0.25 |
| EXB-10108 N34 | 9 | 9 | 10 | 10 | 8.20 | 15.25 | 15.25 | 10.90 | 4.94 | 4.94 | 12.94 | 12.94 | 0.25 |
| EXB-10146 N34 | 9 | 13 | 10 | 14 | 6.20 | 15.25 | 19.25 | 8.90 | 4.94 | 8.94 | 12.94 | 16.94 | 0.25 |
| EXB-10148 N34 | 9 | 13 | 10 | 14 | 8.20 | 15.25 | 19.25 | 10.90 | 4.94 | 8.94 | 12.94 | 16.94 | 0.25 |
| EXB-12126 N34 | 10.5 | 10.5 | 11.5 | 11.5 | 6.00 | 16.38 | 16.38 | 8.69 | 6.94 | 6.94 | 14.94 | 14.94 | 0.25 |
| EXB-12128 N34 | 10.5 | 10.5 | 11.37 | 11.37 | 8.00 | 16.38 | 16.38 | 10.69 | 6.94 | 6.94 | 14.94 | 14.94 | 0.25 |
| EXB-12186 N34 | 10 | 16 | 11.5 | 17.5 | 6.00 | 16.38 | 22.38 | 9.06 | 6.94 | 12.88 | 14.94 | 20.88 | 0.25 |
| EXB-12188 N34 | 10 | 16 | 11.37 | 17.37 | 8.00 | 16.38 | 22.38 | 11.06 | 6.94 | 12.88 | 14.94 | 20.88 | 0.25 |
| EXB-12246 N34 | 10.25 | 22.25 | 11.5 | 23.5 | 6.00 | 16.38 | 28.38 | 9.32 | 6.94 | 18.88 | 14.94 | 26.88 | 0.25 |
| EXB-12248 N34 | 10.25 | 22.25 | 11.37 | 23.37 | 8.00 | 16.38 | 28.38 | 11.32 | 6.94 | 18.88 | 14.94 | 26.88 | 0.25 |
| EXB-122412 N34 | 10.25 | 22.25 | 11.37 | 23.37 | 12.00 | 16.38 | 28.38 | 15.32 | 6.94 | 18.88 | 14.94 | 26.88 | 0.25 |
| EXB-12368 N34 | 11 | 35 | 12 | 36 | 8.12 | 17.25 | 41.25 | 11.40 | 7.00 | 31.00 | 15.00 | 39.00 | 0.25 |
| EXB-123610 N34 | 11 | 35 | 12 | 36 | 10.12 | 17.25 | 41.25 | 13.40 | 7.00 | 31.00 | 15.00 | 39.00 | 0.25 |
| EXB-14146 N34 | 13 | 13 | 14 | 14 | 6.20 | 19.25 | 19.25 | 9.40 | 9.00 | 9.00 | 17.00 | 17.00 | 0.25 |
| EXB-14148 N34 | 13 | 13 | 14 | 14 | 8.20 | 19.25 | 19.25 | 11.40 | 9.00 | 9.00 | 17.00 | 17.00 | 0.25 |
| EXB-16166 N34 | 14 | 14 | 15.5 | 15.5 | 6.00 | 20.38 | 20.38 | 9.19 | 10.94 | 10.94 | 18.94 | 18.94 | 0.25 |
| EXB-16168 N34 | 14 | 14 | 15.37 | 15.37 | 8.00 | 20.38 | 20.38 | 11.19 | 10.94 | 10.94 | 18.94 | 18.94 | 0.25 |
| EXB-16248 N34 | 15 | 23 | 16 | 24 | 8.12 | 21.25 | 29.25 | 12.00 | 11.38 | 19.38 | 19.38 | 27.38 | 0.25 |
| EXB-162410 N34 | 15 | 23 | 16 | 24 | 10.12 | 21.25 | 29.25 | 14.00 | 11.38 | 19.38 | 19.38 | 27.38 | 0.25 |
| EXB-18186 N34 | 17 | 17 | 18 | 18 | 6.12 | 23.25 | 23.25 | 10.00 | 13.38 | 13.38 | 21.38 | 21.38 | 0.25 |
| EXB-18188 N34 | 17 | 17 | 18 | 18 | 8.12 | 23.25 | 23.25 | 12.00 | 13.38 | 13.38 | 21.38 | 21.38 | 0.25 |
| EXB-18248 N34 | 16.38 | 22.13 | 17.37 | 23.37 | 8.00 | 22.38 | 28.38 | 11.75 | 13.00 | 19.00 | 21.00 | 27.00 | 0.25 |
| EXB-182410 N34 | 16.38 | 22.13 | 17.23 | 23.23 | 10.00 | 22.38 | 28.38 | 13.75 | 13.00 | 19.00 | 21.25 | 27.00 | 0.25 |
| EXB-18308 N34 | 16 | 29 | 17.87 | 30.8 | 8.00 | 22.37 | 35.37 | 12.37 | 13.25 | 26.5 | 21.00 | 34.50 | 0.25 |
| EXB-18368 N34 | 16 | 34 | 17.37 | 35.37 | 8.00 | 22.38 | 40.38 | 12.38 | 13.25 | 31.50 | 21.00 | 39.50 | 0.25 |
| EXB-183610 N34 | 16 | 34 | 17.23 | 35.23 | 10.00 | 22.38 | 40.38 | 14.38 | 13.25 | 31.50 | 21.25 | 39.50 | 0.25 |
| EXB-203611 N34 | 18.75 | 34.75 | 20.14 | 36.14 | 11.13 | 26.44 | 42.44 | 15.56 | 15.75 | 31.75 | 23.75 | 39.75 | 0.25 |
| EXB-24248 N34 | 22.25 | 22.25 | 23.37 | 23.37 | 8.06 | 28.38 | 28.38 | 12.19 | 19.50 | 19.50 | 27.50 | 27.50 | 0.25 |
| EXB-242410 N34 | 22.25 | 22.25 | 23.23 | 23.23 | 10.06 | 28.38 | 28.38 | 14.19 | 19.50 | 19.50 | 27.50 | 27.50 | 0.25 |
| EXB-24308 N34 | 23 | 29 | 24 | 30 | 8.12 | 29.25 | 35.25 | 12.40 | 19.56 | 25.56 | 27.56 | 33.56 | 0.25 |
| EXB-24368 N34 | 23 | 35 | 24 | 36 | 8.12 | 29.25 | 41.25 | 12.40 | 19.56 | 31.56 | 27.56 | 39.56 | 0.25 |
| EXB-243610 N34 | 23 | 35 | 24 | 36 | 10.12 | 29.25 | 41.25 | 14.40 | 19.56 | 31.56 | 27.56 | 39.56 | 0.25 |

*Full dimensional details are available on .DFX or .DWG format. See Killark web site.*




** Mounting lug opening 7/16" for boxes up to and including 8128 and 9/16" for boxes 10 x 10 and larger*

E

HUBBELL KILLARK



QUANTUM

Class I, Div. 1 & 2,
Groups B①,C,D
Class I, Zones 1 & 2,
Groups IIB+$H_2$, IIA
Class II, Div. 1 & 2,
Groups E,F,G
Class III, Div. 1 & 2
ENCL TYPE 3, 4, 4X
NEMA 3, 4, 4X②,
7(B,C,D), 9(E,F,G)
CENELEC/ATEX/IEC Ex
Ex d IIB + H2 T5 or T6
Ex tD A21 IP66
Tamb ≤ + 60°C

**ATEX / IEC Ex Certified**

#UL886 - Outlet Boxes and Fittings for use in Hazardous (Classified) Locations. File #E10514

#UL698 & #UL1203 - Explosion Proof and Dust Ignition Proof Electrical Equipment. Files #E83969 & E12379

#C22.2 No. 30-M1986 -Explosion Proof Enclosure for use in Class I Hazardous Locations. FILE #LR11716

CENELEC II 2 GD

PTB 07 ATEX 1025U (Empty Housing)
PTB 07 ATEX 1024x (Enclosure with Controls)
IEC Ex 07.0022U
IEC Ex 07.0023

## Applications

- Locations made hazardous due to the presence of flammable gases or vapors, combustible dust, or easily ignitable fibers and flyings, and areas which are subject to corrosion, weather and dampness
- Petroleum Refineries, Chemical and Petrochemical plants with indoor and outdoor processes
- Applications requiring junction, pull and/or splices boxes
- Enclosure to house control stations, meters, relays, starters, circuit breakers, terminal blocks and other equipment or devices

> **• Global applications (ATEX)**
> **Enclosures are available for global applications with "CEN" suffix. Assemblies that are modified to CENELEC/ATEX standards maintain their North American certifications.**

- Enclosures are available blank or with factory modifications, options and accessories. See catalog pages E17-E22 for additional details

## FEATURES-SPECIFICATIONS

### Features

- Copper-Free Cast Aluminum Construction. High strength, lighter in weight, corrosion resistant
- Fewer Cover Bolts. Computer-aided design lessens the number of cover bolts by eliminating corner bolts. Reduces installation and maintenance time
- Gasketed Flange. Nitrile (BUNA-N) "O" ring gasket is located inside bolt circle to prevent water seeping into enclosure
- Ductile Mounting Lugs. Lugs are made of ductile aluminum alloy to adjust to irregular mounting surfaces without damaging enclosure. Enclosure size 8x12x6 and larger furnished with bi-directional mounting lugs which may be positioned either vertically or horizontally to facilitate mounting
- Hinges. All enclosure sizes 8x12x6 and larger are supplied as standard with hinges mounted on the left side. Smaller enclosures are drilled for field installation of two Killark HINGE-9 assemblies or can be installed at factory by adding SU2 to catalog number. For hinges to be located in other positions, specify when ordering
- Recessed Flange Notches. Flanges are notched to allow for easier cover opening with prying instrument without flange damage
- Conduit Openings. Enclosures are cast with wall thickness suitable for drilling and tapping of conduit openings in all sides and back of boxes. Conduit size and location information is found on dimensional chart (see page E32). Conduits can be factory or field installed
- Mounting Pan Bosses. Mounting pan bosses are pre-drilled at factory for field mounting of optional mounting pan

### Material/Finish

- Enclosure: Copper-free aluminum (less than 4/10 of 1%)
- Hinges: Aluminum with stainless steel hardware
- Steel Cover Bolts
- Optional Mounting Pans: Sheet aluminum
- Optional Windows: Tempered soda lime glass
- Aluminum Lacquer Paint Finish Standard

① *Conduits must be sealed within 18" for Group B applications.*
② *NEMA 4X with optional SU-1 modification.*

E

HUBBELL KILLARK

# NEMA 7 J BOXES - 3



2

**Hazardous Location Limit Switches**



## Contents

| *Description* | *Page* |
|---|---|
| Hazardous Location Limit Switches | |
| Product Selection | V8-T2-93 |
| Technical Data and Specifications | V8-T2-94 |
| Dimensions | V8-T2-91 |

## Hazardous Location Limit Switches

### Product Description

Type LX, CX and CBX limit switches by Eaton's electrical sector are designed for extreme environmental service in NEMA 7–9 locations where the danger of an internal or external explosion of flammable gases, vapors, metal alloy or grain dust exists. Type CB provides excellent corrosion resistant properties in NEMA 4X applications. Markets served include mining, grain storage, forest products, petrochemical, pharmaceutical and waste and sewage management.

### Features

- Sealed and unsealed versions available
- One-way gasket on sealed version keeps liquids out, yet allows a harmless release of gases in the event of an internal explosion
- Silicon bronze housing provides excellent corrosion resistant properties in extreme NEMA 4X applications
- Temperature buildup on limit switch surface is dissipated by housing design and materials used
- Utilizes the operating heads and internal switch mechanisms of the 10316 L non plug-in line

### Standards and Certifications

- cUL

c UL Listed

### NEMA Ratings Comparison

| Switch Type | | | |
|---|---|---|---|
| LX | CX | CBX | CB ① |
| **NEMA 1, 4, 13** | | | |
| — | ✔ | ✔ | ✔ |
| **NEMA 4X** | | | |
| — | — | ✔ | ✔ |
| **NEMA 7 Division I, Class I, BCD** | | | |
| ✔ | ✔ | ✔ | — |
| **NEMA 9 Division I, Class II, EFG** | | | |
| ✔ | ✔ | ✔ | — |

*Note*

① Not rated for explosive locations.

**DANGER**

**THIS SENSOR IS NOT A SAFETY DEVICE AND IS NOT INTENDED TO BE USED AS A SAFETY DEVICE. This sensor is designed only to detect and read certain data in an electronic manner and perform no use apart from that, specifically no safety-related use. This sensor product does not include self-checking redundant circuitry, and the failure of this sensor product could cause either an energized or de-energized output condition, which could result in death, serious bodily injury, or property damage.**

For the most current information on this product, visit our Web site: www.eaton.com

For Customer Service in the U.S. call 1-877-ETN CARE (386-2273), in Canada call 1-800-268-3578. For Application Assistance in the U.S. and Canada call 1-800-426-9184.

LIMIT SWITCH - 2



## Product Selection

### Complete Assembled Switches with Spring Return Heads ①

**Operating Data—Nominal**

| *Head Type* | Travel to Operate Contacts | Travel to Reset Contacts | Total Travel | Force to Operate Contacts | Minimum Return Force | Body Type | Contacts | Catalog Number |
|---|---|---|---|---|---|---|---|---|
| **Side Rotary Operated** ②  | **Standard, 10° Pre-Travel** ③ | | | | | | | |
| | 10° | 4° | 50° | 3.0 in-lbs | 4.5 in-oz | Type LX | 1NO-1NC ④ | **10316H1002** |
| | | | | | | | 2NO | **10316H1039** |
| | | | | | | | 1NO and 1NC ④ | **10316H1049** |
| | | | | | | | 2NC | **10316H1059** |
| | | | | | | Type CX | 1NO-1NC ④ | **10316H2200** |
| | | | | | | | 1NO and 1NC ④ | **10316H2176** |
| | | | | | | | 2NC | **10316H2178** |
| | | | | | | Type CB | 1NO-1NC ④ | **10316H2149** |
| | | | | | | | 2NC | **10316H2140** |
| | | | | | | Type CBX | 1NO-1NC ④ | **10316H2168** |
| | | | | | | | 2NC | **10316H2159** |
| | **Narrow Differential 5° Pre-Travel** ③ | | | | | | | |
| | 5° | 2° | 50° | 6.0 in-lbs | 4.5 in-oz | Type LX | 1NO-1NC ④ | **10316H1146** |
| | | | | | | Type CX | 1NO-1NC ④ | **10316H2197** |
| | **Neutral Position, 18° Pre-Travel** ⑤ | | | | | | | |
| | 18° | 6° | 50° | 1.8 in-lbs | 2.5 in-oz | Type LX | 2NO | **10316H1071** |
| | | | | | | | 2NC | **10316H1072** |
| | | | | | | Type CX | 2NO | **10316H2179** |
| | | | | | | Type CBX | 2NC | **10316H2160** |
| **Side Push Operated**  | **Pushbutton** | | | | | | | |
| | 0.07 in (1.8 mm) | 0.03 in (0.76 mm) | 0.29 in (7.4 mm) | 4 lbs | 8 oz | Type LX | 1NO and 1NC ④ | **10316H1213** |
| | **Adjustable Pushbutton** | | | | | | | |
| | 0.07 in (1.8 mm) | 0.03 in (0.76 mm) | 0.29 in (7.4 mm) | 4 lbs | 8 oz | Type LX | 1NO-1NC ④ | **10316H1192** |
| | **Vertical Roller, 0.44 in (11.2 mm) Diameter** | | | | | | | |
| | 0.07 in (1.8 mm) | 0.03 in (0.76 mm) | 0.29 in (7.4 mm) | 4 lbs | 8 oz | Type LX | 1NO-1NC ④ | **10316H1007** |
| | **Vertical Roller, 0.75 in (19.1 mm) Diameter** | | | | | | | |
| | 0.07 in (1.8 mm) | 0.03 in (0.76 mm) | 0.29 in (7.4 mm) | 4 lbs | 8 oz | Type LX | 1NO-1NC ④ | **10316H1194** |

***Notes***

① Contact Eaton's Sensor Applications Engineering at 1-800-426-9184 for replacement contact blocks.
② For operating levers, see **Page V8-T2-80**. Only levers with Nylatron rods or rollers should be used with explosion-proof limit switches.
③ Field convertible to clockwise only or counterclockwise only operation.
④ 1NO-1NC contacts must be same polarity when both circuits are used—1NO and 1NC contacts have isolated poles and may be used on opposite polarity.
⑤ Neutral position switches operate one circuit in each direction.

2

# LIMIT SWITCH - 3

## Complete Assembled Switches with Spring Return Heads, continued ①

**Operating Data—Nominal**

| *Head Type* | Travel to Operate Contacts | Travel to Reset Contacts | Total Travel | Force to Operate Contacts | Minimum Return Force | Body Type | Contacts | Catalog Number |
|---|---|---|---|---|---|---|---|---|
| **Top Push Operated** | **Pushbutton** | | | | | | | |
|  | 0.04 in (1 mm) | 0.02 in (0.5 mm) | 0.28 in (7.1 mm) | 4 lbs | 8 oz | Type LX | 1NO-1NC ② | **10316H1004** |
| | | | | | | Type CX | 1NO and 1NC ② | **10316H2188** |
| | **Adjustable Pushbutton** | | | | | | | |
| | 0.04 in (1 mm) | 0.02 in (0.5 mm) | 0.28 in (7.1 mm) | 4 lbs | 8 oz | Type LX | 1NO-1NC ② | **10316H1191** |
| | | | | | | | 1NO and 1NC ② | **10316H1212** |
| | **Roller, 0.44 in (11.2 mm) Diameter** | | | | | | | |
| | 0.04 in (1 mm) | 0.02 in (0.5 mm) | 0.28 in (7.1 mm) | 4 lbs | 8 oz | Type LX | 1NO-1NC ② | **10316H1006** |
| | | | | | | Type CBX | 1NO-1NC ② | **10316H2170** |
| | **Roller, 0.75 in (19.1 mm) Diameter** | | | | | | | |
| | 0.04 in (1 mm) | 0.02 in (0.5 mm) | 0.28 in (7.1 mm) | 4 lbs | 8 oz | Type LX | 1NO-1NC ② | **10316H1193** |
| **Wobble Operated** | **Spring** | | | | | | | |
|  | 10° ③ | 6° | 15° | 1 in-lb | 2.4 in-oz | Type LX | 1NO-1NC ② | **10316H1237** |
| | **Nylon Rod** | | | | | | | |
| | 10° ③ | 6° | 15° | 2 in-lbs | 5.6 in-oz | Type LX | 1NO-1NC ② | **10316H1009** |

### Technical Data and Specifications

## Hazardous Location Limit Switches

| Description | Specification |
|---|---|
| Material of construction | |
| LX, CX | Cast aluminum die cast |
| CB, CBX | Silicon bronze |
| Conduit entrance | |
| LX | 1/2 in pipe tap |
| CB, CBX, CX | 3/4 in pipe tap |
| Mounting | Surface mount |
| Enclosure rating | |
| LX, CX, CBX | NEMA 7 Div. 1, Class I BCD; NEMA 9 Div. 1, Class II, EFG ④ |
| CB, CBX | NEMA 1, 4, 4X, 13 ④ |
| CX | NEMA 1, 4, 13 ④ |
| Ambient operating temperature | –20° to 200°F (–29° to 93°C) ⑤ |
| Approximate shipping weight | |
| LX | 2 lbs |
| CX | 2.5 lbs |
| CB, CBX | 6 lbs |

***Notes***

① Contact Eaton's Sensor Applications Engineering at 1-800-426-9184 for replacement contact blocks.
② 1NO-1NC contacts must be same polarity when both circuits are used—1NO and 1NC contacts have isolated poles and may be used on opposite polarity.
③ Travel with force applied at one-in (25.4 mm) radius. Applied at end of operator, travel is approximately 14.
④ A conduit seal-off kit is required for these switches.
⑤ Ranges below 32°F (0°C) are based on absence of freezing moisture or water.

UNIONS USED REF

**GU/UN SERIES • FITTINGS**
**UNIONS**






•GUF/GUM/UNF/UNY 1/2", 3/4", & 1"
Class I, Div. 1 & 2, Groups A,B,C,D
Class I, Zone I, IIC, IIB, IIA
Class I, Zone 1, Groups IIC, IIB, IIA
Class II, Div. 1 & 2, Groups E,F,G
Class III
•GUF/GUM/UNF/UNY 1-1/4" through 4"
Class I, Div. 1 & 2, Groups C,D
Class I, Zone I, IIB, IIA
Class I, Zone 1, Groups IIB, IIA
Class II, Div. 1 & 2, Groups E,F,G
Class III

Listed File No. E 10514
Certified File No. LR11716

## FEATURES-SPECIFICATIONS

### Applications
- UNY and UNF unions are used to connect two pieces of conduit or attach conduit to junction boxes, fittings, or devices
- Permits removal of equipment without turning or removal of conduit

### Features
- Threaded for rigid conduit or IMC
- Tapered threads (NPT)
- Strong and durable construction

### Material/Finish
Copper-free Aluminum — 1/2"- 4" (less than 4/10 of 1%)
- Natural Finish

Iron — 1-1/4"- 4"
Steel — 1/2", 3/4", 1"
- Zinc electro-plate

### Third-Party Standards
- UL Standard 886
- CSA Standard C22.2 No. 30

For ATEX and IECEx certified unions, add suffix - EX to the catalog number.
Example: GUF-1-EX
File nos. ITS09ATEX16417U
IECExITS09.0024U
Ex II2G
Ex d IIC

**FEMALE TO FEMALE**

| CATALOG NUMBER KILLARK ALUM. | DURALOY IRON | HUB SIZE | A DIAMETER | B LENGTH |
|---|---|---|---|---|
| | | | 1-1/2"(38) | 1-7/8"(48) |
| GUF-1① | UNF1① | 1/2" | 1-3/4"(44) | 1-15/16"(49) |
| GUF-2① | UNF2① | 3/4" | 2"(51) | 2-7/16"(62) |
| GUF-3① | UNF3① | 1" | 2-3/8"(60) | 2-1/2"(63) |
| GUF-4 | UNF4 | 1-1/4" | 2-5/8"(67) | 2-1/2"(63) |
| GUF-5 | UNF5 | 1-1/2" | 3-1/4"(82) | 2-5/8"(67) |
| GUF-6 | UNF6 | 2" | 4-1/2"(114) | 3-3/32"(78) |
| GUF-7 | UNF7 | 2-1/2" | 5-3/8"(136) | 3-1/16"(78) |
| GUF-8 | UNF8 | 3" | 6-1/4"(159) | 3-9/16"(90) |
| GUF-9 | UNF9 | 3-1/2" | 6-1/4"(159) | 3-9/16"(90) |
| GUF-0 | UNF0 | 4" | | |

**MALE TO FEMALE**

| | | | | |
|---|---|---|---|---|
| ~~GUM-1①~~ | UNY1① | 1/2" | ~~1-1/2"(38)~~ | 2-3/16"(55) |
| ~~GUM-2①~~ | UNY2① | 3/4" | ~~1-3/4"(44)~~ | 2-3/8"(60) |
| ~~GUM-3①~~ | UNY3① | 1" | ~~2"(51)~~ | 2-3/4"(70) |
| ~~GUM-4~~ | UNY4 | 1-1/4" | ~~2-3/8"(60)~~ | 2-15/16"(75) |
| ~~GUM-5~~ | UNY5 | 1/2" | ~~2-5/8"(67)~~ | 2-15/16"(75) |
| ~~GUM-6~~ | UNY6 | 2" | ~~3-1/4"(82)~~ | 3-1/4"(82) |
| ~~GUM-7~~ | UNY7 | 2-1/2" | ~~4-1/2"(114)~~ | 4-9/32"(109) |
| ~~GUM-8~~ | UNY8 | 3" | ~~5-3/8"(136)~~ | 4-1/4"(108) |
| ~~GUM-9~~ | UNY9 | 3-1/2" | ~~6-1/4"(159)~~ | 4-1/2"(114) |
| ~~GUM-0~~ | UNY0 | 4" | ~~6-1/4"(159)~~ | 4-1/2"(114) |

**90° ANGLE UNION**

| CATALOG NUMBER KILLARK ALUM. | DURALOY IRON | HUB SIZE | DIMENSIONS A | B | C |
|---|---|---|---|---|---|
| GUML-1 | GUML-1M | 1/2" | 2-1/2"(64) | 1-1/2"(38) | 1-3/4"(44) |
| GUML-2 | GUML-2M | 3/4" | 2"(51) | 1-1/2"(38) | 1-5/8"(42) |

①UL & CSA suitable for Class I, Groups A, B, C, D.

Dimensions




HUBBELL KILLARK



ENY ENY with Nipple
(For Vertical or Horizontal Conduit)



EYS EYS with Nipple
(For Vertical or Horizontal Conduit)

**ENY-1, 2, 3, 4, 5, 6**
**Class I, Div. 1 & 2, Groups A,B,C,D**
**Class I, Zone 1, Groups IIC, IIB, IIA**
**Class II, Div. 1 & 2, Groups E,F,G**
**Class III**

**EYS Series**
**Class I, Div. 1 & 2, Groups C,D**
**Class I, Zone 1, Groups IIB, IIA**
**Class II, Div. 1 & 2, Groups E,F,G**
**Class III**

UL Listed File No. E10514
SP Certified File No. LR11716
See files for details or call Killark.

## FEATURES-SPECIFICATIONS

**Material/Finish**

**Copper-free Aluminum**
(less than 4/10 of 1%)
- Electrostatically applied powder coating

**Duraloy Iron**
- Tri-Coat Finish of electrozinc, chromate sealant, and electrostatically applied powder coating

| ENY SEALING FITTINGS | | | | | | ENY WITH NIPPLE | |
|---|---|---|---|---|---|---|---|
| HUB SIZE | CATALOG NUMBER | | DIMENSIONS | | TURNING RADIUS | CATALOG NUMBER | |
| | KILLARK ALUMINUM | DURALOY IRON | A | B | | KILLARK ALUMINUM | DURALOY IRON |
| 1/2" | ENY-1 | ENY-1M | 3-15/16"(100) | 1-13/16"(46) | 1-3/16"(30) | ENY-1-T | ENY-1-TM |
| 3/4" | ENY-2 | ENY-2M | 4-1/16"(103) | 2-1/16"(52) | 1-9/32"(33) | ENY-2-T | ENY-2-TM |
| 1" | ENY-3 | ENY-3M | 4-25/32"(121) | 2-11/32"(60) | 1-13/32"(36) | ENY-3-T | ENY-3-TM |
| 1-1/4" | ENY-4 | ENY-4M | 5-3/8"(137) | 3"(76) | 1-25/32"(45) | ENY-4-T | ENY-4-TM |
| 1-1/2" | ENY-5 | ENY-5M | 5-11/16"(144) | 3-1/4"(83) | 1-29/32"(48) | ENY-5-T | ENY-5-TM |
| 2" | ENY-6 | ENY-6M | 6-3/8"(162) | 3-15/16"(100) | 2-5/16"(59) | ENY-6-T | ENY-6-TM |

| EYS SEALING FITTINGS | | | | | | EYS WITH NIPPLE | |
|---|---|---|---|---|---|---|---|
| HUB SIZE | CATALOG NUMBER | | DIMENSIONS | | TURNING RADIUS | CATALOG NUMBER | |
| | KILLARK ALUMINUM | DURALOY IRON | A | B | | KILLARK ALUMINUM | DURALOY IRON |
| 1/2" | EYS-1 | — | 3-15/16"(100) | 1-13/16"(46) | 1-3/16"(30) | EYS-1-T | — |
| 3/4" | EYS-2 | — | 4-1/16"(103) | 2-1/16"(52) | 1-9/32"(33) | EYS-2-T | — |
| 1" | EYS-3 | — | 4-25/32"(121) | 2-11/32"(60) | 1-13/32"(36) | EYS-3-T | — |
| 1-1/4" | EYS-4 | — | 5-3/8"(137) | 3"(76) | 1-25/32"(45) | EYS-4-T | — |
| 1-1/2" | EYS-5 | — | 5-11/16"(144) | 3-1/4"(83) | 1-29/32"(48) | EYS-5-T | — |
| 2" | EYS-6 | — | 6-3/8"(162) | 3-15/16"(100) | 2-5/16"(59) | EYS-6-T | — |
| 2-1/2" | EYS-7 | EYS-7M | 7-5/8"(194) | 4-1/2"(114) | 4-1/8"(105) | EYS-7-T | EYS-7-TM |
| 3" | EYS-8 | EYS-8M | 7-5/8"(194) | 4-1/2"(114) | 4-3/8"(111) | EYS-8-T | EYS-8-TM |
| 3-1/2" | EYS-9 | EYS-9M | 7-1/8"(181) | 5-3/16"(132) | 4-3/4"(121) | EYS-9-T | EYS-9-TM |
| 4" | EYS-0 | EYS-0M | 7-1/8"(181) | 5-3/16"(132) | 4-3/4"(121) | EYS-0-T | EYS-0-TM |

**Dimensions**




**ENY Series**




**EYS Series**

HUBBELL
KILLARK

REMOTE CONTROL

# RCEL006 - RCEL250

## Electric Actuator



- For On-Off and modulation
- 13 sizes with torques from 58 Nm to 2452 Nm
- Dome type position indicator for high visualization
- Heavy duty motor for duty cycle S2 100 % (RCEL006-009) and S2 50 % (RCEL 015 -250)
- Manual override with auto declutching lever for handwheel
- Auxiliary Limit Switches, 4 pcs standard
- Optional accessories available on request
- Robust actuator in anodized and epoxy-polyester coated aluminium
- Enclosure IP67. Optional Explosion Proof EEx d II B T4
- After sales support, technical advice, start-up, training and service

June 28, 2013

REMOTE CONTROL

# RCEL006 - RCEL250

Ref No 611A/ Art No 980611

| Actuator Type | Torque Nm | 1-phase 230V 50 Hz | 3-phase 440V 50 Hz | 24 VDC | EEx d IIB T4 | Accessories PIU | CPT | PCU PB90 | LCU | Mounting, mount kits act/valve (2 |
|---|---|---|---|---|---|---|---|---|---|---|
| RCEL 006, F07 | 58 | | N/A | | | | (1 | (1 | (1 | |
| RCEL 009, F07 | 88 | | | | | | (1 | (1 | (1 | |
| RCEL 015, F07 + F10 | 147 | 2.5amp | | | | | (1 | (1 | (1 | |
| RCEL 019, F07 + F10 | 186 | | | | | | (1 | (1 | (1 | |
| RCEL 028, F10 + F12 | 274 | | | N/A | | | (1 | (1 | (1 | |
| RCEL 038, F10 + F12 | 373 | | | N/A | | | (1 | (1 | (1 | |
| RCEL 050, F10 + F12 | 490 | | | N/A | | | (1 | (1 | (1 | |
| RCEL 060, F12 + F14 | 588 | | | N/A | | | (1 | (1 | (1 | |
| RCEL 080, F12 + F14 | 785 | | | N/A | | | (1 | (1 | (1 | |
| RCEL 100, F12 + F14 | 981 | | | N/A | | | (1 | (1 | (1 | |
| RCEL 150, F14 | 1471 | | | N/A | N/A | | (1 | (1 | (1 | |
| RCEL 200, F16 | 1962 | | | N/A | N/A | | (1 | (1 | (1 | |
| RCEL 250, F16 | 2452 | | | N/A | N/A | | (1 | (1 | (1 | |

**1)** Not EEx proof
**2)** Valve type, brand and size to be advised

| ACCESSORIES | |
|---|---|
| PIU | Potentiometer kit, 1 kOhm |
| CPT | Current Position Transmitter, 4-20 mA feed back signal |
| PCU PB90 | Positioner with feed back signal 4-20 mA |
| LCU | Local Control Unit |
| Mounting / mounting kits actuator - valve | |

**Remote Control**
Kontrollvägen 15
SE-791 45 FALUN
Sweden
Tel +46 (0)23-587 00
Fax +46 (0)23-587 45
www.remotecontrol.se
info @remotecontrol.se

**Remote Control**
Gutenbergstr. 22
DE-41564 Kaarst-Büttgen
Germany
Tel +49 (0)2131-795 760
Fax +49 (0)2131-795 7615
www.remotecontrol.de

**Remote Control**
Unit 40, Trent Valley Works,
Station Road, Rugeley
Staffordshire WS15 3HB
England
Tel +44 (0)1889-576 888
Fax +44 (0)1889-577 676
www.remotecontrol.co.uk

**Remote Control**
67 Ubi Crescent, #01-07
Techniques Centre
Singapore 408560
Tel +65 6848 7150
Fax +65 6746 5815
www.remotecontrol.com.sg

**Remote Control**
PO Box 275
386 Dry Bridge Rd
North Kingstown, RI 02852
USA
Tel +1 (401) 294-1400
Fax +1 (401) 294-3388
www.rciactuators.com

June 28, 2013

N

# CAS BUTTERFLY VALVE

CHALLENGER




June 28, 2013

# CAS BUTTERFLY VALVE - 2

Challenger Valve

Bulletin No.
BFV-102AR1

## DESIGN FEATURES 2" - 12"

**Standard Materials** (Special Options Available on Request)

**Body:** (Conforms to API Standard 609 Category A)
Cast Iron - A.S.T.M. A126-B
Ductile Iron - A.S.T.M. A536

**Disc:**
Ductile Iron - A.S.T.M. A536
Ductile Iron - Nickel/Brite Nickel
Ductile Iron - Nylon II Coated
316 Stainless Steel - A.S.T.M. CF8M

**Stem:**
416 Stainless Steel
316 Stainless Steel - A.S.T.M. A276 Type 316

**Pressure Rating:**
Both Wafer and Lug Pattern Valves are rated at 225 p.s.i. (1,575 Kpa), Dead End with Downstream Flange removed.

**Seat:**

Ethylene Propylene Diene Monomer (E.P.D.M.), Food Grade
Maximum Temperature = 120°C (250°F)
Minimum Temperature = -40°C (-40°F)
Suitable for most general applications, including sanitary.
Recommended where abrasion is present.
**Not suitable for hydrocarbon service.**

Nitrile Butadiene (Buna-N), Food Grade
Maximum Temperature = 100°C (212°F)
Minimum Temperature = -17°C (0°F)
Suitable for general applications, including sanitary and some hydrocarbon services.

Viton
Maximum Temperature = 202°C (400°F)
Minimum Temperature = 0°C (32°F)
Recommended for high aromatic gasolines, jet fuel and high temperature applications.
**Not suitable for low temperature applications.**

**Velocity Limits:**
Challenger Butterfly Valves are suitable for the following pipeline velocities
Fluid - 30 ft./sec. (10 m/s)
Gases - 200 ft./sec. (65 m/s)

**Valve Weights - Lbs.**

| SIZE | 2" | 2.5" | 3" | 4" | 5" | 6" | 8" | 10" | 12" |
|---|---|---|---|---|---|---|---|---|---|
| FIG. 10 | 7 | 8 | 10 | 12 | 16 | 20 | 35 | 50 | 87 |
| FIG. 20 | 9 | 10 | 12 | 17 | 21 | 27 | 42 | 63 | 110 |

**Valve Components:**

| Item | Qty. | Description |
|---|---|---|
| (1) | 1 | Body |
| (2) | 1 | Seat |
| (3) | 1 | Disc |
| (4) | 1 | Stem |
| (5) | 1 | Stem Seal |
| (6) | 1 | Stem Bushing |
| (7) | 1 | Retaining Washer |
| (8) | 1 | Circlip |




June 28, 2013

CAS BUTTERFLY VALVE -3

Challenger Valve

Bulletin No. BFV-102B

## DESIGN FEATURES 2" - 12" CONTINUED




**(A) Body**

One-piece wafer (Series 10) or full lug (Series 20) with flange locating holes (Series 10) or tapped lugs (Series 20) conforming to A.N.S.I. 125/150 drillings.
Face to face conforms to MSS-SP-67 for universal interchangeability.
Extended neck design allows for a minimum or 2" (5 cm) of piping insulation.

**(B) Actuator Mounting Flange**

Designed to conform to universal standard I.S.O. 5211 for direct mounting of compatible manual or power actuation equipment.

**(C) Stem Seal**

The double "U" cup seal design is self-adjusting and gives positive sealing in both directions to prevent external substances from entering the stem area.

**(F) Stem Bushing**

The Heavy Duty acetal bushing aligns and supports the stem and absorbs side thrust associated with power actuators.

**(H) Disc**

The single piece casting is spherically machined, radiused and polished for extended seat life and bubble tight shut-off.



**(D & E) Stem Retaining System**

The valve stem is securely contained in the body by means of a stainless steel retaining washer, broached to fit over the flats on the top of the stem. The retaining washer is held in place by a high strength circlip that is fixed into a machined groove in the neck of the valve.
This design permits quick and easy shaft removal without the need for special tools.

June 28, 2013

CAS BUTTERFLY VALVE - 4



Challenger Valve

**Bulletin No. BFV-102C**

## DESIGN FEATURES 2" - 12" CONTINUED

### (G) Seat

**(1)** The unique epsilon seat design has four retaining points, virtually eliminating any seat movement during the seating and un-seating of the disc.
The Challenger Series 20 (full lug design) provides full rating with the down stream flange removed.




**(2)** The double moulded-in "O" rings are precisely positioned to allow the flange to firmly lock the seat into the fully machined dove-tail to achieve maximum seat and sealing compression without the need for flange gaskets.
This unique feature allows the use of slip-on type flanges, without de-rating the valve.




**(3)** Both the upper and lower shaft journals have a moulded-in double "O" ring secondary seal, isolating the media from the body cavity in the event of a primary seal failure.




### (I & J) Stem & Disc Drive Connection

The close tolerance double "D" disc/stem connection features all of the benefits of a high strength one piece design without the disadvantages associated with designs using taper pins or disc screws, which often fail through abrasion, corrosion or fatigue.



### (K & L) "Challenger" Valves Have Primary & Secondary Sealing Features

The primary seal on the Challenger valve is obtained by an interference fit between the moulded flat on the seat and the hub of the disc.

The secondary seal is obtained by an interference fit between the stem and the moulded-in "O" rings on the upper and lower shaft journals.

**Seating capabilities on this design do not rely on external flanging.**



CAS BUTTERFLY VALVE - 5



Challenger Valve

Bulletin No. BFV-104

## RATED FLOW CO-EFFICIENT $C_V$

| Size In. | DISC POSITION (Degrees) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 |
| 2" | 7 | 16 | 28 | 49 | 77 | 128 | 198 | 219 |
| 2.5" | 10 | 23 | 42 | 68 | 108 | 178 | 288 | 316 |
| 3" | 15 | 36 | 65 | 109 | 167 | 278 | 427 | 498 |
| 4" | 26 | 61 | 108 | 178 | 275 | 458 | 715 | 815 |
| 5" | 43 | 98 | 177 | 278 | 447 | 737 | 1095 | 1290 |
| 6" | 59 | 138 | 247 | 398 | 637 | 1097 | 1590 | 1895 |
| 8" | 108 | 247 | 437 | 687 | 1100 | 1795 | 2790 | 3290 |
| 10" | 178 | 396 | 705 | 1100 | 1795 | 2995 | 4590 | 5390 |
| 12" | 256 | 587 | 995 | 1697 | 2695 | 4398 | 6790 | 7990 |
| 14" | 336 | 767 | 1395 | 2202 | 3395 | 5595 | 8990 | 9990 |
| 16" | 435 | 995 | 1789 | 2810 | 4496 | 7410 | 11000 | 13100 |
| 18" | 568 | 1290 | 2285 | 3605 | 5810 | 9620 | 15100 | 18000 |
| 20" | 708 | 1595 | 2990 | 4600 | 7215 | 12000 | 18100 | 22100 |
| 24" | 1000 | 2300 | 4000 | 6400 | 10000 | 16500 | 24200 | 30100 |
| 30" | 1500 | 3600 | 6200 | 9900 | 16100 | 26300 | 40000 | 47000 |
| 36" | 2600 | 5200 | 9100 | 15000 | 23150 | 38000 | 60000 | 70000 |
| 42" | 3000 | 7000 | 12000 | 19500 | 31200 | 51400 | 80000 | 93000 |
| 48" | 4000 | 9000 | 16000 | 25200 | 40000 | 66000 | 102000 | 120000 |

$C_V$ = The volume of water in U.S.G.P.M. that will flow through a given restriction or valve opening with a pressure drop of 1 p.s.i.

June 28, 2013

Challenger Valve

Bulletin No. BFV-105 R1

**TORQUE FOR SEATING AND UNSEATING (In.-Lbs.)**

| SIZE | WET SERVICE | | | DRY SERVICE | | |
|---|---|---|---|---|---|---|
| In. | 225 p.s.i. | 150 p.s.i. | 50 p.s.i. | 225 p.s.i. | 150 p.s.i. | 50 p.s.i. |
| 2 | 132 | N.A. | 70 | 214 | N.A. | 85 |
| 2.5 | 240 | N.A. | 82 | 280 | N.A. | 100 |
| 3 | 324 | N.A. | 146 | 444 | N.A. | 175 |
| 4 | 612 | N.A. | 175 | 690 | N.A. | 240 |
| 5 | 1,140 | N.A. | 276 | 1,220 | N.A. | 333 |
| 6 | 1,176 | N.A. | 436 | 1,332 | N.A. | 525 |
| 8 | 2,400 | N.A. | 639 | 2,710 | N.A. | 770 |
| 10 | 5,100 | N.A. | 1,250 | 5,690 | N.A. | 1,400 |
| 12 | 6,000 | N.A. | 1,590 | 6,300 | N.A. | 1923 |
| 14 | N.A. | 6,088 | 4,400 | N.A. | 9,132 | 6,576 |
| 16 | N.A. | 8,356 | 5,350 | N.A. | 12,600 | 8,020 |
| 18 | N.A. | 11,200 | 7,200 | N.A. | 16,800 | 10,750 |
| 20 | N.A. | 14,950 | 10,200 | N.A. | 22,500 | 14,340 |
| 24 | N.A. | 23,400 | 16,200 | N.A. | 35,000 | 22,450 |
| 30 | N.A. | 33,400 | 28,300 | N.A. | 50,000 | 42,500 |
| 36 | N.A. | 46,500 | 40,650 | N.A. | 69,800 | 61,000 |
| 42 | N.A. | 80,000 | 69,800 | N.A. | 120,000 | 105,000 |
| 48 | N.A. | 111,200 | 97,000 | N.A. | 167,000 | 146,000 |

Note: Torque values shown are based on the maximum shut-off pressure for both wet and dry conditions. Line pressure has significant bearing on the seating/ unseating torque. If line pressure is less, torque values will reduce accordingly. For 50 p.s.i. service, factory under-cut discs must be used.

June 28, 2013

Challenger Valve

Bulletin No. BFV-109

| BOLTING INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| Valve | No. of Bolts Req'd. | | Bolt Size | Bolt Length - inches | | |
| Size | Wafer | Lug | | Fig. A | Fig. B | Fig. C |
| (in.) | Style | Style | | Wafer | Wafer/Lug | Lug |
| 2 | 4 | 8 | 5/8"-11 | 4 | 4-3/4 | 1-1/4 |
| 2.5 | 4 | 8 | 5/8"-11 | 4-1/2 | 5-1/2 | 1-1/2 |
| 3 | 4 | 8 | 5/8"-11 | 4-1/2 | 5-1/2 | 1-1/2 |
| 4 | 8 | 16 | 5/8"-11 | 5-1/4 | 5-3/4 | 1-3/4 |
| 5 | 8 | 16 | 3/4"-10 | 5-1/4 | 6 | 2 |
| 6 | 8 | 16 | 3/4"-10 | 5-1/2 | 6 | 2 |
| 8 | 8 | 16 | 3/4"-10 | 6 | 6-1/2 | 2-1/4 |
| 10 | 12 | 24 | 7/8"-9 | 6-1/2 | 7-1/4 | 2-1/2 |
| 12 | 12 | 24 | 7/8"-9 | 7 | 7-3/4 | 2-3/4 |
| 14 | 8(A or B) + 8 C | 24 | 1"-8 | 7-1/4 | 8 | 2-3/4 |
| 16 | 8(A or B) + 8 C | 32 | 1"-8 | 8 | 8-3/4 | 3 |
| 18 | 12(A or B) + 8 C | 32 | 1-1/8"-7 | 9 | 10 | 3-/12 |
| 20 | 16(A or B) + 8 C | 40 | 1-1/8"-7 | 10-1/4 | 11-1/4 | 4 |
| 24 | 16(A or B) + 8 C | 40 | 1-1/4"-7 | 11-1/2 | 12-3/4 | 4-1/2 |
| 30 | 24(A or B) + 8 C | 56 | 1-1/4"-7 | 13-1/4 | 14-1/2 | 4-3/4 |
| 36 | 28(A or B) + 8 C | 64 | 1-1/2"-6 | 15 | 16-1/2 | 4-3/4 |
| 42 | 32(A or B) + 8 C | 72 | 1-1/2"-6 | 17-3/4 | 19-1/2 | 5-1/2 |
| 48 | 40(A or B) + 8 C | 88 | 1-1/2"-6 | 18-1/2 | 20 | 5-1/2 |




June 28, 2013

# CAS BUTTERFLY VALVE - 8

Challenger Valve

Series 10/20
CH-100

| VALVE DIMENSIONS - Inches (Imperial) | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Valve Size | A | B | C | D | E | F | G | H | Top Flange Holes | | Bolt Circle | Shaft End | | Bolting Data | | Lug Threads | Weight (Series) | |
| | | | | | | | | | Qty. | Dia. | | Dia. | x Flat | BC | # Holes | (UNC) | 10 | 20 |
| 2 | 3.5 | 1.2 | 5.5 | 1.7 | 3.7 | 2.1 | 2.2 | 1.2 | 4 | .35 | 2.75 | .551 | .370 | 4.75 | 4 | 5/8-11 | 7 | 9 |
| 2.5 | 3.5 | 1.2 | 6.0 | 1.8 | 4.4 | 2.7 | 2.6 | 2.0 | 4 | .35 | 2.75 | .551 | .370 | 5.50 | 4 | 5/8-11 | 8 | 10 |
| 3 | 3.5 | 1.2 | 6.2 | 1.8 | 5.0 | 3.2 | 3.0 | 2.7 | 4 | .35 | 2.75 | .551 | .370 | 6.00 | 4 | 5/8-11 | 10 | 12 |
| 4 | 3.5 | 1.2 | 7.0 | 2.1 | 6.2 | 4.1 | 3.7 | 3.5 | 4 | .35 | 2.75 | .748 | .500 | 7.50 | 8 | 5/8-11 | 12 | 17 |
| 5 | 3.5 | 1.2 | 7.5 | 2.2 | 7.5 | 5.1 | 4.1 | 4.6 | 4 | .35 | 2.75 | .748 | .500 | 8.50 | 8 | 3/4-10 | 16 | 21 |
| 6 | 3.5 | 1.2 | 8.0 | 2.2 | 8.3 | 6.0 | 4.8 | 5.6 | 4 | .35 | 2.75 | .866 | .625 | 9.50 | 8 | 3/4-10 | 20 | 27 |
| 8 | 5.0 | 1.2 | 9.5 | 2.4 | 10.5 | 8.0 | 5.9 | 7.6 | 4 | .43 | 4.0 | .866 | .625 | 11.75 | 8 | 3/4-10 | 35 | 42 |
| 10 | 5.0 | 1.9 | 10.7 | 2.7 | 13.0 | 9.9 | 7.8 | 9.6 | 4 | .43 | 4.0 | 1.181 | .945 | 14.25 | 12 | 7/8-9 | 50 | 63 |
| 12 | 5.0 | 1.9 | 12.2 | 3.1 | 14.8 | 11.9 | 8.9 | 11.5 | 4 | .43 | 4.0 | 1.181 | .945 | 17.00 | 12 | 7/8-9 | 87 | 110 |

Note: Dimension "H" is the chordal dimension at face of valve for disc clearance.
Dimension "D" is with the seat fully compressed between the flanges, allow approx. 3/16" for clearance.




| Item No. | Description | Material | Remarks |
|---|---|---|---|
| 1 | Shaft | | |
| 2 | C-Clip | Steel | |
| 3 | Bushing | Delrin | |
| 4 | Shaft Seal | | |
| 5 | Body | | |
| 6 | Seat | | |
| 7 | Disc | | |
| 8 | Washer | Stainless | |

| | | | |
|---|---|---|---|
| Customer: | | | |
| Project: | | | |
| Valve Sizes: | | | |
| Certified By: | | Date: | |

June 28, 2013

## SACRIFICIAL ANODES

# High Potential

## Cast Magnesium Anodes

### Delivering Superior Protection

Power in galvanic cathodic protection is generated at the anode. With Corrpro's certified line of high-potential anodes, you get the most powerful protection available today. Cast from high-purity magnesium, these anodes produce an open circuit potential of 1.75-1.77 volts, with is 20-3- percent greater than conventional magnesium anodes. This high driving voltage means greater protection can be delivered from fewer anodes. Efficiency of the anode is enhanced even further when installed in a backfill of 75% gypsum, 20% bentonite, and 5% sodium sulfate. This special mixture lowers anode-to-earth resistance, and allows electrical current to flow more easily to the targeted structure.

Corrpro certified high-potential anodes are manufactured according to strict quality control standards. Each production run of high-potential anodes is subjected to capacity, potential, and consumption analysis. This ensures the anodes you purchase will perform as specified.



### Typical Applications

High potential anodes can be used to protect most buried metallic structures found in a range of soil resistivities. Because they produce a higher driving voltage than conventional magnesum anodes, they are ideally suited for structures buried in soils with reesistivities in excess of 2,000 ohm-cm, or containing numerous corrosion "hot spots".

### CHEMICAL COMPOSITION

| Element | Content % |
|---|---|
| Al | 0.010 |
| Mn | 0.50 to 1.30 |
| Cu | 0.02 Max |
| Ni | 0.001 Max |
| Fe | 0.03 Max |
| Other | 0.05 each or 0.3 Max Total |
| Magnesium | Remainder |

CORRPRO COMPANIES INC
For Every Corner of Your World
1090 Enterprise Drive / Medina, OH 44256
Tel: 1-330-723-5082 / Fax: 1-330-723-0694
http://www.corrpro.com

June 28, 2013

SACRIFICIAL ANODES

# High Potential

## Cast Magnesium Anodes

### Ordering Procedure

Certified high-potential anodes are manufactured in a variety of dimensions and weights. To order the required anode for your structure, indicate that you need high-potential magnesium anodes, and specify the quantity desired, the anode type, and whether they should be packaged or bare. The anodes are shipped standard with 10 ft.-#12 solid TW lead wire unless otherwise specified. An example is provided to help illustrate this process.




**Ordering Procedure Example**

| ITEM | EXAMPLE |
|---|---|
| Quantity | *200* |
| Anode Material | *High-Potential Magnesium* |
| Anode Type | *17S3* |
| Packaging (Bare or Pkgd.) | *Packaged* |
| Wire: Length (10 ft. – Standard) | *10 ft.* |
| Size (#12 solid = Standard) | *#12* |
| Insulation (TW = Standard) | *TW* |

**Standard Dimensions and Shipping Weights**

| ANODE TYPE | NOMINAL DIMENSIONS in. (mm) "A" | "B" | "C" | "D" | "E" | NOMINAL WT. lbs. (kg) BARE | PKGD. |
|---|---|---|---|---|---|---|---|
| 3S3 | 3 (76) | 3 (76) | 4.5 (114) | 6.5 (165) | 6 (152) | 3 (1.4) | 9 (4.1) |
| 5S3 | 3 (76) | 3 (76) | 7.5 (191) | 13.5 (343) | 6 (152) | 5 (2.3) | 14 (6.4) |
| 9S2 | 2 (51) | 2 (51) | 27 (686) | 31 (787) | 5 (127) | 9 (4.1) | 36 (16.3) |
| 9S3 | 3 (76) | 3 (76) | 13.5 (343) | 17 (432) | 6 (152) | 9 (4.1) | 24 (10.9) |
| 17S2 | 2 (51) | 2 (51) | 51 (1295) | 55 (1397) | 5 (127) | 17 (7.7) | 61 (27.7) |
| *17S3* | *3 (76)* | *3 (76)* | *25.5 (648)* | *30 (762)* | *6 (152)* | *17 (7.7)* | *42 (19.1)* |
| 20S2 | 2 (51) | 2 (51) | 60 (1524) | 62.5 (1588) | 5 (127) | 20 (9.1) | 70 (31.8) |
| 32S3 | 3 (76) | 3 (76) | 45 (1143) | 6 (1549) | 6 (152) | 32 (14.5) | 90 (40.8) |
| 32S5 | 5 (127) | 5 (127) | 21 (533) | 30 (762) | 8 (203) | 32 (14.5) | 70 (31.8) |
| 40S3 | 3 (76) | 3 (76) | 60 (1524) | 64(1626) | 6 (152) | 40 (18.1) | 105 (47.6) |
| 48S5 | 5 (127) | 5 (127) | 31 (787) | 34 (864) | 8 (203) | 48 (21.8) | 96 (43.6) |
| 60S4 | 4 (102) | 4 (102) | 60 (1524) | 64 (1626) | 6.75 (171) | 60 (27.2) | 130 (59.0) |

CORRPRO COMPANIES INC

For Every Corner of Your World

1090 Enterprise Drive / Medina, OH 44256
Tel: 1-330-723-5082 / Fax: 1-330-723-0694
http://www.corrpro.com

June 28, 2013

# TEST STATIONS AND JUNCTION BOXES

## Flush-To-Grade
### Cathodic Protection Test Stations



#### Suitable For Numerous Landscapes

Cathodic protection systems are utilized on structures located in water, on land, in rural, urban, industrial, and residential regions. To monitor the performance of these systems in areas where aesthetics are important or traffic flow is present, Corrpro offers flush-to-grade test stations. The stations are manufactured with tube sections made from various types of plastic materials. These special tube sections are lightweight, durable, corrosion resistant, and provide a watertight area for housing test lead terminals. Terminal boards are connected either to the test head cap or recessed into the plastic tube for easy access. The test boards can accommodate from one to nine terminals, which are made from nickel-plated brass to assure many years of accurate readings.

The quality of the lid utilized in flush-to-grade test stations is very important. The lids are the only means of identifying and locating the test stations, and provide protection against water penetration and vandalism. Corrpro flush-to-grade test stations are equipped with special locking lids, which are clearly marked for easy identification. The caps are made from either cast iron or high-impact-strength plastic, and are available with built-in magnets for locating by electromagnetic detectors.

#### Typical Applications

Corrpro flush-to-grade test stations are designed for use in areas where maintaining a landscape's aesthetic quality is important. The stations are also ideal for use in human or vehicle traffic areas, such as roads, parking lots, or sidewalks. Using the test stations, readings can be obtained to determine structure-to-soil potentials and the level of stray currents.

| Authorized Distributor for the Following Manufacturers |
|---|
| Cott Manufacturing Company |
| C. P. Test Services |
| Handley Industries |

CORRPRO COMPANIES INC
For Every Corner of Your World
1090 Enterprise Drive / Medina, OH 44256
Tel: 1-330-723-5082 / Fax: 1-330-723-0694
http://www.corrpro.com

## TEST STATIONS AND JUNCTION BOXES

# Flush-To-Grade

## Cathodic Protection Test Stations

### Ordering Procedure

The flush-to-grade test stations supplied by Corrpro are manufactured by several different companies. To order the required station for your application, indicate the brand and model desired, and specify the quantity and terminal configuration needed. An example is provided to help illustrate this process.

**Ordering Procedure Example**

| ITEM | EXAMPLE |
|---|---|
| Quantity | *200* |
| Test Station Manufacturer | *Cott* |
| Test Station Model | *Flush Fink* |
| Number of Terminals | *5* |




**Test Station Ordering Information**

| MANUFACTURER | MODEL | STANDARD TERMINAL LEADS | MAXIMUM TERMINAL LEADS |
|---|---|---|---|
| *Cott* | *Flush Fink* | *5* | *11* |
| | Street Fink | 5 | 9 |
| Handley | M2 | 2 | 2 |
| | T2 | 1, 2, 5 | 5 |
| | T4 | 1, 2, 5 | 5 |
| C. P. Test Services | NM | 4, 5, 7 | 7 |
| | Mini | 2 | 5 |
| | Glenn | 4 | 5 |

CORRPRO COMPANIES INC
For Every Corner of Your World

1090 Enterprise Drive / Medina, OH 44256
Tel: 1-330-723-5082 / Fax: 1-330-723-0694
http://www.corrpro.com

CABLE

# HMWPE

## Direct Burial Cable

### Multi-Purpose Cathodic Protection Cable

Selecting the right cable for connecting anodes, power supplies, and structures is an important pert of any cathodic protection design. Corrpro makes this selection process easy by offering a cable manufactured specifically for the cathodic protection industry. It is composed of copper wire, which is covered by high-molecular-weight polyethylene (HMWPE). The copper wire is stranded and annealed to permit extra flexibility. Because the polyethylene on the cable is approximately twice as thick as on conventional HMWPE wire, it serves as both electrical insulator and mechanical cover for the conductor. This provides Corrpro's cathodic protection cable with outstanding dielectric strength and moisture resistance. During installation, the cable can withstand considerable mechanical abuse without risk of damage to the copper electrical conductor. The polyethylene cover is also chemically resistant, and protects against most organic and inorganic substances.

Corrpro's HMWPE cable is manufactured according to strict quality control standards. The polyethylene coating is made to meet American Society for Testing Materials Standard D-1248 for plastic molding and extruded materials. In addition, routine tests are performed to ensure that the cable possesses certain mechanical and electrical properties.



### Typical Applications

HMWPE cable is offered in a variety of sizes. It can be used as a header cable on cathodic protection systems, or to make anode-lead or negative-return connections. The thick polyethylene cover permits direct burial of the cable in native soils or submersion in freshwater. The cable exhibits superior flexibility, and can be bent without risk of notch propagation. It is not recommended for use in environments containing chlorine, hydrochloric acid, or petroleum hydrocarbons.

CORRPRO COMPANIES INC
For Every Corner of Your World

1090 Enterprise Drive / Medina, OH 44256
Tel: 1-330-723-5082 / Fax: 1-330-723-0694
http://www.corrpro.com

June 28, 2013

CABLE

# HMWPE

## Direct Burial Cable

### Ordering Procedure

Corrpro's HMWPE cable is readily stocked in a range of wire sizes, and in available for immediate shipping. To order the right cable for your particular application, indicate that you need Corrpro HMWPE cable, and specify the lineal feet and wire size desired. An example is provided to help illustrate this process.

| Ordering Procedure Example | |
|---|---|
| ITEM | EXAMPLE |
| Quantity (Lineal Feet) | *2,000 ft.* |
| Wire Size | *#4 AWG* |
| Wire Type | *HMWPE* |




### HMWPE Order Information

| WIRE SIZE | | NUMBER OF STRANDS | INSULATION THICKNESS | | NOMINAL O.D. | |
|---|---|---|---|---|---|---|
| AWG | ($mm^2$) | | in. | (mm) | in. | (mm) |
| 14 | (2.5) | 7 | 0.11 | (2.794) | 0.299 | (7.59) |
| 12 | (4) | 7 | 0.11 | (2.794) | 0.31 | (7.87) |
| 10 | (6) | 7 | 0.11 | (2.794) | 0.34 | (8.64) |
| 8 | (10) | 7 | 0.11 | (2.794) | 0.36 | (9.14) |
| 6 | (16) | 7 | 0.11 | (2.794) | 0.41 | (10.41) |
| 4 | (25) | 7 | 0.11 | (2.794) | 0.46 | (11.68) |
| 2 | (35) | 7 | 0.11 | (2.794) | 0.52 | (13.21) |
| 1 | (45) | 19 | 0.125 | (3.175) | 0.59 | (14.99) |
| 1/0 | (50) | 19 | 0.125 | (3.175) | 0.63 | (16.00) |
| 2/0 | (70) | 19 | 0.125 | (3.175) | 0.67 | (17.02) |
| 4/0 | (120) | 19 | 0.125 | (3.175) | 0.78 | (19.81) |

CORRPRO COMPANIES INC
For Every Corner of Your World
1090 Enterprise Drive / Medina, OH 44256
Tel: 1-330-723-5082 / Fax: 1-330-723-0694
http://www.corrpro.com

SHOP AIR CONNECTORS

193

O

# HANSEN



PLUG- IN

AIR LINE COUPLINGS





FS 28046

GUYSON

HANSEN

AUTO-FLO

SERIES

# HANSEN AUTO-FLO

## SHOP AIR CONNECTORS - 2





### High performance quick-release couplings for compressed air connections

- Automatic, one-hand connection
- Easy to connect and disconnect
- High flow capacity
- Sleeve-guard stops accidental disconnection
- Lightweight, compact size
- Tough abuse-resistant steel sleeve
- Sockets provide instant shut-off of air on disconnection
- Corrosion-resistant internal components
- Choice of threads and hose stem connections
- Auto-Flo 24 series are interchangeable with CEJN320 and Rectus 25 series
- Auto-Flo 23 series are interchangeable with Hansen 1000/3000 series, other MIL-C-4109 interchange couplings, ARO210 and Truflate
- Immediate delivery from stock







HANSEN AUTO-FLO

# SHOP AIR CONNECTORS - 3 PLEASE PICK

## 24 SERIES

### SOCKETS

| SOCKETS with female threads | |
|---|---|
| B24AS-25F-BS | 1/4" BSP |
| B24AS-37F-BS | 3/8" BSP |
| B24AS-50F-BS | 1/2" BSP |



| SOCKETS with male threads | |
|---|---|
| B24AS-25M-BST | 1/4" BSP.Tr |
| B24AS-37M-BST | 3/8" BSP.Tr |
| B24AS-50M-BST | 1/2" BSP.Tr |



| SOCKETS with hose stems | |
|---|---|
| B24AS-25H | 1/4" |
| B24AS-31H | 5/16" |
| B24AS-37H | 3/8" |
| B24AS-50H | 1/2" |



### PLUGS

| PLUGS with female threads | |
|---|---|
| 24AP-25F-BS | 1/4" BSP |
| 24AP-37F-BS | 3/8" BSP |
| 24AP-50F-BS | 1/2" BSP |



| PLUGS with male threads | |
|---|---|
| 24AP-25M-BST | 1/4" BSP.Tr |
| 24AP-37M-BST | 3/8" BSP.Tr |
| 24AP-50M-BST | 1/2" BSP.Tr |



| PLUGS with hose stems | |
|---|---|
| 24AP-25H | 1/4" |
| 24AP-31H | 5/16" |
| 24AP-37H | 3/8" |
| 24AP-50H | 1/2" |



## 23 SERIES

### SOCKETS

| SOCKETS with female threads | |
|---|---|
| B23AS-25F-BS | 1/4" BSP |
| B23AS-25F | 1/4" NPTF |
| B23AS-37F-BS | 3/8" BSP |
| B23AS-37F | 3/8" NPTF |
| B23AS-50F-BS | 1/2" BSP |



| SOCKETS with male threads | |
|---|---|
| B23AS-25M-BST | 1/4" BSP.Tr |
| B23AS-25M | 1/4" NPTF |
| B23AS-37M-BST | 3/8" BSP.Tr |
| B23AS-37M | 3/8" NPTF |
| B23AS-50M-BST | 1/2" BSP.Tr |



| SOCKETS with hose stems | |
|---|---|
| B23AS-25H | 1/4" |
| B23AS-31H | 5/16" |
| B23AS-37H | 3/8" |
| B23AS-50H | 1/2" |



### PLUGS

| PLUGS with female threads | |
|---|---|
| 13 | 1/8" NPTF |
| GA0066214 | 1/4" BSP |
| 11 | 1/4" NPTF |
| 11G* | 1/4" NPTF |
| GA0066238 | 3/8" BSP |
| 15 | 3/8" NPTF |



| PLUGS with male threads | |
|---|---|
| 12 | 1/8" NPTF |
| 12G* | 1/8" NPTF |
| GA0066314 | 1/4" BSP.Tr |
| 10 | 1/4" NPTF |
| 10G* | 1/4" NPTF |
| GA0066328 | 3/8" BSP.Tr |
| 14 | 3/8" NPTF |
| 14G* | 3/8" NPTF |



| PLUGS with hose stems | |
|---|---|
| 16 | 1/4" |
| 16G* | 1/4" |
| 18 | 5/16" |
| 17 | 3/8" |
| 17G* | 3/8" |



BSP female threads are parallel (BS 2779/ISO R228). BSP.Tr male threads are taper (BS21/ISO R7).

* These plugs incorporate a slow-bleed valve which prevents potentially hazardous whipping of the hose end on disconnection by allowing trapped downstream air to exhaust slowly.

# APPROXIMATE DIMENSIONS

## SHOP AIR CONNECTORS - 3 PLEASE PICK

### 24 SERIES

#### SOCKETS

| Part No. | Connection Size | A | B | C |
|---|---|---|---|---|
| B24AS-25F-BS | 1/4" | 54.1mm | 23.9 | 20.6 |
| B24AS-37F-BS | 3/8" | 54.1 | 23.9 | 20.6 |
| B24AS-50F-BS | 1/2" | 62.2 | 23.9 | 26.9 |
| B24AS-25M-BST | 1/4" | 59.4 | 23.9 | 20.6 |
| B24AS-37M-BST | 3/8" | 59.4 | 23.9 | 20.6 |
| B24AS-50M-BST | 1/2" | 59.4 | 23.9 | 22.4 |
| B24AS-25H | 1/4" | 72.9 | 23.9 | 20.6 |
| B24AS-31H | 5/16" | 72.9 | 23.9 | 20.6 |
| B24AS-37H | 3/8" | 72.9 | 23.9 | 20.6 |
| B24AS-50H | 1/2" | 72.9 | 23.9 | 20.6 |

Note: Dimension C = Across Flats

#### PLUGS

| Part No. | Connection Size | D | E | F |
|---|---|---|---|---|
| 24AP-25F-BS | 1/4" | 37.1mm | 20.1 | 17.5 |
| 24AP-37F-BS | 3/8" | 38.6 | 23.6 | 20.6 |
| 24AP-50F-BS | 1/2" | 41.9 | 31.0 | 26.9 |
| 24AP-25M-BST | 1/4" | 41.1 | 16.5 | 14.2 |
| 24AP-37M-BST | 3/8" | 41.1 | 20.1 | 17.5 |
| 24AP-50M-BST | 1/2" | 47.8 | 25.7 | 22.3 |
| 24AP-25H | 1/4" | 52.8 | 12.7Ø | – |
| 24AP-31H | 5/16" | 52.8 | 12.7Ø | – |
| 24AP-37H | 3/8" | 52.8 | 12.7Ø | – |
| 24AP-50H | 1/2" | 52.8 | 15.8Ø | – |

Note: Dimension E = Across Corners, F = Across Flats

### PRESSURE RATINGS

| Service | Failure |
|---|---|
| 10 bar | 138 bar |

The pressure ratings shown above apply to the connected coupling and to the socket when disconnected.

### FLOW CAPACITY




Note: All technical information shown correct at time of print and may be subject to change without notice.

### 23 SERIES

#### SOCKETS

| Part No. | Connection Size | A | B | C |
|---|---|---|---|---|
| B23AS-25F | 1/4" | 54.1mm | 23.9 | 20.6 |
| B23AS-37F | 3/8" | 54.1 | 23.9 | 20.6 |
| B23AS-50F | 1/2" | 62.2 | 23.9 | 26.9 |
| B23AS-25M | 1/4" | 59.4 | 23.9 | 20.6 |
| B23AS-37M | 3/8" | 59.4 | 23.9 | 20.6 |
| B23AS-50M | 1/2" | 59.4 | 23.9 | 22.1 |
| B23AS-25H | 1/4" | 72.9 | 23.9 | 20.6 |
| B23AS-31H | 5/16" | 72.9 | 23.9 | 20.6 |
| B23AS-37H | 3/8" | 72.9 | 23.9 | 20.6 |
| B23AS-50H | 1/2" | 72.9 | 23.9 | 20.6 |

Note: Dimension C = Across Flats

#### PLUGS

| Part No. | Connection Size | D | E | F |
|---|---|---|---|---|
| 13 | 1/8" | 37.3mm | 16.5 | 14.2 |
| 11 | 1/4" | 41.4 | 20.1 | 17.5 |
| GA0066214 | 1/4" | 44.0 | 19.4 | 16.9 |
| 15 | 3/8" | 42.9 | 23.9 | 20.6 |
| GA0066238 | 3/8" | 44.0 | 24.0 | 20.9 |
| 12 | 1/8" | 40.4 | 14.7 | 12.7 |
| 10 | 1/4" | 44.4 | 16.5 | 14.2 |
| GA0066314 | 1/4" | 45.2 | 15.9 | 13.9 |
| 14 | 3/8" | 44.4 | 20.1 | 17.5 |
| GA0066328 | 3/8" | 47.0 | 19.5 | 17.0 |
| 16 | 1/4" | 56.4 | 12.7Ø | – |
| 18 | 5/16" | 56.4 | 12.7Ø | – |
| 17 | 3/8" | 58.7 | 12.7Ø | – |

Note: Dimension E = Across Corners, F = Across Flats

### HANSEN QUALITY

Hansen couplings have a world-wide reputation for quality of design and manufacture. Hansen's renowned quality standards – tight tolerances on mating parts, micro-finished sealing surfaces, and precision elastomer seals – mean that Hansen couplings give long, dependable service, even in the most difficult industrial applications.

### GUYSON SERVICE

The Hose and Couplings Division of Guyson offers immediate technical advice and assistance in selection of suitable couplings for any application, based on more than 90 years of specialist experience. Comprehensive stocks of couplings, spares, accessories, adaptors, etc. are available for immediate despatch.

GUYSON

BSI TM FS 28046

GUYSON INTERNATIONAL LIMITED
HOSE & COUPLINGS DIVISION
Southview Business Park, Guiseley, Leeds LS20 9PR
Tel: 01943 870044 Fax: 01943 870066
Email: leeds@guyson.co.uk Web: www.guyson.co.uk

AF12/09

# REMOTE - LIGHT



Single Push Button



Double Push Button



Pilot Light

Class I, Div. 1 & 2, Groups C,D
Class I, Zones 1 & 2, Groups IIB, IIA
Class II, Div. I & 2, Groups E,F,G
Class III
NEMA 3, 7(C,D) 9(E,F,G)

UL Listed - File E53360 and/or E12379

CSA Certified - File LR11714
See files for details or call Killark.

## FEATURES-SPECIFICATIONS

### FXCS MOMENTARY CONTACT SINGLE PUSH BUTTON

| COVER WITH DEVICE | CATALOG NUMBER COMPLETE UNITS (BOX & COVER) DEAD-END | FEED-THRU | HUB SIZE | DIAGRAM | BUTTON COLOR | NAMEPLATE MARKING① |
|---|---|---|---|---|---|---|
| FXCS-0B1 | FXCS-1B1 | FXCS-4B1 | 1/2" | | Green | Start |
| | FXCS-2B1 | FXCS-5B1 | 3/4" | | | |
| FXCS-0B2 | FXCS-1B2 | FXCS-4B2 | 1/2" | | Red | Stop |
| | FXCS-2B2 | FXCS-5B2 | 3/4" | | | |
| FXCS-0B3 | FXCS-1B3 | FXCS-4B3 | 1/2" | | Black | Specify |
| | FXCS-2B3 | FXCS-5B3 | 3/4" | | | |

### FXCS MOMENTARY CONTACT DOUBLE PUSH BUTTON

| COVER WITH DEVICE | CATALOG NUMBER COMPLETE UNITS (BOX & COVER) DEAD-END | FEED-THRU | HUB SIZE | DIAGRAM | BUTTON COLOR | NAMEPLATE MARKING① |
|---|---|---|---|---|---|---|
| FXCS-0B4 | FXCS-1B4 | FXCS-4B4 | 1/2" | | Green/Red | Start/Stop |
| | FXCS-2B4 | FXCS-5B4 | 3/4" | | | |
| FXCS-0B4-U | FXCS-1B4U | FXCS-4B4-U | 1/2" | | Green/Red | Start/Stop |
| | FXCS-2B4U | FXCS-5B4-U | 3/4" | | | |
| FXCS-0B5 | FXCS-1B5 | FXCS-4B5 | 1/2" | | Green/Green | Start/Stop |
| | FXCS-2B5 | FXCS-5B5 | 3/4" | | | |
| FXCS-0B7 | FXCS-1B7 | FXCS-4B7 | 1/2" | | Black/Black | Specify |
| | FXCS-2B7 | FXCS-5B7 | 3/4" | | | |

### FXCS PILOT LIGHT

| COVER WITH DEVICE | CATALOG NUMBER COMPLETE UNITS (BOX & COVER) DEAD-END | FEED-THRU | HUB SIZE | DIAGRAM | VOLT | LENS COLOR② | NAMEPLATE MARKING① |
|---|---|---|---|---|---|---|---|
| FXCS-0B24CL | FXCS-1B24CL | FXCS-4B24CL | 1/2" | | 120V | Clear | Specify |
| | FXCS-2B24CL | FXCS-5B24CL | 3/4" | | | | |
| FXCS-0B24GL | FXCS-1B24GL | FXCS-4B24GL | 1/2" | | 120V | Green | Specify |
| | FXCS-2B24GL | FXCS-5B24GL | 3/4" | | | | |
| FXCS-0B24RL | FXCS-1B24RL | FXCS-4B24RL | 1/2" | | 120V | Red | Specify |
| | FXCS-2B24RL | FXCS-5B24RL | 3/4" | | | | |

*①For other than standard marking, refer to the special feature section of price list.*
*②Lens colors other than listed may be specified by changing lens color suffix. See modifications page C12.*
*NOTE: Boxes and covers shipped separately.*
**For control stations with 1" conduit openings or for double gang assemblies, order cover with device and box as separate components.*

# REMOTE - 4



Double Pilot Lights



Pilot Light
Push Button



Pilot Light
Two Mini Push Buttons



Maintained
Push Button

Class I, Div. 1 & 2, Groups C,D
Class I, Zones 1 & 2, Groups IIB, IIA
Class II, Div. I & 2, Groups E,F,G Class III
NEMA 3, 7(C,D) 9(E,F,G)

UL Listed - File E53360 and /or E12379

SP Certified - File LR11714
See files for details or call Killark.

## FEATURES-SPECIFICATIONS

**FXCS DOUBLE PILOT LIGHTS**

| COVER WITH DEVICE | CATALOG NUMBER COMPLETE UNITS (BOX & COVER) DEAD-END | FEED-THRU | HUB SIZE | DIAGRAM | LAMP VOLTS | LENS COLOR② | NAMEPLATE MARKING① |
|---|---|---|---|---|---|---|---|
| FXCS-0B30CL | FXCS-1B30CL | FXCS-4B30CL | 1/2" | | 120V | Clear | Specify |
| | FXCS-2B30CL | FXCS-5B30CL | 3/4" | | | | |
| FXCS-0B30GL | FXCS-1B30GL | FXCS-4B30GL | 1/2" | | 120V | Green | Specify |
| | FXCS-2B30GL | FXCS-5B30GL | 3/4" | | | | |
| FXCS-0B30RL | FXCS-1B30RL | FXCS-4B30RL | 1/2" | | 120V | Red | Specify |
| | FXCS-2B30RL | FXCS-5B30RL | 3/4" | | | | |
| FXCS-0B30RL-GL | FXCS-1B30RL-GL | FXCS-4B30RL-GL | 1/2" | | 120V | Red/Green | Specify |
| | FXCS-2B30RL-GL | FXCS-5B30RL-GL | 3/4" | | | | |

**FXCS MOMENTARY CONTACT PUSH BUTTON AND PILOT LIGHT**

| COVER WITH DEVICE | CATALOG NUMBER COMPLETE UNITS (BOX & COVER) DEAD-END | FEED-THRU | HUB SIZE | DIAGRAM | LAMP VOLTS | BUTTON COLOR | LENS COLOR② | NAMEPLATE MARKING① BUTTON | LENS |
|---|---|---|---|---|---|---|---|---|---|
| FXCS-0B13-C | FXCS-1B13-C | FXCS-4B13-C | 1/2" | | 120V | Red | Clear | Stop | Specify |
| | FXCS-2B13-C | FXCS-5B13-C | 3/4" | | | | | | |
| FXCS-0B13-O | FXCS-1B13-O | FXCS-4B13-O | 1/2" | | 120V | Green | Green | Start | Specify |
| | FXCS-2B13-O | FXCS-5B13-O | 3/4" | | | | | | |
| FXCS-0B13-U | FXCS-1B13-U | FXCS-4B13-U | 1/2" | | 120V | Black | Red | Specify | Specify |
| | FXCS-2B13-U | FXCS-5B13-U | 3/4" | | | | | | |

**FXCS MOMENTARY CONTACT 2 MINI PUSH BUTTON AND 1 PILOT LIGHT**

| COVER WITH DEVICE | CATALOG NUMBER COMPLETE UNITS (BOX & COVER) DEAD-END | FEED-THRU | HUB SIZE | DIAGRAM | BUTTON COLOR | LENS COLOR② | NAMEPLATE MARKING① BUTTON | LENS |
|---|---|---|---|---|---|---|---|---|
| FXCS-0A15 | FXCS-1A15 | FXCS-4A15 | 1/2" | 120 VAC | Red/Green | Red | Stop Start | Specify |
| | FXCS-2A15 | FXCS-5A15 | 3/4" | | | | | |

**FXCS MAINTAINED CONTACT - PUSH/PULL MUSHROOM④**

| BUTTON COLOR | CONTACT TYPE | COVER ASSEMBLY CAT. # | CATALOG # WITH LOCKOUT # | NAMEPLATE MARKING |
|---|---|---|---|---|
| GREEN | 1NO/1NC | FXCS-OMMG3 | FXCS-OMMR3-LOM | ③ |
| RED | 1NO/1NC | FXCS-OMMR3 | | |
| BLACK | 1NO/1NC | FXCS-OMMK3 | | |

①*For other than standard marking, refer to the special feature section of price list.*
②*Lens colors other than listed may be specified by changing lens color suffix. See modifications page C12.*
③*Three nameplates supplied (Start/Stop, Blank, Emergency Stop) with FXCS maintained push button.*
④*Operation-when push button is depressed and contacts activated, operator will remain in depressed position until pulled out to normal position.*
*NOTE: Boxes and covers shipped separately.*
**For control stations with 1" conduit opening or for double gang assemblies, order cover with device and box as separate components.*

HUBBELL KILLARK

June 28, 2013

**FXS SERIES • CONTROLS**

# FACTORY SEALED TUMBLER SWITCHES AND GROUND FAULT INTERRUPTER




Tumbler Switches



Ground Fault Interrupter



For GFI Protection with receptacle, See page PR26

Class I, Div. I & 2, Groups C,D
Class I, Zones 1 & 2, Groups IIB,IIA
Class II, Div. 1 & 2, Groups E,F,G
Class III
NEMA 3, 7(C,D) 9(E,F,G)

## FEATURES-SPECIFICATIONS

### Applications

**FXS Tumbler Switches** are suitable for applications where making, breaking or changing connections in an electrical circuit is required and where conditions of load do not exceed the switch ratings.

Listed - File E53360 and/or Ffile E10501

Certified - File LR11714
See files for details or call Killark.

### Applications

**FXS Ground Fault Interrupters** are designed to interrupt a circuit when a ground fault is detected on equipment which may be handled by personnel in hazardous locations.

### Features

- Test and Reset push buttons are provided on cover assembly. Unit should be tested monthly
- Includes new GFI to meet latest UL943 GFCI standards revisions
- Exterior gasket provides NEMA 3 weatherproof protection
- Ground boss for grounding in the splice box
- Color coded wiring
- Captive cover bolts are made from stainless steel

### Electrical Rating

GFI units are rated at 20A, 120 VAC, 60HZ. Class A.

4-6 miliamp trip setting

Trip Time-UL Curve

Listed - File E80595

Certified - File LR61895
See files for details or call Killark.

**FXS TUMBLER SWITCHES**

| CATALOG NUMBER | | | HUB SIZE | SWITCH STYLE | SWITCH RATING 120/277 VAC, 1Ø |
|---|---|---|---|---|---|
| COVER WITH SWITCH | COMPLETE UNIT (BOX, COVER AND SWITCH) DEAD-END | FEED-THRU | | | |
| FXS-1C | FXS-11C | FXS-41C | 1/2" | 1-POLE | 20 A② |
| | FXS-21C | FXS-51C | 3/4" | | |
| FXS-2C | FXS-12C | FXS-42C | 1/2" | 2-POLE | 20 A② |
| | FXS-22C | FXS-52C | 3/4" | | |
| FXS-8C | FXS-18C | FXS-48C | 1/2" | 3-POLE | ① |
| | FXS-28C | FXS-58C | 3/4" | | |
| FXS-3C | FXS-13C | FXS-43C | 1/2" | 3-WAY/ SPDT (No off) | 20 A② |
| | FXS-23C | FXS-53C | 3/4" | | |
| FXS-5C | FXS-15C | FXS-45C | 1/2" | SPDT (Center off) | 20 A② |
| | FXS-25C | FXS-55C | 3/4" | | |
| FXS-6C | FXS-16C | FXS-46C | 1/2" | DPDT (No off) | 20 A② |
| | FXS-26C | FXS-56C | 3/4" | | |
| FXS-1D | FXS-11D | FXS-41D | 1/2" | 1-POLE | 30 A② |
| | FXS-21D | FXS-51D | 3/4" | | |
| FXS-2D | FXS-12D | FXS-42D | 1/2" | 2-POLE | 30 A② |
| | FXS-22D | FXS-52D | 3/4" | | |
| FXS-4C | — | — | — | 4-WAY | 20 A② |

①*Rated 15 amperes, 240/480 VAC., 3Ø; 3HP-240 VAC., 5 HP-480 VAC.*
②*Horsepower rated 1 HP at 120 VAC, 2 HP at 240 VAC.*

**FXS GROUND FAULT INTERRUPTER†**

| CATALOG NUMBER | | | HUB SIZE | |
|---|---|---|---|---|
| COMPLETE UNIT | COVER ASSEMBLY | BACK BOX* | | |
| FXS-GFI-1020 | FXS-GFI03 | FXB-1 | DEAD END | 1/2" |
| FXS-GFI-2020 | FXS-GFI03 | FXB-2 | | 3/4" |
| FXS-GFI-3020 | FXS-GFI03 | FXB-3 | | 1" |
| FXS-GFI-1120 | FXS-GFI03 | FXB-4 | FEED THRU | 1/2" |
| FXS-GFI-2120 | FXS-GFI03 | FXB-5 | | 3/4" |
| FXS-GFI-3120 | FXS-GFI03 | FXB-6 | | 1" |

*For control stations with 1" conduit opening or for double gang assemblies, order cover with device and box as separate components.*

**Boxes and covers shipped separately.*

*†See page DE25 for additional ground fault control stations.*

**FXS GROUND FAULT INTERRUPTER WITH LED LAMP**

| | |
|---|---|
| CATALOG NUMBER FOR COVER ASSEMBLY | FXS-GFI03PL |

** Order FXB back box as seperate item.*

HUBBELL KILLARK

# SECTION 9

JBT AeroTech

JETWAY

SYSTEMS

## INSPECTION REPORT & RECORD

| | | | |
|---|---|---|---|
| Document No | *QCA JET 4.10.04-179 270v* | Page | *1 of 1* |
| Title | *Jetpower III 72kw 270vdc Sys Functional Test Checklist* | Revision | A |
| Issue Date | 6/6/12 | Approval | M Fullmer |

**Macintosh HD:Users:bryan:Desktop:Luke Submittal:Factory Test 270vdc Functional Test.doc**

## 1. REFERENCE

\\OGD-JETEAST\DATA\SHARED\ISO\6 Work Instr - Tier 3\Quality\QCA STD 4-10-04-131InspectionTestReference.doc

Test Loads:
50% - 133 amps
100% - 267 amps
150% - 400 amps
54kw - 200 amps

## INSPECTION CHECKLIST

**A.** **RECORD** the following information:

**Serial #** ______________________ **Model JTP III Plus 270VDC**

**Test Technician**______________ **Part #** ____________________

**Input voltage** __________ **VAC**

**Test Date** ___________________ **Work Order** _________________

*This checklist is the property of JBT AeroTech Jetway Systems and may not be reproduced or distributed without the written consent of JBT AeroTech's Quality Management.*

JBT AeroTech

JETWAY SYSTEMS

## INSPECTION REPORT & RECORD

| | | | |
|---|---|---|---|
| Document No | QCA JET 4.10.04-179 270 | Page | 2 of 2 |
| Title | Jetpower III 72kw 270vdc Functional Test Checklist | Revision | NC |

QA/Test
Accept AIF NCR

## C. FUNCTIONAL TEST DATA

1. ________ [ ] [ ] Verify Hypot Certification is complete and accepted per **QCA-4.10-065**
2. ________ [ ] [ ] Set Input Circuit Breaker switches.
3. ________ [ ] [ ] Set Unit Setting switches on Diagnostic Board
4. ________ [ ] [ ] Set 24 VDC power supplys to 115 VAC in. Adjust interlock 24vdc power supply for 28vdc.
5. ________ [ ] [ ] Adjust line drop adjustment down all the way.
6. ________ [ ] [ ] Input power on - initial checks. 4 LEDs on Power Supply board, LCD on, and yellow door lamp on.
7. ________ [ ] [ ] Check all stop switches.
8. ________ [ ] [ ] Check Safety Interlocks.
9. ________ [ ] [ ] Check Start switches.
10. ________ [ ] [ ] All Fans operating properly.
11. ________ [ ] [ ] 28 Volt Feedback System operates properly
12. ________ [ ] [ ] Over Temperature fault on heat sinks.
13. ________ [ ] [ ] IGBT Faults.

*This checklist is the property of JBT AeroTech Jetway Systems and may not be reproduced or distributed without the written consent of JBT AeroTech's Quality Management.*

JBT AeroTech
JETWAY
SYSTEMS

## INSPECTION REPORT & RECORD

| | | | |
|---|---|---|---|
| Document No | *QCA JET 4.10.04-179 270* | Page | *3 of 3* |
| Title | *Jetpower III 72kw 270vdc Functional Test Checklist* | Revision | NC |

QA/Test
Accept AIF NCR

14.________ [ ] [ ] Output Not Detected Fault.

15.________ [ ] [ ] Hour Meter operational.

16.________ [ ] [ ] Lamp Test.

17.________ [ ] [ ] Audible alarm test (includes silence switch).

18.________ [ ] [ ] Set date and clock.

**OUTPUT VOLTAGE – NO LOAD**

19.________ [ ] [ ] Check Under voltage fault.

Record voltage________

20.________ [ ] [ ] Check Over voltage fault.

Record voltage ________

*This checklist is the property of JBT AeroTech Jetway Systems and may not be reproduced or distributed without the written consent of JBT AeroTech's Quality Management.*

JBT AeroTech
JETWAY SYSTEMS

# INSPECTION REPORT & RECORD

| Document No | *QCA JET 4.10.04-179 270* | Page | *4 of 4* |
|---|---|---|---|
| Title | *Jetpower III 72kw 270vdc Functional Test Checklist* | Revision | NC |

QA/Test
Accept AIF NCR

## LCD OPERATION CHECK

21. Fill out chart below:

| | NO LOAD | | 50% LOAD | | 100% LOAD | |
|---|---|---|---|---|---|---|
| | LCD | ACTUAL | LCD | ACTUAL | LCD | ACTUAL |
| OUTPUT VDC | | | | | | |
| OUTPUT AMPS | | XXX | | | | |
| INPUT VAC AVG | | XXX | | XXX | | XXX |
| INPUT A - VAC | | | | | | |
| INPUT B - VAC | | | | | | |
| INPUT C - VAC | | | | | | |
| INPUT AMPS AVG | | XXX | | XXX | | XXX |
| INPUT A - AMPS | XXX | | XXX | | XXX | |
| INPUT B - AMPS | XXX | | XXX | | XXX | |
| INPUT C - AMPS | XXX | | XXX | | XXX | |
| IPS VOLTS +5 | | XXX | | | | |
| IPS VOLTS +15 | | XXX | | | | |
| IPS VOLTS +24 | | XXX | | | | |
| UNIT SETTINGS | XXX | XXX | | | | |
| KW | | XXX | | | | |
| INPUT VOLTAGE | | XXX | | | | |
| CLOCK (SET CLOCK) | XXX | XXX | | | | |
| DATE | | | | | | |
| TIME | | | | | | |

*This checklist is the property of JBT AeroTech Jetway Systems and may not be reproduced or distributed without the written consent of JBT AeroTech's Quality Management.*

JBT AeroTech JETWAY SYSTEMS

## INSPECTION REPORT & RECORD

| | | | |
|---|---|---|---|
| Document No | ***QCA JET 4.10.04-179 270*** | Page | ***5 of 5*** |
| Title | ***Jetpower III 72kw 270vdc Functional Test Checklist*** | Revision | NC |

QA/Test
Accept AIF NCR

## LOAD TESTING

22. Fill in chart below:

| | INPUT VOLTS TO TEST AT | | | | | |
|---|---|---|---|---|---|---|
| | 480 | | 410-440v | | 500-520v | |
| | 15 min interval | | 15 min interval | | 15 min interval | |
| **50% LOAD** | Start | stop | start | stop | start | stop |
| OUTPUT VDC | | | | | | |
| OUTPUT VAC RIPPLE | | | | | | |
| OUTPUT AMPS | | | | | | |
| DISTORTION | | | | | | |

**100% LOAD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Input A - VOLTS | | XXX | | XXX | | XXX |
| AMPS | | XXX | | XXX | | XXX |
| PF | | XXX | | XXX | | XXX |
| Input B - VOLTS | | XXX | | XXX | | XXX |
| AMPS | | XXX | | XXX | | XXX |
| PF | | XXX | | XXX | | XXX |
| Input C - VOLTS | | XXX | | XXX | | XXX |
| AMPS | | XXX | | XXX | | XXX |
| PF | | XXX | | XXX | | XXX |
| | | | | | | |
| OUTPUT VDC | | | | | | |
| OUTPUT VAC RIPPLE | | | | | | |
| OUTPUT AMPS | | | | | | |
| DISTORTION | | | | | | |

*This checklist is the property of JBT AeroTech Jetway Systems and may not be reproduced or distributed without the written consent of JBT AeroTech's Quality Management.*

JBT AeroTech

JETWAY SYSTEMS

## INSPECTION REPORT & RECORD

| | | | |
|---|---|---|---|
| **Document No** | ***QCA JET 4.10.04-179 270*** | **Page** | ***6 of 6*** |
| **Title** | ***Jetpower III 72kw 270vdc Functional Test Checklist*** | **Revision** | **NC** |

**QA/Test**
**Accept AIF NCR**

### LINE DROP COMPENSATION CHECK

23.________ [ ] [ ] Check Line Drop Compensation

| | Output Terminal | End of Cable |
|---|---|---|
| 0 load | ________ | ________ |
| 50% load | ________ | ________ |
| 100% load | ________ | ________ |

### OUTPUT TRANSIENT LOAD CHECK

24.________ [ ] [ ] Apply a 54kw load and record the following:

Voltage output minimum ______

Voltage output maximum ______

Time till voltage remains in regulation band_______

25.________ [ ] [ ] Remove 54kw load and record the following:

Voltage output minimum ______

Voltage output maximum ______

Time till voltage remains in regulation band_______

*This checklist is the property of JBT AeroTech Jetway Systems and may not be reproduced or distributed without the written consent of JBT AeroTech's Quality Management.*

JBT AeroTech

JETWAY SYSTEMS

## INSPECTION REPORT & RECORD

| | | | |
|---|---|---|---|
| Document No | QCA JET 4.10.04-179 270 | Page | 7 of 7 |
| Title | Jetpower III 72kw 270vdc Functional Test Checklist | Revision | NC |

QA/Test
Accept AIF NCR

## EFFICIENCY

26.________ [ ] [ ] Fill in the following table and calculate efficiency:

| Input | 0 load | 50% load | 100% load |
|---|---|---|---|
| Phase A - VAC L to N | | | |
| Amps | | | |
| pf | | | |
| kw calc (VxAxPF) | | | |

| | | | |
|---|---|---|---|
| Phase B - VAC L to N | | | |
| Amps | | | |
| pf | | | |
| kw calc (VxAxPF) | | | |

| | | | |
|---|---|---|---|
| Phase C - VAC L to N | | | |
| Amps | | | |
| pf | | | |
| kw calc (VxAxPF) | | | |

| | | | |
|---|---|---|---|
| Calculated total kw | | | |

| Output | | | |
|---|---|---|---|
| VDC | | | |
| Amps | | | |
| kw calc (VxA) | XXXX | | |

Efficiency
Kw out / kw in x 100 ____________ ____________

*This checklist is the property of JBT AeroTech Jetway Systems and may not be reproduced or distributed without the written consent of JBT AeroTech's Quality Management.*

JBT AeroTech JETWAY SYSTEMS

**INSPECTION REPORT & RECORD**

| | | | |
|---|---|---|---|
| **Document No** | ***QCA JET 4.10.04-179 270*** | **Page** | ***8 of 8*** |
| **Title** | ***Jetpower III 72kw 270vdc Functional Test Checklist*** | **Revision** | **NC** |

**QA/Test**
**Accept AIF NCR**

## OVERLOAD

27.______ [ ] [ ] Apply the following overloads and record voltage and current and time till fault:

| | LOAD | |
|---|---|---|
| | 150% | 500AMP |
| OUTPUT VDC | | |
| OUTPUT AMPS | | |
| TIME UNTIL FAULT | | |

## BURNIN

28.______ [ ] [ ] Burn in Test.
Operate at 100% load for 6 hours.
Operate at 0 load for 3 hours.
Repeat for at least 24 hours

Hour Meter at start __________

Hour meter at end __________

*This checklist is the property of JBT AeroTech Jetway Systems and may not be reproduced or distributed without the written consent of JBT AeroTech's Quality Management.*

JBT AeroTech JETWAY SYSTEMS

## INSPECTION REPORT & RECORD

| | | | |
|---|---|---|---|
| Document No | *QCA JET 4.10.04-179 270* | Page | *9 of 9* |
| Title | *Jetpower III 72kw 270vdc Functional Test Checklist* | Revision | NC |

QA/Test

Accept AIF NCR

Customer Approve1 by:

Signed: ________________________________________

Signed: ________________________________________

Signed: ________________________________________

*This checklist is the property of JBT AeroTech Jetway Systems and may not be reproduced or distributed without the written consent of JBT AeroTech's Quality Management.*

JBT AeroTech

JETWAY
SYSTEMS

## INSPECTION REPORT & RECORD

| | | | |
|---|---|---|---|
| Document No | QCA JET 4.10.04-142 | Page | 1 of 1 |
| Title | *Jetpower III 270vdc Sys* Field Test per spec 26.35.44 | Revision | NC |
| Issue Date | 5/2/2012 | Approval | |

**Serial #** ____________________ **Model JTP III 270VDC**

**Part #** ______________________

**Size** ________ **KVA** **Input voltage** __________ **VAC**

**Test Technician**_____________ **Test Date** __________________

## INSPECTION CHECKLIST

### INITIAL INSPECTION

Completed__________

### INITIAL OPERATIONAL CHECKS

Completed__________

### LOAD CHECKS

Apply the following loads and record the readings.
Measurements should be taken at the output contactor.

| Load | % | Volts | amps |
|---|---|---|---|
| 0 | 0 | | |
| 67A | 25 | | |
| 134A | 50 | | |
| 201A | 75 | | |
| 267A | 100 | | |

*This checklist is the property of JBT AeroTech Jetway Systems and may not be reproduced or distributed without the written consent of JBT AeroTech's Quality Management.*

JBT AeroTech JETWAY SYSTEMS

**INSPECTION REPORT & RECORD**

| | | | |
|---|---|---|---|
| **Document No** | ***QCA JET 4.10.04-142*** | **Page** | ***2 of 2*** |
| **Title** | ***Jetpower III 270vdc Sys*** Field Test per spec 26.35.44 | **Revision** | **NC** |

## LINE DROP COMPENSATION

Measure the voltage at the load bank and set the line drop compensation adjustment for proper voltage at 267A. Record the following voltages at the load bank.

| Load | Vdc |
|---|---|
| 0 | |
| 134A (50%) | |
| 267A (100%) | |

## CONTINUOUS LOAD TEST

Operate the unit at 267A (100% load) for 2 hours. Start time:_______ End time: _______
Record the following during the load test:

| Time | Volts | amps |
|---|---|---|
| | | |

*This checklist is the property of JBT AeroTech Jetway Systems and may not be reproduced or distributed without the written consent of JBT AeroTech's Quality Management.*

USS Specialties

**INSPECTION REPORT & RECORD**

| | | | |
|---|---|---|---|
| **Document No:** | **QCA Service PIT -1** | **Page:** | *1 of 1* |
| **Title:** F 35 Service PITS | | **Revision: -1** | |
| **Issue Date:** | **02/23/2014** | **Approval:** | |

Insp Report&Records-\Inspection Electrical Monroe\Inspection Mechanical Monroe Monroe

**REFERENCE DOCUMENTS**

**INSPECTION CHECKLIST**

Insp Report&Records-\Inspection Electrical Monroe\Inspection Mechanical Monroe Monroe

**REFERENCE DOCUMENTS**

**INSPECTION CHECKLIST**

**A.** **RECORD** the following information:

Model Number ______________________

Date of Manufacture __________

Test verified (QA) __________

Project Name:__________________

Pit: ___Steel botttom, ___ Fiberglass bottom, ___Vault access

Lid sizes: ____________________________________________

Number of Lids: ______________________________________

Installed equipment: (If N/A mark as such if more than one indicate in space)

___ 400Hz cable, ___270VDC cable, ___PCAir, ___ 480VAC Utility Power,

___120VAC Utility Power, ___Shop Air, ___ Pit lighting, ___Ladder.

USS Specialties

## INSPECTION REPORT & RECORD

| | | | |
|---|---|---|---|
| **Document No:** | **QCA Service PIT -1** | **Page:** | *2 of 2* |
| **Title:** | HPC-F PLC Monroe | **Revision: -1** | |

**Electrical Systems Check – when applicable**

_____ Proper install of 24VDC, 120VDC, 240VAC, 400VDC and 480VAC

_____ High Pressure or high volume PCA hose

_____ Remote station installation

_____ Hydraulic Pump operation

_____ Aircraft cable installation

_____ Control wire installation

_____ PIT Lights

_____ Misc ________________________________________________

_____ Misc ________________________________________________

USS Specialties

**INSPECTION REPORT & RECORD**

| | | | |
|---|---|---|---|
| **Document No:** | **QCA Service PIT -1** | **Page:** | *3 of 3* |
| **Title:** | HPC-F PLC Monroe | **Revision: -1** | |

**Mechanical Acceptance Test**

_____ Gaskets

_____ Lid Hinges

_____ Gas Springs

_____ Ladder Operation

_____ Collar assembly

_____ Bottom assembly

_____ Reels

_____ Hose

_____ PCair ducting in Pit

_____PCair remote valve proper installation

_____ Conduit

_____ Fittings

_____ Brackets

_____ Unions

USS Specialties

**INSPECTION REPORT & RECORD**

| | | | |
|---|---|---|---|
| **Document No:** | **QCA Service PIT -1** | **Page:** | *4 of 4* |
| **Title:** | HPC-F PLC Monroe | **Revision: -1** | |

_____ Hubs

_____ Tie offs

_____ Misc. ______________________________

_____ Misc. ______________________________

_____ Misc. ______________________________

Inspector Signature of completion:

Signed: ______________________________

Customer Approved by:

Signed: ______________________________

%* 6( 5283 &$6 7( 67,1*

**Revision Date:08/30/2015**

**Serial Number:**
**Model:**
**Customer:**
**Start Date:** **End Date:**

| | Item | Initial: |
|---|---|---|
| 1 | Physically inspect unit. Check to see that all components are mounted properly and that welds show no sign of damage. Inspect for signs of leaks. Check for drain holes in Frame and Control Box | |
| | | |
| 2 | Ensure that unit is not wired to any power source. Make sure that all screw connections are tight, no wire frays and all wiring is neat and presentable. | |
| | | |
| 3 | Set the dials on the Power Monitor to 480 Volts and ***4*** second delay. | |
| | | |
| 4 | Make sure the DDC Controller and Expander Board is setup per what is shown on the print. Set top controller dial to "0" and the bottom dial to "2". Set the Expander Board dial to "1". | |
| | | |
| 5 | If wired with Ethernet set switches 0 and 2 are set to the "On" position on the Ethernet module. Also set switches 1 and 7 on the DDC contorller are set to the "On" postion. | |
| | | |
| 6 | Make sure ground symbol is next to ground lug as well as having a label that states "Use Copper Wire Only" below symbol. | |
| | | |
| 7 | Set the jumper on Current Transducer (CT1) to correct setting: 150A | |
| | | |
| 8 | Preform a Hi-Pot test @ 2000v on each leg once you have unwired the feed going to the VFD from the bottom of the fuse block and disconnect the power connector that feeds the control module. When preforming the Hi-Pot test you will need to use a screwdriver to push each contactor in so that you can check the motors and there connections. | |
| | | |
| 9 | Wire the earth ground and the main breaker, ensuring that the 480VAC breaker to the main power supply is in the **OFF** position and lockedout. Wire the Pushbutton Control Box to TB-15 and Cabin Temperature Probe to TB-16 pin 8&9.and bridge cool pushbutton box | |
| | | |
| 10 | Pull out Door Safety switch. Pull out fuseholders so fuses are disconnected from circuit. | |
| | | |
| | ***CAUTION: FROM THIS POINT ON, HIGH VOLTAGES EXIST WITHIN THE UNIT. USE EXTREME CAUTION.*** | |
| | | |
| 11 | Turn on the Disconnect on the wall. Check the voltage on the top of the Main Circuit Breaker (CB1), check that 480v is present. | |
| | 1. L1-L2 __________<br>2. L1-L3 __________<br>3. L2-L3 __________ | |
| | | |
| 12 | Turn on the CB1. Check that 480Vac is present at: | |
| | 1. The Distribution Block<br>2. The VFD fuses<br>3. At the top of Fuse Holders<br>4. The primary (rightside) of transformer TR1, Taps H1 & H4.<br>5. The Power Monitor PM1. If you have one green light on PM1 then you have correct phasing. | |
| 13 | Plug in F8 & F9. Check that 120Vac is present at the secondary (leftside) of TR1 between taps X1 & X2 and present at TB12 testing between pins 1-3 (neutral) and 4-6 (hot). | |
| | | |
| 14 | Check that a 2A fuse is present in the F7 fuseholder. If so, plug in F7. Check that 120Vac is present at the GFI receptacle. Reset the GFI if necessary. | |
| | | |
| 15 | Check that 120Vac **IS NOT** present at Transformers TR2, TR3, TR4 | |
| | | |
| 16 | Check that a 5A fuse is present in the F3 fuseholder. If so, plug in F3. Check that 120Vac is present at the Top of TR2 between taps H1 and H4. Also check that 24v is present on the secondary side between taps X1& X2. | |
| | | |
| 17 | Check that a 10A fuse is present in the F6 fuseholder. If so, plug in F6. Check that 24Vac is present on the secondary side of fuseholder F6. The Power On light should now be on. | |
| | | |
| 18 | Check that a 2A fuse is present in F4 fuseholder. If so, plug in F4. Check that 24Vac is present on the secondary side of transformer TR3 between the common tap and the 24v tap. | |
| | | |
| 19 | Check that a 2A fuse is present in F5 fuseholder. If so, plug in F5. Check that 24Vac is present on the secondary side of transformer TR4 between the common tap and the 24v tap.&$6 | |

| | | |
|---|---|---|
| 20 | Check that a 2A fuse is present in F1 & F2 fuseholders. If so, plug in F1 & F2. At this point the DDC Controller should turn on. | |
| 21 | Check function of Control Box Door Safety Switch. Push in switch and the Main Circuit Breaker (CB-1) should trip. Pull out the door switch and reset the Breaker. Press the Stop/Reset button to clear Fault Light. | |
| 22 | Adjust the Main Circuit Breaker (CB1) operator handle if necessary. Handle should reset a tripped breaker and stay up when handle in ON. | |
| 23 | Check the Power Monitor by turning the voltage dial up to maximum. Check to make sure CR-F relay comes on. Check for continuity between TB16, pins 6&7 (PCA Fault Contact). | |
| 24 | Check Smoke Detector safety by pressing the test button on the Smoke Detector. Check to make sure CR-F relay comes on. Reset the Smoke Detector by pushing the test button twice. | |
| 25 | Check rotation of condenser fan/fans. Set the overload trip range on the overload unit to 8.0 Amps Turn the breakers on. Depress each fan contactor. This will cause the fans to rotate. Check the rotation and proceed if correct. | |
| | **PROGRAMMING VFD PARAMETERS ON ABB MODEL ACS550** | |
| 26 | When VFD is powered up, the message "Do you want to use the start-up assistant?" Press "OK". Change the following parameters:<br>1. 9901 Language -----------------------------English<br>2. 9905 Motor Nom Volts to ---------------- 480 V<br>3. 9906 Motor Nom Curr to ------------- See name plate on Blower Motor<br>4.9907 Motor Nom Freq to -------------------------- 60 Hz<br>5. 9908 Motor Nom Speed to -------------------------- See name plate on Blower Motor<br>6. 9909 Motor Nom Power to -------------------------- See name plate on Blower Motor<br>7.When the message "Do you want to continue with application setup?" Press "EXIT".<br>8.On the VFD keyboard, go to the main menu by pressing the "MENU" button.<br>9.Select PARAMETERS on the menu, then press "ENTER".<br>10.Select the appropriate group with the Up and Down keys, then press "SEL".<br>11.Select the appropriate parameter in this group and press EDIT. The current setting is shown below the selected parameter. Change the following five parameters:<br>12. 1105 Ref1 Max to -----------------------------70 HZ<br>13. 1401 Relay Output 1 Fault to ----------------(-1)<br>14. 2008 Maximum Frequency to -------------70 HZ<br>15. 2202 Accel Time to --------------------------30 sec (45 sec for 90 & 120 ton units)<br>16. 2203 Decel Time to --------------------------30 sec (45 sec for 90 & 120 ton units)<br>17. 3028 Earth Fault Level to -----------------High (New parameter 6/5/15) | |
| 27 | Check the Blower for correct rotation using the following steps<br>1. From the main menu, press the "LOC" button. This puts the VFD in Local Mode.<br>2. Press the "UP" arrow key until 10Hz is displayed in the upper right corner of the display<br>3. Press the "START" button. Blower motor will begin to run<br>4. Verify that the motor rotation matches the rotation sticker on the Blower Assembly. If rotation is backwards, change wiring in the MOTOR, not the VFD<br>5. Press the "STOP" button. Blower motor will decel to a stop<br>6. Press the "REM" button. This puts the VFD in Remote Mode.Blower motor will decel to a stop | |
| 28 | Check rotation of compressors. Check that 480VAC is present on the top of the breakers for each compressor. If present, turn breaker on one at a time. Check the output voltage of each breaker. Check the voltage present at the contactor for each compressor. Depress contactor for each compressor. This will start the compressor. The direction of each compressor can be determined by noise level or gauge pressures indicating a drop in suction pressure and an increase in discharge pressure. Scroll compressors will make excessive noise when running in reverse. | |
| 29 | Check that the crankcase heaters are wired correctly and functioning properly. ***The heater coils will be very hot to the touch.***<br>1. Turn OFF the Circuit Breakers of all compressor contactors.<br>2. Depress and hold in each compressor contactor individually, a screwdriver helps.<br>3. Check that the appropriate heater turns off, it will cool off fairly fast.<br>4. Check that F10 & F11 are 2A fuses, #CCMR-2 | |
| 30 | Install laptop interface into the DDC and load program. This will be labeled by the job. If unsure which program to load, consult engineering prior to loading program. Bring up controls interface on PC. Identify program you wish to load. Open the program. Confirm no values are locked in the program. Load program. | |
| 31 | On the back of the electrical cabinet door, install a 1/2" software label sticker in the upper lefthand side. Label should say: OEM Control - Program Version, Print # & Rev. letter and Program Name. | |
| 32 | Verify the amperage reading in the program matches the AMP Probe reading. | |

| | | |
|---|---|---|
| 33 | Run the unit in vent mode *(all compressors off)*. Run the unit to ensure that we have sufficient flow on the outlet duct. Take down flow-rate information and measure current draw on blower. Static Pressure is to be 5.5 PSI at unit discharge. Flow to be 46.6 ppm.<br>Mode: Flow (PPM): Static Pressure: Current Draw (amps): | |
| | | |
| 35 | With the unit running, check the Low Flow Pressure Switch (S-LF). Pull the hose off the plenum, unit should shut down immediately and the Maintenance Required Light should come on 10 seconds later. Replace hose and push the Stop/Reset button to clear the Maintenance Light. | |
| | | |
| 40 | Preparing to add refrigerant. Check notes to determine refrigerant charge. Install gauge manifolds on the high and lower pressure service valves located on each compressor. Connect the blue hose on each manifold to suction side valve. Connect the red hose on each manifold to the high-pressure side valve. Ensure that both side valves on the manifold are closed. Turn the scale on and zero it. Open the valve on the refrigerant canister. Place the canister, valve down, on a scale. Purge the air from all hoses when connecting the hoses. System 1: System 2: System 3: System 4: | |
| | | |
| 41 | Disable the Hot Gas Bypass boards by pulling the F5 fuse. | |
| | | |
| 43 | Adding Refrigerant. If necessary, force the Ambient Temperature and Cabin Temperature above 100°F. Press button and start unit. Charge each system separately by switching Circuit Breakers for the compressors, starting with system 1. Add refrigerant until both the discharge and suction pressures are within the predicted range. Record information for each compressor running seperately on log sheet. | |
| | | |
| 44 | Check Superheat. This should be between 15°F-20°F. Use the digital manifold set to read the superheat. Adjust Expansion Valves as required. The sub-cooling should be between 10 and 12. | |
| | | |
| 45 | Enable the Hot Gas Bypass boards by plugging in the F5 fuse. | |
| | | |
| 46 | Allow the unit to run for 20 minutes. Check the suction and discharge pressure of each compressor. Determine from notes if unit is running normally. Observe the oil level in the compressor (*if unit has a sight glass*), this should drop quickly once the compressor starts and should return after 15 minutes of use. | |
| | | |
| 47 | Wire the Bridge Cool pushbutton box to TB-16 per instructions on side of Bridge Cool pushbutton box. Connect dummy light across Damper motor terminals to simulate the operation of the Belimo Valve. | |
| | | |
| 48 | Shut the unit down. Record refrigerant charge for each refrigeration circuit. Close valve on the refrigerant canister and remove the yellow hose connecting it to the gauge manifold. Move on to next refrigeration circuit until all have been charged. Place a label above each compressor showing what the charge is for that compressor.<br>System #1 Charge:<br>System #2 Charge:<br>System #3 Charge: | |
| | | |
| 49 | Force (if required) the ambient temperature and the cabin temperature to above 60°F. The Electronic Hot Gas Valve should begin to operate when the outlet air temperature goes below 32°F. When this occurs, the opposite end of the hot gas bypass valve will become cold, and then gradually warm. The temperature on both sides of the hot gas bypass valve should then be hot to the touch. They should be about the same temperature while the valve is open. | |
| | | |
| 50 | Check each compressor's Hi-Limit Pressure Switch. Check each circuit one at a time. Change the High Limit setting to 650 before testing. With the unit running normally, turn off the condensor fan circuit breaker. The compressor discharge pressure should rise quickly and the Hi-Limit pressure switch should shut the compressor off at approx. 630psi +/- 20psi. If so reset Hi-Limit Pressure Switch and continue checking each compressor. If not, shut down system immediately and contact engineering . Repeat this step for each compressor on the unit. Reset forced setting on each compressor. | |
| | | |
| 51 | Check function of Condensate Pump ( You may have to add water to verify). | |
| | | |
| 52 | With the unit running, use a piece of cardboard to block half of the air inlet. Adjust the Dirty Filter Pressure Switch (S-DF) until the Dirty Filer light comes on. Remove cardboard, light should go out. Repeat this process 5 times. | |
| | | |
| 53 | Operate unit and Record data with both compressors running on Data Log Sheet. | |
| | | |
| 54 | Reset all forced values in the computer back to normal. | |
| | | |
| 55 | Change blower runtime to match hour meter in unit by going to the Logic tab and under Blower Start Mode click on the runtime offset (blue box) and enter the time showing on the hour meter. (If hour meter is in the program) | |
| | | |
| 56 | Make sure blueprints are attached to the inside of the control panel. | |
| | | |
| 57 | Disconnect computer and plug in BacView. Scroll through all screens and check operation. | |
| | | |

| | | | | | |
|---|---|---|---|---|---|
| Serial #: | | | | | |
| Model #: | | | | | |
| Customer: | | | | | |
| Production Leak Test (250psi) | Gauge ID: | | | Tech Int. | |
| Hipot(2000v/1min, each leg) | L1: | L2: | L3: | Tech Int. | |
| Testing Date: | | | | | |
| Time of day: | | | | | |
| Run Time (Per HM): | | | | | |
| Mode: | | | | | |
| Line Volts: | | | | | |
| Line Amps: | | | | | |
| Amb. Dry Bulb (UNIT) °FDB | | | | | |
| Amb. Dry Bulb (METER) °FWD | | | | | |
| Ambient Wet Bulb (°F) | | | | | |
| Air Inlet @ Filter (°F) | | | | | |
| Air Outlet D.B. at UNIT | | | | | |
| Air Outlet D.B. at End Of Hose | | | | | |
| Air *Static* Pressure @ Tube | | | | | |
| Air Quantity (#/min) @ Tube | | | | | |
| Suction Pressure Sys #1 | | | | | |
| Discharge Pressure Sys #1 | | | | | |
| Superheat (°F) Sys #1 | | | | | |
| Sub-cooling (°F) Sys #1 | | | | | |
| Suction Temp (°F) Sys #1 | | | | | |
| Liquid Line Temp (°F) Sys #1 | | | | | |
| VSAT | | | | | |
| Suction Pressure Sys #2 | | | | | |
| Discharge Pressure Sys #2 | | | | | |
| Superheat (°F) Sys #2 | | | | | |
| Sub-cooling (°F) Sys #2 | | | | | |
| Suction Temp (°F) Sys #2 | | | | | |
| Liquid Line Temp (°F) Sys #2 | | | | | |
| VSAT | | | | | |
| Suction Pressure Sys #3 | | | | | |
| Discharge Pressure Sys #3 | | | | | |
| Superheat (°F) Sys #3 | | | | | |
| Sub-cooling (°F) Sys #3 | | | | | |
| Suction Temp (°F) Sys #3 | | | | | |
| Liquid Line Temp (°F) Sys #3 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| VSAT | | | | | |
| | | | | | |
| Compressor Amps Sys #1 | | | | | |
| Compressor Amps Sys #2 | | | | | |
| Compressor Amps Sys #3 | | | | | |
| VFD Reading - Freq | | | | | |
| VFD Reading - Amps | | | | | |
| VFD Reading - Percent Load | | | | | |
| Fan #1 Amps | | | | | |
| Software Version | | | | | |
| System Program | | | | | |
| Mobile Unit Only | | | | | |
| RPM | | | | | |
| Water Temp. | | | | | |
| Oil Pressure | | | | | |
| Volts | | | | | |
| | | | | | |
| Blower Motor: | | | | | |
| VFD: | | | | | |
| Compressor #1 | | | | | |
| Compressor #2 | | | | | |
| Compressor #3 | | | | | |
| Condenser Motor: 1 | | | | | |
| System #1 Charge | | | | | |
| System #2 Charge | | | | | |
| System #3 Charge | | | | | |
| ET Reading (after test) | | | | | |

Date:

Serial Number:

Model Number:

Customer:

Refrigerant Type:

| | | |
|---|---|---|
| Compressor #1 | Compressor #2 | Compressor #3 |
| Beginning Weight | Beginning Weight | Beginning Weight |
| Ending Weight: | Ending Weight: | Ending Weight: |
| Total: | Total | Total |
| Beginning LBS. | Beginning LBS. | Beginning LBS. |
| Total | Total | Total |

| | | |
|---|---|---|
| Compressor #1 | Compressor #2 | Compressor #3 |
| Beginning Weight | Beginning Weight | Beginning Weight |
| Ending Weight: | Ending Weight: | Ending Weight: |
| Total | Total | Total |
| Beginning LBS. | Beginning LBS. | Beginning LBS. |
| Total | Total | Total |

| | | |
|---|---|---|
| Compressor #1 | Compressor #2 | Compressor #3 |
| Beginning Weight | Beginning Weight | Beginning Weight |
| Ending Weight: | Ending Weight: | Ending Weight: |
| Total | Total | Total |
| Beginning LBS. | Beginning LBS. | Beginning LBS. |
| Total | Total | Total |

| | | |
|---|---|---|
| Compressor #1 | Compressor #2 | Compressor #3 |
| Beginning Weight | Beginning Weight | Beginning Weight |
| Ending Weight: | Ending Weight: | Ending Weight: |
| Total | Total | Total |
| Beginning LBS. | Beginning LBS. | Beginning LBS. |
| Total: | Total: | Total: |
| Total Charge #1: | Total Charge #2 | Total Charge #3 |




DDC SETTINGS




EXPANDER BOARD SET-UP

B GSE Group

COOL Jet

TwistAero

Title: Field Acceptance Report

Date: ________________

Location: ________________________________________________

Unit Model: ________________________________________

Serial Number: ________________________________________

Field Technician: ________________________________________

Customer Representative: ________________________________

1. Overall Condition Check.
   ACU unit has been checked to assure all parts are present, all the panels are present and secured, all labels/decals are present, no touch up painting is required, and all other workmanship is acceptable.
   *Checked:* ________________

2. Coil Debris Check.
   Verify that all packing material has been removed and that there is no debris on the coil and that the coil is free of damage.
   *Checked:* ________________

3. Electrical Conduit and Fitting Check.
   Verify that all liquid tight fittings, conduit, bushings, and hardware are properly connected and secured.
   *Checked:* ________________

4. ACU Mounting.
   Verify that the ACU stand has been properly secured to the ground and that the ACU unit has been properly secured to the stand.
   *Checked:* ________________

B GSE Group
COOL Jet
TwistAero

5. Clearance check.
Verify that there is proper clearance around the ACU unit to allow safe and unobstructed operation of the unit.
*Checked:* ________________

6. Ductwork.
Verify that all ductwork discharge connections have been made and are secure.
Verify that all ductwork conduit is in safe and operational condition.
*Checked:* ________________

7. Electrical and Refrigeration check.
7.1 Check Phase Protection Monitor (PM-1). The monitor has 2 LED indication of proper operation. The green LED indicates the unit is ON, and the rotation is right. If the rotation is wrong, the red LED will flash.
*Checked:* ________________

7.2 Check the electrical supply power. The voltage and frequency must match that identified on the ACU unit nameplate
Measured Voltage: A-B: ________ B-C: ________ C-A: ________
*Checked:* ________________

7.3 Check VFD speed.
Speed: ________________ Amps: ________________
*Checked:* ________________

7.4 Cool Mode.
7.4.1 In cool ambient temperatures, bubbles may be expected in the sight glass.
7.4.2 Run the system at maximum aircraft size mode for a minimum of 30 minutes until the pressures and temperatures are stable. Record the suction and discharge pressures.

| | | |
|---|---|---|
| System 1: | Low: ________________ | High: ________________ |
| System 2: | Low: ________________ | High: ________________ |
| System 3: | Low: ________________ | High: ________________ |

*Checked:* ________________

7.4.3 Record Ambient and Discharge Temperatures.
Ambient Temperature: ________________
Discharge Temperature at Unit: ________________
Temperature, End of the Duct: ________________
*Checked:* ________________

7.4.4 Record the following.
Total Amps: ________________

| | | | |
|---|---|---|---|
| Compressor Amps: | 1 ________ | 2 ________ | 3 ________ |
| Condensor Fan Amps: | 1 ________ | 2 ________ | |

*Checked:* ________________

B GSE Group
COOL Jet
Twist Aero

7.5 Work light check.
All work lights illuminate properly.
*Checked:* ____________________

7.6 Unit Control Station check.
7.6.1 All unit START/STOP PB's Operate properly.
*Checked:* ____________________
7.6.2 All unit E-Stop PB's operate properly.
*Checked:* ____________________

7.7 Programmable Set Points.
Discharge Temp. Setpoint: ____________________
Airflow Setpoint: ______________________________
7.7.1 Unit responds to programming setpoint changes.
Discharge Temp. Setpoint: ____________________
Airflow Setpoint: ______________________________

Twist Aero Representative Signature of Completion: ______________________________

Customer's Representative Signature of Acceptance: ______________________________

B GSE Group
COOL Jet
TwistAero

Notes:



# SECTION 10

RESERVED FOR PROJECTS WITH ADVANCED INTEGRATION



# SECTION 11

# Installation Instructions F-35 Retrofit Projects



A sufficient area must be excavated to allow for proper structural support for the steel pit or concrete vault. Please follow guidelines set forth in the specifications.

# Installation Instructions F-35 Retrofit Projects



Trenches must be dug for the electrical lines, compressed air and pre-conditioned air. The electrical converters and control panels are typically located on a wall of the hangar. The trenches will extend to the wall, where they will connect to the converters and control panels. The pre-conditioned air trunk lines will be located remotely also. The trench will extend to the pre-conditioned air entering duct also.

# Installation Instructions F-35 Retrofit Projects



The electrical line conduits, compressed air line and pre-conditioned air duct will be measured and installed as required in the plans and specifications.

# Installation Instructions F-35 Retrofit Projects



The electrical, compressed air and pre-conditioned air penetrations to the concrete vault or steel pit will be specific to the plans and specifications. These are critical measurements as they are difficult to alter, once the conduit and pre-conditioned air duct is in place.

# Installation Instructions F-35 Retrofit Projects



The compressed air line is to be tested before additional concrete is poured. The electrical condiut and pre-conditioned air ductwork is to be inspected at this time also.

# Installation Instructions F-35 Retrofit Projects



Care must be taken in each aspect of the installation to insure a proper fit.

# Installation Instructions F-35 Retrofit Projects



Please insure that the steel pit of vault access top is properly leveled, squared and in place.



Additional reinforcement may be required, prior to pouring additional cement. Please use cement that complies with specifications, per your specific project.

# Installation Instructions F-35 Retrofit Projects




Once the top is squared and leveled, cover the machined aluminum tops and corresponding frames. Pour cement around the concrete vault or steel pit, up to the top frame around the collar. Crown around the collar per plans and specifications

# Installation Instructions F-35 Retrofit Projects



Insulate the pre-conditioned air duct to R value of no less than 14

# Installation Instructions F-35 Retrofit Projects



Form the upper area of the trenches, per plans and specifications, so the trenches will accommodate grate covers.

# Installation Instructions F-35 Retrofit Projects



Make final electrical connections and pre-conditioned air connections 270VDC, 400HZ, 480V and other supply equipment. Test the electrical connections and test the pre-conditioned air.

Note: Take Great care as to not get dirt and debris into the PCA duct lines. Any dust or debris or water will have to be cleaned out of the pit ducts before operating the air-conditioning unit.

# Installation Instructions F-35 Retrofit Projects

If sanding or any chemical wash is used on the hangar floor take extra precautions as to not get any chemical or lime dust into the pit or it must be washed and removed immediately.

400Hz and 270VDC power feeders must be in aluminum conduit.

# SECTION 12

JBT AeroTech

MANUAL P/N TP100031 REV. A

# JETPOWER® III

# 270 VDC

# GROUND POWER UNIT

## OPERATION AND MAINTENANCE MANUAL

JBT AEROTECH
JETWAY SYSTEMS®
1805 WEST 2550 SOUTH
OGDEN UTAH 84401

JBT AeroTech

# WARNINGS, CAUTIONS, AND NOTES

## READ THIS FIRST – THEN OPERATE SAFELY

Before you use any of the equipment described in this operation and maintenance manual, read it carefully so that you are thoroughly familiar its content. Familiarity with the controls, requirements, and procedures in this manual will help you operate and maintain the equipment safely. JBT AeroTech, Jetway Systems® considers operational details and equipment that are not specifically included in this manual to be beyond its scope.

### WHEN USING THIS MANUAL

All information, specifications, and illustrations in this manual are those in effect at the time of printing. JBT AeroTech, Jetway Systems® reserves the right to change specifications or design without notice and without obligation.

JBT AeroTech, Jetway Systems® is not liable for technical or editorial errors in or omissions from this manual nor for incidental or consequential damages resulting from the furnishing, performance, or use of this manual.

The drawings in this manual and any information or amendments associated with them are proprietary and confidential to JBT AeroTech. These drawings must not be reproduced in full or in part and must not be disclosed to any other party without the prior written consent of JBT AeroTech, Jetway Systems®.

**⚠ WARNING: IMPORTANT SAFETY INFORMATION REMINDERS**

**Follow these important rules to make sure you operate the equipment properly:**

- ***Never* operate any equipment if you are under the influence of alcohol or drugs.**
- ***Always* give your full attention to operating the equipment.**
- ***Always* follow local safety procedures as well as the safety procedures in this manual.**
- ***Always* review this operation and maintenance manual before working on the equipment.**

**⚠ WARNING: INJURY OR DEATH**

**Do not operate or service this equipment if you have not been trained and are not authorized to do so. Read this operation and maintenance manual and become familiar with the instructions in it before you operate or service this equipment. Operation or maintenance by unqualified personnel or failure to follow the instructions in this manual could cause serious injury or death.**

JBT AeroTech

**WARNING: HAZARDOUS OR LETHAL ELECTRICITY**

**Before you service the converter, disconnect all sources of power and wait until the CHARGED lamp goes out. Hazardous and potentially lethal electrical currents are present in the equipment controller and can remain at dangerous levels for 15 seconds after power to the converter is shut off.**

**WARNING: SAFETY AND LOCKOUT PROCEDURES**

**Read and adhere to all warnings and cautions in this manual. Follow all local safety and lockout procedures. Be alert to prevent damage to the equipment or injury or death to yourselves or others.**

**CAUTION: EQUIPMENT DAMAGE**

Do not operate or service this equipment if you have not been trained and are not authorized to do so. Read this operation and maintenance manual and become familiar with the instructions in it before you operate or service this equipment. Operation or maintenance by unqualified personnel or failure to follow the instructions in this manual could damage the equipment or damage other ground support equipment or even aircraft.

**NOTE: EQUIPMENT MODIFICATION**

Do not modify this equipment. Modifying it could affect its performance, safety features, or durability, and might even violate governmental regulations. Damage or performance problems resulting from modifications probably are not covered under JBT AeroTech, Jetway Systems® warranties.

**PROPRIETARY NOTICE**

This manual and any associated information or amendments are proprietary and confidential to JBT AeroTech, Jetway Systems®. Acceptance of this manual constitutes agreement not to reproduce it in whole or in part and not to disclose it to any other party and not use it for any purpose beyond the limited license granted herein without prior written consent.

**LIABILITY NOTICE**

JBT AeroTech, Jetway Systems® is not liable for technical or editorial errors or omissions in this manual nor for incidental or consequential damages resulting from the furnishing, performance, or use of this manual.

JETPOWER® III
270 VDC
Ground Power Unit

# INTRODUCTION

This manual explains how to operate and maintain the Jetpower® III 270 VDC ground power unit manufactured by JBT AeroTech, Jetway Systems® of Ogden, Utah, USA.

This manual is a tool to help guide trained personnel to successful completion of a particular task. Information contained in this manual cannot definitively address all situations that result during an installation or service job. Operations and equipment which are not specifically included in the manual are considered by JBT AeroTech, Jetway Systems® to be beyond the scope of this manual.

It is incumbent upon the customer that may elect either to conduct service work on JBT AeroTech, Jetway Systems® equipment or contract such service work to a third party to make sure that the personnel are fully and adequately trained to perform such work. It is also the responsibility of the customer to make sure that the staff who use this manual are competent to perform the procedures correctly and in a safe manner. It should be noted that competency is a combination of knowledge, experience, and attitude. However, an individual's competency can only be ascertained by an ongoing evaluation process. JBT AeroTech, Jetway Systems® can provide familiarization and training courses to non-JBT AeroTech, Jetway Systems® personnel.

This is the standard operation and maintenance manual for the Jetpower® III 270 VDC ground power unit. It includes ample illustrations, service tables, and parts lists to familiarize all personnel with the working principles of the unit.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential

JETPOWER® III
270 VDC
Ground Power Unit

# OPERATION & MAINTENANCE MANUAL

## GENERAL TABLE OF CONTENTS

Chapter 1. Description

- Section 1. Description
- Section 2. Specifications

Chapter 2. Operation

- Section 1. Safety
- Section 2. Mounting
- Section 3.Wiring
- Section 4. Operational Controls
- Section 5. Startup of New Unit
- Section 6. Simplified Start and Stop Procedure

Chapter 3. Theory Of Operation

- Section 1. General Summary
- Section 2. Curcuit Boards

Chapter 4. Maintenance

- Section 1. Maintenance
- Section 2: Circuit Protection
- Section 3: Circuit Board Setup
- Section 4: Periodic Maintenance
- Section 5. Schematics

Chapter 5. Parts

- Section 1. Illustrated Parts


Proprietary/Confidential Documentation
© 2011 JBT Corporation

Confidential
BGSE_00429006_0320

JETPOWER® III
270 VDC
Ground Power Unit

# CHAPTER 1
# DESCRIPTION

## TABLE OF CONTENTS

Section 1. Description ........ 1-1
Section 2. Specifications ........ 2-1
1. Nominal rating ........ 2-1
2. Performance characteristics ........ 2-1
3. Fault systems ........ 2-3
4. Indicators ........ 2-3
5. Switches and controls ........ 2-4
6. Physical characteristics ........ 2-5
7. Safety features ........ 2-5
8. Certifications ........ 2-6

## TABLE OF FIGURES

Figure 1. Jetpower® III 270 VDC ground-power unit ........ 1-1


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0321

JETPOWER® III
270 VDC
Ground Power Unit

## Section 1. Description

This manual explains how to operate and maintain the Jetpower® III 270 VDC ground power unit from JBT AeroTech, Jetway Systems®. The Jetpower® III 270 VDC unit converts standard 50/60 Hz utility power to 270 VDC power using clean, efficient, reliable and maintenance-free solid-state technology. Jetpower® III 270 VDC converters are more than 94% efficient and operate as demand systems, consuming only the energy required to fulfill the aircraft's power needs at any given time. With few or no moving parts, the Jetpower® III 270 VDC converters have negligible no-load power losses.




**Figure 1. Jetpower® III 270 VDC ground-power unit**

Jetpower® power-conversion equipment has become an integral part of modern aviation with more than 25 years in service. Jetpower® III 270 VDC solid-state converters are the ideal choice for aircraft power applications anywhere in the world. They have a 20 year design life and are contained in a rugged steel enclosure suitable


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0322

for operation in extreme environments. All circuitry is self-calibrating and requires no customer adjustment.

Each Jetpower® III 270 VDC converter is equipped with a sophisticated, comprehensive system of internal self-diagnostics. All critical circuits and subsystems can be evaluated through the use of light emitting diodes, external indicator lights, and an LCD text display of faults and meter functions.


Proprietary/Confidential Documentation
© 2011 JBT Corporation

JETPOWER® III
270 VDC
Ground Power Unit

## Section 2. Specifications

This specification describes the JBT AeroTech Jetway Systems® Jetpower® III 270 VDC ground power unit. The Jetpower® III 270 VDC unit converts standard 50/60 Hz utility power to 270 VDC power for powering commercial or military aircraft at 270 VDC from a suitable utility power source.

1. Nominal rating

   | | |
   |---|---|
   | MAIN POWER: | 72 kW (267 A @ 270 VDC) |
   | INTERLOCK POWER: | 28 VDC @ 15 A |

2. Performance characteristics

   A. Input Power

      The unit will operate with **AC input voltages** that don't vary more than ±10% of the source's nominally rated voltage. The input voltage rating is three-phase, three-wire plus ground, 480 VAC, 60 Hz.

      The unit will operate on **AC input power frequencies** ranging from 45 Hz–65 Hz.

      The unit has a 12-step input rectifier with 10% maximum **AC input current total harmonic distortion** at rated full load.

      The nominal **input current requirements at rated load** are 480 v, 100 A.

      On startup, the **input inrush current** must not exceed 100% of the input current required when the unit is operating at rated load output.

      The **input power factor** is ≥0.95 at loads ≥25% of the nominal rated load.

      The unit is **input phase rotation** independent, allowing it to be connected to the incoming power without regard for phase rotation.

      The unit has an internally mounted **circuit breaker on the input power lines** that allows the input power to be removed in the case of a fault or for maintenance.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential

JETPOWER® III
270 VDC
Ground Power Unit

The unit contains **input surge protection** connected line-to-line and line-to-ground that protects the solid-state components from transient voltages. The unit has passed a surge test according to IEEE C62.41.2. During the test the unit operated without alarms and within specified tolerances.

B. Output power

The **output voltage** is rated at 270 ±3 VDC. This voltage can be adjusted ±10%. The power source has an automatic compensation function on the main 270 VDC output to maintain the minimum voltage input thresholds at the aircraft's external power receptacle, effectively canceling out the voltage drop in the 270 VDC output cable.

The **output voltage interlock** is rated at 28 VDC at 15 amps.

The **output voltage drift** is ≤1% of its original value with the converter operating at a constant load, a change in ambient temperature up to 55 °C in an eight-hour period, or as the converter stabilizes from a cold condition at any load.

The 270 VDC **output voltage recovery time** to the steady state condition is <40 ms after any load change up to 100%.

The **output voltage regulation** is ±1% from no load to full load.

The 270 VDC peak-to-peak **output voltage ripple** is <5 V for all typical profile loading, <3 V for startup and baseline conditions, and <500 mV for the 28 VDC interlock output.

The **main output current** is 72 kVA (267 A at 270 VDC).

The **interlock output current** is 28 VDC at 15 A

The overall **efficiency** of the converter is not less than 94% at 100% load.

C. Overload

The 270 VDC output has an **overload capacity** of up to 200%.



Proprietary/Confidential Documentation
© 2011 JBT Corporation

Confidential

BGSE_00429006_0325

JETPOWER® III
270 VDC
Ground Power Unit

The 270 VDC output coordinates with the trip curve for a 120-A contactor per 2ZEU004-0006. This **short circuit capability** ensures that the 120-A contactor trips before the external power source output goes off line because of overcurrent or undervoltage.

When a short circuit is applied, the unit limits the average current to 480 A by detecting the short circuit and maintaining a current threshold (regardless of the resistance in the current path) for a minimum of time so that the worst-case fault time duration is cleared by the aircraft's 120-A overcurrent device.

During any overcurrent condition on the 270 VDC system the 28 VDC interlock power will not be disrupted.

3. Fault systems

The unit can monitor the following faults and shut down if they are out of tolerance. These faults are displayed in plain English on an LCD text display.

- input voltage 10% higher than nominal rating
- input voltage 15% less than nominal rating
- output voltage less than 250 VDC per MIL-STD-704F
- output voltage greater than 280 VDC per MIL-STD-704F
- output overload
- DC bus discharge circuit overheated
- overtemperature of an IGBT or rectifier heatsink
- IGBT failure (specific IGBT indicated)
- no output voltage detected fault

4. Indicators

An LCD meter displays the following in plain English text:

- input volts phase A
- input volts phase B
- input volts phase C
- input volts (average of three phases)
- input current (average of three phases)
- output voltage
- output current
- date and time


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential BGSE_00429006_0326

The LCD meter also displays the event and fault history. The most recent 490 events (start, stop, fault, and reset) are stored internally. The following data for each event is stored:

- time of data sample
- date of data sample
- kilowatts used for docking cycle
- fault
- output volts at time of fault
- output amps at time of fault
- output volts max for docking cycle
- output amps max for docking cycle

A 16-position keypad controls which of this information is displayed.

A non resettable hour meter that can display up to 99,999 hours is mounted internally to indicate total operation hours.

LEDs indicate the following:

- START pushbutton pressed
- STOP pushbutton pressed
- IGBT circuits operating properly
- Input rectifiers operating properly
- Power supply for electronic circuits operating properly

Front panel lights indicate the following:

- red light – fault occurred
- yellow or amber light – input voltage applied to unit
- green light – unit producing 270 VDC power
- green light – 270 VDC power available on output

5. Switches and controls

The following switches and controls are mounted on the outside of the main cabinet:

- START pushbutton for starting the unit
- STOP pushbutton for stopping or resetting the unit
- 270 V OUTPUT ON pushbutton that turns on the 270 VDC output
- 270 V OUTPUT OFF pushbutton that turns off the 270 VDC output.
- EMERGENCY STOP pushbutton


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0327

JETPOWER® III
270 VDC
Ground Power Unit

The following switches and controls are mounted inside the main cabinet:

- AUTO/MANUAL switch that enables and disables output voltage regulation
- STOP pushbutton for stopping and resetting the unit
- START pushbutton for starting the unit
- REMOTE IV SENSE switch that enables and disables remote output voltage monitoring or other options
- line-drop compensation adjustment that sets compensation amount
- bus voltage adjustment that sets the DC bus voltage level
- LCD contrast that sets the contrast level for the LCD display
- voltage adjustment pot that sets the output voltage level

6. Physical characteristics

| | |
|---|---|
| WEIGHT: | 1,200 lb (500 kg). |
| HEIGHT: | 73 inches (1780 mm) |
| WIDTH: | 38 inches (940 mm) |
| DEPTH: | 32 inches (965 mm) |
| MATERIAL: | The cabinet is made from painted steel. |
| WEATHER RATING: | The enclosure is rated as NEMA 4. |
| HARDWARE: | All mounting hardware is stainless steel. |
| WIRING: | All wires or cables are numbered or labeled. |
| ACOUSTICAL NOISE: | The unit doesn't emit more than 65 dB(A) measured at 1.5 m above it and 1.0 m distant from it. |
| TEMPERATURE RATING: | The unit operates at temperatures between –40 °C (–40 °F) and +55 °C (131 °F). |
| HUMIDITY RATING: | The unit operates when the humidity is between 0% and 95% in a noncondensing environment. |
| ALTITUDE RATING: | The unit operates from sea level to 6000 ft (1830 m). |

7. Safety features

The 270 VDC power source internal 270 VDC bus automatically discharges to below 12 VDC within two seconds after the source has been turned off or there is a detection of a system fault.



Proprietary/Confidential Documentation
© 2011 JBT Corporation

Confidential
BGSE_00429006_0328

The 270 VDC power is removed from the output connector within 25 ms after the unit:

- receives a stop command
- detects a fault that results in a shutdown
- loses 28 VDC interlock power

8. Certifications

The Jetpower® III 270 VDC ground power unit carries the Intertek ETL Listed Mark for standards UL 1012 and CSA C22.2 No. 107.1.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0329

JETPOWER® III
270 VDC
Ground Power Unit

# CHAPTER 2
# OPERATION

## TABLE OF CONTENTS

Section 1. Safety ........ 1-1
1. Personnel ........ 1-1
2. Warning light ........ 1-1
3. Wiring ........ 1-1
4. Interlocks ........ 1-1
Section 2. Mounting ........ 2-1
Section 3. Wiring ........ 3-1
1. Input power cables ........ 3-1
2. Output power cable ........ 3-2
Section 4. Operational Controls ........ 4-1
1. Start/stop controls ........ 4-1
2. Output voltage adjustment ........ 4-1
3. Audible alarm ........ 4-1
4. Emergency stop ........ 4-1
5. Test controls ........ 4-2
6. Line-drop compensation adjustment ........ 4-3
7. Remote I-V sense switch ........ 4-4
8. System monitoring ........ 4-4
9. Lights ........ 4-8
10. Hour meter ........ 4-9
Section 5. Startup of New Unit ........ 5-1
Section 6. Simplified Start and Stop Procedures ........ 6-1
1. Starting the converter ........ 6-1
2. Stopping the converter ........ 6-1



Proprietary/Confidential Documentation
© 2011 JBT Corporation

Confidential

JETPOWER® III
270 VDC
Ground Power Unit

## TABLE OF FIGURES

Figure 1. Input power cables .......... 3-1
Figure 2. Card rack controls and indicators .......... 4-2
Figure 3. Panel meter and keypad .......... 4-4
Figure 4. Lamp indicators .......... 4-8
Figure 5. IGBT drive board indicators .......... 4-9


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0331

JETPOWER® III
270 VDC
Ground Power Unit

## Section 1. Safety

1. Personnel

   Only fully qualified electrical and electronic personnel should install and maintain this equipment. It is important that all support personnel read the instructions in this manual before doing any work on a Jetpower® III 270 VDC converter. Close attention must be paid to all warnings and cautions.

2. Warning light

   Normal input power is three phases, 480, 415, 400, or 380 volts at 50 or 60 Hz. This voltage is present throughout the unit whenever the yellow light on the front of the unit is on. It is always present on the power input side of the main circuit breaker when utility power is being sent to the unit. The yellow warning light indicates that the input power is on.

3. Wiring

   All wiring is in accordance with the National Electrical Code and is consistent with all local codes. All internal electrical connections between components are made at the factory.

   When installing a converter, make sure that all connections are clean and tight.

4. Interlocks

   An interlock switch is mounted in the upper corner of the front door. This switch normally prevents the converter from operating when the door is open. With the front door open, this switch can be defeated if the plunger is pulled all the way out.



Proprietary/Confidential Documentation
© 2011 JBT Corporation

Confidential
BGSE_00429006_0332

## Section 2. Mounting

The Jetpower® III 270 VDC converter provides *point of use* power conversion. This means that the conversion from 50 or 60 Hz power takes place less than 100 feet (30 m) from the aircraft being serviced.

The vertical enclosure is designed to be mounted on a cement pad. An optional stand is available which raises the base of the unit 18 inches off the floor.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0334

## Section 3. Wiring

1. Input power cables

   The input cable can be brought in from the left side or the top of the unit (Figure 1). Use the proper wire size to power the converter. Follow local codes to determine the wire size. Consult the *Specifications* section of Chapter 1 to determine the current rating.

   The input circuit breaker can accommodate wire sizes from 6 AWG to 250 MCM (16 mm² to 120 mm²).




**Figure 1. Input power cables**


Proprietary/Confidential Documentation
© 2011 JBT Corporation

2. Output power cable

When selecting output cable, the following points should be considered:

- The cable must be rated for 267 A DC.
- The installation and acceptability of output cables are subject to acceptance by the local inspection authority.
- The 270 VDC output terminals are 3/8-inch studs. The interlock terminals are 1/4-inch studs.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0337

JETPOWER® III
270 VDC
Ground Power Unit

## Section 4. Operational Controls

1. Start/stop controls

   A. UNIT START/STOP

   There are two sets of start/stop controls on the front door. The set labeled UNIT is for starting and stopping the unit itself. These controls do not apply power to the output cable. All they do is start up the converter.

   There is also a set of start/stop controls on the start/stop board located in the card rack (Figure 2). These can be used to start and stop the unit when the door is open for maintenance purposes.

   B. OUTPUT START/STOP

   The set labeled OUTPUT is for opening and closing the output contactor. The output contactor can only be closed if the unit is already on and running. When the unit stops – for any reason – the output contactor also opens. The output contactor will not close unless the appropriate interlock signals are present on the interlock terminals.

2. Output voltage adjustment

   The output voltage is adjusted by using the output voltage adjustment potentiometer located next to the digital panel meter. Turning the adjustment clockwise increases the voltage. Turning the adjustment counterclockwise decreases the voltage.

3. Audible alarm

   An audible alarm switch is located on the main panel. This switch is a rotatable on and off switch. When in the ON position the audible alarm sounds when an internal fault occurs with the unit. When in the OFF position, the audible alarm is disabled.

4. Emergency stop

   A red mushroom-type emergency stop is located on the front door. When this switch is pushed the input circuit breaker immediately trips. To reset the switch you have to pull the switch out; then you can reset the input circuit breaker.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0338

JETPOWER® III
270 VDC
Ground Power Unit




**Figure 2. Card rack controls and indicators**

5. Test controls

   A. Auto/manual voltage control switch

      The auto/manual voltage control switch is located on the PWM regulator board (Figure 2). When up, the switch is in the automatic voltage control position. When down, it is in the manual voltage control position. In both positions the voltage is adjustable between 0 VDC and 280 VDC.

      When the switch is in the auto position, the output voltage regulates itself. If the voltage is set at 270 VDC it stays at 270 VDC no matter what the load is.



Proprietary/Confidential Documentation
© 2011 JBT Corporation

Confidential

BGSE_00429006_0339

When the switch is in the manual position, the output voltage doesn't regulate itself. It varies as a function of the input voltage. If the voltage is set at 270 VDC, for example, the voltage goes down as a load is applied to the unit. Manual position is only used for testing or maintenance.

When the unit is operating in auto mode, an undervoltage fault is triggered if the output voltage is less than 250 VDC. The output undervoltage fault trigger is disabled when the unit is in manual mode.

In either mode, an output voltage greater than 280 VDC triggers an overvoltage fault.

B. LCD contrast adjustment

The LCD contrast adjustment is located on the diagnostic board (Figure 2). It adjusts the LCD meter for best contrast viewing. This is normally set at the factor  but can be adjusted in the field.

6. Line-drop compensation adjustment

A limited amount of output line-drop compensation is available from the converter. This compensation is controlled by a potentiometer on the PWM regulator board (Figure 2). The line drop compensation is adjusted at the factory for 63 ft (19.2 m) of output cable.

You can adjust the line drop compensation in the field using this procedure:

(1) Turn the pot on the PWM regulator board fully clockwise to provide 8 V of compensation when a 72-kW load is applied.

(2) Turn the pot 25% clockwise to provide 2 V of compensation. A standard 63-ft output cable should have about 2 V of compensation.

(3) Set the compensation pot with an actual load by applying a 72-kW load and then adjusting the pot so that the voltage at the load is the same as when no load has been applied.

**NOTE:** When line-drop compensation is in use and a load is applied to the unit, the voltage read on the panel meter goes up as the load increases.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0340

JETPOWER® III
270 VDC
Ground Power Unit

7. Remote I-V sense switch

The remote I-V sense switch is located on the diagnostic board (Figure 2). It supplies power to the I-V sense board and should always be in the up position.

8. System monitoring

A. Keypad and LCD panel meter

An LCD meter on the panel displays many of the operating conditions of the converter. A 16-position keyboard controls the display. This section describes the functions of the keyboard and meter.




**Figure 3. Panel meter and keypad**

B. Keypad description

The **VOLTS OUT** key displays the output voltage in volts.

The **AMPS OUT** key displays the output current in amperes.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0341

JETPOWER® III
270 VDC
Ground Power Unit

The **VOLTS IN** key displays the average of the three input voltage phases. To scroll through the average, phase A, phase B, and phase C readings, press the ← or → keys.

The **AMPS IN** key displays the average of the three input current phases. The meter doesn't display the individual input currents.

The **IPS VOLTS** key displays the voltages of the internal low-voltage power supplies. When this key is first pressed, the +5-V power supply voltage is displayed. Pressing the ← or PREV and → or NEXT keys changes the display to show the +15-V and then the +24-V power supply voltages.

The **POWER** key displays the power used by the aircraft in kW. Pressing the ← and → keys changes the display to show the accumulated kW·h. The kW·h reading reflects the total kW·h value from the time when the diagnostic board was first installed. This value is non-resetable. The kW·h reading stays with the diagnostic board, so if the diagnostic board is changed, the value also changes. A new board may have some small number already stored, depending on how long the board was tested.

The **EVENT HIST** key displays the last 490 events encountered by the converter. An event can be a start, stop, fault, or reset. The events are displayed with the date and time of the event in sequential order starting from the most recent event. After the event history is full, the oldest event record is dropped each time a new event is stored.

When the EVENT HIST key is pressed, the month, day, time, and type of event are displayed.

- STR is a start record. This is when the converter started producing 270 VDC.
- STP is a stop record. This is when the converter stopped producing 270 VDC.
- FLT is a fault record. This is when the converter detected a fault.
- RST is a fault reset record. This is when the STOP/RESET button was pushed to reset a fault.
- Pressing → or ← scrolls to the data type.

**First screen:** The first screen shows the fault description. If no fault has occurred, the display says NO FAULT. Under normal conditions, if a converter stops because the STOP/RESET button was pressed, a no-fault


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0342

STP record is generated. If a fault occurs when the unit is running, an FLT and an STP record are generated. If a fault occurs when the unit isn't running, only an FLT record is generated. When the STOP/RESET button is pushed after a fault has occurred, an RST record is generated and displays the fault.

**Second screen:** The second screen shows maximum volts out during the current docking cycle (the time between when the converter first started and when it stopped) and only shows the values for STP or FLT records.

**Third screen:** The third screen shows maximum amps out during the current docking cycle and only shows the values for STP or FLT records.

**Fourth screen:** The fourth screen shows the kW·h used during this docking cycle and only shows the values for STP or FLT records. If no load was present while the converter was running it probably won't have a value.

**Fifth screen:** The fifth screen shows the output voltage at the time a fault occurred, but if there isn't a FLT record then no value is present.

**Sixth screen:** The sixth screen shows the output current at the time that a fault occurred, but if there isn't a FLT record then no value is present.

The **FREQ OUT** key is not applicable to the Jetpower® III 270 VDC ground power unit.

The **UNIT SETGS** key displays kW rating and the input voltage rating. These are set on the diagnostic board with switches. This key is used to check that a newly installed diagnostic board has been set up properly.

The **CLOCK** key displays and sets the current date and time. The date is in mm:dd format and the time is in 24-hour hh:mm format. Pressing the ← and → keys changes the display so you can set the date and time:

**NOTE:** The date and time cannot be set while the converter is operation.

(1) Press ← or → to scroll to the set mode.

(2) Press ENTER.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential

(3) Press LAMP TEST, PREV, NEXT, and ENTER.

**NOTE:** Once the display has advanced to the actual set mode, you have to press a key at least once every five seconds or else the set mode will be cancelled and the display will return to the PRESS ENTER screen.

(4) Press → or ← to scroll to the correct month.

(5) When the correct month is displayed, press ENTER.

(6) Press → or ← to scroll to the correct day.

(7) When the correct day is displayed, press ENTER.

(8) Press → or ← to scroll to the correct hour.

(9) When the correct hour in 24-hour format is displayed, press ENTER.

(10) Press → or ← to scroll to the correct minute.

(11) When the correct minute is displayed, press ENTER.

The **LAMP TEST** key tests the three indicator lamps on the front door (Figure 4). When this key is pressed, the three lamps all turn on, and they stay on until one of the other keys is pressed.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0344

JETPOWER® III
270 VDC
Ground Power Unit




**Figure 4. Lamp indicators**

9. Lights

There are five lights mounted on the outside of the converter.

- The red light on the left side of the window indicates that a fault has occurred. The fault description is displayed on the LCD.
- The yellow light on the left side of the window indicates that input voltage is applied and that the input circuit breaker is on.
- The green light on the left side of the window indicates that the converter is producing 270 VDC power.
- The green lamp above the UNIT start/stop controls indicates that the converter is producing 270 VDC power.
- The green lamp above the OUTPUT start/stop controls indicates that the output contactor is closed and that 270 VDC is available on the output.

There are various LEDs on the circuit boards.

- A green start LED on the control board turns on when a converter start button is pushed. This is useful for troubleshooting start problems.
- A red stop LED on the control board turns on when a converter stop button is pushed. This is useful for troubleshooting stop problems.


Proprietary/Confidential Documentation
© 2011 JBT Corporation

JETPOWER® III
270 VDC
Ground Power Unit

- Four green LEDs on the power supply board (Figure 2) indicate the presence of the low-voltage power supply voltages. From the top down, the LEDs indicate +5 VDC, +15 VDC, +24 VDC, and −15 VDC.
- A yellow LED on the start/stop board is on all the time – it is *not* used by the Jetpower® III 270 VDC ground power unit.
- Two green LEDs on each IGBT drive board (Figure 5) turn on when the IGBT drive boards are sending drive signals to the IGBTs.




**Figure 5. IGBT drive board indicators**

10. Hour meter

An hour meter located directly below the LCD meter displays the unit's accumulated running time, up to 99,999 hours. Since the hour meter isn't visible when the front door is closed, to see it you have to have input power applied when the front door is open.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0346

JETPOWER® III
270 VDC
Ground Power Unit

## Section 5. Startup of New Unit

When you're starting up a new Jetpower® III 270 VDC ground power unit, use this procedure.

(1) Inspect the converter for physical damage.

(2) Check all connections to make sure that nothing has come loose during transport, including plugin connectors, terminal block connections, and all screws and bolts used for electrical connections.

(3) Leave the front door open and pull out the door interlock.

(4) Turn the bus voltage adjustment and voltage control pots fully counterclockwise.

(5) Toggle the AUTO/MANUAL switch to MANUAL position.

(6) Apply input power.

(7) Press UNIT SETTINGS on the keypad. The meter displays the proper input voltage rating and kW size of the converter; if it doesn't, turn off the power and refer to the diagnostic board setup procedure in the maintenance section of this manual.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential

(8) Use the keypad to check the following:

| Keypad function | Acceptable reading |
|---|---|
| Input voltage average | −10%, +6% of rated voltage |
| Input voltage phase A | ±15 V of average reading |
| Input voltage phase B | ±15-V of average reading |
| Input voltage phase C | ±15-V of average reading |
| +5 V | 4–6 V |
| +15 V | 14–16 V |
| +24 V | 22–28 V |

(9) Using the keypad, set the meter for reading output voltage.

(10) Push UNIT START on the front panel.

(11) Make sure that that the green LEDs on the IGBT drive boards are on.

(12) Turn the voltage control adjustment pot clockwise about half the way.

(13) Slowly turn the bus voltage adjustment pot clockwise until the meter displays between 50 and 70 VDC. Let the unit run for 30 seconds.

(14) Slowly turn the bus voltage adjustment pot clockwise until the meter displays between 100 and 150 VDC. Let the unit run for 30 seconds.

(15) Slowly turn the bus voltage adjustment pot clockwise until the meter displays between 200 and 250 V. Let the unit run for 30 seconds.

(16) Push STOP.

(17) Turn the bus voltage adjust pot fully clockwise.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0349

(18) Toggle the AUTO/MANUAL switch to AUTO.

(19) Push UNIT START.

(20) Adjust the output voltage to 270 VDC.

(21) Push UNIT STOP.

(22) Install a jumper wire between the C(1) and D(2) terminals where the output cable is installed.

(23) Push UNIT START.

(24) Push OUTPUT START to close the output contactor.

(25) Using a voltmeter, make sure that there is voltage on the output side of the contactor.

(26) Let the converter run for five minutes.

(27) Push UNIT STOP to turn the converter off and open the output contactor.

(28) Remove the jumper.

Testing is complete.



Proprietary/Confidential Documentation
© 2011 JBT Corporation

Confidential
BGSE_00429006_0350

JETPOWER® III
270 VDC
Ground Power Unit

## Section 6. Simplified Start and Stop Procedures

1. Starting the converter

   (1) Make sure that the aircraft plug is completely and correctly installed in the aircraft.

   (2) Push UNIT START.

   (3) Make sure that the output voltage is approximately 270 VDC.

   (4) Push OUTPUT START.

**NOTE:** If the OUTPUT light doesn't stay on, the interlock circuit is not complete. You will have to troubleshoot and correct this problem.

2. Stopping the converter

   There are two ways to stop the converter. The first shuts the converter down completely. The second method opens the output contactor but keeps the converter itself running.

   (1) Push UNIT STOP to shut the converter off and open the output contactor.

   *or*

   (2) Push OUTPUT STOP to keep the converter on but to open the output contactor.



Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0352

JETPOWER® III
270 VDC
Ground Power Unit

# CHAPTER 3
# THEORY OF OPERATION

## TABLE OF CONTENTS

Section 1. General Summary ........ 1-1
1. Operation ........ 1-1
2. DC-to-DC conversion ........ 1-2
Section 2. Circuit Boards ........ 2-1
1. Pulse-width modulation regulator board ........ 2-1
2. Control board ........ 2-1
3. Power supply board ........ 2-2
4. Start/stop board ........ 2-2
5. Diagnostic board ........ 2-2
6. Motherboard ........ 2-4
7. Other circuit boards ........ 2-4

## TABLE OF FIGURES

Figure 2. Converter block diagram ........ 1-1
Figure 1. Diagnostic board ........ 2-3



Proprietary/Confidential Documentation
© 2011 JBT Corporation

Confidential
BGSE_00429006_0353

JETPOWER® III
270 VDC
Ground Power Unit

## Section 1. General Summary

1. Operation

The Jetpower® III 270 VDC ground power unit converts 50/60-Hz AC power to 270 VDC power by converting the 50/60-Hz AC power to DC voltage and then changing the DC voltage to 270 VDC. In power-supply-industry terminology the Jetpower® III 270 VDC converter is a switched-mode power supply, and in particular it is a step-down DC-to-DC converter, or buck converter. Figure 1 illustrates each step in the conversion process.




**Figure 1. Converter block diagram**

The converter rectifies the 50/60 Hz AC input power with a three-phase rectifier section. The rectifiers are SCRs (silicon-controlled rectifiers) that are controlled by the control board. When the converter's START button is pushed, the SCRs are turned on slowly so that the DC voltage going out of this section is ramped up until it is full on. The SCRs are then kept full on so that the DC voltage stays at its maximum until the converter is stopped. The DC voltage is approximately 1.4 multiplied by the line-to-line input voltage – for example:

$$480 \text{ VAC} \times 1.4 = 672 \text{ VDC}$$



Proprietary/Confidential Documentation
© 2011 JBT Corporation

A DC filter smoothes the DC voltage so that very little AC ripple voltage is left. The DC filter consists of the bus choke and bus capacitors. The bus capacitors are mounted on the IGBT (insulated-gate bipolar transistor) inverter sections.

2. DC-to-DC conversion

   A. Pulse-width modulation

      The converter does the DC-to-DC conversion by switching the DC on and off with high-frequency pulses of varying lengths. This method of switching is called pulse-width modulation. These high-frequency pulses are sent to the switching inductors. The output side of the switching inductors is a bank of filter capacitors. The switching inductors and capacitors filter out the PWM pulses and create a very smooth DC voltage. The converter controls this output DC voltage by varying the length of the PWM pulses. The shorter the pulses, the lower the voltage, and the longer the higher. The pulses change length to compensate for varying loads on the output so the output voltage is kept at a constant value.

   B. Insulated-gate bipolar transistors

      IGBTs are the switches in the DC-to-DC conversion. They are controlled by the PWM regulator board, which creates the signals to turn the IGBTs on and off.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0356

## Section 2. Circuit Boards

There are a number of circuit boards in the converter, each described below.

1. Pulse-width modulation regulator board

   The primary function of the PWM regulator board is to generate the signals that control the IGBTs. This board looks at the output voltage, output current, line drop compensation potentiometer, and the voltage control potentiometer and generates the correct signals for the IGBTs so that the output voltage is regulated.

   Other functions of the board are to monitor the AUTO/MANUAL switch and IGBT faults. The AUTO/MANUAL switch tells the board to either regulate the output voltage or ignore the regulation circuits for testing. The IGBT faults are generated by the IGBT drive boards and sent to the PWM regulator board for processing. A fault signal is then sent to the diagnostic board for further fault action.

   The AUTO/MANUAL switch described above is also located on the PWM regulator board. When toggled up, the regulation loop is active. When toggled down, the regulation loop is not operational.

   A potentiometer located on the edge of the board is used to adjust the line-drop compensation setting. The potentiometer sets the amount of compensation for the output cable voltage drop. Setting this pot at 50% gives approximately a 4-V boost with a 72 kW load.

2. Control board

   The control board controls the SCRs that rectify the input voltage to create the main DC bus. This board ramps up the SCRs so that the inrush current to the converter is minimized when the START button is pressed. This allows for the bus voltage to be set at 0 V until START is pressed.

   This board also converts the start/stop signals from the switches to signals that turn the converter on and off.

   The control board looks at the three input phases to the converter. The board works on 50 and 60 Hz input power without any jumpers having to be moved. It then generates the correct signals to control the SCRs. The board has a bus


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0357

voltage adjustment potentiometer that can turn down the bus voltage for testing purposes. The pot is located on the front edge of the board and labeled BUS ADJUST. When the pot is turned fully counterclockwise the bus voltage is 0. The voltage increases as the pot is turned clockwise. This pot is left normally in the fully clockwise position.

There are two LEDs on this board. They monitor the START/STOP switches. One is green and one is red. The green LED is connected to the UNIT START switches, and the red LED is connected to the UNIT STOP switches. Whenever the UNIT STOP or UNIT START switches are pushed these LEDs light up.

3. Power supply board

The power supply board rectifies the AC voltage that comes from the transformer plate assembly and creates +5 VDC, +15 VDC, –15 VDC and +24 VDC. These voltages are used for the electronic circuits.

There are four green LEDs on this board. They are a visual indicator of the power supply voltages. They are identified from top to bottom as: +5 VDC, +15 VDC, +24 VDC, –15 VDC.

4. Start/stop board

The start/stop board monitors the UNIT START/STOP switches and filters these signals so that the rest of the boards can use them safely.

The START/STOP switches on the edge of the board start and stop the converter while the door is open for maintenance. The black switch is the START, and the red switch is the STOP.

The bypass switch on the edge of the board is not used.

5. Diagnostic board

The diagnostic board (Figure 2) monitors all of the operating conditions of the converter and generates faults if they are out of the expected boundaries. It also provides the signals for external monitoring of the operating conditions and controls the LCD panel meter.


Proprietary/Confidential Documentation
© 2011 JBT Corporation

JETPOWER® III
270 VDC
Ground Power Unit




**Figure 2. Diagnostic board**

The diagnostic board looks at the input voltage and current, output voltage and current, IGBT faults, and over-temperature indicators. Based on each of these signals, it decides whether to allow the converter to continue operating or to shut it down with a fault.

The toggle switch on this board sends power to the I-V sense board; the switch must always be in the up position.

The INPUT VOLTAGE DIP switch sets the input voltage rating of the converter. The kW LOAD DIP switch sets the kW rating of the converter so that the overload settings are correct. The kW LOAD switch must be set on 90 kVA.

There is one potentiometer located on the edge of the board for setting the contrast of the LCD meter display.



Proprietary/Confidential Documentation
© 2011 JBT Corporation

This board provides all of the operating conditions to an optional RS232–RS485 board which can be installed on the right side of the card rack.

6. Motherboard

   The motherboard allows all of the other card rack boards to send signals to each other. It also has all of the connectors that send and receive signals from other parts of the converter.

   There are six board connectors. Each of these connectors is arranged so that the boards can only be plugged into one slot. The board locations are not interchangeable. It is not possible to plug the wrong board into the wrong slot.

   There are 17 other connectors where cables from other parts of the converter connect.

7. Other circuit boards

   A. Silicon-controlled rectifier interface board

      The SCR interface board mounts next to the input SCRs. This board turns the SCRs on so that they can rectify the AC voltage to generate the DC voltage for the main bus. This board receives signals from a cable that plugs into P15 of the motherboard.

   B. Bus discharge board

      The bus discharge board on the DC bus discharges the voltage on the bus whenever the input power is removed. It takes about five seconds to reduce the voltage to less than 30 V. The input power is removed whenever a door is opened because the doors have switches that trip the shunt trip on the input circuit breaker.

   C. Bus discharge board on 270 VDC output

      The bus discharge board connected to the 270 VDC output discharges the output capacitors.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0360

D. Low-voltage metal-oxide varistor board

The LV MOV board has MOVs mounted on it. The MOVs limit the voltage surges from the input lines. These MOVs are connected to lines that supply low-voltage AC power to the card rack power supply. This board is mounted on the transformer plate assembly underneath the +15 VDC power supply. A cable connects the AC voltages to P7 of the motherboard.

E. +15 VDC power supply

The +15 VDC power supply is a commercial power supply not manufactured by Jetway. It operates from 120 VAC and has a +15 VDC output. It supplies the power to operate the IGBT drive boards. It is mounted on the transformer plate assembly. A cable connects the +15 VDC to P16 of the motherboard.

F. I-V sense board

The I-V sense board monitors the output voltage and current. It then converts these signals into low-voltage signals. A cable connects this board to P14 of the motherboard.

G. Insulated-gate bipolar transistor drive board

The IGBT drive board receives signals that have been generated in the PWM regulator board, isolates them, and converts them to signals that turn the IGBTs on and off. One of these boards is mounted on each IGBT heatsink. There are two green LEDs on each board. These LEDs indicate that a signal is being received and sent to the IGBTs. These LEDs should be off when the converter is off and on when the converter is producing 270 VDC power. A cable connects this board to P1 of the motherboard.

H. Keypad board

The keypad board is attached to the keypad, which is mounted on the front panel of the converter. A cable connects this board to P11 of the motherboard.



Proprietary/Confidential Documentation
© 2011 JBT Corporation

Confidential
BGSE_00429006_0361

JETPOWER® III
270 VDC
Ground Power Unit

# CHAPTER 4
# MAINTENANCE

## TABLE OF CONTENTS

Section 1. Maintenance .......... 1-1
Section 2. Circuit Protection .......... 2-1
1. Input circuit breaker .......... 2-1
2. Control circuits circuit breaker .......... 2-2
3. Fuses .......... 2-2
4. Thermoswitches .......... 2-3
5. Display faults .......... 2-4
6. IGBT module .......... 2-8
Section 3. Circuit Board Setup .......... 3-1
1. Diagnostic board .......... 3-1
2. Start/stop board .......... 3-2
Section 4. Periodic Maintenance .......... 4-1
Section 5. Schematics .......... 5-1

## TABLE OF FIGURES

Figure 1. Input circuit breaker .......... 2-1
Figure 2. Converter wiring diagram .......... 2-5
Figure 3. Diagnostic board .......... 3-1
Figure 4. Start/stop board .......... 3-3
Figure 5. Card rack .......... 4-3



Proprietary/Confidential Documentation
© 2011 JBT Corporation

JETPOWER® III
270 VDC
Ground Power Unit

## Section 1. Maintenance

This chapter explains how to maintain the Jetpower® III 270 VDC ground power unit. If the converter is not functioning properly, you have to know what each of the indicators means and how to interpret the LCD meter. You also have to understand what each component of the converter is for. This information is in the Operation and Theory of Operation chapters of this manual. The Schematics chapter of this manual contains wiring drawings that can help you understand the basic operation of the converter.

This chapter includes troubleshooting information for the main converter components.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential

JETPOWER® III
270 VDC
Ground Power Unit

## Section 2. Circuit Protection

There are circuit breakers and fuses located in the converter that are used to protect some of the circuits.

1. Input circuit breaker

   The input circuit breaker is located on the main control side. It is accessible with the door closed through the small door in the front panel of the converter. It is rated at 250 amps. There are switches located on the breaker to set the trip levels. These need to be set for each piece of equipment that the circuit breaker is installed into.




**Figure 1. Input circuit breaker**

Follow these steps to configure the input circuit breaker:

(1) Set the switches in section L (the left-side block of the circuit breaker) according to the input voltage in the following chart. There are four switches; 0 means down, 1 means up.



Proprietary/Confidential Documentation
© 2011 JBT Corporation

Confidential

BGSE_00429006_0364

| Input voltage | | | | |
|---|---|---|---|---|
| **480 V** | **415 V** | **400 V** | **380 V** | **575 V** |
| 0100 | 0010 | 0010 | 1010 | 0000 |

(2) Toggle t1 in section L down.

(3) Toggle S I in section S (the middle block) down.

(4) Set the four switches in section S to 0001.

(5) Set t2 switch in section S up.

(6) Set both switches in section N (the right-side block) down.

There is a 120 VAC shunt trip installed in the circuit breaker that is connected to the door interlock switches. If the door is opened while power is applied to the converter the circuit breaker opens.

2. Control circuits circuit breaker

The control circuits circuit breaker is located on the main control side to the right of the card rack. It is only accessible with the door open. It is rated at 2 amps. All control power goes through this circuit breaker. If there is input power applied to the converter and the main circuit breaker is closed but no lights are on in the card rack then check this circuit breaker.

3. Fuses

A. 15 VDC fuse

The 15 VDC fuse is located on the 15 VDC power supply. It is rated for 3 amps. The 15 VDC that powers the IGBT drive boards comes from this power supply. If the fuse is open, the IGBT drive boards won't function.

B. 120 VAC fuse

The 120 VAC fuse is located near the control-circuit circuit breaker on the same mounting rail. It is rated at 5 amps. All of the 120 VAC control power goes through this fuse. If the fuse is open, the converter won't operate.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0365

To replace the fuse, lift the bottom of the fuse holder up, and then open the left side wall.

C. Contactor coil fuse

F1 is a slow-blow fuse in the output contactor coil leads. It is rated for 3 amps. If the fuse opens, it probably indicates a shorted contactor coil.

D. Interlock feedback fuse

F3 is a fuse located on the TB-M terminal block in the output wiring area. It is rated at 0.5 amps. It is in the 28-V feedback wires from the aircraft. This fuse opens only if more than 60 V is applied to the 28-V wires. The output contactor can't close if this fuse is open.

To replace the fuse, lift the right side of the fuse holder up, and then open the bottom wall.

E. Start/stop auto-resetable fuse

The start/stop auto-resetable fuse is located on the motherboard. It is a current-limited device that opens when more than 0.4 amps is drawn from the 24 VDC that supplies the door-mounted START/STOP switches and the run lamps. The fuse closes when the over current goes away. This fuse resets itself and is not replaceable. This 24 VDC only is used for internal controls.

F. Front panel lamp auto-resetable fuses

The front panel lamp auto-resetable fuses are located on the diagnostic board. They are current-limited devices that open when more than 0.4 amps is drawn from the front panel lamps. These fuses close when the overcurrent goes away. These fuses reset themselves and are not replaceable.

4. Thermoswitches

The IGBT inverter heatsinks and the SCR heatsink have thermoswitches installed on them. These switches monitor the heat on the heatsinks to protect the converter if a fan fails or something else causes the heatsinks to get too hot. The thermoswitches are normally closed. They open when they get too hot. All of the thermoswitches are wired in series with each other. If an over-temperature fault


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential

occurs, check which switch opened by measuring the continuity of each one either at the switch or where they wire to TB3.

5. Display faults

The LCD meter displays many faults. It is important to understand what these faults mean. This section describes most of them.

A. Input voltage too high

An INPUT VOLTAGE TOO HIGH fault occurs whenever the input voltage is more than 10% higher than the rating of the converter. This fault can occur any time the unit has power applied to it. The unit won't start with this fault.

(1) Push the STOP/RESET button to clear the fault.

(2) If the fault returns after you clear it, push the VOLTS IN key on the keypad and check the input voltage.

B. Input voltage too low

An INPUT VOLTAGE TOO LOW fault occurs whenever the input voltage is less than 15% lower than the rating of the converter. This fault can occur any time the unit has power applied to it. The unit won't start with this fault.

(1) Push the STOP/RESET button to clear the fault.

(2) If the fault returns after you clear it, push the VOLTS IN key on the keypad and check the input voltage.

(3) If one or more of the input voltages is low, measure the input voltage with a voltmeter to figure out if the input voltage is low or if the low voltage is caused by in internal problem.

(4) If the input voltage is O.K., use Figure 2 and a voltmeter and follow the voltages to figure out where the problem is.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential




**Figure 2. Converter wiring diagram**

C. Output undervoltage

An OUTPUT UNDERVOLTAGE fault only occurs after you push START and if the output voltage is less than 250 VDC for five seconds. This fault only occurs if the AUTO/MANUAL switch is in the AUTO position. This fault won't occur if the voltage never gets higher than 50 V when you first push START, so the voltage must get above 50 V for this fault to occur. If the


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0368

voltage doesn't go above 50 V, the fault OUTPUT VOLTAGE NOT DETECTED occurs.

D. Output overvoltage

An OUTPUT OVERVOLTAGE fault only occurs after you have pushed START and if the output voltage more than 280 VDC. The higher the voltage, the faster the fault occurs. The fault time follows the curve in MIL-STD-704F.

E. Output overload

The converter is designed to allow overloads for short periods of time to accommodate aircraft load switching, but an OUTPUT OVERLOAD fault occurs if the output current exceeds the rating of the converter for too long. The higher the output current, the faster the fault occurs.

F. Bus discharge

A BUS DISCHARGE fault occurs if one of the bus discharge circuits overheats. When input power is removed from the converter, the main bus discharge circuit places a large resistor across the DC bus to drain off the high voltage. If this resistor gets too hot, a bus discharge fault occurs. If the converter is started and stopped and input power removed too many times in quick succession, this fault can occur. It can also occur if the bus discharge circuit fails and the resistor is placed across the DC bus while the converter is operating. A second bus discharge circuit board is installed across the 270 VDC and is located in the back of the cabinet.

G. Over temperature

An OVER TEMPERATURE fault occurs if one of the aluminum heatsinks that the SCRs and IGBTs are mounted on gets too hot. An unusually large load for too long in a hot operating environment is unlikely to cause this fault because the converter is rated to operate normally under very hot conditions. There are a couple of more likely causes of this fault:

- a failed fan – when this fault occurs, the fans remain on
- a failed heat sensor – these are normally closed switches located on each heatsink; when they get too hot, they open

(1) Look in the air intake area and check for proper fan operation.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0369

(2) Remove input power and use an ohm meter to check the continuity of each heat sensor.

H. Inverter fault on module #

An INVERTER FAULT ON MODULE # occurs if an IGBT does not turn on when it's supposed to. The fault can be caused by a failed IGBT or by a load on the output so large and fast that the normal overload circuits can't detect it.

(1) Reset the converter by pushing STOP/RESET

(2) Push START. If the converter comes on and runs normally, it probably saw a very large load.

If the fault returns immediately after you reset or restart the converter, an IGBT has probably failed; the fault indicator tells you which module has failed.

I. Output voltage not detected

An OUTPUT VOLTAGE NOT DETECTED fault occurs if the converter is started and no output voltage is detected within the first second. This fault only occurs if the AUTO/MANUAL switch is in the up or auto position. There are several possible causes of this fault:

- The bus control potentiometer, located on the control board, is not turned fully clockwise when the converter is started with the AUTO/MANUAL switch in the up position
- The voltage signals from the I-V sense board are not getting to the diagnostic board.

(1) Toggle the AUTO/MANUAL switch to the down or manual position.

(2) Adjust the voltage control pot to about 50%.

(3) Push START. Voltage shows on the OUTPUT VOLTAGE screen.

(4) If no voltage shows, either the I-V sense board is unplugged (check both ends of the cable) or the diagnostic board has failed.

- The SCRs are not operating.


Proprietary/Confidential Documentation
© 2011 JBT Corporation
Confidential
BGSE_00429006_0370

(1) Toggle the AUTO/MANUAL switch to the down or manual position.

(2) Adjust the voltage control adjustment to about 50%.

(3) Push START.

(4) Look at the LEDs on the SCR interface board. If the LEDs are not on, the SCRs are not getting the signals to tell them to come on.

(5) Make sure that the SCR interface cable is plugged in by checking the cable at the SCR interface board and at P15 on the motherboard; the cable connection is located at the top of each board. If the cable is plugged in, the control board is probably bad.

- The IGBTs are not operating.

  (1) Toggle the AUTO/MANUAL switch to the down or manual position.

  (2) Adjust the voltage control pot to about 50%.

  (3) Push START.

  (4) Look at the LEDs on the IGBT drive boards. If they're not on, either the IGBTs are not getting the signals to tell them to come on or the +15 VDC power supply is not operating properly.

  (5) Make sure the IGBT drive cables are plugged in. Check these at the IGBT drive boards and at P1 on the left side of the motherboard.

  (6) Check the +15 VDC power supply by measuring the voltage on the left side connector of the power supply. If these checks do not show anything wrong, the PWM regulator board could be bad.

6. IGBT module

An IGBT (insulated-gate bipolar transistor) module is the white module that is mounted on the heatsinks in the bottom of the converter. The fault system only monitors the IGBTs, so only the IGBTs can generate a fault.



Proprietary/Confidential Documentation
© 2011 JBT Corporation

Confidential
BGSE_00429006_0371