**From:** Schroeder, Jason [Jason.Schroeder@JBTC.COM]
**Sent:** 10/1/2014 5:57:47 PM
**To:** twb Scott Dils [scottdils@bgsegroup.com]
**CC:** KUBICA, KRIS [KRIS.KUBICA@JBTC.COM]
**Subject:** RE: Luke AFB F-35 Hgr. More Questions
**Attachments:** TP100053 Rev A_Manual OM 30T HPCF.pdf

DEFENDANTS EXHIBIT 1873

More detail below in ***bold green italics underlined.***

Jason Schroeder
Sales Manager, JASE

JBT

---

**From:** twb Scott Dils [mailto:scottdils@bgsegroup.com]
**Sent:** Wednesday, October 01, 2014 1:14 PM
**To:** Schroeder, Jason; KUBICA, KRIS
**Subject:** Luke AFB F-35 Hgr. More Questions

I have some more questions from Luke about the AC units.

Can't remember, is the silencer-filter at the discharge outlet?
***Inlet side (see images in my previous email).***

Do I need to note that on the schedule, to be provided by the ACU Mfr? Does it mount on the supply air discharge of the unit? Does it have a backdraft damper to prevent pressurized air backing up into the ACU if one is off, while the other is running?
***The system has a damper that closes when turned off. See attached page 138 and 140 item #38.***

So is there a single bank of air filters at the inlet of the unit, or two stage filter banks, and what efficiencies are they?

I can't find the condensate drain outlet on the cut sheet. Where is it and what size is it?
***½ inch. See attached IOM pages 134 and 135.***

I still need help on the other items.

Thank you

Scott Dils


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

MANUAL P/N TP100053 REV. A

JBT AeroTech

# Jetaire High Pressure Fixed Pre-conditioned Air Unit

30 Ton
PLC Controls
Stand Mounted

OPERATION AND MAINTENANCE MANUAL


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# JETAIRE®

# 30-TON HIGH PRESSURE PRECONDITIONED AIR UNIT STAND MOUNTED

OPERATION AND MAINTENANCE MANUAL

JBT AeroTech
Jetway Systems®
1805 West 2550 South
Ogden Utah 84401


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# WARNINGS, CAUTIONS, AND NOTES

## READ THIS FIRST – THEN OPERATE SAFELY

Before you use any of the equipment described in this operation and maintenance manual, read it carefully so that you are thoroughly familiar its content. Familiarity with the controls, requirements, and procedures in this manual will help you operate and maintain the equipment safely. JBT AeroTech, Jetway Systems® considers operational details and equipment that are not specifically included in this manual to be beyond its scope.

### WHEN USING THIS MANUAL

All information, specifications, and illustrations in this manual are those in effect at the time of printing. JBT AeroTech, Jetway Systems® reserves the right to change specifications or design without notice and without obligation.

JBT AeroTech, Jetway Systems® is not liable for technical or editorial errors in or omissions from this manual nor for incidental or consequential damages resulting from the furnishing, performance, or use of this manual.

The drawings in this manual and any information or amendments associated with them are proprietary and confidential to JBT AeroTech. These drawings must not be reproduced in full or in part and must not be disclosed to any other party without the prior written consent of JBT AeroTech, Jetway Systems®.

**WARNING: IMPORTANT SAFETY INFORMATION REMINDERS**

**Follow these important rules to make sure you operate the equipment properly:**

- ***Never* operate any equipment if you are under the influence of alcohol or drugs.**
- ***Always* observe speed limits and *never* drive too fast for existing conditions.**
- ***Always* give your full attention to operating the equipment.**
- ***Always* follow local safety procedures as well as the safety procedures in this manual.**
- ***Always* review this operation and maintenance manual before working on the equipment.**


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JBT AeroTech

**WARNING: INJURY OR DEATH**

**Do not operate or service this equipment if you have not been trained and are not authorized to do so. Read this operation and maintenance manual and become familiar with the instructions in it before you operate or service this equipment. Operation or maintenance by unqualified personnel or failure to follow the instructions in this manual could cause serious injury or death.**

**WARNING: HAZARDOUS OR LETHAL ELECTRICITY**

**Before you service the controller, disconnect all sources of power and wait until the CHARGED lamp goes out. Hazardous and potentially lethal electrical currents are present in the equipment controller and can remain at dangerous levels for many minutes after power to the controller is shut off.**

**WARNING: SAFETY AND LOCKOUT PROCEDURES**

**Read and adhere to all warnings and cautions in this manual. Follow all local safety and lockout procedures. The equipment is made up of many mechanical systems and components – any or all of them can move at any time. Be alert when working on or close to the equipment to prevent damage to the equipment or injury or death to yourselves or others.**

**CAUTION: EQUIPMENT DAMAGE**

Do not operate or service this equipment if you have not been trained and are not authorized to do so. Read this operation and maintenance manual and become familiar with the instructions in it before you operate or service this equipment. Operation or maintenance by unqualified personnel or failure to follow the instructions in this manual could damage the equipment or damage other ground support equipment or even aircraft.

**NOTE: EQUIPMENT MODIFICATION**

Do not modify this equipment. Modifying it could affect its performance, safety features, or durability, and might even violate governmental regulations. Damage or performance problems resulting from modifications probably are not covered under JBT AeroTech, Jetway Systems® warranties.


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JBT AeroTech

**PROPRIETARY NOTICE**

This manual and any associated information or amendments are proprietary and confidential to JBT AeroTech, Jetway Systems®. Acceptance of this manual constitutes agreement not to reproduce it in whole or in part and not to disclose it to any other party and not use it for any purpose beyond the limited license granted herein without prior written consent.

**LIABILITY NOTICE**

JBT AeroTech, Jetway Systems® is not liable for technical or editorial errors or omissions in this manual nor for incidental or consequential damages resulting from the furnishing, performance, or use of this manual.


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

INTRODUCTION

# NOTICE

This manual is intended for use by competent, trained personnel selected by our customers.

This manual should be considered a tool to help guide the trained personnel to successful completion of a particular task. Information contained in this manual cannot definitively address all situations that will result during an installation or service job. Operations and equipment that are not specifically included in the manual are considered by JBT AeroTech to be beyond the manual's scope.

It is incumbent upon the customer to elect either to conduct service work on JBT AeroTech equipment or to contract such service work to a third party to ensure that the personnel are fully and adequately trained to perform such work.

It is also the responsibility of the customer to ensure that its staff or third party staff who may use this manual is competent to perform the procedures correctly and safely. It should be noted that competency is a combination of knowledge, experience, and attitude; however, an individual's competency can only be ascertained by an ongoing evaluation process. JBT AeroTech can provide familiarization and training courses to non-JBT AeroTech personnel.

---

**NOTICE:** JBT AEROTECH, JETWAY SYSTEMS® SHALL NOT BE LIABLE FOR TECHNICAL OR EDITORIAL ERRORS OR OMISSIONS CONTAINED HEREIN NOR FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM THE FURNISHING, PERFORMANCE, OR USE OF THIS MANUAL.

---

**NOTICE:** ALL DRAWINGS AND ANY ASSOCIATED INFORMATION OR AMENDMENTS CONTAINED WITHIN THIS BOOK ARE PROPRIETARY AND CONFIDENTIAL TO JBT AEROTECH, JETWAY SYSTEMS®. DRAWINGS AND ANY ASSOCIATED INFORMATION OR AMENDMENTS MAY NOT BE REPRODUCED IN FULL OR IN PART AND CANNOT BE DISCLOSED TO ANY OTHER PARTY WITHOUT THE PRIOR WRITTEN CONSENT OF JBT AEROTECH, JETWAY SYSTEMS®.

---



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00009
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00010
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JBT AeroTech

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

## Leading Particulars

| | |
|---|---|
| Cooling Capacity | 30-ton (360,000 Btu/hr) |
| Rated Ambient (humid) | 95 ºF dry bulb, 78 ºF wet bulb |
| Rated Ambient (dry) | 125 ºF dry bulb, 64 ºF wet bulb |
| Rated Ambient (winter) | 29 ºF dry bulb |
| Operating Elevation | Sea Level to 7,000 feet |
| Discharge Air Temperature* | 40 ºF to 55 ºF* |
| Airflow* | 40 to 75 pounds per minute* |
| Pressure | 0 to 5 psig (at outlet of 60 feet SAE 38386 or better 8 in. hose) |
| Outlet size | 1 x 8-inch diameter |
| Coincident Airflow Points* | 55 lb/min at 5.25 psig*<br>75 lb/min at 4.5 psig*<br>These points shall be achievable at altitudes from 0 to 6000 ft. and have a coincident drop in static pressure due to lower density of air. |
| Unit dimensions: | |
| Length with drawbar In vertical position | 120 inches |
| Width | 88 inches |
| Height (without stand) | 43 inches |
| Weight | 3200 pounds |
| Color | Desert Tan |
| Electrical Requirements | 480 V, 60 Hertz, 3-phase, 150 Amps |
| Refrigerant Type | R134A |
| Primary – Weight | 22 ± 3 pounds |
| Secondary - Weight | 22 ± 3 pounds |
| Blower Motor Rating | 40 horsepower, 3600 rpm |
| Condenser Fan Motor Rating | 3 horsepower, 900 rpm |
| Compressor Motor Rating | 480 Volt, 60 Hertz, 3-phase 32 Amps |

*Measured at unit outlet



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00011
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

## Leading Particulars

| | |
|---|---|
| Blower motor rating | 40 Horsepower<br>3600 RPM<br>480 Volts<br>60 Hertz<br>3 Phase<br>52 Amps |
| Condenser fan motor rating | (3) 2 Horsepower<br>900 RPM<br>480 Volts<br>60 Hertz<br>3 Phase<br>3.4 Amps |
| Compressor motor rating | 480 Volts<br>60 Hertz<br>3 Phase<br>32 Amps |
| Refrigerant | R-134A |
| Maximum Operating Pressure<br>High Side<br>Low Side | <br>275 PSIG<br>5 PSIG |
| Compressor Oil | Danfoss 160SZ |
| Primary System | 210 Ounces |
| Secondary System | 210 Ounces |
| | **NOTE:** Use only Danfoss 160SZ – **DO NOT SUBSTITUTE**. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00012
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

## LIST OF FIGURES AND ILLUSTRATIONS

TABLE OF CONTENTS


| TITLE | FIGURE NUMBER | PAGE |
|---|---|---|
| 30 Ton High Pressure Unit | 1 | 12 |
| ACU Unit – Refrigeration Components - Sheet 1 | 2 | 14 |
| ACU Unit – Refrigeration Components – Sheet 2 | 3 | 15 |
| ACU Unit – Refrigeration Components – Sheet 3 | 4 | 16 |
| Blower Assembly | 5 | 20 |
| Blower Assembly – Air Movement | 6 | 21 |
| Control Box with Blower Soft Start Feature | 7 | 26 |
| Control Panel | 8 | 29 |
| Blower Motor Lubrication | 9 | 57 |
| Liquid Line Type T Thermocouple | 10 | 62 |
| Type T Thermocouple Mini Connector | 11 | 63 |
| High and Low Pressure Switches | 12 | 68 |
| Frame and Stand (Parts) | 13 | 128 |
| Condenser Coil and Fan Assembly (Parts) | 14 | 130 |
| Evaporative Coil and Plenum Assembly – Sheet 1 (Parts) | 15 | 133 |
| Evaporative Coil and Plenum Assembly – Sheet 2 (Parts) | 16 | 134 |
| Blower Motor and Filter Assembly – Sheet 1 (Parts) | 17 | 137 |
| Blower Motor and Filter Assembly – Sheet 2 (Parts) | 18 | 138 |
| Discharge Outlet Assembly (Parts) | 19 | 142 |
| Refrigeration System Assembly - Sheet 1 (Parts) | 20 | 144 |
| Refrigeration System Assembly - Sheet 2 (Parts) | 21 | 145 |
| Refrigeration System Assembly - Sheet 3 (Parts) | 22 | 146 |
| Covers, Louvers and Doors – Sheet 1 (Parts) | 23 | 149 |
| Covers, Louvers and Doors – Sheet 2 (Parts) | 24 | 150 |
| Covers, Louvers and Doors – Sheet 3 (Parts) | 25 | 151 |
| Covers, Louvers and Doors – Sheet 4 (Parts) | 26 | 152 |
| 8" Cover Pocket (Parts) | 27 | 156 |
| Hose and Coupling (Parts) | 28 | 158 |
| Control Panel and Control Box Assembly – Sheet 1 (Parts) | 29 | 161 |
| Control Panel and Control Box Assembly – Sheet 2 (Parts) | 30 | 162 |
| Electrical Assembly – Sheet 1 (Parts) | 31 | 166 |
| Electrical Assembly – Sheet 2 (Parts) | 32 | 167 |
| Electrical Assembly – Sheet 3 (Parts) | 33 | 168 |




Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00013
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00014
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

# Chapter 1

## DESCRIPTION AND OPERATION

TABLE OF CONTENTS


| TITLE | | CHAPTER/ SECTION | PAGE |
|---|---|---|---|
| 1: | General Description | | |
| | Purpose of the Pre-Conditioned Air Unit | 1 - 1 | 11 |
| 2. | Physical Description of Major Components | | |
| | Refrigeration Components | 1 - 2 | 13 |
| | Components | 1 - 2 | 17 |
| | Refrigerant Compressor | 1 - 2 | 17 |
| | Condenser Coil | 1 - 2 | 17 |
| | Filter - Drier | 1 - 2 | 17 |
| | Sight Glass | 1 - 2 | 17 |
| | Expansion Valve | 1 - 2 | 17 |
| | Evaporator Pressure Regulator | 1 - 2 | 18 |
| | Evaporator Coil | 1 - 2 | 18 |
| | Pressure Transducers | 1 - 2 | 18 |
| | Electronic Hot Gas Bypass Valves | 1 - 2 | 18 |
| | PCB Interface Board | 1 - 2 | 18 |
| | Pressure Switch | 1 - 2 | 19 |
| | Blower Assembly | 1 - 2 | 19 |
| | Air Filter | 1 - 2 | 19 |
| | Blower | 1 - 2 | 19 |
| | Discharge Plenum | 1 - 2 | 19 |
| | Outlet Plenum | 1 - 2 | 19 |
| | Inlet Damper | 1 - 2 | 19 |
| | Controls | 1 - 2 | 22 |




Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00015
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

# Chapter 1

## DESCRIPTION AND OPERATION

TABLE OF CONTENTS


| TITLE | CHAPTER/ SECTION | PAGE |
|---|---|---|
| 3. Electrical System Description | | |
| Electric Motors | 1 - 3 | 23 |
| Compressor Motors | 1 - 3 | 23 |
| Blower Motor | 1 - 3 | 23 |
| Fan Motors | 1 - 3 | 23 |
| Control System | 1 - 3 | 23 |
| Motor Starter – Compressors | 1 - 3 | 23 |
| Motor Starter – Fans | 1 - 3 | 23 |
| Motor Starter – Damper | 1 - 3 | 23 |
| Control Transformer 120V | 1 - 3 | 23 |
| Power Supply | 1 – 3 | 24 |
| Dirty Filter Switch | 1 - 3 | 24 |
| Blower Motor Soft Start | 1 - 3 | 24 |
| Pressure Switches | 1 - 3 | 24 |
| Control Relays | 1 - 3 | 25 |
| Safety System | 1 - 3 | 25 |
| Circuit Breakers and Manual Motor Starters | 1 - 3 | 25 |
| 4. Operating Controls and Procedures | | |
| Basic Operating Instructions | 1 - 4 | 27 |
| Pre-operating Instructions | 1 - 4 | 27 |
| Preparation for Use and Initial Start-Up | 1 - 4 | 27 |
| Operating Instructions | 1 - 4 | 28 |
| Emergency Shutdown Procedures | 1 - 4 | 28 |
| Indications of Suitable Operation | 1 - 4 | 30 |
| Control Sequence | 1 - 4 | 30 |
| Start/Stop Control with Soft Start | 1 - 4 | 30 |
| Airflow Control | 1 - 4 | 31 |




Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00016
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Chapter 1

**DESCRIPTION AND OPERATION**

TABLE OF CONTENTS


| TITLE | CHAPTER/ SECTION | PAGE |
|---|---|---|
| 4. Operating Controls and Procedures (Continued) | | |
| Fault Shutdown | 1 - 4 | 31 |
| Miscellaneous Controls | 1 - 4 | 31 |
| Capacity Control (Cooling) | 1 - 4 | 31 |
| System Protection | 1 - 4 | 32 |
| Motor Overloads | 1 - 4 | 32 |
| Compressor Protection | 1 - 4 | 32 |
| 5. Operator Interface Terminal | | |
| F1 - Status Display Screens | 1 – 5 | 35 |
| F2 - Alarm Display Screens | 1 – 5 | 36 |
| F3 - OIT Set Points Adjustment | 1 – 5 | 39 |




Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00017
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK


Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00018
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: General Description

### 1. Purpose of the Pre-Conditioned Air Unit

The High Pressure Pre-Conditioned Fixed (HPCF) Air Unit is an automatically controlled air conditioning unit that provides ventilation, cooling, dehumidifying, and filtering of an aircraft's supply air. The ACU unit is designed to provide high pressure (0 – 5.5 psig) pre-conditioned air to fighter jet aircraft for ground maintenance or aircraft readiness.

**The functions and description of the respective components discussed in the following chapters of this manual are written as a general overview of the pre-conditioned air unit and its operation. For more detailed information on customer specific unit components, refer to the parts lists in Chapter 5 of this manual.**


© 2012 JBT Corporation


BGSE_00396671-00019
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: General Description




30 Ton High Pressure Unit
Figure 1



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00020
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Physical Description of Major Components

1. **Refrigeration Components** (Figures 2, 3, and 4 pages 14 - 16)

Each system utilizes R-134A refrigerant that passes through four components in sequence: evaporator, compressor, condenser, and an expansion device. A low pressure, low temperature refrigerant liquid passes through the evaporator. Because the temperature of the refrigerant is above the boiling point at the pressure in the evaporator, the refrigerant begins to absorb heat from the air stream passing across the evaporator and boil. The heat absorbed by the refrigerant from the air stream lowers the temperature of the air stream. The higher pressure, higher temperature refrigerant vapor enters the compressor where it is compressed to a higher pressure, higher temperature vapor. The high pressure, high temperature vapor passes through the condenser where ambient air is used to extract the absorbed heat from the refrigerant. As the refrigerant leaves the condenser, it is a high temperature, high pressure, sub-cooled liquid. The liquid refrigerant then flows to an expansion valve that decreases the pressure, causing the formation of a low temperature mixture of liquid and vapor that enters the evaporator, and the vapor-compression cycle begins again.

Figures 2 and 3, pages 14 and 15 illustrate the physical layout of the major refrigeration components of the two systems, i.e. the evaporator, compressor, and condenser.

Figure 4, page 16 further illustrates all of the refrigeration components and their interrelationship. The systems are identical.


© 2012 JBT Corporation


BGSE_00396671-00021
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Physical Description of Major Components




ACU Unit - Refrigeration Components
Figure 2


Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00022
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Physical Description of Major Components




ACU Unit - Refrigeration Components
Figure 3


© 2012 JBT Corporation


BGSE_00396671-00023
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Physical Description of Major Components



ACU Unit - Refrigeration Components
Figure 4



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00024
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Physical Description of Major Components

### 1. Components

The refrigeration system consists of components described below in the sequence of the refrigerant circulation:

A. **Refrigerant Compressor** - The compressor is the scroll type with a solid mounted compressor base assembly. The compressor is unidirectional and will only pump refrigerant when properly phased. The compressor has as standard features an oil sight-glass and an oil-charging valve.

This compressor is the latest state-of-the-art type. Since the scroll compressor is a constant volume ratio device with a high volumetric efficiency, the capacity, power, and current do not fall off as rapidly at high condensing and low suction temperatures as those in a typical reciprocating compressor.

B. **Condenser Coil** - The coil is a rifled copper tube aluminum lanced fin heat exchanger installed on the side of the unit housing for condensing and sub-cooling the refrigerant. The condenser coil utilizes rifled copper tubes and raised lanced fins to optimize the heat transfer capabilities.

C. **Filter-Drier** - A replaceable sealed type filter-drier is installed in the liquid line for the removal of moisture and contamination from the refrigerant. The filter-drier is soldered in place to preclude leakage; however, it may be un-soldered for field replacement. The filter-drier contains a mesh screen and a molded blend of desiccants for acid and water removal.

D. **Sight Glass** - A combination moisture and liquid indicator is installed in the liquid line to monitor the flow and moisture content of the refrigerant. The sight glass has a large crystal clear glass for viewing the refrigerant. The color indicator is protected by a pad and screen and changes color on the basis of relative saturation of the refrigerant.

E. **Expansion Valve** - The thermal expansion valve is a control device which automatically meters the refrigerant flow to the evaporator coil by sensing the evaporating temperature of the vapor leaving the evaporator. This valve regulates the rate of liquid refrigerant flowing into the evaporator coil in exact proportion to its rate of evaporation. The expansion valve



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00025
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Physical Description of Major Components

responds to the temperature of the refrigerant gas leaving the evaporator, preventing the return of liquid refrigerant to the compressor.

F. **Evaporator Pressure Regulator** - This valve is located in the suction line after the evaporator coil and before the compressor in the secondary system. This valve regulates the evaporator pressure to prevent the coil from freezing. The evaporator pressure regulator is located only in the secondary system.

G. **Evaporator Coil** - The coil is a rifled copper tube aluminum lanced fin heat exchanger where the low-pressure refrigerant liquid evaporates, absorbing the heat from the air passing through the coil. The evaporator utilizes rifled copper tubes and raised lanced fins to optimize the cooling effect of the coil at the required velocity.

H. **Pressure Transducers** - The high and low-pressure transducers are located near each compressor and are completely encapsulated, non-adjustable, direct mount controls for use with non-corrosive refrigerants. They are supplied with a 1/4-inch SAE female flare fitting with an internal depressor for the Schraeder valves located in the piping for easy replacement without the loss of refrigerant. These transducers measure and report refrigerant pressures at these locations to the PLC.

I. **Electronic Hot Gas Bypass Valves –** These valves are located near the primary and secondary distributors. They work in combination with the PCB interface board and programmable logic controller (PLC) to maintain a variable discharge temperature set point of the unit by bypassing hot gas from the discharge side of the compressors. These valves open in close in tandem, meaning they respond to one output signal from the PLC and PCB interface board.

J. **PCB Interface Board –** The PCB interface board is located in the low voltage side of the control box. This board, in combination with the electronic hot gas bypass valves and the PLC, maintains a variable discharge temperature set point. The PCB interface board receives a 0 – 10 VDC signal from the programmable logic controller (PLC) on wire 114.


Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00026
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Physical Description of Major Components

The PCB interface board then interprets the signal to open or close the electronic hot gas bypass valves.

K. **Pressure Switch –** A pressure switch is located between the evaporator pressure regulator and the secondary compressor. This switch protects the compressor from a low suction pressure condition.

2. <u>**Blower Assembly**</u> (Figures 5 and 6, pages 20 and 21)

The Blower Assembly for the conditioned air system is illustrated in Figures 5 and 6 on pages 20 and 21 and consists of the following items listed in the order of airflow.

A. **Air Filter** – The air filter is installed at the blower inlet. The filter is a washable cartridge-style filter rated to filter 99% on 3 micron particles.

B. **Blower** – A totally enclosed fan-cooled type motor drives the blower.

C. **Discharge Plenum** - The blower discharges the air directly into the discharge plenum through a series of turning vanes or baffles in order to distribute the air evenly across the face of the evaporator coils.

D. **Outlet Plenum** - The air leaves the evaporator coil and is forced into the outlet plenum where it is directed to the 8-inch diameter round outlet.

E. **Inlet Damper** - A butterfly damper driven by a damper motor is located at the blower inlet to provide a soft start at the initial energizing of the blower to moderate airflow and prevent a violent surge of air into the aircraft.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00027
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Physical Description of Major Components




Blower Assembly
Figure 5



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00028
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

## Section 2: Physical Description of Major Components




Blower Assembly – Air Movement
Figure 6


© 2012 JBT Corporation


BGSE_00396671-00029
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Physical Description of Major Components

### 3. Controls

The control system consists of a programmable logic controller (PLC) which receives input from temperature sensors, pressure transducers, and discreet inputs. The PLC uses the input of these components to output ON/OFF signals to the refrigeration, airflow, and electrical systems to provide conditioned air.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00030
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 3: Electrical System Descriptions

1. **Electric Motors**

The following components are utilized in the high voltage (480 Volt) power system to electrically operate the pre-conditioned air unit:

A. **Motors, 2 each, Primary and Secondary Compressor (MOT-5, MOT-6)** – These motors are an integral part of the compressor which provides the rotational power to drive the compressor scrolls. These are 480V/60Hz/3PH motors.

B. **Motor, 1 each, Blower (MOT-1)** – The blower motor is a TEFC (Totally Enclosed Fan-Cooled) type that is mounted directly to the blower gearbox. This is a 40HP/3600RPM/480V/60Hz/52Amp motor.

C. **Motors, 3 each, Fans (MOT-2, MOT-3, MOT-4)** – The fan motors are a TEFC (Totally Enclosed Fan-Cooled) type that are directly connected to a 30-inch diameter condenser air fan. These are 1170RPM/480V/60Hz motors.

2. **Control System**

The following components are utilized in the control voltage system (24 volts) to provide the necessary regulation functions for the pre-conditioned air unit.

A. **Motor Starter, Compressors (MS-4, MS-5)** - The contactor is the IEC type, full voltage, non-reversing, AC operated open form with a 24 volt 50/60 Hertz holding coil.

B. **Motor Starters, Fan Motors (MS-1, MS-2, MS-3)** - The contactor is the IEC type, full voltage, non-reversing, AC operated open form with a 24 volt 50/60 Hertz holding coil.

C. **Motor, Damper (MD-1)** - The damper motor actuator is a multi-function type actuator that reacts to a PWM signal.

D. **Transformer, Control 120V (TR-1)** – The transformer has a 480VAC 60Hz primary coil, a 120VAC 60Hz secondary coil, and a 24VAC


© 2012 JBT Corporation

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 3: Electrical System Descriptions

secondary coil. It is an open type foot mounted transformer and is rated at 200VA (120VAC) and 40VA (24VAC

E. **Power Supply (PWS-1)** – This power supply is rated to accept 400 - 500VAC (2 or 3 Phase) and output 24 – 28VDC. The output is protected against short circuit, open circuit, and overload. The output is rated at 10A.

F. **Switch, Dirty Filter (PS-1)** - This differential pressure switch senses a pressure drop across the air filter. When the pressure drop reaches the set point, a light comes on at the control panel.

G. **Blower Motor Soft Start (SS-1)** (Figure 7, page 26)

Soft Start provides gradual starting of blower motors by using solid state power devices to control the voltage applied during acceleration. By reducing the voltage supplied to the motor during acceleration, the amount of starting torque is reduced, which helps reduce mechanical shocks and may prevent premature bearing wear, shaft and belt breakage, damage to material in process, and costly downtime.

The initial torque and ramp time can be adjusted via potentiometers which are easily accessible on the front panel of the device. Soft start will ramp the voltage from the initial torque requirement to rated voltage over the acceleration time. The voltage ramp is initiated when voltage is present on the line side of the device, eliminating the need for additional control circuitry in many cases.

Once the ramp is complete, the SCRs are bypassed initially, which allows for cool, efficient operation. A green LED is illuminated to indicate that power is present while a yellow LED illuminates after the ramp is complete, indicating that the bypass is active. The internal bypass drops out when a stop command is given, with or without controlled deceleration.

H. **Pressure Switches (PS-2)** - The refrigerant pressure switch is a fully encapsulated, non-adjustable, single pole, and single throw direct mount. It automatically resets and contains a 1/4 inch SAE female flare fitting with



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00032
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 3: Electrical System Descriptions

an internal depressor. The switch is rated at 5.8 amps. The application and pressure setting of each switch is as follows:

(1) Switch, Compressor Suction Pressure (PS-2) – opens on fall to 5 psig and closes at 20 psig.

| | |
|---|---|
| **WARNING:** | **THIS AIR-CONDITIONING UNIT HAS BEEN MANUFACTURED WITH CONTROL FEATURES TO PROHIBIT THE TEMPERATURE OF THE AIR LEAVING THE UNIT FROM BEING BELOW 32°F. ANY RESETTING, MODIFICATION, TAMPERING OR DESTROYING OF THE CONTROL FEATURES WILL INVALIDATE ALL WARRANTIES.** |

I. **Control Relays** - 24 volt 2 or 4 pole double throw relays, socket mounted.

3 . **Safety System**

The following components protect the motors and interconnecting wiring from overload and short circuit malfunction:

A. **Circuit Breakers and Manual Motor starters**

(1) 3-Pole Main Circuit Breaker (CB-1) – This circuit breaker, located in the control box, protects the entire power circuitry and provides a means of disconnecting the power when performing maintenance on the system.

(2) 3-Pole Integral Starters (MS-1, MS-2, MS-3, MS-4, MS-5, MS-6) – The integral starters provide short circuit and overload protection and act as contactors for switching power to the motors. They are mounted on the DIN rail inside the control box.

(3) Single Pole and Double Pole Circuit Breakers – The circuit breakers provide a short-circuit protection for the downstream electric circuits.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00033
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 3: Electrical System Descriptions




Control Box with Blower Soft Start
Figure 7



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00034
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Operating Controls and Procedures

1. <u>Basic Operating Instructions</u>

   A. **Pre-operating Instructions**

      (1) Preparation for use

         (a) Check oil level in compressor sight glass for proper level (The proper level should be approximately 1/2 sightglass).

         (b) Check for refrigerant leaks that may have occurred during shipping (Refer to page 95, "Identifying a Refrigerant Leak.")

         (c) Visually check all components for damage and the condenser fans for free rotation.

         (d) Check air filter for cleanliness, arrangement, and proper fit.

         (e) Check all electrical connections to verify tightness.

   B. **Preparation for Use and Initial Start Up**

**<u>NOTE:</u>** This procedure is required only after initial install or performing a major repair on the ACU.

| | |
|---|---|
| **<u>CAUTION:</u>** | **INITIAL START UP MUST BE PERFORMED BY QUALIFIED PERSONNEL ONLY.** |

| | |
|---|---|
| **<u>CAUTION:</u>** | **DO NOT OPERATE THE UNIT WITHOUT HAVING THE CONNECTOR ATTACHED TO AN AIRCRAFT OR A 4" AIRCRAFT CONNECTOR CONNECTED TO THE DUCT OR THE TEST LOAD ATTACHED TO THE UNIT OUTLET. UNLESS INSTRUCTIONS ARE FOLLOWED, DAMAGE TO THE BLOWER MOTOR COULD OCCUR.** |


© 2012 JBT Corporation


BGSE_00396671-00035
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Operating Controls and Procedures

1. Connect ducting to aircraft or layout flexible ducting to allow for discharge of conditioned air, or connect test load to the outlet of the HPCF unit.

2. Follow the Operating Instructions in Section C to start the unit.

3. Operate the unit for approximately 30 minutes, and check the discharge temperature, refrigerant pressures, airflow, and air pressure per the Indication of Suitable Operation chart.

4. Verify no alarms or faults are indicated on the operator interface terminal (OIT) or on the fault light (LT-2).

5. Turn off unit and return it to its normal OFF condition.

### C. Operating Instructions

✎**NOTE:** The HPCF unit can be operated in a hangar system with remote start and stop. For operation instructions for a HPCF unit integrated into a hangar system, refer to the master controller operation and maintenance manual.

1. With the HPCF connected to an aircraft, flexible duct laid out, or the test load attached to the unit outlet, depress the start button.

2. For monitoring and set-point adjustments, refer to OIT instructions in Section 5.

3. To shut down the unit, depress the STOP button.

### D. Emergency Shut-Down Procedures

In case of any emergency where immediate shut down of the HPC-F is required, depress the E-STOP button (PB-1C). Depressing this button will immediately shut down the entire unit. The E-STOP button, when depressed, remains in the depressed position.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00036
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Operating Controls and Procedures

After the reason for the E-STOP is addressed, to restart the unit, pull out the ESTOP button and follow the operating instructions.




Control Panel
Figure 8


© 2012 JBT Corporation

## Section 4: Operating Controls and Procedures

### 2. Indication of Suitable Operation

The following chart outlines the conditions that are normally acceptable and proper during functional operation of the unit. Suction and discharge pressure gauges are located at the bottom of the control panel.

| OBSERVED CONDITIONS | INDICATIONS OF SUITABLE OPERATION @ ambient temperatures | | |
|---|---|---|---|
| | Below 80°F | 80°F to 100°F | 100°F to 125°F |
| Refrigerant suction Primary<br>Press. (Gauge PSI) Secondary | 20 to 60<br>15 to 40 | 40 to 70<br>20 to 50 | 50 to 80<br>30 to 60 |
| Refrigerant discharge Primary<br>Press. (Gauge PSI) Secondary | 100 to 180<br>100 to 180 | 150 to 240<br>150 to 240 | 200 to 275<br>200 to 275 |
| Visual indication compressor sight glass | Level visible in sightglass Not above or below | | |
| Visual indication Refrigerant liquid sight glass | No flashing bubbles | No flashing bubbles | No flashing bubbles |
| Discharge Air Temperature | 40°F to 55°F | | |
| Airflow | 40 to 75 pounds per minute | | |
| Pressure and Mass | 0–5 psig | | |

### 3. Control Sequence

#### A. Start/Stop Control

The system is started through a momentary "START" push button. The system runs continuously and is indicated by the "unit on" light (LT-2) unless stopped by the phase and voltage power monitor (PM-1), blower motor overload (ML-B), or pressing a momentary contact "STOP" button.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00038
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Operating Controls and Procedures

The blower motor is started by a soft-start controller (SS-1) start sequence with a two-second delay.

### B. Airflow Control

Upon depressing the "START" push button the aircraft supply damper (MD-1) will open to a position that limits airflow based upon the position of the potentiometer (P1).

The damper requires 120-seconds to open completely.

### C. Fault Shutdown

The system will shut down and initiate a fault and illuminate the blower fault light (LT-3) if the blower motor soft start (SS-1) has a fault condition.

Other components will shut down for the following reasons, but will not stop the unit.

1. The condenser fans (MS-1, MS-2, MS-3) will shut down and fail to restart automatically when the integral fan motor overload trips.

2. Either of the refrigeration compressors (MS-4, MS-5) will shut down and fail to restart automatically when the compressor motor overload trips (OL-1, OL-2).

### D. Miscellaneous Controls

The "Dirty Filter" indicator (LT-6) will illuminate when the differential pressure switch indicating a dirty filter closes (PS-5).

### E. Capacity Control (Cooling)

1. Discharge Temperature Control

   The unit's discharge air temperature is controlled by the PID Temperature Controller. The controller receives a signal from the discharge air temperature sensor (RTD-1) and compares that value to a variable set point (which is factory set) and sends an open or


© 2012 JBT Corporation


BGSE_00396671-00039
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

closed signal to the DBV-1 and DBV-2 hot gas by pass valves via the PCB Interface Board (PCB). If the discharge air temperature is higher than the discharge air temperature set point the PID Temperature Controller sends a close signal to the PCB Interface Board (PCB). If the discharge air temperature is lower than the set point, the PID Temperature Controller sends an open signal to the PCB Interface Board (PCB).

2. Ambient Unloading Control

The primary compressor (MOT-5) operates any time the unit is started, however, the secondary compressor (MOT-6) is disabled by the low ambient temperature switch (TS-3), set at 50°F (10°C).

3. Condenser Fan Cycling Control

The center condenser fan (MOT-3) runs continuously whenever either compressor (MOT-5, MOT-6) is activated. The rear condenser fan (MOT-4) shuts off when the ambient temperature switch (TS-5) is below 75°F (23.9°C). The front condenser fan (MOT-2) shuts off when the ambient temperature switch (TS-4) is below 85°F (29.4°C).

4. <u>**System Protection**</u>

A. **Motor Overloads**

The blower motor, three condenser fan motors and two compressor motors are protected by integral motor overloads. The overloads are manually reset.

B. **Compressor Protection**

1. Anti-cycle Timers

Each compressor (MOT-5, MOT-6) is protected by an anti-cycle timer (TA-1, and TA-2) with a fixed three-minute time delay.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00040
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Operating Controls and Procedures

2. Low Pressure Switch

   Each compressor (MOT-5, MOT-6) is protected by low-pressure switch (PS-2, PS-4) set to cut-out at 5 psig.

3. High Pressure Switch

   Each compressor (MOT-5, MOT-6) is protected by a high-pressure switch (PS-1, PS-3) set to cut-out at 275 psig.

4. High Temperature Switch

   Each compressor (MOT-5, MOT-6 is protected by a high temperature (TS-1, TS-2) switch embedding the compressor motor winding set at 221°F (105°C)

5. Staggered Compressor Starting

   The secondary compressor (MOT-6) starts five seconds after the primary compressor (MOT-5) due to time delay control (TD-1).



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00041
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00042
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Operator Interface Terminal

1. **F1 - Status Display Screens**

The OIT displays the status of the following points of the PCA unit's PLC.

The default screen for the OIT reads:

DISCH TEMP: ±XXX.X°F – This value reports the actual discharge temperature from the discharge air temperature probe in degrees F.

DISCH FLOW: XX.X PPM – This value reports the actual discharge airflow from the HPC-F unit in lbs./min.

Unit status screens are accessible with password access to the OIT. The password is 5213. After password entry, the OIT LCD screen displays the following.

F1 – Status
F2 – Alarms
F3 – Setpoints

Depressing the F1 key on the OIT keypad will access the STATUS points, the F2 key for ALARMS, and the F3 key for SETPOINTS. Once the function key is selected, scrolling through the screens is done by using the PAGE UP and PAGE DOWN keys on the OIT keypad.

| OIT LCD STATUS Screen Message | Description of Status |
|---|---|
| AMBIENT TEMP: | Displays the current ambient air temperature from the ambient temperature probe in degrees F. |
| DISCH TEMP: | Displays the current discharge air temperature from the discharge temperature probe in degrees F. |
| DISCH AIR PRESSURE: | Displays the current discharge air pressure in PSIG. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00043
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Operator Interface Terminal

| OIT LCD STATUS Screen Message | Description of Status |
|---|---|
| COMP PRI PRESSURES HEAD:XXX SUC:XXX | Displays the current head and suction pressures in PSIG for the primary compressor. |
| COMP SEC PRESSURES HEAD:XXX SUC:XXX | Displays the current head and suction pressures in PSIG for the secondary compressor. |
| BLOWER: | Displays the ON/OFF status of the blower. |
| PRIMARY COMP: SECONDARY COMP: | Displays the current ON/OFF status of the primary and secondary compressor. |
| COND FAN FRONT: COND FAN MIDDLE: | Displays the current ON/OFF status of the front and middle condenser fan. |
| COND FAN REAR: | Displays the current ON/OFF status of the rear condenser fan. |
| UNIT OPERATION HRS: | Displays the total operational hours on the unit. |
| NUMBER UNIT STARTS: | Displays the number of times the unit has started. |
| UNIT E-STOP: REMOTE E-STOP: | This displays the ON/OFF status of the unit E-STOP. This displays the ON/OFF status of the remote E-STOP. |

2. **F2 - Alarm Display Screens**

| OIT LCD ALARM Screen Message | Description of Fault |
|---|---|
| COMP PRI START ALARM | This alarm indicates when the PLC has energized the output for the primary compressor, but the compressor contactor does not report the ON status back to the PLC. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00044
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Operator Interface Terminal

| OIT LCD ALARM Screen Message | Description of Fault |
|---|---|
| COMP PRI HEAD PRESSURE ALARM: | This alarm indicates when the head pressure has risen higher than the set point. |
| COMP PRI SUCTION PRESSURE ALARM: | This alarm indicates when the head pressure has dropped lower than the set point. |
| COMP PRI MOTOR OVERTEMP ALARM: | This alarm indicates when the primary compressor motor winding sensor has opened. |
| COMP PRI SHORT-CYCLE LOCKOUT ALARM: | This alarm indicates when the primary compressor cycles more than six times within an hour of operation. This alarm latches the compressor in the off position until the unit is stopped or the ALARM ACK button on the OIT is depressed. |
| COMP SEC START ALARM | This alarm indicates when the PLC has energized the output for the secondary compressor, but the compressor contactor does not report the ON status back to the PLC. |
| COMP SEC HEAD PRESSURE ALARM: | This alarm indicates when the head pressure has risen higher than the set point. |
| COMP SEC SUCTION PRESSURE ALARM: | This alarm indicates when the head pressure has dropped lower than the set point. |
| COMP SEC MOTOR OVERTEMP ALARM: | This alarm indicates when the secondary compressor motor winding sensor has opened. |
| COMP SEC SHORT-CYCLE LOCKOUT ALARM: | This alarm indicates when the secondary compressor cycles more than six times within an hour of operation. This alarm latches the compressor in the off position until the unit is stopped or the ALARM ACK button on the OIT is depressed. |
| COND FAN FRONT ALARM: | This alarm indicates when the PLC has energized the output for the front condenser fan, but the front condenser fan contactor does not report the ON status back to the PLC. |
| COND FAN MIDDLE ALARM: | This alarm indicates when the PLC has energized the output for the middle condenser fan, but the middle condenser fan contactor does not report the ON status back to the PLC. |


© 2012 JBT Corporation


BGSE_00396671-00045
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Operator Interface Terminal

| OIT LCD ALARM Screen Message | Description of Fault |
|---|---|
| COND FAN REAR ALARM: | This alarm indicates when the PLC has energized the output for the rear condenser fan, but the rear condenser fan contactor does not report the ON status back to the PLC. |
| PHASE MON ALARM: | This alarm shuts down the HPC-F unit. This indicates when there is a voltage imbalance on the incoming three-phase power, a missing phase on the incoming three-phase voltage, or a phase rotation problem on the incoming voltage. This alarm shall be a latching alarm and requires a manual reset by depressing the ALARM ACK button on the OIT. |
| BLOWER ALARM: | This indicates when the blower soft start is in an alarm condition. |
| AMB TEMP ALARM: | This indicates when the ambient temperature probe reading is out of range. |
| DISCH TEMP ALARM: | This indicates that the discharge temperature probe is out of range. |
| DIRTY AIR FILTER ALARM: | This indicates when the filter is dirty. |
| PHASE MONITOR ALARM: | This screen displays whenever the phase monitor is in an alarm condition. This alarm shall be a latching alarm and requires a manual reset by depressing the ALARM ACK button on the OIT. |
| HIGH DISCHARGE AIR PRESSURE ALARM: | This screen displays when the discharge air pressure is out of range. This alarm shall be a latching alarm and requires a manual reset by depressing the ALARM ACK button on the OIT. |
| PRI HIGH HEAD PRESSURE ALARM: | This alarm indicates when the primary compressor discharge pressure has been higher than allowed by the compressor manufacturer. This alarm stays displayed until the ALARM ACK button on the OIT is depressed. |
| SEC HIGH DISCHARGE PRESSURE ALARM: | This alarm indicates when the secondary compressor discharge pressure has been higher than allowed by the compressor manufacturer. This alarm stays displayed until the ALARM ACK button on the OIT is depressed. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00046
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Operator Interface Terminal

3. **F3 – OIT Setpoints Adjustment Display**

After depressing the F3 SETPOINTS function key, the OIT displays:

F1 ADJ DSCH TEMP SP
F2 ADJ AIRFLOW SP

| OIT LCD SETPOINTS Adjustment Screen Message | Description of Set Point | Set Point Range |
|---|---|---|
| DISCHARGE TEMP SETPOINT: | This sets the actual unit discharge air temperature measure at the unit outlet. | 45°F ± 10°F |
| AIRFLOW SETPOINT: | This sets the actual airflow leaving the unit measure at the unit outlet. | 45.6lbs./min ± 5lbs./min (Note: When the airflow set point exceeds the required spec value of 45.6lbs./min, there will be coincident decrease in the unit's discharge air pressure.) |


© 2012 JBT Corporation


BGSE_00396671-00047
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00048
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

# Chapter 2

## MAINTENANCE

TABLE OF CONTENTS


| TITLE | | CHAPTER/ SECTION | PAGE |
|---|---|---|---|
| General Precautions | | | 43 |
| 1: | Refrigeration Basics and Service | | |
| | Removing Refrigerant | 2 - 1 | 45 |
| | Adding or Removing Oil | 2 - 1 | 45 |
| | Refrigerant Leaks | 2 - 1 | 46 |
| | Brazing Refrigerant Lines | 2 - 1 | 47 |
| | Pressure Testing | 2 - 1 | 47 |
| | Evacuation | 2 - 1 | 48 |
| | Charging | 2 - 1 | 49 |
| 2. | Introduction to Preventive Maintenance Checklists | | 51 |
| 3. | Preventive Maintenance Checklists | | |
| | Daily Checklist | 2 - 3 | 53 |
| | Quarterly Checklist | 2 - 3 | 54 |
| | Annual Checklist | 2 - 3 | 56 |
| 4. | Lubrication | | |
| | Blower Motor Lubrication | 2 - 4 | 57 |
| | Table of Lubricants | 2 - 4 | 58 |
| 5. | Adjustments | | |
| | Temperature Control Switches | 2 - 5 | 59 |
| | Expansion Valve Superheat | 2 - 5 | 59 |
| | Refrigeration Superheat/Sub-cool | 2 - 5 | 59 |




Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00049
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

# Chapter 2

## MAINTENANCE

TABLE OF CONTENTS


| TITLE | | CHAPTER/ SECTION | PAGE |
|---|---|---|---|
| 5. | Adjustments (Continued) | | |
| | Setting Superheat/Sub-cool Guidelines | 2 - 5 | 65 |
| | Pressure Switches | 2 - 5 | 67 |
| | Fan, Condenser Cycling | 2 - 5 | 67 |
| 6. | Cleaning | | |
| | Filters | 2 - 6 | 69 |
| | Condensers | 2 - 6 | 69 |
| | Evaporator | 2 - 6 | 70 |
| | Unit | 2 - 6 | 70 |
| 7. | Maintenance Work Hours, Tools and Testing | | |
| | Corrective Maintenance Work Hours | 2 – 7 | 71 |
| | Required Maintenance Tools | 2 – 7 | 72 |
| | Testing Equipment and Special Tool Information | 2 – 7 | 72 |
| | Testing and Performance Data | 2 – 7 | 72 |
| 8. | Bolt Torque Requirements | | |
| | Bolt Torque Requirements | 2 – 8 | 73 |
| | Torque Values for SAE GR5 and GR 8 Capscrews and Bolts | 2 – 8 | 74 |
| | Fastener Identification Table | 2 – 8 | 76 |




Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00050
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## General Precautions

| | |
|---|---|
| **WARNING:** | **AVOID CONTACT WITH THE TOP OF EACH SCROLL COMPRESSOR. THEY BECOME HOT DURING NORMAL OPERATION.** |
| **WARNING:** | **NEVER REMOVE THE COMPRESSOR FROM THE UNIT WITHOUT REMOVING THE REFRIGERANT PRESSURE FROM BOTH THE HIGH AND LOW SIDE OF THE COMPRESSOR. FAILURE TO DO SO COULD RESULT IN SERIOUS INJURY OR DEATH BECAUSE THE ESCAPING PRESSURIZED OIL AND REFRIGERANT MIXTURE COULD BE IGNITED BY THE TORCH FLAME.** |

**NOTE:** Since the compressor scroll's flanks may seal the refrigerant pressure between the high and low sides preventing pressure equalization through the compressor, it is necessary to remove the refrigerant charge from both the high side and the low side of the compressor before removing the compressor from the system.

Whenever performing work on the unit, turn off the external power.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00051
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00052
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Refrigeration Basics and Service

### A. Removing Refrigerant

Occasionally it will be necessary to remove the refrigerant from a system. This may be required in order to repair leaks or make other repairs, or if a system has been overcharged, it may be necessary to remove the excess to insure proper system operation.

### B. Adding or Removing Oil (Not Normally Required)

Excess oil can be removed from the crankcase of compressors at the oil-charging valve, which is located beneath the oil level of the compressor. To remove oil, connect a manifold hose to the oil charging valve connection, open the manifold valve slowly, and allow the oil to run into a suitable container. Take special care in removing the oil because of oil foaming. The foaming not only may cause the oil to overflow from the container into which it is being drained but it also makes it difficult to determine the amount of oil being removed.

When sufficient oil has been drained, close the manifold valve tightly and start the compressor. Allow the compressor to run for some time and then recheck the oil level.

For adding oil, proceed as follows:

(1) Insert an oil pump into the oil container until it touches the bottom and push the universal stopper down into the neck opening of the container (a little oil will keep the stopper from sticking.) The function of the stopper is to stabilize the pump and keep out contamination.

(2) Connect either copper tube or a manifold charging hose to the 1/4" flare fitting at the top of the pump and attach the other end loosely to the valve on the system. Next, purge the air from the hose by pumping some oil through the hose and tighten the fitting at the system.

> ↳**NOTE:** The compressor contains a 1/4" SAE flare fitting with a shut off valve for adding oil.


© 2012 JBT Corporation


BGSE_00396671-00053
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

3) When it has been connected and purged, start pumping the oil into the compressor with slow, even strokes. Always push straight down on the pump.

(4) After the desired charge of oil has been pumped into the compressor, remove the connecting hose or tube from the system. Cap the flare connection on the pump to help keep it clean and free of contamination.

**NOTE:** Each compressor oil charge is 5.4 liters when completely empty.

C. **Refrigerant Leaks**

There are three common means of pressure testing a system for leaks. The first is the pressure test method that involves pressurizing the system with refrigerant, and then checking for leakage outward. If the system is not already charged with refrigerant, it is more economical and just as effective to slightly charge with refrigerant and then use an inert gas such as dry nitrogen or dry carbon dioxide to build up pressure in the system to approximately 175 psig for testing purposes.

The electronic leak detector is the most sensitive type available and can detect small leaks of a fraction of an ounce per year, often missed when using other methods.

Another method is by swabbing a suspected leak with liquid soap or detergent, and bubbles will appear if a leak exists.

When a leak is located, it should be marked. When leak testing is completed and all leaks have been located and marked, vent the test pressure gas. If a leak requiring brazing is found in the high pressure side of a system containing a refrigerant charge in a location that cannot be isolated, remove the refrigerant in order to make repairs.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00054
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Refrigeration Basics and Service

When pressure has been removed from the area when the leak is located, repair the leak. It may be necessary to re-braze fittings, replace gaskets, repair flare connections, or merely tighten connections. When all leaks are repaired, the system should again be pressurized and the leak testing process repeated.

Pressure leak testing is necessary to locate individual leaks. In order to determine if the system is free of all leaks, a vacuum test is helpful. After repairing all known leaks, draw a deep vacuum on the system with a good vacuum pump. Reduce the pressure to 1 psig or less (the vacuum registered on the test gauge will vary with atmospheric pressure) and reseal the system and leave it for at least 12 hours. Any leakage of air into the system will cause the vacuum reading to decrease. (The ambient temperature may cause some slight change in pressure.) If an air leak is indicated, again pressure leak test the system and locate and repair the leaks.

D. **Brazing Refrigerant Lines**

Acceptable commercial or industrial techniques should be applied to braze refrigerant lines.

E. **Pressure Testing**

With a compressed gas cylinder in the upright position, admit dry nitrogen or dry carbon dioxide slowly until the desired system pressure is obtained.

Close the cylinder valve. Check the system pressure gauge and adjust as necessary to obtain the proper pressure.

Proceed with test, and when complete, reduce system pressure to 0 psig, reconnect the compressor, evacuate the system, and then charge with R-134A refrigerant.


© 2012 JBT Corporation


BGSE_00396671-00055
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Refrigeration Basics and Service

### F. Evacuation

Any time the compressor or system is exposed to atmospheric air or if the system becomes contaminated and removal of the refrigerant charge is necessary, evacuate the system. Use a small portable vacuum pump specifically built for refrigeration evacuation. The gauge manifold provides a convenient means of connecting the vacuum pump to service valves on the compressor.

Triple evacuation is strongly recommended if possible. To evacuate a system, attach the common connection on the gauge manifold to the suction connection on the vacuum pump. Securely connect the high and low pressure connections on the gauge manifold to gauge ports on service valves on the high and low pressure sides of the system respectively. With the valves on the gauge manifold closed (front-seated), open the service valves and adjust them to a point approximately midway between the front-seat and back-seat position.

Start the vacuum pump and gradually open the gauge manifold valves. It may be necessary to restrict the vacuum pump suction pressure by means of the gauge manifold valves to avoid overloading the pump motor. Continue evacuation until the desired vacuum reading is reached on both gauges.

When evacuation is complete, close the gauge manifold valves tightly, remove the line from the vacuum pump, and connect to a R-134A refrigerant cylinder. Loosen the common hose connection at the gauge manifold, crack the refrigerant drum valve to purge the hose, and retighten the hose connection. Crack the valves on the gauge manifold until the system pressure rises to 2 psig. Close the refrigerant drum valve and the gauge manifold valves.

For triple evacuation, repeat the above procedure three times, evacuating twice to 1000 microns and the last time to 500 microns or to the limit of the vacuum pump's ability.

When the procedure is complete, the system is ready for charging.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00056
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Refrigeration Basics and Service

### G. Charging

Attach a gauge manifold to the service valves of the system located below the appropriate door having access to the compressor.

Weigh the refrigerant cylinder prior to charging. Connect the gauge manifold to both suction and discharge service valves with the common connection to the refrigerant cylinder. Purge the lines, open the refrigerant cylinder vapor valve, start the compressor, and open the suction connection on the gauge manifold. Modulate the rate or charging with the gauge manifold valve.
The refrigerant cylinder must remain upright with refrigerant withdrawn only through the vapor valve to insure only vapor is reaching the compressor. The vaporizing of the liquid refrigerant in the cylinder will chill the liquid remaining and reduce the cylinder pressure. To maintain cylinder pressure and expedite charging, warm the cylinder by placing it in warm water or by using a heat lamp. **Do not** apply heat with a torch.

To determine if sufficient charge has been introduced, close the refrigerant cylinder valve and observe the system operation. Continue charging until the proper charge has been added. Again weigh the refrigerant drum and add only the proper charge. Watch the liquid sight glass. When the charge is adequate, no bubbles will be seen. While bubbles or flashing usually indicate a shortage of refrigerant, if there is vapor and no liquid in the sight glass, it will also appear clear.

While the sight glass is a valuable aid in determining the proper charge, the system performance must be carefully analyzed before placing full reliance on it as a positive indicator of the system charge.


© 2012 JBT Corporation


BGSE_00396671-00057
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK


© 2012 JBT Corporation

BGSE_00396671-00058
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Introduction to Preventive Maintenance Checklist

### 1. Introduction

The following checklists cover all points to be inspected and/or adjusted. A space is provided for the maintenance person to initial. JBT AeroTech Jetway Systems® suggests that those responsible for unit upkeep make copies of these checklists, give them to maintenance, and after the service work is completed, bind these checklists into a history of the work. **THIS HISTORY IS REQUIRED FOR ANY WARRANTY CLAIMS**.

The checklists are numbered as follows:

(1) Daily Inspection

(2) Quarterly Inspection

(3) Annual Inspection



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00059
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00060
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 3: Preventive Maintenance Checklists

**Daily Inspection – To be done before each use.**

| | DESCRIPTION | DATE | GOOD | REPAIRED | MECHANIC |
|---|---|---|---|---|---|
| 1. | Visually check for missing or worn hardware. | | | | |
| 2. | Visually inspect outside paint and surface condition. Check for rust, corrosion, or body damage. | | | | |
| 3. | Visually check filter cleanliness. | | | | |
| 4. | Visually check for refrigerant oil leaks. | | | | |
| 5. | Check condenser fans and moving equipment for audible abnormal noises. | | | | |
| 6. | Visually inspect control panel for missing or damaged indicators | | | | |


© 2012 JBT Corporation


BGSE_00396671-00061
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 3: Preventive Maintenance Checklists

**Quarterly Inspection – To be done quarterly in addition to the daily inspection.**

| | DESCRIPTION | DATE | GOOD | REPAIRED | MECHANIC |
|---|---|---|---|---|---|
| 1. | Visually check air filter cleanliness. Check the surface on both sides. If any accumulated dirt or dust is observed, clean as instructed on page 69 of this manual. | | | | |
| 2. | Visually inspect the condenser coils for cleanliness. If dust and dirt have accumulated between the fins, blow out with compressed air or hose down with water as instructed on page 69 of this manual. | | | | |
| 3. | Visually check the refrigerant sight glass. | | | | |
| 4. | Visually check the oil level in the compressor or sight glass. | | | | |
| | **NOTE:** The oil level should be visible in or slightly above the center of the sight glass but not below. | | | | |
| | **NOTE:** If the oil is black in color, the oil is contaminated and should be replaced. | | | | |
| 5. | Check the color of the indicator element in the center of the refrigerant sight glass. | | | | |
| | A. GREEN COLOR - The system is dry and is normal. | | | | |
| | B. CHARTREUSE COLOR - The system has some moisture and should be watched carefully. | | | | |
| | **CAUTION: CHECK THIS CONDITION MONTHLY FOR ANY CHANGE.** | | | | |
| | C. YELLOW COLOR - The system contains moisture. | | | | |
| 6. | Visually check each refrigeration drier for appearance and temperature. If the drier is frosted or if there is a perceptible temperature change between the liquid line entering and leaving the drier, the drier should be replaced. | | | | |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00062
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 3: Preventive Maintenance Checklists

**Quarterly Inspection – To be done quarterly in addition to the daily inspection.**

| | DESCRIPTION | DATE | GOOD | REPAIRED | MECHANIC |
|---|---|---|---|---|---|
| 7. | Visually check refrigerant lines. Check the lines for wear and vibration. Support them as necessary. Check refrigerant line supports and braces to make certain they are not wearing or cutting the refrigerant line. Wipe clean and tighten the flare nuts at valve connections as necessary. | | | | |
| 8. | Visually check air passageways inside unit for obstructions. | | | | |
| 9. | Listen for any abnormal noise or vibration. Find the cause and repair as necessary. | | | | |
| 10 | Check for erratic operation such as the following: | | | | |
| | A. Fan cycling – operating on and off quickly. | | | | |
| | Compressor cycling – operating on and off more than every 3 minutes. | | | | |
| | If abnormal operation is found, repair as necessary. | | | | |
| 11. | Check air ducts for holes, tears, abrasion wear or leaks. Replace or repair as needed. | | | | |
| 12. | Check all wiring for tightness. Re-tighten all high voltage terminals. | | | | |
| 13. | Check contactors for abnormal wear. Replace if needed. | | | | |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00063
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 3: Preventive Maintenance Checklists

**Annual Inspection – To be done annually in addition to the quarterly inspection.**

| | DESCRIPTION | DATE | GOOD | REPAIRED | MECHANIC |
|---|---|---|---|---|---|
| 1. | Check the electrical control panel to see that the overloads and circuit breakers are functioning properly. Look for burn marks on the cabinet and components that might indicate possible shorts, and check the contacts on all contactors. | | | | |
| 2. | Check all high voltage wiring connections for loose or corroded connections. Re-torque all high voltage connections. | | | | |
| 3. | Check motors for free rotation. Grease motor bearings with one squirt of grease. (About one inch from a grease gun) Refer to lubrication instructions. | | | | |
| 4. | Clean Condenser Coils per instructions on page 69. | | | | |
| 5. | Clean evaporator and hoses. Clean more frequently in moderate and high humidity environments. | | | | |
| 6. | Verify that P/N 507206 (WLDMT COVER OUTLET 8 TEST 3" DIA) is in the back door of the unit. If not, replace it. | | | | |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00064
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Lubrication




| No. | LUBE SPEC | DESCRIPTION | FREQUENCY | | | REMARKS |
|---|---|---|---|---|---|---|
| | | | Q | S | A | |
| 1 | 1 | Blower motor | | | X | Or every 2000 hrs. |

Blower Motor Lubrication
Figure 9


© 2012 JBT Corporation


BGSE_00396671-00065
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Lubrication

### TABLE OF LUBRICANTS

| Lubrication Specification Number | Description |
| --- | --- |
| 1 | Exxon Polyrex EM grease |

**NOTE:** The condenser fan motors are lubricated for life and require no routine maintenance.

**NOTE:** Several lubricant types may be shown. They should not be mixed.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00066
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Adjustments

1. **Temperature Control Switch – Secondary Compressor (S-PC1)**

   The remote bulb temperature control enables the secondary compressor when the outside air temperature is above 50°F (10°C).

2. **Expansion Valve Superheat**

   Each Thermostatic Expansion Valve is thoroughly tested and set at the factory before shipment. This factory superheat setting will be correct and no further adjustment is required for the majority of the applications. When the valve is replaced or repaired, the factory setting may be obtained by counting the number of turns the adjusting stem is set at. Use this number on the new or repaired valve. Using this number of turns will set the valve at factory specifications.

   When the adjustment is completed on the valve, always tighten the adjusting stem packing nut and replace the seal cap tightly.

3. **Refrigeration Superheat/Sub-cool**

   The purpose of this procedure is to demonstrate to a qualified HVAC technician how to measure the superheat and sub cool values on a JBT AeroTech 30 Ton HPC PCA unit. This procedure can be used when a leak in the refrigeration system is suspected, a compressors or refrigerant system component has been removed and replaced, or it can used as a yearly maintenance procedure to verify proper function of the refrigeration system.


© 2012 JBT Corporation


BGSE_00396671-00067
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Adjustments




Pressure- Enthalpy Diagram

The pressure - enthalpy diagram represents a P-H diagram for the refrigerant R-134a. This diagram shows the quality of the refrigerant at different pressure and temperature conditions. The superheat and sub cool regions are shown by the circled bold black text. Superheated refrigerant is refrigerant that exists to the right of the saturated vapor line. In other words, the refrigerant exists as 100% vapor. The refrigerant returning to the compressor should ALWAYS be superheated to prevent serious damage to the compressor. Sub cooled refrigerant is refrigerant that is on the left of the saturation liquid line. In other words, the refrigerant exists as 100% liquid. In order for the refrigeration system to operate most efficiently, the refrigerant entering the expansion valve should be sub cooled.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00068
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Adjustments

In troubleshooting a refrigeration system for a loss of charge (primary or secondary system), the most accurate way to determine a systems charge level is to perform a superheat and sub cool measurement. Each refrigeration system comes from the factory pre charged with refrigerant and balanced to the design conditions specified in the customer specification. Typically the superheat and sub cool values for each system are set between 7ºF and 20ºF. If under proper examination the system(s) have different values than this, the refrigeration system could be overcharged (superheat<7ºF and subcool>20ºF) or undercharged (superheat>20ºF and subcool<7ºF). The following procedure is to help the technician troubleshoot adequate charge within a refrigeration system.

**NOTE:** Before taking superheat and sub-cool readings and/or adjusting the expansion valve or the unit's refrigerant charge it is necessary to have the unit operating under or near its maximum rated environmental conditions. The super heat and sub cool values must fall within 7ºF – 20ºF.

A. **Equipment Needed**

1. Refrigerant Gauge set appropriate for type of refrigerant used

   Yellow Jacket 423322- V brass manifold only, R-134a/404A/507
   Yellow Jacket 2298560- 3 Pak, 1/4" SealRight Anti-blow Back Hose

2. Type T Thermocouple Reader

   Fluke 51-2

3. Type T Thermocouple Ends

   Probe Connector Mini-Type Omega part number SMPW-T-M


© 2012 JBT Corporation


BGSE_00396671-00069
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Adjustments

### B. Test Set-Up

Using the factory supplied refrigeration system type T thermocouple wires, install the type T thermocouple ends (ensuring the copper wire is connected to the copper terminal of the thermocouple mini-connector, and the constantan wire is connected to the constantan terminal of the mini connector) to the refrigeration system being tested suction line and liquid line.



Liquid Line Type T Thermocouple
Figure 10



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00070
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Adjustments



Type T Thermocouple Mini Connector
Figure 11

Connect the refrigeration gauges to the refrigeration systems suction line and liquid line. Connect the thermocouple mini connectors from the refrigeration systems suction line and liquid line to the Fluke 51-2. Operate the A/C system under normal conditions (normal ambient temperature and normal airflow) and record the liquid temperatures and liquid pressures from each system. Using the supplied chart for the refrigerant R-134a, convert the liquid pressure to a corresponding temperature. Subtract the actual liquid line temperature from the corresponding temperature. This value is your sub cool. Next, record the suction pressure and the suction line temperature. Using the supplied chart for refrigerant R-134a, convert the suction pressure to a corresponding temperature. Subtract the corresponding



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00071
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Adjustments

temperature from the suction line temperature. This value is the superheat.

C. **Primary System**

Liquid Pressure: _____psig Corresponding Temp (bubble): ______°F

Primary Liquid Line Temperature: _____°F

Sub cool: ______°F (subtract liquid line temperature from the corresponding temp.)

Primary Suction Line Temp: ______°F

Primary Suction Pressure: ______psig

Corresponding Temp (dew): ______°F

Superheat: _____°F (subtract the corresponding temperature from the suction line temperature.)

D. **Secondary System**

Liquid Pressure: _____psig Corresponding Temp (bubble): ______°F

Primary Liquid Line Temperature: _____°F

Sub cool: ______°F (subtract liquid line temperature from the corresponding temp.)

Primary Suction Line Temp: ______°F

Primary Suction Pressure: ______psig

Corresponding Temp (dew): ______°F

Superheat: _____°F (subtract the corresponding temperature from the suction line temperature.)



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00072
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Adjustments

4. **Setting Superheat/Sub-cool Guidelines**

**NOTE:** Closing the expansion valve will raise both superheat and sub-cool. Opening expansion valve will lower both superheat and sub-cool. Adding charge will lower superheat and increase sub-cool. Deleting charge will lower sub-cool and raise superheat.

A. **Sub-cool low/ Superheat Low**

Close expansion valve 1/2 turn at a time until you see change - allow 20 minutes between valve settings for system to stabilize.

B. **Sub-cool low/ Superheat High**

Add charge to the system 1 lb at a time until you see the sub-cool come up. The superheat will drop so if you add charge and you do not get enough sub-cool and the super heat drops too low go back to the expansion valve.

C. **Sub-cool high/Superheat Low**

Delete charge from the system 1 lb. At a time until the sub-cool drops to where you want it. If the superheat rises to high go back to the expansion valve.

D. **Sub-cool high/Superheat High**

Open the expansion valve 1/2 turn at a time until you see change - allow 20 minutes between valve settings for system to stabilize.

All of the information above is a general guideline. It may be necessary to open or close the valve and add or delete charge until the superheat and sub-cool are where they should be.

**Superheat:** 7°F-20°F
**Sub-cool:** 7°F-20°F



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00073
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Adjustments

Remember that an increase in sub-cool increases the capacity of the system and an increase in superheat decreases the capacity of the system.

### R-134A

Pressure/Temperature Chart

| Pressure (PSIG) | Temp (°F) | Pressure (PSIG) | Temp (°F) |
|---|---|---|---|
| 0 | -15 | 60 | 62 |
| 1 | -12 | 62 | 64 |
| 2 | -10 | 64 | 65 |
| 3 | -8 | 66 | 66 |
| 4 | -5 | 68 | 68 |
| 5 | -3 | 70 | 69 |
| 6 | -1 | 72 | 71 |
| 7 | 1 | 74 | 72 |
| 8 | 3 | 76 | 73 |
| 9 | 5 | 78 | 75 |
| 10 | 7 | 80 | 76 |
| 11 | 8 | 85 | 79 |
| 12 | 10 | 90 | 82 |
| 13 | 12 | 95 | 85 |
| 14 | 13 | 100 | 88 |
| 15 | 15 | 105 | 90 |
| 16 | 16 | 110 | 93 |
| 17 | 18 | 115 | 95 |
| 18 | 19 | 120 | 98 |
| 19 | 21 | 125 | 100 |
| 20 | 22 | 130 | 103 |
| 21 | 24 | 135 | 105 |
| 22 | 25 | 140 | 107 |
| 23 | 26 | 145 | 109 |
| 24 | 27 | 150 | 112 |
| 25 | 29 | 155 | 114 |
| 26 | 30 | 160 | 116 |
| 27 | 31 | 165 | 118 |
| 28 | 32 | 170 | 120 |
| 29 | 33 | 175 | 122 |
| 30 | 35 | 180 | 123 |
| 31 | 36 | 185 | 125 |
| 32 | 37 | 190 | 127 |
| 33 | 38 | 195 | 129 |
| 34 | 39 | 200 | 131 |
| 35 | 40 | 205 | 132 |
| 36 | 41 | 210 | 134 |
| 37 | 42 | 220 | 137 |
| 38 | 43 | 230 | 140 |
| 39 | 44 | 240 | 143 |
| 40 | 45 | 250 | 146 |
| 42 | 47 | 260 | 149 |
| 44 | 49 | 275 | 153 |
| 46 | 51 | 290 | 157 |
| 48 | 52 | 305 | 161 |
| 50 | 54 | 320 | 165 |
| 52 | 56 | 335 | 169 |
| 54 | 57 | 350 | 172 |
| 56 | 59 | 365 | 175 |
| 58 | 60 | | |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00074
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Adjustments

5. **Pressure Switches**

All refrigeration pressure switches in the system are the fully encapsulated type and are hermetically sealed; therefore, no adjustment is necessary.

PS-1 – High Pressure, Primary Compressor
PS-3 – High Pressure, Secondary Compressor
PS-2 – Low Pressure, Primary Compressor
PS-4 – Low Pressure, Secondary Compressor

6. **Fan, Condenser Cycling**

Two of three condenser fans are cycled off to maintain refrigeration discharge pressure.

TS-4 – Condenser Fan, Front. Cut-in set point 70°F (21.1°C).
TS-5 – Condenser Fan, Rear. Cut-in set point 85°F (29.4°C).



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00075
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Adjustments




High and Low Pressure Switches
Figure 12



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00076
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 6: Cleaning

1. **Filters**

The filter is a washable, polyester felt element. To clean the element, soak in hot water and a mild detergent. Rinse and allow to dry. The filter can be washed up to 3 to 5 times. Inspect the element for rips and tears before and after washing. If the filter element is damaged in any way, replace with JBT p/n 3659058.

2. **Condensers**

When condensers become filled with dust or dirt between the fins, remove the louvers with the screws on each vertical side. First, remove excess dirt from condensers with soft bristled paintbrush. Second, use air or water to remove any loosened residue. Direct water or air flow in reverse of the normal air flow. In a severe environment, use a non-acid, alkaline based, coil cleaning solution (Nu-Brite or Simple Green).

**WARNING:** **WHEN USING AIR (NOT MORE THAN 30 PSIG) FOR CLEANING, NORMAL SAFETY PROCEDURES MUST BE FOLLOWED. SERIOUS INJURY TO PERSONNEL CAN RESULT WITH MISDIRECTED PRESSURIZED AIR.**

**WARNING:** **NEVER USE OXYGEN FOR PRESSURIZING A SYSTEM: AN EXPLOSION MAY OCCUR IF OIL IS PRESENT IN THE SYSTEM. ALWAYS USE A GAUGE-EQUIPPED PRESSURE REGULATOR ON THE HIGH PRESSURE BACK-UP GAS, AND NEVER INTERCONNECT THE REFRIGERANT CYLINDER AND THE INERT GAS CYLINDER THROUGH A GAUGE MANIFOLD. NITROGEN AND CARBON DIOXIDE CYLINDER PRESSURES CAN RUPTURE A REFRIGERANT CYLINDER.**



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00077
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 6: Cleaning

3. **Evaporator**

Refer to Chapter 5, Section 5 – 2, pages 133 and 134. Remove figure and indicator numbers 6, 8, 10, 20, 22, 12 and 16. Use water with a non-acid, alkaline based coil cleaning solution to clean the coil by spraying it through the blower plenum opening. Ensure figure and indicator number 22 (TEE BRS) from page 134 is open to allow for drainage of the cleaning solution. If desired, this brass tee valve may be opened fully to allow for faster drainage (restore to ¼ open after cleaning). After cleaning the coil with the cleaning solution, rinse coil thoroughly with clean water.

Reassemble figure and indicator numbers 6, 8,10, 20, 22, 12, and 16. Operate the unit for 10 minutes while connected to the aircraft dummy load (figure and item number 2 from page 13 3) to dry out the coil and ensure all the cleaning solution has been rinsed.

4. **Unit**

A general wash down of the inside and outer skins of the unit is recommended on an annual basis. A mild detergent or Simple Green may be used to wash down the unit. It is NOT recommended that coil cleaner is used to wash down the unit.


Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00078
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

## Section 7: Maintenance Work Hours, Tools, and Testing

### 1. Corrective Maintenance Work Hours

The following chart lists suggested maintenance time allowances for the removal and/or replacement of unit components on the HPC-F unit.

| Replacement Part | Removal Time (in hours) | Replacement Time (in hours) | Total Time |
|---|---|---|---|
| Inlet Filter/Damper/Actuator Assembly | 2 | 2 | 4 |
| Inlet Filter/Silencer ( | 0.25 | 0.25 | 0.5 |
| Inlet Actuator | 0.25 | 0.25 | 0.5 |
| Inlet Damper | 1 | 1 | 2 |
| | | | |
| Blower Assembly | 1.5 | 1.5 | 3.0 |
| Blower Motor | 1.0 | 1.0 | 2.0 |
| Blower Drive Belt | 1.0 | 1.0 | 2.0 |
| Blower Idler Pulley | 1.0 | 1.0 | 2.0 |
| | | | |
| Condenser Fan | 2 | 2 | 4 |
| | | | |
| Condenser | 10 | 10 | 20 |
| | | | |
| Soft Start | 1.5 | 1.5 | 3.0 |
| | | | |
| Main Circuit Breaker | 0.75 | 0.75 | 1.5 |
| | | | |
| Control Box Electrical Component | 0.5 | 0.5 | 1 |
| | | | |
| Unit Electrical Component | 0.5 | 0.5 | 1 |
| | | | |
| Evaporator Coil | 18 | 18 | 36 |
| | | | |


Proprietary/Confidential Documentation
© 2012 JBT Corporation
BGSE_00396671-00079
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 7: Maintenance Work Hours, Tools, and Testing

### 2. Required Maintenance Tools

The following chart lists tools required for the maintenance, removal and/or replacement of unit components on the HPC-F unit.

| Tool | Quantity Required |
|---|---|
| Ball peen hammer | 1 |
| 10-inch tongue and groove pliers | 1 |
| 12-inch adjustable wrench | 1 |
| Slotted screwdriver set | 1 |
| Phillips screw driver set | 1 |
| Wire stripper/cutters | 1 |
| ½-inch drive, SAE socket set | 1 |
| 3/8-inch drive, SAE socket set | 1 |
| 3/8-inch drive, metric socket set | 1 |
| SAE combination wrench set | 1 |
| Metric Combination wrench set | 1 |
| Metric hex key set | 1 |
| Volt/Ohm meter | 1 |
| Test and charging manifold with gauges and hoses compatible with the refrigerant serviced | 1 |

### 3. Testing Equipment and Special Tool Information

After factory set up and commissioning, no special test equipment is required for the operation, maintenance, and repair of the HPC-F unit with the exception of the 516008 (WLDMT COV OUTLET 8 TEST 3 DIA) aircraft simulator. This test piece is designed to provide back pressure on the HPC-F unit so the motor does not overload during testing. This test piece is provided with every HPC-F unit from the factory.

### 4. Testing and Performance Data

After factory set up and commissioning, no special testing or monitoring is required beyond the recommended preventative maintenance tasks, troubleshooting, and repair using standard commercial HVAC practices. Forms for preventative maintenance checklists are provided in Section 3 of this chapter.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00080
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 8: Bolt Torque Requirements

1. <u>**Bolt Torque Requirements**</u>

   A. All bolts should be tightened in even increments to the torque values listed on the *Bolt Torque Chart* for the size and grade of fastener at the joint. Refer to the *Fastener Identification Chart*. Bolts should be tightened in a cross pattern (i.e., midnight, six o'clock, three o'clock, nine o'clock, etc.). To achieve the listed torque value, the bolts may have to be tightened more than once.

   B. Flat hardened/carburized washers, meeting ASTM F436 standards, should be used under the element (bolt or nut) which will be turned in tightening. **Do not use lock washers.**

   C. If a torque wrench is not available the Turn-of-Nut method may be employed. Tightening may be done by turning the bolt while the nut is prevented from rotating when it is impractical to turn the nut. Impact wrenches, if used, shall be of adequate capacity and sufficiently supplied with air to perform the required tightening of each bolt in approximately 10 seconds.

   D. For bolted connections, always use bolts of the correct length. A bolt that is too long may "bottom" before the head is tight against the part it is to hold. If a bolt is too short, there may not be enough threads engaged to hold the part securely. A bolt of the correct length should have approximately 2-3 bolt threads protruding from the nut.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00081
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 8: Bolt Torque Requirements

2. **JBT AeroTech, Jetway Systems® Torque Values for SAE Grade 5 and Grade 8 Capscrews and Bolts**

| Size (in) | SAE GRADE 5 ASTM A325 Clamp load (lb) | Assembly torque[1] (ft lb) dry[2] | lub[3] | SAE GRADE 8 ASTM A490 Clamp load (lb) | Assembly torque[1] (ft lb) dry[2] | lub[3] |
|---|---|---|---|---|---|---|
| 1/4-20 | 2020 | 8 | 6 | 2850 | 12 | 9 |
| 1/4-28 | 2320 | 10 | 7 | 3250 | 14 | 10 |
| 5/16-18 | 3340 | 17 | 13 | 4700 | 24 | 18 |
| 5/16-24 | 3700 | 19 | 14 | 5200 | 27 | 20 |
| 3/8-16 | 4950 | 30 | 23 | 6980 | 45 | 35 |
| 3/8-24 | 5600 | 35 | 25 | 7900 | 50 | 35 |
| 7/16-14 | 6780 | 50 | 35 | 9550 | 70 | 50 |
| 7/16-20 | 7570 | 55 | 40 | 10650 | 80 | 60 |
| 1/2-13 | 9050 | 75 | 55 | 12750 | 110 | 80 |
| 1/2-20 | 10200 | 85 | 65 | 14400 | 120 | 90 |
| 9/16-12 | 11600 | 110 | 80 | 16350 | 150 | 110 |
| 9/16-18 | 12950 | 120 | 90 | 18250 | 170 | 130 |
| 5/8-11 | 14400 | 150 | 110 | 20350 | 210 | 160 |
| 5/8-18 | 16350 | 170 | 130 | 23000 | 240 | 180 |
| 3/4-10 | 21300 | 260 | 200 | 30100 | 380 | 280 |
| 3/4-16 | 23780 | 300 | 220 | 33500 | 420 | 310 |
| 7/8-9 | 29450 | 430 | 320 | 41600 | 600 | 450 |
| 7/8-14 | 32450 | 470 | 360 | 45800 | 670 | 500 |
| 1-8 | 38600 | 640 | 480 | 54500 | 910 | 680 |
| 1-14 | 43300 | 720 | 540 | 61100 | 1020 | 760 |
| 1 1/8-7 | 42300 | 790 | 590 | 68700 | 1290 | 970 |
| 1 1/8-12 | 47500 | 890 | 670 | 77000 | 1440 | 1080 |
| 1 1/4-7 | 53800 | 1120 | 840 | 87200 | 1820 | 1360 |
| 1 1/4-12 | 59600 | 1240 | 920 | 96600 | 2010 | 1510 |
| 1 3/8-6 | 64100 | 1460 | 1100 | 104000 | 2380 | 1780 |
| 1 3/8-12 | 73000 | 1680 | 1260 | 118400 | 2720 | 2040 |
| 1 1/2-6 | 78000 | 1950 | 1460 | 126500 | 3160 | 2370 |
| 1 1/2-12 | 87700 | 2200 | 1640 | 142200 | 3560 | 2670 |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00082
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 8: Bolt Torque Requirements

**NOTES:**

1. We offer these recommended assembly torques as a guide only. Torque specifications, especially for critical joints, must be determined under actual assembly conditions because of the many variables involved. If you are replacing the bolts in a critical connection, contact JBT AeroTech, Jetway Systems® for more exact information.

   The recommended clamp loads are based on 75% of the minimum specified proof loads for each grade and size.

   The formula for torque *T* in inch pounds is:

$$T = RDP$$

   where

   $R$ = tightening coefficient
   $D$ = nominal diameter in inches
   $P$ = clamp load in pounds

   We assume that $R = 0.20$ for dry unplated conditions and 0.15 for lubricated, including plated, conditions. Actual values of $R$ can vary between 0.05 and 0.35 for commonly encountered conditions.

1. dry indicates residual oil of manufacturer.
2. lub indicates use of lubricant.



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00083
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Section 8: Bolt Torque Requirements

3. **Fastener Identification Table**

| Grade Marking | Specifications | Material |
|---|---|---|
| | SAE-Grade 1 | low or medium carbon steel |
| No Mark | ASTM - A 307 | low carbon steel |
| | SAE - Grade 2 | low or medium carbon steel |
|  | SAE - Grade 5 | medium carbon steel, |
| | ASTM - A 449 | quenched and tempered |
|  | SAE - Grade 5.2 | low carbon Martensite steel, quenched and tempered. |
|  A 325 | ASTM - A 325 Type 1 | medium carbon steel, quenched and tempered radial dashes optional |
|  A 325 | ASTM - A 325 Type 2 | low carbon Martensite steel, quenched and tempered |
| A 325 | ASTM - A 325 Type 3 | atmospheric corrosion (weathering) steel, quenched and tempered |
| BC | ASTM - A 354 Grade BC | alloy steel, quenched and tempered |
|  | SAE - Grade 7 | medium carbon alloy steel, quenched and tempered, roll threaded after heat treatment |
|  | SAE - Grade 8 | medium carbon alloy steel, quenched and tempered |
|  | ASTM - A 354 Grade BD | alloy steel, quenched and tempered |
|  | SAE - Grade 8.2 | low carbon Martensite steel, quenched and tempered |
| A 490 | ASTM - A 490 Type 1 | alloy steel, quenched and tempered |
| A 490 | ASTM - A 490 Type 3 | atmospheric corrosion (weathering) steel, quenched and tempered |


Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00084
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

# Chapter 3

## TROUBLESHOOTING

TABLE OF CONTENTS


| TITLE | | CHAPTER/ SECTION | PAGE |
|---|---|---|---|
| 1: | Guide to Repair | 3 - 1 | 79 |
| 2: | Troubleshooting Basic System | | |
| | Trouble I - Unit fails to start | 3 - 2 | 81 |
| | Trouble II - Abnormally low power draw | 3 - 2 | 81 |
| | Trouble III - Excessive power draw | 3 - 2 | 82 |
| 3: | Troubleshooting Airflow System | | |
| | Trouble I - Blower fails to start | 3 - 3 | 83 |
| | Trouble II - Insufficient airflow | 3 - 3 | 84 |
| | Trouble III - Abnormally noisy blower | 3 - 3 | 86 |
| 4: | Troubleshooting Refrigeration System | | |
| | Trouble I - Compressor fails to start | 3 - 4 | 87 |
| | Trouble II - Compressor short cycles or shuts off after a few minutes of operation | 3 - 4 | 88 |
| | Trouble III - Insufficient cooling | 3 - 4 | 88 |
| | Trouble IV - Excessive compressor vibration | 3 - 4 | 89 |
| | Trouble V - Compressor rattles when started | 3 - 4 | 90 |
| | Trouble VI - Flutter noise when compressor stops | 3 - 4 | 90 |
| | Trouble VII - Compressor loses oil/oil in sight glass below visual level | 3 - 4 | 91 |
| | Trouble VIII - Evaporator coil(s) freeze up | 3 - 4 | 92 |
| | Trouble IX - Refrigerant flood back to compressor | 3 - 4 | 92 |
| | Trouble X - Refrigerant suction pressure too high | 3 - 4 | 93 |
| | Trouble XI - Refrigerant suction pressure too low | 3 - 4 | 93 |
| | Trouble XII - Refrigerant discharge pressure too high | 3 - 4 | 94 |




Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00085
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Chapter 3

**TROUBLESHOOTING**

TABLE OF CONTENTS


| TITLE | CHAPTER/ SECTION | PAGE |
|---|---|---|
| Trouble XIII - Refrigerant discharge pressure too low | 3 - 4 | 94 |
| 5: Helpful Troubleshooting Information | | |
| Shortage of Refrigerant | 3 - 5 | 95 |
| Identifying a Refrigerant Leak | 3 - 5 | 95 |
| Air in the Refrigeration System | 3 - 5 | 95 |
| Clogged Filter-Drier | 3 - 5 | 96 |
| Dirty Condenser Coil | 3 - 5 | 96 |
| Expansion Valve Malfunction | 3 - 5 | 96 |
| Charge Lost | 3 - 5 | 96 |
| Valve Stuck in Open Position | 3 - 5 | 97 |
| Valve Stuck in Closed Position | 3 - 5 | 97 |
| Bulb Mislocated | 3 - 5 | 97 |
| Moisture in Valve | 3 - 5 | 97 |
| Expansion Valve Field Disassembly/Re-assembly | 3 - 5 | 98 |
| Compressor Electrical Phase Rotation | 3 - 5 | 99 |
| Compressor Operating in a Vacuum | 3 - 5 | 100 |
| Fusite Failure | 3 – 5 | 101 |
| Scroll Galling | 3 - 5 | 101 |
| Compressor Motor Megging | 3 - 5 | 101 |
| Overcharge of Refrigerant | 3 - 5 | 102 |
| Evaporator Pressure Regulator Valve Obstructed | 3 - 5 | 102 |
| Evaporator Pressure Regulator Adjustment Procedure | 3 - 5 | 102 |
| Electric Discharge Bypass Valve Operation | 3 - 5 | 103 |




Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00086
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Introduction

### 1. Guide to Repair

This chapter is to guide service personnel when the JBT AeroTech Jetway Systems® HPCF Pre-Conditioned Air unit needs repair. Its focus is on repair, not preventive maintenance. The tables in this section outline the problems, likely causes, and remedies. As it is impossible to foresee all breakdowns, this chapter should not be expected to answer every failure. What is contained in this chapter represents our best attempt to combine theory and design.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00087
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00088
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Troubleshooting Basic System

**Trouble I: Unit fails to start**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Disconnect switch or breaker supplying power to ACU unit open or tripped | 1. | Determine cause and if normal, close switch or reset breaker at generator. |
| | | 2. | Check disconnect switch at unit control box. |
| 2. | Low voltage from input power | 1. | Check power with voltmeter. If excessively low, correct incoming power. Check phase monitor (PM-1). |
| 3. | Main circuit breaker tripped | 1. | Determine cause - if logical reason, manually reset. |
| 4. | Control system circuit breakers tripped | 1. | Check system for grounds or direct shorts and reset breaker. |
| 5. | Blower motor soft start fails to energize motor | 1. | Check SS-1. |
| | | 2. | Check SS-1 settings. |
| | | 3. | If fault code is on SS-1, see Appendix A, SS-1 manual for troubleshooting. |

**Trouble II: Abnormally low power draw**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Incorrect compressor electrical phasing | 1. | Compressor must be phased ABC. Note: If the compressor is phased improperly the following will occur: |
| | | | a. Compressor draws low amperage |
| | | | b. Suction and discharge pressures change very little |
| | | | c. Rattling or rumbling sound may be apparent |
| | | | d. Compressor vibrates excessively |
| 2. | Compressor mechanically damaged internally | 1. | Replace compressor. |
| 3. | Low load on the refrigeration system | 1. | Check airflow and temperature of fresh air. |
| 4. | Excessive voltage | 1. | Check power source. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00089
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Troubleshooting Basic System

**Trouble III: Excessive power draw**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Airflow blocked through condenser coil causing high head pressures in compressor. | 1. | Check condenser for cleanliness. If dirty, clean per instructions on page 69. |
| | | 2. | Clear obstruction in front of condenser coils. |
| 2. | Blower motor drawing excessive current due to operating the unit not connected to an aircraft. | 1. | Connect supply hose to an aircraft. Unit running without back pressure. |
| | | 2. | If in a test mode, partially block the aircraft connector to simulate aircraft resistance. |
| 3. | Unit operating at low voltage | 1. | Correct voltage at source. |
| 4. | Single phasing of motors due to loss of one phase in the power supply or mechanical connection of the wiring | 1. | Find cause and repair. |
| 5. | Mechanical failure in driver, gearbox, or blower | 1. | Remove inlet housing and check for impeller rub on inlet or discharge housing. |
| | | 2. | Rotate high speed shaft assembly and check for freedom of rotation. |
| | | 3. | Inspect ball bearings. Replace failed parts. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00090
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 3: Troubleshooting Airflow System

**Trouble I: Blower fails to start**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Power failure | 1. | Check power source. |
| 2. | Disconnect switch or breaker supplying power to ACU unit open or tripped | 1. | Determine cause and if normal close switch or reset breaker. |
| 3. | Low voltage from input power | 1. | Check power with voltmeter. If excessively low, correct incoming power. |
| 4. | Main circuit breaker tripped | 1. | Determine cause - if logical reason, manually reset. |
| 5. | Control system circuit breakers tripped | 1. | Check system for grounds or direct shorts and reset breaker. |
| 6. | Mode selector switch mal-function | 1. | Check switches with meter and repair or replace. |
| 7. | Blower motor soft start fails to energize motor | 1. | Check SS-1settings. |
| | | 2. | If fault code is on SS-1, see Appendix A, SS-1 manual for troubleshooting. |
| | | 1. | Check power source. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00091
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 3: Troubleshooting Airflow System

**Trouble II: Insufficient airflow**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Damper motor not opening damper | 1. | Check operation of damper motor and repair or replace. |
| | | 2. | Check electrical connection on damper motor |
| | | 3. | Check for obstruction in operation of damper. |
| | | 4. | Damper coupling slipping on shaft of motor or damper blade. Retighten shaft clamp. |
| 2. | Flexible hose to aircraft kinked, obstructed or leaks | 1. | Straighten hose to aircraft. |
| | | 2. | Check aircraft connector for obstructions and remove any restrictions. |
| | | 3. | Repair leaks. |
| 3. | Air filters dirty or obstructed | 1. | Clean air filters per instructions on page 69 of this manual. |
| 4. | Evaporator coil frosted or iced-up | 1. | See Trouble VIII on page 92. |
| 5. | Leaking plenums | 1. | Check connection from inlet plenum to evaporator coil.<br>Check connection from outlet plenum to evaporator coil. |
| 6. | Leaking unit-to-hose and/or hose-to-aircraft connections | 1. | Check hose connections for loose or poor-fitting joints and tighten or repair as necessary. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00092
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 3: Troubleshooting Airflow System

**Trouble II**: **Insufficient airflow** (continued)

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 7. | No flow, no pressure at startup | 1. | Possible failure of drive component such as broken high speed shaft, sheared or missing impeller, or filed high speed shaft bearings. Replace as necessary with replacement parts. |
| 8. | Insufficient flow or discharge pressure. | 1. | Possible wrong direction of driver shaft rotation. Rotation can be checked by viewing motor fan. Reverse any two leads to correct rotation. |
| | | 2. | Impeller possibly damaged by passage of a solid particle. Inspect impeller for nicked, bent, or worn blades. Replace impeller. |
| | | 3. | Drives speed possibly too slow. Check phase current for a maximum of three percent variance between phases. Consult authorized motor repair shop for corrective action. |
| | | 4. | Pressure gauges or flow meters may be in error. Remove and replace with a calibrated instrument. |


© 2012 JBT Corporation

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 3: Troubleshooting Airflow System

**Trouble III: Abnormally noisy blower**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Foreign material in air gap or ventilation openings | 1. | Remove rotor and foreign material. Reinstall rotor. Check insulation integrity. Clean ventilation openings. |
| 2. | Bad bearings | 1. | Replace bearing. Clean all grease from cavity and new bearing. Repack with correct grease until cavity is approximately ¾ filled. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00094
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Troubleshooting Refrigeration System

**Trouble I: Compressor fails to start**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Burned out motor in compressor | 1. | Replace compressor. |
| 2. | Open motor winding high limit thermostat | 1. | Replace compressor. |
| 3. | Circuit breaker tripped | 1. | Find problem and reset breaker. |
| 4. | Compressor overload tripped | 1. | Check setting, find problem and manually reset. |
| 5. | Suction pressure below cut-out setting of low pressure switch | 1. | Find problem in refrigeration system or replace pressure switch. |
| 6. | Discharge pressure above cut-out setting of high pressure switch | 1. | Find problem in refrigeration system or replace pressure switch. |
| 7. | Excessively low voltage | 1. | Correct at power source. |
| 8. | Compressor motor overheated due to low refrigerant charge | 1. | Find leak, repair and charge with refrigerant. |
| 9. | Compressor phased incorrectly causing motor to overheat | 1. | Correct phasing of power to compressor. See page 99. |
| 10. | Compressor rapidly cycled causing motor to overheat | 1. | Correct cycling malfunction. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00095
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Troubleshooting Refrigeration System

**Trouble II: Compressor short cycles or shuts off after a few minutes of operation**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Intermittent contact in electrical system | 1. | Repair or replace faulty component. |
| 2. | Evaporator coil frosted or frozen causing low suction pressure | 1. | See evaporator coil(s) freeze up, page 102. |
| 3. | Excessive head pressure causing high pressure switch to open | 1. | See refrigerant discharge pressure too high, page 102. |
| 4. | Faulty compressor motor | 1. | Replace compressor. |
| 5. | Overcharge of refrigerant or non-condensable gas in system causing high discharge pressure | 1. | See Overcharge of Refrigerant, page 102. |

**Trouble III: Insufficient Cooling**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Shortage of refrigerant | 1. | Check sight glass for bubbles. Add refrigerant as necessary. See page 95. |
| 2. | Clogged filter-drier | 1. | Check by touch if in-and-out temperature difference can be sensed. Replace as necessary. See page 96. |
| 3. | Expansion valve clogged or mechanically malfunctioning | 1. | Repair or replace. See pages 96 – 99. |
| 4. | Obstructed air to the condenser coils | 1. | Clean coils. |
| 5. | Air or other non-condensable gases in the system | 1. | Check and purge system and/or replace refrigerant charge as necessary. See page 95. |
| 6. | Excessive refrigerant charge | 1. | Bleed excess of refrigerant from system. |
| 7. | Evaporator coil frosted or frozen causing low suction pressure | 1. | Evaporator coil(s) freeze up. See page 102. |
| 8. | Improper superheat adjustment | 1. | Check superheat and reset thermostatic expansion valve. See pages 65 and 96 – 99. |
| 9. | Evaporator Pressure Regulator out of adjustment | 1. | Adjust as directed on page 102. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00096
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Troubleshooting Refrigeration System

**Trouble III: Insufficient Cooling** (Continued)

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 9. | Compressor malfunctioning | 1. | Replace compressor. |
| 10. | Overcharge of refrigerant or non-condensable gas in system causing high discharge pressures | 1. | See service section of this manual. |
| 11. | Excessive hot gas bypass discharging into evaporator distributors. | 1. | Check electrical connections on PID temperature controller and PCB interface board. |
| | | 2. | Verify accuracy of actual discharge air temperature vs. displayed discharge air temperature. If accurate, resolve. |
| | | 3. | Verify settings on PID temperature controller. |

**Trouble IV: Excessive compressor vibration**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Compressor loose on mounting | 1. | Tighten attaching parts as required. |
| 2. | Lack of oil | 1. | Check oil level and add oil as necessary. |
| 3. | Compressor internally damaged | 1. | Replace compressor. |
| 4. | Liquid "flood back" caused by expansion valve out of adjustment or loose sensing bulb | 1. | Retighten sensing bulb or readjust expansion valve as necessary. See pages 97 and 98. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00097
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Troubleshooting Refrigeration System

**Trouble V: Compressor rattles when started**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Compressor electrically out of phase rotation. The compressor will be noisy, vibrate excessively and the oil sump will become warm when running backwards. | 1. | Correct phase rotation to A-B-C. |
| | **NOTE**: (Start up) Under conditions of low refrigerant flows (low suction pressure) such as at start up, a rattling sound may emanate from the compressor. This is most likely to be heard under such conditions of low ambient starts where it takes time to build sufficient head pressure to allow the thermal expansion valve to flow refrigerant in order to increase the suction pressure. This sound should diminish and disappear as the suction pressure increases. | | |
| | **NOTE**: (Flooding) If a compressor should experience severe refrigerant flooding, it will make a loud "rattling" sound. This is normal because the separation of the scrolls allows the liquid refrigerant to pass through the compressor without damage. | | |

**Trouble VI: Flutter noise when compressor stops**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | The scroll compressor has special characteristics that make it unlike a reciprocating compressor; therefore, flutter noise at shut down is normal. | 1. | Normal condition. |
| | **NOTE**: At shutdown, the gas within the scrolls expands and causes momentary reverse rotation until the discharge check valve seats. This results in a "flutter" type noise. | | |


© 2012 JBT Corporation

BGSE_00396671-00098
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Troubleshooting Refrigeration System

**Trouble VII: Compressor loses oil/oil in sight glass below visual level**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Insufficient oil charge. Oil level too low. | 1. | Add sufficient amount of Danfoss SZ160 compressor oil. See page 45. |
| 2. | Clogged drier or expansion valve | 1. | Replace drier. See page 96. |
| 3. | Crankcase oil valve leaks oil (oil around compressor base and low crankcase oil level) | 1. | Repair oil leak and add proper refrigerant oil. (Danfoss SZ160) |
| 4. | Excessive liquid refrigerant returning to compressor | 1. | See Trouble IX. Refrigerant floodback to compressor, page 92. |
| 5. | Refrigerant leak (loosing both oil and refrigerant) | 1. | Repair leak and charge. See page 95. |
| 6. | Oil trapped in system | 1. | Operate unit at minimum airflow bypass flow switch; close damper until oil returns. |
| 7. | Loose expansion valve remote bulb | 1. | Provide good contact between remote bulb and suction line. See page 97. |
| 8. | Liquid flooding back to compressor | 1. | Readjust superheat setting or check remote bulb contact. See page 97. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00099
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Troubleshooting Refrigeration System

**Trouble VIII: Evaporator coil(s) freeze up**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Insufficient airflow | 1. | Refer to Trouble II, page 84. |
| 2. | Damper motor M-D not opening damper | 1. | Check operation of damper motor and repair or replace. |
| | | 2. | Check spring return mechanism on damper motor. |
| | | 3. | Check for obstruction in operation of damper. |
| 3. | Flexible hose to aircraft kinked, obstructed or leaks | 1. | Straighten hose to aircraft. |
| | | 2. | Check aircraft connector for obstructions and remove restriction. |
| | | 3. | Repair leaks. |
| 4. | Leaking unit-to-hose and/or hose-to-aircraft connections | 1. | Check hose connections for loose or poor-fitting joints and tighten or repair as necessary. |
| 5. | Suction pressure too low | 1. | See Trouble XI, page 93. |

**Trouble IX: Refrigerant flood back to compressor**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Water or a mixture of water and oil frozen in expansion valve | 1. | Replace filter drier. See page 96. |
| 2. | Expansion valve seat leaks | 1. | Replace valve or effected parts. See pages 96 – 99. |
| 3. | Incorrect expansion valve bulb location | 1. | Install bulb on suction line at 45° up from bottom. See page 97. |
| 4. | Low superheat adjustment on expansion valve | 1. | See page 65 of this manual. |
| 5. | Restricted or plugged external equalizer line | 1. | Repair. |
| 6. | Low airflow | 1. | Refer to Trouble II, page 84. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00100
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Troubleshooting Refrigeration System

**Trouble X: Refrigerant suction pressure too high**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Ambient temperature above design conditions | 1. | Allow unit to operate at higher outlet air temperature than normal. |
| 2. | Excessive airflow caused by no restriction on discharge hose | 1. | Attach hose to aircraft or for testing. Obstruct aircraft adapter to simulate aircraft resistance. |
| 3. | Overfeeding of expansion valve | 1. | Adjust superheat setting of expansion valve and check to see that remote bulb is properly attached to suction line. See pages 96 – 99. |
| 4. | Expansion valve stuck in open position | 1. | Repair or replace valve. See page 97. |

**Trouble XI: Refrigerant suction pressure too low**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Lack of refrigerant | 1. | Repair leak and charge. See page 95. |
| 2. | Clogged or dirty filter drier | 1. | Replace drier. See page 96. |
| 3. | Expansion valve power assembly has lost charge | 1. | Replace expansion valve power assembly. See pages 96 – 99. |
| 4. | Damper motor not operating damper | 1. | Check operation of damper motor and repair or replace. |
| | | 2. | Check spring return mechanism on damper motor. |
| | | 3. | Check for obstructions in operation of damper. |
| 5. | Obstructed expansion valve | 1. | Repair or replace valve. See page 98. |
| 6. | Compressor internal suction screen is plugged | 1. | Check by measuring the crankcase pressure at the oil charging valve and comparing it to the pressure upstream of the compressor. |


Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00101
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Troubleshooting Refrigeration System

**Trouble XII: Refrigerant discharge pressure too high**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Obstructed air to the condenser coils | 1. | Clean coils. |
| 2. | Air or other non-condensable gases in the system | 1. | Check and purge system and/or replace refrigerant charge as necessary. See page 95, and refer to pages 48 and 49. |
| 3. | Excessive refrigerant charge | 1. | Bleed excess of refrigerant from system. |
| 4. | Condenser fans not operating | 1. | Repair fans or replace fan motors. |
| 5. | Ambient temperature above design condition | 1. | Unit will automatically shut down refrigeration cycle on high head pressure. |
| 6. | Restriction in discharge line to condenser | 1. | Repair. |

**Trouble XIII: Refrigerant discharge pressure too low**

| PROBABLE CAUSE | | SUGGESTED REMEDY | |
|---|---|---|---|
| 1. | Lack of refrigerant | 1. | Repair leak and charge. See page 95, and refer to pages 48 and 49. |
| 2. | Compressor malfunction | 1. | Replace compressor. |
| 3. | Compressor operating backward | 1. | Change phase rotation to ABC. See page 99. |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00102
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Helpful Troubleshooting Information

1. **Shortage of Refrigerant**

There should always be sufficient liquid in the condenser to completely fill the liquid line. If there is a shortage of refrigerant, the liquid level will fall below a solid head in the liquid line and a mixture of gas and liquid will pass into the expansion valve. Bubbles will appear in the sight glass, the larger the bubbles the more severe the refrigerant shortage. Frequently there will be a hissing or whistle at the expansion valve. The coil and suction line will be relatively warm while the suction pressure will be low due to little or no liquid being supplied to the evaporator if the shortage is severe.

2. **Identifying a Refrigerant Leak**

Leaks may occur from line breakage due to vibration, gasket failure, or other operating malfunctions.

Use an electronic leak detector, if available, since it is the most sensitive type. The simplest and oldest method of leak detection is by means of soap bubbles. Swab a suspected leak with liquid soap or detergent, and bubbles will appear if a leak exists. Despite its simplicity, the soap bubble method can be extremely helpful in pinpointing a leak that is difficult to locate.

3. **Air in the Refrigeration System**

If air or other non-condensable gases are present in the system, they will tend to move toward and collect at the condenser. The head pressure will rise to a point above the pressure corresponding to the temperature at which the vapor is condensing. In extreme cases, the pressure may rise to a point where either the high pressure cutout or the overload in the starter may stop the compressor.

To determine whether or not there is air in the system, allow the compressor to stand idle long enough for the entire system to cool down to the temperature of the surrounding air. After the entire system has reached the same temperature as the surrounding air, the reading of the head pressure gauge should not be more than 10 lbs. above the saturation pressure corresponding to the surrounding air temperature. See the Appendix A for R-134A pressure/ temperature relationship.



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00103
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Helpful Troubleshooting Information

4. **Clogged Filter-Drier**

Occasionally the filter-drier in the liquid line may become clogged with dirt or other foreign material left in the system during assembly or servicing. When this happens, the liquid leaving the filter-drier will feel cooler than the liquid entering. If it is badly clogged, some sweat or frost may appear at the filter-drier outlet.

5. **Dirty Condenser Coil**

Remove louvers from outside of unit covering the condenser coils. Clean accumulated dirt from condensers with soft bristled brush. Use air or water to remove any loosened residue or foreign matter. Direct the water or air flow opposite from the normal air flow if possible.

6. **Expansion Valve Malfunction**

A. **Charge Lost**

The power element of an expansion valve consists of the remote bulb, capillary tube, and the bellows or diaphragm that actuates the valve cage. If this power element is inoperative or has lost its charge, the valve will either maintain an almost closed position or may close completely. To test for an inoperative power element:

(1) Stop compressor.

(2) Remove remote bulb from contact with suction line.

(3) Place bulb in ice water.

(4) Start compressor.

(4) Remove bulb from ice water and warm in hand. At the same time check suction line for rapid temperature change which indicates flood-through of liquid refrigerant. If refrigerant floods through the valve, the power assembly operates properly.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00104
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Helpful Troubleshooting Information

| | |
|---|---|
| **WARNING:** | **DO NOT FLOOD BACK THROUGH SUCTION LINE FOR AN EXTENDED PERIOD SINCE EXCESSIVE LIQUID FLOOD BACK MAY CAUSE DAMAGE TO THE COMPRESSOR.** |

B. **Valve Stuck in Open Position**

If the expansion valve is stuck in an open position, there will be an excessive amount of sweating on the suction line and compressor crankcase due to the large amount of liquid being passed into the suction line.

C. **Valve Stuck in Closed Position**

An expansion valve that is stuck closed is usually indicated by a partly warm evaporator and frosting at the evaporator inlet.

D. **Bulb Mislocation**

Clamp the expansion valve bulb to the horizontal suction line near the evaporator outlet. Clean the suction line thoroughly before clamping the remote bulb in place. Install the remote bulb at the position of about 4 or 8 o'clock. Protect the remote bulb from the effects of the condenser air stream. After clamping the remote bulb to the line, thoroughly insulate it with material that will not absorb moisture.

E. **Moisture in Valve**

Water or a mixture of water and oil frozen in the valve port or working parts of the valve will prevent proper operation.

This is a common source of trouble on expansion valves. Since the valve is the first cold spot in the system, moisture will freeze and block the valve open, closed, or in any position in-between. If the valve is frozen in the intermediate position so that flow is restricted, the superheat will be high.


© 2012 JBT Corporation


BGSE_00396671-00105
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Helpful Troubleshooting Information

7. **Expansion Valve Field Disassembly/Re-assembly**

A. Before disassembling the valve, be sure the refrigerant pressure in the system has been reduced to a safe level (0 psig).

B. Remove the seal cap and turn the adjustment stem counter-clockwise to relieve the spring force. Count and record the number of turns so adjustment can be returned to its original position.

C. Using appropriate wrenches to properly support the valve body, remove the element, the bottom cap assembly, and the internal parts.

D. Replace any items that appear damaged.

E. Clean all parts with solvent, preferably by applying it and then blowing it off with clean, dry compressed air.

F. To reassemble valves, screw seat into body with a fairly light pressure since heavy pressure is not required to make this small knife-edge joint.

> ⚠ **CAUTION:** **BE SURE HEXAGON CORNERS OF SEAT DO NOT PROTRUDE INTO PUSHROD HOLES.**

G. Next, slip the pin and carrier (which have been pressed together at the factory) into the body and tap the pin into the seat to form a true seating surface. Before tapping these parts together, check the concentricity of both the pin and seat by engaging the parts by pressing them lightly together with one finger and noting that there is no tendency to stick together. This should be repeated several times after rotating the pin carrier a quarter of a turn.

H. Now place the spring guide stamping and spring in the pin carrier. Place the lower spring guide on the opposite end of the spring and screw the bottom cap in place. After screwing bottom cap assembly in place, carefully tighten (preferably with two 10" wrenches) to seal the metal-to-metal knife edge joint. The sealing surfaces should be free of any foreign material or nicks that might prevent a leak-tight joint.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00106
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Helpful Troubleshooting Information

I. Check the height of the pushrod above the element's sealing surface with the pushrod gauge. The gauge is supplied with internal parts kits or can be obtained at no charge upon request from Sporlan Valve Co.

> ⚠ **CAUTION:** **IF THE ELEMENT-TO-BODY JOINT UTILIZES A GASKET, REMOVE THE GASKET BEFORE CHECKING THE PUSHROD HEIGHT. IF THE PUSHROD(S) ARE TOO LONG, CAREFULLY GRIND THEM OFF TO THE PROPER LENGTH. CLEAN THE PUSHROD(S) OF ALL DIRT AND GRINDINGS AND PLACE THEM INTO THE BODY.**

J. **ELEMENT REPLACEMENT** - If the element is damaged or has lost its thermostatic charge, replace it as follows:

To properly replace the element without damaging the element or the valve body on valves which utilize a gasketed joint, be sure only one gasket is used before assembling the element. In assembling gasketed elements held in place by two cap screws, be sure to pull up the cap screws evenly.

Always use an appropriate wrench (10") on the wrench flats. **DO NOT** use a wrench on the outer welded edge of the element. The sealing surfaces should be free of any foreign materials or nicks that might prevent a leak-tight joint. A few drops of refrigerant oil on the element threads will facilitate easy assembling and removal.

K. Return the superheat spring adjustment to its original position. Replace the seal cap tightly.

8. <u>**Compressor Electrical Phase Rotation**</u>

For the compressor to operate properly, it must be phased for proper rotation. The proper phasing is T1-Phase A, T2-Phase B, T3-Phase B.

The rotation can be checked two ways. The first is with the use of a phase meter which will indicate proper phasing of A-B-C. The second method is to start the



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00107
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Helpful Troubleshooting Information

compressor and watch the suction and discharge pressures. The suction pressure should drop, and the discharge pressure should rise. If the compressor is phased incorrectly, the compressor will show the following symptoms:

A. The following symptoms occur because the compressor does not pump efficiently when running backwards:

(1) Low current draw - you can expect about half of the normal operating amperage.

(2) Suction and discharge pressures will change very little and will be about equalized.

(3) After a long running time (up to 30 minutes) of running backwards, the motor winding thermostat opens.

B. The following are other symptoms which occur due to the compressor being out of balance when running backwards:

(1) Compressor makes a lot of noise

(2) Compressor vibrates

C. Running the compressor backwards does not damage the compressor, and it will operate properly once the rotation and phasing has been corrected.

9. **Compressor Operating in a Vacuum**

The scroll compressor can pull into a vacuum much more quickly than a reciprocating compressor. There are two failures that will occur due to running the compressor in a vacuum.

| | |
|---|---|
| ⚠ **CAUTION:** | **OPERATING THE SCROLL COMPRESSOR IN A VACUUM WILL RESULT IN ELECTRICAL OR MECHANICAL DAMAGE TO THE COMPRESSOR.** |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00108
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Helpful Troubleshooting Information

A. Fusite failures - The fusite terminals will arc internally and result in a motor failure.

B. Scroll galling occurs due to no or very low flow of refrigerant. This is most likely to occur if the compressor is run into a vacuum. It happens because there is no flow, and the discharge temperature is in the range of 400-500°F which causes the orbiting scroll to rub on the fixed scroll, resulting in a compressor failure. The failure to start will initiate in 1-2 minutes of operation and will only deteriorate further after the failure starts.

**NOTE:** Reciprocating compressors are often pumped into a vacuum to check if the valves are defective. Since the scroll compressor does not have valves, there is no need to apply this test to a scroll compressor.

10. **Compressor Motor Megging**

**CAUTION:** **DO NOT UNDER ANY CIRCUMSTANCES USE A MEGOHM METER OR APPLY POWER TO THE WINDINGS OF A COMPRESSOR WHILE IT IS IN A VACUUM. MOTOR WINDINGS DAMAGE WILL RESULT.**

Typical acceptable megohm readings considered safe to start a compressor should not be less than 1,000 ohms per volt of the nominal motor voltage.
Example: 460 volt compressor - 460,000 ohms

Generally, a 500 volt DC megohm insulation tester is recommended for testing the compressor motor windings. The use of a megger with a voltage of more than 500 volts is not recommended for insulation systems of 600 volts or less because of the potential for damage to the insulation system.

If readings below these values are measured, the compressor should be evacuated to insure complete dehydration, brought back up to a positive pressure with refrigerant, and remegged. It may also be necessary to clean the terminal plate before remegging.


Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00109
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Helpful Troubleshooting Information

| | |
|---|---|
| **WARNING:** | **SINCE THE MOTOR ACTS LIKE A CAPACITOR WHEN VOLTAGE IS APPLIED, THE MOTOR WINDING TERMINAL STUDS SHOULD BE GROUNDED TO THE MOTOR FRAME AFTER TESTING HAS BEEN COMPLETED. THIS WILL DECREASE ANY RESIDUAL VOLTAGE IN THE MOTOR THAT COULD RESULT IN A SEVERE ELECTRICAL SHOCK.** |

11. **Overcharge of Refrigerant**

An overcharge of refrigerant will cause high condensing pressure. Liquid will back up in the condenser and decrease the amount of surface available for condensing. As a result, the condensing pressure will rise. In extreme cases, it may rise to a point where the high pressure cut-out will stop the compressor.

12. **Evaporator Pressure Regulator Valve Obstructed**

The evaporator pressure regulator in the secondary refrigeration system maintains a minimum evaporator coil temperature by controlling the suction pressure to the evaporator coil. If the valve is clogged or inoperative, no control is maintained. Find the obstruction by checking the pressure upstream or the valve using a low pressure gauge at the valve gauge port. Set this value to prevent the air from dropping below the freezing point of water.

13. **Evaporator Pressure Regulator Adjustment Procedure**

This procedure is more easily performed when ambient air temperature is below 85 degrees F.

A. Roll out the aircraft service hose and attach an airflow restriction device to the aircraft coupler.

B. Start the unit and after the outlet damper is fully open, restrict the outlet area of the aircraft coupling to 25%.

C. Operate all compressor systems.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00110
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 5: Helpful Troubleshooting Information

D. Connect the low-pressure gauge of a service manifold to the Schraeder valve on the evaporator side (between the evaporator and the EPR valve) of the EPR to be adjusted and record the pressure reading.

E. Move the low-pressure gauge connection to the compressor side of the EPR and make sure that the pressure at this point is at least 5psig lower than the pressure recorded in step "D." If it is not, restrict the airflow through the aircraft connector until the pressure drop across the EPR is reached.

F. Reconnect the low-pressure gauge to the evaporator side of the EPR. Locate and remove the red cap plug from the adjustment stem of the EPR. Adjust the stem until a pressure reading of 20 psig is reached on the service gauge.

G. Remove the service gauge manifold connection and cap the Schraeder valves. Return all DDC controller points to automatic operation. Return the unit to service.

H. Capacity control of the secondary system is accomplished via a combination of the electric discharge bypass valve, its pressure controller, and the evaporator pressure regulator (EPR) valve.

The EPR maintains the evaporator pressure at a constant 20 psig pressure that in turn maintains a very constant evaporating temperature just above the freezing point of water over a wide range of cooling loads. This control scheme allows for the lowest possible discharge temperature without requiring a defrost cycle or risking a frozen coil.

14. **Electric Discharge Bypass Valve Operation (DBV-1 and DBV-2)**

The electric discharge bypass valve is modulated by the electronically controlled rotation of a step motor driving a gear train to position a pin or piston in a port. Electronic discharge bypass valves DBV-1 and DBV-2 are controlled by the PCB interface board and the PID interface controller.

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00112
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**THE CHAPTER 4, UNIT REMOVAL AND INSTALLATION SECTION IS NOT UTILIZED IN THIS MANUAL, AS IT IS NOT A BRIDGE MOUNTED UNIT**

**FOR INDIVIDUAL COMPONENT REMOVAL/REPLACEMENT, REFER TO THE EXPLODED VIEW ILLUSTRATIONS IN CHAPTER 5 FOR VISUAL DISASSEMBLY/ASSEMBLY REFERENCES.**

**REQUIRED TOOLS AND TIME ALLOWANCES CAN BE FOUND IN CHAPTER 2, SECTION 7.**

**TORQUE CHARTS AND INSTRUCTIONS CAN BE FOUND IN CHAPTER 2, SECTION 8.**



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00113
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK


Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00114
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

# Chapter 5

## COMPONENT PARTS

TABLE OF CONTENTS


| TITLE | | CHAPTER/ SECTION | PAGE |
|---|---|---|---|
| 1: | Abbreviations Used by Jetway Systems® | 5 - 1 | 109 |
| 2: | Warranty Claim Procedures | 5 – 2 | 121 |
| 3: | Component Parts | 5 - 2 | 127 |
| | Frame and Stand Assembly | 5 - 2 | 128 |
| | Condenser Coil and Fan Assembly | 5 - 2 | 130 |
| | Evaporator Coil and Plenum Assembly | 5 - 2 | 133 |
| | Blower Motor and Filter Assembly | 5 - 2 | 137 |
| | Discharge Outlet Assembly | 5 - 2 | 142 |
| | Refrigeration System Assembly | 5 - 2 | 144 |
| | Covers, Louvers and Doors Assembly | 5 - 2 | 149 |
| | 8" Pocket Assembly | 5 - 2 | 156 |
| | Hose and Coupling Assembly | 5 - 2 | 158 |
| | Control Panel and Control Box Assembly | 5 - 2 | 161 |
| | Electrical Assembly | 5 - 2 | 166 |
| 4: | Procedure for Ordering Spare Parts | 5 - 3 | 173 |
| | Recommended Spare Parts List | 5 – 3 | 174 |




Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00115
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00116
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Abbreviations Used by JBT AeroTech Jetway Systems®

| | |
|---|---|
| # | NUMBER |
| & | AND |
| 24/29 | PEDESTAL 24/29 |
| A | AMPERE |
| A/C | AIR CONDITION, CONDITIONER, CONDITIONING |
| A/L | AUTO LEVEL |
| A2 | APRON DRIVE 2 TUNNEL |
| A3 | APRON DRIVE 3 TUNNEL |
| AA | A TNL WIDTH & A TNL HEIGHT (STD) |
| AB | A TNL WIDTH & B TNL HEIGHT (STD) |
| ABC | PHASE ROTATION |
| ABRSV | ABRASIVE |
| AC | ALTERNATING CURRENT |
| ACC | ACCUMULATOR |
| ACET | ACETYLENE |
| ACF | ADJUSTABLE CAB FLOOR |
| ACFT | AIRCRAFT |
| ACLTR | ACCELERATOR |
| ACTR | ACTUATOR |
| AD | APRON DRIVE |
| ADH | ADHESIVE |
| ADJ | ADJUST ADJUSTING ADJUSTABLE ADJUSTOR |
| ADPTR | ADAPTER |
| ADDRS | ADDRESS |
| AHR | ANCHOR |
| AISI | AMERICAN IRON AND STEEL INSTITUTE |
| ALIGN | ALIGNMENT |
| ALMD | ALMOND |
| ALTNTR | ALTERNATOR |
| ALUM | ALUMINUM |
| AMP | AMPERE AMPERAGE |
| ANDZ | ANODIZE |
| ANG | ANGLE |
| ANSI | AMERICAN NATIONAL STANDARD INSTITUTE |
| ANTQ | ANTIQUE |
| ASSY | ASSEMBLE ASSEMBLY |
| ASTM | AMERICAN SOCIETY FOR TESTING AND MATERIALS |
| AUD | AUDIBLE |
| AUTO | AUTOMATIC |
| AUX | AUXILIARY |
| AWD | AUDIBLE WARNING DEVICE |
| AWG | AMERICAN WIRE GAUGE |
| BARR | BARRIER |
| BB | B TNL WIDTH & B TNL HEIGHT (STD) |
| BBD | BASEBOARD |
| BBL | BARREL |
| BC | BOLT CIRCLE |
| BCN | BEACON |
| BCU | BRANCH CONTROL UNIT |
| BFP | BACK FLOW PREVENTOR |
| BG | BEIGE |
| BK | BRAKE |
| BLDR | BELTLOADER |
| BLK | BLACK |
| BLKT | BLANKET |
| BLST | BALLAST |
| BLT | BOLT |
| BLU | BLUE |
| BLWS | BELLOWS |
| BM | BEAM |
| BND | BANDED |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00117
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Abbreviations Used by JBT AeroTech Jetway Systems®

| | |
|---|---|
| BOT | BOTTOM |
| BR | BRUSHED |
| BRG | BEARING |
| BRIT | BRITTANY |
| BRKG | BREAKING |
| BRKR | BREAKER |
| BRKT | BRACKET |
| BRN | BROWN |
| BRNT | BURNT |
| BRS | BRASS |
| BRT | BRIGHT |
| BRZ | BRONZE |
| BSHG | BUSHING |
| BT | BENT |
| BTN | BUTTON |
| BTRY | BATTERY |
| BUB | BUBBLE |
| BV | BEVEL |
| BV1E | BEVEL ONE END |
| BV2E | BEVEL TWO ENDS |
| CA | CABLE |
| CALC | CALCULATE |
| CAPA | CAPACITOR |
| CARB | CARBURIZE |
| CARP | CARPET |
| CARR | CARRIER |
| CB | CABINET |
| CC | CABLE CARRIER |
| CCA | COLD CRANKING AMPS |
| CCRT | CONSOLIDATED CATHODE RAY TUBE |
| CDS | COLD DRAWN SEAMLESS |
| CER | CERAMIC |
| CFLR | CROWN FLAT ROOF |
| CFM | CUBIC FEET PER MINUTE |
| CG | CAGE |
| CHAN | CHANNEL |
| CHAR | CHARGREY |
| CHARS | CHARACTERS |
| CHK | CHECK |
| CHKRD | CHECKERED |
| CID | CUBIC INCH DISPLACEMENT |
| CKT | CIRCUIT |
| CL | CLASS |
| CLG | CEILING |
| CLOS | CLOSURE CLOSING |
| CLP | CLAMP |
| CLR | COLLAR |
| CLR | COLOR |
| CMOS | COMPLIMENTARY METAL OXIDE SEMICONDUCTOR |
| CMPNT | COMPONENT |
| CMPTR | COMPUTER |
| CND | CONDUIT |
| CNDCT | CONDUCTOR |
| CNSLD | CONSOLIDATED |
| CNTOR | CONTACTOR |
| COL | COLUMN |
| COM | COMMON |
| COMB | COMBINATION |
| COMM | COMMUNICATIONS |
| COND | CONDENSOR |
| CONN | CONNECTOR |
| CONT | CONTROL |
| CONV | CONVERTER |
| COP | COPPER |
| CORR | CORRUGATE |
| COV | COVER/COVERED |
| CPLG | COUPLING |
| CPRSN | COMPRESSION |
| CPU | CENTRAL PROCESSOR UNIT |
| CR | COLD ROLLED |
| CRDR | CORRIDOR |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00118
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Abbreviations Used by JBT AeroTech Jetway Systems®

| | |
|---|---|
| CRG | CARRIAGE |
| CRR | CORRUGATED ROOF |
| CRSVR | CROSS OVER |
| CRT | CATHODE RAY TUBE |
| CSA | CANADIAN STANDARDS ASSOCIATION |
| CSC | CALCIUM SILICATE CEMENTITIOUS |
| CSL | CONSOLE |
| CSTG | CASTING |
| CTR | CENTER |
| CTRS | CENTERS |
| CTSK | COUNTERSUNK |
| CURT | CURTAIN |
| CUST | CUSTOMER |
| CVRSN | CONVERSION |
| CYL | CYLINDER |
| DART | DUAL ASYNCHRONOUS RECEIVER TRANSMITTER |
| DBL | DOUBLE |
| DC | DIRECT CURRENT |
| DDC | CIRECT DIGITAL CONTROLS |
| DEG | DEGREE |
| DES | DESIGNER |
| DI | DEICE DEICING |
| DIA | DIAMETER |
| DIFF | DIFFERENTIAL |
| DIO | DIODE |
| DIP | DUAL INLINE PACKAGE |
| DIR | DIRECTIONAL |
| DISC | DISCONNECT |
| DISCH | DISCHARGE |
| DISTR | DISTRIBUTION DISTRIBUTOR |
| DK | DECK |
| DKSPN | DECKSPANDN DOWN |
| DOM | DRAWN OVER MANDREL |
| DPDT | DOUBLE POLE DOUBLE THROW |
| DPST | DOUBLE POLE SINGLE THROW |
| DR | DRIVE |
| DRTPG | DRILL AND TAP |
| DSL | DIESEL |
| DV | DOVE |
| DWG | DRAWING |
| DY | DUTY |
| EA | EACH |
| ECS | ENGINE CONTROL SYSTEM |
| EFS | ENGINEERING FASTENER STANDARDS |
| EGGR | EGGCRATE |
| ELB | ELBOW |
| ELCTD | ELECTRODE |
| ELEC | ELECTRIC ELECTRICAL |
| ELECT | ELECTROLETIC |
| ELEK | ELECTRONIC |
| ELV | ELEVATING |
| EMER | EMERGENCY |
| EMT | ELECTRICAL METALLIC TUBING |
| ENCL | ENCLOSURE |
| ENG | ENGINEERING |
| EPDM | ETHYLENE PROPALENE DIENE MONOMER |
| EPROM | ERASABLE PROGRAMMABLE READ ONLY MEMORY |
| EPXY | EPOXY |
| EQL | EQUALIZER |
| EQPT | EQUIPMENT |
| EUR | EUROPE |
| EVAP | EVAPORATIVE |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00119
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Abbreviations Used by JBT AeroTech Jetway Systems®

| | |
|---|---|
| EXH | EXHAUST |
| EXP | EXPANDED |
| EXPM | EXPANDED METAL |
| EXT | EXTERIOR |
| EXTGSR | EXTINGUISHER |
| EXTN | EXTENSION or EXTENDED |
| EXTRN | EXTRUSION |
| FA | FINAL ASSEMBLY |
| FAB | FABRICATE |
| FASH | FASHION |
| FBRGLS | FIBERGLASS |
| FEAT | FEATURE |
| FEM | FEMALE |
| FET | FIELD EFFECT TRANSISTOR |
| FILH | FILLISTER HEAD |
| FJIC | FEMALE JOINT INDUSTRIAL COMM |
| FL | FLUID OUNCES |
| FLDT | FLOODLIGHT |
| FLEX | FLEXIBLE |
| FLG | FLOORING |
| FLGE | FLANGE |
| FLH | FLAT HEAD |
| FLUOR | FLUORESCENT |
| FLR | FLAT ROOF |
| FLTR | FILTER |
| FNPT | FEMALE NAT'L PIPE THREAD |
| FNSH | FINISH |
| FOPS | FALLING OBJECT PROTECTION SYSTEM |
| FORB | FEMALE O-RING BOSS |
| FP | FACEPLATE |
| FR | FRAME |
| FRAC | FRACTIONAL |
| FREC | FAST RECOVERY |
| FRES | FIRE RESISTANT |
| FSTNR | FASTENER |
| FT | FOOT FEET |
| FTG | FITTING |
| FTPC | FOOT PIECE |
| FU | FUSE |
| FWD | FORWARD |
| FXTR | FIXTURE |
| GALV | GALVANIZE |
| GALVND | GALVANNEALED |
| GBX | GATE BOX |
| GEN | GENERATOR |
| GENL | GENERAL |
| GFI | GROUND FAULT INTERUPTER |
| GL | GALLON |
| GLAC | GLACIER |
| GLS | GLASS |
| GND | GROUND |
| GPU | GROUND POWER UNIT |
| GR | GRADE |
| GRBX | GEARBOX |
| GRL | GRILLE |
| GRN | GREEN |
| GROM | GROMMET |
| GRS | GREASE |
| GRTG | GRATING |
| GSKT | GASKET |
| GSWR | GALVANIZED STEEL WIRE ROPE |
| GUS | GUSSET |
| GUT | GUTTER |
| HAR | HARRIS |
| HD | HEAD |
| HDL | HANDLE |
| HDO | HIGH DENSITY OVERLAY |
| HDR | HEADER |
| HDW | HARDWARE |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00120
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Abbreviations Used by JBT AeroTech Jetway Systems®

| | |
|---|---|
| HEX | HEXAGON |
| HEXWSHR | HEXWASHER HEAD |
| HGT | HEIGHT |
| HLDR | HOLDER |
| HNDRL | HANDRAIL |
| HO | HIGH OUTPUT |
| HORIZ | HORIZONTAL |
| HP | HORSEPOWER |
| HS | HIGH SOLIDS |
| HSG | HOUSING |
| HST | HOIST |
| HT | HEAT HEATED HEATING |
| HT SK | HEAT SINK |
| HTR | HEATER |
| HVY | HEAVY |
| HWY | HIGHWAY |
| HYDR | HYDRAULIC |
| HZ | HERTZ |
| I/O | INPUT/OUTPUT |
| IC | INTEGRATED CIRCUIT |
| ID | INSIDE DIAMETER |
| IDENT | IDENTIFICATION |
| IDL | IDLER |
| IEC | INTERNATIONAL ELECTRONTECHNICAL COMMISSION |
| IFI | INDUSTRIAL FASTENERS INSTITUTE |
| ILLUMD | ILLUMINATED |
| IMP | IMPACT |
| INACTV | INACTIVE |
| INCAND | INCANDESCENT |
| INCOMP | INCOMPLETE |
| IND | INDICATOR |
| INDEP | INDEPENDENT |
| INR | INNER |
| INSR | INSERT |
| INSTL | INSTALLATION |
| INSTR | INSTRUCTION |
| INSUL | INSULATION INSULATOR |
| INTCHG | INTERCHANGEABLE |
| INTCON | INTERCONNECTION |
| INTFC | INTERFACE |
| INTL | INTERNATIONAL |
| INTLK | INTERLOCK |
| INTR | INTERIOR |
| INV | INVERTER |
| ISO | ISOLATOR, ISOLATED, INSOLATION |
| ISR | ISRAEL |
| JCT | JUNCTION |
| JIC | JOINT INDUSTRIAL COMMISION |
| JL | JETLINE |
| JPK | JETPAK |
| JR | JUNIOR |
| JTP | JETPOWER |
| JTW | JETWALK |
| K | KILO or ONE THOUSAND |
| KNKL | KNUCKLE |
| KPH | KILOMETERS PER HOUR |
| KPL | KICKPLATE |
| KVA | KILO VOLT AMPERE |
| KWY | KEYWAY |
| LAD | LADDER |
| LARK | LARKSPUR |
| LB | POUND |
| LCD | LIQUID CRYSTAL DISPLAY |
| LDG | LANDING |
| LED | LIGHT EMITTING DIODELFT LIFTING |
| LH | LEFT HAND |
| LHRB | LEFT HAND REVERSE BEVEL |
| LK | LINK |


© 2012 JBT Corporation


BGSE_00396671-00121
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Abbreviations Used by JBT AeroTech Jetway Systems®

| | |
|---|---|
| LKGFK | LOCKING FORK |
| LKNT | LOCKNUT |
| LPG | LIQUID PROPANE GAS |
| LPS | LARGE PEDESTAL |
| LS | LEFT SIDE |
| LT | LIGHT |
| LTG | LIGHTING |
| LTHR | LEATHER |
| LVL | LEVEL |
| LVR | LEVER |
| LVR | LOUVER |
| LWR | LOWER |
| LYT | LAYOUT |
| MACH | MACHINE |
| MAG | MAGNETIC MAGNET |
| MAINT | MAINTENANCE |
| MATL | MATERIAL |
| MAX | MAXIMUM |
| MC-M | McCORMICK MORGAN |
| MDL | MODULE |
| MDRN | MANDARIN |
| ME | MANUFACTURING ENGINEERING |
| MECH | MECHANICAL |
| MED | MEDIUM |
| MEG | ONE MILLION |
| MET | METRIC |
| MIN | MINIMUM |
| MINTR | MINIATURE |
| MIR | MIRROR |
| MJIC | MALE JOINT INDUSTRIAL COMM |
| MKU | MARK UP |
| MLD | MOLDED |
| MLDG | MOLDING |
| MM | MILIMETER |
| MNPT | MALE NAT'L PIPE THREAD |
| MOD | MODIFICATION |
| MON | MONITOR |
| MOR | MOROCCO |
| MORB | MALE O-RING BOSS |
| MOT | MOTOR |
| MOV | METAL OXIDE VARISTOR |
| MTD | MOUNTED |
| MTG | MOUNTING |
| MTL | METAL |
| MTR | METER |
| MUF | MUFFLER |
| MUX | MULTIPLEXER |
| MW | MILLIWATTS |
| N | NANO |
| N/C | NORMALLY CLOSED |
| N/O | NORMALLY OPEN |
| NAT | NATURAL |
| NATGAS | NATURAL GAS |
| NB | NORTH BLDG |
| NBODY | NARROW BODY |
| NC | NATIONAL COURSE |
| NCH | NOTCHED |
| NE | NORTH END |
| NEG | NEGATIVE |
| NF | NATIONAL FINE |
| NIP | NIPPLE |
| NKL | NICKEL |
| NOZ | NOZZLE |
| NPL | NAMEPLATE |
| NPN | NEGATIVE-POSITIVE-NEGATIVE |
| NPRN | NEOPRENE |
| NPT | NATIONAL PIPE THREAD |
| NSLF | NON-SLOPING FLOOR |
| NSPLC | NON SPLICE |
| NTWK | NETWORK |
| NW | NORTHWEST |
| NYL | NYLON |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00122
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Abbreviations Used by JBT AeroTech Jetway Systems®

| | | | |
|---|---|---|---|
| OBR | OBROUND | OPTL | OPTIONAL |
| OBS | OBSOLETE | ORN | ORANGE |
| OBSTN | OBSTRUCTION | OS | OUTSIDE |
| OD | OUTSIDE DIAMETER | OSB | ORIENTED STRAND BOARD |
| OFS | OFFSET | | |
| OP2 | OPC 2 TUN AD | OVH | OVAL HEAD |
| OP3 | OPC 3 TUN AD | OVHD | OVERHEAD |
| OPER | OPERATOR or OPERATION | | |
| OVLD | OVERLOAD | PLC | PROGRAMABLE LOGIC CONTROLLER |
| OVRD | OVERRIDE | | |
| OX | OXFORD | PLD | PLATED |
| P | POLE | PLNE | POLANE |
| P/B | PLANNING BILL | PLSTC | PLASTIC |
| PANT | PANTOGRAPH | PLXGL | PLEXIGLASS |
| PASS | PASSENGER | PLYWD | PLYWOOD |
| PATT | PATTERN | PMP | PREVENTIVE MAINTENANCE PROGRAM |
| PAW | PAWNEE | | |
| PB | PUSH BUTTON | | |
| PBT | POLYBUTLENE TEREPHALATE | PN | PART NUMBER |
| | | PNEU | PNEUMATIC |
| ACU | PRECONDITIONED AIR | PNL | PANEL |
| PCB | PRINTED CIRCUIT BOARD | PNP | POSITIVE-NEGATIVE-POSITIVE |
| PD | PITCH DIAMETER | PNT | PAINTPNYA PORT AUTHORITY OF NEW YORK AND JEW JERSEY |
| PEPRDUST | PEPPERDUST | | |
| PERS | PERSIAN | | |
| PEU | POLYURETHANE | POL | POLISHED |
| PF | POWER FACTOR | POLYH | POLYEYETHYLENE |
| PH | PHASE | POLY | POLYPROPOLENE |
| PHH | PHILLIPS HEAD | POLYEST | POLYESTER |
| PHN | PAN HEAD | POS | POSITIVE |
| PIV | PEAK INVERSE VOLTAGE | POSN | POSITION |
| PKG | PACKAGE | POT | POTENTIOMETER |
| PKL | PACKING LIST | POTW | POTABLE WATER |
| PL | PLATE | PR | PAIR |
| PLAT | PLATINUM | PRESS | PRESSURE |
| PLATF | FLATFORM | PRI | PRIMARY |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00123
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Abbreviations Used by JBT AeroTech Jetway Systems®

| | |
|---|---|
| PRKG | PARKING |
| PRMR | PRIMER |
| PROC | PROCEDURE |
| PROP | PROPORTIONAL |
| PROV | PROVISION |
| PROX | PROXIMITY |
| PRTKT | PARTS KIT |
| PRV | PEAK REVERSE VOLTS |
| PSI | POUND PER SQUARE INCH |
| PT | PINT |
| PT | POINT |
| PWM | PULS WIDTH MODULATION |
| PWR | POWER |
| QT | QUART |
| RBLT | REBUILT |
| RBR | RUBBER |
| RCPT | RECEPTACLE |
| RCT | RECTIFIER |
| RDCG | REDUCING |
| RDCN | REDUCTION |
| RDCR | REDUCER |
| RDL | RADIAL |
| RDTR | RADIATOR |
| RECT | RECTANGLE |
| REF | REFERENCE |
| REFG | REFRIDGERATION, REFRIDGERANT |
| REFLV | REFLECTIVE |
| REINF | REINFORCE |
| REL | RELIANCE |
| RES | RESISTOR |
| RET | RETRACTABLE |
| RETRO | RETROFIT |
| RGD | RIGID |
| SCH | SOCKET HEAD |
| SCHED | SCHEDULE |
| RGLTR | REGULATOR |
| RH | RIGHT HAND |
| RHB | REHAB |
| RHEO | REOSTAT |
| RHRB | RIGHT HAND REVERSE BEVEL |
| RIB | RIBBED |
| RLR | ROLLER |
| RLSE | RELEASE |
| RLUP | ROLLUP |
| RLY | RELAY |
| RMS | ROOT MEAN SQUARE |
| RMT | REMOTE |
| RND | ROUND |
| RNDM | RANDOM |
| RNG | RANGE |
| ROT | ROTUNDA |
| ROTG | ROTATING |
| RS | RIGHT SIDE |
| RSPLC | REAR SPLICE |
| RSPTR | RESPIRATOR |
| RTDR | RETARDER |
| RTNR | RETAINER |
| RTRV | RETRIEVER |
| RTSC | RAIN TIGHT SCREW COVER |
| RUSS | RUSSET |
| RVLG | REVOLVING |
| RVS | REVERSE |
| RVSG | REVERSING |
| RVT | RIVET |
| SA2 | STRETCH 2 TNL AD |
| SAE | SOCIETY OF AUTOMOTIVE ENGINEERS |
| SB | SOUTH BUILDING |
| SCR | SCREW |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00124
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Abbreviations Used by JBT AeroTech Jetway Systems®

| | |
|---|---|
| SCRECT | SILICON CONTROL RECTIFIER |
| SCRN | SCREEN |
| SCUP | SCUPPER |
| SDG | SIDING |
| SE | SOUTH END |
| SEC | SECONDARY |
| SECT | SECTION |
| SER | SERIES |
| SERV | SERVICE |
| SF | SQUARE FOOT |
| SFT | SHAFT |
| SGL | SINGLE |
| SH | SHEET |
| SHAD | SHADOW |
| SHFR | STIFTER |
| SHK | SHANK |
| SHLDR | SHOULDER |
| SHMET | SHEET METAL |
| SHPNG | SHIPPING |
| SHPRF | SHAKEPROOF |
| SHTR | SHUTTER |
| SHV | SHEAVE |
| SI | SQUARE INCH |
| SIL | SILVER |
| SIP | SINGLE INLINE PACKAGE |
| SK | SINK |
| SKT | SOCKET |
| SLF | SLOPING FLOOR |
| SLTD | SLOTTED |
| SLV | SLEEVE |
| SLVT | SOLVENT |
| SNBR | SNUBBER |
| SNDG | SENDING |
| SNSR | SENSOR |
| SO2 | STRETCH OPC 2 TUN AD |
| SOL | SOLID |
| SPAN | SPANISH |
| SPCL | SPECIAL |
| SPCR | SPACER |
| SPDT | SINGLE POLE DOUBLE THROW |
| SPEC | SPECIFICATION |
| SPHER | SPHERICAL |
| SPKR | SPEAKER |
| SPLC | SPLICE |
| SPLY | SUPPLY |
| SPNR | SPANNER |
| SPR | SPRING |
| SPRK | SPRINKLER |
| SPRKT | SPROCKET |
| SPRT | SUPPORT |
| SPS | SMALL PEDESTAL |
| SPST | SINGLE POLE SINGLE THROW |
| SQ | SQUARE |
| SQH | SQUARE HEAD |
| SS | SALES SPECIAL |
| SST | STAINLESS STEEL |
| START | STARTER |
| STD | STANDARD |
| STGR | STRINGER |
| STL | STEEL |
| STOR | STORAGE STORED |
| STR | STRAIGHT |
| STRD | STRANDED |
| STRG | STEERING |
| STRK | STROKE |
| STWR | STAIR TOWER |
| SUD | SUEDE |
| SUPPR | SUPPRESSOR |
| SW | SWITCH |
| SWG | SWINGING |
| SWVL | SWIVEL |
| SY | SQUARE YARD |
| SYNC | SYNCRHRONIZING |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00125
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Abbreviations Used by JBT AeroTech Jetway Systems®

| | | | |
|---|---|---|---|
| SYS | SYSTEM | TEMP | TEMPERATURE |
| T | TOOTH | TERM | TERMINAL |
| TB | TUBE | TGL | TOGGLE |
| TBG | TUBING | | |
| THD | THREADED THREAD THREADING | URE | URETHANE |
| THERMO | THERMOSTAT | USS | UNITED STATES STANDARD |
| THR | THRESHOLD | UW | USED WITH |
| TMB | THIMBLE | V | VOLTS |
| TNL | TUNNEL | VAC | VOLT ALTERNATING CURRENT |
| TNR | THINNER | | |
| TNSN | TENSION | VDC | VOLT DIRECT CURRENT |
| TPG | TAPPING | VENT | VENTILATOR |
| TPR | TAPERED | VERT | VERTICAL |
| TRLR | TRAILER | VIC | VICTOR |
| TRNSN | TRANSITION | VM | VOLTMETER |
| TRNTBL | TURNTABLE | VREF | VOLTAGE REFERENCE |
| TRQ | TORQUE | W | WATT |
| TRUN | TRUNNION | W/ | WITH (comb. form) |
| TRVL | TRAVEL | W/O | WITHOUT |
| TSCRN | TOUCH SCREEN | WBG | WEBBING |
| TSM | TRANSISTOR SWITCH MODULE | WBODY | WIDE BODY |
| | | WDO | WINDOW |
| TV | TELEVISION | WEA | WEATHER |
| TY | TYROL | WFR | WAFER |
| TYP | TYPICAL | WG | WATER GRAVITY |
| UBS | UNIFIED BRITISH STANDARDS | WGL | WIRE GLASS |
| | | WHL | WHEEL |
| UFD | MICROFARAD | WHT | WHITE |
| UL | UNDERWRITERS LABORATORIES | WL | WALL |
| | | WLB | WALLBOARD |
| UMB | UMBER | WLDMT | WELDMENT |
| UNDETM | UNDETERMINED | WLDWD | WILDWOOD |
| UNIV | UNIVERSAL | WPSC | WEATHER PROOF SCREW COVER |
| UNK | UNKNOWN | | |
| UPR | UPPER | WRG | WIRING |
| UPS | UNITED PARCEL SERVICE | WRN | WARNING |
| | | WS | WEATHER STRIPPING |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00126
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 1: Abbreviations Used by JBT AeroTech Jetway Systems®

| | |
|---|---|
| WSHLD | WINDSHIELD |
| WSHR | WASHER |
| WTHPRF | WEATHER PROOF |
| WTR | WATER |
| WV | WORKING VOLTAGE |
| WW | WIREWAY |
| XFMR | TRANSFORMER |
| XMSN | TRANSMISSION |
| XSTR | TRANSISTOR |
| XTAL | CRYSTAL |
| YD | YARD |
| YEL | YELLOW |



BGSE_00396671-00127
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00128
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Warranty Claim Procedures

1. All warranty claim request must be directed either in writing or by telephone to the JBT AeroTech, Jetway Systems® facility nearest to your location:

| | |
|---|---|
| ADDRESS: | JBT AeroTech<br>Jetway Systems®<br>3100 South Pennsylvania Avenue<br>Ogden, Utah 84401-3249<br>U.S.A.<br>Attention: Spare Parts Department |
| TELEPHONE: | 801.627.6600<br>800.827.5515 |
| FAX: | 801.629.3472 |
| ADDRESS: | JBT AeroTech<br>658 River Gardens<br>North Feltham Trading Estate<br>Hounslow , Middlesex<br>TW14 0RB<br>United Kingdom |
| TELEPHONE: | +44 20 8587 0666 |
| FAX: | +44 20 8587 0660 |
| | JBT AeroTech - Asia Pacific Inc.<br>Suite 2401-02, Central Plaza<br>18 Harbour Road<br>Wanchai, Hong Kong |
| TELEPHONE: | +852 2839 6600 |
| FAX: | +852 2576 3317 |

2. When reporting a claim, the customer's representative must furnish the following information to JBT AeroTech, Jetway Systems®.

   A. Serial number and gate location of equipment. (Serial numbers begin with OGxxxxx)

   B. Warranty acceptance and expiration dates.

   C. Specific part numbers of replacement parts, if required.


© 2012 JBT Corporation


BGSE_00396671-00129
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Warranty Claim Procedures

D. If the claim is cosmetic in nature a detailed description, with accompanying photos, will be required.

E. A detailed description of the equipment failure should include:

(1) Date and time of failure.

(2) Operational mode of equipment when failure occurred.

(3) In what way did the unit fail to operate correctly.

(4) Was personal injury or property damage incurred due to the equipment failure?

3. To successfully resolve a warranty claim regarding one of JBT AeroTech, Jetway Systems® units, you may be asked to provide us with information related to the status of the unit. This may include any of the following information: operating status of the unit, breaker position, monitor display, status of various circuitry (ex LED status on any of the printed circuit boards), etc. This is standard procedure and is necessary to determine the type of failure and ability to resolve the problem. This work will be considered routine operating update support and is a part of the owner's normal responsibilities.

4. It is absolutely essential that JBT AeroTech, Jetway Systems® products be maintained as outlined in the technical service manuals to avoid invalidating your present warranty coverage. The maintenance logs must be maintained in an up-to-date condition and be available for review upon request.

5. Modification of and/or addition of equipment to JBT AeroTech, Jetway Systems® products should only be performed after written approval from JBT AeroTech, Jetway Systems®. JBT AeroTech, Jetway Systems® disclaims any warranty responsibility as to its products in the event of any modification of such product without prior written consent of JBT AeroTech, Jetway Systems®.

6. Parts returned under warranty must be at the request of the Warranty Administrator or the Customer Service Department only and appropriately tagged, either by a Customer or JBT AeroTech, Jetway Systems® representative



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00130
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 2: Warranty Claim Procedures

prior to shipment. A Return Material Authorization form (RMA) should accompany all returned materials.

7. JBT AeroTech, Jetway Systems® will not honor invoices tendered to us for parts or repairs that are ordered by the customer or others unless a warranty claim has been previously established.

8. Requests for warranty by anyone other than previously established and authorized Airline/Airport Authority personnel will be denied.

JBT AeroTech, Jetway Systems® will honor only bonafide warranty claims duly established by the above procedure, and authorized by a JBT AeroTech, Jetway Systems® Warranty Administrator.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00131
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

JETWAY®
Warranty Claim Information

Name of Claimant: ____________________ Date: ____________________
Company: ____________________ Serial Number: ____________________
Airport Location: ____________________ Gate Location: ____________________

Date and approximate time of failure: ____________________

Is the unit out of Service: Yes ☐ No ☐

Detailed description of the equipment failure. (What operating mode, specific control or component failure, etc.)

In what way did the unit fail to operate correctly?

Was Personal injured or property damage incurred due to the equipment failure?
Yes ☐ No ☐ If yes, explain:

Specify part numbers and description of replacement parts needed to complete repair.

| Part Number (s) | Description | Quantity |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Warranty Acceptance and expiration dates:** JBT AeroTech, Jetway Systems® **Use ONLY**

**Acceptance:** ____________________
**Expiration:** ____________________

JBT AeroTech, Jetway Systems®
1805 West 2550 South
Ogden, Utah 84401-3249
Attention: Warranty Administrator

Phone: (801) 629-3444
or (801) 627-6600
or (800) 827-4414
FAX: (801) 629-3474



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00133
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00134
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 3: Component Parts

The following pages contain an illustrated parts breakdown for the JBT AeroTech Jetway Systems® high pressure air conditioning unit.



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00135
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit




Frame and Stand Assembly
Figure 13



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00136
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Frame and Stand Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 1 | | | 3622213 | WSHR FLAT ½ | 64 |
| 2 | | | 500928 | WLDMT FOOT STAND PCA DX | 4 |
| 3 | | | 5010147 | SCR CAP ½-13X1 ¾ GR5 | 32 |
| 4 | | | 5010184 | SCR CAP 3/4-10X5 ½ GR5 | 4 |
| 5 | | | 503228 | WLDMT SPRT COL LH FRONT/RH REAR | 2 |
| 6 | | | 503229 | WLDMT SPRT RH FRONT/LH REAR | 2 |
| 7 | | | 503230 | WLDMT BRACE LH SIDE/RH SIDE | 2 |
| 8 | | | 503231 | WLDMT BRACE FRONT/REAR | 2 |
| 9 | | | 5060011 | WSHR LOCK 1/2 | 32 |
| 10 | | | 5060016 | NUT ½-13 HEX | 32 |
| 11 | | | 5060032 | WSHR LOCK 5/8 | 8 |
| 12 | | | 5060046 | WSHR LOCK 3/4 | 4 |
| 13 | | | 5060052 | NUT ¾-10 HEX | 4 |
| 14 | | | 5150011 | WSHR FLAT 5/8 | 8 |
| 15 | | | 5160055 | WSHR FLAT 3/4 | 8 |
| 16 | | | 5400033 | BOLT AHR ¾-10X1' 0 | 4 |
| 17 | | | 600776 | SCR CAP 5/8-11X1 ¾ GR5 | 8 |



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00137
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit




Condenser Coil and Fan Assembly
Figure 14


Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00138
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Condenser Coil and Fan Assembly

| FIG & IND NO. | OEM | OEM PART NO | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 1 | | | 3653228 | COIL COND PRI/SEC 30T 3ROW | 1 |
| 2 | | | 3653989 | FAN ASSY | 3 |
| 3 | | | 3702741 | · MOTOR FAN 2HP 6P 1170 RPM TEFC | 3 |
| 4 | | | 3702742 | · FAN 10 BLADE 26 PITCH 30 DIA | 3 |
| 5 | | | 5060027 | SCR CAP 3/8-16X1 HEX GR5 | 24 |
| 6 | | | 5060031 | WSHR FLAT 3/8 | 48 |
| 7 | | | 5060036 | NUT 3/8-16 HEX NYLOC | 24 |
| 8 | | | 3611921 | SCR CAP ¼-20X1 HEX SST | 40 |
| 9 | | | 5150066 | WSHR LOCK ¼ SST | 40 |
| 10 | | | 4501278 | WSHR FLAT ¼ SST | 50 |
| 11 | | | 600131 | NUT ¼-20 U TYPE | 80 |
| 12 | | | 5150138 | WSHR FLAT 5/16 | 40 |
| 13 | | | 3616382 | SCR MACH ¼-20X1 FLH PHH SST | 30 |
| 14 | | | 3616097 | SCR CAP ¼-20X2 ¼ HEX SST | 10 |
| 15 | | | 4501299 | WSHR LOCK ¼ INTERNAL T SST | 10 |
| 16 | | | 505790 | COND FAN MOUNT 30T-SD WLDMT | 1 |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00139
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00140
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit




Evaporative Coil and Plenum Assembly
Figure 15
Sheet 1 of 2



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00141
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY




Evaporative Coil and Plenum Assembly
Figure 16
Sheet 2 of 2



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00142
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JBT AeroTech

# JETAIRE®
# 30 Ton HPCF
# Preconditioned Air Unit

## Evaporative Coil and Plenum Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 1 | | | 513513 | COIL/PLENUM 30T HPC 9 ROW | 1 |
| 2 | | | 507253 | · PLENUM OUTLET DUAL HPC WLDMT | 1 |
| 3 | | | 512523 | · COIL EVAP 30T-HPC 9 ROW DRAIN | 1 |
| 4 | | | 507247 | · PLENUM BLWR 30T-HPC WLDMT | 1 |
| 5 | | | 3639999 | · TAPE BUTYL RUBBER 1/8X1 | AR |
| 6 | | | 600683 | · SCR CAP 5/16-18X1 ¼ GR5 | 80 |
| 7 | | | 5060031 | · WSHR FLAT 3/8 | 160 |
| 8 | | | 5150138 | · WSHR FLAT 5/16 | 160 |
| 9 | | | 5250165 | · NUT 5/16-18 HEX NYLOC GR5 | 80 |
| 10 | | | 3615700 | · FTG BRASS 1/8 MNPT X ¼ BARB | 1 |
| 11 | | | 3701474 | · TBG PLASTIC ¼ IDX3/8 ODXTNDM CLR | AR |
| 12 | | | 4060134 | · CLP PIPE 1 1/2 RBR INSUL | 2 |
| 13 | | | 506025 | · SH 10GAX4X4 3/16 | 2 |
| 14 | | | 3616419 | · NUT ¼-20 HEX NYLOC SST | 2 |
| 15 | | | 3640000 | · SEALANT MARINE WHITE | AR |
| 16 | | | 506881 | · SH ALUM .125X2'4 1/4X2'4 1/4 | 1 |
| 17 | | | 600677 | SCR CAP 12-13X2 HEX GR5 | 4 |
| 18 | | | 5150010 | WSHR FLAT 1/2 | 8 |
| 19 | | | 5250173 | NUT ½-13 HEX NYLOC | 4 |
| 20 | | | 3642428 | PLUG PIPE ½MNPT SQ HD BRS | 1 |
| 21 | | | 3642425 | TEE BRS 1/2FNPTX1/2FNPTX1/2FNPT | 1 |
| 22 | | | 3649592 | VALVE BALL 1/2FNPTX1/2MNPT | 1 |
| 23 | | | 3615216 | CONN BRS 3/4BARB X1/2MNPT | 1 |
| 24 | | | 601531 | CLIP HOSE #12 11/16-1 ¼ DIA | 1 |
| 25 | | | 3627281 | TBG PVC 7/8ODX5/8IDX100' | AR |
| 26 | | | 4501266 | SCR CAP ¼-20X3/4 HEX SST | 2 |
| 27 | | | 4501278 | WSHR FLAT ¼ SST | 2 |
| 28 | | | 4060220 | CLIP PIPE 1 RBR INSUL | 2 |
| 29 | | | 3634007 | NUT ¼-20 GRIP RVT .165-.260 | 2 |
| 30 | | | 3709861 | NOZ DISTR SPORLAN | 1 |
| 31 | | | 3659801 | VALVE EXPANSION 6T R134A 1 3/8 | 1 |
| 32 | | | 3659800 | VALVE EXPANSION 9T R134A 1 3/8 | 2 |
| 33 | | | L100028 | CPLG RDCR COP 7/8X5/8 SXS | 1 |
| 34 | | | 3641796 | CPLG RDCR 1 5/8X1 3/8 SXS | 1 |
| 35 | | | 3620663 | CONN AUX SIDE 1 3/8 | 1 |



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00143
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00144
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit







Blower, Motor and Filter Assembly
Sheet 1 of 2
Figure 17



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00145
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit




Blower, Motor and Filter Assembly
Sheet 2 of 2
Figure 18



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00146
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Blower, Motor and Filter Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 1 | | | 3613557 | SCR CAP ¼-20X2 ½ GR5 | 4 |
| 2 | | | 3616086 | SCR CAP ¼-20X2 HEX SST | 2 |
| 3 | | | 3713577 | CLAMP T BOLT 5 ½ ID | 2 |
| 4 | | | 3722110 | HOSE SILICONE 3 ¾ ID | AR |
| 5 | | | 3722111 | HOSE SILICONE 5 ID | AR |
| 6 | | | 3722113 | CLAMP T BOLT 3 ¾ ID | 2 |
| 7 | | | 4501265 | NUT 14-20 HEX SST | 2 |
| 8 | | | 505749 | BLOWER GSKT OUTLET 6" | 2 |
| 9 | | | 5060016 | NUT ½-13 HEX | 4 |
| 10 | | | 5060058 | SCR CAP ¾-10X2 HEX GR5 | 8 |
| 11 | | | 5060060 | WSHR FLAT ¼ | 4 |
| 12 | | | 511416 | FLOW DIRECTOR WLDMT CCAC | 1 |
| 13 | | | 5150010 | WSHR FLAT ½ | 8 |
| 14 | | | 5150138 | WSHR FLAT 5/16 | 4 |
| 15 | | | 515370 | BLOWER HPCF ASSY | 1 |
| 16 | | | 3613775 | •MARKER WIRE HT SHRINK WHT 1/2 | 8 |
| 17 | | | 3613778 | •LABEL GROUND SYMBOL | 1 |
| 18 | | | 3634465 | •FERRULE 2GA UNINSUL | 4 |
| 19 | | | 3648820 | •CONN CA 1.375-1.625X1 1/2 | 1 |
| 20 | | | 3701386 | •CONN WIRE MULTI TAP 14-2/OAWG | 3 |
| 21 | | | 3701387 | •CONN WIRE MULTI TAP 14-4AWG | 3 |
| 22 | | | 3721533 | •BLOWER VORTRON Z40E 40HP | 1 |
| 23 | | | 4060090 | •LKNT 1 ½ CND | 1 |
| 24 | | | 4060417 | •RING SEALING 1 1/2 | 1 |
| 25 | | | 4060472 | •CONN CA 1.37-1.62X2 | 1 |
| 26 | | | 4120092 | •TY RAP .19 TO 11 RNG BLK NYL | AR |
| 27 | | | 4142537 | •LABEL TRIANGLE SIGN W/LTNG | 1 |
| 28 | | | 4170734 | •CA 2AWG 4C W 600V | AR |
| 29 | | | 4501268 | •CONN WIRE 2 RING LUG 3/8 | 1 |
| 30 | | | 5060041 | •SCR CAP 5/8-11X2 ½ GR5 | 4 |
| 31 | | | 5150011 | •WSHR FLAT 5/8 | 8 |
| 32 | | | 515374 | •MOUNT BLOWER HPCF | 1 |
| 33 | | | 5260061 | •NUT 5/8-11 HEX NYLOC | 4 |
| 34 | | | M100664 | •LKNT 2 CND | 1 |
| 35 | | | 515372 | BLOWER NOZ 3 5/8 WLDMT | 1 |



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00147
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Blower, Motor and Filter Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 36 | | | 515375 | BRKT AIR FLTR WLDMT | 1 |
| 37 | | | 515382 | AIR FLTR HPCF ASSY | 1 |
| 38 | | | 3644474 | •DAMPER VALVE 6" BUTTERFLY | 1 |
| 39 | | | 3656109 | •LUBE MULTI SYNTH W/TEFLON TUBE | AR |
| 40 | | | 3700049 | •THD FLGE 6 NPT 150LB | 1 |
| 41 | | | 3701377 | •FILTER INLET 30T HPC 6" NPT | 1 |
| 42 | | | 505749 | •BLOWER GSKT OUTLET 6" | 2 |
| 43 | | | 5060048 | •SCR CAP ¾-10X4 HEX GR5 | 8 |
| 44 | | | 515371 | •BLOWER NOZ 4 7/8 WLDMT | 1 |
| 45 | | | 5250175 | •NUT ¾-10 HEX NYLOC | 8 |
| 46 | | | 515383 | ACTR HPCF ASSY | 1 |
| 47 | | | 3639077 | •ACTR ELEK CONT DAMPER PWM | 1 |
| 48 | | | 3646287 | •CA18AWG 6C SEOW | AR |
| 49 | | | 3712604 | •FERRULE 18GA RED/BLU INSUL | 5 |
| 50 | | | 4010035 | •BOX OUTLET 4 9/16X2 13/16X2 | 1 |
| 51 | | | 4010036 | •COV BLANK ALUM 1 GANG | 1 |
| 52 | | | 4060152 | •CONN CA .375-.500X1/2 | 1 |
| 53 | | | 4060206 | •RING SEALING ½ | 1 |
| 54 | | | 4060235 | •NIP CND CLOSE GALV ½ | 1 |
| 55 | | | 4190270 | •MARKER WIRE HT SHRINK WHT 1/8 | 5 |
| 56 | | | 4501036 | •BLOCK TERM 8 POSN | 1 |
| 57 | | | 5160055 | WSHR FLAT ¾ | 32 |
| 58 | | | 5250055 | NUT ¼-20 HEX NYLOC | 4 |
| 59 | | | 5250206 | NUT ¾-10 HEX NYLOC THIN | 8 |
| 60 | | | 600677 | SCR CAP ½-13X2 HEX GR5 | 4 |
| 61 | | | 600750 | SCR CAP 3/8-16X2 ½ GR5 | 2 |
| 62 | | | M100228 | WSHR FLAT ¼ SST | 4 |
| 63 | | | M100336 | WSHR FLAT 3/8 | 4 |
| 64 | | | M100337 | NUT 3/8-16 HEX NYLOC | 2 |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00148
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00149
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY




Discharge Outlet Assembly
Figure 19



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00150
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Discharge Outlet Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 1 | | | 3658155 | GSKT 8" 150 LB FLG | 1 |
| 2 | | | 5060058 | SCR CAP 3/4-10X2 HEX GR5 | 8 |
| 3 | | | 509940.02 | CONN DUCT 8" OUTLET W/GASKET ASSY | 1 |
| 4 | | | 5160055 | WSHR FLAT 3/4 | 16 |
| 5 | | | 5250175 | NUT 3/4-10 HEX NYLOC | 8 |



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00151
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY




COMPRESSOR MOUNTING

Refrigeration System Assembly
Figure 20
Sheet 1 of 3



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00152
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY




REFRIGERATION ROUTING

Refrigeration System Assembly
Figure 21
Sheet 2 of 3



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00153
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit




Refrigeration System Assembly
Figure 22
Sheet 3 of 3

March 2012



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00154
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Refrigeration System Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 1 | | | M100175 | COMP REFG 15TON 460/60 | 2 |
| 2 | | | 5150138 | WSHR FLAT 5/16 | 8 |
| 3 | | | 5150133 | WSHR FENDER 5/16X1 1/4X3/32 | 8 |
| 4 | | | 5250185 | NUT 5/16-18 HEX NYLOC | 8 |
| 5 | | | 602073 | SCR CAP 5/16-18X2 ½ GR5 | 8 |
| 6 | | | 3630988 | SPACER COMPRESSOR MTG | 16 |
| 7 | | | 507314 | SH 12GAX2 3/8X1'2 5/8 A569 | 1 |
| 8 | | | 507417 | TB COP 7/8ODXSOFTXBEND LIQUID | 1 |
| 9 | | | 507410 | TBG SEC SUCTION COIL SIDE 30T | 1 |
| 10 | | | 500123 | ELB COP 1 1/8 90 DEG SXSXLR | 2 |
| 11 | | | 500118 | ELB COP 7/8 90 DEG SXSXLR | 6 |
| 12 | | | 507407 | TBG FLTR DRIER/SIGHT GLASS 7/8 | 2 |
| 13 | | | 508562 | TBG VALVE /ABSORBER PRI DISCH | 1 |
| 14 | | | 507418 | TB COP 7/8ODXSOFTXBEND LIQUID | 1 |
| 15 | | | 507419 | TB COP 7/8ODXSOFTXBEND LIQUID | 1 |
| 16 | | | 3632379 | VALVE EVAP PRESS RGLTR 1-5/8 | 1 |
| 17 | | | 3620679 | VALVE ACCESS REFG MULTI-STEP | 2 |
| 18 | | | 3646528 | CAP SPCL REFG ACCESS VALVE | 2 |
| 19 | | | 3655748 | INSUL PIPE 1 5/8IDX1/2WL SLIT | AR |
| 20 | | | 508563 | TBG VALVE /ABSORBER SEC DISCH | 1 |
| 21 | | | 507411 | TBG PRI SUCTION COIL SIDE 30T | 1 |
| 22 | | | 508564 | TBG PRI SUCTION COMP SIDE 30T | 1 |
| 23 | | | 507467 | TB COP 1 1/8ODX10'11 5/16X90 DEG | 1 |
| 24 | | | 507415 | CHAN STRUT 13/16X1 5/8X5 | 5 |
| 25 | | | 5150066 | WSHR LOCK ¼ SST | 7 |
| 26 | | | 508565 | TBG SEC SUCTION COMP SIDE 30T | 1 |
| 27 | | | 3619743 | ELB COP 1 1/8 90 DEG SXSXLR | 1 |
| 28 | | | 4060522 | CLP PIPE 7/8 RBR INSUL | 8 |
| 29 | | | 3658678 | CLP PIPE 1 1/8 RBR INSUL | 7 |
| 30 | | | 3611921 | SCR CAP ¼-20X1 HEX SST | 43 |
| 31 | | | 4501278 | WSHR FLAT ¼ SST | 71 |
| 32 | | | 3616419 | NUT ¼-20 HEX NYLOC SST | 35 |
| 33 | | | 500168 | CLP PIPE 5/8 RBR INSUL | AR |
| 34 | | | 500147 | TB COP 7/8OD REF TYPE L | AR |
| 35 | | | 508393 | BAR FLAT ALUM 1/8X1/6 1/2 | 1 |
| 36 | | | 507416 | TB COP 1 1/8ODX9'0 3/4X 90 DEG | 1 |



© 2012 JBT Corporation

BGSE_00396671-00155
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Refrigeration System Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 37 | | | 3632565 | NUT ¼-20 GRIP RVT .027-.165 SST | 7 |
| 38 | | | 4060526 | CLP PIPE ¼ RBR INSUL | 15 |
| 39 | | | 500146 | TB COP 5/8OD REF TYPE L | AR |
| 40 | | | 507673 | BRKT 30T HPC WLDMT | 1 |
| 41 | | | 3645034 | THERMOCOUPLE WIRE TYPE T | 36 |
| 42 | | | 503468 | TB COP 1/4ODX8'8 | 1 |
| 43 | | | 507672 | BRKT 30T HPC WLDMT | 1 |
| 44 | | | 9103537 | ME TAPE CORK | 3 |
| 45 | | | 500119 | ELB COP 5/8 90 DEG FXSXLR | 1 |
| 46 | | | 506762 | BAR FLAT 1/8X2X7 | 2 |
| 47 | | | 3701536 | CLP TB 1 5/8ID UNISTRUT | 5 |
| 48 | | | 507446 | TB COP 7/8ODXSOFTXBEND LIQUID | 1 |
| 49 | | | 500115 | ELB COP 5/8 90 DEG SXSXLR | 2 |
| 50 | | | 3658151 | VALVE DISCH BYPASS ELECT 5/8 | 1 |
| 51 | | | 500117 | ELB COP 5/8 90 DEG FXSXSR | 1 |
| 52 | | | 4060592 | CLP PIPE 1 ¾ RBR INSUL | 5 |
| 53 | | | 4501286 | TY RAP 1/16 TO 2 3/8 RNG PNL | 30 |
| 54 | | | 503498 | BAR FLAT ALUM 1/8X1X2 ¼ | 2 |


Proprietary/Confidential Documentation
© 2012 JBT Corporation
BGSE_00396671-00156
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit




Covers, Louvers and Doors Assembly
Figure 23
Sheet 1 of 4



Proprietary/Confidential Documentation
© 2012 JBT Corporation




HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit




Covers, Louvers and Doors Assembly
Figure 24
Sheet 2 of 4



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00158
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit




Covers, Louvers and Doors Assembly
Figure 25
Sheet 3 of 4



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00159
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY







Covers, Louvers and Doors Assembly
Figure 26
Sheet 4 of 4



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00160
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JBT AeroTech

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Covers, Louvers and Doors Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 1 | | | 508877 | SH ALUM .090X3'3 15/16X3'4 15/16 | 1 |
| 2 | | | 508875 | SH ALUM .090X3'3 15/16X3'4 15/16 | 1 |
| 3 | | | 508878 | SH ALUM .090X3'5 1/4X3'6 7/8 | 2 |
| 4 | | | 508876 | SH ALUM .090X2'11 5/16X3'1 1/8 | 1 |
| 5 | | | 508873 | DOOR PNL 30T HPC W/VENT WLDMT | 1 |
| 6 | | | 508872 | SH ALUM .090X3'1 1/8X3'1 15/16 | 2 |
| 7 | | | 507926 | SH ALUM .090X1'4 15/16X3'5 15/16 | 1 |
| 8 | | | 502704 | SH ALUM .090X1'7 11/16X4'8 11/16 | 1 |
| 9 | | | 512887 | SH ALUM .090X1'11 5/16X4'8 13/16 | 1 |
| 10 | | | 504434 | SH ALUM .090X3'7X7'6 1/4 | 2 |
| 11 | | | 506808 | PNL ROOF 30T HPC ISRAEL | 1 |
| 12 | | | 507350 | CONT BOX DOOR 30T HPC WLDMT | 1 |
| 13 | | | 508871 | SH ALUM .125X1'2 1/2X1'2 1/2 | 1 |
| 14 | | | 506615 | LVR 3'1X3'1 3/ STMP ALUM .090 | 3 |
| 15 | | | 508868 | INSUL RGD 1X2'10 1/8X3'1 15/16 | 1 |
| 16 | | | 508870 | INSUL RGD 1X2'10 1/8X3'1 15/16 | 1 |
| 17 | | | 508869 | INSUL RGD 1X2'11 15/16X3'1 15/16 | 2 |
| 18 | | | 508865 | HINGE 2X.075X3'1 ALUM | 4 |
| 19 | | | 507015 | HINGE 2X.075X4'4 1/2 | 1 |
| 20 | | | 507310 | PL 3/16X6 1/8X7'0 7/8 GRAY | 2 |
| 21 | | | 36433631 | LATCH CPRSN LEVER LIFT & TURN | 2 |
| 22 | | | 3708024 | LATCH CPRSN LEVER LIFT BIN | 8 |
| 23 | | | 3653965 | HINGED CONCLD REMBL SST FR LEAF | 2 |
| 24 | | | 3653966 | HINGE CONCLD REM SST DR LEAF A | 1 |
| 25 | | | 3653967 | HINGE CONCLD REM SST DR LEAF B | 1 |
| 26 | | | 3633843 | LATHC CPRSN SGL HOLE MNT 8MM | 4 |
| 27 | | | 3634471 | TAB PULL CPRSN LATCH 8MM LARGE | 2 |
| 28 | | | 507264 | OUTLET BOOT 8 EPDM 1/8X1'3 ½ | 2 |
| 29 | | | 3701255 | LID SUPPORT 9.76 LH | 1 |
| 30 | | | 3701256 | LID SUPPORT 9.76 RH | 1 |
| 31 | | | 508845 | ANG 1X1X1/8X6 A36 | 3 |
| 32 | | | 508846 | ANG 1X1X1/8 X6 A36 | 1 |
| 33 | | | 508849 | SH 10GAX1X2 ½ A570 | 2 |
| 34 | | | 508844 | BAR RND SST 3/8X1'10 ¾ 304 | 1 |
| 35 | | | 508843 | BAR RND SST 3/8X2'0 ¾ 304 | 1 |
| 36 | | | 508842 | DOOR STOP 3/8 DIA ROD HOLDER | 2 |

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Covers, Louvers and Doors Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 37 | | | 50841 | BAR RND SST 3/8X1'10 ½ 304 | 2 |
| 38 | | | 3630112 | GSKT WS 5/8X1 ¼ W/ADH BACK | AR |
| 39 | | | 3632567 | NUT 3/8-16 GRIP RVT .027-.150S | 4 |
| 40 | | | 5150050 | WSHR BV 3/8 STL | 4 |
| 41 | | | 5060064 | SCR CAP 3/8-16X3/4 HEX GR5 | 4 |
| 42 | | | 3632565 | NUT ¼-20 GRIP RVT .027-.0165S | 4 |
| 43 | | | 5150060 | WSHR SST 5/16X1 3/16 RBR BACK | AR |
| 44 | | | 5150066 | WSHR LOCK ¼ SST | 10 |
| 45 | | | 4501266 | SCR CAP 1/4X20X3/4 HEX SST | AR |
| 46 | | | 4501278 | WSHR FLAT ¼ SST | AR |
| 47 | | | 3611920 | WSHR LOCK ¼ EXTERNAL T SST | AR |
| 48 | | | 3616419 | NUT ¼-20 HEX NYLOC SST | AR |
| 49 | | | 5200004 | RVT ALUM 3/16X1/4 | AR |
| 50 | | | 3649453 | RVT ALUM/ST 1/4X.495 | AR |
| 51 | | | 3616068 | SCR CAP ¼-20X1 FLH SKT SST | AR |
| 52 | | | 3616065 | SCR CAP ¼-20X2 ½ HEX SST | AR |
| 53 | | | 4501299 | WSHR LOCK ¼ EXTERNAL T SST | AR |
| 54 | | | 600131 | NUT ¼-20 U TYPE | AR |
| 55 | | | 5050099 | SCR MACH 10-32X1 PNH PHH | AR |
| 56 | | | 3616561 | WSHR FLAT 10 SST | AR |
| 57 | | | 3616421 | NUT 10-32 NYLOC SST | AR |
| 58 | | | 4501048 | SCR MACH 10-32X1/2 PHN PHH SST | AR |
| 59 | | | 3628771 | HLDR SPR CLP 3/8-5/8 | AR |
| 60 | | | 4501050 | WSHR FLAT 3/8 SST | AR |
| 61 | | | 5250227 | NUT 3/8-16 HEX NYLOC SST | AR |
| 62 | | | 4501304 | SCR MACH 8-32X3/4 PNH SLTD SST | AR |
| 63 | | | 4501680 | WSHR FLAT 8 SST | AR |
| 64 | | | 3616417 | NUT 8-32 NYHLOC SST | AR |
| 65 | | | 3616072 | SCR CAP ¼-20X3/4 RND PHH SST | AR |
| 66 | | | 3616077 | SCR CAP ¼-20X1 BTN SCH SST | AR |
| 67 | | | 3708029 | NUT ¼-20X7/8 CPLG | AR |
| 68 | | | 3616394 | SCR MACH ¼-20X3/4 FLH PHH SST | AR |
| 69 | | | 3641296 | SCR MACH ¼-20X1/2 PNH PHH SST | AR |
| 70 | | | 2912372 | STRAP GND 12 IN JTP PLUS | AR |
| 71 | | | 3616072 | SCR CAP 1/4X20X3/4 RND PHH SST | AR |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00162
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Covers, Louvers and Doors Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 72 | | | 5150059 | WSHR BONDING SST 1/4X5/8 | AR |
| 73 | | | 3616445 | WSHR LOCK #10 EXTERNAL T SST | AR |
| 74 | | | 3709055 | HINGE LIFT OFF LH SST | 4 |
| 75 | | | 3616068 | SCR CAP ¼-20X1 FLH SKT SST | 16 |
| 76 | | | 3713818 | WSHR CTSK ¼ EXT TOOTH LOCK SST | 32 |
| 77 | | | M100903 | SCR CAP ¼-20X3/4 FLH SKT SST | 16 |
| 78 | | | 3709054 | HINGE LIFT OFF RH SST | 4 |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00163
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY




8" Pocket Assembly
Figure 27



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00164
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

8" Pocket Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 1 | | | 507650 | OUTLET 8" COVER STORE POCKET | 1 |
| 2 | | | 507206 | WLDMT COV OUTLET 8 TEST 3 DIA | 1 |
| 3 | | | 4501266 | SCR CAP ¼-20X3/4 HEX SST | 4 |
| 4 | | | 5150022 | WSHR LOCK ¼ | 4 |
| 5 | | | 4501278 | WSHR FLAT ¼ | 4 |
| 6 | | | 3632565 | NUT ¼-20 GRIP RVT .027-.165S | 4 |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00165
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY




Hose and Coupling Assembly
Figure 28



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00166
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Hose and Coupling Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 1 | | | 509940.01 | CONN AIRCRAFT CPLG 8" | 1 |
| 2 | | | 3709863 | HOSE INSUL 8X60'0 AS38386 HPC | 1 |
| 3 | | | 3613408 | STRAP BAND .75X8 DIA NOM | 2 |
| 4 | | | 3701381 | CONN HOSE 8" FEM W/STOR | 1 |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00167
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00168
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit




Control Panel and Control Box Assembly
Figure 29
Sheet 1 of 2



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00169
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit




Control Panel and Control Box Assembly
Figure 30
Sheet 2 of 2

March 2012



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00170
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Control Panel and Control Box Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 1 | | | 3611268 | JUMPER TERM BLOCK 26-14 | 12 |
| 2 | | | 3611269 | TERM BLOCK END COV 26-14 3C | 3 |
| 3 | | | 3611270 | TERM BLOCK 26-14 3C | 43 |
| 4 | | | 3611372 | TERM BLOCK END CLP | 9 |
| 5 | | | 3611382 | TERM BLOCK 26-14 3C GND | 4 |
| 6 | | | 3620638 | FU 2AMP SLO-BLO 3AG | 1 |
| 7 | | | 3629282 | FU TERM BLOCK | 1 |
| 8 | | | 3629287 | FU BLOCK END COV | 1 |
| 9 | | | 3645874 | BUS TAP-OFF 321A 3PH 9.84 LEAD | 1 |
| 10 | | | 3645875 | BUS TAP-OFF 32A 3PH 39.37 LEAD | 3 |
| 11 | | | 3645952 | RLY SPDT 5A 24VDC TERM BLOCK | 1 |
| 12 | | | 3645954 | RLY END PANEL | 2 |
| 13 | | | 3648634 | BUS BAR 6 TAP 160A 3PH AK5 SYS | 1 |
| 14 | | | 3701050 | MDL IN ANALOG 4-CHAN 0-10V | 2 |
| 15 | | | 3701051 | MDL OUT ANALOG 2-CHAN 0-10V | 1 |
| 16 | | | 3701052 | MDL IN DIGITAL 8-CHAN 24VDC | 2 |
| 17 | | | 3701053 | MDL OUT DIGITAL 8-CHAN 24VDC | 2 |
| 18 | | | 3701054 | MDL PWR SPLY 0-230V AC/DC | 2 |
| 19 | | | 3701056 | MDL END TERM | 1 |
| 20 | | | 3701236 | RLY 2P NO 24VAC 600V/10A | 2 |
| 21 | | | 3701244 | PWR SPLY 400-500VAC/24VDC 10A | 1 |
| 22 | | | 3701367 | CLIP FU 9/32X15AMP SURF MTD | 1 |
| 23 | | | 3706519 | MDL IN ANALOG RTD 4-CHAN | 1 |
| 24 | | | 3706534 | MON 3PH PWR 380/400/415/480VAC | 1 |
| 25 | | | 3710452 | GND BAR 1 – 6 STR - 350 UNIV TERM | 2 |
| 26 | | | 3712259 | PCB 1B6 | 1 |
| 27 | | | 3714383 | STARTER SOFT START 75 HP | 1 |
| 28 | | | 3715954 | XFMR 1PH 200VA 480V 24/120VAC | 1 |
| 29 | | | 3715955 | XFMR TERM COV FINGER SAFE FSC 1 | 1 |
| 30 | | | 3717127 | TERM BLOCK RES 500OHM 1/2W 1% 2 | 1 |
| 31 | | | 3718623 | PB 30MM N/O N/C RED LENS SHROUD | 1 |
| 32 | | | 3719120 | PB 30MM N/O N/C GRN LENS SHROUD | 1 |
| 33 | | | 3719125 | NPL NALD STOP TWTD IDEC | 1 |
| 34 | | | 3719126 | NPL HNAV EMER STOP TWTD IDEC | 1 |
| 35 | | | 3719127 | OPER PB MUSHROOM EMER STOP | 1 |



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00171
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Control Panel and Control Box Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 36 | | | 3719253 | CKT BRKR IEC 3A 2P 480V D | 2 |
| 37 | | | 3719260 | CKT BRKR IEC 2A 3P 480V D | 1 |
| 38 | | | 3719448 | CKT BRKR 3P 600V 150A SIEMENS | 1 |
| 39 | | | 3721529 | NPL NALD FAULT TWTD 30MM IDEC | 1 |
| 40 | | | 3722258 | PWR SPLY WALL MTG ADPTR PULS | 1 |
| 41 | | | 3722492 | MDL OUT DIGITAL 4-CHAN 24VDC/2A | 1 |
| 42 | | | 3722494 | LT PILOT RED 30MM IDEC | 1 |
| 43 | | | 3722495 | NPL NALD START TWTD 30MM IDEC | 1 |
| 44 | | | 4060129 | GROM 1 ID FOR 1 3/8 MTG HOLE | 3 |
| 45 | | | 4060518 | GROM 3/8 ID FOR ½ MTG HOLE | 4 |
| 46 | | | 4070283 | GND BAR 7 14-4 | 2 |
| 47 | | | 4120028 | PL MTG SADDLE | 15 |
| 48 | | | 4120118 | BLOCK GND #16 - #4 GA | 6 |
| 49 | | | 4141976 | CHAN MTG DIN RAIL 35X7.5 X2M | AR |
| 50 | | | 4142395 | CHAN MTG DIN RAIL 35X15X2M | AR |
| 51 | | | 4501364 | PLUG HOLE ½ NYL BLK | 3 |
| 52 | | | 504764 | BAR RND SST 5/16X10.8254 304 | 1 |
| 53 | | | 507062 | CONT BOX DOOR BASE SH14GA A570 | 1 |
| 54 | | | 507463 | LT DOME W/SW CHROME MOD | 1 |
| 55 | | | 508775 | ENCL PCB 30T HPC 4 HOLE MOD | 1 |
| 56 | | | 511910 | SPACER 1" DIAX1/2 NYLATRON GS | 6 |
| 57 | | | 512001 | CONT BOX 50T HPC MBL W/O GENSET | 1 |
| 58 | | | 512011 | SH 16GAX6X9 A366 | 1 |
| 59 | | | 514564 | SH 12GAX1'1 1/4X2'3 ½ A1011 | 1 |
| 60 | | | 5600218 | PLUG HOLE 7/8 NYL FIT ½ CND | 1 |
| 61 | | | L100390 | STARTER MANUAL MOT 2.5-4A | 3 |
| 62 | | | M100332 | STARTER MANUAL MOT 32-40A | 2 |
| 63 | | | M100728 | TERM BLOCK END COV 26-14 2C | 1 |
| 64 | | | M101478 | DUCT WRG COVER 2X6' 0 WHT | AR |
| 65 | | | M101479 | DUCT WRG NPVC 2X3X6' 0 WHT | AR |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00172
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00173
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit




Electrical Assembly
Figure 31
Sheet 1 of 3



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00174
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit




Electrical Assembly
Figure 32
Sheet 2 of 3


© 2012 JBT Corporation



BGSE_00396671-00175
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit




Electrical Assembly
Figure 33
Sheet 3 of 3



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00176
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Electrical Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 1 | | | 3646285 | CA 8 AWG 4C SEOW | AR |
| 2 | | | 3702546 | HTR CRANKCASE 120V/160W | 2 |
| 3 | | | 3632563 | NUT 8-32 GRP RVT .080-.130 STL | 2 |
| 4 | | | 3646287 | CA 18AWG 6C SEOW | AR |
| 5 | | | 3616447 | WSHR LOCK #8 EXT T SST | 2 |
| 6 | | | 4060166 | CONN CA .750-.880X1 | 4 |
| 7 | | | 4060088 | LKNT 1 CND | 4 |
| 8 | | | 4060523 | CONN CA. .375-.500X¾ | 8 |
| 9 | | | 4060087 | LKNT ¾ CND | 2 |
| 10 | | | 4060207 | RING SEALING ¾ | 2 |
| 11 | | | 4060086 | LKNT ½ CND | 13 |
| 12 | | | 3709553 | CONN CA . 375X2 HUB 3/4 | 1 |
| 13 | | | 3613778 | LABEL GND SYMBOL | 3 |
| 14 | | | 4142537 | LABEL TRAINGLE SIGN W/LTNG | 2 |
| 15 | | | 3646289 | CA 18AWG 3C 300V SHIELD PLTC | AR |
| 16 | | | | NOT USED | |
| 17 | | | M100554 | SCR MACH 10-32X3/4 PNH PHH SST | 16 |
| 18 | | | | NOT USED | |
| 19 | | | M100320 | SCR CAP ¼-20X1 HEX SST | 2 |
| 20 | | | M100228 | WSHR FLAT ¼ SST | 62 |
| 21 | | | 500192 | CONN WIRE 6-14 SCR TYPE ¼ | 6 |
| 22 | | | 4060289 | CONN WIRE 8 RING LUG ¼ | 2 |
| 23 | | | 500193 | CONN WIRE 14-18 FEM DISC .250 | 4 |
| 24 | | | 3616444 | WSHR LOCK #10 SST | 3 |
| 25 | | | | NOT USED | |
| 26 | | | | NOT USED | |
| 27 | | | 3634007 | NUT ¼-20 GRIP RVT .165-.260S | 2 |
| 28 | | | 4502029 | TBG POLYEST EXPANDABLE ½ | AR |
| 29 | | | 4060526 | CLP PIPE ¼ RBR INSUL | 12 |
| 30 | | | M100556 | NUT 10-32 NYLOC SST | 8 |
| 31 | | | 3616391 | SCR MACH 10-24X3/4 FLH PHH SST | 2 |
| 32 | | | 3701472 | CONN CA .296X4 HOLE HUB 3/4" | 1 |
| 33 | | | M100621 | NUT 10-32 GRIP RVT .020-.103S | 1 |
| 34 | | | 3615702 | TBG PLSTC 1/4IDX3/8ODXRNDM | AR |
| 35 | | | 3615700 | FTG BRS 1/8 MNPT X ¼ BARB | 20 |
| 36 | | | 4501204 | SCR MACH 8-32X½ PNH PHH SST | 2 |



Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00177
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Electrical Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 37 | | | 3616431 | NUT 10-24 NYLOC HESX SST | 4 |
| 38 | | | 4060424 | CONN WIRE 10-12 FEM DISC .250 | 2 |
| 39 | | | 3616561 | WSHR FLAT 10 SST | 20 |
| 40 | | | 4501036 | BLOCK TERM 8 POSN | AR |
| 41 | | | 4060425 | CONN WIRE 10-12 MALE DISC .250 | 2 |
| 42 | | | 3656108 | CA 18 AWG 2C SOEW 600V | 16 |
| 43 | | | 3613361 | GSKT RBR 1/8X1 | 16 |
| 44 | | | 502359 | SH ALUM .090X3 1/2X3 ½ | 2 |
| 45 | | | 4501791 | SCR CAP MACH 8-32X1 PNH PHH SST | 9 |
| 46 | | | 4060352 | WSHR RDCG 1 1/4 TO 1 | 4 |
| 47 | | | 4060302 | CONN WIRE 14-16 RING LUG 1/4 | 4 |
| 48 | | | 5200001 | RVTY ALUM 1/8X¼ | 4 |
| 49 | | | 4170671 | CA 16AWG 4C A 600V | 20 |
| 50 | | | 4120092 | TY RAP .19 TO 11 RNG BLK NYL | AR |
| 51 | | | 5200003 | RVT ALUM 1/8X5/8 | 4 |
| 52 | | | | NOT USED | |
| 53 | | | 4060357 | CONN CA .125-.250X½ | 1 |
| 54 | | | | NOT USED | |
| 55 | | | 507284 | LT BRKT 036 L TYPE 5 IN WIDE | 2 |
| 56 | | | 4060208 | RING SEALING 1 | 2 |
| 57 | | | 4060423 | CONN WIRE 14-16 MALE DISC .250 | 4 |
| 58 | | | 4060206 | RING SEALING ½ | 2 |
| 59 | | | 4060208 | RING SEALING 1 | 1 |
| 60 | | | 3700618 | CONN PACKARD 3 PIN FEM | 5 |
| 61 | | | 3700619 | CONN PACKARD SKT FEM | 15 |
| 62 | | | 4060153 | CONN CA .450-.560X½ | 4 |
| 63 | | | M100424 | SNSR PRESS 0-200PSIG 7-35VDC | 2 |
| 64 | | | | NOT USED | |
| 65 | | | M100425 | SNSR PRESS 0-500PSIS 7-35VDC | 2 |
| 66 | | | 507463 | LT DOME W/SW CHROME MOD | 2 |
| 67 | | | 600685 | SCR CAP ¼-20X-1 HEX GR5 | 26 |
| 68 | | | M100227 | WSHR LOCK ¼ SST | 26 |
| 69 | | | M100290 | NUT 1/4 -20 GRIP RV .027-.165S | 26 |
| 70 | | | | NOT USED | |
| 71 | | | | NOT USED | |


Proprietary/Confidential Documentation
© 2012 JBT Corporation
BGSE_00396671-00178
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

Electrical Assembly

| FIG & IND NO. | OEM | OEM PART NO. | PART NUMBER | DESCRIPTION AND MANUFACTURER | UNITS PER ASSY |
|---|---|---|---|---|---|
| 72 | | | 3616072 | SCR CAP ¼-20X3/4 RND PHT SST | 2 |
| 73 | | | M100545 | WSHR SST 5/16X1 3/16 RBR BACK | 2 |
| 74 | | | M100299 | NUT ¼-20 HEX NYLOC SST | 2 |
| 75 | | | 4060523 | CONN CA .375-.500X3/4 | 1 |
| 76 | | | | NOT USED | |
| 77 | | | 3701385 | SNSR FLOW 8 | 1 |
| 78 | | | 3657818 | SW DIFF PRESS 4-20 WC | 1 |
| 79 | | | 3701474 | TBG PLSTC 1/4IDX3/8ODXRNDM CLR | AR |
| 80 | | | 515576 | SNSR TEMP RTD 1K AVG 6.5" ASSY | 1 |
| 81 | | | 4060615 | CONN CA .250-.375X3/4 | AR |
| 82 | | | 512927 | GSKT 1/16X2 1/4IDX2 7/8 OD NEOPRENE | AR |
| 83 | | | 3715548 | GA PRESS DIFF 50-150 PPM MINI II | 1 |
| 84 | | | 3714270 | FTG BRS 1/8 FNPTX1/4 BARB | 2 |
| 85 | | | 3714387 | FTG BRS 1/8 MNPTX1/8FNPT 90 ELB | 2 |
| 86 | | | 506497 | SH 10GAX7 9/16X9 ¼ | 4 |
| 87 | | | 3646528 | CAP SPCL REFG ACCESS VALVE BRS | 1 |
| 88 | | | 3647053 | RCPT 3 POSN MALE | 2 |
| 89 | | | 3647057 | PIN 18AWG | 9 |
| 90 | | | 3647056 | WEDGE 3 POSN RCPT | 2 |
| 91 | | | 507279 | SNSR TEMP AMBIENT RTD W/PLUG | 1 |
| 92 | | | 508097 | SH ALUM .125X2X4 ¾ | 1 |
| 93 | | | 4060716 | CONN CA .25X3X1/2 HUB | 2 |
| 94 | | | 506161 | PROBE ACFT TEMP CAP MOLDED | 1 |
| 95 | | | 5600218 | PLUG HOLE 7/8 NYL FIT ½ CND | 1 |
| 96 | | | 3704503 | PLUG HOLE ½ GALV GRAY | 1 |
| 97 | | | 3715323 | SCR DRTPG 10X1/2 HEXWSHR | 2 |
| 98 | | | L100997 | SNSR PRESS DIFF 0-5" H20 0-10V | 1 |
| 99 | | | 603424 | HOSE VACUUM 3/16ID | AR |
| 100 | | | 3712356 | SNSR PRESS 0-10PSIG | 1 |
| 101 | | | 4190270 | MARKER WIRE HT SHRINK WHT 1/8 | 3 |
| 102 | | | 3715668 | SW PRESS LOW 5PSIG | 1 |
| 103 | | | 4502029 | TBG POLYEST EXPANDABLE ½ | AR |
| 104 | | | 4060358 | CONN CA .250-.375X1/2 | 1 |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00179
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00180
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Section 4: Procedure for Ordering Spare Parts

1. **Procedure for Ordering Spare Parts**

A. Direct all spare parts orders to either:

Spare Parts Department
JBT AeroTech, Jetway Systems®
PO Box 9368
Ogden, Utah 84409-0368

| | |
|---|---|
| TELEPHONE: | (800) 827-5515 |
| | (801) 627-6600 |
| FAX: | (801) 629-3474 |

JBT AeroTech
Building 391, Viscount Way
Heathrow Airport
Hounslow, Middlesex
TW6 2JD, United Kingdom

| | |
|---|---|
| TELEPHONE: | 44-181-754-1544 |
| FAX: | 44-181-754-1545 |

JBT AeroTech – Asia Pacific Inc.
Jetway Systems®
Suite 2401-02, Central Plaza
18 Harbour Road
Wanchai, Hong Kong

| | |
|---|---|
| TELEPHONE: | 852-2839-6600 |
| FAX: | 852-2576-3317 |



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00181
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**JETWAY SYSTEMS**
**TYPICAL RECOMMENDED SPARE PARTS LIST**
**30 TON PLC CONTROLLED PRE-CONDITION AIR SYSTEM**

| PART NUMBER | DESCRIPTION | RECOMMENDED QTY | LEADTIME |
|---|---|---|---|
| 500022 | FLTR DRIER SEALED 7/8 | 1 | 5-6 WEEKS |
| 3620638 | FU 2AMP SLO-BLO 3AG | 1 | 6-7 WEEKS |
| 3643396 | RLY 2P NO 24VDC 600V/10A | 1 | 6-7 WEEKS |
| 3645952 | RLY SPDT 5A 24VDC TERM BLOCK | 1 | 6-7 WEEKS |
| 3653989 | FAN ASSY 30DIA 10BLADE 1170RPM | 1 | 9-10 WEEK |
| 3657818 | SW DIFF PRESS 4-20"WC | 1 | 6-7 WEEKS |
| 3659058 | FILTER INLET 30T-HPC ELEMENT | 1 | 5-6 WEEKS |
| 3659800 | VALVE EXPANSION 9T R134A 1 3/8 | 1 | 5-6 WEEKS |
| 3659801 | VALVE EXPANSION 6T R134A 1 3/8 | 1 | 5-6 WEEKS |
| 3701050 | MDL IN ANALOG 4-CHAN 0-10V | 1 | 6-7 WEEKS |
| 3701051 | MDL OUT ANALOG 2-CHAN 0-10V | 1 | 6-7 WEEKS |
| 3701052 | MDL IN DIGITAL 8-CHAN 24VDC | 1 | 6-7 WEEKS |
| 3701053 | MDL OUT DIGITAL 8-CHAN 24VDC | 1 | 6-7 WEEKS |
| 3701054 | MDL PWR SPLY 0-230V AC/DC | 1 | 6-7 WEEKS |
| 3701244 | PWR SPLY 400-500VAC/24VDC 10A | 1 | 7-8 WEEKS |
| 3703408 | VALVE DISCH BYPASS ELEC SDR-4 | 1 | 5-6 WEEKS |
| 3706519 | MDL INPUT ANALOG RTD 4 CHANNEL | 1 | 6-7 WEEKS |
| 3706534 | MON 3PH PWR 380/400/415/480VAC | 1 | 10-11 WEEKS |
| 3712356 | SNSR PRESS 0-10 PSIG | 1 | 3-4 WEEKS |
| 3719448 | CKT BRKR 3P 600V 150A SIEMENS | 1 | 6-7 WEEKS |
| 3720518 | SW PRESS HIGH AUTO RESET 425 | 1 | 2-3 WEEKS |
| 3722492 | MDL OUT DIGITAL 4-CHAN 24VDC/2A | 1 | 2-3 WEEKS |
| 3722880 | CKT BRKR IEC 3A 2P 480V D UL489 | 1 | 5-6 WEEKS |
| 3722881 | CKT BRKR IEC 2A 3P 480V D UL489 | 1 | 5-6 WEEKS |
| L100390 | STARTER MANUAL MOT 2.5-4A | 1 | 7-8 WEEKS |
| M100175 | COMPRESSOR 15T DANFOSS | 1 | 16-17 WEEKS |
| M100332 | STARTER MANUAL MOT 32-40A | 1 | 10-11 WEEKS |
| M100424 | SNSR PRESS 0-200PSIG 7-35VDC | 1 | 18-19 WEEKS |
| M100425 | SNSR PRESS 0-500PSIG 7-35VDC | 1 | 18-19 WEEKS |

**NOTE:** PARTS AND PART NUMBERS ARE SUBJECT TO CHANGE WITHOUT NOTICE DUE TO NEW PRODUCT DESIGNS AND PART VENDORS ADJUSTING THEIR PRODUCT LINE.



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00182
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

JETAIRE®
30 Ton HPCF
Preconditioned Air Unit

# Chapter 6

## ELECTRICAL SCHEMATICS

TABLE OF CONTENTS


| TITLE | SCHEMATIC NUMBER |
|---|---|
| Electrical Schematic HPCF | 515560 |
| Wiring Diagram HPCF | 515561 |




Proprietary/Confidential Documentation
© 2012 JBT Corporation



BGSE_00396671-00183
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

THIS PAGE INTENTIONALLY LEFT BLANK



Proprietary/Confidential Documentation
© 2012 JBT Corporation

BGSE_00396671-00184
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY




| MENU | SOFT START SS-1 SETTINGS DESIGNATION | CODE | VALUE |
|---|---|---|---|
| SEt | CURRENT SETTING | In | 55 |
| | ACCELERATION RAMP TIME | ACC | 15 |
| | INITIAL STARTING TORQUE | tq0 | 5 |
| Pr0 | MOTOR THERMAL PROTECTION | tHP | 20 |
| | ACTIVATION OF CURRENT OVERLOAD | OIL | dEF |
| | CURRENT OVERLOAD THRESHOLD | LOC | 95 |
| | CURRENT OVERLOAD TIME | tOL | 10 |
| drC | LINE VOLTAGE | ULr | 460 |
| | LINE FREQUENCY | FrC | 60 |
| | TORQUE CONTROL | CLP | OFF |
| IO | ASSIGNMENT OF INPUTS/OUTPUTS | AO | OPr |
| | SCALING OF ANALOG OUTPUT | ASC | 100 |

| RATINGS (SETTINGS) | |
|---|---|
| COND FANS OVLD MS-1, MS-2, MS-3 | 3.2 AMP |
| COMPRESSOR OVLD MS-4, MS-5 | 32 AMP |
| PHASE MONITOR | % IMBALANCE 5% TRIP DELAY 8 SEC |
| EPR (R134A) | 28 PSI PRESS SETPOINT |
| EPR (R407C) | 50 PSI PRESS SETPOINT |
| PS-1 | 12 IN. WC |
| PS-2 | CUT IN 20PSI / CUT OUT 5PSI |

PHASE MONITOR DIP SWITCH SETTINGS




| LEGEND TO UNIDENTIFIED SYMBOLS | | | |
|---|---|---|---|
| (G) | INDICATOR LIGHT, GREEN | PB-.. | PUSH BUTTON |
| (R) | INDICATOR LIGHT, RED | CB-.. | ANY CIRCUIT BREAKER |
| (A) | INDICATOR LIGHT, AMBER | SS-.. | SOFT START |
| | | —\/\/\/— | RESISTOR |
| CR-.. | CONTROL RELAY | PT-.. | PRESSURE TRANSDUCER |
| OL-.. | OVERLOAD RELAY | FT-.. | AIR FLOW TRANSDUCER |
| MS-.. | MOTOR STARTER | MD-.. | MOTOR DAMPER |
| S-.. | ANY SWITCH DEVICE | PS-.. | PRESSURE SWITCH |

| LINE/LOAD TERMINAL TORQUE | | |
|---|---|---|
| | CIRCUIT BREAKER/ MOTOR STARTER | SIDE MOUNTED AUXILIARY |
| MS-4 & MS-5 | 26.6 IN-LB | 7 IN-LB |
| MS-1,MS-2,MS-3 | 15 IN-LB | 7 IN-LB |
| CB-1 | 180 IN-LB | |
| SS-1 | 45 IN-LB | |
| CB-2 | 17.5 IN-LB | |
| CB-3 | 17.5 IN-LB | |
| TR-1 | 20 IN-LB | |
| CONTROL RELAY | 9 - 11 1/2 IN-LB | |
| PM-1 | 9 - 11 1/2 IN-LB | |
| BUS BAR TAP | 88 IN-LB | |

© 2011 JBT AeroTech

JBT AeroTech Jetway® Systems

DO NOT SCALE DRAWING

THIRD ANGLE PROJECTION

DRAWING SIZE B

Title: ELECTRICAL SCHEMATIC 30T HPC-F

| | | |
|---|---|---|
| Drn. | CB | 9-14-11 |
| Revw. | CB | 11-7-11 |
| Appr. | RR | 11-7-11 |

Part Number 515560 Rev. A

Scale N/S Sheet 3 OF 3

AutoCAD

BGSE_00396671-00187
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY




4. IF MOTOR(S) ROTATES IN WRONG DIRECTION, SWAP WIRES CONNECTED TO TERMINALS T1 AND T3.

2. HEAT SHRINK WIRE NUMBERS ARE REQUIRED ON BOTH ENDS OF EACH WIRE.

1. SEE WIRE LIST FOR WIRE GAUGE, COLOR AND MARKING NUMBER. IF WIRE IS OTHER THAN SPECIFIED, IT WILL BE MARKED. -#- 12AWG

NOTES: UNLESS OTHERWISE SPECIFIED

© 2011 JBT AeroTech

JBT AeroTech Jetway® Systems

THIRD ANGLE PROJECTION

DO NOT SCALE DRAWING

DRAWING SIZE B

Title: WIRING DIAGRAM 30T HPC-F

| | | |
|---|---|---|
| Drn. | CB | 9-20-11 |
| Engrg. | CB | 11-7-11 |
| Appr. | KK | 11-7-11 |

Part Number: 515561 Rev. A

Scale: NTS Cage: 54077 Sheet 1 OF 5

AutoCAD


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY




© 2011 JBT AeroTech

JBT AeroTech Jetway® Systems

DO NOT SCALE DRAWING

DRAWING SIZE B

THIRD ANGLE PROJECTION

WIRING DIAGRAM 30T HPC-F

Part Number 515561

Rev. A

Drn. CB 9-20-11

Chkd. CB 11-7-11

Appd. KK 11-7-11

Scale N/S

AutoCAD

| WIRE # | GAUGE | COLOR |
|---|---|---|
| 2 | 4AWG | BLK |
| 3 | 4AWG | BLK |
| 4 | 4AWG | BLK |
| 23 | 12AWG | BLK |
| 24 | 12AWG | BLK |
| 61 | 12AWG | BLK |
| 62 | 12AWG | BLK |
| 63 | 12AWG | BLK |
| 64 | 12AWG | BLK |
| 65 | 12AWG | BLK |
| 100 | 16AWG | BLU |
| 101 | 16AWG | RED |
| 101A | 16AWG | RED |
| 103 | 16AWG | RED |
| 106 | 16AWG | RED |
| 107 | 16AWG | RED |
| 108 | 16AWG | RED |
| 109 | 16AWG | RED |
| 110 | 16AWG | RED |
| 111 | 16AWG | RED |
| 113 | 16AWG | RED |
| 114 | 16AWG | RED |
| 115 | 16AWG | RED |
| 116 | 16AWG | RED |
| 117 | 16AWG | RED |
| 118 | 16AWG | RED |
| 119 | 16AWG | RED |
| 120 | 16AWG | RED |
| 121 | 16AWG | RED |
| 122 | 16AWG | RED |
| 123 | 16AWG | RED |
| 124 | 16AWG | RED |
| 125 | 16AWG | RED |
| 126 | 16AWG | RED |
| 128 | 16AWG | RED |
| 129 | 16AWG | RED |
| 130 | 16AWG | RED |
| 135 | 16AWG | RED |
| 136 | 16AWG | RED |
| 137 | 16AWG | RED |
| 141 | 16AWG | RED |
| 142 | 16AWG | RED |
| 160 | 16AWG | RED |
| 201 | 16AWG | RED |
| 202 | 16AWG | RED |
| 203 | 16AWG | RED |
| 204 | 16AWG | RED |
| 205 | 16AWG | RED |
| 206 | 16AWG | RED |
| 207 | 16AWG | RED |
| 208 | 16AWG | RED |
| 211 | 16AWG | RED |
| 212 | 16AWG | RED |
| 213 | 16AWG | RED |
| 214 | 16AWG | RED |

| WIRE # | GAUGE | COLOR |
|---|---|---|
| 300 | 16AWG | RED |
| 301 | 16AWG | RED |
| 613 | 16AWG | RED |
| 614 | 16AWG | RED |
| 615 | 16AWG | RED |
| 616 | 16AWG | RED |
| 641 | 16AWG | RED |
| 642 | 16AWG | RED |
| 643 | 16AWG | RED |
| 644 | 16AWG | RED |

| CABLE COLOR CODES | | |
|---|---|---|
| COLOR | TRACER | WIRE# |
| 2GA 4C CA TO MOT-1 | | |
| BLK | – | 5 |
| WHT | – | 6 |
| RED | – | 7 |
| GRN | – | GND |
| 8GA 4C CA TO MOT-5 | | |
| BLK | – | 17 |
| WHT | – | 18 |
| RED | – | 19 |
| GRN | – | GND |
| 8GA 4C CA TO MOT-6 | | |
| BLK | – | 20 |
| WHT | – | 21 |
| RED | – | 22 |
| GRN | YEL | GND |

| CABLE COLOR CODES | | |
|---|---|---|
| COLOR | TRACER | WIRE# |
| 12GA 10C CA TO MOT J-BOX | | |
| BLK | – | 8 |
| WHT | – | 9 |
| RED | – | 10 |
| LT BLU | – | 11 |
| BRN | – | 12 |
| GRY | – | 13 |
| WHT | BLK | 14 |
| GRY | BLK | 15 |
| BRN | BLK | 16 |
| GRN | YEL | GND |
| 12GA 4C CA TO MOT-2 | | |
| BLK | – | 8 |
| WHT | – | 9 |
| RED | – | 10 |
| GRN | – | GND |
| 12GA 4C CA TO MOT-3 | | |
| BLK | – | 11 |
| WHT | – | 12 |
| RED | – | 13 |
| GRN | – | GND |
| 12GA 4C CA TO MOT-4 | | |
| BLK | – | 14 |
| WHT | – | 15 |
| RED | – | 16 |
| GRN | – | GND |
| 16GA 4C CA TO HT-1 | | |
| BLK | – | 25 |
| WHT | – | – |
| LT BLU | – | 26 |
| GRN | – | GND |
| 16GA 4C CA TO HT-2 | | |
| BLK | – | 27 |
| WHT | – | – |
| LT BLU | – | 28 |
| GRN | – | GND |

| CABLE COLOR CODES | | |
|---|---|---|
| COLOR | TRACER | WIRE# |
| 18GA 3C CA TO FD-1 | | |
| BLK | – | 100 |
| RED | – | 160 |
| WHT | – | 115 |
| 18GA 3C CA TO PS-1 | | |
| BLK | – | 124 |
| RED | – | 101 |
| WHT | – | – |
| 18GA 8C CA TO TS-1 | | |
| BLK | – | 128 |
| WHT | – | 101 |
| RED | – | – |
| GRN | – | – |
| ORN | – | – |
| BLU | – | – |
| WHT | BLK | – |
| RED | BLK | – |
| 18GA 8C CA TO TS-2 & PS-2 | | |
| BLK | – | 129 |
| WHT | – | 101 |
| RED | – | 100 |
| GRN | – | 137 |
| ORN | – | – |
| BLU | – | – |
| WHT | BLK | – |
| RED | BLK | – |

| CABLE COLOR CODES | | |
|---|---|---|
| COLOR | TRACER | WIRE# |
| 18GA 3C CA TO FT-1 | | |
| BLK | – | 100 |
| RED | – | 101 |
| WHT | – | 110 |
| 18GA 3C CA TO PT-1 | | |
| BLK | – | 100 |
| RED | – | 101 |
| WHT | – | 106 |
| 18GA 3C CA TO PT-2 | | |
| BLK | – | 100 |
| RED | – | 101 |
| WHT | – | 107 |
| 18GA 3C CA TO PT-3 | | |
| BLK | – | 100 |
| RED | – | 101 |
| WHT | – | 108 |
| 18GA 3C CA TO PT-4 | | |
| BLK | – | 100 |
| RED | – | 101 |
| WHT | – | 109 |
| 18GA 3C CA TO L-W1, W2, W3 | | |
| BLK | – | 100 |
| WHT | – | 101 |
| 18GA 3C CA TO RTD-1 | | |
| BLK | – | 641 |
| RED | – | 641 |
| WHT | – | – |
| 18GA 3C CA TO RTD-1 | | |
| BLK | – | 643 |
| RED | – | 644 |
| WHT | – | – |

© 2011 JBT AeroTech

JBT AeroTech
Jetway® Systems

THIRD ANGLE PROJECTION

DO NOT SCALE DRAWING

DRAWING SIZE B

Title: WIRING DIAGRAM
30T HPC-F

| | | |
|---|---|---|
| Drn. | CB | 9-20-11 |
| Engrg. | CB | 11-7-11 |
| Appr. | KK | 11-7-11 |

Part Number: 515561 Rev. A

Scale N/S | Code 54077 | Sheet 5 OF 5

AutoCAD


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# Errata

# ERRATA for bulletin 30072-450-61

## ALTISTART® 48 Y-Range Soft Start Controllers Installation Guide

**Retain for future use.**

## CORRECTIONS

If you have the **first printing** of installation guide 30072-450-61, **dated 06/2002**, make the following changes to the document. The printing date is in the header of most pages. In the following bullets, boldface indicates the correct word or phrase.

- Page 52, Table 22, under Logic inputs.
  Under LIL: force to local control mode, this should read "If a serial link is used and this function is set, the soft starter changes from **link** mode..."
- Page 53, Table 22, under End of Starting Relay R2.
  "**R2**" should be shown in the LCD display font.
- Page 59, Table 25, under Operating Time.
  The sentence in the third paragraph should read "The hour counter can be reset in **the link** mode..."
- Page 59, Table 25, under Display of the current state.
  The last bullet should read "nSt: force to freewheel stop by **a logic input or the** serial link."
- Page 74, in Figure 33: Nonreversing with Shunt Trip Fault Isolation.
  An additional interposing relay (FR) should be added per Figure 2.
- Page 75, in Figure 34: Non Reversing with Isolation Contactor.
  The "FR" normally closed contact shown in the isolation contactor control circuit should be shown as a normally open contact, per Figure 1.

**Figure 1: Corrections to Figure 34**



**Figure 2: Corrections to Figure 33**



© 2003 Schneider Electric All Rights Reserved

SQUARE D



BGSE_00396671-00195
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

- Page 77, in Table 32: Suggested Components for Standard Duty Applications.

  Under Control fuses (FU4/FU5), replace 0.25 A with **0.5 A UL Class CC, 600 V time delay fuses**.

- Page 78, in Table 33: Additional Suggested Components for Standard Duty Applications.

  New IC1, IC2, and SC component selections apply. See Table 1.

**Table 1: Corrections to Table 33**

| ATS48 Controller Model | IC1 [1, 2, 3] Isolation Contactor | IC2 [1, 2, 3] Reversing Contactor [6] | IC2 [1, 2, 3] Mechanical Interlock | SC [1, 2, 3] Shorting Contactor (AC1) |
|---|---|---|---|---|
| D17Y | LC1D12G7 | LC1D12G7 | [9] | LC1D12G7 |
| D22Y | LC1D18G7 | LC1D18G7 | [9] | LC1D18G7 |
| D32Y | LC1D25G7 | LC1D25G7 | [9] | LC1D25G7 |
| D38Y | LC1D32G7 | LC1D32G7 | [9] | LC1D32G7 |
| D47Y | LC1D32G7 | LC1D32G7 | [9] | LC1D32G7 |
| D62Y | LC1D40G7 | LC1D40G7 | [9] | LC1D40G7 |
| D75Y | LC1D80G7 | LC1D80G7 | [9] | LC1D80G7 |
| D88Y | LC1D80G7 | LC1D80G7 | [9] | LC1D80G7 |
| C11Y | LC1D80G7 | LC1D80G7 | [9] | LC1D80G7 |
| C14Y | LC1D115G7 | LC1D115G7 | [9] | LC1D115G7 |
| C17Y | LC1D115G7 | LC1D115G7 | [9] | LC1D115G7 |
| C21Y | LC1D150G7 | LC1D150G7 | LA9 FG970 | LC1D150G7 |
| C25Y | LC1F185G6 | LC1F185G6 | LA9 FJ970 | LC1F185G6 |
| C32Y | LC1F330G7 | LC1F330G7 | LA9 FJ970 | LC1F330G7 |
| C41Y | LC1F330G7 | LC1F330G7 | LA9 FJ970 | LC1F330G7 |
| C48Y | LC1F400F7 | LC1F400F7 | LA9 FJ970 | LC1F400F7 |
| C59Y | LC1F500F7 | LC1F500F7 | LA9 FJ970 | LC1F500F7 |
| C66Y | LC1F630F7 | LC1F630F7 | LA9 FJ970 | LC1F630F7 |
| C79Y | LC1F630F7 | LC1F630F7 | LA9 FL970 | LC1F630F7 |
| M10Y | LC1F630F7 | LC1F630F7 | LA9 FL970 | LC1F630F7 |
| M12Y | LC1F780F7 | LC1F780F7 | LA9 FX970 | LC1F780F7 |

[1] All coils are selected for 120 V, 60 Hz operation. Refer to the Square D *Digest* for additional coil voltages or auxiliary contact configurations. One block may be added to each contactor.
[2] Power terminals are not included with LC1F contactors. Refer to the latest editions of Square D / Schneider Electric's full line product catalogs for additional ordering information.
[3] The use of transient suppressors across all contactor coils is recommended. Refer to the latest editions of Square D / Schneider Electric's full line product catalogs for selection of transient suppressors.
[6] Reversing contactors for C11 through M12 controllers must be assembled from components. Parts quantities for a basic contactor assembly, minus the power connection links and terminals, are indicated before each part number. Refer to the latest editions of Square D / Schneider Electric's full line product catalogs for power connector link and terminal kits. Reversing contactor interlock units used for the C79 through M12 controllers are designed for vertical interlocking of the individual contactors. Horizontally interlocked contactors are used for D17 through C59 controllers.
[9] The D Line contactor is available as a reversing configuration. For these applications, change the IC1 part number prefix from LC1- to LC2- to order the IC1 and IC2 combination complete with mechanical interlocks.

Square D Company
8001 Highway 64 East
Knightdale, NC 27545 USA
1-888-SquareD (1-888-778-2733)
www.SquareD.com

Electrical equipment should be installed, operated, serviced, and maintained only by qualified personnel. No responsibility is assumed by Schneider Electric for any consequences arising out of the use of this material.



SQUARE D

© 2003 Schneider Electric All Rights Reserved

BGSE_00396671-00196
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

30072-450-61
06/2002
Raleigh, NC, USA

Instruction Bulletin

# ALTISTART® 48 Y-Range Soft Start Controllers

## Installation Guide

Retain for future use.



SQUARE D


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# TABLE OF CONTENTS


| | | | |
|---|---|---|---|
| SECTION 1: | QUICK START PROCEDURE | | 5 |
| SECTION 2: | RECEIVING AND HANDLING | Introduction | 9 |
| | | Terminology | 9 |
| | | Handling the Controller | 10 |
| SECTION 3: | TECHNICAL DATA | Technical Characteristics | 11 |
| | | Specifications | 12 |
| | | Dimensions and Weights | 15 |
| | | Serial and Model Numbers | 16 |
| SECTION 4: | MOUNTING | Mounting Precautions | 17 |
| | | Mounting in a General Purpose Metal Enclosure | 18 |
| | | Soft Starter Ventilation | 18 |
| | | Mounting in a Dust and Damp-Proof Metal Enclosure | 18 |
| | | Thermal Considerations for Sizing Enclosures | 19 |
| | | Remote Keypad Display (if used) | 19 |
| SECTION 5: | WIRING | Installation Precautions | 21 |
| | | General Wiring Practices | 24 |
| | | Adaptation to Line Input | 24 |
| | | Power Connections | 25 |
| | | Control Connections | 29 |
| | | Layout of Control Terminals | 30 |
| SECTION 6: | APPLICATION AND PROTECTION | Soft Starter Applications | 31 |
| | | Standard Duty Applications | 31 |
| | | Severe Duty Applications | 31 |
| | | Reduced Torque | 31 |
| | | INTELE™ Braking | 32 |
| | | Motor Protection and Diagnostics | 33 |
| | | Thermal Overload Protection | 33 |
| | | Motor Thermal Protection with PTC Probes | 35 |
| | | Preventive Maintenance | 36 |
| SECTION 7: | PROGRAMMING | Programming and Setup | 37 |
| | | Preliminary Recommendations | 37 |
| | | Display Unit and Programming | 38 |
| | | Display Principle | 38 |
| | | Menus | 39 |
| SECTION 8: | FAULT MANAGEMENT | Soft Starter Does Not Start, No Fault Displayed | 63 |
| | | Non-Resettable Faults | 63 |
| | | Resettable Faults when Causes Disappear | 64 |
| | | Auto-Reset Faults (Customer Configurable) | 64 |
| | | Manual-Reset Faults | 65 |
| | | Reset Faults Using a Logic Input | 66 |
| | | Troubleshooting Procedure | 67 |
| | | Technical Support | 67 |
| | | Factory Settings | 69 |
| APPENDIX A: | RECOMMENDED WIRING DIAGRAMS | | 73 |
| APPENDIX B: | RECOMMENDED COMPONENT LISTS | | 77 |


© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00199
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**APPENDIX C: OPTIONS AND ACCESSORIES** .......... 79
PowerSuite Advanced Dialogue Solutions .......... 79


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00200
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# SECTION 1— QUICK START PROCEDURE

**⚠ CAUTION**

**HAZARD OF EQUIPMENT DAMAGE**

Do not operate or install any equipment that appears damaged.

**Failure to follow this instruction can result in injury or equipment damage.**

1. Before installing or storing the ALTISTART® 48 (ATS48) soft starter, thoroughly inspect it according to the instructions in "Receiving and Preliminary Inspection" on page 9.
   a. Verify that the soft starter catalog number printed on the label is the same as that on the packing slip and corresponding purchase order.
   b. Remove the ATS48 soft starter from its packaging and check that it has not been damaged during transit. If any damage is found, notify the carrier and your Schneider Electric representative.
2. Install the ATS48 soft starter in accordance with the mounting, ventilation, and environmental requirements specified under "Mounting" on page 17.

**⚠ DANGER**

**HAZARDOUS VOLTAGE**

Disconnect all power supplying this equipment prior to working on it.

**Failure to follow this instruction will result in death or serious injury.**

3. With the power removed, make the following connections to the ATS48 soft starter:
   a. Connect the 115 V or 230 Vac control supply to CL1 and CL2.
   b. Connect the power supply to 1/L1, 3/L2, and 5/L3.
   c. Connect the motor to 2/T1, 4/T2, and 6/T3.

   *NOTE: If a shorting/bypass contactor is used, connect it between L1, L2, and L3 on the line side supply terminals and A2, B2, and C2 of the ATS48 soft starter. Refer to Figure 1 and to the wiring diagrams in Appendix A beginning on page 73.*

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00201
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Figure 1: Power Block Diagram**




**Figure 2: Control Circuit Terminal Configuration**




*NOTE: Wire the fault relay in the line contactor power supply sequence in order to open the electrical circuit in the event of a fault/trip condition.*

4. Set parameter $I_N$ (in the SEt menu, see page 41) to the motor nameplate current.
5. Apply power to the control terminals (CL1 and CL2). **Do not** apply power to the power terminals yet, and do not give a run command. The soft starter displays nLP to indicate that it is not powered up.
6. The ATS48 soft starter is factory configured for most standard duty applications. See Table 1 for the factory preset values. If the factory configuration is not suitable for your application, refer to "Programming" on page 37 for information on changing the parameter settings.
7. Apply power to terminals 1/L1, 3/L2, and 5/L3. The soft starter will display rdY indicating that it is powered up.
8. Connect +24 V to the RUN control terminal to start the system.

**Table 1: Factory Configuration**

| | |
|---|---|
| **Nominal motor current ($I_N$)** | preset to correspond to 460 V rated motor current based on NFPA 70/NEC Table 430.150 ratings |
| **Current Limit (ILt)** | 400% of the motor current $I_N$ |
| **Acceleration ramp (ACC)** | 15 seconds |
| **Initial torque on starting (tq0)** | 20% of the nominal torque |



© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00202
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Table 1: **Factory Configuration** *(continued)*

| | |
|---|---|
| **Stop (StY)** | Freewheel stop (-F-) |
| **Motor thermal protection (tHP)** | Class 10 thermal overload protection curve |
| **Display** | rdY (soft starter ready) when power and control voltage are present and the motor is operating. |
| **Logic inputs**<br>• LI1<br>• LI2<br>• LI3<br>• LI4 | <br>• STOP<br>• RUN<br>• Forced freewheel stop (LIA)<br>• Forced local mode (LIL) |
| **Logic outputs**<br>• LO1<br>• LO2 | <br>• Motor thermal alarm (tA1)<br>• Motor powered (mI) |
| **Relay outputs**<br>• R1<br>• R2<br>• R3 | <br>• Fault relay (r1F)<br>• Bypass relay at the end of starting<br>• Motor powered (mI) |
| **Analog output (AO)** | Motor current (OCr, 0–20 mA) |
| **Communication parameters** | • When connected via the serial link, the soft starter has a logic address (Add) of 0<br>• Transmission speed (tbr): 19200 bits per second<br>• Communication format (FOr): 8 bits, no parity, 1 stop bit (8nI) |

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00203
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00204
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# SECTION 2— RECEIVING AND HANDLING

## INTRODUCTION

The ALTISTART® 48 (ATS48) soft starter offers state-of-the-art acceleration and deceleration control of standard three-phase asynchronous induction (squirrel cage) motors. The ATS48 controller uses a patented technology to control the motor performance based on the motor torque rather than simple voltage or current based control. Advanced control algorithms are incorporated to ensure smooth rotation throughout the starting ramp without mechanical instability at the end of starting.

A microprocessor continuously monitors the motor and controller performance to provide maximum protection of the controller, motor, and driven machinery. A variety of starting and stopping modes are standard. A digital keypad display provides accurate controller setup and continuous motor performance display.

The ATS48 controller is available in twenty-one current ratings from 17 to 1200 A. All models use a common control interface for consistent and simple set up. ATS48 controllers are rated for use with 208 to 690 V motors, and are self-adjusting for a 50 or 60 Hz supply frequency.

This instruction bulletin covers the technical characteristics, specifications, installation, wiring, programming, and troubleshooting of all ATS48 controllers.

Many option kits are available for the ATS48 controllers. Refer to Appendix C beginning on page 79.

### Terminology

Some of the terms and acronyms used in this manual are defined in Table 2.

**Table 2: Definition of Terms**

| Term | Definition |
|---|---|
| FLA | Full load amps: the current rating of an induction motor at rated speed and load. This value may be found on the motor nameplate. |
| $I_{CL}$ | Nominal current rating of the ATS48 controller. This value may be found on the controller nameplate. |
| $I_N$ | User defined motor current rating. Same as FLA. |
| $T_N$ | Nominal motor torque as calculated by the ATS48 controller. |
| $V_N$ | Nominal voltage of supply power (mains supply). This should correspond to the motor rated voltage on the motor nameplate. |

## REVISION LEVEL

This is a new document.

## RECEIVING AND PRELIMINARY INSPECTION

Before installing the ATS48 controller, read this manual and follow all precautions.

Before removing the ATS48 controller from its packing material, verify that the packing carton is not damaged from shipping. Damage to the packing carton usually indicates improper handling. If any damage is found, notify the carrier and your Square D / Schneider Electric representative.

After removing the ATS48 controller from its packaging, inspect it for damage. If any shipping damage is found, notify the carrier and your sales representative. Verify that the ATS48 controller nameplate and label conform to the packing slip and corresponding purchase order.

© 2002 Schneider Electric All Rights Reserved



BGSE_00396671-00205
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**⚠ CAUTION**

**EQUIPMENT DAMAGE HAZARD**

Do not operate or install any controller that appears damaged.

**Failure to follow this instruction can result in injury or equipment damage.**

## STORING AND SHIPPING

If the ATS48 controller is not being immediately installed, store it in a clean, dry area where the ambient temperature is between -13 and +158 °F (-25 and +70 °C). If the ATS48 controller must be shipped to another location, use the original shipping material and carton to protect it.

## HANDLING THE CONTROLLER

Do not remove the ATS48 controller from the carton until it is at the final installation site. The carton provides protection and prevents damage to the controller's exterior. Handle the controller carefully after removing it from the carton to avoid damage to the internal components, frame, or exterior. Once removed from the carton, the controller can be handled:

- With a hoist. When hoisting the controller, attach a spreader bar to the two lifting holes on top of the controller as shown in Figure 3.
- In a horizontal position, with the back of the controller resting on a pallet.

The ATS48 range comprises 6 sizes, with various weights and dimensions. Small controller can be removed from their packaging and installed without a handling device. A handling device must be used with large controllers; for this reason they are supplied with lifting holes.

*NOTE: Do not rest the unit directly on the bus bar connectors.*

**Figure 3: Hoisting the ATS48 Controller**




**⚠ WARNING**

**HANDLING AND LIFTING HAZARD**

Keep the area below any equipment being lifted clear of all personnel and property. Use the lifting method shown in Figure 3.

**Failure to follow this instruction can result in death or serious injury.**

 © 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00206
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# SECTION 3— TECHNICAL DATA

## TECHNICAL CHARACTERISTICS

Tables 3 and 4 describe the technical characteristics of the ATS48 controller. The information is based on operation at a maximum ambient temperature of 40 °C without a shorting/bypass contactor and at 50 °C with a shorting/bypass contactor.

The ATS48 controller can be used in an ambient temperature of up to 60 °C as long as the maximum current rating for Class 10 thermal overload protection is derated by 2% for each degree above 40 °C without a shorting/bypass contactor or by 2% for each degree above 50 °C with a shorting/bypass contactor. The nominal motor current $I_N$ must not exceed the maximum current rating for Class 10 thermal overload protection.

**Table 3: Standard Duty Application, 208 to 690 V Supply (+10% to –15%, 50 or 60 Hz)**

| hp @ 208 V | hp @ 230 V | kW @ 440 V | hp @ 460 V | kW @ 500 V | hp @ 575 V | kW @ 690 V | Max. Current Rating for Class 10 Thermal Overload Protection | $I_{CL}$ Rating | Catalog Number |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 5 | 7.5 | 10 | 9 | 15 | 15 | 17 | 17 | ATS48D17Y |
| 5 | 7.5 | 11 | 15 | 11 | 20 | 18.5 | 22 | 22 | ATS48D22Y |
| 7.5 | 10 | 15 | 20 | 18.5 | 25 | 22 | 32 | 32 | ATS48D32Y |
| 10 | — | 18.5 | 25 | 22 | 30 | 30 | 38 | 38 | ATS48D38Y |
| — | 15 | 22 | 30 | 30 | 40 | 37 | 47 | 47 | ATS48D47Y |
| 15 | 20 | 30 | 40 | 37 | 50 | 45 | 62 | 62 | ATS48D62Y |
| 20 | 25 | 37 | 50 | 45 | 60 | 55 | 75 | 75 | ATS48D75Y |
| 25 | 30 | 45 | 60 | 55 | 75 | 75 | 88 | 88 | ATS48D88Y |
| 30 | 40 | 55 | 75 | 75 | 100 | 90 | 110 | 110 | ATS48C11Y |
| 40 | 50 | 75 | 100 | 90 | 125 | 110 | 140 | 140 | ATS48C14Y |
| 50 | 60 | 90 | 125 | 110 | 150 | 160 | 170 | 170 | ATS48C17Y |
| 60 | 75 | 110 | 150 | 132 | 200 | 200 | 210 | 210 | ATS48C21Y |
| 75 | 100 | 132 | 200 | 160 | 250 | 250 | 250 | 250 | ATS48C25Y |
| 100 | 125 | 160 | 250 | 220 | 300 | 315 | 320 | 320 | ATS48C32Y |
| 125 | 150 | 220 | 300 | 250 | 350 | 400 | 410 | 410 | ATS48C41Y |
| 150 | — | 250 | 350 | 315 | 400 | 500 | 480 | 480 | ATS48C48Y |
| — | 200 | 355 | 400 | 400 | 500 | 560 | 590 | 590 | ATS48C59Y |
| 200 | 250 | 400 | 500 | — | 600 | 630 | 660 | 660 | ATS48C66Y |
| 250 | 300 | 500 | 600 | 500 | 800 | 710 | 790 | 790 | ATS48C79Y |
| 350 | 350 | 630 | 800 | 630 | 1000 | 900 | 1000 | 1000 | ATS48M10Y |
| 400 | 450 | 710 | 1000 | 800 | 1200 | — | 1200 | 1200 | ATS48M12Y |

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00207
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Table 4: Severe Duty Application, 208 to 690 V Supply (+10% to –15%, 50 or 60 Hz)

| hp @ 208 V | hp @ 230 V | kW @ 440 V | hp @ 460 V | kW @ 500 V | hp @ 575 V | kW @ 690 V | Max. Current Rating for Class 10 Thermal Overload Protection | $I_{CL}$ Rating | Catalog Number |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 3 | 5.5 | 7.5 | 7.5 | 10 | 11 | 12 | 17 | ATS48D17Y |
| 3 | 5 | 7.5 | 10 | 9 | 15 | 15 | 17 | 22 | ATS48D22Y |
| 5 | 7.5 | 11 | 15 | 11 | 20 | 18.5 | 22 | 32 | ATS48D32Y |
| 7.5 | 10 | 15 | 20 | 18.5 | 25 | 22 | 32 | 38 | ATS48D38Y |
| 10 | — | 18.5 | 25 | 22 | 30 | 30 | 38 | 47 | ATS48D47Y |
| — | 15 | 22 | 30 | 30 | 40 | 37 | 47 | 62 | ATS48D62Y |
| 15 | 20 | 30 | 40 | 37 | 50 | 45 | 62 | 75 | ATS48D75Y |
| 20 | 25 | 37 | 50 | 45 | 60 | 55 | 75 | 88 | ATS48D88Y |
| 25 | 30 | 45 | 60 | 55 | 75 | 75 | 88 | 110 | ATS48C11Y |
| 30 | 40 | 55 | 75 | 75 | 100 | 90 | 110 | 140 | ATS48C14Y |
| 40 | 50 | 75 | 100 | 90 | 125 | 110 | 140 | 170 | ATS48C17Y |
| 50 | 60 | 90 | 125 | 110 | 150 | 160 | 170 | 210 | ATS48C21Y |
| 60 | 75 | 110 | 150 | 132 | 200 | 200 | 210 | 250 | ATS48C25Y |
| 75 | 100 | 132 | 200 | 160 | 250 | 250 | 250 | 320 | ATS48C32Y |
| 100 | 125 | 160 | 250 | 220 | 300 | 315 | 320 | 410 | ATS48C41Y |
| 125 | 150 | 220 | 300 | 250 | 350 | 400 | 410 | 480 | ATS48C48Y |
| 150 | — | 250 | 350 | 315 | 400 | 500 | 480 | 590 | ATS48C59Y |
| — | 200 | 355 | 400 | 400 | 500 | 500 | 590 | 660 | ATS48C66Y |
| 200 | 250 | 400 | 500 | — | 600 | 630 | 660 | 790 | ATS48C79Y |
| 250 | 300 | 500 | 600 | 500 | 800 | 710 | 790 | 1000 | ATS48M10Y |
| 350 | 350 | 630 | 800 | 630 | 1000 | 900 | 1000 | 1200 | ATS48M12Y |

## SPECIFICATIONS

Table 5: Environmental Characteristics

| | |
|---|---|
| **Degree of protection** | • IP20 for ATS48D17Y to C11Y<br>• IP00 for ATS48C14Y to M12Y |
| **Shock resistance** | Conforms to IEC 60068-2-27:<br>• 15 g, 11 ms |
| **Vibration resistance** | Conforms to IEC 60068-2-6, NCF 20706 and BV1:<br>• 15 mm peak from 2 to 13 Hz<br>• 1 gn from 13 to 200 Hz |
| **Soft starter audible noise level** | Audible noise measurements taken from 3 ft (1 m) away. The noise levels may change depending on the fan characteristics:<br>• ATS48D17Y to D47Y: 52 dBA<br>• ATS48D62Y to C11Y: 58 dBA<br>• ATS48C14Y to C17Y: 50 dBA<br>• ATS48C21Y to C32Y: 54 dBA<br>• ATS48C41Y to C66Y: 55 dBA<br>• ATS48C79Y to M12Y: 60 dBA |
| **Resistance to electrostatic discharges** | Conforms to IEC 61000-4-2, Level 3 |
| **Immunity to radio-electric interference** | Conforms to IEC 61000-4-3, Level 3 |
| **Immunity to rapid electrical transients** | Conforms to IEC 61000-4-4, Level 4 |


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00208
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Table 5: **Environmental Characteristics** *(continued)*

| | |
|---|---|
| **Ambient air temperature** | Storage:<br>• -13 to +158 °F (-25 to +70 °C)<br>Operation:<br>• 14 to +104 °F (-10 °C to +40 °C) without derating.<br>• Up to +140 °F (+60 °C), derate the current by 2% for each °C above 40 °C.<br>• 14 to 122 °F (-10 °C to +50 °C) with user provided shorting/bypass contactor. |
| **Maximum relative humidity** | 95% without condensation or dripping water conforming to IEC 60068-2-3 |
| **Maximum ambient pollution** | Conforms to IEC 60664-1, Pollution Degree 3 |
| **Maximum operating altitude** | 3300 ft (1000 m) without derating. Above this, derate the nominal current by 2.2% for each additional 330 ft (100 m) to a maximum of 6600 ft (2000 m). |
| **Operating position** | Maximum vertical inclination ±10° with respect to the normal mounting position. |

Table 6: **Electrical Characteristics**

| | |
|---|---|
| **Operating category** | Conforms to IEC 60947-4-2: AC-53a |
| **Three-phase supply voltage** | 208 Vac -15% to 690 Vac +10%, 50/60 Hz |
| **Frequency** | Automatic sensing (preset), ±5%:<br>• 60 Hz: 56.6 to 63.8 Hz<br>• 50 Hz: 47.6 to 52.6 Hz<br>Manual selection, ±20%:<br>• 50 Hz: 40 to 60 Hz<br>• 60 Hz: 48 to 72 Hz |
| **Rated current ($I_{CL}$)** | 21 device ratings, 17 to 1200 A |
| **Silicon control rectifiers (SCRs)** | 1800 V peak inverse voltage (PIV) rating |
| **Motor power** | 3 to 1200 hp |
| **Motor voltage** | 208 / 230 / 380 / 460 / 575 / 690 Vac |
| **Soft starter control circuit supply voltage** | 110 Vac -15% to 230 Vac, 50/60 Hz |
| **Maximum control circuit consumption (with fans operating)** | • ATS48D17Y to C17Y: 30 W<br>• ATS48C21Y to C32Y: 50 W<br>• ATS48C41Y to M12Y: 80 W |
| **Protection** | • Integrated thermal $I^2t$ protection for motor (Class 2, 10, 10A, 15, 20, 25, 30 or no protection) and/or thermal protection with positive temperature coefficient (PTC) probes.<br>• Motor underload settings<br>• Current overload settings<br>• Phase reversal<br>• Phase loss<br>• Automatic restart |

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00209
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

The ATS48 controllers conform to IEC 60947-4-2 (EMC). In steady state, they emit a level of interference below the allowable levels defined in the standard.

**Table 7: Electromagnetic Compatibility (EMC)**

| | Standards | Test Levels | Examples (sources of interference) |
|---|---|---|---|
| Immunity tests | IEC 61000-4-2, Level 3 Electrostatic discharge:<br>• through contact<br>• through air | 6 kV<br>8 kV | Contact with an electrically charged person |
| | IEC 61000-4-3, Level 3 Radiated electromagnetic fields | 10 V/m | Equipment transmitting radio frequencies |
| | IEC 61000-4-5, Level 4 Rapid electrical transients:<br>• Power supply cables<br>• Control supply cables | 4 kV<br>2 kV | Opening/closing of a contactor |
| | IEC 61000-4-5, Level 3 Shock wave:<br>• Phase-to-Phase<br>• Phase-to-Ground | 1 kV<br>2 kV | — |
| | IEC 61000-4-12, Level 3 Damped oscillating waves | 1 kV – 1 MHz | Oscillating circuit on the line supply |
| Radiated and conducted emissions | IEC 60947-4-2, Class A | | |
| | IEC 60947-4-2, Class B on soft starters up to 170 A (ATS48D17Y to C17Y) shorting/bypass contactors must be used. | | |

Fuse selections in Table 8 are based upon 150% of nominal motor current. Ferraz-Shawmut fuses are recommended for the overcurrent protective device (OCPD).

**Table 8: Short Circuit Protection Device (Type 1 Coordination)**

| Catalog Number | Fuse Class (Time Delay) | Short Circuit Current Rating @ 575 V (A) | Recommended OCPD Rating (A) @ | | | |
|---|---|---|---|---|---|---|
| | | | 208 V | 230 V | 460 V | 575 V |
| ATS48D17Y | J | 5000 | 15 | 20 | 20 | 25 |
| ATS48D22Y | J | 5,000 | 25 | 30 | 30 | 30 |
| ATS48D32Y | J | 5,000 | 35 | 40 | 40 | 40 |
| ATS48D38Y | J | 5,000 | 45 | — | 50 | 45 |
| ATS48D47Y | J | 5,000 | — | 60 | 60 | 60 |
| ATS48D62Y | J | 5,000 | 70 | 80 | 80 | 80 |
| ATS48D75Y | J | 10,000 | 90 | 100 | 100 | 90 |
| ATS48D88Y | J | 10,000 | 110 | 125 | 110 | 110 |
| ATS48C11Y | J | 10,000 | 125 | 150 | 150 | 150 |
| ATS48C14Y | J | 10,000 | 175 | 200 | 175 | 175 |
| ATS48C17Y | J | 10,000 | 200 | 225 | 225 | 225 |
| ATS48C21Y | J | 10,000 | 250 | 300 | 250 | 300 |
| ATS48C25Y | J | 18,000 | 300 | 350 | 350 | 350 |
| ATS48C32Y | J | 18,000 | 400 | 450 | 450 | 400 |
| ATS48C41Y | J | 18,000 | 500 | 500 | 600 | 500 |
| ATS48C48Y | J (600 A) or L (650 A) | 18,000 | 600 | — | 650 | 600 |
| ATS48C59Y | L | 30,000 | — | 700 | 700 | 700 |
| ATS48C66Y | L | 30,000 | 750 | 900 | 800 | 800 |
| ATS48C79Y | L | 42,000 | 1000 | 1000 | 1000 | 1100 |
| ATS48M10Y | L | 85,000 | 1350 | 1200 | 1400 | 1400 |
| ATS48M12Y | L | 85,000 | 1500 | 1600 | 1600 | 1600 |


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00210
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## DIMENSIONS AND WEIGHTS

Figure 4: ATS48D17Y–C66Y




Table 9: ATS48D17Y–C66Y Dimensions

| ATS48•••• | a in (mm) | b in (mm) | c in (mm) | e in (mm) | G in (mm) | H in (mm) | Ø in (mm) | Weight lb (kg) |
|---|---|---|---|---|---|---|---|---|
| D17Y, D22Y, D32Y, D38Y, D47Y | 6.30 (160) | 10.83 (275) | 7.48 (190) | 0.26 (6.6) | 3.94 (100) | 10.24 (260) | 0.28 (7) | 10.8 (4.9) |
| D62Y, D75Y, D88Y, C11Y | 7.48 (190) | 11.42 (290) | 9.25 (235) | 0.39 (10) | 5.91 (150) | 10.63 (270) | 0.28 (7) | 18.3 (8.3) |
| C14Y, C17Y | 7.87 (200) | 13.39 (340) | 10.43 (265) | 0.39 (10) | 6.30 (160) | 12.60 (320) | 0.28 (7) | 27.3 (12.4) |
| C21Y, C25Y, C32Y | 12.60 (320) | 14.96 (380) | 10.43 (265) | 0.59 (15) | 9.84 (250) | 13.78 (350) | 0.35 (9) | 40.1(18.2) |
| C41Y, C48Y, C59Y, C66Y | 15.75 (400) | 26.38 (670) | 11.81 (300) | 0.79 (20) | 11.81 (300) | 24.02 (610) | 0.35 (9) | 113.3 (51.4) |

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00211
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Figure 5: ATS48C79Y–M12Y**



**Table 10: ATS48C79Y–M12Y Dimensions**

| ATS48•••• | a in (mm) | b in (mm) | c in (mm) | e in (mm) | G in (mm) | H in (mm) | Ø in (mm) | Weight lb (kg) |
|---|---|---|---|---|---|---|---|---|
| C79Y, M10Y, M12Y | 30.31 (770) | 35.04 (890) | 12.40 (315) | 0.79 (20) | 13.76 (350) | 33.46 (850) | 0.35 (9) | 253.6 (115) |

## SERIAL AND MODEL NUMBERS

The serial and model numbers of the ATS48 controller are on the bar code sticker located on the front right hand side of the device.

**Figure 6: Serial Number and Model Numbers**






© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00212
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# SECTION 4— MOUNTING

## MOUNTING PRECAUTIONS

Follow these precautions when mounting the ATS48 controller:

- Controllers are open devices and must be installed in suitable enclosures or controlled access areas. The environment around the controller must meet Pollution Degree 3 requirements as defined in NEMA ICS1-1 or IEC 60664-1.

**⚠ DANGER**

**HAZARDOUS VOLTAGE**

ATS48 controllers are open devices and must be mounted in a suitable enclosure.

**Electrical shock will result in death or serious injury.**

- When the installation surface is not even, put a spacer behind the controller mounting pads to eliminate gaps. Fastening the controller exterior to an uneven surface may damage the controller.
- When installing the controller in an enclosure, cover the device to prevent metallic debris from falling into the controller.
- The ATS48 controller generates heat and must be properly ventilated. Refer to "Thermal Considerations for Sizing Enclosures" on page 19 to determine power dissipated.
- When several controllers are installed in a control panel, arrange them in a row. Do not stack controllers. Heat generated from the bottom controller can adversely affect the ambient temperature around the top controller.

**⚠ CAUTION**

**CONTROLLER OVERHEATING**

- Mount the ATS48 controller within ±10° of vertical.
- Do not locate the controller near heat radiating elements.
- Electrical current through the controller will result in heat losses that must be dissipated into the ambient air immediately surrounding the controller. To prevent thermal fault or equipment damage, provide sufficient enclosure cooling and/or ventilation to limit the ambient temperature around the controller

**Failure to follow this instruction can result in injury or equipment damage.**

© 2002 Schneider Electric All Rights Reserved



BGSE_00396671-00213
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## Mounting in a General Purpose Metal Enclosure

Follow the instructions in this section in order to meet NEMA Type 1 (IP23) degree of protection. To ensure adequate air flow inside the controller, follow these guidelines:

- Leave sufficient space around the controller (see Figure 7).
- Ensure sufficient ventilation. If necessary, install a cooling fan with filters.

**Figure 7: Ventilation and Clearances**




## Soft Starter Ventilation

On soft starters fitted with a cooling fan, the fan switches on automatically as soon as the heatsink temperature reaches 50 °C. It is switched off when the temperature drops to 40 °C.

**Table 11: Fan Flow Rates**

| Part Number | CFM | $m^3$/hour |
|---|---|---|
| ATS48D32Y and D38Y | 24 | 14 |
| ATS48D47Y | 48 | 28 |
| ATS48D62Y to C11Y | 146 | 86 |
| ATS48C14Y and C17Y | 235 | 138 |
| ATS48C21Y to C32Y | 476 | 280 |
| ATS48C41Y to C66Y | 1020 | 600 |
| ATS48C79Y to M12Y | 2040 | 1200 |

## Mounting in a Dust and Damp-Proof Metal Enclosure

Follow the instructions in this section in order to meet NEMA Type 12 (IP54) degree of protection.

Maintain clearances as shown in Figure 7.

Do not use insulated or non-metallic enclosures as they have poor thermal conduction. Provide a stirring fan to circulate air inside the enclosure and prevent hot spots in the controller, as shown in Figure 8. This allows operation of the soft starter in an enclosure with a maximum internal temperature of 140 °F (60 °C). Ensure that the ambient temperature around the soft starters does not exceed this limit.

To reduce temperature rise within the enclosure, use a shorting/bypass contactor (duty cycle not to exceed 2 starts per hour) or a heat exchanger. Derate the soft starter current $I_N$ by 2% per °C for temperatures above 40 °C if a shorting/bypass contactor is not used.

**Figure 8: Ventilation for Dust and Damp-Proof Enclosure**




θ°i = internal ambient temperature
θ°e = external ambient temperature


© 2002 Schneider Electric All Rights Reserved


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

### Thermal Considerations for Sizing Enclosures

When mounting the ATS48 soft starter in an enclosure, use the enclosure manufacturers' recommendations for proper sizing based on thermal considerations. For this, it is necessary to sum the power dissipated by each device in the enclosure. Table 12 lists the steady state power dissipation for the ATS48 soft starter, operating at rated current, with and without a shorting/bypass contactor.

**Table 12: Watts Loss Information**

| Catalog Number | Power Dissipation in Watts | | Catalog Number | Power Dissipation in Watts | |
|---|---|---|---|---|---|
| | with Shorting/Bypass Contactor | without Shorting/Bypass Contactor | | with Shorting/Bypass Contactor | without Shorting/Bypass Contactor |
| ATS48D17Y | 15 W | 59 W | ATS48C21Y | 50 W | 580 W |
| ATS48D22Y | 15 W | 74 W | ATS48C25Y | 50 W | 695 W |
| ATS48D32Y | 25 W | 104 W | ATS48C32Y | 50 W | 902 W |
| ATS48D38Y | 25 W | 116 W | ATS48C41Y | 80 W | 1339 W |
| ATS48D47Y | 25 W | 142 W | ATS48C48Y | 80 W | 1386 W |
| ATS48D62Y | 25 W | 201 W | ATS48C59Y | 80 W | 1731 W |
| ATS48D75Y | 25 W | 245 W | ATS48C66Y | 80 W | 1958 W |
| ATS48D88Y | 25 W | 290 W | ATS48C79Y | 80 W | 2537 W |
| ATS48C11Y | 25 W | 322 W | ATS48M10Y | 80 W | 2865 W |
| ATS48C14Y | 25 W | 391 W | ATS48M12Y | 80 W | 3497 W |
| ATS48C17Y | 25 W | 479 W | | | |

The total dissipated Watts loss is provided strictly for sizing the environmental HVAC cooling requirements based upon nominal current operating conditions. **The control power circuit consumption is 25 W.**

## REMOTE KEYPAD DISPLAY (IF USED)

The VW3G48101 remote keypad display can be mounted on the door of a wall-mounted or floor-standing enclosure. The remote keypad display kit includes a seal for IP65 protection and a 9.82 ft (3 m) cable with connectors.

Communication is via the RJ-45/MODBUS connection on the starter (see Figure 10). The remote keypad display has the same signaling display and configuration buttons as the controller's integral keypad display. A switch to lock access to the parameters is located at the rear of the keypad display.

**Figure 9: Remote Keypad Display, Front and Rear Views**




© 2002 Schneider Electric All Rights Reserved 

BGSE_00396671-00215
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

The access switch on the remote keypad display is used as follows:

- Locked Position: Only monitoring parameters can be accessed. When the starter is running, it is not possible to select a different parameter to be displayed.
- Partial Locked Position: Limited access to the SEt, PrO, and SUP menu parameters.
- Unlocked Position: All parameters are accessible.

Any display restrictions to the starter by the access switch will still be in force once the controller has been disconnected and even if power to the controller is cycled.

**Figure 10: Remote Keypad Display Cable Assembly and Connectors**





© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00216
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# SECTION 5— WIRING

Good wiring practice requires the separation of control circuit wiring from all power (line and load) wiring. Power wiring to the motor must have the maximum possible separation from all other power wiring. **Do not run them in the same conduit.** This separation reduces the possibility of coupling electrical noise between circuits.

## INSTALLATION PRECAUTIONS

Follow these precautions when installing the ATS48 controller.

**⚠ DANGER**

**HAZARDOUS VOLTAGE**

- Read and understand this manual in its entirety before installing or operating ATS48 controllers. Installation, adjustment, repair, and maintenance of these controllers must be performed by qualified personnel.
- The user is responsible for conforming to all applicable code requirements with respect to grounding all equipment. See Figures 11–15 on pages 25–29 for grounding points.
- Many parts in this controller, including printed wiring boards, operate at line voltage. DO NOT TOUCH. Use only electrically-insulated tools while making adjustments.
- DO NOT touch unshielded components or terminal strip screw connections with voltage present.
- Before installing or servicing the controller:
  - — Disconnect all power.
  - — Place a "DO NOT TURN ON" label on the controller disconnect.
  - — Lock the disconnect in the open position.
- Install all covers before applying power or starting and stopping the controller.

**Failure to follow this instruction will result in death, serious injury, or equipment damage.**

- Voltage and frequency specifications for the input line must match the controller configuration.
- A disconnect switch must be installed between the input line and the controller.

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00217
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**⚠ DANGER**

**HAZARDOUS VOLTAGE**

- The solid state switches of the ATS48 controller's power circuit do not provide complete isolation from the AC line. Due to leakage currents through the solid-state switches, hazardous voltages can be present on the controller load-side power circuit whenever power is applied to the line side of the controller.
- Disconnect all power before servicing the controller or motor.

**Electrical shock will result in death or serious injury.**

- When using an isolation contactor, the contactor must close before or at the same time as the application of the controller run command. If line power is not detected at the L1, L2, and L3 terminals of the controller within 500 ms of this run command, a Phase Failure fault will occur.
- External overcurrent protection devices (OCPD), either fuses or a circuit breaker, must be installed on the line-side connections of the ATS48 controller. The maximum recommended OCPD rating, along with the associated controller short circuit withstand rating, is listed in Table 8 on page 14.

**⚠ WARNING**

**OVERCURRENT DEVICES MUST BE PROPERLY COORDINATED**

- An OCPD must be installed on the line-side of the ATS48 controller to achieve published short-circuit withstand ratings.
- Do not exceed the maximum OCPD ratings shown in Table 8 on page 14.
- Do not connect the controller to a power feeder whose short circuit capacity exceeds the controller short circuit withstand rating shown in Table 8 on page 14.

**Failure to follow this instruction can result in death or serious injury.**

- Power factor correction capacitors should not be connected to a motor controlled by an ATS48 controller. If power factor correction is required, the capacitors must be located on the line-side of the controller. A separate contactor should be used to switch the capacitors off when the motor is off, or during acceleration and deceleration.

**⚠ CAUTION**

**EQUIPMENT DAMAGE HAZARD**

Do not connect power factor correction capacitors to the load-side power circuit of the ATS48 controller.

**Failure to follow this instruction can result in injury or equipment damage.**

- The ATS48 controller uses solid-state power switches to control motor power. When checking the condition of conductor or motor insulation, do not connect the high potential dielectric test equipment or insulation resistance tester to the controller since the test voltages used may


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00218
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

damage the controller. Always disconnect the controller from the conductors or motor before performing such tests.

**⚠ CAUTION**

**EQUIPMENT DAMAGE HAZARD**

- Do not perform high potential dielectric tests on circuits while the circuits are connected to the ATS48 controller.
- Any circuit requiring high potential dielectric tests must be disconnected from the controller prior to performing the test.

**Failure to follow this instruction can result in injury or equipment damage.**

- The ATS48 controller contains electronic protection to detect and signal failure of the solid-state switches.
- Since the solid-state switches may be incapable of completely blocking the motor power should a fault occur, auxiliary isolation on the line side of the controller is required. Use either a circuit breaker equipped with a shunt trip coil or an electromagnetic contactor. Connect the isolation device to the fault relay of the controller so that it opens the controller power circuit in the event of a controller fault. The isolation device must be capable of interrupting motor locked rotor current.

Refer to Appendix A beginning on page 73 for typical circuit diagrams that display the logic controlling the isolation device via the fault relay.

**⚠ CAUTION**

**MOTOR OVERHEATING**

Failure of the solid-state switches on the ATS48 controller can cause single-phase operation of the motor.

- Use an isolation device consisting of either a circuit breaker equipped with a shunt trip coil or an electromagnetic contactor to open the line-side of the controller.
- The isolation device must be capable of interrupting the motor locked rotor current.
- Connect the fault relay of the controller to open the isolation device in the event of a controller fault.

**Failure to follow this instruction can result in injury or equipment damage.**

© 2002 Schneider Electric All Rights Reserved



BGSE_00396671-00219
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**⚠ WARNING**

**BRANCH CIRCUIT CONDUCTOR HAZARD**

If system grounding is not adequate to handle ground fault levels which can exceed 1300% of motor full load amps (FLA), then this device may not protect the branch circuit conductors. In this case, external ground fault protection must be properly coordinated. Recommended solutions include:

- Time delay fuses coordinated to 125% of motor FLA. The fuses listed in Appendix B beginning on page 79 are sized to ensure proper coordination and may be used for applications that do not require start times longer than 50 seconds at 300% current limit or 20 seconds at 500% current limit.
- External overload relay. For multi-motor applications, applications in which motor does not match the controller size, or applications that use a full voltage bypass scheme, an external overload relay can be coordinated to protect conductors from a high-impedance ground fault.

**Failure to follow this instruction can result in death or serious injury.**

## GENERAL WIRING PRACTICES

When wiring ATS48 controllers, follow the wiring practices required by national and local electrical codes. In addition, follow these guidelines:

- Use metallic conduit for all controller wiring. Do not run control and power wiring in the same conduit.
- Separate metallic conduits carrying power wiring or low-level control wiring by at least 3 in (80 mm).
- Separate non-metallic conduits or cable trays used to carry power wiring from metallic conduit carrying low-level control wiring by at least 12 in (305 mm).
- Always cross power and control wiring at right angles.

## ADAPTATION TO LINE INPUT

The control circuit is completely independent of the power circuit. To apply control voltage, follow the instructions on the label located on the controller terminal strip. Remove the terminal cover label and connect single phase voltage of 110 to 230 Vac supply to terminals CL1 and CL2.

The power circuit adapts automatically to the input line voltage and frequency over a range of 208 to 690 V (+10% to –15%) for standard controllers.


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00220
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## POWER CONNECTIONS

**Table 13: Wire Size and Tightening Torque**

| Terminals | | ATS48D17Y–D47Y | ATS48D62Y–C11Y | ATS48C14Y–C17Y | ATS48C21Y–C32Y | ATS48C41Y–C66Y | ATS48C79Y–M12Y |
|---|---|---|---|---|---|---|---|
| Power Input, Power Output, Bypass/Shorting Contactor | | | | | | | |
| L1 / L2 / L3<br>T1 / T2 / T3<br>A2 / B2 / C2 | Max. Wire Size [1]<br>AWG (mm)[2] | 8 AWG (16 mm²) | 2/0 AWG (50 mm²) | 2/0 AWG (95 mm²) | Bus Bar (240 mm²) | Bus Bar (2x240 mm²) | Bus Bar (4x240 mm²) |
| | Tightening Torque lb-in (N•m) | 26 lb-in (3 N•m) | 88 lb-in (10 N•m) | 300 lb-in (34 N•m) | 300 lb-in (34 N•m) | 500 lb-in (57 N•m) | 500 lb-in (57 N•m) |
| Ground Connections | | | | | | | |
| GND | Max. Wire Size AWG (mm)[2] | 8 AWG (10 mm²) | 4 AWG (16 mm²) | Bus Bar (120 mm²) | Bus Bar (120 mm²) | Bus Bar (240 mm²) | Bus Bar (2x240 mm²) |
| | Tightening Torque [2] lb-in (N•m) | 15 lb-in (1.7 N•m) | 26 lb-in (3 N•m) | 238 lb-in (27 N•m) | 238 lb-in 27 N•m | 238 lb-in 27 N•m | 238 lb-in (27 N•m) |

[1] Power terminals are suitable for use with 75 °C rated conductors; copper only.

[2] Requires user supplied lug.

**Figure 11: Power Connections ATS48D17Y to C11Y**




© 2002 Schneider Electric All Rights Reserved



BGSE_00396671-00221
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Figure 12: Power Connections ATS48C14Y to C17Y






© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00222
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Figure 13: Power Connections ATS48C21Y to C32Y




© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00223
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Figure 14: Power Connections ATS46C41Y to C66Y





© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00224
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Figure 15: Power Connections ATS48C79Y to M12Y**




## CONTROL CONNECTIONS

Although all control inputs and outputs of the controller are isolated from the input lines, follow these control wiring precautions:

- Keep control wiring conductor runs short and direct.
- Ensure that the control contacts used with the controller inputs are rated for operation at open circuit voltages of 24 Vdc and closed circuit currents of 10 mAdc.
- The analog output requires twisted cable with a pitch of 1–2 inches. Use a cable shield. The shield must be terminated to ground at one end.
- Ensure that the coils of all relays and solenoids connected to the output contacts of the controller are equipped with appropriate transient suppressors.
- For proper control wiring, route conductors to avoid contact with other voltage potentials in the controller. Wire insulation must have the appropriate voltage rating for the voltage present.
- The control terminals are fitted with one way plug-in connectors with:
  — Maximum wire size: 12 AWG (2.5 mm$^2$)
  — Maximum tightening torque: 3.5 lb-in. (4 N•m)
- On ATS48C17Y to ATS48M12Y the protective cover must be removed in order to access the control terminals.

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00225
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Case 1:17-cv-00142-RJS Document 303-45 Filed 12/27/22 PageID.13836 Page 227 of 301



## Layout of Control Terminals

**Figure 16: Control Terminals**




**Table 14: Control Terminal Blocks**

| Terminal | Function | Characteristics |
|---|---|---|
| CL1, CL2 | Control power supply | 90 to 270 Vac, 50/60 Hz<br>• Switch mode power supply with 25 VA consumption |
| R1A, R1C | R1 Relay: N.O. programmable contact | Minimum switching capacity: 10 mA for 6 Vdc |
| R2A, R2C | R2 Relay: N.O. starting relay contact | Maximum switching capacity on inductive load |
| R3A, R3C | R3 Relay: N.O. programmable contact | • 1.8 A for 230 Vac and 30 Vdc<br>• Maximum voltage 400 Vac. |
| STOP<br>RUN<br><br>LI3, LI4 | Stop controller<br>Run controller<br><br>Programmable inputs | 4 logic inputs with 4.3 kΩ impedance<br>Voltage (V): 30 V max., Current (I): 8 mA max.<br>• State 1: V > 11V, I > 5 mA<br>• State 0: V < 5V, I < 2 mA |
| 24V | Logic input power supply | +24 V ±25% isolated and protected against short circuits and overloads, maximum current of 200 mA. |
| LO+ | Logic output power supply | Connect to 24 V or an external supply source |
| LO1<br>LO2 | Programmable logic outputs | 2 open collector outputs, compatible with Level 1 [PLC], IEC 60065A-68 standard<br>• Power supply +24 V (12 V min., 30 V max.)<br>• Maximum current 200 mA per output with an external source |
| AO1 | Programmable analog output | Output can be configured as 0–20 mA or 4–20 mA<br>• Accuracy ±5% of the maximum value, maximum impedance 500 Ω |
| COM | I/O common | 0 V |
| PTC1, PTC2 | Input for PTC probes | Total resistance of probe circuit: 750 Ω at 25 °C<br>• For example, three 250 Ω probes in series |
| RJ-45 | Connector for<br>• Remote keypad display<br>• PowerSuite<br>• Communication bus | RS-485 MODBUS |


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00226
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# SECTION 6— APPLICATION AND PROTECTION

## SOFT STARTER APPLICATIONS

The ATS48 soft starter must be selected for the nominal power of the motor and for the type of application, standard or severe duty. Standard and severe define the limiting values of the current and the duty cycle characteristics. The ATS48 controller is factory preset to start the motor in standard duty applications.

### Standard Duty Applications

In standard duty applications, the ATS48 soft starter is designed to provide:

- Starting at 400% of $I_N$ for 23 seconds, or 300% of $I_N$ for 46 seconds, from a cold state
- Starting at 400% of $I_N$ for 12 seconds, or 300% of $I_N$ for 23 seconds, with a load factor of 50% and 10 starts per hour or an equivalent thermal cycling
- The motor thermal protection conforms to Class 10 overload protection.

### Severe Duty Applications

In severe duty applications, the ATS48 soft starter is designed to provide:

- Starting at 400% of $I_N$ for 48 seconds, or 300% of $I_N$ for 90 seconds, from a cold state
- Starting at 400% of $I_N$ for 25 seconds with a load factor of 50% and 5 starts per hour or an equivalent thermal cycling
- The motor thermal protection conforms to Class 20 thermal overload protection.

### Reduced Torque

The key to applying a soft start successfully is matching the load to the motor capability while starting with reduced voltage applied. The asynchronous motor associated with the ATS48 soft starter must be able to accelerate the driven load when supplied with reduced voltage and current. When reduced voltage is applied to a motor during acceleration, the current the motor draws is reduced by the ratio of the voltage applied. The torque produced by the motor varies with the square of the voltage at a fixed frequency. Figure 17 on page 32 shows the speed/torque characteristics as a function of the supply voltage.

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00227
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Figure 17: Torque as a Function of Applied Voltage




$$T_{d1} \cong T_d\left(\frac{V_n}{V_r}\right)^2$$

$T_d$ = Torque developed at full voltage

$T_{d1}$ = Torque developed with reduced voltage

$V_n$ = Nominal voltage

$V_r$ = Reduced voltage

Figure 18: Torque as a Function of Starting Current




$I_d$ = Starting current at full voltage (locked rotor amps)

$I_{d1}$ = Current limit during Soft Start

A soft start progressively increases voltage to the motor. By ramping the voltage, the ATS48 soft starter limits the amount of current the motor can draw during starting to a user-defined setting. Figure 18 shows the speed/torque characteristics of a motor as a function of starting current. The ATS48 soft starter provides optimal acceleration by ramping the acceleration torque within the envelope of curve $T_{d1}$.

## INTELE™ Braking

When using INTELE braking, the stop time (t3) is less than the freewheel stopping time (t1). INTELE braking is a two-part braking process which does not require external components. It produces less motor heat than traditional DC injection braking.

INTELE braking is best used when all of the criteria below are met:

- 4-pole or 6-pole motors only
- motor slip is less than or equal to 3%

$$t(\text{sec}) = \frac{WK^2 \times \Delta rpm}{308 \times (T_{FLT} \times 0.40)}$$


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00228
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

where:

$t(sec)$ = Calculated value must be equal to or less than 40

$WK^2$ = Connected motor load inertia (lb-ft$^2$)

$\Delta rpm$ = Change in rpm or synchronous speed

$T_{FLT}$ = Full Load Torque (lb-ft)

## MOTOR PROTECTION AND DIAGNOSTICS

The ATS48 controller provides state-of-the-art motor protection. On all controllers, the motor protection features are available even if a shorting/bypass contactor is used to bypass the SCRs after the motor is up to speed. To assist with troubleshooting, the 3-digit LCD displays fault status codes. The controller memory registers and maintains the previous 5 faults, even following power loss.

### Thermal Overload Protection

The ATS48 controller is a UL Listed motor controller with integrated motor and controller thermal protection. The motor and controller temperature are continuously calculated based on the controller nominal current and the current that is actually drawn. An electronic circuit, which stores the thermal state of the motor even if the supply power is disconnected, simulates the cooling curve.

Overload of any kind over any duration can cause the motor temperature to rise. As Figure 19 shows, the ATS48 controller creates a digital model of the motor temperature based on two thermal images. The first (T1) represents the level of temperature rise corresponding to iron (motor frame). The second (T2) represents the temperature rise of copper (stator, windings). For each thermal image, two levels of alarm are detected.

An overload pre-alarm is signaled by logic output LO1 when the motor has exceeded its nominal temperature rise threshold. A pre-alarm is signaled when the thermal state exceeds 105% for T1 and/or 130% for T2.

A thermal fault signal stops the motor when the temperature rise exceeds the critical threshold. A thermal fault is signaled by relay R1 when the motor thermal state exceeds 110% for T1 and 140% for T2.

**Figure 19: Thermal Trip Curves**




The ATS48 controller is preset to provide Class 10 thermal overload protection for standard duty applications. The ATS48 controller can be adjusted to provide Class 2, 10A, 10, 15, 20, 25, or 30 thermal overload protection, as necessary. Class 2 protection is available for applications such as submersible pumps, where very tight control of motor temperature is required. Class 30 protection is available for applications such as high inertia

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00229
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

loading, where a longer than normal starting time is required to accelerate the load to full speed. In addition, the internal overload protection may be disabled if motor protection is provided externally.

The various thermal overload protection classes are defined to meet the standards of IEC 60947-4-2 for starting from both cold and hot states. A cold state is defined as the stabilized motor thermal state when the motor is off. Figure 20 shows the approximate trip times for starting from a cold state.

**Figure 20: Cold Start Curves**




**Table 15: Cold Start Trip Time**

| Standard Application (Class 10 Thermal Overload Protection) | | Severe Application (Class 20 Thermal Overload Protection) | |
|---|---|---|---|
| $3\ I_N$ | $5\ I_N$ | $3.5\ I_N$ | $5\ I_N$ |
| 46 s | 15 s | 63 s | 29 s |


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00230
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Hot state is defined as the stabilized motor thermal state when the motor has been running at full load capacity. Figure 21 shows the approximate trip times for starting from a hot state.

**Figure 21: Hot Start Curves**




**Table 16: Hot Start Trip Time**

| Standard Application (Class 10 Thermal Overload Protection) | | Severe Application (Class 20 Thermal Overload Protection) | |
|---|---|---|---|
| 3 $I_N$ | 5 $I_N$ | 3.5 $I_N$ | 5 $I_N$ |
| 23 s | 7.5 s | 32 s | 15 s |

## Motor Thermal Protection with PTC Probes

PTC probes integrated in the motor to measure the motor temperature can be connected to the control card terminals. This analog value is managed by the controller.

The PTC probe thermal overshoot value can be processed and used in two ways:

- To stop the machine in the event of a fault if the signal is active.
- To activate an alarm if the signal is active. This alarm can be displayed in a controller status word (serial link) or on a configurable logic output.

*NOTE: PTC probe protection does not deactivate the motor thermal protection provided by the calculation. Both types of protection can operate in parallel.*

© 2002 Schneider Electric All Rights Reserved



BGSE_00396671-00231
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## PREVENTIVE MAINTENANCE

The following steps should be done at regular intervals:

1. Check the condition and tightness of the connections.
2. Make sure ventilation is effective and the temperature around the controller remains at an acceptable level.
3. Remove any dust and debris from the controller, if necessary.


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00232
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# SECTION 7— PROGRAMMING

## PROGRAMMING AND SETUP

### Preliminary Recommendations

**⚠ WARNING**

**LOSS OF CONTROL**

- The designer of any control scheme must consider the potential failure modes of control paths and, for certain critical control functions, provide a means to achieve a safe state during and after a path failure.
- Examples of critical control functions are Emergency Stop and Overtravel Stop.
- Separate or redundant control paths must be provided for critical control functions.

**Failure to follow this instruction can result in death, serious injury, or equipment damage.**

If starting the soft starter from line power, limit operations to the duty cycle ratings described on page 31. Use inputs LI1 to LI4 to control the soft starter.

When changing the factory configuration, record your parameter settings in the Factory Settings table beginning on page 69.

When first commissioning an ATS48 controller on a 60 Hz system, perform a factory parameter reset (see FCS on page 50).

Programming the ATS48 controller is simplified by internal sequence selections and interlocks. For ease of setup, Square D recommends accessing the menus in the following order.

1. IO—Assignment of the inputs/outputs
2. drC—Advanced settings
3. SEt—Settings

Some steps may not be necessary.

Copy and use the Factory Settings table on pages 69–72 to record your settings.

© 2002 Schneider Electric All Rights Reserved



BGSE_00396671-00233
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# DISPLAY UNIT AND PROGRAMMING

**Figure 22: Display Functions**




*NOTE: Pressing (▲) or (▼) does not store the choices. To store the displayed choice, press (ENT). The display flashes when a value is stored.*

## Display Principle

The display principle for numbers differs depending on the maximum scale of the parameter and its value, see Table 17 for examples.

**Table 17: How to Read Displayed Numbers**

| Range | Example | |
|---|---|---|
| | Display | Value |
| Max. scale 9990 | | |
| 0.1 to 99.9 | 05.5<br>55.0<br>55.5 | 5.5<br>55<br>55.5 |
| 100 to 999 | 555 | 555 |
| 1000 to 9990 | 5.55 | 5550 |
| Max. scale 99900 | | |
| 1 to 999 | 005<br>055<br>550 | 5<br>55<br>550 |
| 1000 to 9990 | 5.55 | 5550 |
| 10000 to 99900 | 55.5 | 55500 |


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00234
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## MENUS

Menus are accessible in the order shown in Figure 23.

**Figure 23: Accessing Menus**




(1) Menu St2, is only available if the second set of motor parameters function is configured. See the I/O menu on page 51.

To store the displayed choice, press ENT. The display flashes when a value is stored. Navigate through the menus, depending upon the button pressed, as shown in Figure 24.

**Figure 24: Accessing Parameters**




© 2002 Schneider Electric All Rights Reserved



BGSE_00396671-00235
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Refer to Table 18 for soft starter status codes.

*NOTE: Shaded rows indicate typically locked out features.*

**Table 18: Soft Starter Status Codes**

| Status Code | Condition |
|---|---|
| Fault code | Faulty soft starter |
| nLP<br>rdY | Soft starter without run command and:<br>• Power not supplied<br>• Power supplied |
| tbS | Starting time delay not elapsed |
| HEA | Motor heating in progress |
| Monitoring parameter selected by the user (SUP menu). Factory setting: motor current | Soft starter with run command |
| brL | Soft starter braking |
| Stb | Waiting for a command (RUN or STOP) in cascade mode |

**Figure 25: Settings Menu**




To access the parameters, see Figure 24 on page 39.


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00236
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Table 19: Settings Menu (SEt) Parameters

| Code | Description | Setting Range | Factory Setting |
|---|---|---|---|
| In | **Nominal motor current** | 0.4 to 1.3 $I_{CL}$ | * |
| | Adjust the value to the nominal motor current indicated on the motor nameplate.<br>Ensure that the current is between 0.4 and 1.3 $I_{CL}$ ($I_{CL}$: soft starter rating).<br>* The factory setting corresponds to the usual value of a 460 V standardized motor in accordance with NEC and with Class 10 thermal overload protection. | | |
| ILt | **Current limit** | 150 to 700% of $I_N$, limited to 500% of $I_{CL}$ | 400% of $I_N$ |
| | The current limit ILt is expressed as a percentage of $I_N$.<br>It is limited to 500% of $I_{CL}$ (soft starter rating, see Tables 3 and 4 on pages 11 and 12.<br>Current limit = ILt x $I_N$.<br>Example 1: $I_N$ = 22 A, ILt = 300%, Current limit = 300% x 22 A = 66 A<br>Example 2: ATS48C21Y, with $I_{CL}$ = 210 A<br>$I_N$ = 195 A, ILt = 700%; Current limit = 700% x 195 = 1365, limited to 500% x 210 = 1050 A | | |
| ACC | **Acceleration ramp time** | 1 to 60 s | 15 s |
| | This is the rise time of the soft starter torque between 0 and the nominal torque $T_N$ (i.e., the gradient of the torque ramp on acceleration).<br><br> | | |
| tq0 | **Initial starting torque** | 0 to 100% of $T_N$ | 20% |
| | Initial torque setting during the starting phases: varies from 0 to 100% of the nominal torque.<br><br> | | |
| StY | **Type of stop** | -d-b-F | -F- |
| | Three types of stop are possible:<br>• **-d-**: Soft stopping by control of motor torque. The soft starter applies torque to the motor in order to decelerate progressively on the ramp, avoiding a rapid stop. This type of stop reduces the risk of water hammer on a pump.<br>• **-b-**: INTELE braking stop: The soft starter generates braking torque in the motor which will slow the motor down if there is considerable inertia. (See page 32.)<br>• **-F-**: Freewheel stop: The soft starter applies no torque to the motor. | | |

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00237
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Table 19: Settings Menu (SEt) Parameters *(continued)*

| Code | Description | Setting Range | Factory Setting |
|---|---|---|---|
| dEC | **Deceleration ramp time** | 1 to 60 s | 15 s |
| | This parameter can only be accessed if StY is set to -d-.<br>Selects the time (1 to 60 s) the soft starter will take to reduce the estimated torque to zero during a type -d- stop. This setting determines the gradient of the torque ramp on deceleration. This feature is useful in pumping applications to prevent hydraulic shock which may occur if the motor decelerates too quickly.<br> | | |
| EdC | **Final deceleration torque** | 0 to 100% | 20% |
| | This parameter can only be accessed if StY is set to -d- and if the CLP parameter in the drive menu (drC) is still set to On (the factory setting).<br>Selects the final torque level (0 and 100% of estimated torque) during a type -d- stop. This is the threshold at which the controlled stop ends and the freewheel portion of the stop begins.<br>If the estimated torque at the start of deceleration is below 20, (i.e., 20% of the nominal torque) controlled deceleration is not activated, and the motor changes to freewheel mode.<br> | | |


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00238
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Case 1:17-cv-00142-RJS Document 303-45 Filed 12/27/22 PageID.13849 Page 240 of 301



**Table 19: Settings Menu (SEt) Parameters** *(continued)*

| Code | Description | Setting Range | Factory Setting |
|---|---|---|---|
| | **Internal braking torque level** | | 0 to 100% |
| brC | This parameter can only be accessed if StY is set to -b-.<br>Selects the braking torque level for stop type -b-. Braking is active up to 20% of the nominal speed. The total stop ramp depends on the setting of this parameter and also dependent on the motor loading. See EbA below.<br><br><br>Impulse brake injection time: T2 = T1 x EbA<br>*NOTE: Time T1 is not determined by brC. T1 is the time required in seconds for the motor to fall from 100% of the nominal speed to 20% (depends on the motor and application characteristics).* | | |
| | **Injection time at the end of braking** | 20 to 100% | 20% |
| EbA | This parameter can only be accessed if StY is set to -b-.<br>Selects adjustment of the current injection time at the end of braking for stop type -b-.<br>Can be set at 20 to 100% of the INTELE braking time (T1).<br>Example:<br>INTELE braking = 10 s (T1)<br>The stopping time can vary from 2 to 10 s (T2)<br>EbA = 20 Corresponds to an injection time of 2 s<br>EbA = 100 Corresponds to an injection time of 10 s<br>Factory setting: 20 | | |

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00239
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Figure 26: **Protection Menu (PrO)**




To access the parameters, see Figure 24 on page 39.

The protection parameters can only be modified when the motor is stopped.


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00240
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## ⚠ CAUTION

**UNINTENDED OPERATION**

- The factory configuration of a monitoring alarm (ALA) indicates the presence of a fault but will not directly protect the installation.
- When using parameter ArS, ensure that an accidental start will not endanger personnel or equipment in any way

**Failure to follow this instruction can result in death or serious injury.**

**Table 20: Protection Menu (PrO) Parameters**

| Code | Description | Setting Range | Factory Setting |
|---|---|---|---|
| tHP | **Motor thermal protection** | | 10 |
| | See "Thermal Overload Protection" on page 33.<br>• 30: Class 30<br>• 25: Class 25<br>• 20: Class 20 (severe application)<br>• 15: Class 15<br>• 10: Class 10 (standard application)<br>• 10A: Class 10A<br>• 2: Sub-class 2<br>• OFF: no protection | | |
| ULL | **Activation of motor underload** | | OFF |
| | If the motor torque is less than threshold setting of parameter LUL for longer than the time parameter tUL is set for, one of the following occurs:<br>• ALA: an alarm activates (internal bit and configurable logic output)<br>• dEF: the soft starter is locked and the ULF fault displays<br>• OFF: no protection<br> | | |
| LUL | **Motor underload threshold** | 20% to 100% of $T_N$ | 60% |
| | This parameter is not available if ULL is set to OFF.<br>LUL can be set from 20% to 100% of the nominal motor torque. | | |
| tUL | **Motor underload time** | 1 to 60 s | 60 s |
| | This parameter is not available if ULL is set to OFF.<br>Time delay tUL activates as soon as the motor torque falls below threshold LUL. It resets to zero if the torque rises above this LUL threshold by + 10% (hysteresis). | | |
| tLS | **Excessive starting time** | 10 to 999 s or OFF | OFF |
| | If the starting time exceeds the value of tLS, the soft starter is locked and displays the fault StF. The conditions for the end of starting are: line voltage applied to the motor (min. firing angle) and motor current less than 1.3 $I_N$.<br>• OFF: no protection | | |



© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00241
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Table 20: Protection Menu (PrO) Parameters** *(continued)*

| Code | Description | Setting Range | Factory Setting |
|---|---|---|---|
| OIL | **Activation of current overload** | | OFF |
| | This function is only active in steady state. If the motor current exceeds the threshold setting of parameter LOC for longer than the time parameter tOL is set for, one of the following occurs:<br>• ALA: an alarm activates (internal bit and configurable logic output)<br>• dEF: the soft starter is locked and the OLC fault displays<br>• OFF: no protection<br><br> | | |
| LOC | **Current overload threshold** | 50% to 300% of $I_N$ | 80% |
| | This parameter is not available if OIL is set to OFF.<br>LOC can be set from 50% to 300% of the nominal motor current. | | |
| tOL | **Current overload time** | 0.1 to 60 s | 10 s |
| | This parameter is not available if OIL is set to OFF.<br>Time delay tOL activates as soon as the motor current rises above threshold LOC. It resets to zero if the current falls below this LOC threshold again by at least 10% (hysteresis). | | |
| PHr | **Protection against line phase inversion** | 321, 123, or no | no |
| | If the line phases are not in the order configured, the soft starter locks and displays the fault PIF. This parameter tells the soft starter the line phase order.<br>• 321: reverse (L3 - L2 - L1)<br>• 123: forward (L1 - L2 - L3)<br>• no: not monitoring | | |
| tbS | **Time before starting** | 0 to 999 s | 2 s |
| | This parameter avoids starts in quick succession which may overheat the motor. The time delay starts when the motor changes to freewheel mode.<br>In 2-wire control, the motor is restarted after the time delay if the RUN command input is still activated.<br>In 3-wire control, the motor is restarted after the time delay if a new RUN command is sent (rising edge).<br>The soft starter displays tbS during the time delay. | | |
| PHL | **Phase loss threshold** | 5 to 10% | 10% |
| | If the motor current falls below this threshold in one phase for 0.5 s or in all three phases for 0.2 s, the soft starter locks and displays the fault PHF.<br>Can be set at between 5 and 10% of the $I_{CL}$ soft starter rating. | | |
| PtC | **Activation of motor monitoring by PTC probes** | | OFF |
| | The PTC probes on the motor must be connected to the correct analog input. This protection is independent of the calculated thermal protection (tHP parameter). Both types of protection can be used simultaneously.<br>• ALA: an alarm is activated (internal bit and assignable logic output)<br>• dEF: the soft starter is locked and the OIF fault is displayed<br>• OFF: no protection | | |



© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00242
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Table 20: Protection Menu (PrO) Parameters** *(continued)*

| Code | Description | Setting Range | Factory Setting |
|---|---|---|---|
| ArS | **Automatic restart** | On - OFF | OFF |
| | If this function is active and the soft starter locks on a fault, the soft starter automatically restarts if the fault has disappeared and the other operating conditions permit the restart. A series of automatic attempts are made to restart the soft starter at intervals of 60 s. If a restart has not been possible after 6 attempts, the procedure is abandoned and the soft starter remains locked until it is switched off then switched on again or reset manually (see "Fault Management" on page 63).<br>The following faults permit this function: PHF, FrF, CLF, USF.<br>The soft starter fault relay remains activated if this function is active. The run command must be maintained.<br>This function can only be used in 2-wire control.<br>• OFF: Function inactive<br>• On: Function active | | |
| rtH | **Reset motor thermal state calculated by the soft starter** | no - YES | no |
| | • no: Function inactive<br>• YES: Function active | | |

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00243
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Figure 27: Advanced Setting Menu (drC)**




The Advanced setting parameters can only be modified when the motor is stopped.


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00244
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## ⚠ CAUTION

**NO BRAKING AND LIMITED STOPPING**

With parameter dLt, only freewheel type stopping is possible:

- Cascading is not possible
- Preheating is not possible

**This limitation can result in injury.**

**Table 21: Advanced Setting Menu (drC) Parameters**

| Code | Description | Setting Range | Factory Setting |
|---|---|---|---|
| tLI | **Torque limit** | 10 to 200% or OFF | OFF |
| | Use this parameter to limit the torque reference to avoid regenerative behavior in applications with high inertia. It can be used for constant torque starting if tq0 = tLI.<br>• OFF: no limit<br>• 10 to 200: limit set as a percentage of the nominal torque | | |
| bSt | **Voltage boost level** | 50 to 100% or OFF | OFF |
| | If active, this parameter applies a user-set voltage when a run command is present for 100 ms. Once this time has elapsed, the soft starter follows a standard acceleration ramp starting at the initial torque value set (tq0).<br>This function can be used to avoid any starting torque (phenomenon caused by friction on stopping or by mechanical play).<br>• OFF: Function inactive<br>• 50 to 100: setting as a percentage of the nominal motor voltage<br><br>*NOTE: When overrating the soft starter (Im motor> Im ATS48 soft starter), if the bSt value is set too high the soft starter can nuisance trip as an overcurrent (OCF) fault.* | | |
| SSt | **Tests on small motor** | On - OFF | OFF |
| | Use this parameter to check the soft starter in a testing or maintenance environment, on a motor whose power is very much lower than the soft starter rating (in particular for high power soft starters).<br>It automatically deactivates the torque control parameter, CLP.<br>• OFF: function inactive<br>• On: function active<br>SSt returns to the OFF state as soon as the control voltage is disconnected. On the next power up, the PHF fault and the CLP parameter return to their initial configuration. | | |
| CLP | **Torque control** (type of control) | On-OFF | On |
| | • OFF: function inactive<br>• On: function active<br>In the On position, starting and deceleration follow the torque ramp.<br>In the OFF position, starting and deceleration are controlled by voltage variation.<br>Voltage control is recommended for applications which use motors in parallel on one soft starter or a motor whose power is very low in relation to the soft starter rating.<br>When tests on smaller motor, SSt, is active CLP is set to OFF. | | |





BGSE_00396671-00245
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Table 21: Advanced Setting Menu (drC) Parameters *(continued)*

| Code | Description | Setting Range | Factory Setting |
|---|---|---|---|
| LSC | **Stator loss compensation** | 0 to 90% | 50% |
| | Parameter active in acceleration phases (and deceleration phases if StY is set to -d-).<br>In the event of torque oscillations, reduce this parameter gradually until the device is functioning correctly.<br>Oscillations are most common if the soft starter is connected in motors with excessive slip. | | |
| tIG | **Deceleration gain** (for torque control) | 10 to 50% | 40% |
| | This parameter can only be accessed if CLP is set to On and if the StY parameter (SEt Settings menu) is set to -d-.<br>It can be used to eliminate instability during deceleration.<br>Adjust the parameter in accordance with the oscillations. | | |
| CSC | **Activation of the cascade function** | On-OFF | OFF |
| | • OFF: function inactive<br>• On: function active<br>This parameter can only be accessed if relay R1 has previously been assigned to the isolation relay function and if the forced freewheel stop and motor preheating functions are not configured in parameters LI3 or LI4 (IO menu).<br>Assign an input LI = LIC.<br>255 motors max. | | |
| ULn | **Line voltage** | 180 to 790 V | 690 V |
| | This parameter is used to calculate the power displayed (LPr and LAP parameters from the SUP menu). The display will only be accurate if this parameter has been set correctly. | | |
| FrC | **Line frequency** | 50-60- AUt | AUt |
| | • 50: 50 Hz (monitoring tolerance of frequency fault FrF = ± 20%).<br>• 60: 60 Hz (monitoring tolerance of frequency fault FrF = ± 20%).<br>• AUt: automatic recognition of the line frequency by the soft starter with frequency fault monitoring tolerance FrF = ± 5%.<br>Selections 50 and 60 are recommended if the power supply is provided by a generating set, given their high tolerance. | | |
| rPr | **Reset kWh or the operating time** | no-APH- trE | no |
| | • no: function inactive<br>• APH: kWh reset to zero<br>• trE: operating time reset to zero<br>The reset command must be confirmed with ENT. APH and trE take effect immediately. The parameter then automatically returns to no. | | |
| FCS | **Return to factory settings** | no-YES | no |
| | This is used to reset all parameters to their factory settings.<br>• no: function inactive<br>• YES: function active, must be pressed and held down (for approx. 2 s) in order to be accepted. The display flashes to confirm. The FCS parameter then automatically resets to no when you press ESC.<br>This parameter cannot be modified via the remote keypad display. | | |


© 2002 Schneider Electric All Rights Reserved
BGSE_00396671-00246
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Figure 28: I/O Menu (IO)




To access the parameters, see Figure 24 on page 39.

*NOTE: Logic input RUN, logic input STOP, and soft starter shorting/bypass contactor control (R2) cannot be assigned.*

The I/O parameters can only be modified when the motor is stopped.

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00247
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

*NOTE: Shading indicates a typically locked function. To unlock the function see LI3, LI4 Logic inputs. In order for functions LIH and LII to take effect, ENT must be pressed for 10 s (confirmed by flashing display). **These parameters cannot be modified via the remote keypad display**.*

Table 22: I/O Menu (IO) Parameters

| Code | Description | Setting Range | Factory Setting |
|---|---|---|---|
| | **Logic inputs** | | LIA<br>LIL |
| LI3<br>LI4 | The selected function is active if the input is powered up.<br>• no: not assigned.<br>• LIA: forced freewheel stop<br>It forces the configuration of a freewheel type stop, but does not control the stop, as soon as a STOP command is received. This selection does not appear if the CSC parameter in the drC menu is set to On.<br>• LIE: external fault<br>This enables the soft starter to detect an external user fault (level, pressure, etc.). The motor comes to a freewheel stop and the soft starter displays EtF.<br>• LIL: force to local control mode<br>If a serial link is used and this function is set, the soft starter changes from line mode (control via serial link) to local mode (control via keypad displays).<br>• LIt: reset motor thermal fault<br>• LIC: activation of the cascade function.<br>This function disables motor thermal protection and requires that relay R1 be configured as an isolating relay. It can be used to start and decelerate several identical motors one after the other with a single soft starter.<br>• LIr: reset faults which can be reset<br>• LIS: activation of second set of motor parameters.<br>This function allows start and deceleration of two different motors, one after the other, or one motor with two different configurations using a single soft starter.<br>• LIH: motor preheating<br>This selection does not appear if the CSC parameter in the drC menu is set to On. It is used to prevent the motor from freezing or to prevent temperature deviations which may cause condensation. If the input is active, once the motor has stopped an adjustable current IPr flows through motor after an adjustable time delay tPr. This current heats the motor without causing it to rotate. IPr and tbr must be adjusted (see below).<br><br>When the input activates and the motor has stopped and after time delays tPr and tbS (PrO menu) have elapsed, preheating starts. Preheating stops if the input deactivates, if a run command is sent, or if the STOP input activates.<br>• LII: inhibits all protection<br>*NOTE: **Use of this function invalidates the soft starter warranty**.*<br>This is meant to be used to override the soft starter in the event of an emergency (smoke extraction system for example). | | |
| | **Preheating level** | 0 to 100% | 0% |
| IPr | This parameter appears after LI3 or LI4 have been assigned to function LIH (motor preheating). It is used to set the preheating current. Use a true value current reading ammeter to set the current level.<br>Parameter $I_N$ has no effect on the IPr current. | | |
| | **Time delay before preheating** | 0 to 999 mn | 5 mn |
| tPr | This parameter appears after LI3 or LI4 have been assigned to function LIH (motor preheating). Preheating starts when the input activates, after time delays tPr and tbS (PrO menu) have elapsed. | | |




© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00248
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Table 22: I/O Menu (IO) Parameters** *(continued)*

| Code | Description | Setting Range | Factory Setting |
|---|---|---|---|
| LO1<br>LO2 | **Logic outputs** | | tAI<br>mI |
| | • no: not assigned.<br>• tAI: motor thermal alarm, see page 33.<br>• mI: motor powered.<br>• AIL: motor current alarm (threshold OIL and time tOL of PrO menu exceeded). See page 46.<br>• AUL: motor underload alarm (threshold LUL and time tUL of PrO menu exceeded). See page 45.<br>• APC: motor PTC probe alarm. See PtC on page 46.<br>• AS2: second set of motor parameters activated. See LIS on page 52. | | |
| r1 | **Relay R1** | | r1F |
| | • r1F: fault relay.<br>In this mode, relay R1 activates when the soft starter is powered up (minimum CL1/CL2 control).<br>Relay R1 deactivates when a fault occurs and the motor switches to freewheel mode. See the special case when the automatic restart function is activated and "Fault Management" on page 63.<br>• r1I: isolation relay.<br>Relay R1 is designed to control the line contactor on the basis of the RUN and STOP commands and to indicate faults. In this mode, relay R1 activates by a RUN command (or a preheating command). It deactivated at the end of braking or deceleration or when the motor switches to freewheel mode after a STOP command. It also deactivates when a fault occurs. The motor switches to freewheel mode at this point. | | |
| R2 | end of starting relay R2 | | |
| | The end of starting relay R2 is activated when the soft starter is powered up, no faults are present, and the motor has completed the start-up phase. It is deactivated in the event of a stop request or a fault. It has one normally open contact (N/O).<br>It can be used to bypass the ATS48 soft starter at the end of the starting phase.<br>This is not a programmable feature. | | |
| r3 | **Relay R3** | | mI |
| | • no: not assigned.<br>• tAI: motor thermal alarm. See page 33.<br>• mI: motor powered.<br>• AIL: motor current alarm (threshold OIL and time tOL of PrO menu exceeded). See page 46.<br>• AUL: motor underload alarm (threshold LUL and time tUL of PrO menu exceeded). See page 45.<br>• APC: motor PTC probe alarm. See PtC on page 46.<br>• AS2: second set of motor parameters activated. See LIS on page 52. | | |
| AO | **Analog output** | | OCr |
| | • no: not assigned<br>• OCr: motor current<br>• Otr: motor torque<br>• OtH: motor thermal state<br>• OCO: power factor<br>• OPr: active power | | |
| O 4 | **Configuration of the analog output AO** | 020–420 | 020 |
| | • 020: 0–20 mA signal<br>• 420: 4–20 mA signal | | |
| ASC | **Scaling of the analog output** | 50 to 500% | 200 |
| | This parameter allows you to scale the analog output as a percentage of the nominal value of the parameter configured or, if the parameter is power factor, of 1 for the power factor. | | |

© 2002 Schneider Electric All Rights Reserved

Figure 29: **Second Motor Parameters Menu (St2)**




Parameters

Parameter availability is dependent on the StY setting in the SET menu.

This menu is only visible if a logic input is assigned to the function for activating a second set of motor parameters (LIS) in the I/O menu.



© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00250
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Case 1:17-cv-00142-RJS Document 303-45 Filed 12/27/22 PageID.13861 Page 252 of 301



**Table 23: Second Motor Parameters Menu (St2) Parameters**

| Code | Description | Setting Range | Factory Setting |
|---|---|---|---|
| In2 | **Nominal motor current** | 0.4 to 1.3 $I_{CL}$ | See note. |
| | Adjust the value of the nominal motor current indicated on the motor nameplate. Ensure that the current is between 0.4 and 1.3 $I_{CL}$ (soft starter rating). See Tables 3 and 4 on pages 11 and 12.<br>*NOTE: The factory setting of In2 corresponds with the usual value of a 460 V standardized motor in accordance with NEC and with Class 10 thermal overload protection.* | | |
| IL2 | **Current limit** | 150 to 700% of $I_N$, limited to 500% of $I_{CL}$ | 400% of $I_N$ |
| | The Current limit IL2 is expressed as a percentage of In2. It is limited to 500% of $I_{CL}$ (see Tables 3 and 4 on pages 11 and 12).<br>Current limit = IL2 x In2<br>Example 1: In2 = 21 A, IL2 = 300%, Current limit = 300% x 22 A = 66 A<br>Example 2: ATS48C21Y, with $I_{CL}$ = 210 A<br>In2 = 195 A, IL2 = 700%, Current limit = 700% x 195 = 1365,<br>limited to 500% x 210 = 1050 A | | |
| AC2 | **Acceleration ramp time** | 1 to 60 s | 15 s |
| | This is the rise time of the soft starter torque between 0 and the nominal torque $T_N$ (i.e., the gradient of the torque ramp on acceleration).<br> | | |
| tq2 | **Initial starting torque** | 0 to 100% of $T_N$ | 20% |
| | Initial torque setting during the starting phases; varies from 0 to 100% of the nominal torque.<br> | | |

© 2002 Schneider Electric All Rights Reserved



BGSE_00396671-00251
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Table 23: Second Motor Parameters Menu (St2) Parameters *(continued)*

| Code | Description | Setting Range | Factory Setting |
|---|---|---|---|
| dE2 | **Deceleration ramp time** | 1 to 60 s | 15 s |
| | This parameter can only be accessed if StY is set to -d-.<br>It sets a time, from 1 to 60 s, to switch from the estimated torque to zero torque (gradient of the torque ramp on deceleration when a -d- stop is applied). This modifies the progression of the deceleration and avoids hydraulic shocks in pump applications by modifying the gradient of the torque reference.<br> | | |
| Ed2 | **Final deceleration torque** | 0 to 100% | 20% |
| | This parameter can only be accessed if StY is set to -d- and if the CLP parameter in the drive menu (drC) is still set to the factory setting (On).<br>It sets the final torque level from 0 and 100% of the torque estimated at the beginning of deceleration. In pump applications, deceleration control is not necessarily below a load level set by Ed2.<br>If the estimated torque at the start of deceleration is below 20, (i.e., 20% of the nominal torque) controlled deceleration does not activate and the motor changes to freewheel mode.<br> | | |
| tL2 | **Maximum torque limit** | 10 to 200% or OFF | OFF |
| | This limits the torque reference to avoid regenerative behavior in applications with high inertia. It can be used for constant torque starting if tq2 = tLI.<br>• OFF: no limit<br>• 10 to 200: limit set as a percentage of the nominal torque | | |
| tI2 | **Deceleration gain** (for torque control) | 10 to 50% | 40% |
| | This parameter can only be accessed if CLP is set to On and if the StY parameter (SEt Settings menu) is set to -d-.<br>It is used to eliminate instability during deceleration.<br>Adjust the parameter in accordance with the oscillations. | | |



© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00252
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Figure 30: Communication Menu (COP)**




The communication menu parameters can only be modified when the motor is stopped. The internal protocol used is MODBUS.

## ⚠ WARNING

**LOSS OF COMMUNICATION CAN CAUSE LOSS OF PROTECTION**

When using parameter tLP, ensure that the time set will not interfere with the safe operation of the machine.

**Failure to follow this instruction can result in death or serious injury.**

**Table 24: Communication Menu (COP) Parameters**

| Code | Description | Setting Range | Factory Setting |
|---|---|---|---|
| Add | Soft starter address by the RS-485 serial link | 0 to 31 | 0 |
| tbr | Communication speed in kbps. | 4.8 - 9.6 - 19.2 | 19.2 |
| FOr | Communication format<br>• 8o1: 8 data bits, odd parity, 1 stop bit<br>• 8E1: 8 data bits, even parity, 1 stop bit<br>• 8n1: 8 data bits, no parity, 1 stop bit<br>• 8n2: 8 data bits, no parity, 2 stop bits | | 8n1 |

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00253
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Case 1:17-cv-00142-RJS Document 303-45 Filed 12/27/22 PageID.13864 Page 255 of 301



Table 24: **Communication Menu (COP) Parameters** *(continued)*

| Code | Description | Setting Range | Factory Setting |
|---|---|---|---|
| tLP | Serial link timeout setting | 0.1 to 60 s | 5 s |
| PCt | Configuration of the serial link for communication with the **remote keypad display**<br>• On: function active. Temporarily configures the soft starter (tbr and FOr) for communication with the remote keypad display.<br>• OFF: function inactive<br>**PCt returns to the OFF state as soon as the control voltage is disconnected. On the next power up, the tbr and FOr parameters return to their initial configuration.** | | OFF |

Figure 31: **Parameter Displayed Menu (SUP)**





© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00254
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

The parameters in the SUP menu below can be modified with the motor stopped or running.

The factory setting displays the motor current (parameter LCr).

To save the chosen display:

- Press the ENT key once: the choice is temporary, it will be cleared at the next power up.
- Press the ENT key again for 2 seconds: the display flashes, the choice is permanent and cannot be modified.

**Table 25: Parameter Displayed Menu (SUP) Parameters**

| Code | Parameter | Unit |
|---|---|---|
| COS | **Power Factor** | 0.01 |
| tHr | **Motor thermal state** varies from 0 to 125%.<br>100% corresponds to the nominal thermal state for the current $I_N$ set. | % |
| LCr | **Motor current**<br>In amperes up to 999 A (examples: 01.5 is 1.5 A, 15.0 is 15 A, 150 is 150 A)<br>In kiloamperes starting at 1000 A (examples: 1.50 is 1500 A, 1.15 is 1150 A) | A or kA |
| rnt | **Operating time** in hours since the last reset.<br>In hours up to 999 hrs (examples: 001 is 1 hr and 111 is 111 hrs)<br>In kilo-hours from 1000 to 65535 (examples: 1.11 is 1110 hrs and 11.1 is 11100 hrs)<br>Above 65535 hrs (65.5) the display resets to zero.<br>Operating time is counted when the motor is not stopped, i.e. when the thyristors are fired (heating, acceleration, steady state, deceleration, braking) and in continuous bypass operation.<br>The hour counter can be reset in line mode using the control word or via the keypad display with the motor stopped. When the power is removed from the 115 Vac control power supply the hour counter is saved in the EEPROM. | h or kh |
| LPr | **Active power** varies from 0 to 255%.<br>100% corresponds to the power at nominal current and at full voltage. | % |
| Ltr | **Motor torque** varies from 0 to 255%.<br>100% corresponds to the nominal torque. | % |
| LAP | **Active power in kW**<br>This parameter requires configuration of the exact value of the line voltage ULn in the drC menu. | kW |
| EtA | **Display of the current state**<br>• nLP: soft starter without run command and power not supplied<br>• rdY: soft starter without run command and power supplied<br>• tbS: starting time delay not elapsed<br>• ACC: acceleration in progress<br>• dEC: deceleration in progress<br>• rUn: steady state operation<br>• brL: braking in progress<br>• CLI: soft starter in current limiting mode<br>• nSt: force to freewheel stop by serial link | |
| LFt | **Last fault detected** (see page 63).<br>If no faults have been saved, the display shows nOF. | |

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00255
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Table 25: Parameter Displayed Menu (SUP) Parameters** *(continued)*

| Code | Parameter | Unit |
|---|---|---|
| PHE | **Phase rotation direction** as viewed from the soft starter<br>• 123: forward (L1 - L2 - L3)<br>• 321: reverse (L3 - L2 - L1) | |
| COd | **Keypad display locking code** enables the soft starter configuration to be protected using an access code (password).<br>**OFF**: no access locking codes<br>• **To lock access**, enter a code (2 to 999). The number displayed can be increased using the ▲ key. Now press ENT. On appears on the screen to indicate that the parameters have been locked.<br>**On**: a code is locking access (2 to 999)<br>• **To unlock access**, enter the code (increasing the number displayed using the ▲ key) and press ENT. The code remains on the display and access is unlocked until the next power down. Parameter access will be locked again on the next power-up.<br>• **If an incorrect code is entered**, On appears on the display and the parameters remain locked.<br>**XXX**: parameter access is unlocked (the code remains on the screen).<br>• **To reactivate locking with the same code** when the parameters have been unlocked, return to On using the ▼ button and then press ENT. On appears on the screen to indicate that the parameters have been locked.<br>• **To lock access with a new code** when the parameters have been unlocked, enter a new code (change the number displayed using the ▲ or ▼ keys) and press ENT. On appears on the screen to indicate that the parameters have been locked.<br>• **To clear locking** when the parameters have been unlocked, return to OFF using the ▼ button and press ENT. OFF remains on the screen. The parameters are unlocked and will remain unlocked until the next restart.<br>**Remember to document your access code (password). Failure to do so could prevent use of the keypad in programming and configuration modes.** | |

When access is locked using a code, only the monitoring parameters can be accessed, and with only a temporary choice of parameter displayed.



© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00256
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

The choice of application functions can be limited by the incompatibility between certain functions. The functions that are not listed in this table are not incompatible with any other functions.

**Figure 32: Compatibility**

| Functions | Soft stop | INTELE braking stop | Force freewheel stop | Thermal protection | Loss of a motor phase | Test on small motor | Cascade | Preheating |
|---|---|---|---|---|---|---|---|---|
| Soft stop | Not significant | Incompatible | Compatible | Compatible | Compatible | Compatible | Compatible | Not significant |
| INTELE braking stop | Incompatible | Not significant | Compatible | Compatible | Compatible | Compatible | Compatible | Not significant |
| Force freewheel stop | Compatible | Compatible | Not significant | Compatible | Compatible | Compatible | Incompatible | Not significant |
| Thermal protection | Compatible | Compatible | Compatible | Not significant | Not significant | Compatible | Incompatible | (2) |
| Loss of a motor phase | Compatible | Compatible | Compatible | Not significant | Not significant | Compatible | Not significant | (1) |
| Test on small motor | Compatible | Compatible | Compatible | Compatible | Compatible | Not significant | Incompatible | Compatible |
| Cascade | Compatible | Compatible | Incompatible | Incompatible | Not significant | Incompatible | Not significant | Incompatible |
| Preheating (3) | Not significant | Not significant | Not significant | (2) | (1) | Compatible | Incompatible | Not significant |

Compatible functions
Incompatible functions
Not significant

(1) Motor phase loss not detected
(2) While the motor is preheating, the thermal protection is disabled. Set the preheating current IPr.
(3) In order for this feature to take effect, press ENT for 10 s (confirmed by flashing display). This parameter cannot be modified via the remote keypad display.



BGSE_00396671-00257
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00258
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# SECTION 8— FAULT MANAGEMENT

As a general rule, if a problem arises when the soft starter is started, it is advisable to restore the factory settings and reprogram your settings one by one. If this does not fix the problem follow the instructions below.

## SOFT STARTER DOES NOT START, NO FAULT DISPLAYED

Determine whether or not the code displayed corresponds to the normal state of the soft starter (see Table 17 on page 38).

If no fault is displayed and the soft starter does not start:

- Check that the line supply is present on the control supply CL1/CL2 (see page 30).
- Check for the presence of the RUN/STOP commands (see Appendix A).

## NON-RESETTABLE FAULTS

When a non-resettable fault appears the soft starter locks and the motor switches to freewheel mode.

The following are signals that a non-reset fault has occurred:

- Relay R2 opens.
- After the soft starter locks, Relay R1 opens.
- The fault code flashes on the display.
- The last 5 faults are stored and viewable with the PowerSuite software workshop.

Do the following before restarting the soft starter:

- Remove the fault cause(s), see Table 26.
- disconnect and reconnect the control supply

**Table 26: Non-Reset Fault Correction**

| Fault Displayed | Probable Cause | Corrective Action |
|---|---|---|
| InF | **Internal fault** | Disconnect and reconnect the control supply. If the fault persists, contact Schneider Electric product support. |
| OCF | **Overcurrent:**<br>• impeding short-circuit on soft starter output<br>• internal short-circuit<br>• bypass contactor stuck<br>• soft starter is overloaded | Disconnect power to the soft starter, then:<br>• Check the connecting cables and the motor isolation.<br>• Check the thyristors.<br>• Check the bypass contactor for a stuck contact.<br>• Check the parameter value bSt in the menu drC (page 49). |
| PIF | **Phase inversion**<br>The line phase inversion does not conform to the PHr, parameter setting in the Protection menu. | Invert two line phases or set PHr to no. |
| EEF | **Internal memory fault** | Disconnect and reconnect the control supply. If the fault persists, contact Schneider Electric product support. |

© 2002 Schneider Electric All Rights Reserved 

BGSE_00396671-00259
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## RESETTABLE FAULTS WHEN CAUSES DISAPPEAR

When a resettable fault appears the soft starter locks and the motor switches to freewheel mode.

The following are signals that a resettable fault has occurred:

- Relay R2 opens.
- If relay R1 is configured as an isolating relay, it opens.
- The fault code flashes on the display as long as the fault is present.
- The last 5 faults are stored and viewable with the PowerSuite software workshop.

Do the following before restarting the soft starter:

- Remove the cause of the fault, see Table 27.
- In 2-wire control, maintain the run command on the RUN input.
- In 3-wire control, initiate a new run command (rising edge) on the RUN input.

**Table 27: Resettable Fault Correction**

| Fault Displayed | Probable Cause | Corrective Action |
|---|---|---|
| EFF | **Invalid configuration on power-up** | • Revert to the factory setting in the drive menu drC.<br>• Reconfigure the soft starter. |
| EF1 | **Invalid configuration**<br>The configuration loaded in the soft starter via the serial link is incompatible. | • Check the initial configuration.<br>• Load a compatible configuration. |

## AUTO-RESET FAULTS (CUSTOMER CONFIGURABLE)

When an auto-reset fault appears the soft starter locks and the motor switches to freewheel mode. When an auto-reset fault occurs, the soft starter will automatically restart when the fault has cleared.

The following are signals that an auto-reset fault has occurred:

- Relay R2 opens.
- If relay R1 is configured as an isolating relay, it opens. R1 remains closed if it is configured as a fault relay, see page 53.
- The fault code flashes on the display as long as the fault is present.
- The last 5 faults are stored and viewable with the PowerSuite software workshop.

In 2-wire control, perform the following steps for any of the faults listed in Table 28 before restarting the soft starter:

- Remove the cause of the fault.
- Maintain the run command on the RUN input.

*NOTE: The soft starter attempts to restart six times at 60 second intervals. If the fault is still present at the 6th attempt it trips, requiring a manual reset (see "Manual-Reset Faults" on page 65). If relay R1 is configured as a fault relay it opens.*


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00260
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Table 28: Auto-Reset Fault Correction (2-wire control)

| Fault Displayed | Probable Cause | Corrective Action |
|---|---|---|
| PHF | **Loss of a line phase** | Check the line, the connection to the soft starter, and any isolating devices located between the line and the soft starter (such as contactors, fuses, and circuit-breakers). |
| | **Loss of a motor phase**<br>If the motor current falls below an adjustable threshold PHL for 0.5 s (single phase) or for 0.2 s (3-phase). This fault can be configured in the Protection menu PrO, parameter PHL. | • Check the motor connection and any isolating devices located between the soft starter and the motor (such as contactors, fuses, and circuit-breakers).<br>• Check the motor state.<br>• Ensure that parameter PHL is compatible with the motor. |
| FrF | **Line frequency is out of tolerance.**<br>This fault can be configured in the Advanced settings menu drC, parameter FrC. | • Check the line.<br>• Ensure that parameter FrC is configured properly for the line used (generating set for example). |

For any of the faults listed in Table 29 perform the following steps before restarting the soft starter:

- Remove the cause of the fault.
- In 2-wire control, maintain the run command.

Table 29: Auto-Reset Fault Correction

| Fault Displayed | Probable Cause | Corrective Action |
|---|---|---|
| USF | **Power supply fault on a run command** | Check the power supply circuit and voltage. |
| CLF | **Control line failure** | Loss of CL1/CL2 for more than 200 ms. |

If the automatic restart function is not selected, see "Manual-Reset Faults" below for the indication of these faults and the restart instructions.

## MANUAL-RESET FAULTS

When a manual reset fault appears, the soft starter locks and the motor switches to freewheel mode.

The following are signals that a manual-reset fault has occurred:

- Relay R2 opens.
- Relay R1 opens.
- The fault code flashes on the display as long as the fault is present.
- The last 5 faults are stored and viewable with the PowerSuite software workshop.

Perform the following steps before restarting the soft starter:

- Remove cause of the fault.
- In 2-wire and 3-wire control, initiate a new run command (rising edge) on the RUN input to reset the fault.

  *NOTE: A reset will not take place on a run command if LI is assigned to the fault reset (LIr) function.*
- In 2-wire and 3-wire control, initiate another new run command (rising edge) on the RUN input to reset the fault.

© 2002 Schneider Electric All Rights Reserved

Table 30: Manual-Reset Fault Correction

| Fault Displayed | Probable Cause | Corrective Action |
|---|---|---|
| SLF | **Serial link fault** | Check the RS-485 connection. |
| EtF | **External fault** | • Check the custom fault.<br>• Check the mechanism for wear, mechanical play, lubrication, blockages, etc.<br>• Check the value of the tLs setting in the PrO menu, page 45.<br>• Make sure the soft starter and motor are sized properly for the load and application. |
| OLC | **Current overload** | • Check the mechanism for wear, mechanical play, lubrication, blockages, etc.<br>• Check the value of parameters LOC and tOL in the PrO menu, page 46. |
| OLF | **Motor thermal fault** | • Check the mechanism for wear, mechanical play, lubrication, blockages, etc.<br>• Make sure the soft starter and motor are sized properly for the load and application.<br>• Check the value of parameter tHP in the PrO menu (page 45) and that of parameter $I_N$ in the SEt menu, page 41.<br>• Check the electrical isolation of the motor.<br>• Wait for the motor to cool before restarting. |
| OtF | **Motor thermal fault detected by the PTC probes** | • Check the mechanism for wear, mechanical play, lubrication, blockages, etc.<br>• Make sure the soft starter and motor are sized properly for the load and application.<br>• Check the value of the PtC setting in the PrO menu, page 46.<br>• Wait for the motor to cool before restarting. |
| ULF | **Motor underload** | • Check the hydraulic circuit.<br>• Check the value of parameters LUL and tUL in the PrO menu, page 45. |
| LrF | **Locked rotor in steady state**<br>This fault is only active in steady state with soft starter bypass contactor. It is detected if the current in a phase is greater than or equal to 5 $I_N$ for more than 0.2 s. | Check the mechanism for wear, mechanical play, lubrication, blockages, etc. |

## RESET FAULTS USING A LOGIC INPUT

If a logic input LI is configured to reset motor thermal fault, LIt, or any other resettable fault, LIr, for the motor to restart, the following conditions must be met:

- The soft starter must send a pulse on logic input LI.
- In 2-wire control, the run command must be maintained on the RUN input.
- In 3-wire control, a new run command (rising edge) must be initiated on the RUN input.


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00262
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## TROUBLESHOOTING PROCEDURE

When troubleshooting the soft starter, discuss the symptoms of the reported problem with the operating personnel. Ask the operator to describe the problem and to identify when and where it first occurred. Then directly observe the controller and process. Copy the Troubleshooting Sheet on page 68 and use it to record the controller, motor, and peripheral equipment nameplate data.

## TECHNICAL SUPPORT

For more information, call, fax, or write:

Square D / Schneider Electric Technical Support
8001 Highway 64 East
Knightdale, NC 27545-9023

Telephone: 919-266-8600 or 1-888-SQUARED (1-888-778-2733)
Fax: 919-217-6508
e-Mail: drivespsg@squared.com

© 2002 Schneider Electric All Rights Reserved



BGSE_00396671-00263
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# ALTISTART 48 TROUBLESHOOTING SHEET

When requesting after-sales service, it is important to disclose all conditions under which the Square D / Schneider Electric equipment currently operates. This will help in diagnosing the system quickly.
FAX to: **Technical Support @ 919-217-6508**

DATE:
CONTACT NAME:
COMPANY:
ADDRESS:
CITY:
STATE:
PHONE:
FAX:

## SOFT START CONFIGURATION

PART NUMBER: ATS48- ______ SERIAL NUMBER: 6W- ______

APPLICATION/EQUIPMENT DESIGNATION: ______

## MOTOR NAMEPLATE DATA

HORSEPOWER: ______ VOLTAGE (3 PHASE): ______ FREQUENCY: ______ POLES: ______ FLA: ______

SERVICE FACTOR: ______ MOTOR TYPE/DESIGN: ☐ NEMA A ☐ NEMA B ☐ NEMA C ☐ NEMA D

MOTOR CABLE TYPE: ______ APPROXIMATE CABLE LENGTH (IN FEET): ______

## POWER SOURCE AND ENVIRONMENT

VOLTAGE BETWEEN L1 AND L2: ______ VOLTAGE BETWEEN L2 AND L3: ______ VOLTAGE BETWEEN L3 AND L1: ______

SERVICE TRANSFORMER RATING: ______ KVA, ______ % Z FREQUENCY: ☐ 60HZ OR ☐ 50 HZ

AMBIENT TEMPERATURES: ______ MIN °C (°F) ______ MAX °C (°F) HUMIDITY: ______

ALTITUDE IF GREATER THAN 3300 FEET ABOVE SEA LEVEL, SPECIFY: ______ FT

## SOFT START FAULT CODES

REFER TO TABLES 28 THROUGH 33 FOR POSSIBLE CAUSES & CORRECTIVE ACTION

| NON-RESET FAULTS | AUTO-RESET FAULTS (CUSTOMER CONFIGURABLE) | MANUAL RESET FAULTS | ☐ OLF – MOTOR THERMAL FAULT |
|---|---|---|---|
| ☐ InF – INTERNAL FAULT | ☐ PHF – LOSS OF PHASE OR LOSS OF MOTOR PHASE | ☐ SLF – SERIAL LINK FAULT | ☐ OHF – STARTER THERMAL FAULT |
| ☐ OCF - OVERCURRENT | ☐ FrF – LINE FREQUENCY (OUT OF TOLERANCE) | ☐ EtF – EXTERNAL FAULT | ☐ OtF – MOTOR THERMAL FAULT VIA PTC PROBES |
| ☐ PIF – PHASE INVERSION | ☐ USF – POWER SUPPLY | ☐ StF – EXCESSIVE STARTING TIME | ☐ ULF – MOTOR UNDERLOAD |
| ☐ EEF – INTERNAL MEMORY | ☐ CLF – CONTROL LINE FAILURE (CL1/CL2) | ☐ OLC – CURRENT OVERLOAD | ☐ LrF – LOCKED ROTOR (IN STEADY STATE) |

| | | |
|---|---|---|
| RESETTABLE FAULTS WHEN CAUSES DISAPPEAR | ☐ CFF – INVALID CONFIGURATION (POWER UP) | ☐ CFI – INVALID CONFIGURATION (COMM) |

DETAILED DESCRIPTION OF PROBLEM (ATTACH WIRING DIAGRAM/SCHEMATICS IF APPLICABLE):


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00264
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## FACTORY SETTINGS

| | Code | Designation | Factory Setting | Customer Setting | Parameter Range and Units |
|---|---|---|---|---|---|
| SEt Menu Settings | In | Current setting | Depends upon starter rating | | 0.5 to 1.3 $I_{CL}$ (A) |
| | ILt | Current limit | 400 | | 150 to 500% of In |
| | ACC | Acceleration ramp time | 15 | | 1 to 60 s |
| | tq0 | Initial starting torque | 20 | | 0 to 100% of $T_N$ |
| | StY | Type of stop | -F- (free wheel) | | -d- deceleration<br>-b- braked<br>-F- free wheel |
| | dEC<br>EdC | Deceleration ramp time<br>Final deceleration torque | 15<br>20 | | 1 to 60 s<br>0 to 100% of estimated torque |
| | brC<br>EbA | Internal braking torque level<br>Injection time at the end of braking | 50<br>20 | | 0 to 100<br>20 to 100 |
| PRO Menu Protection | tHP | Motor thermal protection | 10 | | OFF, 2, 10A, 10, 20, 25 or 30 |
| | ULL | Activation of motor underload | OFF | | OFF<br>dEF: treated as fault<br>ALA: treated as alarm |
| | LUL<br>tUL | Motor underload threshold<br>Motor underload time | 60<br>60 | | 20 to 100% of $I_N$<br>1 to 60 s |
| | tLS | Excessive starting time | OFF | | OFF - 10 to 999 s |
| | OIL | Activation of current overload | OFF | | ALA: treated as alarm<br>dEF: treated as fault<br>OFF: no protection |
| | LOC<br>tOL | Current overload threshold<br>Current overload time | 80<br>10 | | 50 to 300% of $I_N$<br>0.1 to 600 s |
| | PHr | Protection against line phase inversion | no | | 321: reverse (L3-L2-L1)<br>123: forward (L1-L2-L3)<br>no: no monitoring |
| | tbS | Time before starting | 2 | | 0 to 999 s |
| | PHL | Phase loss threshold | 10 | | 5 to 10% |
| | PtC | Activation of motor monitoring by PTC probes | OFF | | OFF<br>dEF: treated as fault<br>ALA: treated as alarm |
| | ArS | Automatic restart | OFF | | OFF - On |
| | rtH | Reset motor thermal state | No | | No - YES |

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00265
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## FACTORY SETTINGS *(continued)*

| | Code | Designation | Factory Setting | Customer Setting | Parameter Range and Units |
|---|---|---|---|---|---|
| drC Menu Advanced Settings | t L I | Torque limit | OFF | | OFF - 10 to 200% of $T_N$ |
| | b S t | Voltage boost level | OFF | | 50 to 100% of mains voltage |
| | S S t | Tests on a small motor | OFF | | On - OFF |
| | C L P | Torque control (type of control) | On | | On - OFF |
| | L S C | Stator loss compensation | 50 | | 0 to 90% |
| | t I G | Deceleration gain (for torque control) | 40 | | 10 to 50% |
| | C S C | Activation of cascade function | OFF | | On - OFF |
| | U L n | Line voltage | 690 | | 180 to 790 V |
| | F r C | Line frequency | AUt | | 50 - 60 - AUt |
| | r P r | Reset kWh or the operating time | no | | No - APH - trE |
| | F C S | Return to factory settings | no | | No - YES |


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00266
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## FACTORY SETTINGS *(continued)*

| | Code | Designation | Factory Setting | Customer Setting | Parameter Range and Units |
|---|---|---|---|---|---|
| IO Menu (Management of Inputs / Outputs) | L I3<br>L I4 | Logic inputs | LIA<br>LIL | | No: not assigned<br>LIA: forced free wheel<br>LIE: external fault<br>LIH: not implemented<br>LIL: force to local control mode<br>LII: inhibition of faults<br>LIt: reset motor thermal fault<br>LIC: activate cascade function<br>LIR: fault reset<br>LIM: second configuration |
| | IPr | Preheating level | 0% | | 0 to 100% |
| | tPr | Time delay before preheating | 5 mn | | 0 to 999 minutes |
| | LO1<br>LO2 | Logic outputs | tAI<br>rnI | | No: not assigned<br>tAI: motor thermal alarm<br>rnI: motor powered<br>AIL: motor current alarm<br>AUL: motor underload alarm<br>APC: motor PTC sensor alarm<br>AS2: second configuration active |
| | 1 | Relay R1 | r1F | | R1F: fault<br>R1I: isolation relay |
| | 3 | Relay R3 | rnI | | No: not assigned<br>tAI: motor thermal alarm<br>rnI: motor powered<br>AIL: motor current alarm<br>AUL: motor underload alarm<br>APC: motor PTC sensor alarm<br>AS2: second configuration active |
| | AO | Analog output | OCr | | No: not assigned<br>Ocr: motor current<br>Otr: motor torque<br>OtH: motor thermal state<br>OCO: power factor<br>OPr: active power |
| | O 4 | Configuration of the analog output AO | 020 | | 020: 0 – 20 mA<br>420: 4 – 20 mA |
| | ASC | Scaling of the analog output | 200 | | 50 to 500% |

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00267
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## FACTORY SETTINGS *(continued)*

| | Code | Designation | Factory Setting | Customer Setting | Parameter Range and Units |
|---|---|---|---|---|---|
| St2 Menu 2nd Motor Parameters | In2 | Nominal motor current | Depends upon starter rating. | | 0.5 -1.3 $I_{CL}$ (A) |
| | IL2 | Current limit | 400 | | 150 – 700% of In, limited to 500% of $I_{CL}$ |
| | ACC2 | Acceleration ramp time | 15 | | 1-60 s |
| | tq2 | Initial starting torque | 20 | | 0 – 100% of $T_N$ |
| | dE2 | Deceleration ramp time | 15 | | 1 to 60 s |
| | Ed2 | Threshold for changing to freewheel stop mode at end of deceleration | 20 | | 0 to 100% of estimated torque |
| | tL2 | Maximum torque limit | OFF | | 10 to 200% |
| | tI2 | Deceleration gain (for torque control) | 40 | | 10 to 50% |
| COP Menu Communication | Add | Starter address | 0 | | 0 to 31 |
| | tbr | Communication speed | 19.2 | | 4.8 – 9.6 – 19.2 |
| | FOr | Communication format | 8n1 | | 8o1: 8 bits, odd, 1 stop bit<br>8E1: 8 bits, even, 1 stop bit<br>8n1: 8 bits, no parity, 1 stop bit<br>8n2: 8 bits, no parity, 2 stop bit |
| | tLP | Serial link timeout setting | 5 | | 0.1 to 60 s |
| | PCt | Configuration of serial link for communications with remote keypad display | OFF | | On – OFF |


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00268
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# APPENDIX A—RECOMMENDED WIRING DIAGRAMS

Figures 33–35 illustrate circuit diagrams for typical non-reversing and reversing applications in 2-wire and 3-wire control. The recommended circuit diagrams include SCR fault isolation for optimal protection of the motor, driven machinery, and operating personnel.

**Table 31: Description of Logic for Recommended Wiring Diagrams**

| Item | Name | Description |
|---|---|---|
| IC1<br>IC1A | Isolation Contactor (Fwd) | The isolation contactor logic closes IC1 upon a start command and opens IC1 after the stop is complete. The RCR (or RFR and RRR for reversing) are timed contacts that must have a time delay greater than the deceleration ramp time or the INTELE braking time. When a coast stop is selected, the time delay must be set for a time that will allow complete decay of the motor residual voltage. The isolation contactor opens immediately upon a fault. The pilot relay (IC1A) is required when the IC1 contactor coil exceeds the relay rating. |
| IC2<br>IC2A | Isolation Contactor (Rev) | Used for reversing applications only, the IC2 must be mechanically interlocked to IC1. A reversing contactor may be used for the combination of IC1 and IC2. In general, the operation of IC2 is identical to IC1. The pilot relay (IC1A) is required when the IC1 contactor coil exceeds the relay rating. |
| SC<br>SCA | Shorting Contactor and Pilot Relay | The shorting contactor is used to reduce the heat dissipated by the controller when the motor is operating at full speed and voltage. The controller provides proper sequencing of this contactor by the "end-start-up" relay. When the start is completed, the shorting contactor will be commanded to close. The controller will continue to monitor the motor thermal state and provide motor overload protection. Upon a stop command, the SC contactor will open, transferring the motor current to the SCRs to allow for controlled deceleration if desired. The pilot relay (SCA) is required when the SC contactor coil exceeds the relay rating. |
| TS | Transient Suppressors | Transient suppression of all relay and contactor coils (except ST) is recommended to minimize the possibility of electrical interference with the controller electronics and to increase relay contact life. |
| RCR | Run Command Relay | Used in all non-reversing logic (optional in shunt trip) for proper sequencing of contactor logic. When energized, RCR initiates the start sequence. When de-energized, stopping is initiated. Operator controls can be either on/off selector switch, HOA selector switch or start/stop push buttons. RCR remains energized during a fault. Once the fault condition has been cleared, RCR must be de-energized by a "stop" command then re-energized to restart the controller. |
| RFR | Run Forward Relay | Used for reversing applications only, this coil duplicates the functionality of RCR for the forward direction and is interlocked with the RFR relay. |
| RRR | Run Reverse Relay | Used for reversing applications only, this coil duplicates the functionality of RCR for the reverse direction and is interlocked with the RRR relay. |
| ST | Shunt Trip Coil | This coil is attached to the shunt trip coil on the disconnect and will energize 2 seconds after a controller fault by the TR timer contact. The time delay is to prevent nuisance tripping of the circuit breaker during controller power-up or during line undervoltage conditions. |
| TR | Trip Relay | Used in shunt trip circuit breaker logic only: coil energized upon a controller fault. |
| FR | Fault Relay | Used with logic diagrams that use an isolation contactor. The fault relay is energized during normal operation and deenergizes if the controller fault contacts open or if the motor thermal switch (if supplied) opens. FR also provides additional contacts for the controller fault output. |

To select control operators (push buttons, pilot lamps, and selector switches), control power transformers, and wire management devices (control and power terminal strips, wire terminations) indicated on the recommended wiring diagram configurations, refer to the latest editions of Square D / Schneider Electric's full line product catalogs.

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00269
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Case 1:17-cv-00142-RJS Document 303-45 Filed 12/27/22 PageID.13880 Page 271 of 301



**Figure 33: Nonreversing with Shunt Trip Fault Isolation**





© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00270
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Figure 34: Nonreversing with Isolation Contactor**




© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00271
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**Figure 35: Reversing with Isolation Contactors**






© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00272
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# APPENDIX B—RECOMMENDED COMPONENT LISTS

To select control operators (push buttons, pilot lamps, and selector switches), control power transformers, and wire management devices (control and power terminal strips, wire terminations) indicated on the recommended wiring diagram configurations, refer to the latest editions of Square D / Schneider Electric's full line product catalogs.

**Table 32: Suggested Components for Standard Duty Applications**

| Induction Motor (M) Rated hp [1] | | | | ATS48 Controller Model | Device Rated Current @40 °C [2] | Power Burden (VA) | Class CC Control Fuse Size (FU4/FU5 Fuses) | |
|---|---|---|---|---|---|---|---|---|
| 208 V | 230 V | 460 V | 575 V | | | | @208/230 V (A) | @460/575 V (A) |
| 3 | 5 | 10 | 15 | ATS48D17Y | 17 | 25 | 0.25 | |
| 5 | 7.5 | 15 | 20 | ATS48D22Y | 22 | 25 | 0.25 | |
| 7.5 | 10 | 20 | 25 | ATS48D32Y | 32 | 25 | 0.25 | |
| 10 | — | 25 | 30 | ATS48D38Y | 38 | 25 | 0.25 | |
| — | 15 | 30 | 40 | ATS48D47Y | 47 | 25 | 0.25 | |
| 15 | 20 | 40 | 50 | ATS48D62Y | 62 | 25 | 0.25 | |
| 20 | 25 | 50 | 60 | ATS48D75Y | 75 | 25 | 0.25 | |
| 25 | 30 | 60 | 75 | ATS48D88Y | 88 | 25 | 0.25 | |
| 30 | 40 | 75 | 100 | ATS48C11Y | 110 | 25 | 0.25 | |
| 40 | 50 | 100 | 125 | ATS48C14Y | 145 | 25 | 0.25 | |
| 50 | 60 | 125 | 150 | ATS48C17Y | 170 | 25 | 0.25 | |
| 60 | 75 | 150 | 200 | ATS48C21Y | 210 | 25 | 0.25 | |
| 75 | 100 | 200 | 250 | ATS48C25Y | 250 | 25 | 0.25 | |
| 100 | 125 | 250 | 300 | ATS48C32Y | 320 | 25 | 0.25 | |
| 125 | 150 | 300 | 350 | ATS48C41Y | 410 | 25 | 0.25 | |
| 150 | — | 350 | 400 | ATS48C48Y | 480 | 25 | 0.25 | |
| — | 200 | 400 | 500 | ATS48C59Y | 590 | 25 | 0.25 | |
| 200 | 250 | 500 | 600 | ATS48C66Y | 660 | 25 | 0.25 | |
| 250 | 300 | 600 | 800 | ATS48C79Y | 790 | 25 | 0.25 | |
| 350 | 350 | 800 | 1000 | ATS48M10Y | 1000 | 25 | 0.25 | |
| 400 | 450 | 1000 | 1200 | ATS48M12Y | 1200 | 25 | 0.25 | |

[1] Motor full load currents through 500 hp @ 460/575 V, 250 hp @ 230 V, and 200 hp @ 208 V are taken from the National Electrical Code (NEC) (NFPA 70-2002, Table 430.150). Above these ratings, motor full load currents are calculated based upon 1.2 A/hp for 460 V and 2.4 A/hp for 230 V. Motors listed are for standard duty applications. For severe duty applications, select the next larger controller size.

[2] The ambient temperature indicated in the table represents the temperature of the air surrounding the ATS48 controller. Any additional temperature factors associated with the enclosure system or actual installation ambient temperature must be considered when determining the actual rated current ($I_{CL}$) of the controller. For operating ambient above 40° C without a shorting/bypass contactor and 50° C with a shorting/bypass contactor but not exceeding 60° C, the rated current ($I_{CL}$) of the controller must be de-rated by 2% per °C.

© 2002 Schneider Electric All Rights Reserved



BGSE_00396671-00273
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Case 1:17-cv-00142-RJS Document 303-45 Filed 12/27/22 PageID.13884 Page 275 of 301



**Table 33: Additional Suggested Components for Standard Duty Applications**

| ATS48 Controller Model | IC1 [1, 2, 3] | IC2 [1, 2, 3] | | SC [1, 2, 3] | Fusible Disconnect [4] | | | Thermal Magnetic Circuit Breaker [4, 8, 5] |
|---|---|---|---|---|---|---|---|---|
| | Isolation Contactor | Reversing Contactor [6] | Mechanical Interlock | Shorting Contactor (AC1) | Power Fuses Class/Rating | Fuse Block [7] | Molded Case Switch [8] | |
| D17Y | LC1D18 | LC1D18 | [9] | LC1D18 | J / 25 | 60308J | FHL36000M | FAL36030 |
| D22Y | LC1D25 | LC1D25 | [9] | LC1D25 | J / 30 | 60308J | FHL36000M | FAL36040 |
| D32Y | LC1D32 | LC1D32 | [9] | LC1D32 | J / 40 | 60608J | FHL36000M | FAL36050 |
| D38Y | LC1D40 | LC1D40 | [9] | LC1D40 | J / 50 | 60608J | FHL36000M | FAL36060 |
| D47Y | LC1D50 | LC1D50 | [9] | LC1D50 | J / 60 | 60608J | FHL36000M | FAL36080 |
| D62Y | LC1D65 | LC1D65 | [9] | LC1D65 | J / 80 | 61038J | FHL36000M | FAL36090 |
| D75Y | LC1D80 | LC1D80 | [9] | LC1D80 | J / 100 | 61038J | FHL36000M | FAL36100 |
| D88Y | LC1D80 | LC1D80 | [9] | LC1D80 | J / 120 | 62003J | KHL36000M | KAL36110 |
| C11Y | LC1D115 | LC1D115 | [9] | LC1D115 | J / 150 | 62003J | KHL36000M | KAL36150 |
| C14Y | LC1D150 | LC1D150 | [9] | LC1D150 | J / 200 | 62003J | KHL36000M | KAL36200 |
| C17Y | LC1F185 | LC1F185 | LA9FF970 | LC1F185 | J / 225 | 64033J | LHL36000M | LAL36225 |
| C21Y | LC1F265 | LC1F265 | LA9FG970 | LC1F265 | J / 300 | 64033J | LHL36000M | LAL36250 |
| C25Y | LC1F265 | LC1F265 | LA9FJ970 | LC1F265 | J / 350 | 64033J | LHL36000M | LAL36350 |
| C32Y | LC1F400 | LC1F400 | LA9FJ970 | LC1F400 | J / 400 | 64033J | LHL36000M | LAL36400 |
| C41Y | LC1F400 | LC1F400 | LA9FJ970 | LC1F400 | J / 500 | 6633J | MHL36000M | MAL36500 |
| C48Y | LC1F500 | LC1F500 | LA9FJ970 | LC1F500 | J / 600 | 6633J | MHL360006M | MAL36600 |
| C59Y | LC1F630 | LC1F630 | LA9FJ970 | LC1F630 | L / 700 | [7] | MHL360008M | MAL36800 |
| C66Y | LC1F800 | LC1F800 | LA9FJ970 | LC1F800 | L / 900 | [7] | MHL360008M | MAL36900 |
| C79Y | LC1BL33 | LC1BL33 | LA9FL970 | LC1BL33 | L / 1100 | [7] | MHL36000M | [10] |
| M10Y | LC1BL33 | LC1BL33 | LA9FL970 | LC1BL33 | L / 1350 | [7] | MHL36000M | [10] |
| M12Y | LC1BP33 | LC1BP33 | LA9FX970 | LC1BP33 | L / 1600 | [7] | NCL3600012M | [10] |

[1] All coils are selected for 120 V, 60 Hz operation. Refer to the Square D *Digest* for additional coil voltages or auxiliary contact configurations. One block may be added to each contactor.

[2] Power terminals are not included with LC1-F contactors. Refer to the latest editions of Square D / Schneider Electric's full line product catalogs for additional ordering information.

[3] The use of transient suppressors across all contactor coils is recommended. Refer to the latest editions of Square D / Schneider Electric's full line product catalogs for selection of transient suppressors.

[4] According to the National Electrical Code, branch circuit overcurrent protection must be provided for each controller. Short circuit protective devices recommended in this table are within NEC requirements for Type 1 coordination.

[5] According to the National Electrical Code, branch circuit overcurrent protection must be provided for each controller. Short circuit protective devices recommended in this table are within NEC requirements for Type 1 coordination.

[6] Reversing contactors for C11 through M12 controllers must be assembled from components. Parts quantities for a basic contactor assembly, minus the power connection links and terminals, are indicated before each part number. Refer to the latest editions of Square D / Schneider Electric's full line product catalogs for power connector link and terminal kits. Reversing contactor interlock units used for the C79 through M12 controllers are designed for vertical interlocking of the individual contactors. Horizontally interlocked contactors are used for D17 through C59 controllers.

[7] Fuse holder part number references are for Class J fuses only based on Ferraz Shawmut spring reinforced with box type connectors acceptable for Al/Cu wiring. Class L fuses require bolt-on connections to user-supplied power bus work.

[8] The molded case switches and circuit breakers selected require the addition of operator mechanisms to allow operation from the exterior of an enclosure. Refer to the latest editions of Square D / Schneider Electric's full line product catalogs for operator mechanism information. When using a shunt trip relay for SCR fault isolation, order a disconnect switch with suffix -1021 for addition of shunt trip coil.

[9] The D Line contactor is available as a reversing configuration. For these applications, change the IC1 part number prefix from LC1- to LC2- to order the IC1 and IC2 combination complete with mechanical interlocks.

[10] Devices rated above 660 A have not been coordinated with circuit breakers. You must use a Class L fuse for overcurrent protection with ATS48 controller models C79, M10, and M12.


© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00274
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# APPENDIX C—OPTIONS AND ACCESSORIES

Tables 34–36 show the accessories available for ATS48 soft start controllers.

**Table 34: Documentation**

| | |
|---|---|
| VVDED302023 | MODBUS Protocol User's Manual (multilingual) |
| DCICD398111 | Communications: Ethernet, FIPIO, DeviceNet, Profibus DP User's Manual (CD-ROM version only) |

**Table 35: Remote Keypad Display**

| | |
|---|---|
| VW3G48101 | Remote mounting kit for keypad display (IP54).<br>• 7-segment remote keypad display<br>• Mounting kit containing cover, screws, and an IP54 seal on the front panel.<br>• 9.8 ft (3 m) cable with a 9-way SUB-D connector for keypad display and an RJ-45 connector for connecting to an ATS48 controller. |

**Table 36: Protective Covers for Power Terminals**

| | |
|---|---|
| LA9F702 | Set of six protective covers for ATS48C14Y to ATS48C17Y. |
| LA9F703 | Set of six protective covers for ATS48C21Y, ATS48C25Y, and ATS48C32Y |

*NOTE: The ATS48 controller has 9 unprotected power terminals.*

## PowerSuite Advanced Dialogue Solutions

PowerSuite solutions are compatible with software version 1.30, build 5.

**Table 37: Pocket PC/PDA Kits**

| | |
|---|---|
| **VW3A8108EN (English)**<br>**VW3A8108FR (French)**<br>**VW3A8108SP (Spanish)** | Complete PowerSuite Pak includes:<br>• Palm size HP JORNADA 525 (Palm size PC terminal) with operating system, PC synchronization cable and power supply.<br>• PowerSuite CD-ROM setup software [VW3A8014]<br>• Connection cable [VW3A8111]. |
| **VW3A8102** | Pocket PC/PDA setup kit includes:<br>• CD-ROM containing setup software.<br>• Connection kit for the Palm size PC terminal.<br>Available in English, French, and Spanish operating systems. |
| **VW3A8111** | Cable connection kit for the Palm size PC terminal to an ATS48 controller includes:<br>• (2) connection cables, 9.8 ft (3 m) each with two RJ-45 connectors.<br>• (1) RJ-45/9-way SUB-D adaptor.<br>• (1) converter marked "RS-232/RS-485 PPC" with one 9-way male SUB-D connector and 1 RJ-45 connector. |

**Table 38: PowerSuite Software for Personal Computers**

| | |
|---|---|
| VW3A8104 | PowerSuite Test and Commissioning Software on CD for use with Microsoft® Windows 95, 98, and NT™ and Windows CE v3.0 for Pocket PCs/PDA. |
| VW3A8106 | Cable connection kit for the Personal Computer to an ATS48 controller.<br>• two connection cables, 9.8 ft (3 m) each with two RJ-45 connectors.<br>• one RJ-45/9-way SUB-D adaptor.<br>• one converter marked "RS-232/RS-485 PPC" with one 9-way male SUB-D connector and one RJ-45 connector. |

Factory repaired ATS48 controllers are available within 24 hours from a factory exchange pool, or your ATS48 controller can be factory repaired and returned. Contact your local Square D / Schneider Electric Distributor or

© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00275
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Square D / Schneider Electric Customer Service Representative at 919-266-8666 for availability.



© 2002 Schneider Electric All Rights Reserved

BGSE_00396671-00276
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# INDEX


## A

AC2 55
ACC 41
Add 57
AIL 53
AO 53
APC 53
ArS 47
AS2 53
ASC 53
AUL 53

## B

brC 43
bSt 49

## C

CFF 64
CFI 64
circuit breaker 78
CLF 65
CLP 49
COd 50
contactor
  isolation 78
  reversing 78
  shorting 78
COS 59
CSC 50

## D

DCF 63
dE2 56
dEC 42

## E

EbA 43
Ed2 56
EdC 42
EEF 63
EtA 59
EtF 66

## F

factory settings 69
faults
  auto-reset 65
  manual-reset 66
  non-reset 63
  resettable 64
FCS 50
FOr 57
FrC 50
freewheel stop 41
FrF 65
fuses 14, 77, 78

## I

IL2 55
ILt 41
In 41
In2 55
InF 63
INTELE braking stop 32, 41
IPr 52
isolation contactor 23, 78

## L

LAP 59
LCr 59
LFt 59
LI3 52
LI4 52
LIA 52
LIC 52
LIE 52
LIH 52
LII 52
LIL 52
LIr 52
LIS 52
LIt 52
LO1 53
LO2 53
LOC 46
LPr 59
LrF 66
LSC 50
Ltr 59
LUL 45

## M

menus
  access to 39
  advanced setting (drC) 48
  communication (COP) 57
  I/O (IO) 51
  parameter displayed (SUP) 58
  protection (PrO) 44
  second motor parameters (St2) 54
  settings (SEt) 40

## O

O 4 53
OCO 53
OCr 53
OIL 46
OLC 66
OLF 66
OPr 53
OtF 66
OtH 53
Otr 53

## P

parameter access 39
PCt 58
PHE 60
PHF 65
PHL 46
PHr 46
PIF 63
PtC 46

## R

r1 53
r1F 53
r1I 53
r3 53
reversing contactor 78
rnI 53
rnt 59
rPr 50
rtH 47

## S

setting
  factory 69
shorting contactor 78
shunt trip coil 23, 73
SLF 66
soft stopping 41
SSt 49
starter status 40
stop
  freewheel 41
  INTELE braking 32, 41
  soft 41
StY 41

## T

tAI 53
tbr 57
tbS 46
tHP 45
tHr 59
tI2 56
tIG 50
tL2 56
tLI 49
tLP 58
tLS 45
tOL 46
tPr 52
tq0 41
tq2 55
tUL 45

## U

ULF 66
ULn 50
USF 65


© 2002 Schneider Electric All Rights Reserved


BGSE_00396671-00277
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

30072-450-61 00

3007245061 00

Square D Company
8001 Highway 64 East
Knightdale, NC 27545 USA
1-888-SquareD (1-888-778-2733)
www.SquareD.com

Electrical equipment should be serviced only by qualified personnel. No responsibility is assumed by Schneider Electric for any consequences arising out of the use of this material. This document is not intended as an instruction manual for untrained persons.

30072-450-61 (06/2002)

© 2002 Schneider Electric All Rights Reserved



HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# AIRPOWER®

## CENTRIFUGAL BLOWERS




VORTRON

# INSTALLATION, OPERATING AND MAINTENANCE PROCEDURES

PROCESS AIR SOLUTIONS

Published By:
Process Air Solutions
201 Sun Valley Circle
Fenton, MO 63026

(636) 343-2021
(636) 343-1285 fax
www.processairsolutions.com
sales@processairsolutions.com

P/N: 2C000-001 - ©2002-2005 Process Air Solutions - All Rights Reserved - International Copyright Secured - 12 Dec 08 V1.2 (2C000-001V1.2)

# Table of Contents

## I Quick Reference


EQUIPMENT INFORMATION ........ 3

YOUR AUTHORIZED VORTRON DISTRIBUTOR: ........ 3

VORTRON CUSTOMER SERVICE ........ 3

INTRODUCTION ........ 4

INSPECTION OF EQUIPMENT AT DELIVERY ........ 4

INSTALLATION AND STARTUP ASSISTANCE ........ 4

EQUIPMENT HANDLING AND STORAGE ........ 4

PRACTICE SAFETY ........ 5

INSTALLATION PROCEDURE ........ 6

SYSTEM START-UP ........ 8

FRESH-AIRE® SYSTEM – INSTALLATION IN ENCLOSURES ........ 10

FINE-TUNING THE INSTALLATION ........ 10

Motor Mounts ........ 10

Unit Positioning ........ 10

GENERAL ........ 11

SERVICE – MAINTENANCE SCHEDULE ........ 11

NOTES on INSPECTION and SERVICE: ........ 11

Blower Head ........ 11

Tensioner ........ 12

Idler Pulley ........ 12

Drive Belt ........ 12

Drive Pulleys ........ 12

Blower Pulley ........ 12

Motor Pulley ........ 13

Motor Mounting Plate ........ 14

Vertical and Horizontal Positioning ........ 16

Filter ........ 16

High Performance Filter Silencer ........ 16

Motor ........ 17

GENERAL ........ 18

RECOMMENDED SPARES: ........ 18



Copyright © 2002-2008, Process Air Solutions


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## *Table of Contents*

REPLACEMENT PARTS ........ 18
GENERAL ........ 20
TOOL LIST WITH CORRESPONDING SERVICE LEVEL ........ 20
Certified Installation Drawings ........ 21
airpower® system test and checkout ........ 24

 Copyright © 2002-2008, Process Air Solutions


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# *I – For Quick Reference*

## EQUIPMENT INFORMATION

For quick reference, record the nameplate data from your ***Air*Power**® blower in the spaces provided below. **For all product service inquiries and for any correspondence concerning *Air*Power® equipment, complete nameplate data must be provided.**

**MODEL #** ______________________

**HEAD ASSY #** ______________________

**SERIAL #** ______________________

**MFG. DATE** ______________________

For convenience, record other blower system data as follows:

**REPL. BELT P/N** ______________________

**SPINDLE SPEED** ______________________

**BLOWER MOTOR HP** ______________________

**VOLTAGE** ______________________

**MOTOR FRAME** ______________________

**MOTOR O&M P/N** ______________________

## YOUR AUTHORIZED VORTRON DISTRIBUTOR:

______________________

**TELEPHONE NUMBER:** ______________________

**FAX NUMBER:** ______________________

## VORTRON CUSTOMER SERVICE

Customer Service is also available directly from Vortron, 8:00 am to 5:00 pm, Central Standard Time (CST), Monday through Friday. Vortron is closed on all legal holidays.

**For all service inquiries, call:**

**Process Air Solutions**

**(636) 343-2021**

Ask for "Vortron Customer Service"

Be prepared to supply all nameplate data from your unit as listed above. If a return is deemed necessary, a Return Authorization number will be provided, together with an application questionnaire, for completion and FAX return to Vortron. This will enable rapid troubleshooting and resolution of any discrepancies.

 Copyright © 2002-2008, Process Air Solutions


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

 Copyright © 2002-2008, Process Air Solutions

BGSE_00396671-00283
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# *II – General Information*

## INTRODUCTION

Welcome to **Vortron *Air*Power®.** We manufacture the finest centrifugal blowers and air knife systems available in the world today. ***Air*Power®** is quickly becoming *the name* for industrial blower products, incorporating over 12 years of turbomachinery leadership. Vortron products are the choice of leading companies and organizations worldwide because of superior performance, service, and reliability. Proper installation, operation and maintenance of your **Vortron *Air*Power®** centrifugal blower will ensure years of reliable and trouble-free service.

## INSPECTION OF EQUIPMENT AT DELIVERY

Inspect all package contents carefully at time of receipt for shipping damage or missing components. Check the packing list to confirm that all equipment and parts have been received. **If any equipment or parts are damaged or missing, you must note any damage or missing items on the carrier's bill of lading and file a claim immediately against the freight carrier.** Notify Vortron of the damage or shortage immediately. We will assist in replacing any damaged equipment or parts shortages as quickly as possible.

**NOTE – SAVE PACKAGING MATERIALS!!**

**In the event that a unit is to be trans-shipped or returned, proper packaging must be utilized.**

**Replacement(s) for damaged or missing original packaging can be provided – contact Vortron Sales for further assistance.**

**Vortron will not be held responsible for damage that may occur due to inadequate packaging of any *Air*Power® unit, or component.**

**If a blower head assembly is to be removed and shipped, it MUST be packaged such that it is completely protected from potential impact damage. Use the originally supplied plastic caps to cover inlet and discharge ports. The spindle pulley MUST BE PROTECTED from potential impact forces – use moldable (2-part) bagged foam or other means, maintaining at least 3" of protective material on all sides. Styrafoam pellets or "peanuts" are entirely inadequate and must never be used!**

**If in doubt, contact Vortron Customer Service for further assistance.**

## INSTALLATION AND STARTUP ASSISTANCE

Contact our Customer Service Department at (636) 343-2021 for any technical questions regarding the installation and operation of your ***Air*Power®** unit. If your equipment was supplied through an authorized Vortron Distributor, contact your Distributor directly for installation and start-up assistance.

## EQUIPMENT HANDLING AND STORAGE

Always store the blower assembly in a "clean and dry" place. Keep the blower in the shipping container until you are ready to install the unit. It is important to retain the blower inlet and discharge port caps in place to prevent any contamination. If any contamination or foreign matter is present during startup, the high-speed impeller and blower internals may be damaged during startup. Vortron cannot support any warranty claims against this type of damage.

If the blower is not to be put into operation within 30 days, obtain long-term storage instruction from our Customer Service Department.

 Copyright © 2002-2008, Process Air Solutions


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## PRACTICE SAFETY

**Remember, Safety First!** This cannot be overemphasized — practice "good" safety habits at all times and follow your company safety policies when installing, operating or servicing any equipment. To avoid injury to yourself, others or damage to the equipment, adhere to your company's and industry safety practices.

1. Keep hands, tools, loose clothing, neckties, jewelry, long hair or other items that could get caught, away from all moving or rotating parts.
2. Employ all safety gear while working on any Vortron ***AirPower***® blower assembly. Use protective equipment such as eyeglasses and earplugs when working on or near any rotating equipment.
3. As a general rule, never stand directly in the rotating "plane" of any belt, fan, flywheel, pulley, etc. while rotating equipment is in operation. Make any observations from a safe distance, and use protective equipment.
4. Read all equipment installation instructions prior to initiating installation and/or operation.
5. Employ qualified technicians, contractors, and/or licensed electrician(s) for installation, maintenance and servicing of all Vortron ***AirPower***® blowers and associated equipment.

 Copyright © 2002-2008, Process Air Solutions

BGSE_00396671-00285
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## INSTALLATION PROCEDURE

1. Installation Location – It is important to locate ***Air*****Power**® equipment with the following guidelines in mind:

   a. To protect from environmental contaminants, excess airborne particulates, abrasives, etc. Water or corrosive liquid splash may attack and corrode aluminum and steel components. Dust and abrasive particles may be ingested into the Fresh-Aire® system and cause premature and/or excessive wear of the drive system components, including belt, pulleys, idler and tensioning system. Vortron cannot warrant for claims due to environmental abuse.

**CAUTION – *Air*Power® units are generally NOT intended for outdoor, "wet" environment installation. If outdoor installation is a requirement, Vortron highly recommends installing under shelter where the equipment can be shielded from the direct effects of environmental elements, including any windblown effects. "Washdown" duty enclosures may also be available – contact Vortron Sales for more information.**

   b. To manage ambient noise levels. Equipment location may also be influenced by the need to manage noise due to proximity of personnel, etc.

   c. To anchor and secure. The location must be solid and level, with ability to securely anchor the equipment.

   d. To provide short and straight ducting runs. To optimize performance, discharge ducting runs should be kept as short as practicable, with the total count of bends, wyes, fittings, etc. kept to the absolute minimum needed.

   e. To enable adequate cooling. The Fresh-Aire® system operation relies on an uninterrupted source of clean, cool air to function properly. Installing the system in a "hot" room, or excessively warm environment will only reduce the available cooling efficacy. This could result in higher operating temperatures of all system components – high speed spindle, drive belt, idler, etc. Higher operating temperatures could result in reduced overall life of these components. For these reasons, Vortron highly recommends the following additional location guidelines:

      i. Do not locate where the front cover vent could be obstructed. Place the unit so that the front vent is at least 18" away from any wall, or other large obstruction.

      ii. Avoid placing near other machinery or where potential heat sources may exist.

      iii. Provide adequate ventilation or means where cooler ambient air is allowed to enter the area while warmer air can be discharged out of the local area.

2. All blowers must be secured/anchored prior to initiating hook-up, startup, testing, or operation to prevent injury to personnel and/or equipment damage. The precision balanced centrifugal blower does not normally exhibit high vibration levels; not much more than a standard electric motor. Anchor the blower motor assembly on a solid flat, level and rigid surface, using 1/2" anchors; 3/8" minimum. Vibration isolation mounts can be supplied on ***Air*****Power**® blower assemblies for additional isolation and/or attenuation of potential structure-borne noise. Ensure that all mounting anchors and hardware are secure prior to starting.

3. Confirm that the proper electrical service is available at the installation site, relative to the following:

   a. Voltage and Phase – Confirm that the appropriate voltage and phase available matches or is compatible with the nameplate data on the ***Air*****Power**® motor.

   b. Current Availability – The service should be adequately sized with correct wire gauge and breaker to support the full load current draw, at the indicated voltage, per the motor nameplate. IF NOT,

 Copyright © 2002-2008, Process Air Solutions

BGSE_00396671-00286
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

TAKE CORRECTIVE MEASURES to install an appropriate service.

c. Protection and Motor Start/Stop – Although various means exist to accomplish motor hookup and operation, Vortron recommends a mechanical disconnect in conjunction with an appropriately sized contactor with built-in thermal protection. The latter may further be of a magnetic or manual type. Additional protection is offered by the disconnect switch if it is equipped with fuses. At the same time, a mechanical disconnect switch allows for safe service and hook-up of the equipment, and lock-out if the equipment is removed for any reason.

4. **Notes on Motor Wiring** – Standard Vortron ***Air*Power®** blowers are equipped with motors that have a range of operating voltages, including 50Hz and 60Hz capability are possible. As a matter of practice, Vortron will pre-wire and test blower units at the intended end-use voltage if this information is made available at the time of order. Standard motor nameplate data is included in a separate O&M submittal, as attached to this instruction. In general, wiring for "high voltage" (380V at 50Hz, OR 460V at 60Hz) differs from the "low voltage" (190V at 50 Hz, OR 208-230V at 60 Hz.). The motor leads must be wired to correspond to the service available. Ensure that your particular service matches to a rating shown on the motor nameplate. Corresponding current draw will also be listed; this is the current that should be noted during any tests or checkout. **See MANUFACTURER'S O&M submittal for additional motor information.**

**CAUTION – Special conditions are required for 15 and 20HP Motors, which are designed for "Wye" start, "Delta" run. These motors can also START and RUN if connected per the "Delta" configuration. The motor CANNOT start AND run while connected per the "Wye" configuration, or damage will result. SEE MOTOR MANUFACTURER'S DATA FOR ADDITIONAL INFORMATION.**

5. Confirm all electrical wiring/circuits are disconnected and/or locked-out at the circuit breaker or disconnect switch, before attempting any electrical work on the motor and/or blower assembly.

6. After making electrical connections, proper motor rotation must be determined. Correct motor shaft rotation is indicated on the ***Air*Power®** unit: **X40 and Z40 units must rotate "clockwise" as viewed from the blower intake; the J70 and Z80 units rotate "counter-clockwise".**

**WARNING – CORRECT MOTOR ROTATION MUST BE CONFIRMED PRIOR TO OPERATING, OR UNIT DAMAGE MAY RESULT!**

Confirm motor rotation as follows:

a. Remove belt cover by removing the four ¼-20 nuts and washers, then cover.

b. **Remove belt** – a 5/8" box wrench on the idler fastening bolt can be used to "relax" the belt tension. **Remove the belt completely.**

c. **All personnel MUST STAND CLEAR** – Energize motor for one second to determine its rotation. Turn all electrical power "OFF" and secure disconnect. Be careful to ensure power cannot be turned back on while you continue the installation.

d. If rotation is correct, proceed to reinstall belt and cover (steps are the reverse of removal). If rotation is incorrect, then TWO of the motor phase wires must be swapped to reverse/correct the rotation.

e. Repeat step 5c. above and confirm rotation.

7. Ensure that all electrical connections are tight and well insulated to protect against moisture and corrosion. All blowers must be grounded to prevent electrical shock.

8. Blower Discharge Connection (See Table Below) – Connect the blower outlet to an air distribution system designed for the blower's airflow. Connections are easily accomplished via a tubular/flexible sleeve connection with T-Bolt clamps, which Vortron can supply. Z40 and X40 units mate to a Ø3.50" OD (tubular) size, while the J70 will mate to a Ø3.00" tubular size. NOTE – uncontrolled airflow may overload the drive motor and or belt drive system. If you are unsure as to proper use and application of any ***Air*Power®** blower unit, DO NOT OPERATE; contact Vortron Engineering for further assistance.

 Copyright © 2002-2008, Process Air Solutions


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**WARNING – *AIR*POWER® BLOWERS MUST NEVER BE OPERATED "WIDE OPEN" NOR COMPLETELY "CHOKED". MOTOR OVERLOAD AND/OR BLOWER DAMAGE MAY OCCUR.**

9. Blower Inlet Connection (See Table Below) – This cannot be overemphasized: **care must be taken to prevent any foreign material from entering the blower.** The blower unit depends on clean air containing airborne particles not exceeding 10 microns in size. Two options exist: either the blower can draw air from the ambient, or, it must be connected to a piping system. In either event, inlet air cleanliness must be ensured through appropriate filtration means. Vortron offers a range of filter options designed specifically for use with ***Air*Power®** equipment. Improper filtration and any ingestion of any liquids or debris will void the warranty.

   Inlet connections on all ***Air*Power®** units are accomplished by the same flexible sleeve and T-Bolt clamp connecting means; X40 and Z40 units require/mate to a Ø5.00" tubular size, while the J70 mates to a Ø4.00" tubular size. All necessary connecting sleeves are available from Vortron.

   ***Air*Power®** duct connections:

| MODEL | INLET | | | DISCHARGE | | |
|---|---|---|---|---|---|---|
| | Ø" SIZE | SLEEVE P/N[1] | CLAMPS | Ø" SIZE | SLEEVE P/N[1] | CLAMP 2ea. REQ'D |
| X40 | 5.00 | 7S500-300 | 7R005-006 (2) | 3.50 | 7S350-300 | 7R005-001 |
| Z40 | 5.00 | 7S500-300 | 7R005-006 (2) | 3.50 | 7S350-300 | 7R005-001 |
| J70 | 4.00 | 7S500-401[2] | 7R005-004 (1)<br>7R005-006 (1) | 3.00 | 7S300-300 | 7R005-002 |
| Z80 | 5.00 | 7S500-300 | 7R005-006 (2) | 4.00 | 7S400-301 | 7R005-004 |

**NOTES:**

1. "Standard" sleeves to allow direct connection to matching tubular duct size. Other adapter sleeves are available to enable connection to alternate tubing sizes. Contact Vortron Sales for availability.

2. Increaser sleeve to enable direct connection to Vortron suction filters (most common option/application).

## SYSTEM START-UP

1. Once the blower assembly, air distribution system and inlet system have been fully installed and have been inspected for correct installation, AND correct motor rotation has been confirmed, you are ready for system start-up.

2. Adhere to the following start-up Procedure:

   a. Energize system. Immediately check/observe for any undue noise, vibration or other "odd" situation. SHUT DOWN if any problems are observed.

   b. If all systems appear normal, allow the system to run. The precision high-speed bearings have a 'break-in' tendency manifest by a higher initial running temperature which will drop and settle after about 15 minutes. During this period, it is important to maintain system operation as the Fresh-Aire® system is supplying critical cooling air to the bearing housing.

   c. After approximately 30 minutes of operation, system readings may be taken. These include flow and pressure (if such instrumentation is available and incorporated) or at minimum, motor current draw. Motor amperage readings may be compared to values supplied with the system during factory test, but in no event should exceed the maximum indicated on the motor nameplate.

   d. After the first 24 hours of use, the system may be inspected again. Shut the system down ***secure power.*** Remove the belt cover. Inspect the belt to ensure no premature wear is indicated. A small amount of rubber particulate may be observed inside the drive system cavity, which is normal for new belts during initial wear-in.

 Copyright © 2002-2008, Process Air Solutions


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## FRESH-AIRE® SYSTEM – INSTALLATION IN ENCLOSURES

The exclusive Fresh-Aire™ system is a functional air vent that must not be defeated if system longevity and reliability is to be maintained (see ***Section III – Installation and Start-up***). If the ***AirPower***® blower system must be installed within an enclosure for environmental protection, noise abatement, or other purpose, then the enclosure must be designed and constructed specifically for use with the ***AirPower***® unit. Contact Vortron Engineering/Sales for further assistance.

**WARNING – INSTALLING ANY *AIR*POWER® UNIT IN A NON-STANDARD, OR NON-FACTORY APPROVED ENCLOSURE COULD VOID WARRANTY!**

## FINE-TUNING THE INSTALLATION

### Motor Mounts

**AirPower** units can be equipped with two available mounting options:

**1) Standard** – Rigid steel rail type mounts without an elastomer component. Unit is not specifically engineered for preventing the transmission of noise or vibration.

**2) Isolators** – Specifically designed mounting isolators to handle specific motor/blower load versus system natural frequencies, and load versus deflection.

### Unit Positioning

Vertical (shown below) or horizontal configuration is possible, where horizontal may be preferred to obtain a lower overall installation profile. The horizontal option is generally "left-hand"; right-hand is possible, but cannot accommodate an inlet filter unit due to the presence of the motor wiring junction box. Procedures for re-configuring unit orientation are included in a later section (see **NOTES on INSPECTION and SERVICE; *Motor Mounting Plate***). See also ***Section VIII – Attachments and Addenda*** for installation drawings.



**X40, Z40 and Z80 – (12) 5/16" –18 Hex Head Cap Screws. Use a ½" wrench or socket.**

**J70 – (8) 1/4" –20 Hex Head Cap Screws. Use a 7/16" wrench**

### Outlet Orientation

The ***AirPower***® blower head assembly outlet orientation has been preset at the factory, with a horizontal discharge direction assumed. When required the outlet orientation maybe changed to any angle desired as the assembly is infinitely variable through 360°. To change orientation, loosen the 6 retainers [12 cap screws, 1/2" wrench; 4 retainers, 8 screws and 7/16" wrench for J70 units] and rotate the blower head assembly to the desired outlet orientation. (Note that certain positions will not work due to interference between the blower outlet and the mounting bracket base. Tighten all retaining screws to approximately 80 in-lbs.)



BGSE_00396671-00289
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## GENERAL

1. When properly installed and operated, little or no routine maintenance will be required. All ***Air*Power®** blowers incorporate sealed bearings requiring no maintenance. Depending on operating conditions, these bearings should provide service life exceeding 20,000 hours.

2. For continuous and reliable service of the blower system, the inlet filter must be kept clean. A dirty filter presents additional system pressure loss which can result in diminishing system performance over time. If system performance becomes unacceptable, then a filter change is necessary to restore performance.

3. The Air Filter element, Drive Belt, and Idler are all serviceable parts.

4. Avoid using compressed air for dust/contaminant removal or blow-off if particulate could be forced into the blower head, seal interfaces, tensioner, etc. Doing so might accelerate wear and cause premature failure of components.

## SERVICE – MAINTENANCE SCHEDULE

Vortron recommends the following maintenance and service schedule. Intervals are whichever occurs first:

| ITEM | OPERATING ENVIRONMENT | INSPECT | CHANGE/REPLACE |
|---|---|---|---|
| FILTER | ~~CLEAN~~ | ~~6 Mos; 1,000 hrs.~~ | ~~6 Mos; 3,000 hrs (15~~ in-Wc ΔP, max.) |
| | ~~DIRTY~~ | ~~1 Mos; 500 hrs.~~ | ~~3 Mos; 1,000 hrs (15~~ in-Wc ΔP, max.) |
| DRIVE BELT | CLEAN | 6 Mos; 2,500 hrs. | 36 Mos; 8,000 hrs. |
| | DIRTY | 3 Mos; 1,000 hrs. | 12 Mos; 4,000 hrs. |
| IDLER PULLEY | CLEAN | 6 Mos; 2,500 hrs. | 36 Mos; 12,000 hrs. |
| | DIRTY | 3 Mos; 1,000 hrs. | 8 Mos; 3,000 hrs. |
| BLOWER HEAD | CLEAN | 12 Mos; 2,500 hrs. | — |
| | DIRTY | 6 Mos; 1,500 hrs. | — |
| TENSIONER | CLEAN | 12 Mos; 2,500 hrs. | — |
| | DIRTY | 6 Mos; 1,500 hrs. | — |
| PULLEYS | CLEAN | 12 Mos; 2,500 hrs. | — |
| | DIRTY | 6 Mos; 1,500 hrs. | — |
| MOTOR | CLEAN | REFER TO MOTOR-SPECIFIC O&M INSTRUCTIONS | |
| | DIRTY | | |

## NOTES on INSPECTION and SERVICE:

### Blower Head

Inspection should consist of a manual "spin" of the shaft while observing/listening to the internal bearing condition. No discernable radial or end-play of the shaft should be present. Inspect the blower inlet and observe condition of the impeller blades and housing surface. All should be clean and free from any signs of erosion or contact damage. Erosion of impeller blades, especially at the leading edge is possible if contaminated air has been allowed to enter. Also, check to ensure that no contaminant build-

 Copyright © 2002-2008, Process Air Solutions

BGSE_00396671-00290
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

up is present on the blade leading edges. Build-up on the blades may cause imbalance and ultimately reduce system performance and/or life. Use ONLY a cotton swab with a suitable solvent, AND CAUTION while cleaning any portion of the rotating components.

### Tensioner

This is generally a non-wearing item that should last the life of the machine. Inspect by manually moving the arm to ensure free and fluid motion. Ensure that the pivot does not exhibit excessive play or slop, which could indicate worn internal components. [NOTE – the tensioner does not contain any user serviceable parts. **DO NOT attempt to disassemble the tensioner as injury to personnel may result.**] Further evidence of tensioner condition can be obtained by observing the belt alignment. If the tensioner is excessively worn, then the idler pulley will not track "true" which could result in belt misalignment. Belt misalignment, in turn, could lead to poor operation and/or accelerated wear of the belt and idler pulley components.

### Idler Pulley

Check for bearing condition; rotate by hand to ensure smooth and noise-free operation. Inspect seals to determine if damaged or cracked, which could lead to grease loss and eventual failure. Closely inspect the running surface of idler to ensure that no pitting or abrasion has developed, leading to a rough surface. If the running surface is rough, subsequent wear of the belt can occur which could lead to premature belt failure. Replace the idler if in question.

### Drive Belt

It is normal to observe a fine particulate dust within the drive enclosure, especially after a new belt has been installed. This is evidenced during initial "wear-in" of new belts, and disappears after a short time of use. During inspection, a wash using a mild detergent may be performed if desired. However, USE NO SOLVENTS that may attack and damage the belt material. Ensure the belt is completely dry before re-installing. Belt replacement is indicated if:

a. Belt cord is visible on the underside, grooved portion.

b. The belt backside is showing signs of de-laminating.

c. The rubber condition on the grooved side is showing excessive cracking or checking, and/or if individual "cogs" are broken or missing, or…

d. If loose cords are evidenced.

### Drive Pulleys

All ***Air*****Power**® drive pulleys are configured on the unit as shipped from the factory, and are fully set-up and aligned. These components are, generally, not user-serviceable unless a unit disassembly has occurred, motor repair or replacement is required, or a speed change is required to obtain a change in operating performance.

#### *Blower Pulley*

The blower pulley forms an integral part of the high-speed spindle assembly and must never be tampered with unless absolutely necessary. Proper tools and procedures must be employed or damage to the spindle assembly will result.

**WARNING – USE OF IMPROPER TOOLS AND/OR PROCEDURE TO REMOVE AND REPLACE THE BLOWER PULLEY WILL DAMAGE THE PULLEY AND UNIT, AND WILL VOID WARRANTY! If you do not possess the proper tools AND expertise to perform this procedure, contact a factory authorized service center or Vortron directly for assistance.**

Procedure for blower pulley removal and replacement are as follows:

a. Obtain correct tools. The pulley can only be held via a purpose-built strap wrench (Vortron tool no. TL0185) for both removal and installation procedures. A hex bit with 3/8" or 1/2" square drive is necessary to engage the socket head cap screw (SHCS) fastener.

 Copyright © 2002-2008, Process Air Solutions

BGSE_00396671-00291
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

b. Remove the pulley fastening SHCS, and remove pulley. If the pulley does not easily remove by hand, it may be heated SLIGHTLY to expand it away from the shaft. USE CAUTION, and do not exceed 150°F pulley temperature.

c. Handle pulley(s) carefully and DO NOT DROP as they may be easily damaged.

d. Clean all components, including replacement pulley. DO NOT allow any solvents to contact or come near the shaft seal lip area. Ensure the fastener threads and female threads on the shaft are clean and dry.

e. Apply a light coating of anti-seize compound, or high temperature (PTFE) grease on the replacement pulley bore. Install pulley and key. NOTE: observe pulley markings for "I" and "O" – the pulley should be oriented with the "O" facing away from the bearing housing for optimum system balance. Carefully wipe away any excess lubricant from the shaft end area that may have "extruded" out during installation.

f. If the fastener includes a thread-locking patch, then it may be reinstalled as-is. If not, apply a LIGHT coating of Loctite 242 (or equivalent) to the SHAFT FEMALE THREADS using a clean cotton swab. This prevents extruding excess thread locking compound out of the threaded joint and onto other components.

g. Install pulley fastener and retaining washers. Hold pulley with the strap wrench and torque fastener to: **3/8"-24 SHCS: 150 +0/-5 lb.-in. (12.5 lb.-ft.) torque;**
**1/4"-28 SHCS: 100 +0/-3 lb.-in. (8.3 lb.-ft.) torque.**

***Motor Pulley***

The large motor pulley with integral cooling fins utilizes a more conventional "QD" style tapered bushing with drive key. For proper system operation, the pulley must operate within acceptable runout tolerance – **TOTAL axial runout (TIR) should not exceed 0.006"** after installation and final torque. Use Vortron Dial Indicator Kit TL 0110 and attach to either of the upper hexagonal cover-mounting studs to check pulley runout. Proceed as follows for removal and installation:

a. Remove the three (3) 5/16-18 SHCS fasteners.

b. Use two each 5/16-18 x 2-½" L hex head screws, engaged into the two threaded "jacking" holes to remove the pulley [NOTE – only two threaded holes are spaced exactly 180° apart; these are the correct holes].

c. If the bushing must be removed, then loosen the drive key set screw using a 5/32" Allen key or hex bit. If needed, a screwdriver blade can be carefully inserted into the slit at the flange area in order to expand the bushing and facilitate removal.

d. Installation requires the careful coordination of properly positioning the bushing/pulley assembly onto the shaft, uniformly tightening/torqueing the fasteners, and assuring a max. total indicated axial runout of 0.006". Proper axial placement is important to ensure correct belt tracking.

e. Ensure cleanliness of all parts, then install the drive key and bushing on the motor shaft. Slip the pulley over the taper, and position/install the three fasteners with flat and lock washers. USE NO LUBRICANTS OR THREAD LOCKING MATERIALS on any part of the assembly. Do not wedge the pulley onto the taper yet; instead, take up all loose slack while still allowing the assembly to slide axially on the shaft, so it can be positioned.

f. It is now convenient to install the belt to use as an alignment guide. Measuring from the inside edge of the belt to the mounting plate surface, the final distance (fully torqued and within runout tolerance) should be a consistent **33 +/- 0.5 mm (1.30 +/- 0.02 in.)**. The pulley will 'take-up' 2 – 3 mm during installation as it wedges onto the taper. Establish an initial position with this in mind, then lock-down the drive key set screw [NOTE – an extra long 5/32" hex bit or tee-handle wrench (Bondhus 13109 or equiv.) will be required because of the large pulley diameter]. **See figures below.**

 Copyright © 2002-2008, Process Air Solutions


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

g. Working uniformly around the pulley, sequentially tighten the fasteners while checking continuously for runout and proper axial position. Use of a direct reading torque wrench will help facilitate the tightening procedure. Use slight variances in fastener torque and/or sequence to correct any runout discrepancies.

h. Final torque should be 150 – 180 lb-in. (12.5 – 15 lb-ft.). **Check:** TIR of 0.006" or less; belt inner edge at a consistent 33 +/- 0.5 mm from plate edge. An additional check involves installing the drive belt, manually rotating the system in the 'forward' direction, then the reverse. OBSERVE: tracking position of the belt on the idler. Acceptable alignment is indicated if the 'tracking' position changes no more than 0.050" when rotating in reverse direction.

i. If any of these conditions above are not met, the pulley must then be loosened and/or removed and procedures f. through h. repeated.



***Checking Pulley Position*** – Pulley position is important to achieve proper belt alignment. Check by measuring from inside edge of belt-to-mounting plate. This should be a consistent 33 +/- .5mm.



***Checking Pulley Runout*** – Use dial indicator (Vortron Kit TL0110) to check for total axial runout, after pulley is positioned and properly torqued. Total indicated runout should be 0.006" or less.

### Motor Mounting Plate

The mounting plate attaches via the four (4) ½"-13 mounting cap screws. A ¾" open/box end wrench is required for loosening and tightening these cap screws while the motor drive pulley is in place. The plate can also accommodate some adjustment, depending on which motor pulley is used. The plate must not be adjusted too low, such that the idler pulley can come in contact with the motor pulley, in the event of belt loss. Alternatively, adjusting the plate too "high" could result in excess belt tension, and lead to reduced belt and spindle life [SEE ADJUSTMENT PROCEDURES BELOW]. INITIAL and approximate adjustment procedures are as follows:

a. With the belt removed, idler should be in the lowest, fully relaxed position.

b. Measure between idler and motor pulley O.D. – adjust plate for 5/16" – 3/8" gap for Ø12" motor pulley; 1-3/16" – 1-1/4" gap for Ø9.85" pulley **(see figures below)**.

 Copyright © 2002-2008, Process Air Solutions

BGSE_00396671-00293
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

c. **Check – A factory MARK is provided on the TENSIONER BODY – this mark indicates the correct tensioner arm position with belt installed [SEE ILLUSTRATION BELOW].** This mark is typically within the middle 1/3rd of tensioner operating range, and is the FINAL CRITERIA for determining correct mounting plate adjustment.

**NOTE – Incorrect tensioner arm position will result if an INCORRECT REPLACEMENT BELT is installed. It is absolutely ESSENTIAL that any replacement belt is identical to the originally equipped [SEE PAGE 3!]. If you do not possess the proper tools AND expertise to perform any of these procedures, contact a factory authorized service center or Vortron directly for assistance.**



***Motor Plate – INITIAL Adjustment***
Ø12" motor pulley.



***Motor Plate – INITIAL Adjustment***
Ø9.9" motor pulley.



***Checking Mounting Plate FINAL Adjustment –*** Factory "mark" should align with tensioner "stop", +/- 0.10". LOOSEN plate attachment bolts and adjust as necessary.

 Copyright © 2002-2008, Process Air Solutions


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

### *Vertical and Horizontal Positioning*

***AirPower***® units can be assembled and configured to operate in either the standard vertical orientation, or in a horizontal orientation. In some applications, the horizontal orientation may be preferred to achieve a lower overall profile or where the intent is to tuck the ***AirPower***® unit under other equipment for convenience. Procedure to re-configure (either to horizontal or vertical) is as follows:

a. Disconnect unit from power. Remove any connecting ducts or hoses.

b. Remove inlet filter if so equipped, for ease of handling.

c. Remove front cover and drive belt.

d. Remove motor drive pulley to expose the four (4) mounting plate cap screws. Follow instructions for ***Motor Pulley*** removal and installation.

e. The plate can now be unbolted and rotated 90°. Note that you have the option to rotate in either direction (left-hand or right-hand) but only the left-hand option will allow use of an inlet filter, as the motor junction box interferes on the other side.

f. Re-attach plate with the four mounting cap screws, and adjust for proper position. Follow procedures for ***Motor Mounting Plate*** adjustment.

g. Install motor drive pulley and adjust. Follow procedures for ***Motor Pulley*** installation and adjustment.

h. Check: Motor pulley fastener torques; pulley axial runout; belt position/alignment; and mounting plate position. If any item is not within specification, make appropriate adjustments and re-check.

i. Install belt and drive cover.

j. Reconfigure inlet and discharge connections, filter, and finally, system electrical power.

### Filter

Vortron air cleaner assemblies are generally equipped with a foam pre-filter, which extends the life of the ensuing paper or polyester element. The pre-filter foam is easily removed and washed, using a mild detergent solution. USE NO SOLVENTS that may attack the foam. Replacement of elements is generally indicated if a drop in system discharge pressure is indicated. The pressure drop across the filter element, in fact, is amplified by the pressure ratio of the blower stage, i.e., a 10" drop across the filter will result in a 10" drop multiplied by the pressure ratio of the blower, at the discharge. Thus, it is critically important to monitor and maintain a clean filter. Note lastly that filter pressure loss indicators are available for installing on systems. Contact Vortron Sales/Service for further information.

### High Performance Filter Silencer

As an option, a high performance filter silencer unit may be installed on the blower suction (Vortron P/N 2C140-010). This unit features a washable element, which should last the life of the blower if properly maintained. For complete service, a cleaning kit is required that includes appropriate cleaning solution together with filter oil (Vortron P/N 8H040-100). A bottle of cleaning solution will service the filter roughly four times. Follow the recommended inspection/service interval listed in the Table above. Cleaning procedure is as follows:

**WARNING – ONLY THE HIGH PERFORMANCE FILTER/SILENCER ELEMENT IS SERVICEABLE. Other Vortron filter elements are disposable items and are not serviceable using this or any other procedure.**

a. Remove the filter element via the V-Band attachment clamp.

 Copyright © 2002-2008, Process Air Solutions

BGSE_00396671-00295
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

b. First, tap the filter element to dislodge any large embedded particles or dirt. Then gently brush the filter element with a soft bristle brush. (Note: If complete cleaning at this time is impractical, you may re-oil and reinstall the air filter element

c. Clean the element. Spray the cleaning solution on the filter element and let stand for ten minutes. **Do not use any fuels, solvents, or solutions other than the factory specified cleaning solution!**

d. Rinse off the filter element with low water pressure. Tap water is O.K. Always flush from the clean side to the dirty side. This will remove the particles and dirt, and not drive it into the filter.

e. Allow the element to air dry – DO NOT attempt to force dry with compressed air or by heating. Letting the filter stand in the sun is acceptable and will enhance drying.

f. After cleaning, always re-oil the filter element before using. The effectiveness of the air filter is greatly reduced if it is used without oil. Sparingly squeeze small amounts of the oil out of the bottle across the top of each pleat. Let the oil wick into the filter element for twenty minutes. Then re-oil any dry spots that are still showing. **Do not use any other oils, fluids, lubricants, "WD-40", etc. for filter oiling, as these are not suitable for this purpose!**

### Motor

A complete submittal package including specific service intervals and maintenance instructions are included as an addenda to this O&M. See ***Section VIII – Addenda and Attachments*** for additional information.

Copyright © 2002-2008, Process Air Solutions

BGSE_00396671-00296
HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# *VI – Recommended Spare Parts*

## GENERAL

Recommendations and guidelines are offered for Start-up to 6-months, 2-years, and 3-years operation. These are suggestions assuming a "clean" operating environment, with adequate ventilation, "two-shift" daily duty cycle, and adherence to the system inspection and maintenance schedule. Actual requirements may differ depending on the application. As options and variances exist between systems, exact part numbers for spares/replacements are not listed, but the originally supplied equipment is assumed. An abbreviated replacement parts list is included below, where your exact replacement part can be identified.

## RECOMMENDED SPARES:

| | | |
|---|---|---|
| **Filter** | 0-6 Months: | 1 ea. |
| | 0-2 Years: | 3 ea. |
| | 0-3 Years: | 5 ea. |
| **Belt** | 0-6 Months: | 1 ea. |
| | 0-2 Years: | 2 ea. |
| | 0-3 Years: | 3 ea. |
| **Idler** | 0-6 Months: | 1 ea. |
| | 0-2 Years: | 1 ea. |
| | 0-3 Years: | 2 ea. |

## REPLACEMENT PARTS

| PART NO. | DESCRIPTION |
|---|---|
| 2C040-001 | Filter Element, 2500 CFM, Paper |
| 2C040-002 | Filter Element, 1400 CFM, Paper |
| 2C040-003 | Filter Element, 1000 CFM, Paper |
| 2C040-007 | Filter Element, 600 CFM, Paper |
| 2C040-008 | Filter Element, 2500 CFM, Polyester |
| 2C040-004 | Filter Element, 1400 CFM, Polyester |
| 2C040-005 | Filter Element, 1000 CFM, Polyester |
| 2C040-006 | Filter Element, 600 CFM, Polyester |
| 2C040-010 | Filter Element, 1000 CFM High Performance Filter/Silencer |
| 8H040-100 | Element Cleaning/Service kit – for 2C040-010 ONLY |
| 2A041-494 | *Belt, 10-Rib – Ø9.85" Motor Pulley |
| 2A041-518 | *Belt, 10-Rib – Ø12.00" Motor Pulley |
| 2A041-533 | *Belt, 10-Rib – Ø12.00" Motor Pulley |
| 2A041-539 | *Belt, 10-Rib – Ø12.00" Motor Pulley |
| 2A045-495 | *Belt, 14-Rib |
| 2A045-533 | *Belt, 14-Rib |
| 2A045-555 | *Belt, 14-Rib |
| 2C116-001 | Idler, Dual Bearing – 10-Rib |
| 2C116-002 | Idler, Dual Bearing – 14-Rib |
| 2C111-022 | Tensioner with Idler – J70, 10-Rib |
| 2C111-032 | Tensioner with Idler – X40 & Z40, 10-Rib |
| 2C111-035 | Tensioner with Idler – Z40 & Z80, 14-Rib |
| 2C228-081 | Blower Head, Z40 |
| 2C228-083 | Blower Head, X40 |
| 2C228-085 | Blower Head, J70 |
| 2C228-091 | Blower Head, Z80 |

***[SEE PAGE 3 TO CONFIRM CORRECT REPLACMENT P/N]**


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

# VII – Special Tools and Equipment

## GENERAL

In order to properly service and maintain ***Air*****Power**® blowers, a small quantity of specialized tools and equipment may be required. For most user-serviceable maintenance actions (such as belt, filter, and idler changes) no special tools or equipment are required, other than standard mechanics hand tools. Based on the need to service or repair certain subassemblies, and depending on the level of repair, more specialized tools and equipment will be required. These are detailed below (Vortron tools are identified with a "TL" prefix, others are available through industrial supply sources).

## TOOL LIST WITH CORRESPONDING SERVICE LEVEL

| Service Action | Required Tool(s) | Vortron P/N |
|---|---|---|
| General User Service | Std. Hand Tools | N/A |
| Change Blower Discharge Orient. | Std. Hand Tools | N/A |
| Blower Head Change-out | Std. Hand Tools | N/A |
| Blower Pulley | Strap Wrench | TL0185 |
| Motor Pulley | Dial Indicator Kit<br>5/32" Tee-Handle hex wrench<br>Direct Reading Torque Wrench | TL0110<br>Bondhus 13109<br>Snap On TE25FUA (or equiv.) |
| Spindle Repair | Spindle Repair Tool Set* | TL0112 |
| Master Repair/Service | Master Repair/Service Tool Set* | TL0111 |

*NOTE – Special skills and training are required in order to successfully repair and re-build the high-speed spindle assembly. As such, Spindle Repair tool set TL0112 and Master Repair/Service Tool Set TL0111 are available only to authorized Vortron Service Centers, whose personnel have been trained and certified in their proper use and procedures involved.


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

**CERTIFIED INSTALLATION DRAWINGS**

X40 and Z40 Vertical Layout

X40 and Z40 Horizontal Layout

J70 Vertical Layout

J70 Horizontal Layout


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## *AIR*POWER® SYSTEM TEST AND CHECKOUT

DATE: ____________________ SHEET: ____ of ____

INITIALS: ____________________

CUSTOMER: ____________________

JOB NO: ____________________

SALES ORD: ____________________

CUST. P.O.: ____________________

MODEL: ____________________

PART NO. ____________________

HEAD NO.: ____________________

HEAD SERNO: ____________________

BUILD DATE: ____________________

| TEST DATA |
|---|

ORIFICE Ø: ______

MOTOR SPEED: ____________________

BLOWER SPEED: ____________________

AMBIENT PRESS (PSIA): ____________________

AMBIENT TEMP: ____________________

DISCHARGE PRESS (PSIA): ____________________

DISCHARGE TEMP: ____________________

FLOW (CFM @ 0.072lbm/ft$^3$): ____________________

MOTOR CURRENTS:

I1 = ____________________

I2 = ____________________

I3 = ____________________

LINE VOLTAGE: ____________________


HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY