IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOHN BEAN TECHNOLOGIES CORPORATION, a Delaware corporation, and JBT AEROTECH CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>B GSE GROUP, LLC, a North Carolina limited liability company, and BRYAN BULLERDICK, an individual,<br><br>Defendants. | **AMENDED JUDGMENT**<br><br>Case No. 1:17-cv-00142-RJS-DAO<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

This matter between Plaintiff John Bean Technologies Corporation and Defendants B GSE Group, LLC (BGSE) and Bryan Bullerdick was tried before a jury with Chief Judge Robert J. Shelby presiding. The jury rendered its verdicts on October 6, 2022.[1] The court entered judgment on the jury verdicts on November 1, 2022,[2] and entered an order granting in part Plaintiff's motion for attorneys' fees and expenses and pre- and post-judgment interest on September 21, 2023.[3] JBT AeroTech Corporation was added as a plaintiff pursuant to the court's Order on November 20, 2023.[4] On December 26, 2023, the Clerk taxed costs against Defendants and awarded taxable costs to Plaintiffs.[5]

---

[1] Dkts. 262 and 263.

[2] Dkt. 273.

[3] Dkt. 340.

[4] Dkt. 341.

[5] Dkt. 342.

1

The jury found in favor of Plaintiff on all its claims against Defendants and awarded Plaintiff $525,033 in damages as follows:

1. $323,256 for Misappropriation of Trade Secrets under federal Defend Trade Secrets Act, 18 U.S.C. § 1831 et seq., and Utah Uniform Trade Secrets Act, Utah Code Ann. § 13-24-1 et seq.; Federal Unfair Competition and False Designation of Origin, 15 U.S.C. § 1125(a); Breach of Contract by Bullerdick – The 2011 Confidentially Agreement; Breach of Contract by BGSE – The 2011 Non-Disclosure Agreement; and Breach of Contract by BGSE – The 2012 Distributorship Agreement;

2. $96,664 for Tortious Interference with Prospective Economic Advantage - Lemoore P-328 Project;

3. $43,181 for Tortious Interference with Prospective Economic Advantage - Beaufort P-465 Project; and

4. $61,932 for Tortious Interference with Prospective Economic Advantage - Kadena P-803 Project.[6]

The jury found by clear and convincing evidence that (a) Defendants' conduct in misappropriating Plaintiff's trade secrets was willful and malicious;[7] (b) BGSE's actions were willful with respect to Plaintiff's claim for false designation of origin;[8] and (c) both Defendants' actions with regard to Plaintiff's claim for tortious interference were willful or malicious.[9]

---

[6] Dkt. 262.

[7] *Id.* at 2.

[8] *Id.* at 3.

[9] *Id.* at 7.

The jury awarded $0 in damages to Defendants on their unfair or deceptive trade practices act counterclaim.[10]

In addition, the jury found in favor of Plaintiff and awarded Plaintiff $600,000 in punitive damages, with $100,000 as to Bullerdick and $500,000 as to BGSE.[11]

The court granted Plaintiff's request for post-judgment interest.[12]  It also granted Plaintiff's requests for attorneys' fees and expenses incurred relating to all Plaintiff's affirmative claims except for its trademark infringement and defamation claims and relating to Plaintiff's defense against Defendants' counterclaim brought under the Utah Truth in Advertising Act.[13] The court calculated fees and expenses due to Plaintiff as: $1,869,923.74 in legal fees and $301,169.01 in nontaxable expenses.[14]

The Clerk taxed costs against Defendants and awarded $13,543.51 to Plaintiffs.[15]

The parties submitted briefings on Plaintiffs' proposed amended judgment.[16]  After consideration of the arguments submitted by the parties and the relevant legal authorities, and in accordance with the jury's verdicts, it is hereby ORDERED and ADJUDGED that:

1. Judgment is hereby entered in favor of Plaintiff John Bean Technologies Corporation against Defendants B GSE Group, LLC and Bryan Bullerdick, jointly and severally, in the sum of $525,033, together with post-judgment interest calculated at 4.56% and compounded annually, and taxable costs as fixed by the court.

---

[10] *Id.* at 8.

[11] Dkt. 263.

[12] Dkt. 340 at 22.

[13] *Id.* at 23–35.

[14] *Id.* at 58–59.

[15] Dkt. 342.

[16] Dkt. 343, Dkt. 344, Dkt. 345, Dkt. 346.

2. In addition, Plaintiffs John Bean Technologies is hereby awarded $1,869,923.74 in legal fees and $301,169.01 in nontaxable expenses to be paid by B GSE Group, LLC and Bryan Bullerdick, jointly and severally, for a sum of $2,171,092.75, together with interest calculated at 5.42% and compounded annually.

3. In addition, judgment is hereby entered in favor of Plaintiff John Bean Technologies Corporation (a) against Defendant B GSE Group, LLC for punitive damages in the sum of $500,000 and (b) against Defendant Bryan Bullerdick for punitive damages in the sum of $100,000, together with post-judgment interest calculated at 4.56% and compounded annually.

4. In addition, Plaintiff John Bean Technologies is hereby awarded taxable costs in the amount of $13,542.51 against B GSE Group, LLC and Bryan Bullerdick, jointly and severally.

5. In addition, judgment is hereby entered that Defendants B GSE Group, LLC and Bryan Bullerdick take nothing against Plaintiff John Bean Technologies Corporation on their unfair or deceptive trade practices act counterclaim.

SO ORDERED this 18th day of July 2024.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge